**REED SMITH LLP**
*Formed in the State of Delaware*
Peter D. Raymond, Esq. (*pro hac* application forthcoming)
Sarah Levitan, Esq.
599 Lexington Avenue
New York, New York 10022
Tel: (212) 521-5400

Tracy Zurzolo Quinn, Esq.
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, New Jersey 08540
Tel: (609) 987-0050

*Attorneys for Plaintiff*
*Industria de Alimentos Zenú S.A.S.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S.<br><br>Plaintiff,<br><br>v.<br><br>LATINFOOD U.S. CORP. d/b/a ZENÚ PRODUCTS CO. and WILSON ZULUAGA,<br><br>Defendants. | Civil Action No. 2:16-cv-6576<br><br>**PLAINTIFF INDUSTRIA DE ALIMENTOS ZENÚ S.A.S.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, undersigned counsel for plaintiff

Industria de Alimentos Zenú S.A.S. ("Plaintiff"), hereby certifies that Plaintiff, a non-

governmental corporate party, is a wholly-owned subsidiary of Grupo Nutresa S.A., a publically

held corporation traded at the Bolsa de Valores de Colombia.

- 2 -

Dated:   New York, New York
   October 5, 2016

**REED SMITH LLP**


By:  *s/ Sarah Levitan*
   Peter D. Raymond, Esq.
    (*pro hac* application forthcoming)
   Sarah Levitan, Esq.
   599 Lexington Avenue
   New York, New York 10022
   Tel: (212) 521-5400
   Fax: (212) 521-5450

   Tracy Zurzolo Quinn, Esq.
   Princeton Forrestal Village
   136 Main Street, Suite 250
   Princeton, NJ 08540
   Tel: (609) 987-0050
   Fax: (609) 951-0824

   *Attorneys for Plaintiff*
   *Industria de Alimentos Zenú S.A.S.*