UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S.<br><br>         Plaintiff,<br><br>v.<br><br>LATINFOOD U.S. CORP. d/b/a ZENÚ PRODUCTS CO. and WILSON ZULUAGA,<br><br>         Defendants. | Civil Action No.  2:16-cv-06576 |

**REQUEST BY LOCAL COUNSEL FOR
PRO HAC VICE ATTORNEY PETER D. RAYMOND
TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1.       An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2.       The Admission Fee, in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: November 2, 2016            */s/ Sarah Levitan*
                                                              Sarah Levitan
                                                              **REED SMITH LLP**

PRO HAC VICE ATTORNEY INFORMATION
Peter D. Raymond
Reed Smith LLP
599 Lexington Ave.
New York, NY 10022
Email: praymond@reedsmith.com