# EXHIBIT A

Recetas    Productos    Contacto

# Productos

**Home** / Productos

- Carnes frías
- Enlatados
- Platos preparados
- Especialidades
- Madurados



Carnes frías    Enlatados    Platos preparados



Especialidades    Madurados

## Recetas

**Por momentos**

Para desayunar
Para almorzar
Para cenar
Para picar
Para compartir
Para divertir

**Por tiempo**

1 a 9 minutos
10 a 19 minutos
20 a 29 minutos
30 o más minutos

## Productos Zenú

Carnes frías
Enlatados
Platos preparados
Especialidades
Madurados

## Información

**Contacto**

Industrias de Alimentos Zenú SAS
Carrera 64C # 104-03
Teléfono (574) 470 52 22 Medellín Colombia
Línea de atención al cliente en el resto del País: 01 8000 519 368

Ir a sitio Industria de Alimentos Zenú

## Preguntas Frecuentes

**¿Dónde puedo adquirir los productos Zenú?**
R/: En tiendas de barrio, supermercados, almacenes de cadena y en el catálogo de Novaventa.

**¿Cuáles son los productos Zenú?**
R/: Son productos cárnicos procesados entre los que están carnes frías, Salchichas, Jamones, Pizzas, Apanados, Salchicha Viena, Vegetales y platos congelados.

**¿Dónde puedo adquirir los productos Zenú?**
R/: Puedes comunicarte en la línea 018000 519368. También en la página www.zenu.com.co o en www.facebook.com/alimentoszenu

Para conocer los derechos de los titulares de los datos personales y nuestra Política de Tratamiento de Datos haga clic aquí
Línea de Atención al Cliente: **018000 519 368** - Todos los derechos reservados © 2015 Zenú



# Productos

Home / Productos / Carnes frías / Chorizos

- Carnes frías
- Enlatados
- Platos preparados
- Especialidades
- Madurados



Chorizo Pequeño Zenú      Chorizo Grande Zenú      Chorizo con Ternera Zenú



Chorizo Coctel Zenú      Chorizo Antioqueño Zenú

## Recetas

### Por momentos
- Para desayunar
- Para almorzar
- Para cenar
- Para picar
- Para compartir
- Para divertir

### Por tiempo
- 1 a 9 minutos
- 10 a 19 minutos
- 20 a 29 minutos
- 30 o más minutos

## Productos Zenú
- Carnes frías
- Enlatados
- Platos preparados
- Especialidades
- Madurados

## Información

### Contacto
Industrias de Alimentos Zenú SAS
Carrera 64C # 104-03
Teléfono (574) 470 52 22 Medellín Colombia
Línea de atención al cliente en el resto del País: 01 8000 519 368
Ir a sitio Industria de Alimentos Zenú

## Preguntas Frecuentes

**¿Dónde puedo adquirir los productos Zenú?**
R/: En tiendas de barrio, supermercados, almacenes de cadena y en el catálogo de Novaventa.

**¿Cuáles son los productos Zenú?**
R/: Son productos cárnicos procesados entre los que están carnes frías, Salchichas, Jamones, Pizzas, Apanados, Salchicha Viena, Vegetales y platos congelados.

**¿Dónde puedo adquirir los productos Zenú?**
R/: Puedes comunicarte en la línea 018000 519368. También en la página www.zenu.com.co o en www.facebook.com/alimentoszenu

Para conocer los derechos de los titulares de los datos personales y nuestra Política de Tratamiento de Datos haga clic aquí
Línea de Atención al Cliente: 018000 519 368 - Todos los derechos reservados © 2015 Zenú







- Carnes frías
- Enlatados
- Platos preparados
- Especialidades
- Madurados

Home/ Productos/ Carnes frías/ Cerveceros



Cerveroni Zenú

Cervecero Premium Zenú

Cervecero Porcionado Zenú



Cervecero Zenú









## Productos

- Carnes frías
- Enlatados
- Platos preparados
- Especialidades
- Madurados

Home / Productos / Enlatados



Pollo con Antipasto | Salchichas Viena con Sabor a limón Zenú | Salchichas viena Zenú



Salchichas viena especial Zenú | Salchichas viena de pollo Zenú | Pollo con Champiñones al Vino Zenú



Pollo con aderezo de mayonesa Zenú | Albóndigas de res en salsa de tomate Zenú | Chile con carne de res Zenú



Fríjoles del rancho Zenú | Fríjoles blancos con tocineta Zenú | Frijoles antioqueños con tocino Zenú



Maíz tierno Zenú | Ensalada de vegetales Zenú | Ensalada de maíz y champiñones Zenú



Arvejas con zanahoria Zenú | Arvejas al natural Zenú | Carne de diablo Zenú



Jamoneta Zenú | Salchichas Frankfurt Zenú





