# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-023-767

**Effective Date of Registration:**
December 05, 2016

## Title

**Title of Work:** Zenu Chorizo Mediano

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** December 31, 2010
**Nation of 1st Publication:** Colombia

## Author

- **Author:** Industria de Alimentos Zenú S.A.S.
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Domiciled in:** Colombia

## Copyright Claimant

**Copyright Claimant:** Industria de Alimentos Zenú S.A.S.
Calle 2, No. 50-561, Medellin, Colombia

## Rights and Permissions

**Organization Name:** Reed Smith LLP
**Name:** Jonathan Goodwill
**Email:** jgoodwill@reedsmith.com
**Telephone:** (212)549-0450
**Alt. Telephone:** (212)521-5400
**Address:** 599 Lexington Avenue
New York, NY 10022 United States

## Certification

**Name:** Peter D. Raymond
**Date:** December 05, 2016

Page 1 of 2

**Correspondence:** Yes

