# EXHIBIT E

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-026-672**

**Effective Date of Registration:**
December 15, 2016

---

## Title

**Title of Work:** Zenu Chile Con Carne de Res

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** December 31, 2012
**Nation of 1st Publication:** Colombia

## Author

- **Author:** INDUSTRIA DE ALIMENTOS ZENÚ S.A.S.
  **Author Created:** Photograph, 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** Colombia

## Copyright Claimant

**Copyright Claimant:** INDUSTRIA DE ALIMENTOS ZENÚ S.A.S.
Calle 2, No. 50-561, Medellin, Colombia

## Certification

**Name:** /Peter D. Raymond/
**Date:** December 15, 2016

---

**Correspondence:** Yes

Page 1 of 1

