# EXHIBIT F

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-023-741**

Effective Date of Registration:
December 05, 2016

## Title

        Title of Work: Ranchera

## Completion/Publication

      Year of Completion: 2006
     Date of 1st Publication: December 31, 2006
   Nation of 1st Publication: Colombia

## Author

              • Author: Industria de Alimentos Zenú S.A.S.
        Author Created: 2-D artwork
     Work made for hire: Yes
         Domiciled in: Colombia

## Copyright Claimant

     Copyright Claimant: Industria de Alimentos Zenú S.A.S.
                                   Calle 2, No. 50-561, Medellin, Colombia

## Certification

                Name: Peter D. Raymond
                 Date: December 05, 2016

