# EXHIBIT H











