# EXHIBIT I

















