**REED SMITH LLP**
*Formed in the State of Delaware*
Peter D. Raymond, Esq. (admitted *pro hac*)
Sarah Levitan, Esq.
599 Lexington Avenue
New York, New York 10022
Tel: (212) 521-5400

Tracy Zurzolo Quinn, Esq.
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, New Jersey 08540
Tel: (609) 987-0050

*Attorneys for Third Party Defendant*
*Cordialsa USA, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S.,<br><br>    Plaintiff/Counter Defendant,<br><br>v.<br><br>LATINFOOD U.S. CORP. d/b/a ZENÚ PRODUCTS CO. and WILSON ZULUAGA,<br><br>    Defendants/Counter Claimants/<br>    Third Party Plaintiffs,<br><br>v.<br><br>CORDIALSA USA, INC.<br><br>    Third Party Defendant. | **Civil Action No. 2:16-cv-06576-KM-MAH**<br><br>**THIRD PARTY DEFENDANT CORDIALSA USA, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, undersigned counsel for Third Party Defendant Cordialsa USA, Inc. ("Cordialsa"), hereby certifies that Cordialsa, a non-governmental corporate party, is a wholly-owned subsidiary of Grupo Nutresa S.A., a publically held corporation traded at the Bolsa de Valores de Colombia.

| | |
|---|---|
| Dated: New York, New York<br>July 21, 2017 | **REED SMITH LLP**<br><br>By: *s/ Sarah Levitan*<br>Peter D. Raymond, Esq. (admitted *pro hac*)<br>Sarah Levitan, Esq.<br>599 Lexington Avenue<br>New York, New York 10022<br>Tel: (212) 521-5400<br>Fax: (212) 521-5450<br><br>Tracy Zurzolo Quinn, Esq.<br>Princeton Forrestal Village<br>136 Main Street, Suite 250<br>Princeton, NJ 08540<br>Tel: (609) 987-0050<br>Fax: (609) 951-0824<br><br>*Attorneys for Third Party Defendant*<br>*Cordialsa USA, Inc.* |