UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S., <br><br> **Plaintiff,** <br><br> v. <br><br> LATINFOOD U.S. CORP. d/b/a ZENÚ PRODUCTS CO., and WILSON ZULUAGA, <br><br> **Defendants.** | Civ. No. 16-6576 (KM)(MAH) <br><br> **ORDER** |

The defendants having filed a motion (ECF no. 37) to dismiss Counts 1-4 and 11-16 of the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6); and the plaintiff having filed a response (ECF no. 40); and the defendants having filed a reply (ECF no. 45); and the court having considered the matter without oral argument; for the reasons stated in the accompanying Opinion, and good cause appearing therefor;

IT IS this 29th day of December, 2017

ORDERED that the motion (ECF no. 37) is DENIED.

_____
KEVIN MCNULTY
United States District Judge