UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S., <br><br> Plaintiff, <br><br> v. <br><br> LATINFOOD U.S. CORP. d/b/a ZENÚ PRODUCTS CO., and WILSON ZULUAGA, <br><br> Defendants. | Civ. No. 16-6576 (KM) <br><br> **ORDER** |

The plaintiff ("Industria") and Cordialsa, Inc. ("Cordialsa") having filed a motion (ECF no. 69) pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss, deemed by agreement to apply to the most recent amended version of the Counterclaim (ECF no. 89 at 18–25); and the defendants having filed an opposition (ECF no. 77); and the plaintiff and Cordialsa having filed a reply (ECF no. 78); and the court having considered the matter without oral argument; for the reasons stated in the accompanying Opinion, and good cause appearing therefor;

IT IS this 9th day of March, 2018

ORDERED that the motion (ECF no. 69) of Industria and Cordialsa to dismiss the amended Counterclaim (ECF no. 89 at 18–25) is DENIED.

_____
KEVIN MCNULTY
United States District Judge