

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

**Samuel Kadosh**
Direct Phone: +1 212 549 0451
Email: skadosh@reedsmith.com

January 11, 2019

**By ECF**

Hon. Michael A. Hammer, U.S.M.J.
United States District Court
for the District of New Jersey
50 Walnut Street
Newark, NJ 07102

**RE:** *Industria de Alimentos Zenú S.A.S. v. Latinfood U.S. Corp. d/b/a Zenú Prods. Co., et al.*,
**Civ. Action No. 2:16-cv-6576-KM-MAH**

Dear Judge Hammer:

    We represent plaintiff/counter defendant Industria de Alimentos Zenú S.A.S. and third party defendant Cordialsa USA, Inc. in the above-captioned action and write jointly with defendants, Latinfood U.S. Corp. d/b/a Zenú Products Co. and Wilson Zuluaga to request a two-week adjournment of the discovery conference and joint status report ordered in Dkt. No. 131.

    The parties met and conferred in person on December 13, 2018, and have been working on an ongoing basis to obtain additional information from their clients, and further narrow the disputed discovery issues. Although the parties have resolved the majority of their discovery disputes, there are still several outstanding disputes which require further input from our clients. Accordingly, the parties respectfully request a two-week extension to allow the parties additional time to resolve as many of the remaining disputes as possible. This extension would adjourn the deadline for the joint status report from January 15, 2019 at 3:00 p.m. to January 29, 2019 at 3:00 p.m., and the discovery conference from January 16, 2019 at 10:00 a.m. to January 31, 2019 at 10:00 a.m..

    We thank the Court for its attention to this matter.

/s/ Samuel Kadosh
Samuel Kadosh

SK:jv

cc:     Mark J. Ingber, Esq.

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON