

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

**Samuel Kadosh**
Direct Phone: +1 212 549 0451
Email: skadosh@reedsmith.com

March 29, 2019

**By ECF**

Hon. Michael A. Hammer, U.S.M.J.
United States District Court
for the District of New Jersey
50 Walnut Street
Newark, NJ 07102

> **RE:** *Industria de Alimentos Zenú S.A.S. v. Latinfood U.S. Corp. d/b/a Zenú Prods. Co., et al.*,
> **Civ. Action No. 2:16-cv-6576-KM-MAH**

Dear Judge Hammer:

We represent plaintiff/counter defendant Industria de Alimentos Zenú S.A.S. and third party defendant Cordialsa USA, Inc. ("Industria") in the above-captioned action and write jointly with defendants, Latinfood U.S. Corp. d/b/a Zenú Products Co. and Wilson Zuluaga, pursuant to the Court's March 21, 2019 Order, Dkt. No. 141, to update the Court on the status of the certain discovery disputes.

The parties met and conferred on March 28, 2019. The parties have agreed that Defendants will file any motion to quash Industria's subpoena to Network Solutions, LLC ("Network Solutions") on May 10, 2019, with Industria's opposition papers due May 20, 2019, Defendants' reply papers due May 28, 2019, and the motion day will be June 3, 2019.[1] The parties further agree to a fact discovery end date of July 15, 2019.

We thank the Court for its attention to this matter.

/s/
Samuel Kadosh

SK:jv

cc: Mark J. Ingber, Esq.

---

[1] Network Solutions was notified not to produce any documents pursuant to the subpoena until a court order, or further direction from the parties.