# EXHIBIT 3

1:17 PM

03/10/16

Accrual Basis

## LATINFOOD US CORP
## Sales by Item Summary
### January through December 2015



ATTORNEYS' EYES ONLY-SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER     LATIN000094