# EXHIBIT 4

| | |
|---|---|
| **From:** | Kadosh, Samuel |
| **Sent:** | Tuesday, June 18, 2019 11:23 AM |
| **To:** | Berman, Jeremy A.; ingber.lawfirm@gmail.com |
| **Cc:** | Raymond, Peter D. |
| **Subject:** | RE: Network Solutions Production |

Mark,

In reviewing the Network Solutions production today, we noticed that Network Solutions produced the metadata for emails other than communications between Latinfood and Cibao. We will have our IT staff search for any metadata of privileged communications, and delete that information from our database.

Best,

**Samuel Kadosh**
212-549-0451
SKadosh@ReedSmith.com

**Reed Smith**
599 Lexington Avenue
New York, NY 10022
212-521-5400 (**Main Number**)
212-521-5450 (**Fax Number**)

---

**From:** Berman, Jeremy A. <JBerman@reedsmith.com>
**Sent:** Monday, June 17, 2019 10:31 PM
**To:** ingber.lawfirm@gmail.com
**Cc:** Raymond, Peter D. <PRaymond@ReedSmith.com>; Kadosh, Samuel <SKadosh@ReedSmith.com>
**Subject:** Network Solutions Production

Mark,

Network Solutions' document production has been posted to the ShareFile site. The login credentials are below. Please let me know if you have any trouble accessing the documents. The cover letter to their production is attached.

**ShareFile Link:** https://reedsmith.sharefile.com
**User Name:**    ingber.law@verizon.net
**Password:**    The password was create by the user

**Jeremy Berman**
212.549.4241
JBerman@reedsmith.com

**ReedSmith** LLP
599 Lexington Ave **|** New York **|** NY **|** 10022
Phone: 212.521.5400 **|** Fax: 212.521.5450