# EXHIBIT C

```
 1
 2      UNITED STATES DISTRICT COURT
 3      DISTRICT OF NEW JERSEY
        ------------------------------------------X
 4      INDUSTRIA DE ALIMENTOS ZENU S.A.S.,
 5                     PLAINTIFF/COUNTER DEFENDANT
 6
                -against-   Case No:
 7                          2:16-cv-06576-KM-MAH
 8
        LATINFOOD U.S. CORP. d/b/a ZENU PRODUCTS CO.
 9      And WILSON ZULUAGA,
10                          DEFENDANTS/COUNTER
                            CLAIMANTS/THIRD PARTY
11                          PLAINTIFFS
12              -against-
13      CORDIALSA USA, INC.
                            THIRD-PARTY DEFENDANT
14      ------------------------------------------X
15                     DATE: February 22, 2018
16                     TIME: 1:20 P.M.
17          DEPOSITION of the Defendants,
18      LATINFOOD U.S. CORP. d/b/a ZENU PRODUCTS CO.,
19      Represented by WILSON ZULUAGA, taken by the
20      Plaintiff, pursuant to Notice and to the
21      Federal Rules of Civil Procedure, held at the
22      offices of Reed Smith, LLP, 599 Lexington
23      Avenue, New York, New York 10022, before
24      Robert X. Shaw, CSR, a Notary Public of the
25      State of New York.
```

```
 1              Wilson Zuluaga
 2     W I L S O N   Z U L U A G A, called as a
 3     witness, having been first duly sworn by a
 4     Notary Public of the State of New York, was
 5     examined and testified as follows:
 6     EXAMINATION BY
 7     MR. RAYMOND:
 8         Q.    Please state your name for the
 9     record.
10         A.    Wilson Zuluaga.
11         Q.    What is your address?
12         A.    116 Franklin Avenue, Seldon, New
13     York 11784.
14         Q.    Good afternoon, Mr. Zuluaga.
15               My name is Peter Raymond.  I'm with
16     the firm of Reed Smith.  Here is my colleague
17     Sarah Levitan.  As you know, we represent the
18     Plaintiff Industria De Alimentos Zenu SAS,
19     which I'll refer to as either Plaintiff or
20     Industria to keep things moving more quickly.
21               We are here today to take a
22     relatively short deposition just on the issue
23     of spoliation.  I'm going to limit my
24     questions to that issue.  We won't be talking
25     about the merits of the underlying case.
```

```
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------X
INDUSTRIA DE ALIMENTOS ZENU S.A.S.,

              PLAINTIFF/COUNTER DEFENDANT


      -against-   Case No:
                  2:16-cv-06576-KM-MAH


LATINFOOD U.S. CORP. d/b/a ZENU PRODUCTS CO.
And WILSON ZULUAGA,

                  DEFENDANTS/COUNTER
                  CLAIMANTS/THIRD PARTY
                  PLAINTIFFS

      -against-

CORDIALSA USA, INC.
                  THIRD-PARTY DEFENDANT
------------------------------------------X
```

                DATE: February 22, 2018

                TIME: 1:20 P.M.

       DEPOSITION of the Defendants,

LATINFOOD U.S. CORP. d/b/a ZENU PRODUCTS CO.,

Represented by WILSON ZULUAGA, taken by the

Plaintiff, pursuant to Notice and to the

Federal Rules of Civil Procedure, held at the

offices of Reed Smith, LLP, 599 Lexington

Avenue, New York, New York 10022, before

Robert X. Shaw, CSR, a Notary Public of the

State of New York.

```
 1                   Wilson Zuluaga
 2     the question before -- we don't take a break
 3     in the middle of it, but once there's no
 4     question pending, obviously you're free to
 5     get up and move around whenever you feel like
 6     it.
 7             A.    Thank you.
 8             Q.    Okay.  So, let's get started.
 9                   You've given your full name and
10     address to the court reporter; is that
11     correct?
12             A.    That's correct.
13             Q.    Okay.  I mentioned a few minutes
14     ago that we're here for the issue of
15     spoliation.
16                   Do you have any understanding of
17     what that word means in this context?
18             A.    It's been explained to me, that it
19     is the destruction of evidence, kind of like
20     that.
21             Q.    Okay.  And do you have any
22     understanding of whether you, as a party, or
23     the officer of a party to a litigation, have
24     an obligation to preserve relevant documents
25     and information?
```