# EXHIBIT D

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CIVIL ACTION NO. 2:16-cv-06576
----------------------------------------x
INDUSTRIA DE ALIMENTOS ZENU S.A.S.,

    Plaintiff,

    -against-

LATINFOOD U.S. CORP. d/b/a ZENU
PRODUCTS CO. and WILSON ZULUAGA,

    Defendant/Counter Plaintiff,
----------------------------------------x
LATINFOOD U.S. CORP. d/b/a ZENU
PRODUCTS CO.,

    Defendant/Counter Plaintiff,

    -against-

INDUSTRIA DE ALIMENTOS ZENU S.A.S. and
CORDIALSA, USA, INC.,

    Counter Defendants.
----------------------------------------x

        April 11, 2019
        10:10 a.m.

    Confidential Deposition of LUIS SALAZAR

Page 50

1     L. Salazar
2     A.   Not all of them and the ones that we
3  have have been provided to our attorney.
4  RQ        MR. INGBER:  I don't believe we have
5       ever received any written report about
6       Marquillas and we ask that it be produced.
7           MR. RAYMOND:  It's been produced.  It
8       is not a report.  It is a document but it's
9       been produced.
10 BY MR. INGBER:
11     Q.   So you had testified that the
12 complaint says that Industria became aware in
13 October 2013 of Latinfood's Zenu mark in the US.
14     Is that when you became aware of the
15 design of the products as well?
16          MR. RAYMOND:  I object to the form of
17      the question.  Design of the products?  Do
18      you mean the labeling or something?  What
19      are you talking about?
20          MR. INGBER:  The labeling.
21     A.   I said that I had learned of this
22 through the testimony that I mentioned.  I did not
23 say anything about the date that you are putting
24 in the question.
25     Q.   Will you be able to check your records

Page 51

1     L. Salazar
2  and determine when you exactly became aware of
3  Latinfood's use of the Zenu brand mark?
4     A.   I already said in previous answers
5  that we learn of this through different events.
6     Q.   I am asking you about October of 2013.
7          Will you be able to look at your
8  records to determine when you were first made
9  aware of Latinfood's use of the Zenu brand?
10     A.   We will be able to look at the record
11 and see which date we took Gloria's information.
12 RQ        MR. INGBER:  We are here for a second
13      day.  I ask that you have the answer when we
14      resume the deposition tomorrow so that we
15      can avoid having to have you or somebody
16      else come back to testify about that.
17          MR. RAYMOND:  Let me state that I
18      think this whole line is inappropriate.
19      There are documents that have been produced
20      that set forth the dates of, I think, all
21      the things you are asking.  He has testified
22      there were several events.  It is not his
23      job to go back and search through the
24      documents to identify dates.  He is here to
25      testify about what he knows.  And he is

Page 52

1     L. Salazar
2       telling you that.
3           MR. INGBER:  We are not just relying
4       here on documents.  We are here for
5       testimony about his knowledge of the records
6       of the company.  So we are not just bound by
7       the documents whatever many you produced.
8           MR. RAYMOND:  Good.  Then you can ask
9       him any question you want but you can't give
10      him assignments.  That's all I am saying.
11      You can ask him any question you want, show
12      him any document you want but you can't ask
13      him to go do things for you.  That's my
14      objection.  So let's move on.
15          MR. INGBER:  Okay.
16 BY MR. INGBER:
17     Q.   Are there any other persons at
18 Industria that would be familiar with what
19 happened in the report from October of 2013 from
20 Gloria?
21          MR. RAYMOND:  Object to the form.
22      There has been no testimony the report from
23      Gloria came from October 2013.  In fact, his
24      testimony was it came in before that.
25          MR. INGBER:  I didn't hear him testify

Page 53

1     L. Salazar
2       about that.
3           MR. RAYMOND:  He testified about it at
4       least twice in the last half an hour.
5  BY MR. INGBER:
6     Q.   So are you saying that -- your
7  attorney has just stated that and maybe I missed
8  this previously, that Industria became aware of
9  Latinfood's use of the Zenu brand product prior to
10 October 2013; is that correct?
11          MR. RAYMOND:  I didn't testify --
12      excuse me.  I didn't testify to anything.
13      What I said is that he testified that
14      Gloria's report came in before October 2013
15      is what he said.
16          MR. INGBER:  Okay.
17 BY MR. INGBER:
18     Q.   So Gloria's report came in before
19 October of 2013; is that correct?
20     A.   I have already said I do not remember
21 the date.
22     Q.   I understand, but was it before
23 October of 2013?
24     A.   I don't remember.
25     Q.   In paragraph 64 it says that a

