# EXHIBIT F

**barry.ingberlawfirm@gmail.com**

| | |
|---|---|
| **From:** | Kadosh, Samuel <SKadosh@ReedSmith.com> |
| **Sent:** | Thursday, May 16, 2019 6:08 PM |
| **To:** | ingber.lawfirm@gmail.com |
| **Cc:** | Raymond, Peter D.; Berman, Jeremy A.; asha.ingberlawfirm@gmail.com; barry.ingberlawfirm@gmail.com |
| **Subject:** | RE: Yepes Subpoena-May 22, 2019 at 10am |

Mark,

Please be advised that we have been retained to represent Mr. Yepes at his deposition.  All further communications with Mr. Yepes should be directed to Reed Smith.   One issue I would like to raise in advance of the deposition is whether you are planning on using a translator at the deposition.  When I spoke with Mr. Yepes today, he explained that his English is very limited, and he only understood a small portion of our conversation.  Mr. Yepes also said that he thought the deposition was starting at 10 AM, not 11 AM.

Best.

**Samuel Kadosh**
212-549-0451
SKadosh@ReedSmith.com

**Reed Smith**
599 Lexington Avenue
New York, NY  10022
212-521-5400 (**Main Number**)
212-521-5450 (**Fax Number**)

**From:** ingber.lawfirm@gmail.com <ingber.lawfirm@gmail.com>
**Sent:** Tuesday, May 14, 2019 12:21 PM
**To:** Kadosh, Samuel <SKadosh@ReedSmith.com>
**Cc:** Raymond, Peter D. <PRaymond@ReedSmith.com>; Berman, Jeremy A. <JBerman@reedsmith.com>; asha.ingberlawfirm@gmail.com; barry.ingberlawfirm@gmail.com
**Subject:** RE: Yepes Subpoena-May 22, 2019 at 10am

**EXTERNAL E-MAIL**

Sam,

Fyi, Mr. Yepes has confirmed his appearance for the May 22nd deposition at **11am** at our office.

Regards,

Mark J. Ingber, Esq.
The Ingber Law Firm
51 JFK Parkway
First Floor West, Suite 159
Short Hills, NJ 07078
AV® 2019 Preeminent™ Rating
in the practice of Intellectual Property

1

(973) 921-0080
email: ingber.lawfirm@gmail.com
web address: www.ingberiplawyer.com

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE.  IF THE READER OF THIS MESSAGE IS NOT THE RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE SO THAT WE CAN ARRANGE FOR THE RETURN OF THE ORIGINAL DOCUMENTS TO US AT NO COST TO YOU.

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01