# EXHIBIT H

**barry.ingberlawfirm@gmail.com**

| | |
|---|---|
| **From:** | Berman, Jeremy A. <JBerman@reedsmith.com> |
| **Sent:** | Monday, April 29, 2019 8:59 AM |
| **To:** | ingber.lawfirm@gmail.com |
| **Cc:** | Raymond, Peter D.; Kadosh, Samuel; asha.ingberlawfirm@gmail.com; barry.ingberlawfirm@gmail.com |
| **Subject:** | RE: Luis Ignacio Salazar Deposition |

Mark,

We will not make a decision regarding deleting the recording until we have reviewed the transcript with our client.

Best,

Jeremy

---

**From:** ingber.lawfirm@gmail.com <ingber.lawfirm@gmail.com>
**Date:** Friday, Apr 26, 2019, 3:30 PM
**To:** Berman, Jeremy A. <JBerman@reedsmith.com>
**Cc:** Raymond, Peter D. <PRaymond@ReedSmith.com>, Kadosh, Samuel <SKadosh@ReedSmith.com>, asha.ingberlawfirm@gmail.com <asha.ingberlawfirm@gmail.com>, barry.ingberlawfirm@gmail.com <barry.ingberlawfirm@gmail.com>
**Subject:** RE: Luis Ignacio Salazar Deposition

**EXTERNAL E-MAIL**

**Urgent Reminder- Please get back to me on whether you will be deleting the audio tape of the deposition.**

---

**From:** ingber.lawfirm@gmail.com <ingber.lawfirm@gmail.com>
**Sent:** Saturday, April 13, 2019 10:32 AM
**To:** 'Berman, Jeremy A.' <JBerman@reedsmith.com>
**Subject:** RE: Luis Ignacio Salazar Deposition

Hi Jeremy,

Please get back to me on whether you will be deleting the audio tape of the deposition.

Thanx.

Regards,

Mark J. Ingber, Esq.
The Ingber Law Firm
51 JFK Parkway
First Floor West, Suite 159
Short Hills, NJ 07078

AV® 2019 Preeminent™ Rating
in the practice of Intellectual Property
(973) 921-0080
email: ingber.lawfirm@gmail.com

web address: www.ingberiplawyer.com

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE.  IF THE READER OF THIS MESSAGE IS NOT THE RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE SO THAT WE CAN ARRANGE FOR THE RETURN OF THE ORIGINAL DOCUMENTS TO US AT NO COST TO YOU.

**From:** Berman, Jeremy A. <JBerman@reedsmith.com>
**Sent:** Wednesday, April 10, 2019 2:49 PM
**To:** ingber.lawfirm@gmail.com
**Cc:** Raymond, Peter D. <PRaymond@ReedSmith.com>; Kadosh, Samuel <SKadosh@ReedSmith.com>
**Subject:** Luis Ignacio Salazar Deposition

Mark,

Please confirm that the deposition will begin at 10:00 am tomorrow.  Also, please let us know who will be attending with you so that we can give their names to building security.

The deposition will take place in room 22-7 on both days, and room 22-5 has been reserved for you as a breakout room for both days.

Best,

**Jeremy Berman**
212.549.4241
JBerman@reedsmith.com

**ReedSmith** LLP
599 Lexington Ave | New York | NY | 10022
Phone: 212.521.5400 | Fax: 212.521.5450

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01