# EXHIBIT 1



1:17 PM
03/10/15
Accrual Basis

**LATINFOOD US CORP**
**Sales by Item Summary**
January through December 2015

| | Qty | Amount | % of Sales | Avg Price | COGS | Avg COGS | Gross Margin | Gross Margin % |
|---|---|---|---|---|---|---|---|---|
| Inventory | | | | | | | | |
| Total Inventory | | | | | | | | |
| TOTAL | | | | | | | | |

Page 1

ATTORNEYS' EYES ONLY-SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER    LATIN000094