# EXHIBIT 3

**JANE S. DE LOSADA, Ed. D.**
**OFFICIAL TRANSLATOR – INTERPRETER**
**RESOLUTION NO. 909**
**COLOMBIAN MINISTRY OF JUSTICE**
**DIAGONAL 29D NO. 9 SUR – 110, APARTMENT 306**
**MEDELLÍN, COLOMBIA**
aaatraduccion@gmail.com

**THE REPUBLIC OF COLOMBIA**
**THE DEPARTMENT OF ANTIOQUIA**
**THE CITY OF MEDELLÍN**

**OFFICIAL TRANSLATION NO. ZENÚ (04) – 09/21/2017 OF A DOCUMENT WRITTEN IN SPANISH.**

**TRANSLATOR'S CERTIFICATION**

I, the undersigned JANE S. DE LOSADA, Official Translator and Interpreter in and for the Republic of Colombia, with License granted by the Colombian Ministry of Justice in Resolution No. 909, dated April 25, 1985, duly sworn and qualified to act as such, and whose signature is duly registered in the Office of Legalizations of the Ministry of Foreign Relations of Colombia, the United States and United Kingdom Embassies, all of which are in the City of Santafé de Bogotá, as well as the Australian Embassy in Santiago, Chile, **HEREBY CERTIFY THAT (1) I AM FLUENT IN THE LANGUAGES OF ENGLISH AND SPANISH AND (2) THE FOLLOWING IS A TRUE, ACCURATE AND COMPLETE TRANSLATION OF AN EMAIL COMMUNICATION WRITTEN IN SPANISH.**

I wish to certify that the stamp, which appears underneath my signatures on the first and last pages of this document, states:

JANE S. DE LOSADA
Official Translator – Interpreter
Resolution No. 909
Ministry of Justice

IN TESTIMONY THEREOF, I sign my name and place my Official Seal in my Office, in the City of Medellín, today, the 21st day of September, 2017.

*[signature]*
JANE S. de LOSADA
Traductora - Intérprete Oficial
Resolución No. 909
Ministerio de Justicia

```
----Sent by Veronica Velasquez Arias/CO/Servicios/NUTRESA on 19/09/2017 14:07 ----
For:       Veronica Velasquez Arias/CO/Servicios/NUTRESA@GNCH
From:      Luis Alfonso Arango/US/Cordialsa/NUTRESA
Date:      19/09/2017 14:06
Subject:   Fw: Rm: Meeting with Luis Alfonso Arango – Cordialsa USA
```

> # Redacted

**Luis A. Arango**



**Cordialsa USA, Inc**
24900 Pitkin Rd Ste 190
Spring, TX, 77386
Ph: (713) 460 4527
Avaya: 34201
laarango@cordialsausa.com

```
-----Forwarded by Luis Alfonso Arango/US/Cordialsa/NUTRESA on 09/19/2017 01:53PM -----

To:        Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA
From:      Luis Alfonso Arango/US/Cordialsa/NUTRESA@GNCH
Date:      03/12/2014  10:03AM
CC:        Robinson Manuel Rodriguez Zarta/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH
Subject:   Rm: Meeting with Luis Alfonso Arango – Cordialsa USA
```

Hey, Luis:

I'm sending you information that Marketing requested; for the Value Chain I must send you my updated cost, which I have already requested. With the topic of the use of the brand, *Servicios* (*Nutresa*) is already on top of it.

But, the other 2 points I believe we could support each other in your distribution model.

Thanks

```
----- Sent by Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA on 12/03/2014  08_08 AM -----

From:      Juliana Gómez González/CO/Zenu/Carnicos/NUTRESA
```

*[signature]* JANE S. de LOSADA
Traductora - Intérprete Oficial
Resolución No. 909
Ministerio de Justicia

| | |
|---|---|
| For: | Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH |
| CC: | María Adelaida Arango Hoyos/CO/Zenu/Carnicos/NUTRESA@GNCH |
| Date: | 11/03/2014  11:27 AM. |
| Subject: | Re: RM:  Meeting with Luis Alfonso Arango – Cordialsa USA |

Hey, I have several doubts that I would like to know in case of requesting support from Marketing:

- Do you have the Product Value Chain; what is the PVP to the consumer in the USA?
- What are the prices of the competitors?  How much is the product currently selling for (in some cases we have seen that are products are arriving but we do not carry them)
- How big is the potential of the Colombian population in these states being calculated?

