# EXHIBIT 4

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     DISTRICT OF NEW JERSEY
 3   CIVIL ACTION NO. 2:16-CV-06576
     -------------------------------------x
 4
     INDUSTRIA DE ALIMENTOS ZENU S.A.S.,
 5
                 Plaintiff,
 6
           - against -
 7
     LATINFOOD U.S. CORP. d/b/a ZENU PRODUCTS
 8   CO. and WILSON ZULUAGA,
 9            Defendants/Counter Plaintiff.
     -------------------------------------x
10   LATINFOOD U.S. CORP. d/b/a ZENU PRODUCTS
     CO.,
11
                 Defendant/Counter Plaintiff.
12
          and
13
     INDUSTRIA DE ALIMENTOS ZENU S.A.S
14   and CORDIALSA USA, INC.
15   ----------------------------------------x
                         599 Lexington Avenue
16                       New York, New York
17                       July 11, 2019
                         10:12 a.m.
18
19         30(B)(6) Deposition of LUIS ARANGO, a
     representative of the Plaintiff/Counter
20   Defendant held at the above-entitled time and
     place, taken before Carolyn Crescio, a
21   Professional Shorthand Reporter and Notary
     Public of the State of New York.
22
23              *     *     *
24
25
```

```
 1
 2   A P P E A R A N C E S:
 3
     REED SMITH, LLP
 4   Attorneys for Plaintiff/Counterclaim Defendant
         599 Lexington Avenue
 5       22nd Floor
         New York, New York 10022
 6   BY:    PETER D. RAYMOND, ESQ.
     -and-
 7          SAMUEL KADOSH, ESQ.
 8
 9   THE INGBER LAW FIRM
     Attorneys for Defendant/Counter Plaintiff Latinfood
10   US Corp. d/b/a Zenu Products and Co. and Wilson
     Zuluaga
11       51 JFK Parkway
         Suite 159
12       Short Hill, New Jersey 07078
     BY: MARK J. INGBER, ESQ.
13   -and-
         BARRY CHEN, ESQ.
14
15
16
     ALSO PRESENT:
17   Wilson Zuluaga
18   Veronica Velasquez
19   Camila Vasquez
20
21
22
23
24
25
```

Page 83

1  L. ARANGO
2  that verbal.
3  A. Yes.
4  Q. Thank you. Was this one of the
5  topics, do you recall, that you discussed with
6  Industria when you were discussing bringing
7  Zenu-branded products into the US?
8  A. Yes.
9  Q. What was that discussion about, if
10 you recall?
11 A. Can you be more specific?
12 Q. Yes. You say: Validate the use of
13 the Zenu brand in the US. What does that mean?
14 A. Normally when we want to sell a
15 product, the company must consult with
16 Servicios, the status of the trademark.
17 Q. Who was present at that meeting, if
18 you recall?
19 A. Which meeting?
20 Q. This meeting you had in Colombia
21 regarding bringing the Zenu-brand product into
22 the US.
23 A. I think it's very broad, your
24 question. There was no one single meeting. It
25 was informal conversation with the president of

Page 84

1       L. ARANGO
2  Zenu, and he direct me to Hernando. And I talk
3  with Hernando about the possibility of bringing
4  the product to the US.
5       Q.  When you say "the president," was
6  that Diego Medina?
7       A.  Yes.
8       Q.  Do you know if there were any
9  issues or any discussions about validating the
10 use of the Zenu brand in the US?
11      A.  No. The validation is a normal
12 process for us for everything that we do. It's
13 not a specific issue, but it's a concern. We
14 normally do it for every single product.
15      Q.  When you say "validation," are you
16 referring to getting a trademark for it in the
17 US? Do you know?
18      A.  If it's active, if we need to ask
19 for the use, if we need to register, any option
20 has to be worked with Servicios Nutresa.
21      Q.  When you say you have to register,
22 do you mean with the US Trademark Office?
23      A.  Yeah.
24      Q.  At that time, were you aware of
25 any -- were you aware of Latinfood selling

Page 85

1          L. ARANGO
2  Zenu-branded products in the US?
3      A.   No.
4      Q.   Do you know if there were any
5  discussions in Colombia at that time about
6  somebody else using the name "Zenu" in the US?
7           MR. RAYMOND:  Object to the form
8      of the question.
9      A.   To my knowledge, no.
10     Q.   What happened as a result of these
11 meetings and discussions?
12     A.   We started working on the
13 requirements, like labeling, reviewing the
14 pricing analysis, everything.  Yeah.  We work a
15 lot on it, on the product, until we got the
16 notification they have to review the trademark.
17     Q.   Did you understand there to be some
18 issues with registering the trademark in the US?
19     A.   No.  When I started the product, not
20 at all.  After, when we were kind of ready.
21     Q.   When you were what?
22     A.   Ready with the product.
23     Q.   When was that, if you know?
24     A.   June, July, August.  Later on.
25          MR. INGBER:  Off the record.

Page 136

1      L. ARANGO
2  department?
3      A.   No.
4      Q.   Did you report back to Mr. Medina,
5  Diego Medina about this?
6      A.   No.
7      Q.   Did you respond to this July 15,
8  2015, letter from Mr. Zuluaga?
9      A.   Yes.  It was handled through our
10 corporate lawyers, and they send back a
11 response.
12     Q.   So you didn't personally respond, or
13 did you?
14     A.   I work with them.
15     Q.   Did you contact Mr. Yepes to verify
16 the contents of this letter, at all?
17     A.   No.
18     Q.   Did Cordialsa ever have any direct
19 discussions with any of Latinfood business
20 customers regarding the sales of Latinfood's
21 product, to your knowledge?
22     A.   I only ask one cashier in one
23 supermarket if the product sells well, and they
24 say, Yes, well.
25     Q.   Whose product?

Page 137

1        L. ARANGO
2   A.   The canned beans, Zenu canned beans.
3   Q.   Is this the Latinfood products?
4   A.   Uh-huh.
5   Q.   What store was that?
6   A.   I don't remember which one.
7   Q.   Was it Food Fair?
8   A.   No.
9   Q.   Was it Supremo?
10  A.   I don't remember which one it was.
11  Q.   Not Twin City?
12  A.   I don't remember.  But I remember
13  that I saw the product.  When I was with the
14  cashier, I ask, Is this product selling well?
15  They said, Yes, well.
16  Q.   Was this after the July 15, 2015,
17  incident?
18  A.   I don't remember.
19       (A break was taken.)
20  Q.   You now have before you LSB.  On
21  page 19, paragraph 64, it says:  Plaintiff,
22  meaning Industria, did not oppose Defendant's
23  registration application because as a foreign
24  corporation, it's unaware the defendant's
25  pirating of the Zenu mark in the US until in or