# EXHIBIT 5

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CIVIL ACTION NO. 2:16-cv-06576
----------------------------------------x
INDUSTRIA DE ALIMENTOS ZENU S.A.S.,

        Plaintiff,

        -against-

LATINFOOD U.S. CORP. d/b/a ZENU
PRODUCTS CO. and WILSON ZULUAGA,

        Defendant/Counter Plaintiff,
----------------------------------------x
LATINFOOD U.S. CORP. d/b/a ZENU
PRODUCTS CO.,

        Defendant/Counter Plaintiff,

        -against-

INDUSTRIA DE ALIMENTOS ZENU S.A.S. and
CORDIALSA, USA, INC.,

        Counter Defendants.
----------------------------------------x

           April 11, 2019
           10:10 a.m.

    Confidential Deposition of LUIS SALAZAR

```
                                                          Page 1
 1
 2    UNITED STATES DISTRICT COURT
 3    DISTRICT OF NEW JERSEY
 4    CIVIL ACTION NO. 2:16-cv-06576
 5    ---------------------------------------x
 6    INDUSTRIA DE ALIMENTOS ZENU S.A.S.,
 7              Plaintiff,
 8              -against-
 9    LATINFOOD U.S. CORP. d/b/a ZENU
10    PRODUCTS CO. and WILSON ZULUAGA,
11              Defendant/Counter Plaintiff,
12    ---------------------------------------x
13    LATINFOOD U.S. CORP. d/b/a ZENU
14    PRODUCTS CO.,
15              Defendant/Counter Plaintiff,
16              -against-
17    INDUSTRIA DE ALIMENTOS ZENU S.A.S. and
18    CORDIALSA, USA, INC.,
19              Counter Defendants.
20    ---------------------------------------x
21
22                    April 11, 2019
                      10:10 a.m.
23
24       Confidential Deposition of LUIS SALAZAR
25
```

```
                                                   Page 55
 1                   L. Salazar
 2        Gloria's report was made on September 11,
 3        2014.
 4        Q.    Do you know if there is a report by
 5   Marquillas?
 6        A.    I know the information that was
 7   provided to the attorneys.
 8        Q.    Is it accurate to say that then
 9   looking at paragraph 64 in the complaint that
10   Industria was unaware of Latinfood's use of the
11   Zenu mark in the US until in or around October
12   2013 when Marquillas contacted Industria?
13        A.    I am not very clear on what the
14   question is.
15              MR. INGBER:  Could you repeat the
16        question?
17              (Record read.)
18        A.    I did not know before.  I did not
19   know.
20        Q.    But Industria knew; is that correct?
21              MR. RAYMOND:  I am sorry.
22              Industria knew what?
23        Q.    Industria became aware of Latinfood's
24   use of the Zenu mark in the US in October of 2013
25   when Marquillas contacted Industria to inform them
```

1              L. Salazar

2    about Latinfood's activity; is that correct?

3         A.    Within my knowledge that's correct.

4         Q.    So I would like you to look at

5    paragraph 65 of the complaint now.

6               Did this investigation by Industria

7    into Latinfood's business begin in October of 2013

8    when Marquillas informed Industria of Latinfood's

9    activity?

10        A.    When Industria became aware of all of

11   that information it was immediately handled

12   through the attorneys.  I don't remember the exact

13   date.

14        Q.    Has anyone ever contacted Industria to

15   ask if Industria is affiliated with Latinfood in

16   the US?

17        A.    Gloria's complaint was about that.

18        Q.    Is there anybody else beside Gloria?

19        A.    Not that I know of.

20             MR. INGBER:  Five minute break Peter.

21             MR. RAYMOND:  Sure.

22             (Recess taken.)

23             MR. INGBER:  I would like to put a

24        caveat on the record that your testimony

25        today is supposed to be spontaneous.  I am

```
                                                     Page 57
 1                        L. Salazar
 2           asking your counsel not to speak to you
 3           about the line of questions that I am asking
 4           you today so we can keep your testimony
 5           spontaneous.
 6                   MR. RAYMOND:  I don't know what that
 7           means but obviously I have the right to
 8           consult with my client as necessary.
 9                   MR. INGBER:  Well, you don't have a
10           right to consult with your client about his
11           testimony in the middle of a deposition.
12                   MR. RAYMOND:  I certainly do, but
13           anyway.  Let's move on.
14                   MR. INGBER:  If you will say you are
15           not going to I will respect your word.  That
16           will be fine.
17                   MR. RAYMOND:  Of course I am not going
18           to say I won't consult with my client.  I
19           will consult with my client when it's about
20           whatever I think is appropriate.
21                   MR. INGBER:  So you are saying you
22           will feel free to consult with your client
23           about his answers during the middle of his
24           deposition.
25                   MR. RAYMOND:  I am not going to say
```