# EXHIBIT 6

**From:** Raymond, Peter D.
**Sent:** Wednesday, May 30, 2018 3:17 PM
**To:** 'Mark Ingber'
**Cc:** Kadosh, Samuel; Berman, Jeremy A.; emily.ingberlawfirm@gmail.com
**Subject:** RE: Alimentos/Latinfood

I advised the law clerk by phone. She asked that I confirm this in writing, which I did by a short letter I copied you on.

Best,

Peter

---

**From:** Mark Ingber [mailto:ingber.law@verizon.net]
**Sent:** Wednesday, May 30, 2018 1:29 PM
**To:** Raymond, Peter D.
**Cc:** Kadosh, Samuel; Berman, Jeremy A.; emily.ingberlawfirm@gmail.com
**Subject:** Re: Alimentos/Latinfood

Great. Thank you

Sent from my iPhone

On May 30, 2018, at 1:19 PM, Raymond, Peter D. <PRaymond@ReedSmith.com> wrote:

> Ok. I will advise the court that we worked it our so MJ Hammer should not expect to hear from us.
>
> ---
>
> **From:** Mark Ingber [mailto:ingber.law@verizon.net]
> **Sent:** Wednesday, May 30, 2018 1:08 PM
> **To:** Raymond, Peter D.
> **Cc:** Kadosh, Samuel; Berman, Jeremy A.; emily.ingberlawfirm@gmail.com
> **Subject:** Re: Alimentos/Latinfood
>
> Sounds good Peter. I'm out of Office right now stuck at DMV, not sure when I'll b able to escape. If you want to advise Court of resolution of our day issues then you certainly have my consent
>
> Regards, Mark Ingber, Esq.
>
> Sent from my iPhone
>
> On May 30, 2018, at 12:07 PM, Raymond, Peter D. <PRaymond@ReedSmith.com> wrote:
>
>> Mark—My client has agreed to bring the Cordialsa 30(b)(6) witness or witnesses to New York as well. Let's discuss how to confirm this and form the Magistrate we have resolved the dispute for now.
>>
>> Best,
>>
>> Peter

**From:** Raymond, Peter D.
**Sent:** Wednesday, May 30, 2018 11:06 AM
**To:** 'ingber.law@verizon.net'
**Cc:** Kadosh, Samuel; Berman, Jeremy A.
**Subject:** Alimentos/Latinfood

Mark—My client has agreed to bring the 30(b)(6) witness or witnesses for Alimentos to New York in exchange for your agreement to hold off on taking any other Alimentos witnesses until you can determine, after completion of the 30(b)(6) witnesses , if further depositions are necessary.

I am still waiting for word on Cordialsa.

Lets speak in a little while after I get word on Cordialsa to decide how to deal with Magistrate Hammer.

Best,

Peter

_____
Peter D. Raymond, Esq.
ReedSmith LLP
599 Lexington Avenue
New York, New York 10022-7650
Direct Dial: (212) 549-0364
Fax: (212) 521-5450
E-mail: praymond@reedsmith.com

\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01