**EXHIBIT C**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
---------------------------------------------X
INDUSTRIA DE ALIMENTOS ZENU S.A.S.,

              PLAINTIFF/COUNTER DEFENDANT


      -against-   Case No:
                2:16-cv-06576-KM-MAH


LATINFOOD U.S. CORP. d/b/a ZENU PRODUCTS CO.
And WILSON ZULUAGA,

              DEFENDANTS/COUNTER
              CLAIMANTS/THIRD PARTY
              PLAINTIFFS

      -against-

CORDIALSA USA, INC.
              THIRD-PARTY DEFENDANT
---------------------------------------------X

            DATE: February 22, 2018

            TIME: 1:20 P.M.

    DEPOSITION of the Defendants,

LATINFOOD U.S. CORP. d/b/a ZENU PRODUCTS CO.,

Represented by WILSON ZULUAGA, taken by the

Plaintiff, pursuant to Notice and to the

Federal Rules of Civil Procedure, held at the

offices of Reed Smith, LLP, 599 Lexington

Avenue, New York, New York 10022, before

Robert X. Shaw, CSR, a Notary Public of the

State of New York.

1      Wilson Zuluaga

2      W I L S O N  Z U L U A G A, called as a

3      witness, having been first duly sworn by a

4      Notary Public of the State of New York, was

5      examined and testified as follows:

6      EXAMINATION BY

7      MR. RAYMOND:

8          Q.   Please state your name for the

9      record.

10         A.   Wilson Zuluaga.

11         Q.   What is your address?

12         A.   116 Franklin Avenue, Seldon, New

13     York 11784.

14         Q.   Good afternoon, Mr. Zuluaga.

15              My name is Peter Raymond.  I'm with

16     the firm of Reed Smith.  Here is my colleague

17     Sarah Levitan.  As you know, we represent the

18     Plaintiff Industria De Alimentos Zenu SAS,

19     which I'll refer to as either Plaintiff or

20     Industria to keep things moving more quickly.

21              We are here today to take a

22     relatively short deposition just on the issue

23     of spoliation.  I'm going to limit my

24     questions to that issue.  We won't be talking

25     about the merits of the underlying case.

```
 1                    Wilson Zuluaga
 2      There will probably be another deposition
 3      down the road on that, but that's what this
 4      one is about.
 5             A.    I understand.
 6             Q.    Have you ever been deposed before?
 7             A.    I have not.
 8             Q.    Okay.  I'm sure your lawyer has
 9      told you how this works, but just let me give
10      you a few pointers on it.
11                   I'm going to be asking you a series
12      of questions today.  I would ask that you
13      wait until I'm finished with my question
14      before you answer.  If both of us are talking
15      at the same time, it's difficult for the
16      court reporter to take down the answer.
17                   If at any time you don't understand
18      or are confused by a question that I ask,
19      please let me know that, and I will endeavor
20      to rephrase it for you.  If at any time you
21      need to take a break, go to the bathroom,
22      walk around, just let me know that and we'll
23      stop and accommodate that.
24                   The only thing I would ask is if
25      there's a pending question that you answer
```

```
 1                   Wilson Zuluaga
 2    the question before -- we don't take a break
 3    in the middle of it, but once there's no
 4    question pending, obviously you're free to
 5    get up and move around whenever you feel like
 6    it.
 7         A.    Thank you.
 8         Q.    Okay.  So, let's get started.
 9               You've given your full name and
10    address to the court reporter; is that
11    correct?
12         A.    That's correct.
13         Q.    Okay.  I mentioned a few minutes
14    ago that we're here for the issue of
15    spoliation.
16               Do you have any understanding of
17    what that word means in this context?
18         A.    It's been explained to me, that it
19    is the destruction of evidence, kind of like
20    that.
21         Q.    Okay.  And do you have any
22    understanding of whether you, as a party, or
23    the officer of a party to a litigation, have
24    an obligation to preserve relevant documents
25    and information?
```