UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S.<br><br>Plaintiff/Counter Defendant,<br><br>v.<br><br>LATINFOOD U.S. CORP. d/b/a ZENÚ PRODUCTS CO. and WILSON ZULUAGA,<br><br>Defendants | Civil Action No.  2:16-cv-06576-KM-MAH<br><br>**STIPULATION** |

Pursuant to the "Meet and Confer" which took place on December 13, 2018 and subsequent communications, the Parties, by and through their undersigned counsel, hereby agree and stipulate to the following:

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys, as follows:

1. Industria has never used the marks "Zenu" and "Ranchera" on any goods imported by Industria into the United States.

2. Industria has never used the marks "Zenu" and "Ranchera" on any goods sold by Industria in the United States.

3. Industria has never sold any goods in the United States.

4. Industria has never sold any goods bearing the marks "Zenu" and "Ranchera" in the United States.

5. Industria has never sold any goods bearing the design depicted in "Zenu Chorizo Mediano" VA 2-023-767 U.S. Copyright in the United States.

**EXHIBIT D**

6. Industria has never sold any goods bearing the design depicted in "Zenu Chorizo con Ternera" VA 2-026-703 U.S. Copyright in the United States.

7. Industria has never sold any goods bearing the design depicted in "Zenu Chorizo Pequeno" VA 2-026-710 U.S. Copyright in the United States.

8. Industria has never sold any goods bearing the design depicted in "Zenu Chile Con Carne de Res" VA 2-026-672 U.S. Copyright in the United States.

9. Industria has never sold any goods bearing the design depicted in "Ranchera" VA 2-023-741 U.S. Copyright in the United States.

10. Industria has never sold any goods and/or services at tradeshows in the United States under the marks "Zenu" and "Ranchera."

The undersigned hereby STIPULATE and AGREE to the above facts:

Dated:   January 29, 2019

**REED SMITH LLP**

By: _____

Peter D. Raymond, Esq. (pro hac vice)
Samuel Kadosh, Esq.
David G. Murphy, Esq.
599 Lexington Avenue
New York, New York 10022
Tel: (212) 521-5400
Fax: (212) 521-5450

*Attorneys for*
*Industria de Alimentos Zenú S.A.S.*

**THE INGBER LAW FIRM**

By: _____

Mark J. Ingber, Esq.
51 JFK Parkway
First Floor West, Suite 159
Short Hills, New Jersey 07078
Tel: (973) 921-0080

*Attorneys for*
*Latinfood U.S. Corp. d/b/a*
*Zenú Products Co. and Wilson Zuluaga*