----Sent by Veronica Velasquez Arias/CO/Servicios/NUTRESA on 19/09/2017 13:55 ----
For: Veronica Velasquez Arias/CO/Servicios/NUTRESA@GNCH
From: Luis Alfonso Arango/US/Cordialsa/NUTRESA
Date: 19/09/2017 13:47
Subject: Fw: **Zenú Beans in USA and also Rica Rondo**

# Redacted

Luis A. Arango



**Cordialsa USA, Inc**
24900 Pitkin Rd Ste 190
Spring, TX, 77386
Ph: (713) 460 4527
Avaya: 34201
laarango@cordialsausa.com

-----Forwarded by Luis Alfonso Arango/US/Cordialsa/NUTRESA on 09/19/2017 01:47PM ----

To: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA
From: Luis Alfonso Arango/US/Cordialsa/NUTRESA@GNCH
Date: 12/03/2014  09:24AM
CC: Alberto Hoyos Lopera/CO/Noel/Galletas/NUTRESA@GNCH, Catalina Ramirez Cadavid/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH
Subject: **Zenú Beans in USA and also Rica Rondo**

(See attached file: Rica Diversity Latin Maryland.jpg)
(See attached file: Zenu Diversity Latin Maryland.jpg)

Hey, Hernando:

I want to tell you that the topic of Zenú has increased a lot and our sales personnel are seeing the product in many supermarkets and not just the line of beans, but also all the topic of sausages. In addition to the Zenú brand, we are seeing that not they are also using Rica Rondo.

I'm going to send photos for your records.

In this (email) I am sending photos of Zenú and Rica in the area of Maryland.

Sincerely,

*JANE S. de LOSADA*
Traductora - Intérprete Oficial
Resolución No. 909
Ministerio de Justicia

**EXHIBIT E**

**Luis A. Arango**



**Cordialsa USA, Inc**
24900 Pitkin Rd Ste 190
Spring, TX, 77386
Ph: (713) 460 4527
Avaya: 34201
laarango@cordialsausa.com

----- Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA wrote: -----

To:       "Luis Alfonso Arango" <laarango@cordialsausa.com>
From:     Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA
Date:     09/11/2014 05:40AM.
CC:       "Alberto Hoyos Lopera" <ahoyos@noel.com.co>
Subject:  *Re:* ZENÚ Beans in USA

Luis, thank you very much for the information; it coincides with a teleclient that we sent to the Legal Department (*Jurídica*), where a client in NY complained about the service of our Distributor in Miami, which we do not have, but this is topic is more complex that what we had imagined.

I'm copying this now to the Legal Department.

Thank you very much and a hug.

Greetings.

Hernando Ramos M
Director of Long-Life Sales and Food Service

On 10/09/2014, at 7:36 PM, "Luis Alfonso Arango" laarango@cordialsausa.com wrote:

Hey, Hernando:

I'm visiting the points of sale here in New Jersey and I'm finding that in the market there are Zenú beans from a company that calls itself Zenú products USA.

The logo, descriptors, photos, etc. .. is identical to the product in Colombia, but this product is not from Zenú, but from a company that is appropriating the Zenú brand and makes consumers see that they are buying Zenú products, when in reality, they aren't.

*JANE S. de LOSADA*
Traductora - Intérprete Oficial
Resolución No. 909
Ministerio de Justicia

Luis A. Arango



**Cordialsa USA, Inc**
24900 Pitkin Rd Ste 190
Spring, TX, 77386
Ph: (713) 460 4527
Avaya: 34201
laarango@cordialsausa.com

----- Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA wrote: -----

To:      "Luis Alfonso Arango" <laarango@cordialsausa.com>
From:    Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA
Date:    09/11/2014 05:40AM.
CC:      "Alberto Hoyos Lopera" <ahoyos@noel.com.co>
Subject: *Re:* ZENÚ Beans in USA

Luis, thank you very much for the information; it coincides with a teleclient that we sent to the Legal Department (*Jurídica*), where a client in NY complained about the service of our Distributor in Miami, which we do not have, but this is topic is more complex that what we had imagined.

I'm copying this now to the Legal Department.

Thank you very much and a hug.

Greetings.

Hernando Ramos M
Director of Long-Life Sales and Food Service

On 10/09/2014, at 7:36 PM, "Luis Alfonso Arango" laarango@cordialsausa.com wrote:

Hey, Hernando:

I'm visiting the points of sale here in New Jersey and I'm finding that in the market there are Zenú beans from a company that calls itself Zenú products USA.

The logo, descriptors, photos, etc. .. is identical to the product in Colombia, but this product is not from Zenú, but from a company that is appropriating the Zenú brand and makes consumers see that they are buying Zenú products, when in reality, they aren't.

