Page 1

```
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CIVIL ACTION NO. 2:16-cv-06576
----------------------------------------x
INDUSTRIA DE ALIMENTOS ZENU S.A.S.,

          Plaintiff,

          -against-

LATINFOOD U.S. CORP. d/b/a ZENU
PRODUCTS CO. and WILSON ZULUAGA,

          Defendant/Counter Plaintiff,
----------------------------------------x
LATINFOOD U.S. CORP. d/b/a ZENU
PRODUCTS CO.,

          Defendant/Counter Plaintiff,

          -against-

INDUSTRIA DE ALIMENTOS ZENU S.A.S. and
CORDIALSA, USA, INC.,

          Counter Defendants.
----------------------------------------x
```

**EXHIBIT F**

                    April 11, 2019
                    10:10 a.m.

          Confidential Deposition of LUIS SALAZAR

Page 10

1        L. Salazar
2    A.   I believe I know all of them.
3    Q.   What is your position at Industria?
4    A.   I am the commercial manager Industria
5  De Alimentos Zenu.
6    Q.   What are your job responsibilities?
7    A.   All the sales part, marketing,
8  investigation and development of the products.
9    Q.   Who is your employer?
10   A.   Industria De Alimentos Zenu.
11   Q.   Is Nutresa -- who is Nutresa, by the
12 way?
13   A.   Nutresa is a holding that has
14 different types of businesses; carnicos, ice
15 cream, coffee and have some commercials like
16 Cordialsa.  It is the biggest one, enterprise
17 processing company in Columbia and the third one
18 in Latin America.
19   Q.   You just mentioned Cordialsa SA?
20   A.   Commercializing of Nutresa products.
21   Q.   And is that the same Cordialsa that is
22 a party in this complaint?
23   A.   Cordialsa United States is not
24 affiliated of Nutresa.
25   Q.   It is not?

Page 11

1        L. Salazar
2    A.   Affiliated of Nutresa.
3        MR. INGBER:  Can you just repeat the
4    question?
5        (Record read.)
6    Q.   I will repeat the question.
7        So is the Cordialsa SA that you
8  mentioned before, are they a party in this
9  lawsuit?
10       MR. RAYMOND:  Can I just clarify that
11   we are talking about the counter-defendant
12   Industria De Alimentos Zenu S.A.S.?  I am
13   sorry, excuse me.
14       Cordialsa USA, Inc., that's the
15   company you are referring to?
16   A.   Yes.
17   Q.   Now because you are familiar with
18 these topics and you have testified that you are
19 the person on behalf of Industria, I am not going
20 to go through each and every topic on there which
21 will save us a lot of time.
22       Are you familiar with this lawsuit in
23 the US?
24       MR. RAYMOND:  Objection.  Asked and
25   answered, but you can answer it again.

Page 12

1        L. Salazar
2    A.   Should I answer?
3    Q.   Yes.
4        MR. RAYMOND:  Yes.  You can answer.
5    A.   Yes.
6    Q.   By the way, did you speak to your
7  counsel in the US before this deposition today?
8    A.   Yes, sir.  Yesterday we got together.
9    Q.   Was that the first time you met with
10 Mr. Raymond?
11 DI     MR. RAYMOND:  Objection.
12       I direct him not to answer the
13   question.  Attorney/client privilege.
14       MR. INGBER:  I am not asking about the
15   substance.  I am just asking if he met with
16   you.
17       MR. RAYMOND:  He already testified
18   that he met with me yesterday.  How many
19   times he met with me and when he first met
20   with me is privileged, so he is not going to
21   respond to that.  It is revealed to you he
22   met with me to prepare for the deposition.
23       MR. INGBER:  I don't agree with that
24   and I am allowed -- I am not asking about
25   the substance of the questions.  I am just

