```
                                                      Page 123

 1

 2    UNITED STATES DISTRICT COURT
      DISTRICT OF NEW JERSEY
 3    CIVIL ACTION NO.: 2:16-CV-06576
      ---------------------------------x
 4    INDUSTRIA DE ALIMENTOS ZENU
 5    S.A.S.,
 6                     Plaintiff,
 7          -against-
 8    LATINFOOD U.S. CORP.  D/b/a
 9    ZENU PRODUCTS CO. and WILSON
10    ZULUAGA,
11         Defendant/Counter Plaintiff,
12    ---------------------------------x
13    LATINFOOD U.S. CORP. d/b/a ZENU
14    PRODUCTS CO.,
15         Defendant/Counter Plaintiff,
16     vs.
17    INDUSTRIA DE ALIMENTOS ZENU
18    S.A.S. and CORDIALSA USA, INC.
19              Counter Defendants.
20    -----------------------------------x
21                  April 12, 2019
22                  10:15 a.m.
23                    VOLUME II
24      Continued Confidential Deposition of LUIS SALAZAR
25
```

**EXHIBIT G**

Page 152

L. SALAZAR

1
2  MR. RAYMOND: Is there a
3  question? Can we finish the
4  question?
5  MR. INGBER: It's not a
6  question. I'm making a statement
7  first.
8  MR. RAYMOND: I object to the
9  statement. That's not an
10 appropriate thing to do in a
11 deposition.
12 I'd also point out that a
13 30(b)(6) witness who's not a
14 lawyer doesn't have to be sent to
15 law school to understand the
16 intricacies of trademark and
17 copyright registrations. He's
18 answered any questions you've had
19 about the fact that they have
20 these registrations. He simply
21 testified that he's not the person
22 who does the filings or creates
23 the documents because the lawyers
24 do that.
25 MR. INGBER: The witness has

Page 153

L. SALAZAR

1
2  no particular knowledge that any
3  of these applications, both
4  copyright and trademarks, were
5  even filed.
6  MR. RAYMOND: Mark, ask your
7  questions.
8  MR. INGBER: I'm making a
9  statement.
10 MR. RAYMOND: If you want to
11 make motions afterwards, go ahead,
12 make whatever motions you want.
13 MR. INGBER: I just want to
14 put it on the record. I'm
15 allowed -- it's my deposition, I'm
16 allowed to say what I want here.
17 I've also asked questions
18 about particular allegations in
19 this complaint, including
20 Paragraphs 83. And the witness
21 has indicated that he has no
22 knowledge of this and that -- so
23 we're going to put a written
24 request in that a witness who's
25 knowledgeable about the topics be

Page 154

L. SALAZAR

1
2  produced so that we can ask
3  appropriate questions.
4  MR. RAYMOND: Good. I signed
5  the copyright registrations, so I
6  think you have the right to depose
7  me about those. Be my guest. We
8  will oppose such a request.
9  MR. INGBER: No, we're not
10 deposing you.
11 MR. RAYMOND: I know.
12 MR. INGBER: Again, it's not
13 just the actual filings. It's the
14 fact that there's a number of
15 allegations in the complaint that
16 relate to representations about
17 subpar, and about defective, and
18 about Cordialsa that this witness
19 doesn't seem to have any
20 information on behalf of the
21 company.
22 And we'll be sending a
23 request that such a different
24 witness be produced.
25 MR. RAYMOND: I object to

Page 155

L. SALAZAR

1
2  your statement. And you can file
3  whatever request, motion you feel
4  like and we will deal with it as
5  appropriate.
6  MR. INGBER: Well, I'm not
7  going to file any motion at this
8  stage right now. I just put it on
9  the record and we'll put it in the
10 written request that an additional
11 witness be produced.
12 Q  Mr. Salazar, are you a sales
13 and marketing person at Industria?
14 MR. RAYMOND: Objection to
15 form. It's been asked and
16 answered. But you can answer
17 again.
18 A  I said it yesterday. I am
19 the marketing and sales director, as
20 well as research and development.
21 Q  And I believe you testified
22 yesterday, if I'm correct, that
23 Industria has no sales or marketing of
24 the Zenu-branded products in the U.S.;
25 is that right?

9 (Pages 152 - 155)