```
                                                              Page 1
 1
 2    UNITED STATES DISTRICT COURT
      DISTRICT OF NEW JERSEY
 3    CIVIL ACTION NO. 2:16-CV-06576
      ------------------------------------------x
 4
      INDUSTRIA DE ALIMENTOS ZENU S.A.S.,
 5
                 Plaintiff,
 6
           - against -
 7
      LATINFOOD U.S. CORP. d/b/a ZENU PRODUCTS
 8    CO. and WILSON ZULUAGA,
 9               Defendants/Counter Plaintiff.
      ------------------------------------------x
10    LATINFOOD U.S. CORP. d/b/a ZENU PRODUCTS
      CO.,
11
                 Defendant/Counter Plaintiff.
12
           and
13
      INDUSTRIA DE ALIMENTOS ZENU S.A.S
14    and CORDIALSA USA, INC.
15    ----------------------------------------------x
                       599 Lexington Avenue
16                     New York, New York
17                     July 11, 2019
                       10:12 a.m.
18
19         30(B)(6) Deposition of LUIS ARANGO, a
      representative of the Plaintiff/Counter
20    Defendant held at the above-entitled time and
      place, taken before Carolyn Crescio, a
21    Professional Shorthand Reporter and Notary
      Public of the State of New York.
22
23              *     *     *
24                                          **EXHIBIT M**
25
```

Page 80

1            L. ARANGO
2  in the US?
3      A.   It was about the use of the
4  trademark in the US.
5      Q.   Which trademark?
6      A.   Zenu.
7      Q.   And this was in March of 2014?
8      A.   Uh-huh.
9      Q.   Do you know if this was the first
10 time there was a discussion about marketing Zenu
11 brands in the US?
12     A.   No.  It was in 2011.
13     Q.   Thank you.  There's a reference here
14 to -- on that that page, 2489, to:  Good
15 morning, Carlos.
16          Whose Carlos, if you know?
17     A.   No, I don't.
18     Q.   Carlos Andreas Espinoza?  You're not
19 familiar with him?
20     A.   No, I'm not familiar.
21     Q.   When did you say this meeting took
22 place?  Was that in March of 2014?
23     A.   Uh-huh.
24     Q.   And you flew out to Colombia for
25 this?

Page 81

1                    L. ARANGO
2       A.   No.  I was there for another
3  meeting.
4       Q.   On page 2490, the top of the page,
5  it says:  We needed to send four samples of the
6  beans with the labels in English to present them
7  to the FDA.
8            Was that -- do you know if that was what was
9  going to be shipped to Paneria Central, as you
10 mentioned before?
11      A.   No.  Those four samples, we send
12 them over to customers.  They send more.  Four
13 of them were sent to FDA Customs.  Four out of
14 the box.  I don't remember how many units had
15 the box.
16      Q.   Were any of those products, do you
17 know, delivered to Paneria Central?
18      A.   Not those four.  Those four were
19 sent to FDA.
20      Q.   Do you know what happened to the
21 rest of the case?
22      A.   We keep them, some in the office.
23 We ate some of them, and some of them were sold
24 to Paneria Central.
25      Q.   Because the email says, We need to

Page 82

1  　　　　　　　　L. ARANGO
2  send four samples --
3  　　　A.　Yeah, but they send more.
4  　　　Q.　There's a -- on 2490, there's an
5  email, looks like it was sent by the same
6  Hernando Ramos.  Looks like it was dated
7  March 10th, 2014; is that correct?
8  　　　A.　Uh-huh.
9  　　　Q.　Again, if you would make it verbal.
10 　　　A.　Yes.
11 　　　Q.　Who is, if you know, Fernary Garcia?
12 　　　A.　I know he worked for Industria.  I
13 don't know what his job.
14 　　　Q.　Did you receive a copy of this email
15 at the time, concerning a meeting with you?
16 　　　A.　I don't remember.
17 　　　Q.　I think it's on the -- there is a
18 bunch of, like, points -- 1, 2, 3, 4, on that
19 same page, 2490.  It says: Validate the use of
20 the Zenu-brand in the USA.  Support from
21 Servicios Nutresa.
22 　　　A.　Uh-huh.
23 　　　Q.　Again, if you're going to comment or
24 if you're going to express yourself, I
25 appreciate it if, for the record, if we can make

Page 83

1  　　　　　　　　　　L. ARANGO
2  that verbal.
3  　　　A.　Yes.
4  　　　Q.　Thank you.  Was this one of the
5  topics, do you recall, that you discussed with
6  Industria when you were discussing bringing
7  Zenu-branded products into the US?
8  　　　A.　Yes.
9  　　　Q.　What was that discussion about, if
10 you recall?
11 　　　A.　Can you be more specific?
12 　　　Q.　Yes.  You say:  Validate the use of
13 the Zenu brand in the US.  What does that mean?
14 　　　A.　Normally when we want to sell a
15 product, the company must consult with
16 Servicios, the status of the trademark.
17 　　　Q.　Who was present at that meeting, if
18 you recall?
19 　　　A.　Which meeting?
20 　　　Q.　This meeting you had in Colombia
21 regarding bringing the Zenu-brand product into
22 the US.
23 　　　A.　I think it's very broad, your
24 question.  There was no one single meeting.  It
25 was informal conversation with the president of

Page 84

1     L. ARANGO
2     Zenu, and he direct me to Hernando.  And I talk
3     with Hernando about the possibility of bringing
4     the product to the US.
5         Q.    When you say "the president," was
6     that Diego Medina?
7         A.    Yes.
8         Q.    Do you know if there were any
9     issues or any discussions about validating the
10    use of the Zenu brand in the US?
11        A.    No.  The validation is a normal
12    process for us for everything that we do.  It's
13    not a specific issue, but it's a concern.  We
14    normally do it for every single product.
15        Q.    When you say "validation," are you
16    referring to getting a trademark for it in the
17    US?  Do you know?
18        A.    If it's active, if we need to ask
19    for the use, if we need to register, any option
20    has to be worked with Servicios Nutresa.
21        Q.    When you say you have to register,
22    do you mean with the US Trademark Office?
23        A.    Yeah.
24        Q.    At that time, were you aware of
25    any -- were you aware of Latinfood selling