**From:** Raymond, Peter D. <PRaymond@ReedSmith.com>
**Sent:** Wednesday, May 30, 2018 12:07 PM
**To:** 'ingber.law@verizon.net' <ingber.law@verizon.net>
**Cc:** Kadosh, Samuel <SKadosh@ReedSmith.com>; Berman, Jeremy A. <JBerman@reedsmith.com>
**Subject:** RE: Alimentos/Latinfood

Mark—My client has agreed to bring the Cordialsa 30(b)(6) witness or witnesses to New York as well. Let's discuss how to confirm this and form the Magistrate we have resolved the dispute for now.

Best,

Peter

**From:** Raymond, Peter D.
**Sent:** Wednesday, May 30, 2018 11:06 AM
**To:** 'ingber.law@verizon.net'
**Cc:** Kadosh, Samuel; Berman, Jeremy A.
**Subject:** Alimentos/Latinfood

Mark—My client has agreed to bring the 30(b)(6) witness or witnesses for Alimentos to New York in exchange for your agreement to hold off on taking any other Alimentos witnesses until you can determine, after completion of the 30(b)(6) witnesses, if further depositions are necessary.

I am still waiting for word on Cordialsa.

Lets speak in a little while after I get word on Cordialsa to decide how to deal with Magistrate Hammer.

Best,

Peter

_____
Peter D. Raymond, Esq.
ReedSmith LLP
599 Lexington Avenue
New York, New York 10022-7650
Direct Dial: (212) 549-0364
Fax: (212) 521-5450
E-mail: praymond@reedsmith.com

**EXHIBIT N**