

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

**Samuel Kadosh**
Direct Phone:  +1 212 549 0451
Email:  skadosh@reedsmith.com

July 10, 2020

**By ECF**

Hon. Michael A. Hammer, U.S.M.J.
United States District Court
for the District of New Jersey
50 Walnut Street
Newark, NJ 07102

**RE:**    *Industria de Alimentos Zenú S.A.S. v. Latinfood U.S. Corp. d/b/a Zenú Prods. Co., et al.*,
<u>Civ. Action No. 2:16-cv-6576-KM-MAH</u>

Dear Judge Hammer:

We represent Plaintiff/Counter Defendant Industria de Alimentos Zenú S.A.S. ("Industria") and third party Defendant Cordialsa USA, Inc. ("Cordialsa"), and write jointly with Defendants Latinfood U.S. Corp. ("Latinfood") and Wilson Zuluaga ("Zuluaga" and with Latinfood, "Defendants") pursuant to the Court's June 29 Order, to set forth the parties' proposed schedule.

| | |
|---|---|
| Deadline for production of documents from the hard drive, with a log of withheld files | September 4, 2020 |
| Deadline for discovery disputes to be raised | September 18, 2020 |
| Deadline for fact witness depositions | October 16, 2020 |
| Deadline for expert reports | The parties agree that there will be no merits experts, and that the parties must disclose the identity of any damages expert, except for rebuttal expert, by October 23, 2020. Any damages expert report will not be due until after an adjudication on the merits of the parties' claims. |
| Deadline for Industria's moving brief on its spoliation and/or sanctions motion | November 9, 2020 |
| Deadline for Defendants' opposition brief on its spoliation and/or sanctions motion | November 30, 2020 |
| Deadline for Industria's reply brief on its spoliation and/or sanctions motion | December 10, 2020 |
| Deadline for moving briefs on summary judgment | 30 days after a decision is issued on the spoliation and/or sanctions motion |
| Deadline for opposition briefs on summary judgment | 30 days after the moving brief deadline |
| Deadline for reply briefs on summary judgment | 21 days after the opposition brief deadline |



Michael A. Hammer, U.S.M.J.
July 10, 2020
Page 2

    We thank the Court for its attention to this matter.

Respectfully,

/s/ Samuel Kadosh

SK:jv

cc:    Mark J. Ingber, Esq.

SO ORDERED
*/s Michael A. Hammer*
United States Magistrate Judge
July 13, 2020