UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| INDUSTRIA DE ALIMENTOS ZENU S.A.S., | Civil Action No. 16-6576 (KM) (MAH) |
| Plaintiff, | |
| v. | AMENDED SCHEDULING ORDER |
| LATINFOOD U.S. CORP. d/b/a ZENÚ PRODUCTS CO., et al., | |
| Defendants. | |

This matter having come before the Court by way of the parties' June 10, 2022 joint letter [D.E. 237]; and for good cause shown,

**IT IS ON THIS 13th day of June 2022,**

**ORDERED THAT:**

1. The parties shall meet and confer concerning the deadline to "update their prior productions." In any event, however, Defendants shall include in their updated production Defendants' sales and expenses for Zenu and Ranchera products **from January 1, 2019 to June 30, 2022**, as the Court concludes that discovery to be relevant pursuant to Federal Rule of Civil Procedure 26. The parties shall file a joint letter with a proposed deadline on or before **July 8, 2022**.

2. The deadline to file any motion for summary judgment is **October 7, 2022.** Any brief in opposition shall be filed on or before **November 10, 2022**. Any reply shall be filed on or before **November 30, 2022**.

3. The parties have stated that neither side intends to serve a merits expert report.

    4.    Affirmative expert reports on damages will be served **within 45 days** of any ruling on summary judgment.

    5.    Responding expert reports on damages will be served **within 90 days** of any ruling on summary judgment.

    6.    All expert discovery, including the deposition of any expert witnesses, will be completed **within 45 days of service of responding expert reports**.

    7.    The **August 15, 2022**, **3:30 p.m.** telephone status conference shall proceed as scheduled. The parties will dial **1-888-684-8852** and access code **1456817#** to join the call.

    8.    No part of this this Amended Scheduling Order shall be construed as modifying the Court's May 26, 2022 Order [D.E. 233].

**SO ORDERED.**

*/s Michael A. Hammer*
**Hon. Michael A. Hammer,**
**United States Magistrate Judge**