UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| INDUSTRIA DE ALIMENTOS ZENU S.A.S., | Civil Action No. 16-6576 (KM) (MAH) |
| Plaintiff, | |
| v. | AMENDED SCHEDULING ORDER |
| LATINFOOD U.S. CORP. d/b/a ZENÚ PRODUCTS CO., et al., | |
| Defendants. | |

This matter having come before the Court for a telephone status conference held on the record on August 15, 2022;

and for the reasons set forth on the record on August 15, 2022;

and for good cause shown,

**IT IS ON THIS 15th day of August 2022,**

**ORDERED THAT:**

1. In light of Defendants' appeal from the Undersigned's July 27, 2022 Order [*see* D.E. 259, appealing from D.E. 253], the deadlines for Plaintiff to submit its renewed fee application and Defendants to file any response in opposition are **held in abeyance** pending the outcome of the Honorable Kevin McNulty, United States District Judge's ruling on D.E.259.

2. Plaintiff shall file any opposition to Defendants' appeal from the Undersigned's July 27, 2022 Order [D.E. 259] on or before **August 23, 2022.**

3. As agreed upon by the parties in their July 8, 2022 letter [D.E. 248], the deadline for the parties to update their prior productions is **September 8, 2022**.

4.	The deadline to file any motion for summary judgment is **October 7, 2022**. Any brief in opposition shall be filed on or before **November 10, 2022**. Any reply shall be filed on or before **November 30, 2022**.

5.	The parties have stated that neither side intends to serve a merits expert report.

6.	Affirmative expert reports on damages will be served **within 45 days** of any ruling on summary judgment.

7.	Responding expert reports on damages will be served **within 90 days** of any ruling on summary judgment.

8.	All expert discovery, including the deposition of any expert witnesses, will be completed **within 45 days of service of responding expert reports**.

9.	There will be a telephone status conference before the Undersigned on **December 6, 2022, at 2:30 p.m.** The parties will dial **1-888-684-8852** and access code **1456817#** to join the call.

SO ORDERED.

/s Michael A. Hammer  
**Hon. Michael A. Hammer,**  
**United States Magistrate Judge**