# Exhibit 3

(Alimentos)   (Gauntion)   (Empresa)

Zuluaga
food   Arcineegn   Inc   (Valor)
         Roberto

| AL | ZuL | Inc | E#OO |
|----|-----|-----|------|
| A  | MR. | Co  | Valor |
| F  | Z   | C   |      |
| Food | A |     |      |
|    | P   |     |      |

AZIE
ZEIA
ZAEI
ZIEA
ZEPA
ZAEP



CONFIDENTIAL-SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER    LATIN000010

family   Zuluaga
         Arciniegas
   ↓
→ (United) ← (both families)

Business:  Company
           Enterprises.
           Inc.
           Co.

ZABU
ZCOU              Zuluaga
ZINU              Arciniegas)
ZENU              Business)
                  United

Zuluaga  Enterprises  United     Zuluaga
                                 Company
                                 Of
                                 United

CONFIDENTIAL-SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER            LATIN000011

Zuluaga Alimentos Unidos — ZAU

Zuluaga Hermanos Arciniegas Unidos — ZHAU

Zuluaga Arciniegas Unidos Negocios — ZAUN

Zuluaga Arciniegas Negocios Unidos — ZANU

{Zuluaga Arciniegas} (Negocios) Enterprises (Unidos) United — ZENU

CONFIDENTIAL-SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER    LATIN000012

Wilson Zulmen

Hoojea Alonso Zuluaga

Tatiana Zuluaga

Isabella Arciniegas

Vanessa Zuluaga

Natalia Zuluaga

Olga

Isabel Cristina Arciniegas

Victor Alonso Zuluaga

Gloria Ines Palacio

Leon Gregorio Arciniegas Cuellar

Norelia Martinez Tibrerros

**CONFIDENTIAL-SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER**          **LATIN000013**

ZENU

Zuluaga
Enterprises
United.

CONFIDENTIAL-SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER                    LATIN000014