# Exhibit 4

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

Serial Number: 85832944
Filing Date: 01/25/2013

NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | ZENÚ |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | ZENÚ |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | HWZ Distributors, Inc |
| *STREET | 165 Keyland Court |
| *CITY | Bohemia |
| *STATE (Required for U.S. applicants) | New York |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 11716 |
| EMAIL ADDRESS | wilson.zuluaga@mailovo.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| *STATE/COUNTRY OF INCORPORATION | New York |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 029 |
| *IDENTIFICATION | Bologna; Canned cooked meat; Canned fish; Chorizo; Hot dogs; Preserved meats and sausages; Processed meat; Sausages; Tuna fish |
| *FILING BASIS | SECTION 1(a) |

EXHIBIT 10

| | | |
|---|---|---|
| | FIRST USE ANYWHERE DATE | At least as early as 01/01/2011 |
| | FIRST USE IN COMMERCE DATE | At least as early as 01/01/2011 |
| | SPECIMEN FILE NAME(S) | |
| | ORIGINAL PDF FILE | SPE0-2084511974-173026628_._Specimen_1.pdf |
| | CONVERTED PDF FILE(S)<br>(1 page) | \\TICRS\EXPORT16\IMAGEOUT16\858\329\85832944\xml1\FTK0003.JPG |
| | ORIGINAL PDF FILE | SPE0-2084511974-173026628_._Specimen_2.pdf |
| | CONVERTED PDF FILE(S)<br>(1 page) | \\TICRS\EXPORT16\IMAGEOUT16\858\329\85832944\xml1\FTK0004.JPG |
| | SPECIMEN DESCRIPTION | images showing the mark on packaging for the goods |
| **ADDITIONAL STATEMENTS SECTION** | | |
| | *TRANSLATION<br>(if applicable) | |
| | *TRANSLITERATION<br>(if applicable) | |
| | *CLAIMED PRIOR REGISTRATION<br>(if applicable) | |
| | *CONSENT (NAME/LIKENESS)<br>(if applicable) | |
| | *CONCURRENT USE CLAIM<br>(if applicable) | |
| | SIGNIFICANCE OF MARK | ZENÚ appearing in the mark has no significance nor is it a term of art in the relevant trade or industry or as applied to the goods/services listed in the application, no geographical significance, nor any meaning in a foreign language. The word(s) ZENÚ has no meaning in a foreign language. |
| **CORRESPONDENCE INFORMATION** | | |
| | *NAME | Wilson Zuluaga |
| | FIRM NAME | HWZ Distributors, Inc |
| | *STREET | 165 Keyland Court |
| | *CITY | Bohemia |
| | *STATE<br>(Required for U.S. applicants) | New York |
| | *COUNTRY | United States |
| | *ZIP/POSTAL CODE | 11716 |
| | *EMAIL ADDRESS | wilson.zuluaga@mailovo.com |
| | *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | | |
| | NUMBER OF CLASSES | 1 |
| | FEE PER CLASS | 275 |
| | *TOTAL FEE PAID | 275 |
| **SIGNATURE INFORMATION** | | |
| | * SIGNATURE | /Wilson Zuluaga/ |
| | * SIGNATORY'S NAME | Wilson Zuluaga |

| * SIGNATORY'S POSITION | Owner |
|---|---|
| * DATE SIGNED | 01/25/2013 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

## Trademark/Service Mark Application, Principal Register

### TEAS Plus Application

Serial Number: 85832944
Filing Date: 01/25/2013

**To the Commissioner for Trademarks:**

**MARK:** ZENÚ (Standard Characters, see mark)
The literal element of the mark consists of ZENÚ.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, HWZ Distributors, Inc, a corporation of New York, having an address of
   165 Keyland Court
   Bohemia, New York 11716
   United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
   International Class 029:  Bologna; Canned cooked meat; Canned fish; Chorizo; Hot dogs; Preserved meats and sausages; Processed meat; Sausages; Tuna fish

In International Class 029, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 01/01/2011, and first used in commerce at least as early as 01/01/2011, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) images showing the mark on packaging for the goods.

**Original PDF file:**
SPE0-2084511974-173026628_._Specimen_1.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPE0-2084511974-173026628_._Specimen_2.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

ZENÚ appearing in the mark has no significance nor is it a term of art in the relevant trade or industry or as applied to the goods/services listed in the application, no geographical significance, nor any meaning in a foreign language. The word(s) ZENÚ has no meaning in a foreign language.

The applicant's current Correspondence Information:
   Wilson Zuluaga
   HWZ Distributors, Inc
   165 Keyland Court
   Bohemia, New York 11716
   wilson.zuluaga@mailovo.com (authorized)

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Wilson Zuluaga/   Date Signed: 01/25/2013
Signatory's Name: Wilson Zuluaga
Signatory's Position: Owner


RAM Sale Number: 8493
RAM Accounting Date: 01/28/2013

Serial Number: 85832944
Internet Transmission Date: Fri Jan 25 17:50:41 EST 2013
TEAS Stamp: USPTO/FTK-XXX.XX.XXX.XX-20130125175041826403-85832944-490c18e2787f02370d309fc84d8b939080-CC-8493-20130125173026628987

# ZENÚ









