# Exhibit 5



REDACTED

------ Forwarded Message ------
From: "wilson zuluaga" <wilsonz@latinfoodus.com>
To: "USTM - J.Briggs" <jb@ustm.us.com>; "wilson zuluaga" <wilsonz@latinfoodus.com>
Sent: 06/30/2015 7:11:36 PM
Subject: specimen

Jack, also and before I forget... we need to replace / change the pic of the specimen loaded in the application...

I will provide you with a pic of my product. the one showed in the application is not mine...

thanks,


--

Wilson Zuluaga
www.latinfoodus.com



EXHIBIT
36

1

LATIN000546



LATIN000547



------ Forwarded Message ------
From: "Wilson Zuluaga" <WilsonZ@latinfoodus.com>
To: "USTM - J.Briggs" <jb@ustm.us.com>
Sent: 09/24/2014 6:34:06 PM
Subject: RE: CERVECERO Trademark (Serial No. 86235713)

Let me know if this suffices, or if there is anything else needed.

Wilson.

-----Original Message-----
From: USTM - J.Briggs [mailto:jb@ustm.us.com]
Sent: Wednesday, September 24, 2014 3:04 PM
To: Wilson Zuluaga
Subject: CERVECERO Trademark (Serial No. 86235713)

I need packaging for product on this application. One of the applications cited in the refusal will be cancelled in December. In order to wait for that cancellation I need to get this application suspended so there are no deadlines. To do that I need to show packaging.


--
USTM

Jack Briggs
888-250-8786 x86
jb@USTM.us.com


CONFIDENTIALITY NOTICE: The information contained in this email message, and any files transmitted with it, contains confidential information. It is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, disclosure or copying of this communication message is strictly prohibited. If you have received this communication message in error, please notify the sender and then delete it from your system.

Thank you for your cooperation.

1

LATIN000548



LATIN000549