# Exhibit 6

**Subject:** RE: Approval Notice: ZENÚ Trademark (Serial No. 85832944)
**From:** "wilson zuluaga" <wilson.zuluaga@latin-food.com>
**Date:** 5/24/2013 1:41 PM
**To:** "'USTM - J.Briggs'" <jb@ustm.us.com>

I'll wait, as I'm sure once I make it public among other distributors in my
industry.... someone will try to find the way to delay and / or stop the
process.

Let me know once it's fully approved.

Thanks,

-----Original Message-----
From: USTM – J.Briggs [mailto:jb@ustm.us.com]
Sent: Friday, May 24, 2013 3:40 PM
To: wilson zuluaga
Subject: Re: Approval Notice: ZENÚ Trademark (Serial No. 85832944)

The application has been approved for publication which is public. It gives
others the opportunity for 30 days to file paperwork opposing the
registration of the trademark. It has not been published yet. The typical
odds are 1 in 300 that an opposition would be filed. If another company has
been using this trademark they may or may not notice that it is published,
the chances are pretty slim particularly considering they themselves do not
have a trademark registration for that name.

On 5/24/2013 1:30 PM, wilson zuluaga wrote:
> Thank you.
>
> Am i the owner of ZENU Brand at this time?
>
> I've been holding on having packaging material printed pending this
> approval. Once it's public, there will be people who will try to stop
> it. Do I need to wait for more approvals / steps?
>
> Thanks,
>
>
> -----Original Message-----
> From: USTM – J.Briggs [mailto:jb@ustm.us.com]
> Sent: Friday, May 24, 2013 3:13 PM
> To: wilson.zuluaga@latin-food.com
> Subject: Approval Notice: ZENÚ Trademark (Serial No. 85832944)
>
>
>
> Be advised that the examination phase of your trademark registration
> is complete. All office actions have been satisfied and your trademark
> is approved for publication. The date of publication in the USPTO
> Official Gazette will be established in the coming weeks. A
> notification of the publication will be sent from this office the day of
> the actual publication.
>
> *WARNING*
> The Official Gazette is available to anyone and many third parties use
> information about published marks to sell services. One service of
> particular concern is a company offering "International Publication".
> This service implies that by paying an additional fee you will be
> published internationally. The solicitation is sent in the form of a

bill. Though the amounts vary, some are requesting as much as $1600.00.
There is no basis for additional publication. There are no further fees
due.

You have already paid for publication.


--
USTM


Jack Briggs
888-250-8786 x86
jb@USTM.us.com


CONFIDENTIALITY NOTICE: The information contained in this email
message, and any files transmitted with it, contains confidential
information. It is intended solely for the use of the individual or
entity to which it is addressed. If you are not the intended
recipient, you are hereby notified that any use, dissemination,
disclosure or copying of this communication message is strictly
prohibited. If you have received this communication message in error,
please notify the sender and then delete it from your system.

Thank you for your cooperation.