# Exhibit 8

**Subject:** Re: Fwd: Zenu
**From:** "USTM - J.Briggs" <jb@ustm.us.com>
**Date:** 1/24/2013 11:43 AM
**To:** "emelo@ustm.us.com" <EMelo@USTM.us.com>

```
BEDs: 77964313; 2848103; 1733331; 1404280; 1359432

May be related company. Should file word and logo.


On 1/24/2013 11:25 AM, emelo@ustm.us.com wrote:



-------- Original Message --------
Subject:       Zenu
Date:          Thu, 24 Jan 2013 12:53:24 -0500
From:          wilson zuluaga <wilson.zuluaga@latin-food.com>
To:            emelo@ustm.us.com <EMelo@USTM.us.com>



Ernesto: Brand #1 and logo.

Product line:

Cold cut meets, sausage, franks, bologna, canned Vienna sausage, etc.

Will send second in next email.

Thanks,
```

