# Exhibit 9

# United States of America

## United States Patent and Trademark Office

# ZENÚ

**Reg. No. 4,402,942**
**Registered Sep. 17, 2013**

**Int. Cl.: 29**

**TRADEMARK**

**PRINCIPAL REGISTER**

HWZ DISTRIBUTORS, INC (NEW YORK CORPORATION)
165 KEYLAND COURT
BOHEMIA, NY 11716

FOR: BOLOGNA; CANNED COOKED MEAT; CANNED FISH; CHORIZO; HOT DOGS; PRESERVED MEATS AND SAUSAGES; PROCESSED MEAT; SAUSAGES; TUNA FISH, IN CLASS 29 (U.S. CL. 46).

FIRST USE 1-1-2011; IN COMMERCE 1-1-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-832,944, FILED 1-25-2013.

KATHERINE CHANG, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office

Case 2:16-cv-06576-KM-MAH   Document 266-9   Filed 10/10/22   Page 3 of 9 PageID: 11863

```
                          FILING RECEIPT
================================================================
ENTITY NAME: LATINFOOD U.S. CORP.

DOCUMENT TYPE: INCORPORATION (DOM. BUSINESS)            COUNTY: SUFF

================================================================
FILED:08/08/2013 DURATION:PERPETUAL  CASH#:130808000213 FILM #:130808000211
                            DOS ID:4442604


    FILER:                                         EXIST DATE
    ------                                         ----------
    CAPRARO, CENTOFRANCHI, KRAMER                  08/08/2013
    TIDONA, ENCH & CO. P.C.
    110 WALT WHITMAN ROAD, SUITE 205
    HUNTINGTON STATION, NY 11746

    ADDRESS FOR PROCESS:
    --------------------
    THE CORPORATION
    134 MOREWOOD DRIVE
    SMITHTOWN, NY 11787


    REGISTERED AGENT:
    ----------------
```



```
    STOCK:          200 NPV
```

    The corporation is required to file a Biennial Statement with the Department
    of State every two years pursuant to Business Corporation Law Section 408.
    Notification that the biennial statement is due will only be made via email.
    Please go to www.email.ebiennial.dos.ny.gov to provide an email address
    to receive an email notification when the Biennial Statement is due.


```
================================================================
SERVICE COMPANY: GERALD WEINBERG, P.C. - 13        SERVICE CODE: 13 *


FEES        160.00                     PAYMENTS       160.00
            --------                                  --------
FILING      125.00                     CASH             0.00
TAX          10.00                     CHECK            0.00
CERT          0.00                     CHARGE           0.00
COPIES        0.00                     DRAWDOWN       160.00
HANDLING     25.00                     OPAL             0.00
                                       REFUND           0.00
================================================================
                                       DOS-1025 (04/2007)
```

Confidential                                                IAZ_DNJ0002946

```
N. Y. S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS                           ALBANY, NY  12231-0001
                             FILING  RECEIPT
=================================================================================
ENTITY NAME : LATINFOOD U.S. CORP.

DOCUMENT TYPE : ASSUMED NAME CERTIFICATE
=================================================================================
   FILER:                                      FILED:  08/19/2013
   ------                                       CASH#:  308548
                                                FILM#:  20130819071
   LATINFOOD U.S. CORP.
   134 MOREWOOD DR.

   SMITHTOWN         NY     11787



   PRINCIPAL LOCATION
   ------------------

   134 MOREWOOD DR.

   SMITHTOWN
   NY     11787




   COMMENT:


   ASSUMED NAME
   ------------
   ZENU PRODUCTS, CO.
```

```
=================================================================================
SERVICE COMPANY  :       +++  NO SERVICE COMPANY  +++            CODE:
                                                                 BOX :


FEES        80.00                          PAYMENTS:   80.00
----                                       --------
FILING :    25.00                          CASH    :
COUNTY :    25.00                          CHECK   :
COPIES :     5.00                          C CARD  :   80.00
MISC   :      .00
HANDLE :    25.00

                                           REFUND  :
                                           ------

=================================================================================
                        DO3HD108                       DOS-281 (04/2007)
```

