# Exhibit 10



