# Exhibit 12

**Emily Santana**

| | |
|---|---|
| From: | Wilson Zuluaga <wilsonz@latinfoodus.com> |
| Sent: | Thursday, December 07, 2017 6:01 PM |
| To: | 'Mark J. Ingber' |
| Cc: | 'Emily Santana' |
| Subject: | FW: Zenu Chorizo |
| Attachments: | Chorizo_colombiano_w_yp.jpg; Chorizo_colombiano_yp.jpg; Chorizo_con ternera_blur_yp.jpg; Salchichon_Cervecero_mid_yp.jpg; Salchichon_Cervecero_side_yp.jpg; Chorizo_con_ternera_w_yp.jpg; Chorizo_conternera_blu_yp.jpg |

**From:** Jaline Isidor [mailto:jalinei@cibaomeat.com]
**Sent:** Tuesday, December 5, 2017 5:26 PM
**To:** Wilson Zuluaga <WilsonZ@latinfoodus.com>
**Subject:** FW: Zenu Chorizo

**Jaline G. Isidor** | Marketing
Cibao Meat Products | *"Tradición de Calidad"*
630 Saint Ann's Ave., Bronx, NY 10455
**T:** 718-993-5072 | **F:** 718-993-5638
CibaoMeat.com | Jalinel@cibaomeat.com

---

**From:** Jaline Isidor <jalinei@cibaomeat.com>
**Date:** Friday, October 18, 2013 at 3:21 PM
**To:** Wilson Zuluaga <WilsonZ@latinfoodus.com>
**Cc:** Julio Isidor <jisidor@cibaomeat.com>
**Subject:** Zenu Chorizo

Good afternoon Wilson,

Attached you will find a few different versions of the Chroizo label that I photographed for you.
The one missing is the Mexican product. I have to reshoot it this weekend. I will have it for you if not Monday then Tuesday the latest.

Also is the revised version of the Salchichon Cervecero.
USDA does not recognize Salchichon as a label only Salami so that is why I changed it from Salchichon to Salami.

Please let me know what corrections you would like for me to make.
Also let me know if you are content with the images for the Chorizo's so far. I tried to mimic them as close as possible.

**Jaline G. Isidor** | Marketing Assistant
Cibao Meat Products | *"Tradición de Calidad"*
630 Saint Ann's Ave., Bronx, NY 10455
**T:** 718-993-5072 | **F:** 718-993-5638


EXHIBIT 5

Jalinel@cibaomeat.com







ATTORNEYS' EYES ONLY-SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER

LATIN00279

ATTORNEYS' EYES ONLY-SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER




LATIN000280





ATTORNEYS' EYES ONLY-SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER

LATIN000282

ATTORNEYS' EYES ONLY-SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER




LATIN000283



ATTORNEYS' EYES ONLY–SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER

LATIN000284