# Exhibit 13

Thursday, October 24, 2013 3:55:45 PM Eastern Daylight Time 

**Subject:** RE: Zenu Approval
**Date:** Thursday, October 24, 2013 3:43:55 PM Eastern Daylight Time
**From:** Wilson Zuluaga
**To:** 'Jaline Isidor'
**CC:** 'Julio Isidor'

Good afternoon.

All images are hereby APPROVED.

Thank you for your valuable help with these.

Regards,

Wilson Zuluaga.

---

**From:** Jaline Isidor [mailto:jalinei@cibaomeat.com]
**Sent:** Thursday, October 24, 2013 12:18 PM
**To:** Wilson Zuluaga
**Cc:** Julio Isidor
**Subject:** Zenu Approval

Good Afternoon Wilson,

Attached are all the images that will be used for your product line.
Please send me an email with the word **APPROVED** for all of the images here so they can be sent for production. I included the Salchichon Tradicional so you could see everything all together. It has been sent already to the company.

Regards,
Jaline G. Isidor | Marketing Assistant
Cibao Meat Products | "Tradición de Calidad"
630 Saint Ann's Ave., Bronx, NY 10455
T: 718-993-5072 | F: 718-993-5638
Jalinei@cibaomeat.com





FOR ATTORNEYS EYES ONLY
CIB-000029



FOR ATTORNEYS EYES ONLY
CIB-000030





FOR ATTORNEYS EYES ONLY
CIB-000031



FOR ATTORNEYS EYES ONLY
CIB-000032



FOR ATTORNEYS EYES ONLY
CIB-000033



FOR ATTORNEYS EYES ONLY
**CIB-000034**



FOR ATTORNEYS EYES ONLY
CIB-000035



FOR ATTORNEYS EYES ONLY
CIB-000036



FOR ATTORNEYS EYES ONLY
CIB-000037





FOR ATTORNEYS EYES ONLY
CIB-000038

FOR ATTORNEYS EYES ONLY
CIB-000039






FOR ATTORNEYS EYES ONLY
CIB-000040