# Exhibit 14





FOR ATTORNEYS EYES ONLY
CIB-000017