# Exhibit 15



STATE OF NEW YORK          )
                           )
                           )    ss
                           )
COUNTY OF NEW YORK         )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document with Bates Nos. CIB-000001—CIB-000002.

_____
Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me
this 3rd day of October, 20 22.

_____

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023

jisidor

**From:** "Wilson Zuluaga" <WilsonZ@latinfoodus.com>
**To:** <jisidor@cibaomeat.com>
**Sent:** Friday, August 23, 2013 11:46 AM
**Subject:** FW: greetings

Good afternoon, Julio.

I just want to let you know that I have ordered samples of the products delivered directly from Colombia, so you will have the ingredients, flavor, etc. at hand.

I also wanted to ask if you have had a chance to draft the contract. I don't know if I mentioned that we will handle this project under this company name:

ZENU Products, USA
134 Morewood Dr.
Smithtown, NY. 11787

Warehouse at:
165 Keyland Ct.
Bohemia. NY. 11716

The same as before, I, Wilson Zuluaga, will continue managing the new company.

Best regards,

Wilson.


**From:** Wilson Zuluaga [mailto:WilsonZ@latinfoodus.com]
**Sent:** Wednesday, August 21, 2013 5:46 p.m.
**To:** 'jisidor'
**Subject:** RE: greetings


Colombian chorizo, ingredients.

See pic attached.

**From:** jisidor [mailto:jisidor@cibaomeat.com]
**Sent:** Wednesday, August 21, 2013 4:59 p.m.
**To:** Wilson Zuluaga
**Subject:** RE: greetings

Thank you for the information. I have attached the payment receipt.
I will send the contract over to you in a few minutes so you can review it.

**Julio Gaspar Isidor**
**General Manager**
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
----Original Message----
**From:** Wilson Zuluaga



FOR ATTORNEY'S EYES ONLY
CIB-000001

Page 1 Translation:

From: Wilson Zuluago
To: Julio
Subject: Salutation

Good afternoon Julio.

I am letting you know that I am going to have products send directly from Colombia to you so you can have the ingredients in your hand, flavor, etc.

I would also like to take the opportunity to see if you had time to elaborate on the contract. I don't know if I commented that for this project we will be handling everything under this company name:

Zenu Products, USA
134 Morewood Dr.
Snithtown, NY 11787

Warehouse at:
165 Keyland CT
Bohemia, NY 11716

As well, I, Wilson Zuluago, will continue managing the new company.

Cordially,

Wilson

FOR ATTORNEY'S EYES ONLY
CIB-000002



jisidor

**From:** "Wilson Zuluaga" <WilsonZ@latinfoodus.com>
**To:** <jisidor@cibaomeat.com>
**Sent:** Friday, August 23, 2013 11:46 AM
**Subject:** FW: saludos

Buenas tardes Julio.

Para comentarte que mande a traer muestras de los productos directamente de Colombia- para que tengas en mano los ingredientes, sabor, etc

Aprovecho también para preguntarte si tuviste oportunidad de elaborar el contrato. No se si te comente que este proyecto lo vamos a manejar bajo la empresa:

ZENU Products, USA
134 Morewood Dr.
Smithtown, NY. 11787

Warehouse at:
165 Keyland Ct.
Bohemia, NY. 11716

Igual, yo, Wilson Zuluaga, continuo gerenciando la nueva empresa.

Cordial Saludo.

Wilson.

**From:** Wilson Zuluaga [mailto:WilsonZ@latinfoodus.com]
**Sent:** Wednesday, August 21, 2013 5:46 PM
**To:** 'jisidor'
**Subject:** RE: saludos

Chorizo colombiano, ingredients:

See pic attached.

**From:** jisidor [mailto:jisidor@cibaomeat.com]
**Sent:** Wednesday, August 21, 2013 4:59 PM
**To:** Wilson Zuluaga
**Subject:** Re: saludos

Gracias por la informacion, anexo te estoy enviando el recibo de pago.
En unos minutos te enviare el contrato para tu revision.

**Julio Gaspar Isidor**
General Manager
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

----- Original Message -----
**From:** Wilson Zuluaga



FOR ATTORNEYS EYES ONLY
CIB-000001
8/28/2013

Page 1 Translation:

From: Wilson Zuluago
To: Julio
Subject: Salutation

Good afternoon Julio.

I am letting you know that I am going to have products send directly from Colombia to you so you can have the ingredients in your hand, flavor, etc.

I would also like to take the opportunity to see if you had time to elaborate on the contract. I don't know if I commented that for this project we will be handling everything under this company name:

Zenu Products, USA
134 Morewood Dr.
Snithtown, NY 11787

Warehouse at:
165 Keyland CT
Bohemia, NY 11716

As well, I, Wilson Zuluago, will continue managing the new company.

Cordially,

Wilson

FOR ATTORNEYS EYES ONLY
CIB-000002