# Exhibit 16



USTM0000086