# Exhibit 17



CONFIDENTIAL                    LATIN013208