# Exhibit 18

The Wayback Machine - https://web.archive.org/web/20220926214444/https://www.latinfoodus.com/product/sal…

   My List

Customer Care        Store Location        Download App                                          Home        About Latin
$0.00                                                                                                    My List

Search for products

Home        About LatinFood        Products        Contact Us





# Salchicha Ranchera Tradicional

$46.11

1

Add to cart

Category: Meat

Marca Zenu



Share:

| Additional information | Reviews (0) |

## Additional information

Brand                                      Zenú

## Related products





Quick View

Meat
97 % Honey Ham

$21.00

Add to Cart          View Cart



Quick View

Meat
97 % Smoked Ham

$21.00

Add to Cart          View Cart




Quick View

Meat
Chorizo Antioqueño

$36.00

Add to Cart          View Cart

Help

Terms & Conditions
Privacy Policy
Refund Policy
Return policy
About Us

Quick Links

Facebook
Instagram
YouTube
Pinterest
Twitter

Shop

Products
Cart
Wishlist
My Account
Contacts

Subscribe to our Newsletter

Email *

Subscribe!

Latinfoods © 2018 / All Rights Reserved