# Exhibit 19

---------- Forwarded message ---------
From: **Cibao Meat Products** <jisidor@cibaomeat.com>
Date: Tue, Jun 13, 2017 at 3:48 PM
Subject: FW: nuevo Logo
To: Elizabeth Sandner <lizcibaomeat@gmail.com>
Cc: Jaline Isidor <jalinei@cibaomeat.com>


Nuevo Logo Zenu


-----Original Message-----
**From:** Wilson Zuluaga [mailto:wilsonz@latinfoodus.com]
**Sent:** Tuesday, June 13, 2017 3:13 PM
**To:** jisidor@cibaomeat.com
**Subject:** nuevo Logo


Estimado Julio, buenas tardes.


Primero que todo quiero agradecerte tu continuo e invaluable apoyo.


De acuerdo a nuestra teleconferencia, te envio el nuevo logo que vamos a utilizar. Te envio el formato Illustrator, pero te puedo suministrar cualquier otro formato de archivo de graficas que puedas necesitar.


En lo posible te solicito cordialmente me mantengas informado del proceso y progreso incorporando este nuevo logo, pues asi mantengo al abogado al tanto.

1

AEO CIB-000287

En cuanto al nuevo producto que el publico esta solicitando es un producto básicamente igual que nuestro cervecero, pero picante. Seria empacado en 1 lb, y el embalaje de 24.

Gracias Julio por tu cordial ayuda en este tema.

Saludos,

Wilson.

--

AEO CIB-000288



AEO CIB-000289