# Exhibit 20



CONFIDENTIAL
LATIN012991