# Exhibit 21




CONFIDENTIAL                                                                                                                      LATIN012995