# Exhibit 22

EXHIBIT 23



