# Exhibit 24



LATINFOODHD_FRONTEO 39478