# Exhibit 26



STATE OF NEW YORK          )
                          )
                          )          ss
COUNTY OF NEW YORK         )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Spanish into English of the attached document with Bates Nos.

LATINFOODHD_FRONTEO39997—LATINFOODHD_FRONTEO39999.

_____

Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me

this 3rd day of October , 20 22 .

_____

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432

| | |
|---|---|
| **From:** | Orlando Rios via LinkedIn <member@linkedin.com> |
| **Sent:** | Sunday, August 17, 2014 11:17 AM |
| **To:** | Wilson Zuluaga |
| **Subject:** | Yes, I can help you develop the LatinFoodUS.Com website |

[logo:] LinkedIn

**Orlando Rios**
Consultant at IT Consultant, freelance

---

Yes, I can help you develop the LatinFoodUS or LatinFoodUSA.Com website and the other one where you'll have your e-catalog of all the products you work with.
For the budget, I'd like to propose that you pay me a small monthly wage and a tiny proportion of your sales.
That way, it makes it easier for you to cover the costs, and I can spend time on the project consistently so that we do an awesome job.

I'd like to make a website with all the bells and whistles, so that you can establish contact with the Latino community here in the United States, and people will "demand" and consume your products in the regional Latino markets.

I always like to tackle websites as part of an integrated marketing solution. To grow your customers' customers. In your case, because you're a distributor.

Tell me how you'd like to start? And what budget you could allot without hurting your cash flow.

Give me a call when you can, and if I don't answer, leave me a message and we'll get to work.


On 08/14/14 4:52 AM, Wilson Zuluaga wrote:
---------------------
Hello Orlando...

I have one person working on the ZENU website, but I have another request for
LATINFOODUS.COM

I don't know if I told you, but I have the contract for the exclusive distribution of ZENU in the US
-

1

LATINFOODHD_FRONTEO 39997

which is why I signed a contract for an exclusive website, zenu.us.com..

I also need a website that includes all the products I work with..

I'd love for us to work on latinfoodus.com

Let me know your opinion, what we could do, and the budget I should have...

As always, best wishes!

Wilson.

On 08/13/14 6:57 PM, Orlando Rios wrote:
--------------------
I'm glad you liked it.

So, tell me. Have you already made your website?


On 08/13/14 12:11 PM, Wilson Zuluaga wrote:
--------------------
Wow! - it looks like something from the not-so-near future.

I've never seen anything like it!

Great work! Creative and high-tech!



On 08/13/14 11:39 AM, Orlando Rios wrote:
--------------------
Hi Wilson,

How's everything going?

Check out this website:

http://www.latinocompass.com

It's a magazine that I'm launching.
I made the website, and I'm still working on it.

Reply to Orlando

You are receiving member message notifications emails. Unsubscribe
This email was intended for Wilson Zuluaga (President at LATINFOOD USA). Learn why we included this.

© 2014, LinkedIn Corporation. 2029 Stierlin Ct. Mountain View, CA 94043, USA

2

LATINFOODHD_FRONTEO 39998

3

LATINFOODHD_FRONTEO 39999

| | |
|---|---|
| **From:** | Orlando Rios via LinkedIn <member@linkedin.com> |
| **Sent:** | Sunday, August 17, 2014 11:17 AM |
| **To:** | Wilson Zuluaga |
| **Subject:** | Si te puedo ayudar a realizar el web site de LatinFoodUS.Com |

**Linked** in ™

**Orlando Rios**
Consultant at IT Consultant, freelance

Si te puedo ayudar a realizar el web site de LatinFoodUS o
LatinFoodUSA.Com Y el otro donde tendrías todos tu catalogo electrónico de
todos los productos que trabajas.
Para el presupuesto, me gustaría sugerirte, que me asignaras un pequeño
pago mensual, y un pequeñito porcentaje de tus ventas.
Asi, se te hace mas fácil cubrir el costo. Y yo te dedico tiempo con regularidad
para que hagamos un trabajo super bueno.

Me gustaría realizar un web site con todos los fierros, para que logres
establecer contacto con la comunidad latina aquí en los Estados Unidos, de tal
manera que la gente "demande" y consuma tus productos en los mercados
latinos regionales.

Siempre me gusta entrarle a los web sites, como parte de una solución
integral de mercadeo. Para crecer los clientes de tus clientes. En tu caso,
porque eres distribuidor.

Dime como te gustaría empezar ? y que presupuesto podrías asignar sin que
se traumatize tu cash flow.

dame una llamadita cuando puedas, si no recojo me dejas un mensaje y
empezamos a trabajar.


On 08/14/14 4:52 AM, Wilson Zuluaga wrote:
--------------------
Hola Orlando...

tengo una persona trabajando en el web-site the ZENU, pero tengo un
segundo requerimento para LATINFOODUS.COM

No se si te comente, pero contrate la distribucion exclusiva de ZENU en US -

1

LATINFOODHD_FRONTEO 39997

por lo cual contrate para un website exclusivo zenu.us.com..

luego, debo tener un website que incluya todos los productos que trabajo..

me encantaria que trabajaramos en latinfoodus.com

dejame saber tu opinion, que podriamos hacer, y con que presupuesto debo contar...

como siempre, un fuerte abrazo!

Wilson.

On 08/13/14 6:57 PM, Orlando Rios wrote:
--------------------
me alegro que te gusto

dime, ya hiciste tu web site ?


On 08/13/14 12:11 PM, Wilson Zuluaga wrote:
--------------------
que verraquera! - parece como de un futuro no muy cercano..

no habia visto nada ni parecido!

te felicito! creativo y tecnicamente avanzado!



On 08/13/14 11:39 AM, Orlando Rios wrote:
--------------------
Hola Wilson,

Como va todo contigo ?

chequeate este web site:

http://www.latinocompass.com

es una revista que estoy sacando
yo hice el web site, y todavia lo estoy mejorando


Reply to Orlando

You are receiving member message notifications emails. Unsubscribe
This email was intended for Wilson Zuluaga (President at LATINFOOD USA). Learn why we included this.

© 2014, LinkedIn Corporation. 2029 Stierlin Ct. Mountain View, CA 94043, USA

LATINFOODHD_FRONTEO 39998



3

LATINFOODHD_FRONTEO 39999