# Exhibit 28

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

Serial Number: 86459824
Filing Date: 11/20/2014

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 86459824 |
| MARK INFORMATION | |
| *MARK | \\TICRS\EXPORT16\IMAGEOUT16\864\598\86459824\xml1\ APP0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | ZENU |
| COLOR MARK | YES |
| COLOR(S) CLAIMED (If applicable) | The color(s) red is/are claimed as a feature of the mark. |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of the literal element ZENU displayed in stylized font with an underline. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 768 x 614 |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. |
| *STREET | Calle 2, No 50 - 561 |
| *CITY | Medellin |
| *COUNTRY | Colombia |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 0 |
| EMAIL ADDRESS | XXXX |
| LEGAL ENTITY INFORMATION | |
| TYPE | sociedad por acciones simplificada (s.a.s.) |
| STATE/COUNTRY WHERE LEGALLY ORGANIZED | Colombia |
| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
| INTERNATIONAL CLASS | 029 |
| *IDENTIFICATION | Meat, fish, poultry and game; meat extracts; canned, frozen, dried and cooked fruits and vegetables; jellies, jams, compotes; eggs; milk and dairy products; edible oils and fats |
| FILING BASIS | SECTION 44(e) |
| FOREIGN REGISTRATION | |

| | |
|---|---|
| NUMBER | 435990 |
| FOREIGN REGISTRATION COUNTRY | Colombia |
| FOREIGN REGISTRATION DATE | 06/03/2011 |
| FOREIGN REGISTRATION EXPIRATION DATE | 11/30/2021 |
| **ATTORNEY INFORMATION** | |
| NAME | Clark W. Lackert |
| ATTORNEY DOCKET NUMBER | 506405.20001 |
| FIRM NAME | Reed Smith LLP |
| STREET | 599 Lexington Avenue |
| CITY | New York |
| STATE | New York |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 10022 |
| PHONE | 212-521-5400 |
| FAX | 212-521-5450 |
| EMAIL ADDRESS | nycipdocketing@reedsmith.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Keith E. Sharkin |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Clark W. Lackert |
| FIRM NAME | Reed Smith LLP |
| STREET | 599 Lexington Avenue |
| CITY | New York |
| STATE | New York |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 10022 |
| PHONE | 212-521-5400 |
| FAX | 212-521-5450 |
| EMAIL ADDRESS | nycipdocketing@reedsmith.com;clackert@reedsmith.com; ksharkin@reedsmith.com; jgoodwill@reedsmith.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 325 |
| *TOTAL FEE PAID | 325 |
| **SIGNATURE INFORMATION** | |

| | |
|---|---|
| **SIGNATURE** | NOT PROVIDED |
| **SIGNATORY'S NAME** | NOT PROVIDED |
| **SIGNATORY'S POSITION** | NOT PROVIDED |
| **DATE SIGNED** | NOT PROVIDED |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

## Trademark/Service Mark Application, Principal Register

Serial Number: 86459824
Filing Date: 11/20/2014

### To the Commissioner for Trademarks:

**MARK:** ZENU (stylized and/or with design, see mark)

The literal element of the mark consists of ZENU.
The color(s) red is/are claimed as a feature of the mark. The mark consists of the literal element ZENU displayed in stylized font with an underline.
The applicant, INDUSTRIA DE ALIMENTOS ZENÚ S.A.S., a sociedad por acciones simplificada (s.a.s.) legally organized under the laws of Colombia, having an address of
   Calle 2, No 50 - 561
   Medellin 0
   Colombia

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

   International Class 029:  Meat, fish, poultry and game; meat extracts; canned, frozen, dried and cooked fruits and vegetables; jellies, jams, compotes; eggs; milk and dairy products; edible oils and fats
Based on Foreign Registration: Applicant has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services, and will submit a copy of Colombia registration number 435990, registered 06/03/2011 with a renewal date of _____ and an expiration date of 11/30/2021, and translation thereof, if appropriate. 15 U. S.C. Section 1126(e), as amended.


The applicant's current Attorney Information:
   Clark W. Lackert and Keith E. Sharkin of Reed Smith LLP
   599 Lexington Avenue
   New York, New York 10022
   United States
The attorney docket/reference number is 506405.20001.

The applicant's current Correspondence Information:
   Clark W. Lackert
   Reed Smith LLP
   599 Lexington Avenue
   New York, New York 10022
   212-521-5400(phone)
   212-521-5450(fax)
   nycipdocketing@reedsmith.com;clackert@reedsmith.com; ksharkin@reedsmith.com; jgoodwill@reedsmith.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. Section 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant or the applicant's related company or licensee is using the mark in commerce on or in connection with the goods/services in the application, and such use by the applicant's related company or licensee inures to the benefit of the applicant; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. Section 1051(b), Section 1126(d), and/or Section 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection

with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: Not Provided    Date: Not Provided
Signatory's Name: Not Provided
Signatory's Position: Not Provided
RAM Sale Number: 86459824
RAM Accounting Date: 11/20/2014

Serial Number: 86459824
Internet Transmission Date: Thu Nov 20 11:42:39 EST 2014
TEAS Stamp: USPTO/BAS-XX.XXX.XX.X-201411201142397306
79-86459824-500c0bdaa28eb67e194ea24be2a6
62349c185623e9a32dea03a4765b549ae0a9-CC-
10172-20141120113824108941

