# Exhibit 30

UNITED STATES PATENT AND TRADEMARK OFFICE
Trademark Trial and Appeal Board
P.O. Box 1451
Alexandria, VA  22313-1451
General Contact Number: 571-272-8500

Mailed:  November 7, 2016

Cancellation No. 92059947

*Industria de Alimentos Zenu S.A.S.*

v.

*Latinfood U.S. Corp. dba Zenu Products Inc.*

**Amy Matelski, Paralegal Specialist:**

Petitioner's motion (filed October 6, 2016) to suspend this proceeding pending final determination of Civil Action No. 2:16-cv-06576 filed in the United States District Court District of New Jersey is granted as conceded.  *See* Trademark Rules 2.127(a) and 2.117(a).

Accordingly, proceedings are suspended pending final disposition of the civil action.

Within twenty days after the final determination of the civil action, the parties shall so notify the Board so that this proceeding may be called up for appropriate action.[1]  Such notification to the Board should include a copy of any final order or final judgment which issued in the civil action.

---

[1] A proceeding is considered to have been finally determined when an order or ruling that ends litigation has been rendered, and no appeal has been filed, or all appeals filed have been decided and the time for any further review has expired. *See* TBMP § 510.02(b).

Cancellation No. 92059947

During the suspension period, the parties must notify the Board of any address changes for the parties or their attorneys. In addition, the parties are to promptly inform the Board of any other related cases, even if they become aware of such cases during the suspension period. Upon resumption, if appropriate, the Board may consolidate related Board cases.