# Exhibit 31

# Invoice

**latinfood**
80 B. Keyland Ct.
Bohemia, NY. 11716

Phone #   (201) 499-7630   info@latinfoodUS.com
Fax #      (201) 706-7669   www.LatinfoodUS.com

| Date | Invoice # |
|------|-----------|
| 06/18/2015 | 18464 |

**Bill To**

SP0209
Food Fair-Paterson
946 Market Street
Paterson, NJ 07513
USA

Cust. Tel:   862 257 1181 Marcela

**Ship To**

PARA COBRAR INVOICE DEBE DE SER ANTES DE
LAS 2:00 PM

**Cust. Open Bal.**   USD 2067.60

| Rep | Zn | Rta | Ship | Terms | Due Date |
|-----|-----|-----|------|-------|----------|
| WZ | NJ03 | NJ03-A | 06/18/2015 | Net 30 | 07/18/2015 |

| SKU | QTY | Description | Size | Unts/Cs | U/M | Unit Price | Ext. Amt |
|------|-----|-------------|------|---------|-----|-----------|----------|
| 0270 | 1 | Chorizo Argentino - ZENU - PREPRICED $ 3.99 | 16 Oz | 12 | | 31.25 | 31.25 |
| 0264 | 1 | Salchicha Ranchera Tradicional -- PREPRICED AT $ 4.98 | 15 Oz | 12 | | 39.00 | 39.00 |
| 0260 | 1 | Chorizo Antioqueño -- PREPRICED AT $ 3.99 | 15 Oz | 12 | | 31.15 | 31.15 |
| 0218 | 1 | Chorizo Con Ternera / Veal ---- PREPRICED AT $ 4.99 | 15 Oz | 12 | | 39.00 | 39.00 |
| 0263 | 1 | Super Ranchera - Zenu -- PREPRICED AT $ 4.98 | 15 Oz | 12 | | 39.00 | 39.00 |

| | Total this Invoice | USD 179.40 |

Cases Received: _____

Received by: _____

Payment rendered: _____   Cash / Check # _____

No Returns after 30 days from date received.
Discrepancies must be noted at time of delivery.
T&C Rev. A. Apply.
$50 fee will be assesed for any bounced checks.
All products on this invoice are the property of Latinfood till
paid in full.

**EXHIBIT**
LATINFOOD
2
3-1819 MA

FoodFair0000026

# Invoice

**latinfood**
80 B. Keyland Ct,
Bohemia, NY, 11716

Phone #   (201) 499-7630   info@latinfoodUS.com
Fax #   (201) 706-7669   www.LatinfoodUS.com

| Date | Invoice # |
|------|-----------|
| 06/30/2015 | 18550 |

**Bill To**
SP0209
Food Fair-Paterson
946 Market Street
Paterson, NJ 07513
USA

Cust. Tel: 862 257 1181 Marcela

**Ship To**
PARA COBRAR INVOICE DEBE DE SER ANTES DE
LAS 2:00 PM

**Cust. Open Bal.**   USD 2808.36

| Rep | Zn | Rta | | Ship | Terms | Due Date |
|-----|-----|-----|---|------|-------|----------|
| WZ | NJ03 | NJ03-A | | 06/30/2015 | Net 30 | 07/30/2015 |

| SKU | QTY | Description | Size | Unts/Cs | U/M | Unit Price | Ext. Amt |
|-----|-----|-------------|------|---------|-----|-----------|----------|
| 0258 | 1 | Salchicon Tradicional / Zenu -- PREPRICED AT $ 2.98 | 16 Oz | 24 | | 48.00 | 48.00 |
| 0218 | 1 | Chorizo Con Ternera / Veal ---- PREPRICED AT $ 4.99 | 15 Oz | 12 | | 39.00 | 39.00 |
| 0260 | 1 | Chorizo Antioqueño --- PREPRICED AT $ 3.99 | 15 Oz | 12 | | 31.20 | 31.20 |
| 0263 | 1 | Super Ranchera - Zenu -- PREPRICED AT $ 4.98 | 15 Oz | 12 | | 39.00 | 39.00 |
| 0259 | 1 | Cervecero Zenu - PREPRICED AT $ 4.98 | 16 Oz | 24 | | 77.69 | 77.69 |
| 0265 | 20 | Cervecero Zenu / Institucional - 2.5 lbs ---- PREPRICED AT $ 11.48 | 2.5 Lbs | 1 | | 7.46 | 149.20 |

| | Total this Invoice | USD 384.09 |
|---|-------------------|------------|

Cases Received: _____

Received by: _____

Payment rendered: _____   Cash / Check # _____

No Returns after 30 days from date received
Discrepancies must be noted at time of delivery
T&C Rev. A. Apply.
$50 fee will be assesed for any bounced checks.
All products on this invoice are the property of Latinfood till
paid in full.



