# Exhibit 32

# Invoice

**latinfood**
80 B. Keyland Ct.
Bohemia, NY. 11716

Phone # (201) 499-7630   wilsonz@latinfoodus.com
Fax # (201) 706-7669   www.LatinfoodUS.com

10615

| Date | Invoice # |
|---|---|
| 08/20/2015 | 18906 |

**Bill To**
SP0209
Food Fair-Paterson
946 Market Street
Paterson, NJ 07513
USA
Cust. Tel: 862 257 1181 Marcela

**Ship To**
PARA COBRAR INVOICE DEBE DE SER ANTES DE LAS 2:00 PM

**Cust. Open Bal.** USD 2366.47

| Rep | Zn | Rta | Ship | Terms | Due Date |
|---|---|---|---|---|---|
| WZ | NJ03 | NJ03-A | 08/20/2015 | Net 30 | 09/19/2015 |

| SKU | QTY | Description | Size | Unts/Cs | U/M | Unit Price | Ext. Amt |
|---|---|---|---|---|---|---|---|
| 0218 | 1 | Chorizo Con Ternera / Veal --- PREPRICED AT $ 4.99 | 15 Oz | 12 | | 39.00 | 39.00 |
| 0258 | 1 | Salchicon Tradicional / Zenu -- PREPRICED AT $ 2.99 | 16 Oz | 24 | | 48.00 | 48.00 |
| 0259 | 1 | Cervecero Zenu | 16 Oz | 24 | | 85.90 | 85.90 76.80 |
| 0260 | 1 | Chorizo Antioqueño --- PREPRICED AT $ 3.99 | 15 Oz | 12 | | 31.20 | 31.20 |
| 0263 | 1 | Super Ranchera | 15 Oz | 12 | | 46.11 | 46.11 |
| 0264 | 1 | Salchicha Ranchera Tradicional | 15 Oz | 12 | | 46.11 | 46.11 |
| 0270 | 1 | Chorizo Argentino - PREPRICED AT $ 3.99 | 16 Oz | 12 | | 31.20 | 31.20 |

8/21/15
$327.52

MEAT

EXHIBIT
LATIN FOOD
3
3-18-19 MA

Cases Received: _____
Received by: _____
Payment rendered: _____   Cash / Check # _____

**Total this Invoice**   USD 327.52

No Returns after 30 days from date received.
Discrepancies must be noted at time of delivery.
T&C Rev. A. Apply.
$50 fee will be assesed for any bounced checks.
All products on this invoice are the property of Latinfood till paid in full.



# Invoice

| Date | Invoice # |
|---|---|
| 09/09/2015 | 19093 |

80 B. Keyland Ct.
Bohemia, NY. 11716

Phone # (201) 499-7630   wilsonz@latinfoodus.com
Fax # (201) 706-7669   www.LatinfoodUS.com

**Bill To**
SF0209
Food Fair-Paterson
946 Market Street
Paterson, NJ 07513
USA

Cust. Tel:   862 257 1181 Marcela

**Ship To**
PARA COBRAR INVOICE DEBE DE SER ANTES DE LAS 2:00 PM

**Cust. Open Bal.** USD 2450.37

| Rep | Zn | Rta | Ship | Terms | Due Date |
|---|---|---|---|---|---|
| WZ | NJ03 | NJ03-A | 09/09/2015 | Net 30 | 10/09/2015 |

| SKU | QTY | Description | Size | Unts/Cs | U/M | Unit Price | Ext. Amt |
|---|---|---|---|---|---|---|---|
| 0265 | 20 | Cervecero Zenu / Institucional - 2.5 lbs | 2.5 Lbs | 1 | | 8.00 | 160.00 |
| 0270 | 1 | Chorizo Argentino - PREPRICED AT $ 3.99 | 16 Oz | 12 | | 31.20 | 31.20 |
| 0264 | 1 | Salchicha Ranchera Tradicional | 15 Oz | 12 | | 46.11 | 46.11 |
| 0263 | 1 | Super Ranchera | 15 Oz | 12 | | 46.11 | 46.11 |
| 0260 | 1 | Chorizo Antioqueño --- PREPRICED AT $ 3.99 | 15 Oz | 12 | | 31.20 | 31.20 |
| 0218 | 1 | Chorizo Con Ternera / Veal ---- PREPRICED AT $ 4.99 | 15 Oz | 12 | | 39.00 | 39.00 |
| 0258 | 1 | Salchicon Tradicional / Zenu --- PREPRICED AT $ 2.99 | 16 Oz | 24 | | 48.00 | 48.00 |
| 0259 | 1 | Cervecero Zenu | 16 Oz | 24 | | 85.90 | 85.90 |

\* meat

Cases Received: _____
Received by: _____
Payment rendered: _____   Cash / Check # _____

**Total this Invoice** USD 487.52

No Returns after 30 days from date received.
Discrepancies must be noted at time of delivery.
T&C Rev. A. Apply.
$50 fee will be assessed for any bounced checks.
All products on this invoice are the property of Latinfood till paid in full.

# Invoice

**latinfood**
80 B. Keyland Ct.
Bohemia, NY. 11716

Phone # (201) 499-7630   wilsonz@latinfoodus.com
Fax # (201) 706-7669   www.LatinfoodUS.com

| Date | Invoice # |
|---|---|
| 09/17/2015 | 19203 |

**Bill To**
SP0209
Food Fair-Paterson
946 Market Street
Paterson, NJ 07513
USA

Cust. Tel:   862 257 1181 Marcela

**Ship To**
PARA COBRAR INVOICE DEBE DE SER ANTES DE LAS 2:00 PM

| Cust. Open Bal. | USD 2808.66 |
|---|---|

| Rep | Zn | Rta | Ship | Terms | Due Date |
|---|---|---|---|---|---|
| WZ | NJ03 | NJ03-A | 09/17/2015 | Net 30 | 10/17/2015 |

| SKU | QTY | Description | Size | Unts/Cs | U/M | Unit Price | Ext. Amt |
|---|---|---|---|---|---|---|---|
| 0263 | 1 | Super Ranchera | 15 Oz | 12 | | 46.11 | 46.11 |
| 0264 | 1 | Salchicha Ranchera Tradicional | 15 Oz | 12 | | 46.11 | 46.11 |
| 0218 | 1 | Chorizo Con Ternera / Veal | 15 Oz | 12 | | 39.00 | 39.00 |

| | Total this Invoice | USD 131.22 |
|---|---|---|

Cases Received: _____

Received by: _____

Payment rendered: _____   Cash / Check # _____

No Returns after 30 days from date received.
Discrepancies must be noted at time of delivery.
T&C Rev. A. Apply.
$50 fee will be assesed for any bounced checks
All products on this invoice are the property of Latinfood till paid in full.

FoodFair0000034