# Exhibit 33

4:58 PM
06/26/17
Accrual Basis

# LATINFOOD US CORP
## Sales by Rep Summary
### January 1, 2010 through June 26, 2017

|  | Jan - Dec 10 | Jan - Dec 11 | Jan - Dec 12 | Jan - Dec 13 | Jan - Dec 14 | Jan - Dec 15 | Jan - Dec 16 | Year to date 2017 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| Sales Rep 1 | 0.00 | 0.00 | 0.00 | 0.00 | 11,295.46 | 0.00 | 0.00 | 0.00 |
| Sales Rep 2 | 0.00 | 0.00 | 0.00 | 0.00 | 62,682.00 | 27,236.12 | 0.00 | 0.00 |
| Sales Rep 3 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 36,635.62 | 154,754.67 | 77,558.76 |
| Sales Rep 4 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,316.23 | 0.00 |
| Sales Rep 5 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 630.99 | 0.00 | 0.00 |
| Sales Rep 6 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 120.60 | 24,719.02 |
| Sales Rep 7 | 0.00 | 0.00 | 0.00 | 0.00 | 106,953.45 | 203,809.08 | 71,868.45 | 56,251.52 |
| Sales Rep 8 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,814.45 | 77,920.15 | 0.00 |
| Sales Rep 9 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,570.69 | 93,021.12 | 69,766.52 |
| TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 180,930.91 | 286,696.95 | 399,001.22 | 228,295.82 |

Page 1 of 1


EXHIBIT 24

ATTORNEYS' EYES ONLY-SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER     LATIN000093

1:17 PM
03/10/16
Accrual Basis

# LATINFOOD US CORP
## Sales by Item Summary
### January through December 2015

|  | Qty | Amount | % of Sales | Avg Price | COGS | Avg COGS | Gross Margin | Gross Margin % |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| **Inventory** | | | | | | | | |
| 0218 | 293.49999 | 11,884.29 | 4.1% | 40.49 | 9,212.93 | 31.39 | 2,671.36 | 22.5% |
| 0221 | 443.45833 | 12,873.00 | 4.5% | 29.03 | 10,289.31 | 23.20 | 2,583.69 | 20.1% |
| 0222 | 238.83333 | 6,744.80 | 2.4% | 28.24 | 5,551.11 | 23.24 | 1,193.69 | 17.7% |
| 0223 | 257.75 | 7,253.10 | 2.5% | 28.14 | 5,939.71 | 23.04 | 1,313.39 | 18.1% |
| 0254 | 93.16668 | 4,351.82 | 1.5% | 46.71 | 3,497.44 | 37.54 | 854.38 | 19.6% |
| 0255 | 46 | 1,754.20 | 0.6% | 38.13 | 1,166.11 | 25.35 | 588.09 | 33.5% |
| 0256 | -1.24999 | -49.35 | -0.0% | 39.48 | -36.75 | 29.40 | -12.60 | 25.5% |
| 0258 | 542 | 29,360.14 | 10.3% | 54.17 | 17,560.83 | 32.40 | 11,799.31 | 40.2% |
| 0259 | 767.70832 | 60,617.73 | 21.2% | 78.96 | 43,435.13 | 56.58 | 17,182.60 | 28.3% |
| 0260 | 433.75001 | 14,643.83 | 5.1% | 33.76 | 10,956.63 | 25.26 | 3,687.20 | 25.2% |
| 0263 | 811.3384 | 35,055.95 | 12.2% | 43.21 | 25,467.91 | 31.39 | 9,588.04 | 27.4% |
| 0264 | 1,584.16702 | 68,389.96 | 23.9% | 43.17 | 49,727.00 | 31.39 | 18,662.96 | 27.3% |
| 0265 | 1,933 | 14,160.90 | 4.9% | 7.33 | 10,583.17 | 5.48 | 3,577.73 | 25.3% |
| 0270 | 13.08334 | 5,575.74 | 1.9% | 426.17 | 225.41 | 17.23 | 5,350.33 | 96.0% |
| 0271 | 50.5 | 1,604.20 | 0.6% | 31.77 | 1,183.42 | 23.43 | 420.78 | 26.2% |
| 6330 | 262 | 7,280.76 | 2.5% | 27.79 | 5,853.25 | 22.34 | 1,427.51 | 19.6% |
| 6331 | 25.08333 | 212.65 | 0.1% | 8.48 | 201.92 | 8.05 | 10.73 | 5.0% |
| 6332 | 27.41667 | 268.15 | 0.1% | 9.78 | 294.73 | 10.75 | -26.58 | -9.9% |
| 6333 | 28.33333 | 242.60 | 0.1% | 8.56 | 217.32 | 7.67 | 25.28 | 10.4% |
| 7200 | 268 | 4,173.70 | 1.5% | 15.57 | 616.40 | 2.30 | 3,557.30 | 85.2% |
| **Total Inventory** | 8,117.84 | 286,398.17 | 100.0% | 35.28 | 201,942.98 | 24.88 | 84,455.19 | 29.5% |
| **TOTAL** | 8,117.84 | 286,398.17 | 100.0% | 35.28 | | 24.88 | | |

