# Exhibit 34

# LATINFOOD US CORP
## Sales by Item Summary
### January through December 2016

| | Qty | Amount | % of Sales | Avg Price | COGS | Avg COGS | Gross Margin | Gross Margin % |
|---|---|---|---|---|---|---|---|---|
| **Inventory** | | | | | | | | |
| ZEN10 (Chorizo Antioqueño) | 461.79066 | 16,208.49 | 4.1% | 35.10 | 11,378.51 | 24.64 | 4,829.98 | 29.8% |
| ZEN11 (Chorizo Con Ternera / Veal) | 243.51666 | 10,200.63 | 2.6% | 41.89 | 7,644.00 | 31.39 | 2,556.63 | 25.1% |
| ZEN12 (Fmly pack - Chorizo Antioqueño) | 129.83336 | 6,050.90 | 1.5% | 46.61 | 4,798.64 | 36.96 | 1,252.26 | 20.7% |
| ZEN13 (Chorizo Argentino -) | 70.16999 | 2,370.28 | 0.6% | 33.78 | 1,921.48 | 27.38 | 448.80 | 18.9% |
| ZEN14 (Chorizo Salvadoreño) | 70.41667 | 2,484.98 | 0.6% | 35.29 | 1,810.54 | 25.71 | 674.44 | 27.1% |
| ZEN17 (Chorizo SantaRosano) | 164.85167 | 5,683.77 | 1.4% | 34.48 | 3,951.35 | 23.97 | 1,732.42 | 30.5% |
| ZEN21 (97% Cooked Ham) | 1,529.89199 | 34,801.97 | 8.7% | 22.75 | 23,154.55 | 15.13 | 11,647.42 | 33.5% |
| ZEN22 (97% SMOKED HAM) | 964.06165 | 22,084.32 | 5.5% | 22.91 | 13,161.60 | 13.65 | 8,922.72 | 40.4% |
| ZEN23 (97% HONEY HAM) | 1,076.04668 | 24,887.67 | 6.2% | 23.13 | 16,610.18 | 15.44 | 8,277.49 | 33.3% |
| ZEN30 (Cervecero Zenu) | 791.31 | 62,986.78 | 15.8% | 79.60 | 45,009.40 | 56.88 | 17,977.38 | 28.5% |
| ZEN31 (Salchichon Tradicional / Zenu) | 498.00934 | 27,959.14 | 7.0% | 56.14 | 16,135.30 | 32.40 | 11,823.84 | 42.3% |
| ZEN32 (Jamonada Zenu) | 40.66666 | 1,499.85 | 0.4% | 36.88 | 1,030.89 | 25.35 | 468.96 | 31.3% |
| ZEN33 (Cervecero Zenu / Institucional - 2.5 lbs) | 1,473.73 | 11,142.62 | 2.8% | 7.56 | 8,068.70 | 5.48 | 3,073.92 | 27.6% |
| ZEN40 (Super Ranchera (Premium)) | 596.94335 | 26,702.05 | 6.7% | 44.73 | 18,738.04 | 31.39 | 7,964.01 | 29.8% |
| ZEN41 (Salchicha Ranchera Tradicional) | 2,107.60434 | 91,737.32 | 23.0% | 43.53 | 66,157.71 | 31.39 | 25,579.61 | 27.9% |
| ZEN50 (Queso Blanco -Zenu) | 14,453.38 | 38,786.63 | 9.7% | 2.68 | 33,144.65 | 2.29 | 5,641.98 | 14.5% |
| ZEN51 (Quesito fresco 12/15 oz) | 58 | 2,164.13 | 0.5% | 37.31 | 1,762.04 | 30.38 | 402.09 | 18.6% |
| ZEN60 (Frijol Cargamanto Zenu) | 257.5 | 6,427.49 | 1.6% | 24.96 | 3,758.20 | 14.59 | 2,669.29 | 41.5% |
| ZEN61 (Black Beans - Zenu) | 25 | 175.20 | 0.0% | 7.01 | 201.25 | 8.05 | -26.05 | -14.9% |
| ZEN62 (Dark Red Kidney- Zenu) | 29 | 238.80 | 0.1% | 8.23 | 311.75 | 10.75 | -72.95 | -30.5% |
| ZEN63 (Pinto Beans- Zenu) | 32 | 235.20 | 0.1% | 7.35 | 245.44 | 7.67 | -10.24 | -4.4% |
| ZEN70 (Kumis, 7 Oz) | 106 | 1,206.00 | 0.3% | 11.38 | 890.40 | 8.40 | 315.60 | 26.2% |
| ZEN71 (Mango Smoothi, 7 Oz) | 52.5 | 585.00 | 0.1% | 11.14 | 441.00 | 8.40 | 144.00 | 24.6% |
| ZEN72 (Strawberry Smoothi, 7 Oz) | 62.66667 | 702.00 | 0.2% | 11.20 | 526.40 | 8.40 | 175.60 | 25.0% |
| ZEN73 (Strawberry-Banana Smoothi, 7 Oz) | 40 | 432.00 | 0.1% | 10.80 | 336.00 | 8.40 | 96.00 | 22.2% |
| ZEN74 (Guanabana Smoothi, 7 Oz) | 106 | 1,227.00 | 0.3% | 11.58 | 890.40 | 8.40 | 336.60 | 27.4% |
| **Total Inventory** | 25,440.89 | 398,980.22 | 100.0% | 15.68 | 282,078.42 | 11.09 | 116,901.80 | 29.3% |
| **TOTAL** | 25,440.89 | 398,980.22 | 100.0% | 15.68 | | 11.09 | | |


