# Exhibit 35

6:12 PM
04/06/19
Accrual Basis

# LATINFOOD US CORP
## Sales by Customer Summary (Values in Home Currency)
### January 1, 2015 through January 1, 2016

| | | Jan 1 - 3, 15 | Week of Jan 4, 15 | Week of Jan 11, | Week of Jan 18, | Week of Jan 25, | Week of Feb 1, 1 | Week of Feb 8, 1 | Week of Feb 15, | Week of Feb 22, |
|---|---|---|---|---|---|---|---|---|---|---|
| SP0146 | Supremo Supermarket, Elizabeth, NJ. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SP0152 | Twin City Supermarket, Elizabeth, NJ. | 0.00 | 0.00 | 428.26 | 0.00 | 242.92 | 0.00 | 30.00 | 0.00 | 0.00 |
| | Supremo Supermarket, Irvington, NJ. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SP0153 | Twin City Supermarket, Newark, NJ. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SP0209 | Food Fair Supermarket, Paterson, NJ. | 0.00 | 0.00 | 271.49 | 0.00 | 0.00 | 0.00 | 362.22 | 0.00 | 362.00 |
| TOTAL | | 0.00 | 0.00 | 699.75 | 0.00 | 242.92 | 0.00 | 392.22 | 0.00 | 362.00 |


EXHIBIT 37

6:12 PM
04/06/19
Accrual Basis

# LATINFOOD US CORP
## Sales by Customer Summary (Values in Home Currency)
### January 1, 2015 through January 1, 2016

| | Week of Mar 1, 1. | Week of Mar 8, 1. | Week of Mar 15, | Week of Mar 22, | Week of Mar 29, | Week of Apr 5, 1 | Week of Apr 12, | Week of Apr 19, | Week of Apr 26, | Week of May 3, 1 | Week of May 10, | Week of May 17, | Week of May 24, |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SP0146 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SP0152 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 461.72 | 0.00 | 0.00 | 356.12 | 600.00 | 121.54 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SP0153 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SP0209 | 0.00 | 362.00 | 92.22 | 415.61 | 0.00 | 0.00 | 0.00 | 300.50 | 0.00 | 535.37 | 0.00 | 423.14 | 144.91 |
| TOTAL | 0.00 | 362.00 | 92.22 | 415.61 | 0.00 | 461.72 | 0.00 | 300.50 | 356.12 | 1,135.37 | 121.54 | 423.14 | 144.91 |

ATTORNEYS EYES ONLY

6:12 PM
04/06/19
Accrual Basis

# LATINFOOD US CORP
## Sales by Customer Summary (Values in Home Currency)
### January 1, 2015 through January 1, 2016

| | Week of May 31 | Week of Jun 7 | Week of Jun 14 | Week of Jun 21 | Week of Jun 28 | Week of Jul 5 | Week of Jul 12 | Week of Jul 19 | Week of Jul 26 | Week of Aug 2 | Week of Aug 9 | Week of Aug 16 | Week of Aug 23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SP0146 | 0.00 | 0.00 | 220.22 | 30.00 | 0.00 | 155.90 | 295.35 | 124.70 | 54.50 | 210.40 | 54.50 | 108.51 | 245.25 |
| SP0152 | 473.91 | 0.00 | 303.80 | 0.00 | 0.00 | 894.98 | 96.00 | 0.00 | 333.90 | 84.50 | 85.90 | 226.12 | 0.00 |
|  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SP0153 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SP0209 | 73.72 | 117.50 | 140.40 | 0.00 | 630.84 | 270.15 | 146.69 | 81.00 | 104.33 | 241.62 | 0.00 | 376.17 | 31.20 |
| TOTAL | 547.63 | 117.50 | 664.42 | 30.00 | 630.84 | 1,321.03 | 538.04 | 205.70 | 492.73 | 536.52 | 140.40 | 710.80 | 276.45 |

ATTORNEYS EYES ONLY

6:12 PM
04/06/19
Accrual Basis

# LATINFOOD US CORP
## Sales by Customer Summary (Values in Home Currency)
### January 1, 2015 through January 1, 2016

| | Week of Aug 30, | Week of Sep 6, 1 | Week of Sep 13, | Week of Sep 20, | Week of Sep 27, | Week of Oct 4, 1 | Week of Oct 11, | Week of Oct 18, | Week of Oct 25, | Week of Nov 1, 1 | Week of Nov 8, 1 | Week of Nov 15, | Week of Nov 22, |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SP0146 | 0.00 | 0.00 | 27.25 | 109.00 | 0.00 | 81.75 | 109.00 | 0.00 | 136.25 | 54.50 | 27.25 | 27.25 | 27.25 |
| SP0152 | 400.01 | 381.21 | 0.00 | 137.76 | 246.67 | 202.01 | 171.40 | 383.22 | 217.12 | 175.35 | 62.40 | 372.33 | 146.72 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SP0153 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SP0209 | 163.01 | 542.02 | 141.29 | 0.00 | 0.00 | 0.00 | 120.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 563.02 | 923.23 | 168.54 | 246.76 | 246.67 | 283.76 | 400.40 | 383.22 | 353.37 | 229.85 | 89.65 | 399.58 | 173.97 |

ATTORNEYS EYES ONLY

LATIN000480

6:12 PM
04/06/19
Accrual Basis

# LATINFOOD US CORP
## Sales by Customer Summary (Values in Home Currency)
### January 1, 2015 through January 1, 2016

| | Week of Nov 29, | Week of Dec 6, 1 | Week of Dec 13, | Week of Dec 20, | Dec 27, '15 - Jan |
|---|---|---|---|---|---|
| SP0146 | 229.46 | 54.50 | 109.00 | 54.50 | 54.50 |
| SP0152 | 108.51 | 283.10 | 278.73 | 46.11 | 54.50 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SP0153 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SP0209 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 337.97 | 337.60 | 387.73 | 100.61 | 109.00 |

ATTORNEYS EYES ONLY