# Exhibit 36



STATE OF NEW YORK           )
                            )
                            )   ss
                            )
COUNTY OF NEW YORK          )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document with Bates Nos. LATINFOODHD_FRONTEO40211—LATINFOODHD_FRONTEO40215.

Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me this 3rd day of October, 2022.

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432

| | |
|---|---|
| **From:** | Gloria E. Moreno <gloria@allgoodservices.org> |
| **Sent:** | Thursday, August 28, 2014 4:40 PM |
| **To:** | Servicio al Cliente Negocio Carnico [Meat Business Customer Service]; Gloria E. Moreno. |
| **Cc:** | wilson Zuluaga; Marta Ponce |
| **Subject:** | RE: Alejandra Meneses... complaint about Zenú Products in the USA -ID #26-0890249 |
| **Attachments:** | RE: Zenú product pickup in excellent condition for sale (25.0 KB); RE: Outstanding Debt with Impex International (431 KB); address (3.70 KB); Credit Memo 16019 from LATINFOOD US CORP (66.0 KB); Credit Memo 16016 from LATINFOOD US CORP (68.7 KB) |

Good afternoon Meat Business Customer Service, and good afternoon, Wilson,

As I documented over the phone, we're stunned by this outcome as we try to sell Zenú Products in Miami.

Attached is part of the story we experienced after pre-paying for a Second order of your products amounting to US$ 3,229.80, paid on July 7, 2014, for the products received on July 11th. We proceeded to do prepaid business with Mr. Wilson Zuluaga based on the renowned name and the excellent quality of Zenú Products in Colombia and the market work that Impex International had done in Miami. Nothing was ever put into writing, but there was the assumption that Impex International would be one of, if not the exclusive, direct distributors of Zenú for Miami. For that reason, we worked and successfully sold the first order in its entirety.

I want to note:

1. **To date, no product has expired**. The product that's closest to expiring is the Colombian Chorizo (Sep 2)
2. **I've always followed Wilson's instructions step by step**
3. On August 19th, we received a return of 6 boxes of Traditional Salchichon (cured sausage) that we still have in stock because they're considered to be of suitable quality for sale
4. The total cost of transportation from New York to Miami was US$ 180.00
5. We have a promise to pay US$ 772.86 for the beer sausages [salchichones cerveceros] and for the products that Wilson considers to be of poor quality (Payee Amount Payment Date Reference Number IMPEX $772.86 08/27/2014 010114)
6. When we received our second order, we immediately tried to sell it and found that all the customers already had the product and supposedly at a lower price.

1

Approximately on July 25th, Patricia spoke on the phone with Wilson to tell him what was happening and asking him how we were going to work because, in these new conditions, it was nearly impossible for us to continue in the market. Wilson's answer was very clear: I'm opening an office in Miami myself, and I'm going to sell Zenú on my own. I'm not going to give the product to anyone to distribute it, I'll do it myself.

So, we asked him to take back the product we had in stock, and he said yes, he would let us know where we should deliver the product. This is when I, Gloria Moreno, started talking with Wilson, and I asked him how he was going to pay us for the product. He told me over the phone not to worry, that in the place where I'd deliver the product they would pay me at the time of delivery (COD).

Attached are two email threads:

In the email thread **Re: Outstanding Debt with Impex International,** you can brief yourself with the story, from when I started to try and get the address or delivery details of the product, with the intention of getting back the investment and preventing the product from going bad. Let me also say that I didn't receive a response to the last email until the 26th, which is when Wilson sent his solutions.

In the email thread **Re: Pickup of Zenú product in excellent condition for sale**, you can see that Wilson informs me that he isn't responsible for anything that's happening.

I'm asking for your assistance in getting the money invested returned to Impex International, and I'm willing to provide additional evidence or answer any questions you may have.

