# Exhibit 38

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2                 DISTRICT OF NEW JERSEY
 3              CIVIL ACTION NO.: 2:16-CV-06576
 4
 5    - - - - - - - - - - - - - - - - - :
     INDUSTRIA DE ALIMENTOS ZENU        :
 6   S.A.S.,                            :
                                        :
 7                      Plaintiff,      :
               vs.                      :
 8                                      :
     LATINFOOD U.S. CORP. d/b/a ZENU    :
 9   PRODUCTS CO. and WILSON ZULUAGA,   :
                                        :
10               Defendant/            :
                     Counter Plaintiff,:
11    - - - - - - - - - - - - - - - - - :
     LATINFOOD U.S. CORP. d/b/a ZENU    :
12   PRODUCTS CO.,                      :
                                        :
13               Defendant/            :
                     Counter Plaintiff,:
14                                      :
               vs.                      :
15                                      :
     INDUSTRIA DE ALIMENTOS ZENU S.A.S. :
16   and CORDIALSA USA, INC.            :
                                        :
17               Counter Defendants:
      - - - - - - - - - - - - - - - - - :
18
19            TRANSCRIPT of the deposition of ELVIS RODRIGUEZ, a
     witness herein, called for Oral Examination by the parties
     in the above-entitled action, said deposition being taken
20   pursuant to Superior Court Rules of Civil Practice, by and
     before MARIA L. ALOIA, C.C.R., License No. XIO1626, a Notary
21   Public and Certified Court Reporter of the State of New
     Jersey, at the offices of THE INGBER LAW FIRM, 51 JFK
22   Parkway, Short Hills, New Jersey, on Monday, March 18, 2019,
     commencing at 2:06 p.m.
23
24
25
```

RODRIGUEZ

1    Cordialsa?

2         A.    I have no idea.

3         Q.    Okay.  When you say you haven't seen

4    him in a while, did you see him last year, by any

5    chance?

6         A.    I don't recall if it was last year or

7    the year before that.

8         Q.    Has somebody else been representing

9    Cordialsa since Mr. Yepes?

10        A.    Yes.

11        Q.    Who's that?

12        A.    I don't recall his name.

13        Q.    Do you have a relationship with

14   Latinfood?

15        A.    A relationship of buying their

16   products?

17        Q.    Yes.

18        A.    Yes.

19        Q.    What kind of product do you buy from

20   them?

21        A.    Mainly Colombian products, chips,

22   sweets, beans at that time.

23        Q.    How about meats?

24        A.    Yes.

25        Q.    You buy meats from them, from

RODRIGUEZ

1    Latinfood?

2         A.    Yes.

3         Q.    Currently?

4         A.    Currently, no.

5         Q.    Okay.

6         A.    Currently, no.

7         Q.    Is -- who is the representative with

8    Latinfood that you deal with?

9         A.    Wilson.

10        Q.    Mr. Zuluaga who's sitting here?

11        A.    Yes, I know him as Wilson.

12        Q.    Wilson, yes.  How long have you been

13   dealing with Wilson on behalf of Latinfood?

14        A.    Since we've opened the store, very

15   close to seven years.

16        Q.    Okay.  Now, do you recall Mr. Yepes

17   coming into your store on or around July 15th, 2015?

18        A.    The dates, if that's what the date was,

19   yes.  But I don't remember what year, what day it

20   was.  I do remember the conversation that we had

21   regarding the products that he said we shouldn't be

22   selling.

23        Q.    Now, did you see anywhere in the

24   document Exhibit A that there's a reference to a

25   date of July 15th, 2015?

RODRIGUEZ

1       A.      Yes.

2       Q.      And do you see -- could you take a look

3  at --

4       A.      What paragraph?

5       Q.      Paragraph 18 on Page 23.

6       A.      Okay.  Okay.  What about it?

7       Q.      Does that refresh your recollection

8  about July 15th, 2015 being a date?

9       A.      It refreshes my recollection on what

10  happened.  On the date, no.

11      Q.      No?

12      A.      But, again, I -- what happened, yes.  I

13  just don't recall the month, the date.

