# Exhibit 39

Page 1

1

2   UNITED STATES DISTRICT COURT

3   DISTRICT OF NEW JERSEY

4   CIVIL ACTION NO. 2:16-cv-06576

5   ---------------------------------------x

6   INDUSTRIA DE ALIMENTOS ZENU S.A.S.,

7                   Plaintiff,

8                   -against-

9   LATINFOOD U.S. CORP. d/b/a ZENU

10  PRODUCTS CO. and WILSON ZULUAGA,

11                  Defendant/Counter Plaintiff,

12  ---------------------------------------x

13  LATINFOOD U.S. CORP. d/b/a ZENU

14  PRODUCTS CO.,

15                  Defendant/Counter Plaintiff,

16                  -against-

17  INDUSTRIA DE ALIMENTOS ZENU S.A.S. and

18  CORDIALSA, USA, INC.,

19                  Counter Defendants.

20  ---------------------------------------x

21

22                      April 11, 2019

                        10:10 a.m.

23

24        Confidential Deposition of LUIS SALAZAR

25

```
                                              Page 22

 1                    L. Salazar
 2        Q.    And what about after 2012?
 3        A.    I was named manager of marketing.
 4        Q.    Is that your current position?
 5        A.    In 2015 they gave me marketing, sales
 6   and investigation, development investigations,
 7   development.
 8        Q.    Did you have the same title at
 9   Industria since 2012?
10        A.    2012 I was manager of marketing,
11   commercial manager.
12        Q.    When did you become commercial
13   manager?
14        A.    2015.
15        Q.    And is that your current title?
16        A.    Yes.
17        Q.    What are your job responsibilities as
18   commercial manager?
19        A.    Sales responsibilities, marketing and
20   research development.
21        Q.    What is the business address of the
22   company?
23        A.    We have many locations in Columbia.
24        Q.    What is your location?
25        A.    I have many offices.  I have to look
```

```
 1                     L. Salazar
 2   at one of their offices.
 3          Q.    You move around from different offices
 4   there?
 5          A.    And different cities.
 6          Q.    Are you personally involved in all
 7   aspects of the marketing and sales of Zenu
 8   Ranchera branded products in Columbia?
 9          A.    Yes, sir.
10          Q.    Anywhere else?
11          A.    At this moment the company is in
12   Columbia.  I am the one responsible.
13                MR. INGBER:  I am going to ask you to
14          speak up a little.  My hearing is not that
15          great.
16          Q.    But are the Ranchera Zenu products
17   just marketed in Columbia?
18          A.    Today marketed the products are there.
19   Marketed the brand is registered in other
20   companies.
21          Q.    I am talking about sales.
22                MR. RAYMOND:  What is your question
23          about sales?
24          Q.    Are your sales and marketing strictly
25   limited to the Columbian market in Columbia?
```

                        L. Salazar

1

2              MR. RAYMOND:  I am going to object to

3         the form.

4              Can you break that into two because it

5         is two different questions sales and

6         marketing?

7         Q.    Is your marketing of Zenu and Ranchera

8    brand products limited to the country of Columbia?

9         A.    No.  We have -- marketing we do it for

10   different international channels of television and

11   digital.

12        Q.    Is the Zenu and Ranchera brand goods

13   only sold in Columbia?

14        A.    Now yes.

15        Q.    Has it always been sold -- strike

16   that.

17             Have the Ranchera and Zenu brand goods

18   to date only been sold in Columbia?

19        A.    Today only sales in Columbia.

20        Q.    So you have never -- is it true that

21   Industria has never sold Zenu and Ranchera branded

22   goods outside of Columbia?

