# Exhibit 40

Page 1

1              UNITED STATES DISTRICT COURT
               DISTRICT OF NEW JERSEY
2              CIVIL ACTION NO.: 2:16-cv-06576
3    INDUSTRIA DE ALIMENTOS ZENU      )
     S.A.S.,                          )
4                                     )
     Plaintiff,                       )
5                                     )  DEPOSITION OF:
        -vs-                          )
6                                     )  ALEJANDRO
     LATINFOOD U.S. CORP. d/b/a ZENU  )  YEPES
7    PRODUCTS CO. and WILSON          )
     ZULUAGA,                         )
8                                     )
     Defendant/Counter Plaintiffs,    )
9    _____  )
                                      )
10   LATINFOOD U.S. CORP. d/b/a ZENU  )
     PRODUCTS CO.,                    )
11                                    )
     Defendant/Counter Plaintiff,     )
12                                    )
        -vs-                          )
13                                    )
     INDUSTRIA DE ALIMENTOS ZENU      )
14   S.A.S. AND CORDIALSA USA, INC.,  )
                                      )
15   Counter Defendants.              )
                                      )
16   _____
17
18            TRANSCRIPT of the stenographic notes of
19   the proceedings in the above-entitled matter, as
20   taken by and before LORINDA LEON, a Certified Court
21   Reporter of the State of New Jersey, license number
22   XIO1485, and Notary Public of the State of New
23   Jersey, held at the office of THE INGBER LAW FIRM, 51
24   John F. Kennedy Boulevard, Short Hills, New Jersey,
25   on Wednesday, May 22, 2019 commencing at 10:15 a.m.

Page 26

1            MR. INGBER:  Okay.

2            MR. KADOSH:  I can't remember if it was

3    at the end of last week.

4       Q.    I'm not interested, just so you know --

5    I'm not going to ask you any questions about what you

6    discussed with your attorney but if there were any

7    discussions before, before Mr. Kadosh became your

8    attorney in addition to this I'd like to know about

9    that.

10            Were there any, were there any further

11    communications with Mr. Arango before Mr. Kadosh

12    became involved?

13       A.    In December I called him to wish him a

14    Merry Christmas.

15       Q.    And did he mention this case to you?

16       A.    No.

17       Q.    Did you exchange any e-mails with Mr.

18    Arango about this case?

19       A.    No.

20       Q.    Is today the first day you met with your

21    attorney?

22       A.    Yes.

23       Q.    And was your wife present during this

24    meeting with Mr. Kadosh?

25       A.    We didn't meet before.  Just today.

Page 27

1      Q.     Was she present during any communication
2   between, today between you and Mr. Kadosh?
3      A.     The day that he called me to tell me
4   that he was representing me, then she was there with
5   me.
6      Q.     What is your wife's name?
7      A.     Viviana.
8             MR. KADOSH:  Mark, I'll put on the
9   record that Viviana was serving as Mr. Yepes'
10  translator and so any conversations that I had with
11  Mr. Yepes through Viviana would remain privileged.
12            MR. INGBER:  Okay.
13     Q.     Did you review any documents before you
14  got here, other than this subpoena?
15     A.     No.
16     Q.     Did you enter into any kind of
17  nondisclosure agreement with Cordialsa?
18     A.     No.
19     Q.     Have you ever entered into any
20  confidentiality agreement with Cordialsa?
21     A.     No.
22     Q.     Now, what type of company is Cordialsa?
23     A.     They manufacture, well, distributing,
24  distribution of products in the United States.
25     Q.     What kind of products?

1        A.      Coffee.  (In English) Chocolate drinks.

2   (Through the interpreter)  Cookies and candy.

3        Q.      How about meat?

4        A.      Not Cordialsa.

5        Q.      Is there another branch of Cordialsa

6   that sells meat?

7        A.      Not Cordialsa.

8        Q.      How about vegetables, beans?

9        A.      Not that I know of.

10       Q.      Just chocolate and candy?

11       A.      And cookies.

12       Q.      And cookies.  And were those the only

13  products you were, you were selling on their behalf

14  when you were working for them?

15       A.      Yes.

16       Q.      How many people does Cordialsa employ?

17       A.      Until before I left there were 15 in

18  sales and five in the management.

19       Q.      Does that include the 15 in sales that

20  were, under your supervision when you left?

