# Exhibit 42

Page 1

1   UNITED STATES DISTRICT COURT
    DISTRICT OF NEW JERSEY
2   CIVIL ACTION NO. 2:16-CV-06576
    ----------------------------------------x
3

    INDUSTRIA DE ALIMENTOS ZENU S.A.S.,
4
                  Plaintiff,
5
            - against -
6
    LATINFOOD U.S. CORP. D/b/a ZENU PRODUCTS
7   CO. And WILSON ZULUAGA,
8             Defendants/Counter Plaintiff.
    ----------------------------------------x
9   LATINFOOD U.S. CORP. D/b/a ZENU PRODUCTS
    CO.,
10
                  Defendant/Counter Plaintiff.
11
        and
12
    INDUSTRIA DE ALIMENTOS ZENU S.A.S
13  and CORDIALSA USA, INC.
14  ---------------------------------------------x
15              TRANSCRIPT of the stenographic notes of
16  the deposition of GREGORIO PEREZ RANGEL in the
17  above-entitled matter, as taken by and before ELLEN
18  J. GODINO, CRR, RPR, CRCR, held at the office of
19  THE INGBER LAW FIRM, 51 JFK Parkway, First Floor
20  West, Suite 159, Short Hills, New Jersey, on Monday,
21  September 9, 2019, commencing at 11:13 a.m.
22
23                  *     *     *
24
25

Page 17

```
 1        Q.     And how long have you been at El Mercado
 2   De La Ocho?
 3        A.     It's going to be two years.
 4        Q.     Two years, okay.
 5               And is it correct to say that you left
 6   Food Fair Supermarket to become the manager at
 7   El Mercado De La Ocho?
 8        A.     No.
 9        Q.     Where did you go between Food Fair
10   Supermarket and El Mercado De La Ocho?
11        A.     When I went to El Mercado De La Ocho,
12   before that, I was working in a small supermarket.
13   It was a bodega called La Despensa.
14        Q.     And how long were you there?
15        A.     Around four months, at least.
16        Q.     And where were you working before
17   La Despensa?
18        A.     I don't remember where I was working.  I
19   don't remember.
20        Q.     And what was your title at Food Fair
21   Supermarket?
22        A.     I was second to the manager.
23        Q.     And who was the manager?
24        A.     I don't remember the number -- sorry, I
25   don't remember the name of my coworker.
```

1      Q.     So you were there for two years, but you
2   don't remember the name of the manager?
3      A.     No, because we didn't get along very
4   well.
5      Q.     And that was the reason why you left
6   Food Fair Supermarket.  Is that correct?
7      A.     Correct.
8      Q.     When did you first become aware that
9   there was a lawsuit between Latinfood and Industria?
10     A.     I learned of this lawsuit when a person
11  came to sell the brand Zenu, and so I purchased the
12  brand, and then later -- a week later, this woman
13  came in, and I asked her if she was selling this
14  brand, and she said yes.
15            I always ask for prices, and if it's a
16  good price, I'll buy.  But it's not a good price, I
17  don't buy it.  She came and said, let's do this.
18            As I said, my job is purchasing and all
19  I want is for the owner to be happy with the things
20  that I buy.  Everything else, I don't know where it
21  comes from.  I don't know.
22     Q.     So I believe you said there was a woman
23  who came to sell Zenu product.  Is that correct?
24     A.     No, this was a man from another company.
25     Q.     And do you know who that man was?

Page 19

1      A.     No, I don't remember.

2      Q.     Was it somebody that worked for

3   Latinfood?

4      A.     No, it was a different person from

5   another company.

6      Q.     Have you ever heard about Latinfood?

7      A.     Never.

8      Q.     Do you know Mr. Zuluaga, Wilson, sitting

9   next to you?

10     A.     Yes, years.

11     Q.     Tell me when you first met him.

12     A.     I don't remember the first time.  I met

13  him when I was working at a supermarket, and I asked

14  him if he had Columbian products, and he said yes.

15     Q.     Do you remember what year that was?

16     A.     I honestly don't remember.

17     Q.     What was his response to your question?

18     A.     Demands?

19     Q.     Yes.

20     A.     He said he had the products, and had

21  affordable prices, and that's what I do; I look for

22  affordable prices.

23     Q.     Did he mention the names of his

24  products?

25     A.     No, he did not mention.

1      Q.     And that was Wilson Zuluaga that came to

2   you and told you he had Columbia products.  Is that

3   correct?

