# Exhibit 43

1

2  UNITED STATES DISTRICT COURT

3  DISTRICT OF NEW JERSEY

4  Civil Action No. 2:16-cv-06576-KM-MAH

5  ------------------------------------------

6  INDUSTRIA DE ALIMENTOS ZENU S.A.S.,

7           Plaintiff,

8      vs.

9  LATINFOOD U.S. CORP. d/b/a ZENU

10 PRODUCTS CO. and WILSON ZULUAGA,

11          Defendants.

12 ------------------------------------------

13

14   VIDEOTAPED DEPOSITION OF WILSON ZULUAGA

15

16        Wednesday, December 18, 2019

17               10:00 a.m.

18

19

20

21

22 Reported by:

23 Joan Ferrara, RMR, FCRR

24 Job No. 294203

25

W. Zuluaga - December 18, 2019                    12

```
 1                    W. Zuluaga
 2    corporate representative for LatinFood.
 3             Are you aware of that?
 4        A.   Yes.
 5        Q.   Okay.
 6             And looking at Exhibit 8, which
 7    is the 30(b)(6) Notice, which is served on
 8    the corporation, there is a list of issues
 9    that we've requested we get a witness who
10    can testify about.  Those start on, I
11    believe, the sixth page of the document.
12             Have you ever reviewed that list
13    of topics before?
14        A.   Topics for examination?
15        Q.   Yes.
16        A.   Yes.
17        Q.   Okay.
18             And are you -- to your knowledge,
19    are you the person who is best qualified to
20    testify about those subjects on behalf of
21    Defendant LatinFood?
22        A.   Yes.
23        Q.   And are you able today to testify
24    about each of those listed topics?
25        A.   Yes, I believe so.
```

December 18, 2019                                    13

```
 1                    W. Zuluaga

 2        Q.    And again, just for convenience,

 3   the Defendant's full name in the caption is

 4   LatinFood U.S. Corp., doing business as

 5   Zenu Products Co.  I'm going to refer to

 6   that entity today just as "LatinFood."

 7             Is that acceptable?

 8        A.    Yes.

 9        Q.    Mr. Zuluaga, where were you born?

10        A.    Medellin, Colombia.

11        Q.    What year were you born?

12        A.    1968.

13        Q.    And did you live -- do you live

14   in Colombia now?

15        A.    I do not.

16        Q.    Did you live in Colombia at some

17   point after your birth?

18        A.    Yes.

19        Q.    And for approximately how long

20   did you live in Colombia?

21        A.    I lived in Colombia until my, I

22   believe, mid to late teens.

23        Q.    And at that point, did you leave

24   Colombia permanently?

25        A.    Yes.
```

```
 1                    W. Zuluaga
 2       Q.    Do you recall what year that was
 3   that you left?
 4       A.    I'm sorry?
 5       Q.    Do you know what year you left
 6   Colombia?
 7       A.    That was mid '80s, the best that
 8   I can remember.
 9       Q.    Is there a reason that you left
10   Colombia at that time in your life?
11       A.    Yes.
12       Q.    What was that?
13       A.    My father, who was the only
14   breadwinner at the time, had been victim of
15   an assault, he was incapacitated for a
16   couple of years.  So being the oldest in
17   the family, it was upon me to support the
18   family and continue on.  So I came here
19   looking for a way to do that.
20       Q.    And where did you go when you
21   first left Colombia?
22       A.    United States.
23       Q.    And have you lived in the United
24   States continually since then?
25       A.    Yes.
```

December 18, 2019                                    18

```
 1                    W. Zuluaga

 2        A.    And related subjects.

 3        Q.    I'm sorry, in mechanical

 4   engineering, that was your degree?

 5        A.    Management and related subjects.

 6        Q.    And did you obtain any other

 7   degrees from any other institutions?

 8        A.    No formal degrees, no.

 9        Q.    Now, turning back to your years

10   in Colombia, did you -- you said you were

11   born in Medellin.  Did you stay there for

12   your entire time in Colombia?

13        A.    Living in Medellin, yes.

14        Q.    And you mentioned your father.

15   Who else did you live with other than your

16   father when you were in Colombia?

17        A.    That would be my mother and my

18   brother and my sister.

19        Q.    And what is your mother's name?

20        A.    Gloria Balacio.

21        Q.    And what is your brother's name?

22        A.    Hoover, H-O-O-V-E-R, and we share

23   the same last name, Zuluaga.

24        Q.    And what is your sister's name?

25        A.    Gloria Parra, P-A-R-R-A.
```

```
1                    W. Zuluaga

2        Q.    And just lastly, your father's

3    name?

4        A.    Victor Zuluaga.

5        Q.    And are those four family members

6    still alive?

7        A.    Yes.

8        Q.    And do any of them continue to

9    reside in Colombia?

10       A.    Yes.

11       Q.    Do all of them continue to reside

12   in Colombia?

13       A.    No.

14       Q.    Who does not live in Colombia of

15   that group?

16       A.    My brother lives in the United

17   States, and my sister lives in the United

18   States currently.

19       Q.    But both your mother and father

20   continue to live in Colombia?

21       A.    Today, yes.

22       Q.    Did either of them ever live

23   outside of Colombia?

24       A.    Yes.

25       Q.    Who was that?
```

```
 1                     W. Zuluaga

 2        A.    Both of them.

 3        Q.    Okay.

 4              And when -- what period of time

 5    were they not in Colombia, did they not

 6    live in Colombia?

 7        A.    I don't remember the years.

 8    Early '90s, the best of my recollection.

 9        Q.    Where did they live in the early

10    '90s outside of Colombia?

11        A.    New York.

12        Q.    And how many years were they

13    living in New York?

14        A.    Best that I can recall, my father

15    lived here initially, I believe, two years,

16    and later on he came back and lived here

17    another two years, but I may be off.  It

18    was a number of years ago.

19        Q.    And how about your mother?

20        A.    She lived here 20 years perhaps.

21    A long time.

22        Q.    When did she move back to

23    Colombia?

24        A.    I don't recall.

25        Q.    Was it in the last decade?
```

December 18, 2019                           21

                    W. Zuluaga

1

2        A.    I believe it was probably more

3   than the last decade.

4        Q.    And when your mother was living

5   in the United States, did you and she work

6   together at all?

7        A.    No.

8        Q.    Did your father ever work with

9   you while he was here?

10        A.    No.

11        Q.    Now, you were in Colombia until

12   11th grade, is that correct, or

13   approximately then?

14        A.    Yes, about.

15        Q.    Okay.

16              And did your family have a

17   television set in those years that you were

18   there?

19        A.    Just the last few years.

20        Q.    And were there supermarkets in

21   the area where you lived?

22        A.    Not big supermarkets, no.

23        Q.    There were food stores?

24        A.    Yes.

25        Q.    Did you ever do the shopping for

1                    W. Zuluaga

2    the family while you were there?

3        A.    No.

4        Q.    Did you ever do shopping for the

5    family?

6        A.    No.

7        Q.    Did your mother do that?

8        A.    Best of my knowledge.

9        Q.    The products that your company

10   makes, that LatinFood makes now, just

11   generally what are those products?

12       A.    We don't make anything actually

13   right now.

14       Q.    The products that you sell.

15       A.    Okay.  Generally speaking, we

16   sell food perishable and non-perishable

17   food items.

18       Q.    What type of food items do you

19   sell?

20       A.    We have snacks.  We have

21   groceries.  We have brown sugar.  We have

22   beverages.  We have processed meats.  I may

23   be missing a few.

24       Q.    Were those all products you

25   consumed when you lived in Colombia?

```
 1                W. Zuluaga

 2      A.    No.

 3      Q.    So you didn't consume any of

 4   those types of products when you lived in

 5   Colombia?

 6      A.    I don't remember any of those,

 7   no.

 8      Q.    So snacks, groceries, processed

 9   meats, you don't recall whether you

10   consumed any of them?

11      A.    Well, we consumed panela, it's

12   like hard brown sugar, but if you can be

13   more specific, perhaps I can --

14      Q.    Well, how about you say processed

15   meats.

16      A.    Uh-huh.

17      Q.    Like sausages, did you ever eat

18   processed sausages when you were in

19   Colombia?

20      A.    No.

21      Q.    Did you ever eat any processed

22   meats?

23      A.    Not while in Colombia, no.

24      Q.    Did you ever eat Chorizo when you

25   were in Colombia?
```

1                    W. Zuluaga

2        A.     Sorry?

3        Q.     Chorizo?

4        A.     Chorizo, no -- well, it wasn't a

5    food that we have custom in our house.

6        Q.     Were you aware that other people

7    ate that when you were in Colombia?

8        A.     I was aware of the product.

9        Q.     Okay.

10               And how about salchicha?

11       A.     Yes.

12       Q.     Is that a product you ate when

13   you were in Colombia?

14       A.     Yes.

15       Q.     What is salchicha?

16       A.     It's like a sausage, but

17   processed differently.

18       Q.     And all salchicha, were there any

19   other kinds of sausages that you ate when

20   you were in Colombia?

