# Exhibit 44

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CIVIL ACTION NO. 2:16-CV-06576
------------------------------------------x
INDUSTRIA DE ALIMENTOS ZENU S.A.S.,
    Plaintiff,
- against -
LATINFOOD U.S. CORP. D/b/a ZENU PRODUCTS
CO. And WILSON ZULUAGA,
    Defendants/Counter-Plaintiff
------------------------------------------x
LATINFOOD U.S. CORP. D/b/a ZENU PRODUCTS
CO.,
    Defendant/Counter-Plaintiff
and
INDUSTRIA DE ALIMENTOS ZENU S.A.S
and CORDIALSA USA, INC.
    Counter-Defendants.
------------------------------------------x

    DEPOSITION OF SANTIAGO JIMENEZ
        NEW YORK, NEW YORK
      TUESDAY, JANUARY 14, 2020


REPORTED BY:
DANIELLE GRANT
JOB NO.: 3810574

Page 30

1        S. JIMINEZ
2 where food products are displayed?
3        MR. RAYMOND: In the United
4    States?
5    Q   In the United States.
6    A   No, I have not been to those.
7    Q   Have you ever had any speaking
8 engagements at any U.S. trade shows?
9    A   Have I spoken to anyone?
10   Q   No. Where you were a speaker at
11 a trade show?
12   A   No, no. I have never been a
13 speaker, no.
14   Q   Did you ever see -- when you
15 attended a trade show in the U.S., did you ever
16 see any Zenu or Ranchera branded products by any
17 chance?
18   A   No, not in the United States, no.
19   Q   What is -- what is Industria's
20 relationship with Nutresa?
21   A   Nutresa is the holding company,
22 and Industria's -- the meat business reports to
23 Nutresa. I'm sorry. So Industria's meat
24 business reports to Nutresa.
25   Q   Do you consider Nutresa your

Page 31

1        S. JIMINEZ
2 employer?
3    A   No. Industria De Alimentos Zenu
4 is my employer.
5    Q   And do you know who -- do you
6 know what company Cordialsa is?
7        MR. RAYMOND: Object to the form.
8    A   Yes, I do.
9    Q   And what is that company?
10   A   It is a lot of joint businesses
11 that work together, which they do distribution
12 where they distribute their products in
13 different countries.
14   Q   Does Industria have business
15 relations with Cordialsa, to your knowledge?
16   A   Not that I know of.
17   Q   Now, I believe -- I'd like you to
18 look at Exhibit C, LS-B, excuse me.
19       Now, I believe you've said
20 you've seen this document before.
21   A   Yes, that's correct.
22   Q   Now, if you look at Page 8,
23 Paragraph 28, if you could read that. Now, this
24 is an allegation made by Industria in this
25 lawsuit.

Page 32

1        S. JIMINEZ
2        Do you understand that?
3    A   Yes, I understand.
4    Q   In your opinion, is this
5 allegation accurate?
6    A   I don't think it's appropriate
7 for me to give my opinion.
8    Q   Well, I need you to answer the
9 question. If your attorney -- you need to
10 answer the questions. If your attorneys advise
11 you not to answer, then, of course, don't
12 answer. But otherwise you're here to answer
13 questions.
14       MR. RAYMOND: You can answer the
15   question if you can, if you know.
16   A   What's the question again?
17       MR. RAYMOND: He's asking if this
18   is accurate.
19   Q   To your knowledge?
20   A   Yes.
21   Q   Now, this -- this allegation says
22 that plaintiff has advertised and promoted food
23 products under the Zenu mark at trade shows
24 around the world, including in the U.S.
25       Do you know that to be true?

Page 33

1        S. JIMINEZ
2    A   I can't really say. Like I don't
3 know, I'm not certain. I can't say that they've
4 done advertising. I don't know, are you talking
5 about advertising?
6    Q   Advertising and promoting food
7 production under the Zenu mark at trade shows,
8 including in the United States.
9    A   Not that I am certain of. I'm
10 not certain of any advertising that has been
11 done.
12   Q   Who would know the answer to this
13 question, if not you?
14   A   Luis Ignacius Salazar.
15   Q   Do you know if Industria ever
16 promoted its Zenu Ranchera products in the U.S.
17 at trade shows?
18   A   No, I don't know.
19   Q   Do you know if Industria appeared
20 at the Miami Food and Beverage Show in 2011, by
21 any chance?
22   A   Yes, I know.
23   Q   Do you know -- so in connection
24 with this Miami Food and Beverage Show in 2011,
25 do you know if any leads, marketing leads, were