Page 54

1  L. Salazar
2  supplier contacted Industria to alert it of
3  Latinfood's activity.
4  Q. Who was the supplier?
5  A. Marquillas.
6  Q. Marquillas is a supplier of Industria?
7  A. I do not work with the suppliers, no.
8  Q. Who works with the suppliers?
9  A. Santiago Jimenez.
10 Q. Do you know if Mr. Jimenez was alerted
11 to Marquillas's complaint?
12 A. I don't know if he was alerted
13 directly.
14 Q. Have you ever spoken to Mr. Jimenez
15 about what happened with Marquillas?
16 A. We have talked directly to our
17 attorneys.
18 Q. Did you speak with Mr. Jimenez about
19 this personally?
20 A. No.
21    MR. RAYMOND: Mark, just to clarify
22    one point, I was just handed a note saying
23    that in an e-mail that we sent you on
24    January 28 of this year we notified you we
25    had researched it and determined that

Page 55

1  L. Salazar
2  Gloria's report was made on September 11,
3  2014.
4  Q. Do you know if there is a report by
5  Marquillas?
6  A. I know the information that was
7  provided to the attorneys.
8  Q. Is it accurate to say that then
9  looking at paragraph 64 in the complaint that
10 Industria was unaware of Latinfood's use of the
11 Zenu mark in the US until in or around October
12 2013 when Marquillas contacted Industria?
13 A. I am not very clear on what the
14 question is.
15    MR. INGBER: Could you repeat the
16    question?
17    (Record read.)
18 A. I did not know before. I did not
19 know.
20 Q. But Industria knew; is that correct?
21    MR. RAYMOND: I am sorry.
22    Industria knew what?
23 Q. Industria became aware of Latinfood's
24 use of the Zenu mark in the US in October of 2013
25 when Marquillas contacted Industria to inform them

Page 56

1  L. Salazar
2  about Latinfood's activity; is that correct?
3  A. Within my knowledge that's correct.
4  Q. So I would like you to look at
5  paragraph 65 of the complaint now.
6  Did this investigation by Industria
7  into Latinfood's business begin in October of 2013
8  when Marquillas informed Industria of Latinfood's
9  activity?
10 A. When Industria became aware of all of
11 that information it was immediately handled
12 through the attorneys. I don't remember the exact
13 date.
14 Q. Has anyone ever contacted Industria to
15 ask if Industria is affiliated with Latinfood in
16 the US?
17 A. Gloria's complaint was about that.
18 Q. Is there anybody else beside Gloria?
19 A. Not that I know of.
20    MR. INGBER: Five minute break Peter.
21    MR. RAYMOND: Sure.
22    (Recess taken.)
23    MR. INGBER: I would like to put a
24    caveat on the record that your testimony
25    today is supposed to be spontaneous. I am

Page 57

1  L. Salazar
2  asking your counsel not to speak to you
3  about the line of questions that I am asking
4  you today so we can keep your testimony
5  spontaneous.
6     MR. RAYMOND: I don't know what that
7  means but obviously I have the right to
8  consult with my client as necessary.
9     MR. INGBER: Well, you don't have a
10 right to consult with your client about his
11 testimony in the middle of a deposition.
12    MR. RAYMOND: I certainly do, but
13 anyway. Let's move on.
14    MR. INGBER: If you will say you are
15 not going to I will respect your word. That
16 will be fine.
17    MR. RAYMOND: Of course I am not going
18 to say I won't consult with my client. I
19 will consult with my client when it's about
20 whatever I think is appropriate.
21    MR. INGBER: So you are saying you
22 will feel free to consult with your client
23 about his answers during the middle of his
24 deposition.
25    MR. RAYMOND: I am not going to say