The use of the brand in the United States, if I remember correctly, has been lost at some time because we did not have evidence of the commercial use in recent years, but it's better that *Servicios* confirm this.

Greetings.

Hernando Ramos Moreno---10/03/2014 10:11:21 p.m.---Good morning, Carlos.  Through the instruction of Diego Medina, we had a meeting last week with Luis A

| | |
|---|---|
| From: | Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA |
| For: | Carlos Andrés Espinosa Escobar/CO/Zenú/Carnicos/NUTRESA@GNCH, |
| cc: | Santiago Jiménez Ramírez/CO/Zenu/Carnicos/NUTRESA@GNCH |
| | Juliana Gómez González/CO/Zenu/Carnicos/NUTRESA |
| | Robinson Manuel Rodriguez Zarta/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH |
| Date: | 10/02/2014  10:11 PM |
| Subject: | Rm:  Meeting with Luis Alfonso Arango – Cordialsa USA |

Good morning, Carlos.

Through the instruction of Diego Medina, we had a meeting last week with Luis Alfonso Arango, Manager of Cordialsa USA, who is interested in selling Zenú Antioqueñan Beans x 380 and 580 Gr. to a nostalgic market of Colombians in some geographic areas, such as Florida, New York and California.

For this purpose, we have some tasks, in which we require your support:

- We need to send a Technical Specification Sheet in English to present it to the FDA --> Support of Research and Development.  I'm attaching the Sheet we sent in 2010, in case it continues to be valid.

*[signature]*
JANE S. de LOSADA
Traductora - Intérprete Oficial
Resolución No. 909
Ministerio de Justicia

- We need to send 4 samples of the Beans x 380 (Gr.) and 4 samples of the Beans x 580 (Gr.) with the labels in English to present them to the FDA --> Support of Research and Development.

Thanks for your support and collaboration.

[Attachment 20100914 – Antioqueñan Beans with Bacon (English).doc, eliminated by Juliana Gomez Gonzalez/CO/Zenu/Carnicos/NUTRESA]

----- Sent by Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA dated 10/03/2014 10:05 p.m. -----

| | |
|---|---|
| From: | Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA |
| For: | Fernery Garcia Garcia/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH, |
| cc: | Santiago Jimenez Ramirez/CO/Zenu/Carnicos/NUTRESA@GNCH |
| Date: | 05/03/2014 07:57 a.m. |
| Subject: | Meeting with Luis Alfonso Arango – Cordialsa USA |

Good morning, Fer:

I want to share with you the notes from the meeting we had yesterday with Luis Alfonso Arango, from Cordialsa USA.

- The project to export Beans had been suspended at the time of the change in the image and a change of the lithographed can to the label, due to the need of texts in English.
- We need to send a Technical Specification Sheet in English to present it to the FDA --> Support of Research and Development.
- We need to send 4 samples of the Beans x 380 (Gr.) and 4 samples of the Beans x 580 (Gr.) with the labels in English to present them to the FDA --> Support of Research and Development.
- Validate the use of the Zenú brand in the USA -> support from *Servicios Nutresa*
- Review in SAP the billing of products in English to send samples with no commercial value and to be able to have the system ready to bill Cordialsa, as soon as it is approved by the FDA.
- Send updated product costs, to generate a value chain; however, the focus is to reach a niche of the Colombian market that pays for the product, although it is a PVP higher than that of the local market.

We have the pending tasks to manage them internally and achieve an export of the product to the Latin market in the USA.

*[signature]*
JANE S. de LOSADA
Traductora - Intérprete Oficial
Resolución No. 909
Ministerio de Justicia

A hug.



Hernando Ramos Moreno
Director de Ventas Larga vida y
Food Service
Negocio Cárnico

Dirección : Cra 62 No 29 - 124
Ciudad : Medellín
Teléfono : (4) 409 82 00 Ext. - 41802
e-mail: hramos@alimentoscarnicos.com.co

Grupo Empresarial Nutresa

JANE S. de LOSADA
Traductora - Intérprete Oficial
Resolución No. 909
Ministerio de Justicia

Confidential