*JANE S. de LOSADA*
Traductora - Intérprete Oficial
Resolución No. 909
Ministerio de Justicia

Confidential

IAZ DNJ0002482

**Redacted**

-----Remitido por Veronica Velasquez Arias/CO/Servicios/NUTRESA el 19/09/2017 14:07 -----
Para: Veronica Velasquez Arias/CO/Servicios/NUTRESA@GNCH
De: Luis Alfonso Arango/US/Cordialsa/NUTRESA
Fecha: 19/09/2017 14:06
Asunto: Fw: Rm: Reunión con Luis Alfonso Arango - Cordialsa USA

**Redacted**

Luis A. Arango



Cordialsa USA, Inc
24900 Pitkin Rd Ste 190
Spring, TX 77386
Ph: (713) 460 4527
Avaya: 34701
laarango@cordialsausa.com

-----Forwarded by Luis Alfonso Arango/US/Cordialsa/NUTRESA on 09/19/2017 01:53PM -----

To: Luis Alfonso Arango/US/Cordialsa/NUTRESA@GNCH
From: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA
Date: 03/12/2014 10:03AM
Cc: Robinson Manuel Rodriguez Zarta/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH
Subject: Rm: Reunión con Luis Alfonso Arango - Cordialsa USA

Hola Luis

Te envío información que nos solicita Mercadeo, para la Cadena de valor debo pasarte mi costo actualizado, el cual ya pedí. Con el tema del uso de marca ya Servicios está en eso

Pero los otros 2 puntos creo podríamos apoyarnos en tu modelo de distribución

Mil gracias

----- Remitido por Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA con fecha 12/03/2014 08:08 a.m. -----

De:         Juliana Gomez Gonzalez/CO/Zenu/Carnicos/NUTRESA

Para:       Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH,

| | |
|---|---|
| cc: | Maria Adelaida Arango Hoyos/CO/Zenu/Carnicos/NUTRESA@GNCH |
| Fecha: | 11/03/2014 11:27 a.m. |
| Asunto: | Re: Rm: Reunión con Luis Alfonso Arango - Cordialsa USA |

Hola, tengo varias dudas que quisiera conocer en el caso de solicitar apoyo de mercadeo:
- ya tienen la cadena de valor del producto, cual es el PVP al consumidor en USA?
- Cuales son los precios de la competencia? En cuanto se vende el producto actualmente (en algunos casos hemos visto que ya llegan nuestros productos pero que nosotros no los llevamos)
- En cuanto están calculando el potencial por la población colombiana en estos estados?

El uso de la marca en Estados Unidos, si recuerdo bien se había perdido en algún momento porque no teníamos pruebas de uso comercial en los últimos años, pero es mejor que Servicios lo confirme.

Saludos,


   Hernando Ramos Moreno---10/03/2014 10:11:21 p.m.---Buenos dias Carlos Por instrucción de Diego Medina, tuvimos la semana pasada una reunión con Luis A

De: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA
Para: Carlos Andres Espinosa Escobar/CO/Zenu/Carnicos/NUTRESA@GNCH,
cc: Santiago Jimenez Ramirez/CO/Zenu/Carnicos/NUTRESA@GNCH, Juliana Gomez Gonzalez/CO/Zenu/Carnicos/NUTRESA@GNCH, Robinson Manuel Rodriguez Zarta/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH
Fecha: 10/03/2014 10:11 p.m.
Asunto: Rm: Reunión con Luis Alfonso Arango - Cordialsa USA


Buenos días Carlos

Por instrucción de Diego Medina, tuvimos la semana pasada una reunión con Luis Alfonso Arango, Gerente de Cordialsa USA, quién está interesado en vender Fríjoles Antioqueños Zenu x 380 y 580 Gr. A un mercado nostálgico de colombianos en algunas zonas geográficas como Florida, New York y California

Para tal fin tenemos algunas tareas, en las cuales requerimos de tu apoyo:

- Se requiere enviar ficha técnica en Inglés para presentarla a la FDA --> Apoyo de Investigación y Desarrollo. Adjunto la ficha que enviamos en el 2010, por sí continúa vigente

- Necesitamos enviar 4 muestras de Frijol x 380 y 4 muestras de Frijol x 580, con las etiquetas en Inglés para presentarlas a la FDA --> Apoyo de Investigación y Desarrollo

Mil gracias por tu apoyo y colaboración

[anexo 20100914 - Ficha técnica Frijoles antioqueños con tocino (Ingles).doc eliminado por Juliana Gomez Gonzalez/CO/Zenu/Carnicos/NUTRESA]

----- Remitido por Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA con fecha 10/03/2014 10:05 p.m. -----

| | |
|---|---|
| De: | Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA |
| Para: | Fernery Garcia Garcia/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH, |
| cc: | Santiago Jimenez Ramirez/CO/Zenu/Carnicos/NUTRESA@GNCH |
| Fecha: | 05/03/2014 07:57 a.m. |
| Asunto: | Reunión con Luis Alfonso Arango - Cordialsa USA |

Buenos días Fer:

Te comparto las notas de la reunión que tuvimos ayer con Luis Alfonso Arango, de Cordialsa USA.