Page 13

1        L. Salazar
2    asking if he met with you prior to
3    yesterday.
4        So you are directing him not to
5    respond?
6        MR. RAYMOND:  Correct.
7  BY MR. INGBER:
8    Q.   How long did you meet with your
9  attorney yesterday?
10 DI     MR. RAYMOND:  Again, objection.
11       I direct him not to answer.
12   Q.   Did you review any documents in
13 preparation for this deposition?
14   A.   Yes, sir.
15   Q.   Do you currently have them with you
16 today?
17   A.   I don't have anything here.
18   Q.   When you met with your attorneys
19 yesterday, who was present at the deposition,
20 excuse me, who was present at the preparation?
21   A.   Him and I and the other counsels from
22 Columbia.
23   Q.   Was it just Mr. Raymond?
24       MR. RAYMOND:  He just testified other
25   counsel from Columbia.

Page 50

1       L. Salazar
2    A.   Not all of them and the ones that we
3 have have been provided to our attorney.
4 RQ      MR. INGBER: I don't believe we have
5    ever received any written report about
6    Marquillas and we ask that it be produced.
7        MR. RAYMOND: It's been produced. It
8    is not a report. It is a document but it's
9    been produced.
10 BY MR. INGBER:
11   Q.   So you had testified that the
12 complaint says that Industria became aware in
13 October 2013 of Latinfood's Zenu mark in the US.
14       Is that when you became aware of the
15 design of the products as well?
16       MR. RAYMOND: I object to the form of
17   the question. Design of the products? Do
18   you mean the labeling or something? What
19   are you talking about?
20       MR. INGBER: The labeling.
21   A.   I said that I had learned of this
22 through the testimony that I mentioned. I did not
23 say anything about the date that you are putting
24 in the question.
25   Q.   Will you be able to check your records

Page 51

1       L. Salazar
2 and determine when you exactly became aware of
3 Latinfood's use of the Zenu brand mark?
4    A.   I already said in previous answers
5 that we learn of this through different events.
6    Q.   I am asking you about October of 2013.
7        Will you be able to look at your
8 records to determine when you were first made
9 aware of Latinfood's use of the Zenu brand?
10   A.   We will be able to look at the record
11 and see which date we took Gloria's information.
12 RQ      MR. INGBER: We are here for a second
13   day. I ask that you have the answer when we
14   resume the deposition tomorrow so that we
15   can avoid having to have you or somebody
16   else come back to testify about that.
17       MR. RAYMOND: Let me state that I
18   think this whole line is inappropriate.
19   There are documents that have been produced
20   that set forth the dates of, I think, all
21   the things you are asking. He has testified
22   there were several events. It is not his
23   job to go back and search through the
24   documents to identify dates. He is here to
25   testify about what he knows. And he is

Page 52

1       L. Salazar
2    telling you that.
3        MR. INGBER: We are not just relying
4    here on documents. We are here for
5    testimony about his knowledge of the records
6    of the company. So we are not just bound by
7    the documents whatever many you produced.
8        MR. RAYMOND: Good. Then you can ask
9    him any question you want but you can't give
10   him assignments. That's all I am saying.
11   You can ask him any question you want, show
12   him any document you want but you can't ask
13   him to go do things for you. That's my
14   objection. So let's move on.
15       MR. INGBER: Okay.
16 BY MR. INGBER:
17   Q.   Are there any other persons at
18 Industria that would be familiar with what
19 happened in the report from October of 2013 from
20 Gloria?
21       MR. RAYMOND: Object to the form.
22   There has been no testimony the report from
23   Gloria came from October 2013. In fact, his
24   testimony was it came in before that.
25       MR. INGBER: I didn't hear him testify