Confidential                                                          IAZ_DNJ0002947



New York State Department of
Taxation and Finance
Office of Processing and Taxpayer Services
W A Harriman Campus
Albany NY 12227

**Notice date:** 10/15/2013

## Approval of Election to be Treated as a New York S Corporation

**Taxpayer ID:** 46-3425041

**S effective date:** 8/8/2013

LATINFOOD U.S. CORP.
134 MOREWOOD DR
SMITHTOWN NY 11787-2335

We have approved your election to be treated as a New York S corporation, effective for tax years beginning on or after 8/8/2013. This election will remain in effect for all subsequent years until revoked or terminated.

If the effective date is for a period later than the one you requested, you did not make the election on time. Therefore, we assigned the next applicable period. If you have a federal election for a period earlier than the one assigned, please resubmit Form CT-6, *Election by a Federal S Corporation to be Treated As a New York S Corporation,* with a copy of the federal S election approval letter to the CORPORATION TAX REGISTRATION UNIT, W A HARRIMAN CAMPUS, ALBANY NY 12227.

If your federal S election is pending, this New York State approval is tentative until the Internal Revenue Service (IRS) approves the federal election. If the IRS denies your federal S election, your New York State approval is revoked and your corporation must file regular New York State corporation franchise tax returns.

**Note:** All information in this statement is subject to review and adjustment by the Audit Division, who determines whether the corporation meets the legal requirements for filing as a New York S corporation.

**Filing requirements for S corporations –** A New York S corporation must file its franchise tax return annually and pay its tax within 2½ months after the end of the corporation's tax year. General business S corporations must file Form CT-3-S, *New York S Corporation Franchise Tax Return.* Bank S corporations must file Form CT-32-S, *New York Bank S Corporation Franchise Tax Return.*

Individual shareholders must file either
    Form IT-201, *Resident Income Tax Return,* **or**
    Form IT-203, *Nonresident and Part-Year Resident Income Tax Return.*

**Penalties and interest –** We will assess penalties if you fail to file a tax return, or fail to file or pay tax on time, or fail to provide shareholder information on time, or if you understate the tax. We will also assess interest if you fail to pay on time.

Whenever the shareholder composition of the S corporation changes, either in the number of shareholders included or by specific individuals included, you must complete and file a new Form CT-6, *Election by a Federal S Corporation to be Treated As a New York S Corporation.*

For more information, call (518) 485-6027. When you call, have your taxpayer identification number and the notice code available as follows:
    Taxpayer ID: 463425041                      Notice code: 20005

### Need help?


Visit our Web site at *www.tax.ny.gov*
    • get information and manage your taxes online
    • check for new online services and features


**Text Telephone (TTY) Hotline** (for persons with
    hearing and speech disabilities using a TTY):        (518) 485-5082

## Notice code:  20005

TR-37 (6/11)                    1DA2 - 2750635    P0000411 - 01

Confidential                                                                                    IAZ_DNJ0002948

# CERTIFICATE OF INCORPORATION

## OF

## LATINFOOD U.S. CORP.

### Under Section 402 of the Business Corporation Law

Filed by:

Capraro, Centofranchi, Kramer
Tidona, Ench & Co. P.C.
110 Walt Whitman Road
Suite 205
Huntington Station, New York 11746

Confidential

# CERTIFICATE OF INCORPORATION
## LATINFOOD U.S. CORP.

Under Section 402 of the Business Corporation Law.

The undersigned, for the purpose of forming a corporation pursuant to Section 402 of the Business Corporation Law of the State of New York, does hereby certify and set forth:

<u>FIRST:</u>  The name of the corporation is **LATINFOOD U.S. CORP.**

<u>SECOND:</u> The purposes for which the corporation is formed are:

To engage in any lawful act or activity for which  corporations may be organized under the business corporation law, provided that the corporation is not formed to engage in any act or activity which requires the act or approval of any state official, department, board, agency or other body without such approval or consent first being obtained.