**latinfood**
80 B. Keyland Ct.
Bohemia, NY. 11716

Phone #   (201) 499-7630   info@latinfoodUS.com
Fax #   (201) 706-7669   www.LatinfoodUS.com

# Invoice

| Date | Invoice # |
|---|---|
| 07/09/2015 | 18609 |

**Bill To**

SP0209
Food Fair-Paterson
946 Market Street
Paterson, NJ 07513
USA

Cust. Tel:   862 257 1181 Marcela

**Ship To**

PARA COBRAR INVOICE DEBE DE SER ANTES DE
LAS 2:00 PM

**Cust. Open Bal.**   USD 1241.16

| Rep | Zn | Rta | Ship | Terms | Due Date |
|---|---|---|---|---|---|
| WZ | NJ03 | NJ03-A | 07/09/2015 | Net 30 | 08/08/2015 |

| SKU | QTY | Description | Size | Unts/Cs | U/M | Unit Price | Ext. Amt |
|---|---|---|---|---|---|---|---|
| 0260 | 1 | Chorizo Antioqueño --- PREPRICED AT $ 3.99 | 15 Oz | 12 | | 31.20 | 31.20 |
| 0270 | 1 | Chorizo Argentino - Zenu | 16 Oz | 12 | | 31.20 | 31.20 |
| 0264 | 1 | Salchicha Ranchera Tradicional --- PREPRICED AT $ 4.98 | 15 Oz | 12 | | 39.00 | 39.00 |
| 0263 | 1 | Super Ranchera - Zenu --- PREPRICED AT $ 4.98 | 15 Oz | 12 | | 39.00 | 39.00 |
| 0258 | 1 | Salchicon Tradicional / Zenu --- PREPRICED AT $ 2.98 | 16 Oz | 24 | | 48.00 | 48.00 |

| | | **Total this Invoice** | USD 188.40 |
|---|---|---|---|

Cases Received: _____

Received by: _____

Payment rendered: _____   Cash / Check # _____

No Returns after 30 days from date received.
Discrepancies must be noted at time of delivery.
T&C Rev. A. Apply
$50 fee will be assesed for any bounced checks
All products on this invoice are the property of Latinfood till
paid in full.

FoodFair0000028

# Invoice

**latinfood**

80 B. Keyland Ct.
Bohemia, NY. 11716

Phone # (201) 499-7630   info@latinfoodUS.com
Fax # (201) 706-7669   www.LatinfoodUS.com

| Date | Invoice # |
|---|---|
| 07/15/2015 | 18641 |

**Bill To**

SP0209
Food Fair-Paterson
946 Market Street
Paterson, NJ 07513
USA

Cust. Tel:  862 257 1181 Marcela

**Ship To**

PARA COBRAR INVOICE DEBE DE SER ANTES DE
LAS 2:00 PM

**Cust. Open Bal.**   USD 1777.15

| Rep | Zn | Rta | Ship | Terms | Due Date |
|---|---|---|---|---|---|
| WZ | NJ03 | NJ03-A | 07/15/2015 | Net 30 | 08/14/2015 |

| SKU | QTY | Description | Size | Unts/Cs | U/M | Unit Price | Ext. Amt |
|---|---|---|---|---|---|---|---|
| 0264 | 1 | Salchicha Ranchera Tradicional -- PREPRICED AT $ 4.98 | 15 Oz | 12 | | 39.00 | 39.00 |
| 0259 | 1 | Cervececa Zenu - PREPRICED AT $ 4.98 | 16 Oz | 24 | | 77.69 | 77.69 |

| | |
|---|---|
| Total this Invoice | USD 116.69 |

Cases Received: _____

Received by: _____   _____

Payment tendered: _____   Cash / Check # _____

No Returns after 30 days from date received.
Discrepancies must be noted at time of delivery.
T&C Rev. A. Apply.
$50 fee will be assesed for any bounced checks
All products on this invoice are the property of Latinfood till
paid in full