Page 1

ATTORNEYS' EYES ONLY-SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER     LATIN000094

1:19 PM
03/10/16
Accrual Basis

# LATINFOOD US CORP
## Sales by Item Summary
### January through December 2014

|  | Qty | Amount | % of Sales | Avg Price | COGS | Avg COGS | Gross Margin | Gross Margin % |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| **Inventory** | | | | | | | | |
| 0218 | -0.16667 | -7.40 | -0.0% | 44.40 | -5.23 | 31.38 | -2.17 | 29.3% |
| 0221 | 125.6 | 4,347.20 | 2.4% | 34.61 | 3,067.00 | 24.42 | 1,280.20 | 29.4% |
| 0254 | 35.50002 | 1,795.99 | 1.0% | 50.59 | 1,551.74 | 43.71 | 244.25 | 13.6% |
| 0256 | 365.0833 | 13,667.10 | 7.5% | 37.44 | 10,737.09 | 29.41 | 2,930.01 | 21.4% |
| 0257 | 15.91667 | 569.30 | 0.3% | 35.77 | 449.01 | 28.21 | 120.29 | 21.1% |
| 0258 | 555.50168 | 31,512.93 | 17.4% | 56.73 | 17,019.46 | 30.64 | 14,493.47 | 46.0% |
| 0259 | 977.25003 | 75,452.66 | 41.6% | 77.21 | 53,957.79 | 55.21 | 21,494.87 | 28.5% |
| 0260 | 21.08333 | 786.84 | 0.4% | 37.32 | 614.37 | 29.14 | 172.47 | 21.9% |
| 0263 | 1,041.33333 | 44,165.72 | 24.3% | 42.41 | 32,687.47 | 31.39 | 11,478.25 | 26.0% |
| 0264 | 135.33334 | 5,800.03 | 3.2% | 42.86 | 4,248.11 | 31.39 | 1,551.92 | 26.8% |
| 6330 | 92 | 2,700.50 | 1.5% | 29.35 | 2,110.27 | 22.94 | 590.23 | 21.9% |
| 6331 | 22 | 247.80 | 0.1% | 11.26 | 177.10 | 8.05 | 70.70 | 28.5% |
| 6332 | 19 | 246.14 | 0.1% | 12.95 | 204.25 | 10.75 | 41.89 | 17.0% |
| 6333 | 20 | 215.40 | 0.1% | 10.77 | 153.40 | 7.67 | 62.00 | 28.8% |
| **Total Inventory** | 3,425.42 | 181,500.21 | 100.0% | 52.99 | 126,971.83 | 37.07 | 54,528.38 | 30.0% |
| **TOTAL** | 3,425.42 | 181,500.21 | 100.0% | 52.99 | | 37.07 | | |

Page 1

ATTORNEYS' EYES ONLY-SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER    LATIN000095