EXHIBIT 25

4:50 PM
05/31/19
**Accrual Basis**

## LATINFOOD US CORP
## Sales by Item Summary
### January through December 2017

| | Qty | Amount | % of Sales | Avg Price | COGS | Avg COGS | Gross Margin | Gross Margin % |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| **Inventory** | | | | | | | | |
| ZEN10 (Chorizo Antioqueño) | 484.02368 | 17,032.82 | 3.5% | 35.19 | 11,926.37 | 24.64 | 5,106.45 | 30.0% |
| ZEN11 (Chorizo Con Ternera / Veal) | 243.54734 | 10,352.29 | 2.2% | 42.51 | 7,644.96 | 31.39 | 2,707.33 | 26.2% |
| ZEN12 (Fmly pack - Chorizo Antioqueño) | 10.33333 | 440.80 | 0.1% | 42.66 | 381.92 | 36.96 | 58.88 | 13.4% |
| ZEN13 (Chorizo Argentino -) | 22.76333 | 799.26 | 0.2% | 35.11 | 623.26 | 27.38 | 176.00 | 22.0% |
| ZEN14 (Chorizo Salvadoreño) | 0.04 | 4.32 | 0.0% | 108.00 | 1.03 | 25.75 | 3.29 | 76.2% |
| ZEN17 (Chorizo SantaRosano) | 344.80667 | 12,031.54 | 2.5% | 34.89 | 9,123.56 | 26.46 | 2,907.98 | 24.2% |
| ZEN21 (97% Cooked Ham) | 1,893.13067 | 38,456.06 | 8.0% | 20.31 | 27,690.75 | 14.63 | 10,765.31 | 28.0% |
| ZEN22 (97% SMOKED HAM) | 1,733.28303 | 35,117.44 | 7.3% | 20.26 | 23,787.38 | 13.72 | 11,330.06 | 32.3% |
| ZEN23 (97% HONEY HAM) | 1,502.364 | 30,438.85 | 6.3% | 20.26 | 21,932.09 | 14.60 | 8,506.76 | 27.9% |
| ZEN30 (Cervecero Zenu) | 1,183.52984 | 92,040.38 | 19.2% | 77.77 | 67,317.38 | 56.88 | 24,723.00 | 26.9% |
| ZEN31 (Salchichon Tradicional / Zenu) | 631.657 | 34,544.21 | 7.2% | 54.69 | 20,465.25 | 32.40 | 14,078.96 | 40.8% |
| ZEN32 (Jamonada Zenu) | 9.1 | 290.40 | 0.1% | 31.91 | 230.69 | 25.35 | 59.71 | 20.6% |
| ZEN33 (Cervecero Zenu / Institucional - 2.5 lbs) | 1,383 | 10,341.36 | 2.2% | 7.48 | 7,571.90 | 5.47 | 2,769.46 | 26.8% |
| ZEN40 (Super Ranchera (Premium)) | 923.29412 | 40,944.14 | 8.5% | 44.35 | 28,982.18 | 31.39 | 11,961.96 | 29.2% |
| ZEN41 (Salchicha Ranchera Tradicional) | 3,276.96005 | 140,006.26 | 29.2% | 42.72 | 102,863.78 | 31.39 | 37,142.48 | 26.5% |
| ZEN50 (Queso Blanco -Zenu) | 3,948.75 | 10,224.26 | 2.1% | 2.59 | 9,639.25 | 2.44 | 585.01 | 5.7% |
| ZEN51 (Quesito fresco 12/15 oz) | 36.74 | 1,156.14 | 0.2% | 31.47 | 1,116.14 | 30.38 | 40.00 | 3.5% |
| ZEN60 (Frijol Cargamanto Zenu) | 105.41667 | 2,552.00 | 0.5% | 24.21 | 1,603.70 | 15.21 | 948.30 | 37.2% |
| ZEN61 (Black Beans - Zenu) | -0.63 | -3.78 | -0.0% | 6.00 | -5.08 | 8.06 | 1.30 | -34.4% |
| ZEN62 (Dark Red Kidney- Zenu) | 12.8 | 76.80 | 0.0% | 6.00 | 137.60 | 10.75 | -60.80 | -79.2% |
| ZEN63 (Pinto Beans- Zenu) | 18.16667 | 109.00 | 0.0% | 6.00 | 139.34 | 7.67 | -30.34 | -27.8% |
| ZEN70 (Kumis, 7 Oz) | 81.51733 | 941.50 | 0.2% | 11.55 | 684.75 | 8.40 | 256.75 | 27.3% |
| ZEN71 (Mango Smoothi, 7 Oz) | 53.59967 | 496.74 | 0.1% | 9.27 | 450.22 | 8.40 | 46.52 | 9.4% |
| ZEN72 (Strawberry Smoothi, 7 Oz) | 50.93333 | 467.96 | 0.1% | 9.19 | 427.85 | 8.40 | 40.11 | 8.6% |
| ZEN73 (Strawberry-Banana Smoothi, 7 Oz) | 2.92667 | -49.79 | -0.0% | -17.01 | 24.59 | 8.40 | -74.38 | 149.4% |
| ZEN74 (Guanabana Smoothi, 7 Oz) | 105.27333 | 1,060.44 | 0.2% | 10.07 | 884.31 | 8.40 | 176.13 | 16.6% |
| **Total Inventory** | 18,057.32 | 479,871.40 | 100.0% | 26.57 | 345,645.17 | 19.14 | 134,226.23 | 28.0% |
| **TOTAL** | 18,057.32 | 479,871.40 | 100.0% | 26.57 | | 19.14 | | |