I look forward to having a prompt solution,

Gloria E. Moreno

**From:** Servicio al Cliente Negocio Carnico [Meat Business Customer Service] [mailto:servicioalcliente@negociocarnico.com.co]
**Sent:** Wednesday, August 27, 2014 5:00 PM
**To:** Gloria E. Moreno
**Subject:** Re: Alejandra Meneses... complaint about Zenú Products in the USA

Good afternoon

Your email has been received and will be processed as soon as possible.

Have a great afternoon!!!

 
**Customer and Consumer Service**
**servicioalcliente@negociocarnico.com.co**
**Medellín - Colombia**

Grupo Empresarial Nutresa 

3

LATINFOODHD_FRONTEO 40213

> ----- "Gloria E. Moreno" <gloria@allgoodservices.org> wrote: -----
>
> To: "Gloria E. Moreno"" <gloria@allgoodservices.org>
> From: "Gloria E. Moreno" <gloria@allgoodservices.org>
> Date: 08/27/2014 15:56
> Cc: <servicioalcliente@negociocarnico.com.co>
> Subject: Alejandra Meneses... complaint about Zenú Products in the USA
>
> Good afternoon, Zenú.
>
>
>
> Greetings from Gloria E. Moreno of Impex International.
>
>
>
> I look forward to hearing from you.
>
>
>
> Gloria E. Moreno
>
> Impex International # 26-0890249

**Grupo Nutresa S.A.**

---

**PRIVACY NOTICE**

LATINFOODHD_FRONTEO 40214

[bilingual text]

**CONFIDENTIAL WARNING**

The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have confidential data. if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.

LATINFOODHD_FRONTEO 40215

| | |
|---|---|
| From: | Gloria E. Moreno <gloria@allgoodservices.org> |
| Sent: | Thursday, August 28, 2014 4:40 PM |
| To: | Servicio al Cliente Negocio Carnico; Gloria E. Moreno |
| Cc: | wilson Zuluaga; Marta Ponce |
| Subject: | RE: Alejandra Meneses...queja de Productos Zenú en USA -Identificación #26-0890249 |
| Attachments: | RE: Recogida del producto Zenú en excelente condicion para la venta (25.0 KB); RE: Deuda Pendiente con Impex International (431 KB); direccion (3.70 KB); Credit Memo 16019 from LATINFOOD US CORP (66.0 KB); Credit Memo 16016 from LATINFOOD US CORP (68.7 KB) |

Buenas Tardes Señores Servicio al Cliente Negocio Carnico, nuestas Tardes Wilson,

Tal y como lo documenté via telefónica estamos asombrados de este resultado al procurar comercializar Productos Zenú en Miami.

Anexo encuentran parte de la historia que vivimos despues de pagar por anticipado un Segundo pedido de sus productos por valor de US$3,229.80 dolares pagados el dia 7 de Julio del 2014 para el productos recibidos el dia 11 de Julio.  Procedimos a hacer negocios prepagados con el Sr. Wilson Zuluaga basados en el excelente nombre y la excelente calidad de Los Productos Zenú en Colombia y el traqbajo de Mercado que Impex International habia hecho en Miami, nunca hubo nada escrito sin embargo existia la expectativa de que Impex International fuera si no exclusive, uno de los distribuidores directos de Zenú para Miami y para ello trabajamos vendiendo con éxito el primer pedido en su totalidad

Quiero anotar:

1. **A la fecha ningun producto esta vencido,** el producto mas próximo a vencerse es el Chorizo Colombiano ( Sep 2)
2. **En todo momento he seguido paso a paso las indicaciones de Wilson**
3. Recibimos de regreso el 19 de Agosto 6 cajas de Salchichon Tradicional que aun tenemos en inventario por considerer que estaban en adecuada calidad para la venta
4. El costo de transporte de New York a Miami en total fué de US$180.00
5. Tenemos una promesa de pago por los salchichones cerveceros y por los productos que Wilson consider malos en calidad por US$772.86 (Payee Amount Payment Date Reference Number IMPEX $772.86 08/27/2014 010114)
6. Cuando recibimos nuestro Segundo pedido, de inmediato procuramos venderlo y nos encontramos con que todos los clientes ya tenían el producto y supuestamente a un precio mas bajo.