14      Q.      Okay.

15      A.      You know, but what happened.

16      Q.      Do you have any reason to doubt that

17  that was the date?

18      A.      No, absolutely not.  No.

19      Q.      Okay.  So in connection with this date

20  that's referenced in Paragraph 18, tell me your

21  recollection about what happened on that date.

22      A.      Alejandro comes to the store, he points

23  out to me some products that we're not supposed to

24  be selling it because there's supposedly an

25  unauthorized supplier supplying it.  So, again, I'm

RODRIGUEZ

Page 16

1    not -- I don't know what's the real brands supposed

2    to be or not.  And it happened to be that Wilson a

3    couple of minutes later walked in too and I brought

4    it to his attention and that's when he had the

5    conversation with Alejandro --

6         Q.    So --

7         A.    -- about it.

8         Q.    So first you spoke to Mr. Yepes that

9    day?

10        A.    Yes.  He's the one who brought it to my

11   attention that we supposedly weren't selling -- it

12   wasn't an authentic brand under the Zenu brand.

13        Q.    The Zenu brand?

14        A.    Yes.

15        Q.    Is that Z-E-N-U?

16        A.    Correct.

17        Q.    So you were selling -- were you selling

18   Mr -- Latinfood's Zenu brand meats at that time?

19        A.    Meat and canned goods.

20        Q.    Okay.  And did Mr. Yepes tell you that

21   those were unauthorized?

22        A.    Yes.

23        Q.    Did he tell you that they were fake?

24        A.    That they weren't authorized because it

25   wasn't Zenu products so, yeah, fake.

RODRIGUEZ

Page 17

1      Q.     Okay.  Was -- did he tell you if his
2  company was selling authentic Zenu product?
3      A.     No.  He says that his company -- he
4  said that his company was the one who would
5  authorize those products and those products were
6  never authorized by his company.
7      Q.     Okay.  Did he say what the name of his
8  company was?
9      A.     I don't remember.
10     Q.     Could it have been Industria?
11     A.     Again, I don't remember.
12     Q.     But was Cordialsa selling you meat
13  products at that time?
14     A.     No.  No.
15     Q.     So he was asking you to remove
16  Latinfood's Zenu meat products even though they
17  weren't selling any meat products themselves.  Is
18  that right?
19     A.     Again, where the whole thing started
20  was on the grocery side, the canned goods, which was
21  Zenu beans.  So from that he said any Zenu products.
22  I never walked to my meat department and he
23  specifically pointed meat products.  It was in
24  general Zenu products, which we did carry some meat
25  products that were Zenu.  But the biggest issue was

RODRIGUEZ

Page 18

1   the canned goods that were Zenu.

2          Q.     The meat goods?

3          A.     The canned goods.

4          Q.     The canned?

5          A.     Canned beans.

6          Q.     That was a problem for him too?

7          A.     What do you mean by too?

8          Q.     I thought he wanted you to review all

9   the Latinfood Zenu products?

10         A.     Correct.  But all this stemmed out from

11  the canned beans that we sold.  Like I said, we

12  never walked to the meat section to look at the Zenu

13  products, but he said in general all Zenu products

14  we're not supposed to sell.

15         Q.     Did he tell you or did he say that the

16  Latinfood Zenu branded products were subpar?

17         A.     What do you mean by subpar?

18         Q.     No good.

19         A.     That they weren't authorized to be

20  sold.

21         Q.     Okay.  He told you that?

22         A.     Correct.

23         Q.     Did he give you any documentation to

24  show you that the Latinfood Zenu brand products were

25  fake?

RODRIGUEZ

Page 19

1      A.     No.

2      Q.     Did he tell you that Cordialsa was

3  authorized to sell Zenu branded products?

4      A.     No.

5      Q.     It was some other company?

6      A.     What do you mean it was some other

7  company?

8      Q.     Strike that.

9             Did he -- did Mr. Yepes show you any

10 trademark registrations?

11     A.     No.

12     Q.     Did he mention that his company had

13 never sold any Zenu products in the U.S.?