23        A.    Industria haven't sold out of

24   Columbia.

25        Q.    How about Nutresa?

Page 25

```
 1                   L. Salazar
 2              THE WITNESS:  I don't know.
 3        A.    I don't know.
 4        Q.    Do you speak English?
 5        A.    Very little.
 6        Q.    Do you understand English?
 7        A.    More or less.
 8        Q.    Do you understand the questions that I
 9    am asking in English without translation?
10        A.    Not completely.
11        Q.    Do your duties as commercial manager
12    require international travel?
13        A.    Yes.  We have operations in three
14    countries with different brands.
15        Q.    Which countries?
16        A.    Panama, Venezuela and Columbia.
17        Q.    Not the US?
18        A.    Not now.
19        Q.    Have you been to the US before?
20        A.    Yes.
21        Q.    How many times?
22        A.    I don't recall.  With the family many
23    times.
24        Q.    On vacation?
25        A.    Yes.
```

1                       L. Salazar
2          Q.    Is this your first time here for
3    business?
4          A.    Yes.
5          Q.    When was the first time you came to
6    the US on personal travel?
7                 MR. RAYMOND:  Is there some relevance
8          to this to this lawsuit?
9          Q.    Answer the question.
10         A.    I don't recall exactly 1995, 1996.
11         Q.    What type of company is Industria?
12                MR. RAYMOND:  Object to the form.
13                You mean the corporate structure?
14         What do you mean by that?
15                MR. INGBER:  I will rephrase that.
16    BY MR. INGBER:
17         Q.    What type of business is Industria; is
18    it a meat producer?
19         A.    It is in the food business.  Meats is
20    one of the most important and also it produces
21    vegetables, cans and frozen dishes, meat.
22                MR. INGBER:  I need a moment.
23                (Recess taken.)
24                MR. INGBER:  I am sorry Mr. Salazar.
25         I am sorry that we are having this little

Page 27

```
 1                    L. Salazar
 2        mixup.  It has nothing to do with you.  I
 3        appreciate you and your time and your
 4        courtesy and we are trying to get you in and
 5        out as quickly as possible.
 6               THE WITNESS:  Perfect.
 7   BY MR. INGBER:
 8        Q.    Are you an officer at Industria?
 9        A.    Don't understand.
10              What is an officer?
11        Q.    Are you a president or a
12   vice-president or a secretary of the company?
13        A.    I am the commercial manager.
14        Q.    Do you sign documents on behalf of
15   Industria?
16        A.    Yes.
17        Q.    Who is the president of the meat
18   business at Industria?
19        A.    Diego Medina.
20        Q.    How long has he been at Industria?
21        A.    Many years but I don't know exactly.
22        Q.    Before you started working at
23   Industria?
24        A.    No.
25        Q.    Is he your boss?
```

Page 28

1                    L. Salazar

2        A.    Yes.

3        Q.    Who is the director of Industria

4   supply chain?

5        A.    Santiago Jimenez.

6        Q.    Is he your boss too?

7        A.    No.

8        Q.    Who do you report to at Industria?

9        A.    Diego Medina.

10       Q.    Do you have a planning manager at

11  Industria?

12       A.    There is a planning manager at

13  Industria.

14       Q.    Who is that?

15       A.    Mateo Betancur.

16       Q.    Do you have a person at Industria that

17  is in charge of branding, like trademark branding?

18             THE INTERPRETER:  Repeat the question

19       again please?

20             (Record read.)

21       A.    There are different bosses for the

22  brand.

23             THE WITNESS:  Different brands.

24       Q.    Who is in charge of branding at

25  Industria in connection with Zenu and Ranchera?

Page 29

1                      L. Salazar

2          A.    I am the boss of the two and I have

3     people that help me with them.

4          Q.    So you Mr. Salazar are in charge of

5     branding of Zenu and Ranchera products for

6     Industria; is that correct?

7          A.    I am the one responsible for Zenu and

8     Ranchera and other brands at Industria, the meats.

9          Q.    How about the beans?

10         A.    Zenu brand they also are my

11    responsibility.

12         Q.    What products are sold under the Zenu

13    brand in Columbia?

14         A.    Meat products, canned vegetables,

15    frozen dishes.