21       A.      Yes.

22       Q.      Where are their products sold?

23       A.      Latin supermarkets.

24       Q.      What geographic areas do they sell?

25       A.      New York, New Jersey and Connecticut.

Page 33

```
 1   between Cordialsa and a company by the name of

 2   Industria?

 3         A.     Only Industria?

 4         Q.     Industria De Alimentos.

 5         A.     Industria De Alimentos has a name?

 6         Q.     Industria De Alimentos Zenu.

 7         A.     Oh, yes.

 8         Q.     What do you know their relationship to

 9   be?

10         A.     It's my understanding that they belong

11   to the same group.

12         Q.     And what group is that?

13         A.     Nutressa.

14         Q.     Did you have any dealings with anybody

15   working for Industria De Alimentos Zenu?

16         A.     No.

17         Q.     Do you know a Luis Salazar from

18   Industria De Alimentos Zenu?

19         A.     No.

20         Q.     Do you recall ever meeting anybody from

21   that company?

22         A.     No.

23         Q.     How about Nutressa, have you met people

24   that work for Nutressa?

25         A.     The ones that work for, the brands that
```

Page 34

```
 1    I mentioned.
 2         Q.    Do you know -- what do you know about
 3    the brands Zenu and Ranchero?
 4         A.    They're the ones that I used to consume
 5    when I was a child.
 6         Q.    Back in Columbia?
 7         A.    And in my main city.
 8         Q.    Have you consumed those goods in the
 9    U.S.?
10         A.    No.
11         Q.    Who, who are the typical customers --
12    strike that.
13               I believe you said that the customers of
14    Cordialsa in the U.S. are typically from Latin
15    America.
16         A.    Yes.
17         Q.    Any particular countries in Latin
18    America?
19         A.    Columbians.  And Central Americans
20    mostly.
21         Q.    Mexicans, too?
22         A.    A few.
23         Q.    How about people from Argentina?
24         A.    No.
25         Q.    Or Chile?
```

Page 35

1      A.     Zuko.

2      Q.     And what about from Peru?

3      A.     A few.

4      Q.     Venezuela?

5      A.     No.

6      Q.     What about Bolivia?

7      A.     No.

8      Q.     So most of the customers you would say

9   of Cordialsa products are from Columbia and Central

10  American countries.

11             Is that correct?

12             MR. KADOSH:  Objection.  Asked and

13  answered.

14     A.     Yes.

15     Q.     Are you aware of any U.S. locations

16  where Zenu or Ranchero branded products are developed

17  or manufactured?

18             MR. KADOSH:  Objection.  Can you just

19  clarify whether you're referring to the Latinfood's

20  Zenu and Ranchero products or the Industria Zenu or

21  Ranchero products?

22             MR. INGBER:  I asked him if he's aware

23  of any U.S. locations where Zenu and Ranchero brand

24  products are manufactured.

25     Q.     Please answer that question, please.

Page 42

1    business called Food Bazarre?  Is that a name you're

2    familiar with?

3            A.    Yes.

4            Q.    How many locations did they have?

5            A.    We worked with about six supermarkets.

6    The six that were most important to us.

7            Q.    Do you know if Latinfood was selling

8    any, any Zenu or Ranchero branded products in C-Town?

9            A.    I don't know.

10           Q.    How about Bravo Supermarkets, do you

11   know if Latinfood was selling Zenu or Ranchero

12   branded goods there?

13           A.    I'm not sure.

14           Q.    How about Twin City?

15           A.    I'm not sure.

16           Q.    How about Supremo?

17           A.    I'm not sure either.

18           Q.    How about Food Fair?

19           A.    Yes.

20           Q.    Food Fair.  How about Food Bazarre?

21           A.    I don't know.

22           Q.    Did you ever buy any Latinfood products?

23           A.    I don't remember.  Perhaps.

24           Q.    Did you buy -- do you remember buying

25   any Latinfood Zenu branded product?

1      A.      Oh, no, I did not.

2      Q.      How about Ranchero?

3      A.      No.

4      Q.      Are you aware of any -- so were you

5  dealing with customers meaning the end users, the

6  people who were buying the cookies or were you just

7  dealing with the, the supermarket representatives?

8      A.      Especially with the manager.

9      Q.      Did anybody ever tell you or discuss

10 with you that there was any kind of confusion in the

11 U.S. concerning the Zenu or Ranchero marks?

12     A.      No.  Only until the day that I ran into

13 Mr. Zuluaga.

14     Q.      Are you aware of any time when a person

15 has been confused as to who was the owner of Zenu or

16 Ranchero marks in the U.S.?

17     A.      No.

18     Q.      Has anyone ever asked you if Cordialsa

19 is affiliated with Latinfood in the U.S.?