4      A.     Correct.

5      Q.     What is the nature of your relationship

6   with Mr. Zuluaga?

7      A.     Well, what I do is that I ask him if he

8   has the product that a lot of people ask for and

9   carry in the store.  What I do is that I call him or

10  the person working there.  If they have it, great,

11  and if not, oh, well.

12     Q.     Do you know what products and brands

13  Mr. Zuluaga sells?

14     A.     Yes.

15     Q.     And what are they?

16     A.     He sells --  he sells the Chinese

17  sauces, the brand Fruco and other things, but the

18  Marco Zenu, I don't know.

19     Q.     Have you ever heard of a company called

20  Industria de Alimentos Zenu?

21     A.     No.

22     Q.     Have you ever heard of a company by the

23  name of Cordialsa?

24     A.     I think so.

25     Q.     Do you know what products they sell?

Page 21

```
 1        A.     Yes, they sell Nescafe, Chocolisto,
 2   Nusitas, and I don't know what else.
 3        Q.     Do you know what the name of
 4   Mr. Zuluaga's company is?
 5        A.     No.
 6        Q.     Did Mr. Zuluaga sell Food Fair meat
 7   products?
 8        A.     I honestly don't remember.
 9        Q.     I think you said before that you've
10   heard of Cordialsa.
11        A.     Yes.  I have that company in my store.
12        Q.     In your current store?
13        A.     Yes.
14        Q.     Were they also at Food Fair Supermarket?
15        A.     Yes, they were.
16        Q.     And were they --  and what products were
17   they providing to Food Fair?
18        A.     I don't remember, but honestly they
19   provided many products.  But as I said before, I was
20   only interested in prices.
21        Q.     How many people work at Food Fair
22   Supermarket?
23        A.     I don't remember, honestly, how many
24   people worked there.
25        Q.     Were you the groceries manager at
```

Page 22

1    Food Fair Supermarket?

2         A.    Yes, I was the manager, but I was --

3    there's a line -- what do you call this line -- well,

4    all the products that came from Central America, all

5    over those countries, I was in charge of that.

6         Q.    Did you purchase canned beans from

7    Mr. Zuluaga?

8         A.    With this man?

9         Q.    Yes.

10        A.    With him, I don't know because one time

11   a salesman of his came in, and I asked him if he had

12   those products, and he said yes, and I asked for

13   prices.

14        Q.    So you worked in the imported line at

15   Food Fair Supermarket.  Is that correct?

16        A.    Yes, correct.

17        Q.    Who did you know from Cordialsa?

18        A.    Mrs. Maria Elena.

19        Q.    Did she come and visit the store?

20        A.    Yes, correct.

21        Q.    And how about Alejandro Yepes?

22        A.    I honestly never met him.

23        Q.    Have you ever seen Zenu or Ranchera in

24   any of your stores?

25        A.    Honestly, no.

Page 23

1      Q.      Do you know if Zenu or Ranchera-branded

2  products are well known or famous in the

3  United States?

4      A.      Honestly, no.

5      Q.      Have you ever heard of a company called

6  Grupo Nutresa?

7      A.      No.

8      Q.      I think you said you knew

9  Elvis Rodriguez.  Is that correct?

10     A.      Yes, he's the owner.

11     Q.      And how long do you know Mr. Rodriguez?

12     A.      Since I started working.  Honestly, I

13  didn't know him before.  I was introduced to him the

14  first time he offered the job.

15     Q.      And when did you meet him?

16     A.      That day, when I started working.

17     Q.      Was it 2014?

18     A.      Approximately.

19     Q.      And were you working at Food Fair in

20  2015?

21     A.      I don't remember if I was or if I left

22  before.

23     Q.      In connection with Exhibit 1, I'd like

24  you to turn to page 25.  So I'd like you to read

25  numbers 18 through 20.

Page 24

1              Are you able to read this, by the way --

2      it's in English -- or would you like to have it

3      translated.

4           A.    I need it translated.

5                 (Translator reads the document to the

6      witness.)

7           Q.    That's good.

8                 So were you working for Food Fair

9      Supermarket on or around July 15, 2015?

10          A.    I don't remember.

11          Q.    Did somebody --  do you know if somebody

12     came to you from Cordialsa, like it says here?

13          A.    Well, a salesman did approach me, and

14     told me to remove that from the shelf.  That's it.

15     He didn't say anything else.  He just said that,

16     turned around and left.  Nothing else.