21       A.     Not that I can remember.

22       Q.     And what brand of salchicha do

23   you recall eating when you were in

24   Colombia?

25       A.     I don't know.

```
 1                    W. Zuluaga

 2        Q.    Did you -- again, in all the

 3   years until you were through 11th grade, do

 4   you recall seeing television advertisements

 5   for food products?

 6        A.    No.

 7        Q.    Do you recall ever seeing any

 8   food products in food stores around where

 9   you lived?

10        A.    Food products such as?

11        Q.    Such as salchicha.

12        A.    The only stores near my house

13   didn't carry those type of products.

14        Q.    Well, I'm not talking about just

15   near your house.  I mean, you were there

16   for quite a few years, right?

17        A.    I don't remember, no.

18        Q.    So you don't remember ever going

19   into a store and seeing salchicha being

20   sold?

21        A.    No.

22        Q.    And you never recalled seeing any

23   television advertisements for any type of

24   processed meats, is that correct?

25        A.    That is correct.
```

December 18, 2019                                    26

```
1                    W. Zuluaga

2       Q.    Did you ever purchase any

3  salchicha when you were in Colombia?

4       A.    No.

5       Q.    So when you ate it, had it been

6  purchased by your mother?

7       A.    I presume.

8       Q.    So when you left Colombia, were

9  you approximately 17 years old?

10       A.    Around.

11       Q.    Okay.

12             And in the 17 years that you were

13  living in the Medellin area in Colombia,

14  did you ever see any products advertised by

15  Industria?

16       A.    I don't remember, no.

17       Q.    Do you ever recall seeing any

18  product sold in Colombia with the Zenu

19  brand?

20       A.    I don't remember seeing any.

21       Q.    Do you ever remember seeing in

22  those years, ever remember seeing any

23  products sold in the Ranchera brand?

24       A.    I don't remember seeing any.

25       Q.    When you were in Colombia, do you
```

```
 1                    W. Zuluaga

 2   recall ever discussing Zenu or Ranchera

 3   with your mother?

 4        A.    No.

 5        Q.    Do you ever recall discussing

 6   those two brands with anyone else while you

 7   were in Colombia?

 8        A.    I do not, no.

 9        Q.    Are you aware of or can you

10   recall any brands for food products that

11   you saw while you were in Colombia?

12        A.    I can't.

13        Q.    And you mentioned your brother

14   was named Hoover, is that correct?

15        A.    Correct.

16        Q.    Has he ever gone by the name

17   Hoober, with a B?

18        A.    Yes.

19        Q.    Has he ever gone by any other

20   names that you're aware of?

21        A.    Not that I'm aware of.

22        Q.    Do you know why sometimes he used

23   Hoover and sometimes used Hoober?

24             MR. INGBER:  Objection as

25        relevancy of his brother.
```

```
 1                    W. Zuluaga

 2              MR. RAYMOND:  We'll get to that.

 3         A.    I'm not aware of him using a

 4    different name or a different form of his

 5    name.

 6         Q.    Which one do you call him when

 7    you speak to him?  Do you call him Hoober

 8    or Hoover?

 9         A.    In Spanish, we don't make that

10    big a difference on the two B's as we do in

11    English.  So I call him Hoober.

12         Q.    And does he -- has he ever worked

13    for LatinFood?

14         A.    No.

15         Q.    Has he ever worked for any

16    company that you were involved with?

17         A.    We co-owned a company for a

18    bakery.  That's it.

19         Q.    What was the name of that

20    company?

21         A.    Zuluaga Food Services.

22         Q.    Is that company still in

23    existence?

24         A.    Yes, that I know of.

25         Q.    And you mentioned that that
```

```
 1                W. Zuluaga

 2    company ran a bakery, is that correct?

 3        A.    Yes.

 4        Q.    One bakery?

 5        A.    Yes.

 6        Q.    And what was the name of that

 7    bakery?

 8        A.    Paisa Pan Bakery, P-A-I-S-A,

 9    P-A-N, Bakery.

10        Q.    And where is Paisa Pan Bakery

11    located?

12        A.    Long Island, New York.

13        Q.    What town in Long Island?

14        A.    Farmingville.

15        Q.    And is that bakery still open?

16        A.    As far as I know.

17        Q.    Are you still involved with it at

18    all?

19        A.    I am not.

20        Q.    Is your brother still involved

21    with it?

22        A.    As far as I know.

23        Q.    Does he run it?

24        A.    I don't know.

25        Q.    During the years that you were
```

```
 1                   W. Zuluaga

 2    getting the degrees that we talked about

 3    this morning, did you, were you also

 4    employed?

 5         A.    Yes.

 6         Q.    And where were you employed

 7    during those years?

 8         A.    I believe I was at Air Industries

 9    Machining.

10         Q.    What was the name again?

11         A.    Air Industries Machining.

12         Q.    What business were they in?

13         A.    Manufacturing.

14         Q.    Manufacturing of what?

15         A.    Aircraft components and some

16    assemblies.

17         Q.    And how long did you work for

18    that company?

19         A.    Initially, at that time?

20         Q.    Yes.

21         A.    I believe I was with them 10 to

22    12 years.

23         Q.    So just trying to pin this down.

24    You were born in 1968 and you believe you

25    came to the United States around age 17, so
```

1                    W. Zuluaga

2       Q.    Was it more than 10 years?

3       A.    No.

4       Q.    More than 5 years?

5       A.    No.

6       Q.    And after that acquisition, where

7    did you go?

8       A.    I stayed with the company who

9    acquired them, Aljo Gefa, for a number of

10   years.

11      Q.    Approximately how many?

12      A.    Around maybe three years.

13      Q.    And do you know what year you

14   left their employ?

15      A.    I don't remember.  It was early

16   2000s.

17      Q.    Where did you go to work after

18   leaving Aljo Gefa?

19      A.    I went back to Air Industries

20   Machining.

21      Q.    And how long did you work there

22   again?

23      A.    I was there, I want to say, about

24   seven years, give or take.

25      Q.    What was your position during

```
 1                W. Zuluaga

 2    those seven years?

 3        A.    Director of production.

 4        Q.    What were you producing?

 5        A.    We were manufacturing aircraft

 6    components and assemblies.

 7        Q.    And during this period of time in

 8    the, I guess now mid 2000s, were you doing

 9    anything else to make money other than this

10    job at Air Industries?  Did you have any

11    sort of side business or any other

12    employment?

13        A.    Yes.  I was teaching DOS at the

14    time, DOS, the computer system.

15        Q.    Where did you teach DOS?

16        A.    Central Islip, somewhere in

17    Central Islip, there was a place in Central

18    Islip.

19        Q.    And you did that just to be

20    making some extra money while you worked at

21    Air?

22        A.    Yes.

23        Q.    Any other outside employment

24    other than that?

25        A.    That I can remember, no.
```

```
 1                    W. Zuluaga

 2       Q.    And what year did you leave Air

 3  Industries the second time?

 4       A.    About 2010, give or take.

 5       Q.    And what was the next place you

 6  went to work?

 7       A.    I founded HWZ Distributors.

 8       Q.    And is it correct that HWZ stood

 9  for Hoober Wilson Zuluaga?

10       A.    Correct.

11       Q.    And is that -- did your brother

12  Hoober work with HWZ as well?

13       A.    No.

14       Q.    Why did you put his name in the

15  lettering?

16       A.    He had an interest on it.  He was

17  an investor interest on it.

18       Q.    So he was a part owner, but he

19  didn't work for the company?

20       A.    Right, he didn't work for the

21  company.

22       Q.    Okay.

23             What other -- were there any

24  other owners other than your brother?

25       A.    No.
```

```
 1                      W. Zuluaga

 2              THE WITNESS:  Can I take a break?

 3              MR. RAYMOND:  Yes, sure.

 4              THE WITNESS:  Now?

 5              MR. RAYMOND:  Oh, sure, yes.

 6              THE VIDEOGRAPHER:  Going off the

 7       record.  The time is 10:54 a.m.

 8              (Recess taken from 10:54 a.m. to

 9       11:02 a.m.)

10              THE VIDEOGRAPHER:  The time is

11       11:02 a.m.  We are back on the record.

12      BY MR. RAYMOND:

13          Q.   Mr. Zuluaga, just before the

14      break you mentioned that in around 2010 you

15      founded HWZ Distributors, is that correct?

16          A.    Yes.

17          Q.   And were you and your brother the

18      owners of that company?

19          A.    We co-owned it, yes.

20          Q.   Were there any other owners other

21      than you and your brother?

22          A.    No.

23          Q.   Now, have you ever gone by any,

24      you personally gone by any names other than

25      Wilson Zuluaga?
```

December 18, 2019                                          56

```
 1                  W. Zuluaga

 2     official capacity of that corporation, only

 3     Jack.

 4         Q.    And LatinFoods, what name do you

 5     use with respect to your involvement with

 6     LatinFoods?

 7         A.    I haven't changed the name on

 8     those documents to Jack Wilson.

 9         Q.    I'm not just talking about

10     documents.  I'm talking about generally

11     with respect to that, any operations of

12     LatinFoods, do you always use Wilson

13     Zuluaga or do you sometimes use Jack

14     Wilson?

15             MR. INGBER:  Objection.  He's

16         asked you to be specific instead of

17         talking about generalities.

18             MR. RAYMOND:  Right.  That's what

19         I'm trying to be.

20         A.    Such as what?

21         Q.    In any way.  Have you ever used

22     the name Jack Wilson in connection with the

23     business of LatinFoods?

24         A.    I have a bank account with the

25     name of Jack Wilson in connection to
```

```
 1                    W. Zuluaga

 2   LatinFoods.  So the answer is yes.

 3       Q.    Okay.

 4             And do you also have bank

 5   accounts in connection to LatinFoods that

 6   use the name Wilson Zuluaga?

 7       A.    I have my old account that I

 8   never changed the name, yes.

 9       Q.    Okay.

10             But as you take new actions with

11   respect to LatinFoods, generally you use

12   the name Jack Wilson?

13       A.    Correct.

14       Q.    Okay.

15             Now, you mentioned earlier the

16   company HWZ Distributors, Inc.  That

17   company was established around 2010, you

18   said, is that correct?

19       A.    Best of my recollection, yes.

20       Q.    And what was that company set up

21   to do, what business were they set up to

22   do?

23       A.    Distribution for food products.

24       Q.    What type of food products?

25       A.    Perishables and non-perishable
```

```
 1                    W. Zuluaga

 2    food products.

 3        Q.    Can you be more specific?  What

 4    type of non-perishable food products?

 5        A.    We used to distribute panela,

 6    which is that hard brown sugar.

 7    Guava-based snacks.  Beverages.

 8        Q.    Anything else?

 9        A.    There's probably more, I just

10    don't remember.

11        Q.    How about meat products, any of

12    those?

13        A.    Yes, I believe so.

14        Q.    What kind of meat products?

15        A.    Sausages.

16        Q.    Anything else?

17        A.    I'm probably leaving out some.  I

18    don't remember.

19        Q.    And what kind of sausages did HWZ

20    Distributors --

21        A.    At the time, I believe we

22    distributed raw sausages.

23        Q.    And did any of those sausages

24    have a Spanish name?

25        A.    Chorizo, yes.
```

1                       W. Zuluaga

2          Q.     Any name other than Chorizo used

3    by HWZ for any of its meat products?

4          A.     Such as?

5          Q.     Any.

6          A.     For the sausages?

7          Q.     For any meat products.

8          A.     I don't remember.  I don't know

9    exactly what you're asking.

10         Q.     You use the word Chorizo.  What

11   is the English translation of Chorizo?

12         A.     It's a meat sausage.

13         Q.     Okay.

14                And are there other types of meat

15   sausages other than Chorizo?