Page 34

```
 1              S. JIMINEZ
 2   generated from this show that led to any
 3   business for Industria?
 4        A    2001?
 5        Q    2011.
 6        A    Can you repeat the question
 7   again, please?
 8             MR. INGBER:  Can you read it
 9        back, Madam Court Reporter?
10             (The requested portion of the record was
11        read back.)
12        A    No.
13        Q    Does that mean -- when you say,
14   "No," does that mean that there were no leads
15   generated, or, no, you're not sure?
16        A    I don't know.
17        Q    Who would know?
18        A    The people that attended
19   directly.
20        Q    Do you know if Luis Salazar would
21   know?
22        A    No.
23        Q    He wouldn't know or you're not
24   sure?
25        A    I don't know if he knows.
```

Page 35

```
 1              S. JIMINEZ
 2             MR. INGBER:  What is the next
 3        exhibit?
 4        Q    This document was previously
 5   marked as LS-D from the Salazar deposition.
 6             Have you ever seen this
 7   document before?
 8        A    Yes.
 9        Q    Now, this is a registration for
10   the 16th America's Food and Beverage Show and
11   Conference from September 24 to 25, 2012 in
12   Miami Beach.
13             MR. RAYMOND:  There's no
14        question.
15        Q    Now, on the first page, it says:
16   Registration information, and it lists Juliana
17   Gomez.
18             Do you know who that is?
19        A    Yes, I do know.
20        Q    Who is she?
21        A    She works at Industria as a
22   marketing director.
23        Q    Is she still there?
24        A    Yes, she is.
25        Q    Do you know if she attended this
```

Page 36

```
 1              S. JIMINEZ
 2   show?
 3        A    Yes, I know.
 4        Q    Did she tell you that she
 5   attended?
 6        A    She did not, but some of the team
 7   members that traveled with her reported to me.
 8        Q    Do you know who they were?
 9        A    There's one team member there
10   that reported to me, and his name is Carlos
11   Espinosa.
12             MR. INGBER:  I need to take a
13        short break.
14             (Whereupon, at 11:43 p.m., a recess was
15        taken to 12:04 p.m.)
16             (The deposition resumed with all parties
17        present.)
18   BY MR. INGBER:
19        Q    Mr. Jimenez, what type of company
20   is Industria?
21        A    Industria is a company that
22   produces and distributes food products.
23        Q    Do you know how long they've been
24   doing this?
25        A    Over 60 years.
```

Page 37

```
 1              S. JIMINEZ
 2        Q    How many people do they employ?
 3        A    Directly, approximately 4,000
 4   people.
 5        Q    Do they have any U.S. employees?
 6        A    Not that I know of.
 7        Q    And where are their products
 8   sold?
 9        A    Mainly in Columbia.
10             MR. RAYMOND:  So to clarify,
11        you're asking about all their
12        products, or are you just talking
13        about Zenu and Ranchera?
14             MR. INGBER:  All their products.
15        Q    Who are the current officers and
16   directors of Industria?
17             MR. RAYMOND:  If you know.
18        A    The president is Diego Medina.
19   The marketing -- the director of marketing and
20   trade is Luis Ignacius Salazar.  Strategic
21   planning and finance is Matteo Mertaqu (ph).
22   Maria del Carman is the director of human
23   resources.  And I'm the director of the supply
24   chain.
25        Q    Are you the number two person
```

### Page 38

1  S. JIMINEZ
2  behind Diego Medina as Industria?
3      A   I wouldn't say so.  We work as a
4  team, and we work under Diego Medina, but I
5  wouldn't say I'm the second person.
6      Q   Do you know how long Industria
7  has been selling Ranchera and Zenu marks?
8          MR. RAYMOND:  Object to the form.
9      You mean products using those marks?
10         MR. INGBER:  Yes.
11     A   Yes, I do know.  With Zenu, it's
12 been over 60 years, and over 30 years for
13 Ranchera.
14     Q   Do you know about the history of
15 how these two branded marks were created?
16     A   No.
17     Q   When did you become aware of this
18 lawsuit?
19     A   I don't know an exact date.
20     Q   Was it in 2016?
21     A   I don't have an exact date.
22     Q   Was it more than two years ago?
23     A   I'm not -- I don't have the
24 ability to respond to that question.
25     Q   Is it five years?