15 (Pages 54 - 57)

|  | Page 58 |
|---|---|
| 1 | L. Salazar |
| 2 | anything of the sort.  I am saying that I |
| 3 | will reserve my rights to speak to my client |
| 4 | about whatever I want to speak to my client |
| 5 | about. |
| 6 | MR. INGBER:  During the middle of a |
| 7 | deposition as well? |
| 8 | MR. RAYMOND:  Whatever I want to talk |
| 9 | to my client about that's appropriate I will |
| 10 | speak to him about. |
| 11 | What right do you have to try to tell |
| 12 | me what I can and cannot speak to my client |
| 13 | about? |
| 14 | MR. INGBER:  The right I have is that |
| 15 | this is a deposition and it is not supposed |
| 16 | to be having a counsel discuss the lines of |
| 17 | questions and how he responds during the |
| 18 | course of a deposition transcript.  This is |
| 19 | a really important issue.  I think this is |
| 20 | pretty basic. |
| 21 | MR. RAYMOND:  Let's move along.  If |
| 22 | you have some case or citation you think |
| 23 | governs my ability to speak to my client I |
| 24 | would be happy to look at it, but let's move |
| 25 | on. |

|  | Page 59 |
|---|---|
| 1 | L. Salazar |
| 2 | MR. INGBER:  I don't have a case on |
| 3 | hand but we may need to speak to the |
| 4 | magistrate about this because this is a very |
| 5 | important issue.  It appears to me your |
| 6 | witness has been consulting with you during |
| 7 | the course of the deposition transcript. |
| 8 | MR. RAYMOND:  You have no idea what I |
| 9 | have consulted with my client about.  So |
| 10 | your implication is insulting and I am not |
| 11 | going to respond to it any further.  So |
| 12 | let's move on. |
| 13 | MR. INGBER:  Well, it is on the |
| 14 | record. |
| 15 | MR. RAYMOND:  What's on the record? |
| 16 | MR. INGBER:  It is on the record my |
| 17 | objection to it. |
| 18 | MR. RAYMOND:  Objection to what?  What |
| 19 | is it I have done?  Tell me what evidence |
| 20 | you have that I interfered in any way in |
| 21 | this deposition. |
| 22 | MR. INGBER:  I don't know that you |
| 23 | have but I am allowed to put a caveat on the |
| 24 | record. |
| 25 | MR. RAYMOND:  Good.  Then let's move |

|  | Page 60 |
|---|---|
| 1 | L. Salazar |
| 2 | on. |
| 3 | BY MR. INGBER: |
| 4 | Q.   Mr. Salazar, do you have any records |
| 5 | showing a crossover of Industria and Latinfood |
| 6 | customers between the US and Columbia? |
| 7 | A.   Overlap, no. |
| 8 | Q.   So to your knowledge, Latinfood and |
| 9 | Industria have different customers; is that |
| 10 | correct? |
| 11 | A.   Industria does not do business in the |
| 12 | United States. |
| 13 | Q.   Now I would like you to look at -- by |
| 14 | the way, I am not sure if I asked this before, but |
| 15 | did you provide any information in connection with |
| 16 | the claims in this complaint LS B? |
| 17 | MR. RAYMOND:  Object to the form. |
| 18 | A.   Which one is LS B? |
| 19 | Q.   That whole document. |
| 20 | A.   What's the question? |
| 21 | (Record read.) |
| 22 | MR. RAYMOND:  My objection to the |
| 23 | form.  To clarify is provide information to |
| 24 | whom? |
| 25 | A.   All the information has been through |

|  | Page 61 |
|---|---|
| 1 | L. Salazar |
| 2 | our attorneys. |
| 3 | Q.   So is that answer no when I am talking |
| 4 | about you personally? |
| 5 | MR. RAYMOND:  Object to the form. |
| 6 | A.   We have provided the information to |
| 7 | the attorneys. |
| 8 | Q.   Does that include you? |
| 9 | A.   The business that I represent. |
| 10 | Q.   Again, so not you personally, on |
| 11 | behalf of Industria? |
| 12 | MR. RAYMOND:  Object to the form.  He |
| 13 | answered the question.  Let's move on. |
| 14 | Q.   Please answer. |
| 15 | A.   We have provided all of the |
| 16 | information to the attorneys involving myself and |
| 17 | that's how we dealt with it. |
| 18 | Q.   Thank you. |
| 19 | Now I would like you to turn your |
| 20 | attention to paragraph 23 of the complaint LS B |
| 21 | page 6. |
| 22 | Do you have any evidence demonstrating |
| 23 | that your Zenu and Ranchera marks have become |
| 24 | famous in Columbia and across Latin America? |
| 25 | MR. RAYMOND:  Object to the form of |

16 (Pages 58 - 61)