- El proyecto de exportación de Fríjoles se había suspendido en el momento de cambio de imagen y cambio de lata litografiada a etiqueta, por necesidad de textos en inglés.

- Se requiere enviar ficha técnica en Inglés para presentarla a la FDA --> Apoyo de Investigación y Desarrollo

- Necesitamos enviar 4 muestras de Frijol x 380 y 4 muestras de Frijol x 580, con las etiquetas en Inglés para presentarlas a la FDA --> Apoyo de Investigación y Desarrollo

- Validar uso de marca Zenu en USA -> Apoyo Servicios Nutresa

- Revisar en SAP facturación de productos en Inglés para enviar muestras sin valor comercial y poder tener listo el sistema para facturarle a Cordialsa, tan pronto apruebe la FDA

- Enviar costos de producto actualizados, para generar cadena de valor, sin embargo el foco es llegar a un nicho de mercado Colombiano que pague por el producto, así sea una PVP más alto que el mercado local

Quedamos con las tareas pendientes para gestionarlas internamente y lograr una

exportación de producto al mercado latino de USA

Un abrazo



Hernando Ramos Moreno
Director de Ventas Larga Vida y
Food Service
Negocio Cárnico

Dirección : Cra 63 no 21 - 124
Ciudad : Medellín
Teléfono : (4) 432 82 00 Ext   41802
e-mail : hramos@alimentoscarnicos.com.co

Grupo Empresarial Nutresa 

Confidential

**JANE S. DE LOSADA, Ed. D.**
OFFICIAL TRANSLATOR – INTERPRETER
RESOLUTION NO. 909
COLOMBIAN MINISTRY OF JUSTICE
DIAGONAL 29D NO. 9 SUR – 110, APARTMENT 306
MEDELLÍN, COLOMBIA
aaatraduccion@gmail.com

THE REPUBLIC OF COLOMBIA
THE DEPARTMENT OF ANTIOQUIA
THE CITY OF MEDELLÍN

OFFICIAL TRANSLATION NO. ZENÚ (04) – 09/21/2017 OF A DOCUMENT WRITTEN IN SPANISH.

TRANSLATOR'S CERTIFICATION

I, the undersigned JANE S. DE LOSADA, Official Translator and Interpreter in and for the Republic of Colombia, with License granted by the Colombian Ministry of Justice in Resolution No. 909, dated April 25, 1985, duly sworn and qualified to act as such, and whose signature is duly registered in the Office of Legalizations of the Ministry of Foreign Relations of Colombia, the United States and United Kingdom Embassies, all of which are in the City of Santafé de Bogotá, as well as the Australian Embassy in Santiago, Chile, **HEREBY CERTIFY THAT (1) I AM FLUENT IN THE LANGUAGES OF ENGLISH AND SPANISH AND (2) THE FOLLOWING IS A TRUE, ACCURATE AND COMPLETE TRANSLATION OF AN EMAIL COMMUNICATION WRITTEN IN SPANISH.**

I wish to certify that the stamp, which appears underneath my signatures on the first and last pages of this document, states:

JANE S. DE LOSADA
Official Translator – Interpreter
Resolution No. 909
Ministry of Justice

IN TESTIMONY THEREOF, I sign my name and place my Official Seal in my Office, in the City of Medellín, today, the 21st day of September, 2017.

*[signature]*
JANE S. de LOSADA
Traductora - Intérprete Oficial
Resolución No. 909
Ministerio de Justicia

Confidential
IAZ DNJ0002487

----Sent by Veronica Velasquez Arias/CO/Servicios/NUTRESA on 19/09/2017 14:07 ----
For:        Veronica Velasquez Arias/CO/Servicios/NUTRESA@GNCH
From:       Luis Alfonso Arango/US/Cordialsa/NUTRESA
Date:       19/09/2017 14:06
Subject:    Fw: Rm: Meeting with Luis Alfonso Arango – Cordialsa USA

> Redacted

**Luis A. Arango**



**Cordialsa USA, Inc**
24900 Pitkin Rd Ste 190
Spring, TX, 77386
Ph: (713) 460 4527
Avaya: 34201
laarango@cordialsausa.com

-----Forwarded by Luis Alfonso Arango/US/Cordialsa/NUTRESA on 09/19/2017 01:53PM -----

To:        Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA
From:      Luis Alfonso Arango/US/Cordialsa/NUTRESA@GNCH
Date:      03/12/2014  10:03AM
CC:        Robinson Manuel Rodriguez Zarta/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH
Subject:   Rm: Meeting with Luis Alfonso Arango – Cordialsa USA

Hey, Luis:

I'm sending you information that Marketing requested; for the Value Chain I must send you my updated cost, which I have already requested. With the topic of the use of the brand, *Servicios* (*Nutresa*) is already on top of it.