Page 53

1       L. Salazar
2    about that.
3        MR. RAYMOND: He testified about it at
4    least twice in the last half an hour.
5 BY MR. INGBER:
6    Q.   So are you saying that -- your
7 attorney has just stated that and maybe I missed
8 this previously, that Industria became aware of
9 Latinfood's use of the Zenu brand product prior to
10 October 2013; is that correct?
11       MR. RAYMOND: I didn't testify --
12   excuse me. I didn't testify to anything.
13   What I said is that he testified that
14   Gloria's report came in before October 2013
15   is what he said.
16       MR. INGBER: Okay.
17 BY MR. INGBER:
18   Q.   So Gloria's report came in before
19 October of 2013; is that correct?
20   A.   I have already said I do not remember
21 the date.
22   Q.   I understand, but was it before
23 October of 2013?
24   A.   I don't remember.
25   Q.   In paragraph 64 it says that a

Page 54

1  L. Salazar
2  supplier contacted Industria to alert it of
3  Latinfood's activity.
4       Who was the supplier?
5   A.  Marquillas.
6   Q.  Marquillas is a supplier of Industria?
7   A.  I do not work with the suppliers, no.
8   Q.  Who works with the suppliers?
9   A.  Santiago Jimenez.
10  Q.  Do you know if Mr. Jimenez was alerted
11 to Marquillas's complaint?
12  A.  I don't know if he was alerted
13 directly.
14  Q.  Have you ever spoken to Mr. Jimenez
15 about what happened with Marquillas?
16  A.  We have talked directly to our
17 attorneys.
18  Q.  Did you speak with Mr. Jimenez about
19 this personally?
20  A.  No.
21      MR. RAYMOND:  Mark, just to clarify
22  one point, I was just handed a note saying
23  that in an e-mail that we sent you on
24  January 28 of this year we notified you we
25  had researched it and determined that

Page 55

1  L. Salazar
2  Gloria's report was made on September 11,
3  2014.
4   Q.  Do you know if there is a report by
5 Marquillas?
6   A.  I know the information that was
7 provided to the attorneys.
8   Q.  Is it accurate to say that then
9 looking at paragraph 64 in the complaint that
10 Industria was unaware of Latinfood's use of the
11 Zenu mark in the US until in or around October
12 2013 when Marquillas contacted Industria?
13  A.  I am not very clear on what the
14 question is.
15      MR. INGBER:  Could you repeat the
16  question?
17      (Record read.)
18  A.  I did not know before.  I did not
19 know.
20  Q.  But Industria knew; is that correct?
21      MR. RAYMOND:  I am sorry.
22      Industria knew what?
23  Q.  Industria became aware of Latinfood's
24 use of the Zenu mark in the US in October of 2013
25 when Marquillas contacted Industria to inform them

Page 56

1  L. Salazar
2  about Latinfood's activity; is that correct?
3   A.  Within my knowledge that's correct.
4   Q.  So I would like you to look at
5 paragraph 65 of the complaint now.
6       Did this investigation by Industria
7 into Latinfood's business begin in October of 2013
8 when Marquillas informed Industria of Latinfood's
9 activity?
10  A.  When Industria became aware of all of
11 that information it was immediately handled
12 through the attorneys.  I don't remember the exact
13 date.
14  Q.  Has anyone ever contacted Industria to
15 ask if Industria is affiliated with Latinfood in
16 the US?
17  A.  Gloria's complaint was about that.
18  Q.  Is there anybody else beside Gloria?
19  A.  Not that I know of.
20      MR. INGBER:  Five minute break Peter.
21      MR. RAYMOND:  Sure.
22      (Recess taken.)
23      MR. INGBER:  I would like to put a
24  caveat on the record that your testimony
25  today is supposed to be spontaneous.  I am

Page 57

1  L. Salazar
2  asking your counsel not to speak to you
3  about the line of questions that I am asking
4  you today so we can keep your testimony
5  spontaneous.
6       MR. RAYMOND:  I don't know what that
7  means but obviously I have the right to
8  consult with my client as necessary.
9       MR. INGBER:  Well, you don't have a
10  right to consult with your client about his
11  testimony in the middle of a deposition.
12      MR. RAYMOND:  I certainly do, but
13  anyway.  Let's move on.
14      MR. INGBER:  If you will say you are
15  not going to I will respect your word.  That
16  will be fine.
17      MR. RAYMOND:  Of course I am not going
18  to say I won't consult with my client.  I
19  will consult with my client when it's about
20  whatever I think is appropriate.
21      MR. INGBER:  So you are saying you
22  will feel free to consult with your client
23  about his answers during the middle of his
24  deposition.
25      MR. RAYMOND:  I am not going to say