To manufacture, prepare, buy, sell, deal in, trade in, import and export bread, butter, butter substitutes; biscuits and crackers; milk, cream, eggs, cheeses, cereals, grain, corn products, yeast, baking powder, flour, cakes, pies; sugar, molasses, teas, coffees, cocoa, chocolate, honey, fruits, confectionery; meats, poultry, game, fish, sea food; vegetables; sauces, relishes, condiments, spices, nuts, liquors, beer, tobacco; kitchen utensils and appliances, soaps, cleaners, drugs, brooms; canned goods of every description; preserves, jams, jellies, marmalades; groceries, dairy products, meat products, delicatessen and food compounds, appetizers, delicacies and preparations of every description.

To engage in the business of buying and selling the products of abattoirs, bakers, beverages, brewers, canners, condensers, dairymen, dehydrators, distillers, extractors, manufacturers, millers, packers, pressers and processors of food and food products of all kinds, drugs, cosmetics and other products of all kinds, liquid or solid.

To acquire by purchase, subscription, underwriting or otherwise, and to own, hold for investment, or otherwise, and to use, sell, assign, transfer, mortgage, pledge, exchange or otherwise dispose of real and personal property of every sort and description and

IAZ_DNJ0002950

wheresoever situated, including shares of stock, bonds, debentures, notes, scrip, securities, evidences of indebtedness, contracts or obligations of any corporation or association, whether domestic or foreign, or of any firm or individual or of the United States or any state, territory or dependency of the United States or any foreign country, or any municipality or local authority within or without the United States, and also to issue in exchange therefor, stocks, bonds or other securities or evidences of indebtedness of this corporation and, while the owner or holder of any such property, to receive, collect and dispose of the interest, dividends and income on or from such property and to possess and exercise in respect thereto all of the rights, powers and privileges of ownership, including all voting powers thereon.

To construct, build, purchase, lease or otherwise acquire, equip, hold, own, improve, develop, manage, maintain, control, operate, lease, mortgage, create liens upon, sell, convey or otherwise dispose of and turn to account, any and all plants, machinery, works, implements and things or property, real and personal, of every kind and description, incidental to, connected with, or suitable, necessary or convenient for any of the purposes enumerated herein, including all or any part or parts of the properties, assets, business and goodwill of any persons, firms, associations or corporations.

The powers, rights and privileges provided in this certificate are not to be deemed to be in limitation of similar, other or additional powers, rights and privileges granted or permitted to a corporation by the Business Corporation Law, it being intended that this corporation shall have all rights, powers and privileges granted or permitted to a corporation by such statute.

THIRD:  The office of the corporation is to be located in the County of Suffolk, State of New York.

FOURTH:  The aggregate number of shares which the corporation shall have the authority to issue is Two Hundred (200), all of which shall be without par value.

FIFTH:  The Secretary of State is designated as the agent of the corporation upon whom process against it may be served.  The post office address to which the Secretary of State shall mail a copy of any process against the corporation served on him is:

IAZ_DNJ0002951

134 Morewood Drive
Smithtown, New York 11787

<u>SIXTH:</u>   The personal liability of directors to the corporation or its shareholders for damages for any breach of duty in such capacity is hereby eliminated except that such personal liability shall not be eliminated if a judgment or other final adjudication adverse to such director establishes that his acts or omissions were in bad faith or involved intentional misconduct or a knowing violation of law or that he personally gained in fact a financial profit or other advantage to which he was not legally entitled or that his acts violated Section 719 of the Business Corporation Law.

IN WITNESS WHEREOF, this certificate has been subscribed to this 7th day of August, 2013 by the undersigned who affirms that the statements made herein are true under the penalties of perjury.

*Lawrence A. Kirsch*

LAWRENCE A. KIRSCH
90 State Street
Albany, New York  12207

Confidential