FoodFair0000029

# Invoice

**latinfood**
80 B. Keyland Ct.
Bohemia, NY. 11716

Phone #   (201) 499-7630   info@latinfoodUS.com
Fax #     (201) 706-7669   www.LatinfoodUS.com

| Date | Invoice # |
|------|-----------|
| 07/23/2015 | 18689 |

**Bill To**

SP0209
Food Fair-Paterson
946 Market Street
Paterson, NJ 07513
USA

Cust. Tel:   862 257 1181 Marcela

**Ship To**

PARA COBRAR INVOICE DEBE DE SER ANTES DE
LAS 2:00 PM

| **Cust. Open Bal.** | USD 1979.95 |
|---|---|

| Rep | Zn | Rta | Ship | Terms | Due Date |
|-----|----|----|------|-------|----------|
| WZ | NJ03 | NJ03-A | 07/23/2015 | Net 30 | 08/22/2015 |

| SKU | QTY | Description | Size | Units/Cs | U/M | Unit Price | Ext. Amt |
|-----|-----|-------------|------|----------|-----|------------|----------|
| 0218 | 1 | Chorizo Con Ternera / Veal ---- PREPRICED AT $ 4.99  ******** PROMOTIONAL PRICE FOR CIRCULAR | 15 Oz | 12 | | 27.00 | 27.00 |
| 0260 | 1 | Chorizo Antioqueño --- PREPRICED AT $ 3.99  ******** PROMOTIONAL PRICE FOR CIRCULAR | 15 Oz | 12 | | 27.00 | 27.00 |
| 0270 | 1 | Chorizo Argentino - Zenu  ******** PROMOTIONAL PRICE FOR CIRCULAR | 16 Oz | 12 | | 27.00 | 27.00 |

| | Total this Invoice | USD 81.00 |
|---|---|---|

Cases Received: _____

Received by: _____

Payment rendered: _____ Cash / Check # _____

No Returns after 30 days from date received.
Discrepancies must be noted at time of delivery.
T&C Rev. A. Apply.
$50 fee will be assessed for any bounced checks.
All products on this invoice are the property of Latinfood till
paid in full.

FoodFair0000030

# Invoice

latinfood

80 B. Keyland Ct.
Bohemia, NY. 11716

Phone #  (201) 499-7630   info@latinfoodUS.com
Fax #    (201) 706-7669   www.LatinfoodUS.com

| Date | Invoice # |
|---|---|
| 07/30/2015 | 18772 |

**Bill To**

SP0209
Food Fair-Paterson
946 Market Street
Paterson, NJ 07513
USA

Cust. Tel:  862 257 1181 Marcela

**Ship To**

PARA COBRAR INVOICE DEBE DE SER ANTES DE LAS 2:00 PM

| **Cust. Open Bal.** | USD 2040.03 |
|---|---|

| Rep | Zn | Rta | | Ship | Terms | Due Date |
|---|---|---|---|---|---|---|
| WZ | NJ03 | NJ03-A | | 07/30/2015 | Net 30 | 08/29/2015 |

| SKU | QTY | Description | Size | Unts/Cs | U/M | Unit Price | Ext. Amt |
|---|---|---|---|---|---|---|---|
| 0264 | 1 | Salchicha Ranchera Tradicional --- PREPRICED AT $ 4.98 | 15 Oz | 12 | | 39.00 | 39.00 |
| 0263 | 1 | Super Ranchera - Zenu --- PREPRICED AT $ 4.98 | 15 Oz | 12 | | 39.00 | 39.00 |
| 0260 | 1 | Chorizo Antioqueño --- PREPRICED AT $ 3.99 | 15 Oz | 12 | | 31.20 | 31.20 |

| | **Total this Invoice** | USD 109.20 |
|---|---|---|

Cases Received: _____

Received by: _____

Payment rendered: _____   Cash / Check # _____

No Returns after 30 days from date received.
Discrepancies must be noted at time of delivery.
T&C Rev. A. Apply.
$50 fee will be assesed for any bounced checks.
All products on this invoice are the property of Latinfood till
paid in full.