ATTORNEYS EYES ONLY

LATIN000544

4:51 PM
05/31/19
Accrual Basis

# LATINFOOD US CORP
## Sales by Item Summary
### January through December 2018

| | Qty | Amount | % of Sales | Avg Price | COGS | Avg COGS | Gross Margin | Gross Margin % |
|---|---|---|---|---|---|---|---|---|
| **Inventory** | | | | | | | | |
| ZEN10 (Chorizo Antioqueño) | 480.26466 | 16,754.26 | 2.5% | 34.89 | 11,833.71 | 24.64 | 4,920.55 | 29.4% |
| ZEN11 (Chorizo Con Ternera / Veal) | 248.897 | 10,770.35 | 1.6% | 43.27 | 7,812.85 | 31.39 | 2,957.50 | 27.5% |
| ZEN12 (Fmly pack - Chorizo Antioqueño) | 0 | 0.00 | 0.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.0% |
| ZEN15 (Chorizo Colombiano / Zenu) | 1 | 39.48 | 0.0% | 39.48 | 29.40 | 29.40 | 10.08 | 25.5% |
| ZEN17 (Chorizo SantaRosano) | 499.89434 | 18,082.44 | 2.7% | 36.17 | 12,877.25 | 25.76 | 5,205.19 | 28.8% |
| ZEN21 (97% Cooked Ham) | 3,404.76572 | 69,032.17 | 10.1% | 20.28 | 50,157.80 | 14.73 | 18,874.37 | 27.3% |
| ZEN22 (97% SMOKED HAM) | 2,524.57533 | 51,073.63 | 7.5% | 20.23 | 34,942.01 | 13.84 | 16,131.62 | 31.6% |
| ZEN23 (97% HONEY HAM) | 2,470.19466 | 49,939.36 | 7.3% | 20.22 | 36,411.37 | 14.74 | 13,527.99 | 27.1% |
| ZEN24 (Ham - White Turkey Breast) | 2,086.25468 | 41,890.61 | 6.2% | 20.08 | 30,042.05 | 14.40 | 11,848.56 | 28.3% |
| ZEN25 (Black Forest Ham) | 1,389.84442 | 27,679.29 | 4.1% | 19.92 | 20,013.77 | 14.40 | 7,665.52 | 27.7% |
| ZEN30 (Cervecero Zenu) | 1,302.08434 | 101,977.41 | 15.0% | 78.32 | 73,013.69 | 56.07 | 28,963.72 | 28.4% |
| ZEN31 (Salchichon Tradicional / Zenu) | 768.71166 | 43,225.18 | 6.4% | 56.23 | 24,906.08 | 32.40 | 18,319.10 | 42.4% |
| ZEN32 (Jamonada Zenu) | -1 | -21.00 | -0.0% | 21.00 | -25.35 | 25.35 | 4.35 | -20.7% |
| ZEN33 (Cervecero Zenu / Institucional - 2.5 lbs) | 1,707 | 13,141.38 | 1.9% | 7.70 | 9,345.81 | 5.47 | 3,795.57 | 28.9% |
| ZEN40 (Super Ranchera (Premium)) | 1,142.868 | 49,892.11 | 7.3% | 43.66 | 35,874.65 | 31.39 | 14,017.46 | 28.1% |
| ZEN41 (Salchicha Ranchera Tradicional) | 4,386.24415 | 187,228.30 | 27.5% | 42.69 | 137,684.22 | 31.39 | 49,544.08 | 26.5% |
| **Total Inventory** | 22,411.58 | 680,704.97 | 100.0% | 30.37 | 484,919.31 | 21.64 | 195,785.66 | 28.8% |
| **TOTAL** | 22,411.58 | 680,704.97 | 100.0% | 30.37 | | 21.64 | | |

ATTORNEYS EYES ONLY

LATIN000545