1

LATINFOODHD_FRONTEO 40211

Aproximadamente el 25 de Julio Patricia habló telefónicamente con Wilson expresandole lo que pasaba y preguntándole de como ibamos a trabajar pues en esas nuevas condiciones era casi imposible para nosotros continuar en el Mercado y respuesta de Wilson fuú muy: Yo mismo estoy abriendo oficina en Miami y Yo mismo voy a vender Zenú, no le voy a dar el producto a nadie para que lo distribuya, Yo miso lo hago.

Asi las cosas, le pedimos que nos recibiera de regreso el producto que teníamos en inventario y nos dijo que si, que nos informaba donde entregabamos el producto. En este momento empiezo Yo, Gloria Moreno la comunicación con Wilson y le pregunto como nos va a pagar el producto, telefónicamente me dice que no me preocupe, que en el lugar que Yo deje el producto me lo pagan en el momento de la entrega (COD).

Anexo dos historias de correo electronico:

En la historia de correo electronico :**Re:Reuda con Impex International** pueden retomar la historia, desde que empiezo a procurar la dirección o los detalles de entrega del producto, con miras a recuperar la inversion y evitar que el producto se ponga Viejo. Es de anotar que el ultimo correo no recibí respuesta, hasta el dia 26 que Wilson envía sus resoluciones.

En la historia de **Re:Recogida del product Zenú en excelente condición para la venta** pueden ver que el Sr. Wilson me informa que no es responsible por nada de lo que esta pasando.

Pido su apoyo para que a Impex International le sea regresado el dinero invenrtido y estoy dispuesta a a portar pruebas adicionales o a responder sus preguntas si las tienen.

Atenta a una pronto solución,

Gloria E. Moreno

2

LATINFOODHD_FRONTEO 40212

**From:** Servicio al Cliente Negocio Carnico [mailto:servicioalcliente@negociocarnico.com.co]
**Sent:** Wednesday, August 27, 2014 5:00 PM
**To:** Gloria E. Moreno
**Subject:** Re: Alejandra Meneses…queja de Productos Zenú en USA

Buenas tardes

El correo ya fue recibido y se estara dando tramite lo mas pronto

Feliz tarde !!!

  **Servicio al Cliente y Consumidor**
servicioalcliente@negociocarnico.com.co
**Medellín - Colombia**



3

-----"Gloria E. Moreno" <gloria@allgoodservices.org> escribió: -----

Para: "'Gloria E. Moreno'" <gloria@allgoodservices.org>
De: "Gloria E. Moreno" <gloria@allgoodservices.org>
Fecha: 27/08/2014 15:56
Cc: <servicioalcliente@negociocarnico.com.co>
Asunto: Alejandra Meneses…queja de Productos Zenú en USA

Buenas Tardes Señores Zenú.

Saluda Gloria E. Moreno de Impex International.

Atenta a su respuesta..

Gloria E. Moreno

Impex Internatinal # 26-0890249

**Grupo Nutresa S.A.**

...................................................................................................................................................................................................
**ADVERTENCIA SOBRE CONFIDENCIALIDAD**

4

LATINFOODHD_FRONTEO 40214

La información contenida en este correo electrónico, incluyendo sus anexos, esta dirigida exclusivamente a su destinatario y puede contener datos de carácter confidencial protegidos por la ley. Si usted no es el destinatario de este mensaje por favor infórmenos y elimínelo a la mayor brevedad. Cualquier retención, difusión, distribución, divulgación o copia de éste mensaje es prohibida y será sancionada por la ley.

**CONFIDENTIAL WARNING**

The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have confidential data. if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.

LATINFOODHD_FRONTEO 40215