14     A.     We never spoke about that.

15     Q.     Okay.  Did he tell you who he was there

16 on behalf?

17     A.     His company, where he's always been in

18 and out a couple of times a month to the store

19 making sure the store is being serviced the right

20 way and he happened to notice and that's when he

21 brought it up.

22     Q.     That was Cordialsa was his company?

23     A.     Yes.

24     Q.     Okay.  Did he offer to sell you

25 authentic Zuluaga branded products?

RODRIGUEZ

Page 20

1      A.     No.

2      Q.     Ever?

3      A.     Ever.

4      Q.     Did he tell you that there was a

5  lawsuit involving the Zenu name?

6      A.     No.

7      Q.     Did he suggest that if you continued

8  selling the Zenu product, that you might be named in

9  some kind of lawsuit?  When I say you, I mean Food

10  Fair.

11      A.     He did say that we weren't supposed to

12  sell it and before anything happens, it's better to

13  just remove it from the selling floor -- from the

14  sales floor.

15      Q.     Did you take that as a threat?

16      A.     No.  No.

17      Q.     Did you take it as a warning?

18      A.     No.  I took it as bringing it up to

19  Wilson's attention.

20      Q.     Did Mr. Yepes tell you that his company

21  was having problems bringing Zenu branded food into

22  the U.S. because of custom issues?

23      A.     No.

24      Q.     Now, after your conversation with

25  Mr. Yepes, did you report your conversation to

RODRIGUEZ

Page 21

1    anybody else at Food Fair?

2         A.    No.

3         Q.    Did you follow his requests and remove

4    Latinfood Zenu branded products from your shelves?

5         A.    No, we just didn't order it anymore.

6         Q.    You stopped ordering it?

7         A.    We stopped ordering it.

8         Q.    And Wilson was at the store the same

9    day as Mr. Yepes?

10        A.    Yes.

11        Q.    Do you remember why Wilson was coming

12   to the store that day, by any chance?

13        A.    Well, yeah, he services our store, so

14   he's in the store a couple of times a month, the

15   same way Alejandro.  He also -- they just happened

16   to be there the same time.  Right after Alejandro

17   told me what he told me, I saw Wilson and I

18   explained to him what he said and Wilson asked me to

19   show him the guy and he confronted him about it

20   and --

21        Q.    Mr. Yepes?

22        A.    He confronted Mr. Yepes.

23        Q.    Were you present during his

24   conversation with Mr. Yepes?

25        A.    Yes.

RODRIGUEZ

Page 22

1       Q.    And where did this conversation take

2  place?

3       A.    In the parking lot.

4       Q.    At Food Fair?

5       A.    Correct.

6       Q.    Okay.  Could you relate what the

7  conversation was about?

8       A.    Well, the Zenu products.

9       Q.    Did -- now, before this conversation

10  that you were present at, did Wilson express any

11  kind of anger or at your decision in connection with

12  the Zenu branded products?

13       A.    No.  But he was differently curious on

14  why Alejandro said what he said.

15       Q.    Did you mention to Wilson at the time

16  that you weren't going to reorder the product?

17       A.    I don't remember why we stopped

18  ordering it.  I don't remember why.  Like I said, I

19  didn't remove it from the shelf, we just sold out

20  and never ordered again for whatever reason.  I

21  would guess that it was because we weren't supposed

22  to sell it and that's why we never got it --

23       Q.    Okay.

24       A.    -- again.

25       Q.    But did you tell Wilson that Mr. Yepes

RODRIGUEZ

Page 23

1   wanted you to remove all the Zenu products?

2          A.      Yes.   Yes.

3          Q.      So did Wilson confront Mr. Yepes about

4   him -- about Mr. Yepes approaching you with this

5   demand?

6          A.      Yes.

7          Q.      And what did Mr. Yepes say?

8          A.      I can't remember what he said.

9          Q.      Did Mr. Yepes state that he was acting

10  on behalf of Cordialsa during that conversation?