16         Q.    Did you say frozen what?

17         A.    Frozen dishes.

18         Q.    How long have you been in charge of

19    branding of the Zenu and Ranchera products for

20    Industria?

21         A.    Since 2013.

22         Q.    Did you take over from somebody else?

23         A.    Yes.

24         Q.    Who was that?

25         A.    Matias Gaviria.

```
 1                   L. Salazar
 2        Q.    Mateo Betancur?
 3        A.    No.
 4        Q.    Could you spell that?
 5        A.    M-A-T-I-A-S  G-A-V-I-R-I-A.
 6        Q.    Is he still with Industria?
 7        A.    No.
 8        Q.    Is he still with Nutresa?
 9        A.    No.
10        Q.    He doesn't work for the company
11   anymore?
12        A.    Doesn't work for the company anymore.
13        Q.    Do you know where he is now?
14        A.    I don't know.
15        Q.    Do you know if he is retired?
16        A.    Don't know.
17        Q.    Are you familiar with the history of
18   the Zenu Ranchera branded goods?
19        A.    Yes.
20        Q.    How long have those branded goods been
21   sold in Columbia?
22        A.    Zenu sold for more than 60 years.
23   Ranchera more than 30?
24        Q.    Do you know where the Zenu and
25   Ranchera branded products are manufactured?
```

1                    L. Salazar

2        A.     The majority in Columbia.  Some of

3   them in the United States and others in Spain.

4        Q.     Have you ever been to any of the US

5   manufacturing plants for the Zenu and Ranchera

6   branded goods?

7        A.     No.

8        Q.     How about in Spain?

9        A.     No.

10       Q.     How about in Columbia?

11       A.     Yes.

12              MR. INGBER:  Please mark as LS Exhibit

13         B, it is the amended complaint and jury

14         demand in this case dated April 21, 2017.

15              (LS Exhibit B, amended complaint and

16         jury demand in this case dated April 21,

17         2017, marked for identification, as of this

18         date.)

19       Q.     Are you familiar with this document?

20       A.     Yes.

21       Q.     Do you know what this document is?

22       A.     I know the general topics.

23       Q.     What do you understand this to be?

24       A.     The document from the lawsuit, from

25   the court.

Page 32

1                    L. Salazar

2          Q.    When did you become aware of this

3    lawsuit?

4          A.    This one in particular?  Can you make

5    me understand the question better?

6          Q.    This one in particular.

7          A.    The exact date?  I don't know.  I know

8    that would be in this process for several years.

9          Q.    When did you first become aware of a

10   dispute with Latinfood?

11         A.    We found out about the assistance of

12   Latinfoods through the complaint of the person who

13   was selling the products in Miami.

14         Q.    We will get to that.

15               Are you familiar with the preservation

16   of a policy for the preservation of documents for

17   a litigation?

18               MR. RAYMOND:  Object to the form.

19         A.    Should I answer?

20         Q.    Sure.

21         A.    Yes.

22         Q.    So have you been as representative of

23   Industria maintaining the records of the company

24   since the beginning of this dispute?

25               MR. RAYMOND:  I object to the form.

Page 33

1              L. Salazar

2         You can answer.

3    A.    The documents are preserved.

4    Q.    Are you the person at Industria that's

5  responsible for the preservation of documents in

6  this lawsuit?

7         MR. RAYMOND:  I object to the form.  I

8      don't know what you mean by responsible for

9      preservation.

10   Q.    Are you the custodian at Industria

11 responsible for the preservation of documents in

12 this case?

13        MR. RAYMOND:  Again, I object to the

14     form.

15        What do you mean by custodian; does he

16     personally hold the documents?

17   Q.    Do you understand?  Can you answer the

18 question?

19   A.    The documents are stored in safe

20 places by the company.  I am not the one who save

21 them.

22   Q.    That's what I want to know.

23        Who is the one at Industria that is

24 responsible for saving the documents?

25        MR. RAYMOND:  Object to the form.  He

Page 53

1                    L. Salazar

2        about that.

3                MR. RAYMOND:  He testified about it at

4        least twice in the last half an hour.

5    BY MR. INGBER:

6        Q.    So are you saying that -- your

7    attorney has just stated that and maybe I missed

8    this previously, that Industria became aware of

9    Latinfood's use of the Zenu brand product prior to

10   October 2013; is that correct?

11               MR. RAYMOND:  I didn't testify --

12        excuse me.  I didn't testify to anything.

13        What I said is that he testified that

14        Gloria's report came in before October 2013

15        is what he said.

16               MR. INGBER:  Okay.

17   BY MR. INGBER:

18        Q.    So Gloria's report came in before

19   October of 2013; is that correct?

20        A.    I have already said I do not remember

21   the date.