20     A.      No.

21     Q.      During your employment at Cordialsa did

22 you ever participate in any trade shows?

23     A.      Yes.

24     Q.      Where were they?

25     A.      In Secaucus.  I don't remember the name

Page 44

1    of the place.

2         Q.      How many times did you go?

3         A.      Two times.

4         Q.      Do you know the name of the, of the

5    trade show?

6         A.      Not the name of the show but just who

7    was hosting it.  It was C&S and Krasdale.

8         Q.      Do you know who that stands for, C&S?

9         A.      No.  That's just the name.  They're a

10   food distributor.

11        Q.      Where are they located?

12        A.      The office is in Edison, New Jersey.

13        Q.      Do you recall if the name of the trade

14   show was the White Rose trade show?

15        A.      I think it has the same name as a

16   distributor.

17        Q.      So did you attend these trade shows on

18   behalf of Cordialsa?

19        A.      Yes.

20        Q.      Did you have a booth?

21        A.      Yes.

22        Q.      How many people were at the booth for

23   Cordialsa?

24        A.      Two.

25        Q.      Who was the other person?

1   goods from outside of the country and into the U.S.?

2         A.    I don't know.

3         Q.    So have you ever been involved in

4   marketing or sales of Zenu or Ranchero branded

5   products in the U.S.?

6         A.    No.

7         Q.    Do you know if Cordialsa has a sales

8   team in the U.S. for selling Zenu or Ranchero branded

9   products?

10        A.    They do not have one.

11        Q.    Do you know if Industria provides

12  Cordialsa with any sales strategy or sales material?

13        A.    I don't know.

14        Q.    Do you know if Cordialsa has ever tried

15  to sell Industria Zenu or Ranchero branded products

16  in the U.S.?

17        A.    I don't know.

18        Q.    Getting back to Luis Arango, he was your

19  boss?

20        A.    Yes.

21        Q.    And how often did you communicate with

22  him?

23        A.    Two or three times a week.

24        Q.    And how did you communicate with him?

25  Was it via e-mail, text, phone calls?

Page 48

1          A.      Phone calls and e-mails.

2          Q.      Did he ever phone you or e-mail you

3     about Latinfood Zenu/Ranchero branded products?

4          A.      No.

5          Q.      Did you ever receive any instructions

6     from Cordialsa telling you to stop or disrupt the

7     marketing of Latinfood Zenu and Ranchero branded

8     products in the New York metro area?

9          A.      No.

10         Q.      Did you have any discussions with Mr.

11    Arango about how to handle or deal with Latinfood

12    Zenu and Ranchero branded products in the New York

13    area?

14         A.      What do you mean by "dealing with or

15    handle?"

16         Q.      Did Mr. Arango express any concern to

17    you about Latinfood Zenu and Ranchero branded

18    products in your area?

19         A.      No.

20         Q.      Were you aware of any issues that

21    Cordialsa had with Latinfood Zenu and Ranchero

22    branded products in your area?

23                 MR. KADOSH:  Objection.

24                 You can answer.

25         A.      No.

Page 49

1       Q.      Did Cordialsa -- do you know if

2    Cordialsa directed its sales employees to inform New

3    York area stores that Zenu branded products that are

4    being sold are fake or unauthorized?

5                    MR. KADOSH:   Objection.

6       A.      I'm sure they did not.

7       Q.      Now, I'd like to read into the record

8    for translation purposes paragraphs 18 and 19 of

9    Latinfood's counterclaims.

10                   THE INTERPRETER:   Starts at page 23?

11                   MR. INGBER:   Yes.

12      Q.      "On or around July 15th, 2015 Latinfood

13   through its principal Mrs. Zuluaga was performing a

14   regular visit to its customer Food Fair Supermarket

15   located at 976 Market Street, Paterson, New Jersey,

16   07513 when the store manager requested that Latinfood

17   pick up and remove all Latinfood's Zenu branded

18   products from the store.  The manager informed

19   Latinfood that the area manager of Cordialsa

20   Alejandro Yepes told him that the Latinfood's Zenu

21   branded products were, quote, fake and intimidated

22   the manager into removing the products from the store

23   entirely."