17          Q.    Who was the salesman?

18          A.    I don't remember who it was.

19          Q.    Was it from Cordialsa?

20          A.    Yes.

21          Q.    And what exactly did he tell you to

22     remove?

23          A.    He only told me to remove that from the

24     shelf because he said that didn't have -- well, that

25     they were illegal.  That's all.

Page 25

1        Q.     And were these Zenu-branded products?

2        A.     Yes, Zenu.

3        Q.     And had you ever seen this person

4   before?

5        A.     No.

6        Q.     Have you seen him since?

7        A.     No.

8        Q.     And what did you say when he told you

9   this?

10        A.     I didn't say anything, I didn't answer.

11        Q.     Was he angry when he said this?

12        A.     No, he didn't say anything.

13        Q.     Okay.  Did you tell anybody about this,

14   like Mr. Rodriguez?

15        A.     No, he didn't say anything.

16        Q.     Did you tell Mr. Rodriguez about what

17   this salesman from Cordialsa had said about removing

18   Zenu products?

19        A.     No, I did not say anything.

20        Q.     Did you do as the Cordialsa salesman

21   instructed?

22        A.     No.

23        Q.     And why not?

24        A.     Because I saw that the salesman went

25   into the office, and I didn't want to get involved

Page 26

1   anymore.

2          Q.      Whose office did he go into?

3          A.      The store's office.

4          Q.      Was that where Mr. Rodriguez's office

5   was located?

6          A.      Yes, but he was not there.

7          Q.      Who was there?

8          A.      The secretary.

9          Q.      Okay.  How long was --  how long was

10  Mr. --  excuse me, the Cordialsa salesperson there

11  for?

12         A.      Only around three minutes.

13         Q.      Did you see Mr. Zuluaga at the store

14  that same day?

15         A.      No, I did not see him.

16         Q.      Do you know if Zenu-branded product were

17  removed from store shelves at Food Fair Supermarket?

18         A.      No, because --  no, because they were

19  very few left; most of them are gone.

20         Q.      Did Mr. Rodriguez ever speak to you

21  about Zenu-branded products?

22         A.      No.  I asked him if he had any.

23         Q.      You asked who?

24         A.      To the lady -- the saleslady.

25         Q.      The saleslady from Cordialsa?

Page 27

```
 1         A.      Yes, the man right here.

 2         Q.      Oh, he's with Latinfood.

 3                 And what did she say?

 4         A.      She said yes.

 5         Q.      Was this on the same day that you met

 6    with that Cordialsa salesperson?

 7         A.      No.  No.

 8         Q.      Did you ever have any conversations with

 9    Mrs. Zuluaga about the Cordialsa representative

10    coming to Food Fair and saying that the products were

11    illegal and should be removed?

12         A.      No.

13         Q.      Did the Cordialsa salesperson explain

14    why the Zenu-branded products on your store shelves

15    at Food Fair Supermarket were illegal?

16         A.      No, he did not explain.

17         Q.      And was that your only conversation with

18    this Cordialsa representative?

19         A.      Correct.

20         Q.      Now, on March 13, 2019, we took the

21    deposition of Elvis Rodriguez here.

22                 According to Mr. Rodriguez, on that same

23    day, the Cordialsa representative told him to remove

24    all Zenu products from his store shelves.

25                 Are you aware of this?
```

1      A.    No, I didn't know anything.  He didn't

2  tell me.

3      Q.    Did Mr. Rodriguez ever discuss anything

4  with you about Zenu Products?

5      A.    No.

6      Q.    Did the --  did the Cordialsa

7  representative -- salesperson mention that only his

8  company was allowed to sell Zenu-branded products?

9      A.    No, he did not say anything.

10      Q.    Have any customers ever told you that --

11  that Mr. Zuluaga's Zenu-branded products are not

12  legal?

13      A.    Never.

14      Q.    Did you remove any of Mr. Zuluaga's

15  Zenu-branded products on the store shelves?

16      A.    No.

17      Q.    Did you ever have any complaints about

18  Mr. Zuluaga's Zenu Products before?

19      A.    No, none.

20           MR. INGBER:  Okay.  I want to take a

21  short break.

22           (A recess takes place.)

23  BY MR. INGBER:

24      Q.    Did Food Fair have an aisle where it

25  sold Hispanic or Latin product?

Page 29

1          A.     Correct.

2          Q.     Is that where Mr. Zuluaga's products

3   were being sold?

4          A.     Correct.

5          Q.     Was that --  did that include product

6   that was made in the U.S.?

7          A.     No, we had products from different

8   countries, for example, Peru, Columbia, Mexico,

9   different countries.