16         A.     That were distributed by HWZ?

17         Q.     Well, in general, are there other

18   types that you're aware of?  We'll get to

19   HWZ in a moment, but...

20         A.     Blood sausages, Morcilla,

21   M-O-R-C-I-L-L-A.

22         Q.     Any other ones?

23         A.     I don't know.  I might be leaving

24   some out.

25         Q.     How about salchicha?

```
 1                      W. Zuluaga

 2        A.    That's like a flank, like a hot

 3   dog.

 4        Q.    Is a salchicha, is it a Chorizo,

 5   is it a type of Chorizo or is it a

 6   different thing?

 7        A.    My understanding is that it's not

 8   considered a Chorizo.

 9        Q.    Okay.

10             So other than Chorizo and

11   salchicha, is there any other type of

12   sausage meat products that you're aware of?

13        A.    Morcilla, I just said.

14        Q.    Sorry, right, Morcilla.

15             Any other ones?

16        A.    No others come to mind right now.

17        Q.    Okay.

18             Were there any other ones that

19   were distributed by HWZ, to your knowledge?

20        A.    At the time, I don't think so.

21   The best that I can remember, that was

22   primarily Chorizo.

23        Q.    And where did HWZ distribute its

24   products?

25        A.    New York.
```

```
 1                    W. Zuluaga

 2        Q.    Only in New York?

 3        A.    Well, the tri-state area, New

 4   York, New Jersey and Connecticut.

 5        Q.    Was there a type of consumer that

 6   HWZ targeted for its products?

 7        A.    Generally speaking, Hispanics.

 8        Q.    And how long was HWZ in -- how

 9   long was it in existence?

10        A.    I believe somewhere around four

11   years or so, three to four years.

12        Q.    So it existed from 2010 to 2014,

13   somewhere in that --

14        A.    That sounds about right.

15        Q.    Okay.

16              And you said that you and your

17   brother were owners, but your brother

18   didn't work there.  How many employees were

19   there other than yourself?

20        A.    Various, various types.

21        Q.    And did your brother ever work at

22   the company through that four-year period?

23        A.    No.

24        Q.    And why was the company dissolved

25   in or around 2014?
```

```
 1                    W. Zuluaga
 2       A.    At the time it was dissolved --
 3   there is a word -- insolvency, I believe it
 4   is.
 5       Q.    So the company became insolvent?
 6       A.    Right, the company became
 7   insolvent.
 8       Q.    And where did HWZ -- did HWZ
 9   manufacture the products it sold?
10       A.    No.
11       Q.    Where did it get the products
12   that it sold?
13       A.    Which products?
14       Q.    The meat products, where did it
15   get the meat products?
16       A.    The sausages we purchased at a
17   local butcher shop.
18       Q.    And that was in New York,
19   somewhere in New York?
20       A.    Yes, Long Island.
21       Q.    Was that around Farmingdale?
22       A.    No.
23       Q.    Where in Long Island?
24       A.    Freeport, if I remember
25   correctly.
```

                        W. Zuluaga

1

2         Q.      And where did it obtain the other

3    products that it sold?

4         A.      Which products?

5         Q.      Well, the ones you mentioned,

6    panela, guava-based --

7         A.      The panela came from Florida.

8    The guava-based snacks -- a lot of them

9    initially came in from Florida.

10        Q.      Okay.

11               And it became insolvent because

12   the business didn't go well, is that -- or

13   was this a -- strike that.

14               How did the company become

15   insolvent?

16        A.      The business didn't produce, it

17   didn't go well.

18        Q.      And during that period of 2010 to

19   2014 were you involved with any other

20   companies?

21        A.      That I can remember, no.  Hold

22   on, I worked -- sorry, strike that.  I

23   worked part-time at a small company called

24   Copy Machine for a short period of time.

25        Q.      So from the period 2010 to 2014,

```
 1                    W. Zuluaga

 2   was HWZ the only company you were involved

 3   with which distributed meat products?

 4       A.    On 2013, I started or I founded

 5   LatinFood.  So from 2013 on, I was involved

 6   in LatinFood U.S. Corp.

 7       Q.    So for some period of time you

 8   had both companies in operation,

 9   LatinFood --

10       A.    No, from 2013 on, the company HWZ

11   was winding down, we were filing for a

12   provision to close and so on and so forth.

13       Q.    Okay.

14             And again, in that period 2010 to

15   2014, were there any other food

16   distribution companies you were involved

17   with other than HWZ and LatinFood?

18       A.    That I can remember, no.

19       Q.    What about Zenu Products U.S.,

20   Inc., did that exist during that period of

21   time?

22       A.    No.

23       Q.    Are you aware of that name?

24       A.    I'm sorry, Zenu Products what?

25       Q.    Zenu Products U.S., Inc.?
```

```
 1                 W. Zuluaga

 2        A.    That sounds like my d/b/a.  It

 3   doesn't ring a bell other than that.

 4        Q.    All right.

 5             So again, so from 2010 to 2014,

 6   you were involved with HWZ and

 7   LatinFoods -- or LatinFood.  Was there any

 8   other company that you can recall during

 9   that period of time that you were involved

10   with that distributed meat products?

11        A.    That I can remember, no.

12        Q.    Okay.

13             Did HWZ ever distribute any

14   products using the name Zenu?

15        A.    Not to my knowledge.

16        Q.    Did HWZ ever distribute any

17   products using the name Ranchera?

18        A.    No, I beg your pardon.  HWZ, when

19   you say using the name, using the name as

20   the business name or the brand?

21        Q.    Well, my question was did HWZ

22   distribute any products that used the name

23   Zenu?

24        A.    Yes.

25        Q.    When did it do that?
```

```
1                    W. Zuluaga

2         A.    We began, or I began working with

3    those products early 2011 that I can

4    recall.

5         Q.    The question is did HWZ ever

6    distribute or sell any product using the

7    name Zenu?

8         A.    Yes.

9         Q.    And what product is that?

10        A.    Chorizo.

11        Q.    Okay.

12              And when did HWZ first distribute

13   a product using -- just first use --

14   distribute a Chorizo using the name Zenu?

15        A.    2011.

16        Q.    What else can you tell me about

17   that product?

18        A.    What else would you like to know?

19        Q.    What was it?

20        A.    Chorizo sausage.

21        Q.    You used the name Zenu?

22        A.    Correct.

23        Q.    Was that on the packaging?

24        A.    Yes.

25        Q.    Do you have any photographs of
```

```
 1                    W. Zuluaga

 2    that?

 3         A.    I don't think so.

 4         Q.    Do you have any copies of the

 5    packaging?

 6         A.    Not at this point, I don't.

 7         Q.    Okay.

 8               And how much of that did you

 9    sell?

10         A.    I don't remember.

11         Q.    Did you sell any of them?

12         A.    Any of them, yes.

13         Q.    Okay.

14               And to whom did you sell, did HWZ

15    sell the Zenu Chorizo?

16         A.    Some bakeries, restaurants

17    mostly.

18         Q.    And could you give me the name of

19    those bakeries or restaurants?

20         A.    I don't remember.

21         Q.    Can you give me the name of any

22    one of them?

23         A.    I don't remember at this point.

24         Q.    You can't remember a single one

25    that you sold these products to?
```

1              W. Zuluaga

2              MR. INGBER:  Objection.  Asked

3       and answered.

4       A.     Correct.

5       Q.     How many did you sell?

6       A.     I don't know.

7       Q.     How much money did you make

8    selling the Zenu Chorizo?

9       A.     I don't have any numbers in front

10   of me.

11      Q.     Okay.

12      A.     I don't remember.

13      Q.     Are you aware of any document

14   anywhere that would support your claim that

15   you sold Zenu-branded Chorizo through HWZ

16   in 2011?

17      A.     I don't have anything in front of

18   me that would say that, so I don't know.

19      Q.     I'm asking you if you're aware of

20   any document anywhere, not in front of you,

21   anywhere, that shows that HWZ sold a Zenu

22   Chorizo to anyone?

23      A.     Not that I'm aware of right now.

24      Q.     You keep saying "right now."  I'm

25   asking you, do you know of any?

```
 1                    W. Zuluaga

 2        A.    No, I don't.

 3        Q.    And where are the records of HWZ?

 4        A.    Which type of records?

 5        Q.    Any records.

 6        A.    Which, the financial records?

 7        Q.    Any records, any of those or

 8   anything else?

 9        A.    I'll have to search.  Right now,

10   I don't know.  I wasn't prepared to answer

11   that question.

12        Q.    Are you aware, sitting here

13   today, of the location of any documents

14   that relate to HWZ's sale of Zenu-branded

15   Chorizo?

16        A.    I have possible locations, but

17   I'd have to search.

18        Q.    You have possible locations.  But

19   I'm saying are you aware, sitting here

20   today, of any actual documents that support

21   your claim that HWZ sold Zenu-branded

22   Chorizo in 2011?

23             MR. INGBER:  Objection.  Asked

24        and answered in many different

25        formats.
```

1              W. Zuluaga

2              MR. RAYMOND:  I don't think so.

3         A.    No.

4         Q.    And in the trademark application

5    in which LatinFood filed for the Zenu

6    brand, you stated that the first use of

7    that trademark was in 2011.

8              Is it this use that you're

9    referring to, the alleged sale by HWZ?

10        A.    Yes.

11        Q.    Was there any sale by LatinFood

12   in 2011 that you're aware of?

13        A.    LatinFood didn't exist at the

14   time.  This LatinFood you're referring to,

15   my company today, was not incorporated in

16   2011.

17        Q.    Okay.

18              Just so we're clear, the sale

19   you're referring to in that trademark

20   application that -- sorry, the first use

21   that you claimed in that trademark

22   application in 2011, was this sale or sales

23   that you've referred to by HWZ?

24        A.    Yes.

25        Q.    Okay.

```
 1                    W. Zuluaga
 2              And the brand name Ranchera, was
 3    that ever used by HWZ?
 4        A.    Yes.
 5        Q.    And what did HWZ sell with the
 6    Ranchera name on it?
 7        A.    At the time we, I began to sell
 8    smoked sausages.
 9        Q.    When was that?  When was the
10    first such sale?
11        A.    Best that I can recall somewhere
12    around a year after, so probably 2012.
13        Q.    And was it HWZ that did those
14    sales?
15        A.    Yes.
16        Q.    So around 2012, HWZ sold sausages
17    using the Ranchera brand name, is that
18    correct?
19        A.    Correct.
20        Q.    And can you tell me where there
21    are any records that might support that
22    allegation?
23        A.    No.
24        Q.    Now, you said that HWZ became
25    insolvent, correct?
```

1                    W. Zuluaga

2        A.      That's why we closed it, yes.

3        Q.      And was there a bankruptcy

4    proceeding filed?