### Page 39

1  S. JIMINEZ
2          MR. RAYMOND:  Is what five years?
3          MR. INGBER:  That he became aware
4      of this lawsuit?
5          MR. RAYMOND:  I object to the
6      form.
7      A   I don't know the exact date.  I
8  can't give you a time frame.
9      Q   Well, this lawsuit was commenced,
10 I'll tell you, in 2016, by Industria in New
11 Jersey.
12         Do you know if a -- have you
13 ever heard of the term "litigation hold"?
14     A   No, never.
15     Q   Do you know if Industria has
16 preserved the documents for this litigation?
17     A   I suppose so.
18     Q   But you don't know for sure?
19     A   No.
20     Q   Who would know this?
21     A   The company's legal team.
22     Q   Does the company's legal team
23 know everything about the preservation of
24 documents in this case, to the best of your
25 knowledge?

### Page 40

1  S. JIMINEZ
2          MR. RAYMOND:  I'm going to object
3      to the form of question to the extent
4      that you need to disclose any
5      communications you've had with lawyers
6      at the company, to answer it.  If you
7      can answer it without disclosing that,
8      you can answer.
9      A   Can you repeat the question?
10         MR. INGBER:  Yes, can you repeat
11     the question, please.
12         (The requested portion of the
13     record was retranslated by the
14     interpreter.)
15         MR. RAYMOND:  I'm sorry.  Can you
16     read it back in English also?
17         (The requested portion of the record was
18     read back.)
19     A   I suppose so.
20     Q   Do you have an IT manager at
21 Industria?
22     A   Industria does not.  Nutresa
23 provides the services, and they have an IT
24 department.
25     Q   So are you saying that Nutresa --

### Page 41

1  S. JIMINEZ
2  is it true, then, that Nutresa is involved in
3  the preservation of documents for this
4  litigation?
5          MR. RAYMOND:  Object to the form
6      of the question.
7      A   Yes, that's correct.
8      Q   Do you know the name of this --
9  is there a single person at Nutresa that's
10 responsible for preservation of documents in
11 this case that you know of?
12     A   I don't know of a single person.
13 It's a team.
14     Q   Do you know of any particular
15 person?
16     A   No.
17     Q   Were you consulted or involved in
18 providing information regarding the allegations
19 in this complaint?
20     A   No, never.
21     Q   Are you aware of a company called
22 Marquillas SA?
23     A   Not until yesterday.
24     Q   What do you know about
25 Marquillas?

11 (Pages 38 - 41)

```
                                                     Page 98
 1              S. JIMINEZ
 2   result of anything done by LatinFood to your
 3   knowledge?
 4        A    To my knowledge, it's no impact
 5   in Colombia.
 6        Q    And how about in the U.S.?
 7        A    As far as I know, because we have
 8   not been able to get our product in the United
 9   States, we have not capitalized on the
10   opportunity of selling in the United States.
11        Q    Are you aware if there have been
12   any issues with U.S. Customs which have
13   prevented Industria from bringing their goods
14   into the U.S.?
15             MR. RAYMOND:  You've asked that
16        question, and he answered.
17        A    As I answered previously, no.
18        Q    No, you're not aware, or, no,
19   there -- does that mean, no, you're not aware of
20   any?
21        A    No, there haven't been any.
22        Q    Do you have any information that
23   suggests that Industria suffered injury to its
24   reputation in the -- in any market as a result
25   of anything done by LatinFood?
```

```
                                                     Page 99
 1              S. JIMINEZ
 2        A    Yes, the complaint from Gloria
 3   Moreno.
 4        Q    Anything besides that?
 5        A    Yes, I know of a posting on
 6   Facebook.
 7        Q    By whom?
 8        A    I can't remember the name right
 9   now.
10        Q    What year was it?
11        A    I don't remember the date.
12        Q    What did the Facebook posting
13   say?
14        A    That there was a confusion with
15   the products being offered in the U.S. market,
16   and this person wanted to know if these products
17   were actually original Colombian products.
18        Q    Did you contact this person?
19        A    No.
20        Q    When did you learn about this
21   person?
22        A    Through the documents that the
23   attorneys shared.
24        Q    Has Industria ever sold any Zenu
25   branded -- has Industria ever sold any products
```

```
                                                    Page 100
 1              S. JIMINEZ
 2   in the U.S.?
 3        A    Not that I know of.
 4        Q    Has Industria been damaged by
 5   LatinFood's use of its Zenu and Ranchera marks
 6   in the U.S.?
 7             MR. RAYMOND:  Object to the form.
 8        You're asking a legal conclusion, but
 9        he can answer.
10        A    It's my understanding that we
11   have not been able to enter the U.S. market, and
12   that's damaging to us.
13        Q    How long has -- I think you say
14   Industria has been around for 60 years?
15        A    More than 60 years, yes.
16        Q    Have they been prevented for 60
17   full years, or just the last few years, from
18   entering into the market, according to you?
19        A    To my knowledge, it was the -- in
20   the last few years.  We have insisted more, ever
21   since the free trade agreement between Colombia
22   and the U.S. was signed, but even before that we
23   had tried.
24        Q    Is there anything that prevents
25   Industria from exporting meat products into the
```

```
                                                    Page 101
 1              S. JIMINEZ
 2   U.S., to your knowledge?
 3        A    At this time, there isn't really
 4   a restriction to enter the market, but we are
 5   limited because of a health issue between
 6   Colombia and the U.S., and it's called food and
 7   mouth disease.
 8        Q    Have you ever heard of the term
 9   "mad cow disease"?
10        A    Yes, I've heard of it.
11        Q    So Columbian companies can't
12   export meat products into the U.S.; is that
13   correct?
14        A    There is a confusion, and I just
15   want to clear it up.  You mentioned "mad cow,"
16   and this has nothing to do with that.
17        Q    So hoof and mouth disease?
18        A    There's a restriction because of
19   that.  But since we can work with providers in
20   the United States, that restriction is no longer
21   a limitation.
22        Q    How long was it a limitation?
23        A    It's a limitation established.
24   It's a health protocol, and it doesn't have an
25   expiration date.
```