But, the other 2 points I believe we could support each other in your distribution model.

Thanks

----- Sent by Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA on 12/03/2014  08_08 AM -----

From:      Juliana Gómez González/CO/Zenu/Carnicos/NUTRESA

*JANE S. de LOSADA*
Traductora - Intérprete Oficial
Resolución No. 909
Ministerio de Justicia

| | |
|---|---|
| For: | Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH |
| CC: | María Adelaida Arango Hoyos/CO/Zenu/Carnicos/NUTRESA@GNCH |
| Date: | 11/03/2014 11:27 AM. |
| Subject: | Re: RM: Meeting with Luis Alfonso Arango – Cordialsa USA |

Hey, I have several doubts that I would like to know in case of requesting support from Marketing:

- Do you have the Product Value Chain; what is the PVP to the consumer in the USA?
- What are the prices of the competitors? How much is the product currently selling for (in some cases we have seen that are products are arriving but we do not carry them)
- How big is the potential of the Colombian population in these states being calculated?

The use of the brand in the United States, if I remember correctly, has been lost at some time because we did not have evidence of the commercial use in recent years, but it's better that *Servicios* confirm this.

Greetings.

Hernando Ramos Moreno---10/03/2014 10:11:21 p.m.---Good morning, Carlos. Through the instruction of Diego Medina, we had a meeting last week with Luis A

| | |
|---|---|
| From: | Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA |
| For: | Carlos Andrés Espinosa Escobar/CO/Zenú/Carnicos/NUTRESA@GNCH, |
| cc: | Santiago Jiménez Ramírez/CO/Zenu/Carnicos/NUTRESA@GNCH |
| | Juliana Gómez González/CO/Zenu/Carnicos/NUTRESA |
| | Robinson Manuel Rodriguez Zarta/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH |
| Date: | 10/02/2014 10:11 PM |
| Subject: | Rm: Meeting with Luis Alfonso Arango – Cordialsa USA |

Good morning, Carlos.

Through the instruction of Diego Medina, we had a meeting last week with Luis Alfonso Arango, Manager of Cordialsa USA, who is interested in selling Zenú Antioqueñan Beans x 380 and 580 Gr. to a nostalgic market of Colombians in some geographic areas, such as Florida, New York and California.

For this purpose, we have some tasks, in which we require your support:

- We need to send a Technical Specification Sheet in English to present it to the FDA --> Support of Research and Development. I'm attaching the Sheet we sent in 2010, in case it continues to be valid.

*[signature]*
JANE S. de LOSADA
Traductora - Intérprete Oficial
Resolución No. 909
Ministerio de Justicia

Confidential

IAZ DNJ0002489

- We need to send 4 samples of the Beans x 380 (Gr.) and 4 samples of the Beans x 580 (Gr.) with the labels in English to present them to the FDA --> Support of Research and Development.

Thanks for your support and collaboration.

[Attachment 20100914 – Antioqueñan Beans with Bacon (English).doc, eliminated by Juliana Gomez Gonzalez/CO/Zenu/Carnicos/NUTRESA]

----- Sent by Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA dated 10/03/2014 10:05 p.m. -----

| | |
|---|---|
| From: | Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA |
| For: | Fernery Garcia Garcia/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH, |
| cc: | Santiago Jimenez Ramirez/CO/Zenu/Carnicos/NUTRESA@GNCH |
| Date: | 05/03/2014 07:57 a.m. |
| Subject: | Meeting with Luis Alfonso Arango – Cordialsa USA |

Good morning, Fer:

I want to share with you the notes from the meeting we had yesterday with Luis Alfonso Arango, from Cordialsa USA.

- The project to export Beans had been suspended at the time of the change in the image and a change of the lithographed can to the label, due to the need of texts in English.
- We need to send a Technical Specification Sheet in English to present it to the FDA --> Support of Research and Development.
- We need to send 4 samples of the Beans x 380 (Gr.) and 4 samples of the Beans x 580 (Gr.) with the labels in English to present them to the FDA --> Support of Research and Development.
- Validate the use of the Zenú brand in the USA -> support from *Servicios Nutresa*
- Review in SAP the billing of products in English to send samples with no commercial value and to be able to have the system ready to bill Cordialsa, as soon as it is approved by the FDA.
- Send updated product costs, to generate a value chain; however, the focus is to reach a niche of the Colombian market that pays for the product, although it is a PVP higher than that of the local market.

We have the pending tasks to manage them internally and achieve an export of the product to the Latin market in the USA.

*[signature]*
JANE S. de LOSADA
Traductora - Intérprete Oficial
Resolución No. 909
Ministerio de Justicia