15 (Pages 54 - 57)

Page 106

1     L. Salazar
2     A.  Not me personally.
3     Q.  Who does?
4     A.  Our advertising agency, they track
5  social media.
6     Q.  And is that D & B?
7     A.  Yes.
8     Q.  DDB?
9     A.  Yes.
10        MR. RAYMOND:  We produced a copy of
11    that for you.
12        MR. INGBER:  A copy of?
13        MR. RAYMOND:  The Facebook chat and
14    the translation as well.
15  BY MR. INGBER:
16    Q.  Going back to LS B paragraph 7 page 3,
17  Industria is making a claim that Latinfood by and
18  through Mr. Zuluaga has fraudulently registered
19  the Zenu mark in the US.
20        Are you familiar with this claim?
21    A.  Yes.
22    Q.  So you agree with this?
23    A.  There is a confusion with the
24  packaging of our products and the handling of the
25  brand.

Page 107

1     L. Salazar
2     Q.  Can you point to any confusion in the
3  US besides Gloria Moreno?
4     A.  I mentioned Juana Solorzano.
5     Q.  This is the chat reference, is that
6  what you are talking about?
7     A.  Yes.
8     Q.  Where is this -- the people in this
9  chat, are they Columbians who live in America, do
10  you know?
11    A.  They live in different areas.
12    Q.  Do you know if any of them live in the
13  US?
14    A.  The chat references this.  The people
15  that live in the United States it is their
16  concern.
17    Q.  But they don't mention Latinfood in
18  their concerns, do they?
19    A.  They mention the brands and the
20  products.
21    Q.  Again, they don't mention Latinfood,
22  do they?
23        MR. RAYMOND:  By name you are asking?
24        MR. INGBER:  By name.
25    A.  No.

Page 108

1     L. Salazar
2     Q.  Do you know if any Industria employees
3  are members of the chat?
4     A.  I don't know.
5     Q.  Who would know?
6     A.  Facebook.
7     Q.  Facebook is the host of the chat;
8  right?
9     A.  It is a public page.  A women's group.
10    Q.  Are any Industria women employees part
11  of this group, to your knowledge?
12    A.  I don't know.
13    Q.  In the last sentence of paragraph 7 of
14  LS B it says "Indeed at one point defendants,
15  meaning Latinfood, attempted to procure
16  plaintiff's own labels from plaintiff's label
17  provider in Medellin, Columbia."
18        Do you agree with this allegation?
19    A.  That's what I was referring to this
20  morning when I said that a provider Marquillas had
21  communicated this to us.
22    Q.  Do we know the name of the person at
23  Marquillas that communicated this to Industria?
24    A.  I don't know.
25    Q.  Who would know?

Page 109

1     L. Salazar
2     A.  I don't know.
3     Q.  Can you find out?
4     A.  I don't know.
5        MR. RAYMOND:  We will provide you with
6    a name if we have it.
7        MR. INGBER:  Thank you.
8     Q.  In paragraph 9 on page 3 it says that
9  "Latinfood's Zenu and Ranchera mark products can
10  be found on shelves along with other imported
11  Latin American goods."
12        Do you know if that statement is
13  accurate?
14    A.  Some people have expressed that they
15  have seen them.
16    Q.  Can you name any of these people?
17    A.  Gloria Moreno, Juana Solorzano.
18    Q.  How about Marquillas?
19    A.  I don't have any information about
20  them talking about the shelves in the United
21  States.
22    Q.  In paragraph 72 of LS B on page 22 I
23  ask you to turn to that page and it says in this
24  paragraph that, this is a claim by Industria, that
25  Latinfood attempted to procure 400,000 of