11         A.      Yes.

12         Q.      Did he say that he had -- did he tell

13  Wilson that he had been ordered to do so, to convey

14  this message to you?

15         A.      Yes.

16         Q.      Did Wilson ask Mr. Yepes who

17  specifically gave him the order to do so?

18         A.      Yes.

19         Q.      And did Mr. Yepes offer the name and

20  position of Luis Arango as the person who gave him

21  instructions?

22         A.      I don't remember the name, but I would

23  say yes to that because they were -- they were both

24  being cooperative, they were both sharing

25  information.   Wilson was asking who and Alejandro

RODRIGUEZ

Page 24

1    was telling him who it was, but names I don't

2    remember.

3        Q.    Did Mr. Yepes say that he was -- that

4    you weren't the only person or the only store that

5    he was insisting remove all Latinfood's Zenu

6    products?

7        A.    Yes, I think he did mention other

8    stores.  I think he even mentioned Twin City and

9    some Supremos or I don't remember, but I know Twin

10   City was one of the ones that he said he had

11   approached them also because they had purchased the

12   products.

13       Q.    So it wasn't just Food Fair that

14   Mr. Yepes demanded remove Latinfood Zenu products,

15   to your recollection?

16       A.    No, it wasn't just Food Fair.

17       Q.    Where's Twin City, by the way?

18       A.    There's one in Newark and one in

19   Elizabeth.

20       Q.    How about Supremos, do you know where

21   they are?

22       A.    Newark.

23       Q.    Okay.

24       A.    And in Elizabeth.  There's a Supremos

25   in Elizabeth.

RODRIGUEZ

Page 25

1      Q.     Okay.  Now, after that meeting with

2  Mr. Yepes that day, did you have any further

3  meetings with Mr. Yepes in connection with the

4  Latinfood's Zenu branded products?

5      A.     No.

6      Q.     He never mentioned it to you again?

7      A.     Nope.

8      Q.     Did he go in your store to check if you

9  had any Zenu products?

10      A.     If he did, he didn't bring it to my

11  attention.

12      Q.     Did Mr. Yepes offer you, Food Fair, any

13  kind of preferential treatment if you -- if you

14  stopped selling Latinfood's Zenu branded products?

15      A.     No.

16      Q.     No special discounts?

17      A.     On what?

18      Q.     On goods that he was selling.

19      A.     No.

20      Q.     Other than Mr. Yepes, has anyone else

21  from Cordialsa ever discussed this matter with you?

22      A.     No.

23      Q.     Did you discuss this matter with anyone

24  else in your organization?

25      A.     No.

RODRIGUEZ

1       Q.      Not to this day?

2       A.      Not to this day.

3       Q.      Have you mentioned this to anybody

4   else, other supermarket managers, by any chance?

5       A.      No.

6       Q.      Did you discuss this matter with

7   anybody named Michelle?

8       A.      That's my store manager.

9       Q.      Did you discuss this with her?

10      A.      It's a guy.

11      Q.      A guy, excuse me.

12      A.      Yeah.

13      Q.      What's his full name?

14      A.      Perez.

15      Q.      Michelle?

16      A.      Perez.

17      Q.      Okay.

18      A.      I mean, discussing it when it happened

19  at the store, nothing further from that and probably

20  not even -- he's probably not even aware of the

21  conversation that Wilson had with Alejandro in the

22  parking lot.

23      Q.      And do you currently sell any

24  Latinfood's Zenu branded products at your store?

25      A.      No.

RODRIGUEZ

Page 27

1      Q.     Did you ever receive any customer

2   complaints about Latinfood's Zenu branded goods?

3      A.     No.

4             MR. INGBER:  I want to take a short

5   break.

6             (A recess was taken.)

7      Q.     I don't have any further questions for

8   you.

9      A.     Okay.

10            MR. KADOSH:  Wait.  I'm going to ask

11   you a couple of questions.

12            (An off-the-record discussion was

13   held.)