22        Q.    I understand, but was it before

23   October of 2013?

24        A.    I don't remember.

25        Q.    In paragraph 64 it says that a

```
                                            Page 54
 1                    L. Salazar
 2   supplier contacted Industria to alert it of
 3   Latinfood's activity.
 4               Who was the supplier?
 5        A.    Marquillas.
 6        Q.    Marquillas is a supplier of Industria?
 7        A.    I do not work with the suppliers, no.
 8        Q.    Who works with the suppliers?
 9        A.    Santiago Jimenez.
10        Q.    Do you know if Mr. Jimenez was alerted
11   to Marquillas's complaint?
12        A.    I don't know if he was alerted
13   directly.
14        Q.    Have you ever spoken to Mr. Jimenez
15   about what happened with Marquillas?
16        A.    We have talked directly to our
17   attorneys.
18        Q.    Did you speak with Mr. Jimenez about
19   this personally?
20        A.    No.
21               MR. RAYMOND:  Mark, just to clarify
22         one point, I was just handed a note saying
23         that in an e-mail that we sent you on
24         January 28 of this year we notified you we
25         had researched it and determined that
```

Page 55

1                     L. Salazar

2          Gloria's report was made on September 11,

3          2014.

4          Q.    Do you know if there is a report by

5     Marquillas?

6          A.    I know the information that was

7     provided to the attorneys.

8          Q.    Is it accurate to say that then

9     looking at paragraph 64 in the complaint that

10    Industria was unaware of Latinfood's use of the

11    Zenu mark in the US until in or around October

12    2013 when Marquillas contacted Industria?

13         A.    I am not very clear on what the

14    question is.

15               MR. INGBER:  Could you repeat the

16         question?

17               (Record read.)

18         A.    I did not know before.  I did not

19    know.

20         Q.    But Industria knew; is that correct?

21               MR. RAYMOND:  I am sorry.

22               Industria knew what?

23         Q.    Industria became aware of Latinfood's

24    use of the Zenu mark in the US in October of 2013

25    when Marquillas contacted Industria to inform them

```
                                              Page 104
 1                      L. Salazar
 2          A.    No.
 3          Q.    Are you aware that Industria as of
 4    today has a registration for Zenu in the US?
 5          A.    Everything is in our attorney's hands.
 6          Q.    But are you aware of it?
 7          A.    I know we are in the process of
 8    obtaining the brand.
 9          Q.    Do you know if there were any errors
10    in connection with this registration by any
11    chance?
12          A.    I don't know.
13          Q.    Do you know if this registration is
14    about to be revoked?
15          A.    I know our attorneys are handling the
16    situation.
17          Q.    Is there somebody at Industria that's
18    not an attorney that's familiar with this
19    registration?
20          A.    I don't know.
21          Q.    What's the name of the president of
22    Industria?
23          A.    Diego Medina.
24          Q.    Do you know if he is aware of this
25    registration?
```

Page 105

1                     L. Salazar

2         A.    No, I don't know.

3         Q.    How about Santiago Jimenez?

4         A.    I don't know.

5         Q.    Do you know if Industria ever had any

6    direct discussions with Latinfood's business

7    customers regarding sales of Latinfood's products?

8              MR. RAYMOND:  I am sorry.

9              Could you read that back again?

10             (Record read.)

11        A.    No.

12        Q.    Did Industria ever have any

13   discussions with any customers regarding their

14   complaints or concerns about Latinfood's products?

15        A.    Yes.

16        Q.    Which customers?

17        A.    Gloria Moreno.  There is a chat on a

18   website, it's Juana Solorzano, where they talk

19   about the confusion with US products but they do

20   not mention Latinfoods.  It is on Facebook.

21        Q.    Who manages this chat on behalf of

22   Industria?

23        A.    It is not an Industria chat.  It is a

24   women's chat on Facebook.

25        Q.    Do you keep track of this chat?

Page 106

1                    L. Salazar

2        A.    Not me personally.

3        Q.    Who does?

4        A.    Our advertising agency, they track

5    social media.

6        Q.    And is that D & B?

7        A.    Yes.

8        Q.    DDB?

9        A.    Yes.

10             MR. RAYMOND:  We produced a copy of

11        that for you.

12             MR. INGBER:  A copy of?

13             MR. RAYMOND:  The Facebook chat and

14        the translation as well.