24                   Next paragraph.  "On or around July 15,

25   2015 Mr. Zuluaga was able to speak with Mr. Yepes in

```
                                              Page 50
 1   the parking lot.  And Mr. Yepes admitted that he had
 2   told the Food Fair Supermarket store manager that the
 3   Latinfood products were fake and that he had
 4   requested they be removed from the store shelves.
 5   Mr. Yepes continued to say that he had been given
 6   direct orders from his manager Luis Arango to
 7   identify points of sale of any Zenu branded products
 8   and to tell such point of sale that the products were
 9   fake and that they had to be removed immediately from
10   the sales floor."
11            Now, do you remember going to Food Fair
12   Supermarket and/or around July 15, 2015?
13        A.   Yes.
14        Q.   Do you know Elvis Rodriguez?
15        A.   Yes.
16        Q.   And who is he?
17        A.   He's the buyer for the store.
18        Q.   Did you tell him to pick up -- excuse
19   me.  Strike that.  Did you tell Mr. Rodriguez --
20   strike that.
21            What did you tell Mr. Rodriguez that
22   day?
23        A.   That I was surprised to find the brand
24   there.
25        Q.   Why were you surprised?
```

Page 51

1      A.     Because it was clear to me that we were

2  not importing the product from Columbia and I thought

3  it was imported product.

4      Q.     I believe you said before that Latinfood

5  wasn't your competitor.

6      A.     Yes, I said that.

7      Q.     So what business did you have worrying

8  about what Latinfood was selling there?

9             MR. KADOSH:  Object.  Objection.  Can

10  you clarify what you mean when you say what business

11  did he have?

12     Q.     Why were you interested in what

13  Latinfood was selling at Food Fair Supermarket when

14  they weren't a competitor of Cordialsa?

15            MR. KADOSH:  Objection.  Argumentative.

16            Answer.

17     A.     Nothing toward Latinfood.

18     Q.     Who was it towards?

19     A.     I was just surprised when I saw the

20  product there because we were sure, well, I was sure

21  that we did not have that product.

22     Q.     What, what made you interested in

23  Latinfood products being sold at Food Fair

24  Supermarket if it wasn't your competitor?

25            MR. KADOSH:  Objection.  Mr. Yepes

Page 52

1    didn't testify that he was interested.

2              But you can answer the question if you

3    can.

4         A.    Nothing.  Just that I thought that that

5    product was imported from Columbia.  There are other

6    distributors that did the same thing with our brand.

7    That's all.  That was my surprise.

8         Q.    Did you go into Food Fair Supermarket

9    that day looking for Latinfood Zenu branded product?

10        A.    No.

11        Q.    Mr. Arango did not tell you to go into

12   that, into New York area stores to look for Latinfood

13   Zenu branded product.

14              Is that correct?

15        A.    No.

16        Q.    You're under oath today.  I just want

17   you to be aware of that.  Now you have an obligation

18   to testify as to the truth.

19              MR. KADOSH:  Objection.  Stop badging

20   the witness.

21              You can answer.

22        A.    He never did this.

23        Q.    Did somebody else do it at Cordialsa?

24        A.    No.

25        Q.    Did anybody ever tell you to look for

1  Latinfood products at any locations that you, that

2  you were selling your goods to?

3      A.    No.

4      Q.    Did you tell Mr. Rodriguez that day that

5  Latinfood's Zenu branded goods were fake?

6      A.    No.

7      Q.    Did you tell Mr. Rodriguez that

8  Latinfood Zenu goods were unauthorized?

9      A.    I said that when I thought it was an

10 imported product.

11     Q.    And that was a problem?

12         MR. KADOSH:  Objection.  Vague.

13     Q.    Was that a problem that their goods

14 were, Latinfood goods were imported?  Weren't

15 Cordialsa's goods imported as well?

16     A.    Cordialsa is in charge of the management

17 of all the brands in the group so I would know if

18 Cordialsa was managing Zenu.

19     Q.    Why -- did you make a connection between

20 Cordialsa and Zenu for some reason?

21         MR. KADOSH:  Objection.

22         You can answer.

23     A.    I was working in the city and I knew it

24 was in the group.  And when I go into the Nutressa

25 web page you can find Zenu there.

1      Q.     Did you tell Mr. Rodriguez that you

2  wanted the Latinfood Zenu goods removed from the

3  store shelves?