10         Q.     Did they sell Goya products there?

11         A.     Yes, but that's a different aisle.

12         Q.     Okay.  What aisle was that?

13         A.     Three.

14         Q.     Was that considered an Hispanic aisle?

15         A.     Yes, but those are made here in the

16  United States.

17         Q.     Well, do you know where Mr. Zuluaga's

18  product was made?

19         A.     Sorry?

20         Q.     Do you know where Mr. Zuluaga's products

21  were made by any chance?

22                Do you have personal knowledge?

23         A.     Honestly, no.

24                MR. INGBER:  Okay.  Thank you.

25                No further questions.

1          MR. BERMAN:  I do have a few questions,

2     actually.

3     EXAMINATION BY MR. BERMAN:

4          Q.     Just to introduce myself, my name is

5     Jeremy Berman, and I represent the plaintiff --  I

6     represent Industria de Alimentos Zenu, the plaintiff

7     in this action, and also Cordialsa, the

8     counter-defendant.

9               So on that day when the individual told

10    you about the products and told you to take them

11    down -- is that what you said earlier?

12         A.     Yes, I said that, but I did not remove

13    them.

14         Q.     Okay.  And who did you say you worked

15    for?

16         A.     For that person.  What did I say?  It

17    was that woman.  What's her name?  Maria Elena.  I

18    don't remember what company she worked for.

19         Q.     How do you know this man worked for

20    Maria Elena?

21         A.     Because she comes to my store.

22         Q.     Did he say he worked for her?

23         A.     Well, yes, he was working with her for

24    some time.

25         Q.     So have you ever seen him before that

Page 31

1    day?

2           A.     No.

3           Q.     Then how did you know he worked with her

4    for some time?

5           A.     Because she told me.

6           Q.     So you talked to her, Maria Elena, about

7    this incident?

8           A.     No.  When Maria Elena was working with

9    that company, the Zenu brand was not there yet.

10          Q.     Okay.  Then how did you know that

11   Maria Elena had worked with that man before?

12          A.     Because Maria Elena -- every salesperson

13   that comes to the store, they tell me what company

14   they're working for.  They introduce themselves

15   first.

16          Q.     Did that man tell you what company he

17   works for?

18          A.     Yes, he told me.

19          Q.     Okay.  Did he speak to anyone else --

20   did you see him speak to anyone else that day?

21          A.     No, with no one else.

22          Q.     Was your manager in the store that day?

23          A.     No.

24          Q.     And was the manager at that time the

25   same manager you had the whole two years?

Page 32

1          A.      Yes.

2          Q.      And what was his name?

3          A.      The manager, I don't remember, but I

4     remember the owner's name is Elvis.

5          Q.      Okay.  Was anyone else standing nearby

6     when this man spoke to you about the new product?

7          A.      No one.  No one.

8          Q.      How long was he in the store that day,

9     do you remember?

10          A.      Around three minutes.

11          Q.      And how long was he speaking to you

12     about?

13          A.      Around one minute.

14          Q.      What language did he speak to you in?

15          A.      Spanish.

16          Q.      And do you remember the exact words he

17     used to speak to you about the product?

18          A.      Yes, he only said that I could not sell

19     that product and to remove it from the aisle.

20     Nothing else.

21          Q.      Those were the only words he used?

22          A.      That's all.

23          Q.      Okay.  You mentioned earlier that you

24     met Mr. Zuluaga prior to working at Food Fair.

25     Correct?

Page 33

1        A.      Yes.  Correct.

2        Q.      And you said that you asked him if he

3   sold Columbian products, and he said yes.  Is that

4   right?

5        A.      Correct.

6        Q.      Does he only sell products made in

7   Columbia?

8        A.      I never asked that.  I don't --  I only

9   asked, but I don't know if they make them at Columbia

10  or not.

11       Q.      And at Food Fair, Zenu products were in

12  the Latin food aisle.  Correct?

13       A.      Correct.

14       Q.      And you said all the products in that

15  aisle or in that section are not made in the

16  United States?

17       A.      No.  Correct.

18       Q.      So the products in that aisle are not

19  from the United States?

20       A.      No.

21       Q.      Sorry.  I asked a negative, so the

22  answer is confusing.

23              Are all the products in that aisle made

24  outside of the United States?

25              MR. INGBER:  Objection.  Asked and

Page 34

1  answered.

2          A.      Outside of the United States.

3          Q.      Thank you.  I asked it a bad way the

4  first few times.  Sorry.