5        A.      No.

6        Q.      Was there any type of state

7    insolvency proceeding filed?

8        A.      I don't understand "state

9    insolvency."  What do you mean by that?

10       Q.      Was anything filed with the State

11   of New York saying that the company had

12   been insolvent?

13       A.      Yes.

14       Q.      And it was in New York where you

15   did that?

16       A.      Correct.

17       Q.      Okay.

18               Was any type of trustee or other

19   person appointed to watch over the

20   insolvency of the company?

21       A.      No.

22       Q.      Were you in charge of the

23   insolvency?

24       A.      I was in charge of the company.

25       Q.      But is it correct that no one

```
 1                    W. Zuluaga

 2    else?

 3         A.    Explore.  As I remember, that's

 4    mostly it.

 5         Q.    And the meat products that were

 6    sold by HWZ, did you intend to distribute

 7    the same sort of meat products through

 8    LatinFood?

 9         A.    Yes.

10         Q.    And were there any additional

11    meat products you planned to have LatinFood

12    distribute?

13         A.    Yes.

14         Q.    What were the additional ones?

15         A.    Salamis, ham, Mortadella which is

16    a Spanish round ham -- there might be some

17    others.

18         Q.    Were there any other sausage

19    products you intended to have LatinFood

20    distribute?

21         A.    Yes.

22         Q.    What kind of sausage products?

23         A.    Chorizo, Mexican, Argentinian,

24    Colombian, Salvadorian, Ecuadorian.

25         Q.    So you wanted to expand the list
```

1              W. Zuluaga

2    of Chorizo that HWZ had distributed?

3        A.    Yes.

4        Q.    And did you have the same sort of

5    target audience, if you will, or target

6    consumers, the Hispanic community?

7        A.    I wanted to expand customer base

8    as well.

9        Q.    And expanding it to what?

10       A.    To include additional, you know,

11   primarily Hispanics, but I also wanted to

12   expand from that base.

13       Q.    And when you say "Hispanic," did

14   you include in that group people who had

15   come from these various South American

16   countries?

17       A.    Well, that would be the

18   Hispanics.

19       Q.    Right.

20       A.    Right.

21       Q.    But did Hispanics include people

22   who had lived in South America and moved to

23   the U.S. or was it next generation?

24       A.    I don't have a strategic plan for

25   that, just generally Hispanic community.

```
 1                  W. Zuluaga

 2        Q.    Okay.

 3             I guess what I'm asking is, did

 4    the Hispanic community you were targeting

 5    include people who had come from various

 6    South American countries and moved to the

 7    United States?

 8        A.    I don't know if they came from or

 9    where they came from.

10        Q.    Over the years, were you aware

11    that some of the customers of LatinFood

12    products were people who had come from

13    South America countries and moved to the

14    United States?  Were those included in your

15    customer base?

16        A.    I targeted and was aware that my

17    customer base was significantly Hispanic.

18    Where they came from or how they come

19    about, I'm not particularly aware of.

20        Q.    Okay.

21             Now, we spoke a little bit

22    earlier about the entity Zenu Products

23    U.S., Inc.  I think you said you thought

24    that might be a d/b/a.

25             Do you recall anything further
```

```
 1                    W. Zuluaga

 2        A.    At what point did I stop my

 3   involvement with -- I was never really

 4   involved with the bakery.  Running was my

 5   brother running it.  I never --

 6        Q.    Okay.

 7        A.    I was never involved in running

 8   the bakery.

 9        Q.    Were you an owner at any time of

10   the bakery?

11        A.    Yes.

12        Q.    And are you still an owner?

13        A.    No.

14        Q.    At what point did you stop being

15   an owner?

16        A.    I believe it was around 2010 -- I

17   don't remember.  I don't want to speculate.

18   I'm sorry.

19        Q.    And to your knowledge, is your

20   brother still running the bakery?

21        A.    I don't know.

22        Q.    Do you speak to your brother

23   regularly?

24        A.    No.

25        Q.    Do you speak to him at all?
```

```
1                    W. Zuluaga

2        A.    Almost never.

3        Q.    Did you have a falling out with

4   your brother?

5        A.    With his wife.

6        Q.    And when, approximately, did that

7   happen?

8        A.    I don't remember specifically

9   when that happened.  It was just something

10  that developed.

11       Q.    Was that prior to 2013?

12       A.    Yes.

13       Q.    And did you transfer your

14  ownership interest in the bakery to your

15  brother?

16       A.    Yes.

17       Q.    Did he pay you for it?

18       A.    Yes.

19       Q.    And at the time that you were

20  still an owner, did the bakery sell

21  products to the Hispanic community as well?

22       A.    That was a Hispanic bakery.

23       Q.    And did it sell products that

24  came from South American countries?

25       A.    At some point, yes, some
```

```
 1                    W. Zuluaga

 2    products.

 3         Q.    Okay.

 4               Would that include Colombian

 5    products?

 6         A.    Yes.

 7         Q.    Are you familiar with a company

 8    named Two Way Solutions?

 9         A.    Yes.

10         Q.    And what is that company?

11         A.    That company is one of my

12    suppliers in Colombia.

13         Q.    When you say your supplier, you

14    mean LatinFood's supplier?

15         A.    Correct.

16         Q.    And what does Two Way Solutions

17    provide to LatinFoods?

18         A.    Beverages, snacks, other various

19    products.

20               THE WITNESS:  I'm sorry, may we

21         stop for a quick two minutes?

22               MR. RAYMOND:  Yes.

23               THE VIDEOGRAPHER:  Going off the

24         record.  The time is 12:02 p.m.

25               (Recess taken from 12:02 p.m. to
```

```
 1                    W. Zuluaga

 2    it was called, supply goods to HWZ before

 3    LatinFoods?

 4         A.    Yes.

 5         Q.    And did it supply the same types

 6    of products that it now supplies to

 7    LatinFood?

 8         A.    Generally speaking, yes.

 9         Q.    Was there any legal relationship

10    between the U.S. HWZ and the Colombian HWZ?

11         A.    No.

12         Q.    Have you ever heard of the

13    company Un Solo Provodor?

14         A.    I don't know.  I don't remember.

15         Q.    You've never heard that name?

16         A.    I might have.  It just doesn't

17    ring a bell.

18         Q.    So you're not aware of LatinFoods

19    ever ordering any products from a company

20    with that name?

21         A.    I don't remember specifically.

22    No, I don't remember.

23         Q.    Okay.

24              Now you stated that LatinFoods

25    came into existence in around 2013.  Was it
```

```
 1                  W. Zuluaga

 2    incorporated in that year, to your

 3    knowledge?

 4        A.    Yes.

 5        Q.    And you're the sole owner -- have

 6    you been the sole owner since its

 7    inception?

 8        A.    Yes.

 9        Q.    Okay.

10              And today what kind of

11    products -- what products does it sell?

12        A.    Which company?

13        Q.    LatinFood.

14        A.    We just went through this.  I get

15    panela, snacks, other groceries, meat

16    products, flour, corn.

17        Q.    And approximately how many

18    employees does the company have today?

19        A.    Including myself, six.

20        Q.    Now, you stated a little while

21    ago that one of the things you were

22    considering in establishing LatinFoods was

23    to start to manufacture some products.

24              Has LatinFoods -- does LatinFoods

25    manufacture any products today?
```

```
 1                   W. Zuluaga

 2        A.    No.

 3        Q.    Okay.

 4              Do you still intend to turn it

 5   into a manufacturer at some point?

 6        A.    That's one of my plans, yes.

 7        Q.    Okay.

 8              But as of today, you still just

 9   distribute products manufactured by others?

10        A.    Correct.

11        Q.    And do you actually retain

12   companies to manufacture products for

13   LatinFoods?

14        A.    Yes.

15        Q.    And how many companies actually

16   manufacture products for LatinFood?

17        A.    Can you be a little more

18   specific, please?

19        Q.    How many companies manufacture

20   product for LatinFoods to distribute?

21        A.    Here in the United States?

22        Q.    Yes.

23        A.    A handful, four, five perhaps,

24   six.

25        Q.    Okay.
```

1              W. Zuluaga

2          And Cibao Meats is one of those

3    companies?

4      A.    Yes.

5      Q.    What does Cibao Meats manufacture

6    for LatinFood?

7      A.    Today, they manufacture salamis.

8      Q.    And did they previously

9    manufacture anything other than salamis?

10     A.    Yes.

11     Q.    What was that?

12     A.    Sausages.

13     Q.    When did they stop manufacturing

14   sausage for LatinFood?

15     A.    I don't remember when.  It was a

16   short period of time.  They manufactured it

17   for a short period of time.

18     Q.    Okay.

19          And why did they stop

20   manufacturing sausages for LatinFood?

21     A.    I found another manufacturer.

22     Q.    What manufacturer was that?

23     A.    Arnold's Meat.

24     Q.    And where are they located?

25     A.    They have a location in

```
 1                    W. Zuluaga
 2     Pennsylvania and they have a location in
 3     Brooklyn.
 4          Q.    And does LatinFood distribute
 5     products using the Zenu -- or Zenu and
 6     Ranchera brands?
 7          A.    Yes.
 8          Q.    When did you first decide to use
 9     the Zenu brand?
10          A.    I want to say early 2011.
11          Q.    And how did that come about?
12          A.    How did what come about, the
13     decision to use it?
14          Q.    Yes, how did it come about that
15     you decided to use the name Zenu?
16          A.    I wanted to distribute brands
17     that I owned.  So I wanted to come up with
18     a name for the meat products that were sold
19     and distributed.
20          Q.    And how did you go about deciding
21     to use that particular word Zenu?
22          A.    I came to different gyrations of
23     my last name and some of my family's
24     relatives' names.
25          Q.    By your family name, you mean the
```

```
 1                    W. Zuluaga

 2    name Zuluaga?

 3         A.    Zuluaga and I took into

 4    consideration some others at the time --

 5    but yes.

 6         Q.    Some other names?

 7         A.    Zuluaga, yes.

 8         Q.    And that was in early 2011 when

 9    you first came up with that idea?

10         A.    I don't know when I came up with

11    the idea.  It was late 2010, early 2011.

12         Q.    Okay.

13               And is it your testimony that at

14    that point in time you had never heard of

15    Industria's Zenu brand?

16         A.    Correct.

17         Q.    And you had never seen an

18    advertisement as of 2011 for Industria's

19    Zenu brand?

20         A.    Not that I can remember, no.

21         Q.    And you had never seen an

22    Industria Zenu-branded product in a store

23    in Colombia or elsewhere?

24         A.    Not that I can remember.

25               MR. RAYMOND:  I'm going to ask
```

1                    W. Zuluaga

2        the reporter to mark as Exhibit 10 a

3        trademark application for Zenu.