26 (Pages 98 - 101)

Page 102

```
 1           S. JIMINEZ
 2     Q   Do you know how long this
 3  restriction has been in effect, how many years?
 4     A   I don't have the information as
 5  to the years.
 6     Q   Do you know if it's been more
 7  than ten years?
 8     A   Yes.
 9     Q   Do you know if it's been more
10  than 20 years?
11     A   Yes.
12         MR. INGBER: Can we take a break,
13     ten-minute break?
14     (Whereupon, at 3:35 p.m., a recess was
15     taken to 3:58 p.m.)
16     (The deposition resumed with all parties
17     present.)
18     Q   Just a couple of more questions.
19         Do you know the time period
20  that Miquel Moreno worked at Fehr Foods, what
21  years?
22     A   I don't know.
23     Q   Do you know what company he was
24  working for at the time of this October 19,
25  2013, email with Mr. Medina?
```

Page 103

```
 1           S. JIMINEZ
 2     A   Yes. At that time he worked for
 3  Fehr Foods.
 4     Q   Do you know that Industria said
 5  that -- do you know if Industria stated that
 6  Miquel Moreno was an employee of Industria at
 7  the time he communicated with Marquillas in
 8  October of 2013?
 9     A   I did not know.
10     Q   And I believe in connection with
11  these exhibits, No. 6 -- no, not No. 6.
12         In connection with Exhibit F, I
13  believe you testified that you don't have any
14  personal knowledge about any of the meetings
15  or any of the events that took place there; is
16  that true?
17         MR. RAYMOND: I object to the
18     form. It's just an objection to the
19     form. He testified about knowledge
20     from the emails themselves. He
21     answered.
22     A   Yes.
23     (Continued on following page to
24     accommodate jurat.)
25
```

Page 104

```
 1           S. JIMINEZ
 2         MR. INGBER: No further
 3     questions.
 4         MR. RAYMOND: I have no
 5     questions. Thank you.
 6
 7     (Time noted: 4:01 p.m.)
 8
 9
10
11
12  _____
13     SANTIAGO JIMENEZ
14
15
16  Subscribed and sworn to before me
17  this_____day of _____2020.
18  _____
       NOTARY PUBLIC
19
```

Page 105

```
 1
 2  ----------------------INDEX----------------------
 3  WITNESS         EXAMINATION BY        PAGE
 4  SANTIAGO JIMENEZ   MR. INGBER         5
 5
 6  ---------------------EXHIBITS--------------------
 7  FOR IDENTIFICATION  DESCRIPTION        PAGE
 8  Exhibit A      30(b)(6) Notice for     11
 9                 Santiago Jiminez
10  Exhibit B      30(b)(6) Notice for     15
11                 Santiago Jiminez
12  Exhibit C      Defendants' Fourth Answer 17
13                 to Plaintiff's Amended
14                 Complaint and
15                 Counterclaims
16  Exhibit D      Email, dated October 19, 44
17                 2013
18  Exhibit E      Email, dated January 14, 45
19                 2020
20  Exhibit F      Document, Bates-stamped  74
21                 IAZ_DNJ0002480
22  Exhibit G      Document, Bates-stamped  92
23                 IAZ_DNJ000658
24              *     *     *
25
```

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.