14

15   CROSS-EXAMINATION BY MR. KADOSH:

16      Q.     Now, just introduce myself, my name is

17   Sam Kadosh and we represent Industria, which is the

18   company that makes the Zenu products in Colombia and

19   so I'm going to refer to -- we're going to be

20   discussing the Latinfood Zenu products and also the

21   Colombian Zenu products.  And we're the plaintiffs

22   in this lawsuit.  We represent, you know, the

23   company that is the plaintiff in this lawsuit, and

24   we sued Mr. Zuluaga and his company.

25      A.     Okay.

RODRIGUEZ

1        Q.      Relatives who have Colombian ancestry

2   or heritage?

3        A.      Nope.

4        Q.      When did you first meet Wilson?

5        A.      Around the time we opened the store,

6   2012.

7        Q.      And what was the -- how did you come to

8   meet him?

9        A.      Because of the goods that he sells,

10  Colombian products.

11       Q.      And so he -- just to clarify, he came

12  to your store to have his products placed in your

13  store, is that what happened?

14       A.      I don't remember if I reached out to

15  him or he reached out to me.

16       Q.      And how would you have known to reach

17  out to him?

18       A.      By the products he sells, word of

19  mouth, who sells what, numbers, and that's -- we're

20  all in the same business, so we usually use --

21  98 percent of the chance we all using the same

22  vendor.

23       Q.      And what was Wilson or Latinfood's

24  reputation, what types of products did they sell?

25       A.      Colombian products.

RODRIGUEZ

1      Q.     Now, when you say Colombian products --
2  actually, strike that question.
3             Now, did -- when you first met Wilson,
4  did he make any types of sales pitch to you about
5  his products?
6      A.     Every vendor makes a sales pitch.  They
7  all trying to sell their products.
8      Q.     Did he give you any written materials I
9  guess is my question?
10     A.     Written materials?
11     Q.     Yeah.  Like a brochure --
12     A.     Like a list of -- I don't recall.  I
13 don't recall.
14     Q.     Okay.  You're doing great, but just
15 wait until I finish the question before you answer
16 so that it will be a clear record of me asking the
17 questions and you answering.  So you're doing a
18 great job, but let's just slow it down a bit.
19     A.     Okay.
20     Q.     Now, before you met Wilson, had you
21 ever heard of the Zenu brand?
22     A.     No.
23     Q.     Had you ever heard of the Ranchera
24 brand?
25     A.     No.

RODRIGUEZ

Page 31

1     Q.    Did you know that the Zenu and Ranchera

2 brands were products that were sold in Colombia for

3 the last 60 years?

4         MR. INGBER:  Objection.

5     A.    No.

6     Q.    How did you decide to sell the Zenu and

7 Ranchera products?

8     A.    By bringing it into the store and if it

9 sold, we repeat the order.

10     Q.    Now, do you recall did Wilson ever tell

11 you anything specific about the Zenu products that

12 he was selling?

13     A.    They were a brand known in Colombia.

14     Q.    Now, did he explain to you whether

15 these products were manufactured in Colombia or the

16 U.S.?

17     A.    No.

18     Q.    Did he tell you something to the effect

19 that he was the American distributor of the

20 Colombian Zenu?

21     A.    No.

22     Q.    Did he tell you something to the effect

23 that he was the American importer of the Colombian

24 Zenu?

25     A.    No.

RODRIGUEZ

1      Q.     Now, when's the first time that you

2    learned about the lawsuit between the Colombian Zenu

3    and Latinfood and Mr. Zuluaga?

4      A.     When I got the subpoena, I mean the

5    letter.

6      Q.     Yeah, sure.

7             And did you communicate with Wilson

8    about the subpoena?

9      A.     No.

10     Q.     Okay.  Did you communicate with

11   Mr. Ingber about the subpoena?

12     A.     Well, just about coming to the

13   deposition, yeah.

14     Q.     Okay.  Now, let's go back to the time

15   around the incident, you know, which Mr. Ingber is

16   representing is around July 15th, 2015.  How often

17   would you place orders for Latinfood products at

18   that time?