15    BY MR. INGBER:

16        Q.    Going back to LS B paragraph 7 page 3,

17    Industria is making a claim that Latinfood by and

18    through Mr. Zuluaga has fraudulently registered

19    the Zenu mark in the US.

20             Are you familiar with this claim?

21        A.    Yes.

22        Q.    So you agree with this?

23        A.    There is a confusion with the

24    packaging of our products and the handling of the

25    brand.

Page 107

1                    L. Salazar
2          Q.    Can you point to any confusion in the
3    US besides Gloria Moreno?
4          A.    I mentioned Juana Solorzano.
5          Q.    This is the chat reference, is that
6    what you are talking about?
7          A.    Yes.
8          Q.    Where is this -- the people in this
9    chat, are they Columbians who live in America, do
10   you know?
11         A.    They live in different areas.
12         Q.    Do you know if any of them live in the
13   US?
14         A.    The chat references this.  The people
15   that live in the United States it is their
16   concern.
17         Q.    But they don't mention Latinfood in
18   their concerns, do they?
19         A.    They mention the brands and the
20   products.
21         Q.    Again, they don't mention Latinfood,
22   do they?
23              MR. RAYMOND:  By name you are asking?
24              MR. INGBER:  By name.
25         A.    No.

Page 111

                                L. Salazar

1

2    the US use the Zenu or Ranchera marks?

3         A.    I don't know.

4         Q.    Do you know if there has been any

5    surveys conducted by Industria regarding Zenu and

6    Ranchera in the US?

7         A.    No surveys but market analysis, global

8    market analysis.

9         Q.    Do you know if there is any market

10   analysis specific to the United States?

11        A.    No.  Just general analysis.

12        Q.    Do you know what Industria's annual

13   sales of Zenu Ranchera products are?

14        A.    In Columbia?

15        Q.    In Columbia.

16        A.    Approximately, eight hundred thousand

17   million for Zenu and three hundred thousand

18   million for Ranchera.

19        Q.    Do you mean eight hundred million for

20   Zenu?

21        A.    Eight hundred thousand million pesos

22   for Zenu and approximately three hundred thousand

23   million pesos for Ranchera.

24        Q.    Do you by any chance know what those

25   numbers are in US dollars?

Page 112

1                    L. Salazar
2        A.    Approximately, three hundred million
3    for Zenu and a hundred million Ranchera.
4        Q.    Thank you.
5              MR. RAYMOND:  I would just like to
6        make a comment.  I believe we produced this
7        information pursuant to the confidentiality
8        agreement in this case and for the moment I
9        would like to deem this entire deposition
10       transcript covered by that until we
11       determine what may or may not need to be
12       retained as confidential.
13             MR. INGBER:  Absolutely.
14   BY MR. INGBER:
15       Q.    Do you know if there had been -- do
16   you know if sales of Zenu and Ranchera products in
17   Columbia have increased?
18             MR. RAYMOND:  Since when?
19             MR. INGBER:  On a yearly basis.
20       A.    They fluctuate.  Some years it
21   increases and others it doesn't.
22       Q.    Do you know if -- has it increased in
23   2017, to your knowledge?
24       A.    I don't remember the exact numbers.
25       Q.    Do you know if it's increased in the

Page 113

1                    L. Salazar

2    year 2018?

3         A.    Not Zenu.

4         Q.    Do you agree that Latinfood has no

5    impact on Industria's sales of Ranchera and Zenu

6    in Columbia?

7              MR. RAYMOND:   I warn you to answer

8         that only if you know.   Please don't

9         speculate.

10        A.    I don't know.

11        Q.    Who would know?

12        A.    I don't know.

13        Q.    Now I would like you to turn to

14   paragraph 83 of LS B page 24.   It says in this

15   paragraph that "Those that engage with the

16   Latinfood sales representatives are led to believe

17   they are buying products from the same source as

18   Industria's products from Columbia."

19              Do you have any knowledge of this, of

20   the accuracy of this statement?

21        A.    This relies on Gloria Moreno's report.

22        Q.    One person's report demonstrates this

23   to you and proves this; is that correct?

24        A.    This is the information that we have.

25        Q.    So Gloria Moreno is the source for

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.