4      A.     No.

5      Q.     Did Mr. Arango ever tell you that

6  Latinfood Zenu/Ranchero products in the New York

7  metro area were hurting or damaging Cordialsa or

8  Industria's reputation?

9      A.     No.

10            MR. KADOSH:  Off the record for a

11  second.

12            (Discussion is held off the record.)

13  Were the Zenu branded goods that you saw at Food

14  Fair, were they meat products.

15      A.     No.

16      Q.     Do you know we took the deposition of

17  Mr. Rodriguez?

18      A.     I did not know.

19      Q.     Do you know I asked Mr. Yepes -- excuse

20  me, Mr. Rodriguez on March 18th at his deposition if

21  you told him that those Zenu branded goods were

22  unauthorized and he testified that yes, that you told

23  him that?

24            MR. KADOSH:  Objection.  Are you asking

25  him whether he knew that Mr. Rodriguez gave that

```
                                                   Page 55
 1    testimony?  Is that your question?
 2                 MR. INGBER:  I'm asking him that, yes.
 3                 MR. KADOSH:  He already testified that
 4    he didn't know that Mr. Rodriguez gave testimony so
 5    how...
 6                 MR. INGBER:  I'm asking --
 7                 Could you repeat the question?
 8                 (Interpreter interprets.)
 9                 MR. KADOSH:  You can answer.
10        A.      This is what I thought.  As I said
11    before, that the products were what we call
12    contraband.
13        Q.      Contraband.
14        A.      And what I said to them, to him was that
15    we were not liable for that product.
16        Q.      Was there a reason that you expected to
17    be held liable for a product that was being sold by
18    another company Latinfood?
19        A.      No.
20        Q.      So you told Mr. Rodriguez that the
21    Latinfood Zenu products were contraband.
22                Correct?
23        A.      No.  That's what I thought but I didn't
24    say it.
25                 MR. INGBER:  Could we go back, can we go
```

Page 56

```
 1    back and to the part where he mentioned "contraband"
 2    before and just repeat his answer?
 3                    (Testimony is read back as follows:
 4                    "Do you know I asked Mr. Rodriguez on
 5    March 18th at his deposition if you told him that
 6    those Zenu branded goods were unauthorized and he
 7    testified that yes, that you told him that?
 8                    "ANSWER:  This is what I thought.  As I
 9    said before, that the products were what we call
10    contraband.  And what I said to them, to him was that
11    we were not liable for that product.")
12         Q.    So are you saying that you thought that
13    they were contraband but you didn't tell him that
14    they were contraband?
15                    MR. KADOSH:  Objection.  Asked and
16    answered.
17         A.    Yes.
18         Q.    So Mr. Rodriguez has testified in
19    response to the question -- strike that.
20                    I asked Mr. Rodriguez, did he, meaning
21    you, tell Mr. Rodriguez that they were fake.  And he
22    responded that they weren't authorized because it
23    wasn't Zenu products so yes, fake.  That's what he
24    said.
25                    Is this accurate, this statement?
```

Page 57

1          A.     What I said is that we -- well, that

2     that product was not imported by us.

3          Q.     Was Cordialsa selling authentic Zenu

4     product?

5          A.     No.

6          Q.     Did you report on this incident to Mr.

7     Arango?

8          A.     Yes.

9          Q.     What did you tell him?

10         A.     He said not to do anything else, that

11    the company would take care of everything else.

12         Q.     How did you contact him?  By phone or

13    mail, e-mail?

14         A.     Phone.  Cell phone.

15         Q.     Did you, did you tell Mr. Rodriguez or

16    remove the Latinfood Zenu products from the shelves?

17         A.     No.

18         Q.     How long was your meeting with Mr.

19    Rodriguez?

20         A.     Between five and seven minutes because

21    that was not the only thing we talked about.

22         Q.     Before that day was there any other time

23    that you had approached Mr. Rodriguez and told him

24    that goods on the shelves were not authorized?