5                  So does that mean that Zenu products

6  were made outside of the United States?

7          A.      I don't know.

8          Q.      Did Mr. Zuluaga ever tell you that Zenu

9  products were made outside of the United States?

10         A.      He never said that.

11         Q.      Okay.  So after the man told you to take

12  down the products, you never spoke to anyone else

13  about that conversation?

14         A.      I didn't mention it to anyone.

15         Q.      Okay.  So that conversation did not have

16  any affect on whether Food Fair continued to sell the

17  products?

18         A.      Nowhere.

19         Q.      Okay.  Have you spoken to Mr. Ingber

20  before today?

21         A.      He only made a call to see if I could be

22  a witness, to see if I could testify, like to know if

23  someone had told me to remove the products.  I mean,

24  if there was a witness, if I could come and testify.

25         Q.      Okay.  When did this call happen?

Page 35

1      A.      I don't remember when it was.

2      Q.      Within the past week?

3      A.      Honestly, I don't remember.

4      Q.      In the past month?

5      A.      Maybe.  It's possible, but I don't know

6   when.

7      Q.      Okay.  After you spoke to Mr. Ingber,

8   did you speak to Mr. Zuluaga at all?

9      A.      Never.

10      Q.      Have you ever spoken to Mr. Zuluaga

11   about this litigation?

12      A.      No.

13      Q.      Have you ever spoken to Mr. Zuluaga

14   about this deposition?

15      A.      Never because my job keeps me really

16   busy, and I don't have time for that.

17      Q.      Okay.  Mr. Ingber asked you if you know

18   whether these Zenu --  earlier Mr. Ingber asked you

19   if you know whether the Zenu and Ranchera products

20   are famous in the United States.

21              I believe that you said, honestly, no.

22   Is that correct?

23      A.      Correct.

24      Q.      When you said that, did you mean that

25   you do not know if they are famous in the

```
 1   United States?
 2        A.     I don't know.  No, I don't know.
 3             MR. BERMAN:  Okay.  No further
 4   questions.
 5   EXAMINATION BY MR. INGBER:
 6        Q.     My name is Mr. Ingber.  Have we ever
 7   spoken before today?
 8        A.     No.
 9        Q.     So I never called you before.  Is that
10   correct?
11        A.     No, only a secretary called me to make
12   sure that I would show up.  That's all.
13        Q.     So this is the first we're ever speaking
14   today.  Is that correct?
15        A.     Correct.
16             MR. INGBER:  Off the record.
17             (Off-the-record discussion.)
18        Q.     Now, I want to repeat an earlier answer
19   you had given when I was asking you questions.
20             MR. INGBER:  Can you read that in the
21   record?
22        Q.     This is what you said.
23             (Testimony reread.)
24        Q.     Is that your testimony?
25        A.     Yes.  But I did not remove them.
```

1              MR. INGBER:  Okay.  Thank you.

2              No further questions.

3              MR. BERMAN:  Can I ask one more

4    question?

5    EXAMINATION BY MR. BERMAN:

6         Q.    What exact word did you use?  You

7    mentioned that he said something about them being

8    illegal.

9              Do you know the exact word he used?

10             MR. INGBER:  Objection.  Calls for

11   speculation.  He said that they were illegal.  You

12   are asking him what exact word he used.  It's already

13   in the record.

14             MR. BERMAN:  I'm curious about the

15   Spanish word.

16        Q.    What exact Spanish word did he use that

17   caused you to say on the record that the products

18   were illegal?

19        A.    He never said that the products were

20   illegal.

21             MR. BERMAN:  Okay.  No further

22   questions.

23   EXAMINATION BY MR. INGBER:

24        Q.    Was there a Spanish word he used instead

25   of "illegal"?

Page 38

1              MR. BERMAN:  Objection.  Asked and

2     answered.

3          A.     No, I don't know very well.

4          Q.     Your testimony is that -- you said on

5     the record is he only told me to remove that from the

6     shelf -- your testimony is, "He" -- "He only told me

7     to remove that from the shelf because he said that

8     didn't have -- well, that they were illegal.  That's

9     all."

10              Is that correct?

11         A.     That they were illegal?

12         Q.     That's your testimony; "illegal"?

13         A.     That the person told me?

14         Q.     Yes.

15         A.     No, he didn't say anything.

16              MR. INGBER:  Okay.  No further

17     questions.

18              (The proceedings concluded at

19     12:33 p.m.)

20

21

22

23

24

25

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.