4                (Plaintiff's Exhibit 10,

5        Trademark application, marked for

6        identification, as of this date.)

7    BY MR. RAYMOND:

8        Q.    Have you seen this document

9    before?

10       A.    Yes.

11       Q.    And is this a printout of the

12   trademark application filed on your behalf

13   for Zenu mark?

14       A.    It appears to be.

15       Q.    And if you turn in a few pages,

16   there are a couple of photos of specimens

17   of Zenu mark.

18            Do you see those?

19       A.    Yes.

20       Q.    Okay.

21            And were those specimens filed

22   with this application?

23       A.    Not to my knowledge.  This is not

24   my specimen.

25       Q.    Did you file specimens with your

```
 1                    W. Zuluaga

 2    application?

 3        A.    USTM filed the application on my

 4    behalf.  I hired them to handle all the

 5    registration process.

 6        Q.    Okay.

 7              But you saw the application

 8    before it was submitted, did you not?

 9        A.    I did not.

10        Q.    And you're aware that this

11    application as specimens pictures of my

12    client's products, is that correct?

13        A.    I became aware through the course

14    of this process.

15        Q.    But you are aware now that this

16    application was filed with photographs of

17    my client's Zenu products, is that correct?

18        A.    That is correct.

19        Q.    Okay.

20              And, in fact, there were no

21    products in existence from LatinFoods

22    certainly in using the Zenu mark at that

23    time, is that correct?

24        A.    That is incorrect.

25        Q.    Okay.
```

```
 1                    W. Zuluaga

 2            You're saying that LatinFood had

 3     sold products using Zenu trademark in 2013?

 4       A.    Yes.

 5       Q.    Okay.

 6            When did they first sell such a

 7     product?

 8       A.    LatinFood or HWZ?

 9       Q.    Well, let's start with LatinFood.

10            MR. INGBER:  Well, this is an

11       HWZ --

12            MR. RAYMOND:  Let him answer the

13       question.

14            MR. INGBER:  This is an HWZ

15       application.

16            MR. RAYMOND:  Understood, but he

17       said that LatinFood had sold products

18       with Zenu.  I'm asking about that.

19       A.     2013, when it incorporated.

20       Q.    LatinFood started to sell

21     products with the Zenu nail?

22       A.    Yes.

23       Q.    And if there were such product,

24     why were those not used as samples for this

25     application?
```

```
 1                  W. Zuluaga

 2       A.    I learned later on that USTM

 3  didn't file the correct specimens with the

 4  application.  I provided the right

 5  specimens.  They didn't use them.

 6       Q.    And have you ever produced those

 7  specimens in this litigation?

 8       A.    Say the question again?

 9       Q.    Have you ever produced those

10  specimens in this litigation?

11       A.    These specimens, no.

12       Q.    And was this trademark

13  application granted, to your knowledge?

14       A.    To my knowledge, yes.

15       Q.    And do you know was it granted in

16  September of 2013?

17       A.    I believe it was.

18       Q.    Okay.

19             Now, you have seen the Industria

20  Zenu trademark, correct, today?

21       A.    Yes.

22       Q.    Okay.

23             So you're aware of Zenu's

24  trademark -- or Zenu's brand, we'll call it

25  that.
```

```
 1                     W. Zuluaga

 2             MR. INGBER:  Can you specify in

 3        the U.S. or what geography location?

 4   BY MR. RAYMOND:

 5        Q.    Have you ever seen -- you've seen

 6   Zenu's branded products by today, correct?

 7        A.    No.

 8        Q.    You've never seen a Zenu product?

 9        A.    Products, no.

10        Q.    Have you ever seen the Zenu brand

11   name?

12        A.    Yes.

13        Q.    Okay.

14             And would you agree that the Zenu

15   brand name is identical to the Zenu brand

16   name that you trademarked?

17        A.    That is not my specimen.

18        Q.    I'm not talking about the

19   specimen.  Forget the specimen.

20             Sitting here today, would you

21   agree that your Zenu product, what you

22   claim to be your Zenu trademark, is

23   identical to the Zenu brand that Industria

24   uses?

25             MR. INGBER:  Do you have a --
```

```
 1              W. Zuluaga

 2   BY MR. RAYMOND:

 3        Q.    You never got a registration at

 4   any time using that mark?

 5        A.    You said first "logo" and then

 6   you say "mark."  So please specify which is

 7   it, did I get it on this logo or on --

 8        Q.    Okay, you want to call this a

 9   logo.

10              Did you ever get a registration

11   on this logo?

12        A.    No.

13        Q.    Never?

14        A.    No.

15        Q.    Okay.

16              What Zenu mark did you get a

17   registration in?

18        A.    On my brand, on the word,

19   Z-E-N-U, the word.

20        Q.    Okay.

21              Have you used this logo?

22        A.    Yes.

23        Q.    In connection with a sale?

24        A.    Yes.

25        Q.    Right.
```

```
 1                    W. Zuluaga

 2               And it's your testimony that you

 3     came up with this logo on your own,

 4     correct?

 5          A.   Yes.

 6          Q.   Okay.

 7               So it's your testimony that it is

 8     just an incredible coincidence that you

 9     came up with exactly the same logo that

10     Industria has used for 50 years in

11     Colombia?  Is that your testimony?

12          A.   It's not the same logo.

13          Q.   Are these two the same or not?

14          A.   They're not the same.  There's

15     differences between them.

16          Q.   Okay, there are differences

17     between them.  What are the differences

18     between them?

19          A.   The angle is different.  The

20     thing over the U is different.  The

21     underline is different.  They appear to use

22     the same font, but that's a very regular

23     font.

24          Q.   Okay.

25               You say they're different.  So my
```

```
 1              W. Zuluaga
 2   question still is -- my question still is
 3   that it is your testimony under oath,
 4   sitting here today, that the similarities
 5   between these two are a complete
 6   coincidence, is that correct?
 7           MR. INGBER:  Objection.  There's
 8       no question.  What's the question?
 9           MR. RAYMOND:  Read it back.
10           (The requested portion was read
11       back by the Court Reporter.)
12           MR. INGBER:  Objection.
13       Argumentative also.
14   BY MR. RAYMOND:
15       Q.   Is it your testimony that the
16   similarities between these two logos are a
17   complete coincidence?
18       A.   I don't know.  I came up with the
19   logo based on what I came up with the logo.
20   Whether it's a coincidence or not, I don't
21   know.
22       Q.   Okay.
23           But it is your testimony under
24   oath, sitting here today, that you had
25   never seen the Industria Zenu logo at the
```

W. Zuluaga                    December 18, 2019                    109

```
 1                    W. Zuluaga

 2    time that you designed your Zenu logo, is

 3    that correct?

 4         A.    That is incorrect.

 5         Q.    That what?

 6         A.    Incorrect.

 7         Q.    It's incorrect?  So you had seen

 8    the Industria Zenu logo before you came up

 9    with your Zenu logo?

10         A.    Yes.

11         Q.    And where had you seen the

12    Industria Zenu logo?

13         A.    Probably on the net, internet.

14         Q.    Okay.

15              So, therefore, you copied the

16    Zenu logo, is that correct?

17              MR. INGBER:  Objection.

18         That's --

19              MR. RAYMOND:  Stop testifying.

20         Object or not objection.

21              MR. INGBER:  You didn't let me

22         finish my objection.  There's a lack

23         of foundation to everything you're

24         saying here.

25              MR. RAYMOND:  Good.  Good.
```

```
 1                    W. Zuluaga

 2        A.    I did not copy it, no.

 3        Q.    So again, it is coincidence that

 4   your logo came out exactly the same as the

 5   Industria Zenu logo?

 6               MR. INGBER:  Objection.  The same

 7        type of argumentative questions.

 8        They've been asked a number of times.

 9               MR. RAYMOND:  You're interfering

10        with this deposition.

11               MR. INGBER:  No, you're asking

12        the same question.

13               MR. RAYMOND:  You either direct

14        him not to answer or object to the

15        form.  That's what you're allowed to

16        do.

17               MR. INGBER:  I am objecting as to

18        form.  All my objections are limited

19        to form.

20   BY MR. RAYMOND:

21        Q.    All right.

22               So you had seen -- you had seen

23   Industria's Zenu logo before you created

24   yours?

25        A.    The logo.
```

1                    W. Zuluaga

2        Q.    You had seen the logo, yes?

3        A.    Yes.

4        Q.    Okay.

5              Previously in responses to

6    interrogatories and other things in this

7    case, you claimed that you had never seen

8    it before, but now you're claiming --

9        A.    But --

10       Q.    Let me finish -- now you're

11   admitting that you had seen the Industria's

12   Zenu logo before you came up with your Zenu

13   logo?

14             MR. INGBER:  Objection.  Assuming

15        facts not in evidence.

16   BY MR. RAYMOND:

17       Q.    Is that correct?  Is that your

18   testimony today?

19       A.    I don't know what you're saying

20   about what I testified to before, but had I

21   seen the logo when I came up with my logo?

22   Yes.

23       Q.    But it's your testimony that even

24   though you had seen the Industria Zenu

25   logo, the one you came up with is not a

1               W. Zuluaga

2     copy of that, is that correct?

3         A.    It's not a copy.  It's not an

4     exact copy, no.

5         Q.    It's not an exact copy, but it's

6     substantially similar, is it not?

7         A.    I don't think so.  It's not my

8     opinion.

9         Q.    Well, they're both in red, right?

10    You both use it in red, is that correct?

11        A.    Correct.

12        Q.    And they both have a large Z and

13    then a smaller E-N-U, is that correct?

14        A.    It's a cap Z and lower case,

15    correct.

16        Q.    And they both have an underlining

17    only under the E-N-U, is that correct?