19     A.     Every week.

20     Q.     Every week.

21            And how far in advance do you place the

22   order, like how does it work mechanically?

23     A.     A couple of days in advance.

24     Q.     Okay.  And how do you decide how much

25   Latinfood product to order?

RODRIGUEZ

Page 33

```
 1        A.     Customer demand.  All depend on
 2   customer demand.
 3        Q.     And would that demand vary over the
 4   course of the year or there was a pretty steady
 5   demand?
 6        A.     It was a pretty steady demand.
 7        Q.     You had testified earlier that
 8   Mr. Yepes had told you that the Latinfood's Zenu
 9   products were not authorized.  Is that correct?
10        A.     That is correct.
11        Q.     Did he tell you that they were spoiled?
12        A.     No.
13        Q.     Did he say that they were rotten?
14        A.     No.
15        Q.     Did he make any representations saying
16   that they were like inferior quality in any way?
17        A.     No.
18        Q.     Just give me a moment.  I'm going to
19   mark an exhibit.
20               MR. KADOSH:  I want to mark this as
21   Latinfood 2.
22               (Latinfood 2, Latinfood Invoice #18464,
23   FOODFAIR 0000026 - 31, is marked for
24   identification.)
25        Q.     Mr. Rodriguez, you've been handed a
```

RODRIGUEZ

1    document that's been marked Latinfood Exhibit 2.  If

2    you could just take a moment to look through these

3    documents and then I want to ask you some questions

4    about them.

5                    All right.  Are you ready?

6         A.      Yes.

7         Q.      Okay.  Mr. Rodriguez, do you recognize

8    what these documents are?

9         A.      Yes, they're invoices.

10        Q.      And are they invoices from Latinfood?

11        A.      That is correct.

12        Q.      And these are invoices that were sent

13   to you, Food Fair, correct?

14        A.      Correct.

15        Q.      All right.  If we can take a look at

16   the first page.  So this is an invoice dated

17   June 18th, 2015.  Is that correct?

18        A.      Yes.

19        Q.      And there's two pieces of information

20   that I'm going to want to look at from invoice to

21   invoice, and that is the units that are sold and

22   then the total amount due on this invoice.  So in

23   this first invoice from June 18th, 2015, so like a

24   month before this issue with Mr. Yepes and

25   Mr. Zuluaga, there were 60 units sold and the total

RODRIGUEZ

Page 35

1   price was 179, right, and 40 cents.  Is that

2   correct?

3            A.      That is correct.

4            Q.      Now, you go to the next page you have

5   an invoice from 6/30/2015 and it looks here you have

6   84 units sold or 85 rather units sold and a total

7   price of 384.  Is that correct?

8            A.      Yes.

9            Q.      Now, is that unusual to see such a

10  significant increase in one week to the next?

11           A.      Yeah, different product.

12           Q.      Well, can you explain what you mean by

13  that answer?

14           A.      Well, you have 20 quantity of an item

15  that's not in the first invoice.  So on the first

16  invoice we have one, two, three, four, five items,

17  one case of each.  On the second invoice you have

18  one, two, three, four, five, six, one being 20

19  instead of one.

20           Q.      Uh-huh.  And so I'm sure you don't --

21  I'm not sure.  But I would assume you don't remember

22  exactly why you ordered this amount of this product

23  in 2015, but you're speaking generally from your

24  experience, is it that you ran out of one of these

25  particular products, one of the Latinfood products

RODRIGUEZ

Page 36

```
 1   and then you reordered some more?
 2              MR. INGBER:  Objection.
 3        A.    It's -- I don't think you're seeing the
 4   invoices correctly.  There's one item that's not on
 5   the first page that it's on the second page.
 6        Q.    Okay.
 7        A.    So nothing changes really, but the new
 8   item that was ordered.  You got one case of each as
 9   of the same first invoice, but the first invoice
10   doesn't have the case that is 20 pounds of meat,
11   that's not in the first one.
12        Q.    So you added on a new product?  I mean,
13   I'm trying to understand why there's a new product
14   in invoice number two.  Is it that you added a new
15   product or you carried that product, but you ran out
16   of it?