25              MR. KADOSH:  Objection.  Are you talking

```
                                                    Page 58

 1   about Latinfood products or any products?

 2         Q.    Any other products.

 3         A.    Can you repeat the question, please?

 4               (Last question is read back.)

 5         A.    No.

 6         Q.    Had you ever told any other store that

 7   goods on their shelves were, were unauthorized?

 8         A.    No.

 9         Q.    So the only -- is it true that the only

10   time you ever went into a store and told them that

11   they were selling unauthorized goods was relating to

12   Latinfood Zenu products?

13         A.    Only at that store.

14         Q.    But Mr. Arango never instructed you to,

15   to go and speak to Mr. Rodriguez about this.

16               Is that correct?

17         A.    No.

18         Q.    Now, after that meeting did you, did you

19   happen to go into your parking lot to leave the

20   location?

21         A.    Yes.

22         Q.    Did you see Mr. Zuluaga there?

23         A.    Yes.

24         Q.    Is that the same person that is sitting

25   in this room with us?
```

Page 59

```
 1        A.     Yes.

 2        Q.     And did you have a conversation with Mr.

 3   Zuluaga that day?

 4        A.     Yes.

 5        Q.     Now, Mr. Rodriguez testified at his

 6   deposition that he was a witness to that

 7   conversation.

 8               Is that true?

 9        A.     Yes.

10        Q.     So tell me what happened during that

11   meeting.

12        A.     He introduced -- Mr. Rodriguez

13   introduced him to me.  This is about 10 minutes after

14   we had had our conversation because I did not leave

15   the store right away.  Once I was in the parking lot

16   Mr. Rodriguez and Mr. Zuluaga approached me to talk

17   with me.  Mr. Rodriguez told me that he's the one who

18   was selling the product.  And Mr. Zuluaga told me

19   that he was the person selling this product and that

20   he -- then he explained to me and this was the first

21   time that I learned that the product was being

22   manufactured here and that he was the owner of the

23   brand.  At that moment I recognized it and I, I

24   apologized to Mr. Zuluaga.  And I told him that from

25   now on that I would no longer get involved in that
```

Page 60

```
 1   business.
 2        Q.     According to paragraph 19 it says that
 3   you admitted that you told the Food Fair Supermarket
 4   store manager that the Latinfood were fake and that
 5   you had requested they be removed from the store
 6   shelves.
 7                 Is that accurate?
 8        A.     The only thing I recognized was after
 9   the explanation of Mr. Zuluaga.
10        Q.     And what's that?
11        A.     When he told me that he owned the brand
12   and that the product was manufactured here.  This was
13   the first time I heard anything like that.
14        Q.     But you don't, you don't -- do you deny
15   again that you called the Latinfood Zenu product
16   fake?
17        A.     I said that they weren't -- I said --
18   well, if they were fake, no.
19                 MR. KADOSH:  Just to -- can we just
20   clarify that bit of testimony?
21                 Did you call the Latinfood products
22   fake?  Yes or no?
23                 MR. INGBER:  You'll have to wait until
24   you get to question.
25                 MR. KADOSH:  I think that the testimony
```

Page 61

1   isn't clear and we need to clarify.  Especially

2   because we are using an interpreter I think it needs

3   to be clarified now.

4            MR. INGBER:  I think it is clarified and

5   I think you can ask him whatever questions you want

6   after.

7        Q.    According to, according to this, this

8   complaint in paragraph 19 it says that you continued

9   to say that you had been given direct orders from

10  your manager Luis Arango to identify points of sale

11  of any Zenu branded products and to tell such point

12  of sale that the products were fake and that they had

13  to be removed immediately from the sales floor.

14            MR. KADOSH:  Objection.  Asked and

15  answered.

16       Q.    Is that statement true?

17       A.    He never told me that.

18       Q.    Who is "he?"

19       A.    Luis Alfonso.

20       Q.    Did somebody else tell you that?

21       A.    No.

22       Q.     Did you go into any other locations

23  like Twin City and point out to the store managers

24  there that the Latinfood Zenu products were likewise

25  unauthorized?

Page 62

1              MR. KADOSH:  Objection.  Asked and

2    answered.

3         A.    No.

4         Q.    Did you tell Mr. Rodriguez that he

5    wasn't, his wasn't the only store that you were, that

6    was selling unauthorized Latinfood Zenu products?

7         A.    No, I did not say that.

8         Q.    So if I told you that Mr. Rodriguez

9    testified under oath that you specifically mentioned

10   that Twin Cities, Twin City was one of the stores

11   that you had approached because they had also

12   purchased Zenu branded products sold by Latinfood,

13   that would be inaccurate?

14             MR. KADOSH:  Objection.  Asked and

15   answered.

16        A.    Incorrect.

17        Q.    Incorrect.

18        A.    Can I ask a question?

19        Q.    No.  If you want to make a statement...

20        A.    No.

21        Q.    Do you know if Mr. Rodriguez removed

22   Latinfood Zenu branded products from his location?

23        A.    I don't know.

24        Q.    Did you ever check again at that

25   location to see if the goods were being sold?