18        A.    Correct.

19        Q.    And they both have an accent

20    going up only on the U, is that correct?

21        A.    Correct.

22        Q.    And they are both at exactly the

23    same angle moving up from left to right, is

24    that correct?

25        A.    No, that's not correct.

```
 1                    W. Zuluaga

 2        Q.    They don't both have an angle

 3   going up from left to right?

 4        A.    I don't see that here as being

 5   the same, no.

 6        Q.    You don't see that in Exhibit 11?

 7   What, you think one of these is flat or --

 8        A.    Yes, actually.

 9        Q.    Okay.

10              So isn't it correct then that you

11   essentially copied my client's Zenu logo?

12        A.    No.

13        Q.    How -- only because of the --

14   okay.

15              What is not copied?  What part of

16   your logo is not copied from Industria's

17   Zenu logo?

18        A.    I have a different angle.  I have

19   a different accent over the U.  And the

20   line under it is actually different.

21        Q.    Okay.

22              Those are the only differences?

23        A.    As I can tell from here from this

24   point, yes.

25        Q.    And were you concerned when you
```

```
 1                    W. Zuluaga

 2    filed the trademark registration and made

 3    use of a logo that was extremely similar,

 4    if not identical, to one that had been used

 5    for many, many years by Industria in

 6    Colombia?

 7        A.    When I filed the trademark

 8    registration, I had not seen this logo.

 9        Q.    You just said you had seen this

10    logo before you came up with your design of

11    Zenu.

12        A.    I did.  You're asking two

13    different questions.  Please specify.

14    You're talking about the trademark

15    registration or the logo?

16        Q.    Okay.

17              So your testimony is that your

18    trademark registration was only in the word

19    Zenu and not in this --

20        A.    Correct.

21        Q.    -- in this format?

22        A.    My initial registration, yes.

23        Q.    Even though the registration had

24    specimens that used this logo, in fact used

25    pictures of my client's version of that
```

```
 1                    W. Zuluaga

 2    logo, correct?

 3        A.    At the time, I wasn't aware of

 4    that, no.

 5        Q.    You weren't aware of it, but it

 6    was your trademark registration filed on

 7    behalf of your company and your name,

 8    correct?

 9        A.    I hired a company to handle all

10    the aspects of the registration process,

11    including investigation and everything that

12    was involved.  I didn't know what needed to

13    be done.

14        Q.    Okay.

15              But it was on behalf of your

16    company and you?

17        A.    It was unbeknownst to me that

18    they did.

19        Q.    It was unbeknownst to you, you

20    claim, but it was done on your behalf,

21    correct?

22        A.    I did not know about it.  It was

23    never my intention to deceive anybody with

24    this, no.

25        Q.    In fact, looking back at Exhibit
```

```
 1                    W. Zuluaga

 2        I'd like an answer to it.

 3              (The requested portion was read

 4        back by the Court Reporter.)

 5        A.    Yes.

 6        Q.    And you claim that at the time

 7   you came up with your Zenu mark, you had --

 8   you were completely unaware that Industria

 9   was selling products in Colombia using the

10   Zenu brand?

11        A.    Correct.

12        Q.    And even though you had spent 17

13   years in Colombia, you had never seen the

14   Zenu brand on any product, is that correct?

15              MR. INGBER:  Objection.  Asked

16        and answered.

17   BY MR. RAYMOND:

18        Q.    Is that correct?

19              MR. INGBER:  Asked and answered

20        ten times.  Badgering the witness.

21   BY MR. RAYMOND:

22        Q.    Is that correct?

23        A.    Correct.

24        Q.    And have you gone back to

25   Colombia at any time since you left at age
```

                    W. Zuluaga

1      17?

3      A.    Yes.

4      Q.    Okay.

5            How many times have you gone back

6      to Colombia since then?

7      A.    I don't know.

8      Q.    More than ten?

9      A.    No.

10     Q.    More than five?

11     A.    Probably more than five.

12     Q.    Okay.

13           And you visited your mother when

14     you were there?

15     A.    Yes.

16     Q.    And in those more than five,

17     between five and ten trips to Colombia,

18     again, you never saw any Industria

19     Zenu-branded product sold or advertised in

20     Colombia, is that correct?

21           MR. INGBER:  Same objection.

22     A.    Correct.

23     Q.    And you also claim that you came

24     up with the Ranchera mark on your own, is

25     that correct?

```
 1                    W. Zuluaga

 2        A.    Yes.

 3        Q.    And so are you aware that Zenu

 4   and Ranchera are Industria's two major

 5   brands in Colombia?

 6        A.    No, I wasn't aware of that.

 7        Q.    Okay.

 8              And is it your testimony that you

 9   had never seen any Industria Ranchera brand

10   product sold or advertised in Colombia

11   before you came up with your Ranchera mark?

12        A.    I haven't been in Colombia more

13   than a couple of days.  No, I haven't.

14        Q.    So no, you never seen that

15   before?

16        A.    No, I never seen it.

17        Q.    Okay.

18              So again, it is your testimony

19   that it is just a huge coincidence that you

20   happened to come up with Industria's two

21   major trademarks as your trademarks --

22   sorry, two major logos, we'll call them, as

23   your logos and trademarks to be used in the

24   United States, is that correct?

25        A.    That is correct.
```

1              W. Zuluaga

2         Do I need these anymore?

3    Q.    You should keep those, yes.

4         MR. INGBER:  What time is a good

5    time to break for lunch?

6         MR. RAYMOND:  Let me just get

7    through this one more document and

8    then we'll do that.

9         Let me ask the reporter to mark

10   as Exhibit 13 some handwritten notes

11   that have been produced in this case.

12          (Plaintiff's Exhibit 13,

13       Handwritten notes, marked for

14       identification, as of this date.)

15   BY MR. RAYMOND:

16   Q.    Mr. Zuluaga, we've marked as

17   Exhibit 13 several pages of handwritten

18   notes which your counsel produced to us in

19   this case.

20          Can you tell me what this

21   document is?

22   A.    This appears to be some of the

23   gyrations that I contemplated when coming

24   up with my brand Zenu.

25   Q.    And when did you create this

December 18, 2019

```
 1                    W. Zuluaga

 2    document?

 3         A.    I don't remember.

 4         Q.    Was it two years ago?

 5         A.    No.

 6         Q.    Was it more than two years ago?

 7         A.    Yes.

 8         Q.    How many more?

 9         A.    I don't remember when I came up

10    with the document.

11         Q.    Was it prior to the commencement

12    of this lawsuit?

13         A.    Oh, yes.

14         Q.    You're certain of that?

15         A.    Yes.

16         Q.    Okay.

17               Where were you when you created

18    this document?

19         A.    I don't remember.

20         Q.    Was there anybody with you when

21    you created this document?

22         A.    No.

23         Q.    Other than your counsel, has

24    anybody ever seen this document before you

25    produced it in this lawsuit?
```

```
1                   W. Zuluaga

2        A.    Not to my knowledge.

3        Q.    You never showed it to anyone at

4   LatinFood?

5        A.    No.

6        Q.    Did you ever show it to your

7   mother?

8        A.    No.

9        Q.    So you have no idea what year you

10  created this, correct?

11       A.    I don't, correct.

12       Q.    Was it prior to filing the

13  trademark registration application that we

14  marked earlier?

15       A.    I don't remember when I created

16  it.

17       Q.    So it might have been after you

18  filed the application?

19       A.    I don't remember.

20       Q.    Okay.

21            MR. RAYMOND:  All right.  It's

22       1:00.  So why don't we take a lunch

23       break.  How much time do you think you

24       need?

25            MR. INGBER:  45 minutes?
```

W. Zuluaga
December 18, 2019                                        132

1                    W. Zuluaga

2           MR. RAYMOND:  That's fine.

3           THE VIDEOGRAPHER:  Going off the

4      record.  The time is 12:59 p.m.

5           (Luncheon Recess taken at 12:59

6      p.m.)

7                    *   *   *

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    W. Zuluaga

 2           A F T E R N O O N   S E S S I O N

 3               (Time noted:  2:05 p.m.)

 4

 5               THE VIDEOGRAPHER:  The time is

 6        2:05 p.m.  We are back on the record.

 7               MR. RAYMOND:  Let me ask the

 8        reporter to mark as Exhibit 14 a

 9        one-page document with two logos on

10        it.

11               (Plaintiff's Exhibit 14, Document

12        with two Ranchera logos, marked for

13        identification, as of this date.)

14   BY MR. RAYMOND:

15        Q.    Mr. Zuluaga, I've handed you a

16   document which is both my client's Ranchera

17   logo and LatinFood's Ranchera logo.

18               Do you see that?

19        A.    I don't.

20        Q.    Do you recognize either of these

21   as a logo that you've used on LatinFood

22   products?

23        A.    No.

24        Q.    Do you claim to have designed

25   either of these logos?
```

December 18, 2019                                134

                    W. Zuluaga

1                   W. Zuluaga

2       A.    I didn't use any of this.

3       Q.    Neither of these have been used

4  on any LatinFood products, is that your

5  testimony?

6       A.    Correct.

7       Q.    But you do claim to have come up

8  independently with the mark Ranchera,

9  correct?

10      A.    Yes.

11      Q.    Okay.

12            And is it your testimony that you

13  did that without being aware of Industria's

14  use of the mark Ranchera?

15      A.    Correct.

16      Q.    When did you first become aware

17  that Industria did use the mark Ranchera?

18      A.    I first became aware sometime in

19  2013.

20      Q.    And how did that come about?

21      A.    If I remember correctly, there

22  was a communication from the USTM during

23  the process of my application that was

24  another brand out there similar to mine.

25      Q.    And what did you do to learn

```
 1                  W. Zuluaga

 2    about that brand?

 3        A.    I didn't.

 4        Q.    You didn't research it at all?

 5        A.    No.

 6        Q.    You didn't Google Ranchera or --

 7        A.    At that time I don't remember

 8    Googling them, no.

 9        Q.    Okay.

10             Do you remember doing any other

11    kind of research to find out who this

12    company was that was using what you

13    claim --

14        A.    Not at that time, no.

15        Q.    Okay.

16             But you did become aware of that

17    prior to using Ranchera on any LatinFood

18    products, is that correct?

19        A.    No, that's incorrect.

20        Q.    Well, you testified earlier you

21    didn't use Ranchera until 2014, isn't that

22    correct?