17        A.    It could have been that we didn't need
18   it when the first invoice was ordered and by the
19   time the second invoice was issued, we ordered it.
20        Q.    Okay.  Let's move on to the third
21   invoice dated July 9th, 2015.  So this is about a
22   week before the incident and this is showing an
23   order for $188.  So similar to the first invoice,
24   less than the second invoice.
25        A.    Correct.
```

RODRIGUEZ

Page 37

1          Q.      Let's move on to the fourth invoice.

2     So this is the day, July 15, 2015, this invoice is

3     dated the same day that the Yepes/Zuluaga

4     conversation happened and here it's showing a total

5     amount of $116.  Is that correct?

6          A.      Yes, but that order didn't come on the

7     15th.  We probably ordered it and he printed it, he

8     printed the invoice out, but this came to my store

9     on the 17th.

10         Q.      Okay.  So you didn't cancel this order

11    after having the conversation with Mr. Yepes about

12    the unauthorized Zenu products.  Is that correct?

13         A.      Okay.  Let's go back to the beginning

14    when I was talking with Mark is it, right?

15                 MR. INGBER:  Yes.

16         A.      This is meat.  Like I said before,

17    there was no discussion about meat product.  It was

18    the canned good products and any Zenu product, which

19    this was a Zenu product so, but me and Alejandro

20    never walked to the meat department and said you're

21    not supposed to sell this either.  It all started

22    from a display that we had in the front of the store

23    that canned beans that said Zenu, that was where it

24    all came from.

25         Q.      So if I want to understand -- strike

RODRIGUEZ

Page 38

1    that.

2            So is it your testimony that after the

3    conversation with Mr. Yepes and Mr. Zuluaga, you

4    stopped ordering the Zenu bean products, but not the

5    Zenu meat products?

6            MR. INGBER:  Objection.

7        A.    Correct.  The issue was with the bean

8    products was in the grocery department of the store.

9    He never said you can't do the meat, but being that

10   the meat was a Zenu product also, it was all under

11   the same umbrella.  It was a Zenu product, but

12   everything started from the beans.  And it was

13   selling to me, if it was selling in the store, I

14   didn't stop it right away.  I don't remember how --

15   I don't remember how it was that we stopped selling

16   it, whether it was Latinfoods that decided they

17   weren't going to sell it anymore or maybe my guys

18   decided not to bring it in anymore.  I can't recall

19   the reason why we don't have it in the store as of

20   today.

21       Q.    When you say your guys didn't bring it

22   into the store, what do you mean by that?

23       A.    My managers, my grocery managers, my

24   meat department managers, the ones who would call

25   Wilson or his representative to make the order.

RODRIGUEZ

1      Q.      Now, why would they make a decision to

2   stop ordering the Zenu meat products?

3      A.      Why would who make a decision?

4      Q.      Your --

5      A.      Like I said, I don't remember if it was

6   from our end or if it was from Wilson's end from

7   Latinfoods that they weren't sending it to us

8   anymore.

9      Q.      I'm trying to explore your end of

10  things, obviously, you can't testify to decisions

11  Wilson made.  And what I'm trying to understand is

12  with the Zenu meat products, which is the invoices

13  that we're looking at, I'm trying to understand

14  whether you stopped selling those products as a

15  result of the conversation that you had with Wilson?

16     A.      I can't remember.

17     Q.      And, in fact, if you go to I think the

18  fifth page of this invoice, the one that has the

19  Number 30 all the way on the bottom, it looks like

20  on July 23rd, so a week after the conversation with

21  Wilson and Mr. Yepes, you're ordering more Zenu

22  products.  Isn't that correct?  Zenu meat products.

23     A.      Yes.

24     Q.      And then if you go to the last page,

25  this is now two weeks after the conversation with

RODRIGUEZ

Page 40

1    Mr. Yepes and Mr. Zuluaga, you're ordering $109 of

2    Zenu meat products?

3          A.    That's correct.

4                MR. KADOSH:   I just want to mark one

5    more exhibit.