Page 63

```
 1          A.      No.
 2          Q.      Did you, did you tell any of your
 3     employees by any chance that they should go to other
 4     store locations to check if Latinfood Zenu or
 5     Ranchero branded goods were being sold?
 6          A.      No.
 7          Q.      So you never followed up with any other
 8     store -- strike that.
 9                  So you never mentioned to any other
10     store to the best of your recollection that the
11     Latinfood Zenu branded products were unauthorized.
12                  Is that correct?
13          A.      No.
14          Q.      So once you had -- I believe you said
15     before that you had apologized to Mr. Zuluaga for
16     bringing up his product to Mr. Rodriguez.
17                  Is that correct?
18                  MR. KADOSH:   Objection.  He did not
19     testify that he apologized.
20                  MR. INGBER:   He did.
21          A.      I apologized once I learned that it was
22     a product that was being manufactured by Mr. Zuluaga.
23          Q.      You apologized to Mr. Zuluaga.
24                  Is that correct?
25          A.      Yes.
```

```
                                              Page 64
 1        Q.    Was Mr. Zuluaga upset with you when he
 2   met with you?
 3        A.    Yes.
 4        Q.    How did the meeting with Mr. Zuluaga
 5   end?
 6        A.    It ended well.
 7        Q.    Did you report back to Mr. Arango about
 8   your meeting with Mr. Zuluaga?
 9             MR. KADOSH:  Objection.  Asked and
10   answered.
11        A.    Yes.
12        Q.    Did you take any notes or make any phone
13   calls or send any e-mail or text message to anyone
14   following your conversation with Mr. Zuluaga other
15   than Mr. Arango?
16             MR. KADOSH:  Objection.  Compound
17   question.  Can you break that down?
18        A.    No.
19        Q.    Do you know who John Jairo is?
20        A.    No.
21             MR. INGBER:  J-A-I-R-O.
22        Q.    Did you report back to Mr. Arango on any
23   other locations where you had seen Latinfood Zenu or
24   Ranchero branded products?
25        A.    He gave me an order to forget about this
```

```
                                              Page 65
 1   matter.
 2         Q.     Was that around the same time that you
 3   met with Mr. Zuluaga and Mr. Rodriguez?
 4         A.     After I met Mr. Zuluaga.
 5         Q.     Around the same time after?
 6                MR. KADOSH:  Objection.  Asked and
 7   answered.
 8         A.     Immediately, yes.
 9                MR. INGBER:  Why don't we take a short
10   break?  I think we are close to the end.
11                    (Brief recess is held.)
12         Q.     Now, back when you met with Mr.
13   Rodriguez before, before Mr. Zuluaga joined the,
14   joined the, made it a three-way meeting, was there
15   any other persons there while you were talking to Mr.
16   Rodriguez?
17         A.     No.
18         Q.     Do you know if -- would it -- if I told
19   you that there was a line stocker there named
20   Gregorio at Food Fair does that name ring a bell to
21   you?
22         A.     He wasn't present in the face-to-face
23   conversation.  That's all I know.
24         Q.     Do you know, do you know who the person
25   I'm talking about is, Gregorio, the line stocker?
```

```
                                              Page 66
 1        A.     Yes, I know who he is.
 2        Q.     So do you know if Gregorio was in the
 3   area while you were talking to Mr. Rodriguez?  Do you
 4   remember?
 5        A.     No, I don't remember.
 6        Q.     So he may have been there but you don't
 7   remember one way or the other?
 8        A.     He was not in the conversation and the
 9   lines in that supermarket are very long.
10        Q.     I think that's all I have.  Thank you
11   for coming today.  I appreciate it.
12               MR. KADOSH:  I just have a few questions
13   for you.  In your conversation with Mr. Rodriguez at
14   Food Fair did you call the Latinfood Zenu or Ranchero
15   product fake?
16               THE WITNESS:  No.
17               MR. KADOSH:  When you had your
18   conversations with Luis Arango what language did you
19   speak in?
20               THE WITNESS:  Spanish.
21               MR. KADOSH:  And do you know, do you
22   know how fluent Mr. Arango is in English?
23               THE WITNESS:  I don't know because we
24   only speak in Spanish.
25               MR. KADOSH:  No further questions.
```

Page 67

1            (Testimony concludes at 12:48 p.m.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## VERITEXT LEGAL SOLUTIONS
## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.