23        A.    No, I don't think that's correct.

24        Q.    Okay.

25             When did you first use Ranchera
```

1                    W. Zuluaga

2    on a product?

3        A.    If my memory serves me right,

4    sometime in 2012.

5        Q.    And that was HWZ?

6        A.    Yes.

7        Q.    And at the time you created

8    whatever your Ranchera mark was, had you

9    seen Industria's Ranchera mark?

10       A.    I don't remember seeing any other

11   mark like that, no.

12       Q.    So you didn't see it?

13       A.    I don't remember seeing any other

14   mark like that, no.

15       Q.    Okay.

16              At some point in time have you

17   seen Industria's Ranchera mark?

18       A.    Yes.

19       Q.    And is it your contention that it

20   is substantially different from the

21   Ranchera logo that you use?

22       A.    I believe so, yes.

23       Q.    Okay.

24              A little bit earlier today you

25   had mentioned Jaline Isidor, correct?

December 18, 2019                    137

```
 1                    W. Zuluaga

 2        A.    Correct.

 3        Q.    And she is the -- she runs Cibao

 4   Meats, is that correct?

 5        A.    That's not the impression that I

 6   got, no.

 7        Q.    She works for Cibao Meats?

 8        A.    I believe so, yes.

 9        Q.    Okay.

10              And you had said that Cibao Meats

11   at one time produced certain products for

12   LatinFood, is that correct?

13        A.    Yes.

14        Q.    And did Cibao Meats also do

15   design work for LatinFood?

16        A.    No, not Cibao Meats, no.

17        Q.    Did some company relate to Cibao

18   Meats do design work?

19        A.    Yes.

20        Q.    And which company was that?

21        A.    I believe the name was Jayi or

22   Yayi or Juyi Photography.  I don't

23   remember.

24        Q.    You understood that that company

25   was affiliated with Cibao Meats somehow?
```

```
 1                 W. Zuluaga

 2        A.    I understood that company to be,

 3   yes.

 4        Q.    Okay.

 5              And in communicating with them,

 6   did you communicate through Jaline Isidor

 7   at times?

 8        A.    I'm sorry, say that again?

 9        Q.    Well, when you were communicating

10   with Yayi Photography about design work,

11   did you sometimes communicate through

12   Jaline Isidor?

13        A.    Yes.

14        Q.    Did you instruct Ms. Isidor to

15   look on Industria's website, www.zenu.com,

16   in connection with their design work for

17   LatinFoods?

18        A.    I told her to look at it for

19   inspiration, yes.

20        Q.    And are you aware in several

21   e-mails that you instructed her to mimic

22   certain designs on that website?

23              MR. INGBER:  Objection.  There's

24        no foundation for that.  I don't

25        believe --
```

```
 1              W. Zuluaga

 2         MR. RAYMOND:  "No foundation" is

 3     not an appropriate objection in a

 4     deposition.

 5         MR. INGBER:  Yes, it is.  Lack of

 6     foundation.

 7         MR. RAYMOND:  You can object to

 8     form.  It's all reserved until trial.

 9     So you're just coaching the witness.

10     He can answer the question or not.

11     You can direct him not to answer or

12     you can object to the form, but the

13     speaking objections are completely

14     inappropriate, you've said it to the

15     magistrate.  So I'd like you to stop

16     telling your witness what to say and

17     let him answer the question.

18         MR. INGBER:  "Lack of foundation"

19     is a proper form of objection.

20         MR. RAYMOND:  Not in a

21     deposition, but --

22  BY MR. RAYMOND:

23     Q.   In any event, you can answer the

24  question.

25         MR. RAYMOND:  Can you read it
```

1                    W. Zuluaga

2      e-mail that we've marked as Exhibit 18,

3      which you approved certain label designs,

4      that there was some tweaking and changes

5      that needed to be made for finalizing,

6      before finalizing.

7                    What tweaking or other changes

8      were made, to the best of your

9      recollection?

10          A.      The complete layout was changed.

11          Q.      Could you explain what you mean

12      by that?

13          A.      The nutritional table was put in

14      a different spot, the ingredients in a

15      different spot, it was totally turnaround.

16      This labels was never used, never printed.

17          Q.      The new labels contain photos of

18      the products, correct?

19          A.      Correct.

20          Q.      And they contained your version

21      of the Zenu trademark, is that correct?

22          A.      You're talking about my new

23      labels?

24          Q.      Your labels that were made after

25      October of 2013?

```
 1                    W. Zuluaga

 2        Q.    Does that refresh your

 3   recollection about whether you approved

 4   her, the labels that she had created for

 5   you with the Zenu logo and the other design

 6   elements?

 7        A.    I approved the images that were

 8   up to that point in production.  There were

 9   additional tweaking and changes that needed

10   to be finalized.

11        Q.    Okay.  Thank you.

12             THE WITNESS:  Just when you get a

13        chance, Peter -- sorry, I know it's

14        annoying, but I've got to --

15             MR. RAYMOND:  Not a problem.

16        Take a break.

17             THE VIDEOGRAPHER:  Going off the

18        record.  The time is 2:30 p.m.

19             (Recess taken from 2:30 p.m. to

20        2:41 p.m.)

21             THE VIDEOGRAPHER:  The time is

22        2:41 p.m.  We are back on the record.

23   BY MR. RAYMOND:

24        Q.    Mr. Zuluaga, just before the

25   break you had said in response to the
```

```
 1              W. Zuluaga

 2         2013 from Mr. Zuluaga to Ms. Isidor

 3         responding to her, October 24th

 4         e-mail.

 5              (Plaintiff's Exhibit 18, E-mail

 6         dated 10/24/13, marked for

 7         identification, as of this date.)

 8    BY MR. RAYMOND:

 9         Q.    Zuluaga Exhibit 18 which I've

10    just shown you contains an e-mail from

11    Ms. Isidor to you dated October 24, 2013

12    saying, "Good afternoon, Wilson.  Attached

13    are all the images that will be used for

14    your product line.  Please send me an

15    e-mail with the word approved for all of

16    images so that they can be sent for

17    production.  I included the Salchichon

18    traditional so you could see everything all

19    together.  It has been sent already to the

20    company."

21              And you then responded a few

22    hours later that day saying, "Good

23    afternoon.  All images are hereby

24    approved" -- in all caps.

25         A.    Yes.
```

```
 1                    W. Zuluaga

 2        A.    Well, I don't have it in front of

 3   me.  These labels were never printed.

 4   These labels were never used.

 5        Q.    But you don't remember how they

 6   were changed?  You remember you changed the

 7   Zenu logo as shown on Exhibit 11 --

 8        A.    I think almost 200 labels.  I

 9   can't tell you how many changes each of

10   them took over time.  If I had it in front

11   of me, I could tell you.  I don't have it

12   in front of me.

13        Q.    Did you ever write her and tell

14   her to stop mimicking the website that you

15   told her to look at for inspiration?

16        A.    I told her to take her own

17   pictures, use her own designs.

18        Q.    And are you aware that Ms. --

19   subsequent to Exhibit 17, Ms. Isidor

20   specifically asked you to approve the

21   labels that she had created for you and you

22   did approve them?

23        A.    I don't have that in front of me.

24             MR. RAYMOND:  Let's mark as

25        Exhibit 18 an e-mail dated October 24,
```

December 18, 2019                          152

```
 1                    W. Zuluaga
 2    did in Exhibit 11, that's what you're
 3    saying?
 4         A.    Right.
 5         Q.    Okay.
 6               And those are the only changes
 7    you made from the second logo to the first
 8    logo on Exhibit 11?
 9         A.    Yes.
10         Q.    And the pictures of the product
11    that were included in these attachments,
12    did you use those pictures or did you take
13    new pictures?
14         A.    I don't -- these look like the
15    pictures I used, yeah.
16         Q.    And did you change the
17    description of the product, the Chorizo
18    Colombiano?  Did that come out differently
19    in your version?
20         A.    The label changed.  I don't know
21    the changes that took place after this, but
22    the label did change, significantly in some
23    cases.
24         Q.    Okay.
25               How did it change?
```

```
 1                    W. Zuluaga

 2        prior page from the LatinFood website.

 3              MR. INGBER:  Is this the first

 4        time this is being presented to us?

 5              MR. RAYMOND:  It's your client's

 6        website, so...

 7              MR. INGBER:  That doesn't answer

 8        the question.

 9              (Plaintiff's Exhibit 23, Website

10        page, marked for identification, as of

11        this date.)

12   BY MR. RAYMOND:

13        Q.   Mr. Zuluaga, as I stated, there

14   is a website on the internet that allows,

15   that goes around taking photos of websites

16   and then keeps them on thereafter.  The

17   websites have disappeared or been changed

18   so you can go back and look at old

19   websites, and we did such a search and

20   found an older version of LatinFood website

21   from which we took this page.

22              My question to you is, is this

23   familiar to you?  Do you recognize this as

24   a page from your former website?

25        A.   Yes.
```

```
 1                    W. Zuluaga

 2        Q.    Okay.

 3              Is it correct that this indicates

 4    to consumers that LatinFood imports and

 5    sells products from various companies out

 6    of the United States?

 7        A.    I don't agree with that.

 8        Q.    Okay.

 9              Well, tell me what this page was

10    supposed to communicate.

11        A.    These are some of the products we

12    carry.

13        Q.    Okay.

14              And the Juan Valdez Cafe, was

15    that a product that was imported into the

16    United States?

17        A.    Not by me, no.

18        Q.    Sorry, wasn't asking if you

19    imported it.  I'm asking if you're aware --

20    if that is a product that's created outside

21    of the United States and imported here?

22        A.    I believe it is imported here,

23    yes.

24        Q.    And you list Nestle.  What

25    products did you sell under the necessarily
```

```
 1                    W. Zuluaga

 2    brand?

 3        A.    Snacks, if I remember correctly.

 4        Q.    And were those snacks again, that

 5    were imported from again, outside of the

 6    United States?

 7        A.    I don't remember when this

 8    website -- this was an interim website.

 9    This wasn't intended to be finalized, and I

10    don't remember when this was.  So I don't

11    know what products I carried.

12        Q.    Did LatinFood at any time sell

13    products Nestle, any Nestle products that

14    were imported into the United States?

15        A.    Yes.

16        Q.    And Fruco, what is Fruco?

17        A.    Seasonings.

18        Q.    Do you know where Fruco

19    seasonings are manufactured?

20        A.    I don't know what they

21    manufacture, no.