6                (Latinfood 3, Latinfood Invoice #18908

7    FOODFAIR 0000032 - 34, is marked for

8    identification.)

9          Q.    You've been handed what's been marked

10   Latinfoods Exhibit 3 and these are some more

11   invoices between Latinfood and Food Fair.  So if you

12   can look at the first invoice, it's dated

13   August 20th, 2015.  And it shows the total for this

14   invoice is $327.  And these were for Zenu products.

15   Is that correct?

16         A.    Correct.

17         Q.    And this was about a month after the

18   conversation between Mr. Yepes and Mr. Zuluaga,

19   correct?

20         A.    Correct.

21         Q.    If you go to the second page of this

22   exhibit, you have -- it's for an invoice dated

23   9/9 and the total for the invoice is $487 and it's

24   also for Zenu products.  Is that correct?

25         A.    Correct.

RODRIGUEZ

Page 41

1          Q.     And then if you go to 9/17, which is

2     the last invoice, so this is two months after the

3     conversation between Mr. Yepes and Mr. Zuluaga, and

4     the invoice amount for these products is 131.22.

5     Isn't that correct?

6          A.     Correct.

7          Q.     And then it looks -- one of the items

8     is circled and it says returned.  What does that

9     mean?

10         A.     That it was returned.

11         Q.     Okay.  Now, do you still carry the

12    Latinfoods Zenu meat products in your store?

13         A.     No.

14         Q.     Do you recall when you stopped carrying

15    them?

16         A.     No.

17         Q.     Do you carry any of Mr. Zuluaga's items

18    in your store anymore?

19         A.     Yes, I do.

20         Q.     What items?

21         A.     Just Colombian chips, guava paste,

22    bananas, groceries, grocery items.

23         Q.     If you look through your records, would

24    you be able to figure out when you stopped ordering

25    the Latinfoods Zenu meat products?

RODRIGUEZ

1      A.      Yeah, I'm pretty sure I'll be able to

2   figure it out.

3      Q.      Okay.  So Mr. Ingber and I will

4   follow-up with you, because I think that would be

5   just a pretty important piece of information for the

6   lawsuit.  We'll follow-up with you after the

7   deposition to get that date.

8      A.      But that's going to be -- based on the

9   year, it's going to be pretty tough to do.  I have

10   maybe after two years I don't think I keep much

11   invoice records after two years.  So, again, I can

12   definitely look and see, but I don't know if I'm

13   going to find anything from 2017 or 2016.

14      Q.      Okay.  Meaning if it was before 2016?

15      A.      Yeah.  I would say -- I would have to

16   say probably not before 2016.

17      Q.      Okay.  All right.  We'll follow-up with

18   you.  What's the best way to follow-up, do you have

19   an email address?

20      A.      Yes.  Foodfair956@gmail.com.

21      Q.      No further questions.

22              MR. INGBER:  Okay.  We'll have a short

23   break.

24              (A recess was taken.)

25

RODRIGUEZ

Page 43

1  REDIRECT EXAMINATION BY MR. INGBER:

2      Q.    A few more questions, Mr. Rodriguez.

3  So does Food Fair cater to other Latin countries of

4  people and culture other than Colombians?

5      A.    Yes.

6      Q.    Like Mexican?

7      A.    Peruvians, Dominicans, and Central

8  American.

9      Q.    Brazilians?

10     A.    No, not Brazilian.

11     Q.    Ecuadorians?

12     A.    Yes.

13     Q.    Okay.  Do you know if Latinfood has

14 lines of food that don't cater to Colombians?

15     A.    Yes.  That they don't cater to

16 Colombians?

17     Q.    That they sell foods that aren't

18 directed towards Colombians, they're directed to

19 other nationalities.

20     A.    I don't think so, no.

21     Q.    Okay.  Would your line managers know

22 if --

23     A.    Yes.

24     Q.    What would they know?

25     A.    They're the ones who make the order.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.