22        Q.    Okay.

23              But do you know whether they are

24    imported into the United States?

25        A.    They are, yes.
```

1                    W. Zuluaga

2        Q.    Okay.

3              And you have Zenu here, and I

4    notice you're using my client's version of

5    that logo according to your description.

6              Was that to indicate that you

7    were selling my clients Zenu products

8    imported into the United States?

9        A.    No.

10       Q.    Was that meant to say you were

11   selling your own Zenu-branded products?

12       A.    Yes.  But again, this was not a

13   finalized version of the website.

14       Q.    Okay.

15             But it was up on the internet,

16   was it not?

17       A.    It wasn't supposed to have been.

18   I didn't approve it to go out.

19       Q.    Okay.

20             But it did go out.  We found it

21   on the internet, so...

22       A.    Without my knowledge.

23       Q.    Okay.

24             And in fact, all these products

25   that are listed at the bottom of this

```
 1                    W. Zuluaga

 2          two-month phase-out period.

 3                    MR. KADOSH:   Thanks for

 4          testifying, Mark.

 5          A.    They started decreasing the shelf

 6     space allowed for my products until it was

 7     down to nothing.

 8          Q.    Yeah, but then they increased the

 9     order.

10          A.    On some products while it was

11     still on the shelf, but then they phased me

12     out totally.

13          Q.    Now, do you claim damages in

14     relation to lost sales at any other

15     supermarkets?

16          A.    Absolutely.

17          Q.    Okay.

18                Which other supermarkets?

19          A.    Off the top of my head, we got

20     Supremos, like we talked.

21          Q.    I'm sorry?

22          A.    Supremos and Twin Cities,

23     which --

24          Q.    And are you saying that you lost

25     sales in both of those locations?
```

1                     W. Zuluaga

2          A.    Yes.  I didn't realize my growth

3     potential in any of those locations due to

4     this incident.

5          Q.    Do you have any evidence that

6     Mr. Yepes spoke to anyone at any

7     supermarket other than Food Fair?

8          A.    I wasn't there, no.

9          Q.    I'm asking you if you have any

10    evidence.

11         A.    No.

12         Q.    So on what basis do you claim

13    that whatever diminishment in sales you

14    allegedly had was based on conversations

15    with Mr. Yepes?

16         A.    This is feedback that I started

17    getting from my customers that my product

18    was fake and they were concerned about it.

19         Q.    And did they tell you how they

20    learned that the product was fake?

21         A.    They told me there was some

22    people around telling them that the product

23    was fake and that I was going to be out of

24    business really soon.

25         Q.    Did they identify who those

```
 1                    W. Zuluaga
 2    people were?
 3         A.    No.
 4         Q.    Maybe it was your competitor who
 5    tried ordering the Marquillas labels.
 6              But let's look at the sales for
 7    the Supremos Supermarket in Elizabeth, New
 8    Jersey.  That's the top line.
 9         A.    Uh-huh.
10         Q.    So you don't have any sales there
11    until the week of June 14th, right, when
12    you have $220 and then a small order for
13    $30, $155, $295 the week of July 12th, the
14    week that this alleged interference took
15    place.
16              The week after, they also
17    continue ordering, $124.
18              The week of July 26th, $54.
19              The week of August 2nd, $210.
20              So the second biggest order or
21    the third biggest order took place three
22    weeks after this alleged conversation?
23              And then if you go on, you know,
24    the orders continue.  They even -- the
25    Supremos is even putting in orders as late
```

```
 1                 W. Zuluaga
 2    as October, November and, in fact,
 3    December.  So they actually put in orders
 4    the entire year.
 5              So what is your basis to claim
 6    that alleged conversations that you can't
 7    even identify are the basis for this
 8    Supremos location stopping to purchase from
 9    you when they didn't?
10        A.    There were additional locations
11    that was affected.  My growth potential
12    wasn't realized due to this issue.
13        Q.    So they continued to sell
14    products that somebody told them were
15    counterfeit and fake and exposed them to
16    legal liability at the Elizabeth location,
17    but they wouldn't add you to other
18    locations because that was just too much
19    risk to take on?
20        A.    I don't know.  I can't speak for
21    them.
22        Q.    But you are claiming damages for
23    lost sales at Supremos?
24        A.    That is correct, yes.
25        Q.    All right.  Why don't we look at
```

```
 1              W. Zuluaga
 2   Twin Cities, also in Elizabeth.
 3           So there are many weeks that you
 4   have no sales in Twin Cities in the
 5   Elizabeth location.  And then starting in
 6   July, before the conversation you have an
 7   order for $894.
 8           Then the week of the
 9   conversation, an order for $96.
10           Following week, zero dollars.
11           July 26th, $339.
12           And if you just continue
13   throughout the year, they're putting in --
14   I'm looking at the page 4 of 5, they put in
15   3 to $400 orders -- or $200 orders almost
16   every week.  And, in fact, they, too, put
17   in orders the entire year.
18           So what is your basis for
19   claiming that you're harmed in your
20   potential sales to Twin City?
21      A.   Again, I didn't realize growth
22   potential.  They didn't allow me to expand
23   my shelf space.
24           MR. KADOSH:  Let's take a short
25      break.  I think we might be near the
```

December 18, 2019                          267

```
 1                    W. Zuluaga

 2        end.  So let's just take a short

 3        break.  Okay.

 4               THE WITNESS:  Okay.

 5               THE VIDEOGRAPHER:  Going off the

 6        record.  The time is 5:33 p.m.

 7               (Recess taken from 5:33 p.m. to

 8        5:45 p.m.)

 9               THE VIDEOGRAPHER:  The time is

10        5:46 p.m.  We're back on the record.

11      BY MR. KADOSH:

12        Q.    Mr. Zuluaga, you don't have any

13      evidence that these stores stopped ordering

14      from you, to the extent that they did,

15      because of alleged conversations made by

16      Cordialsa representatives, isn't that

17      right?

18        A.    That's not right.

19        Q.    Isn't it true that stores could

20      stop ordering for any number of reasons?

21        A.    No, not in my case.

22        Q.    Not in your case?

23               Isn't it true that around that

24      time Gloria Moreno was complaining about

25      the quality of some of your products?
```

```
 1              W. Zuluaga

 2              MR. INGBER:  I'd like to have

 3         this --

 4     BY MR. INGBER:

 5         Q.    What did you do after?

 6         A.    A few days later, I wrote an

 7     e-mail to USTM making them aware of the

 8     call and the need for the specimens, and I

 9     provided them with the specimens so they

10     could upload them directly.

11              MR. INGBER:  Can I have this

12         marked Exhibit D.

13              (LatinFood Cross Exhibit D,

14         E-mail, marked for identification, as

15         of this date.)

16     BY MR. INGBER:

17         Q.    Now, take a look at Exhibit D,

18     Cross Exhibit D.  What is this?

19         A.    This appears to be an e-mail from

20     USTM, I guess between them.

21         Q.    The second --

22         A.    The original e-mail was from me.

23         Q.    Okay.

24              What date is it?

25         A.    This is on May 14, 2014.
```

December 18, 2019                              277

                         W. Zuluaga

1

2        Q.    And who was it to?

3        A.    I direct it to E. Melo at USTM.

4    That was my point of contact.

5        Q.    And what is this e-mail about?

6        A.    This is notifying them that I had

7    received a call the prior week and that I'm

8    enclosing the pictures.  The person was

9    supposed to send me a link for me to upload

10   them, but the link never arrived on my

11   e-mail.  I'm asking them to upload the

12   pictures.

13       Q.    Are these -- were these

14   attachments true copies of the products you

15   were actually using at that time?

16       A.    This is my product.  This is not

17   my product.  And this is not my product.

18       Q.    These are not the products that

19   you -- were these documents attached to

20   this letter?

21       A.    I don't know.  These were

22   actually not attached, definitely, no, it

23   wasn't attached.

24       Q.    Did you send them accurate

25   pictures?

December 18, 2019                                    278

                    W. Zuluaga

1

2       A.    I did.

3       Q.    Do you know if those accurate

4    specimens ended up being used?

5             MR. RAYMOND:  Object to the form.

6       A.    You mean at the --

7       Q.    Do you know if the specimens that

8    you provided to USTM were ever uploaded to

9    the Trademark Office?

10      A.    No.  I learned later on they

11   uploaded their own specimens, not the ones

12   I provided.

13      Q.    Do you know if these were the

14   specimens that were uploaded?  I think you

15   said they were incorrect.

16      A.    They were incorrect, yes.

17      Q.    Could I get No. 10?

18            Now I believe you were asked

19   earlier about Exhibit 10.

20      A.    Yes.

21      Q.    Which was the U.S. trademark

22   application filed for your Zenu mark by

23   USTM, is that what you said?

24      A.    Correct.

25      Q.    Okay.

```
 1              W. Zuluaga

 2              Now, I believe you referenced on

 3   page 2 there was an e-mail address.

 4        A.    Yes.

 5        Q.    Wilson.Zuluaga@mailovo.com.

 6        A.    Yes.  That's not my e-mail

 7   address.

 8        Q.    Do you know whose e-mail address

 9   that is?

10        A.    USTM created it to communicate

11   with the trademark without my knowledge.

12        Q.    Did you ever receive any e-mail

13   communications from the Trademark Office?

14        A.    Not by e-mail, no.

15        Q.    If you could pull No. 12, please,

16   Exhibit No. 12.

17        A.    Okay.

18        Q.    Now, these are LatinFoods'

19   Responses to Plaintiff's First Set of

20   Interrogatories.

21        A.    Correct.

22        Q.    And I believe you testified

23   earlier that page 12 was your signature and

24   that --

25        A.    Correct.
```

1

2                C E R T I F I C A T E

3    STATE OF NEW YORK     )

4                              : ss.

5    COUNTY OF NEW YORK    )

6

7            I, Joan Ferrara, a Notary Public

8        within and for the State of New York,

9        do hereby certify:

10           That WILSON ZULUAGA, the witness

11       whose deposition is hereinbefore set

12       forth, was duly sworn by me and that

13       such deposition is a true record of the

14       testimony given by the witness.

15           I further certify that I am not

16       related to any of the parties to this

17       action by blood or marriage, and that I

18       am in no way interested in the outcome

19       of this matter.

20           IN WITNESS WHEREOF, I have

21       hereunto set my hand this 22nd day of

22       December, 2019.

23

24       _____

25              Joan Ferrara