# Exhibit 45

Page 1

```
1

2    UNITED STATES DISTRICT COURT

3    DISTRICT OF NEW JERSEY

4    Civil Action No. 2:16-CV-06576

5    ------------------------------------x

6    INDUSTRIA DE ALIMENTOS ZENU S.A.S.,

7                        Plaintiff,

8        -against-

9    LATINFOOD U.S. CORP. d/b/a ZENU

     PRODUCTS CO. and WILSON ZULUAGA,

10

                 Defendants/Counter Plaintiff.

11

     ------------------------------------x

12

     LATINFOOD U.S. CORP. d/b/a ZENU

13   PRODUCTS CO.,

14       Defendant/Counter Plaintiff,

15             -against-

16   INDUSTRIA DE ALIMENTOS ZENU S.A.S.

     and CORDIALSA USA, INC.

17

18              Counter Defendants.

19   ------------------------------------x

20

21      DEPOSITION OF HERNANDO RAMOS MORENO

                New York, New York

22               January 16, 2020

23

24   Reported By:

25   ERIC J. FINZ
```

1          HERNANDO RAMOS MORENO

2          Q.    Do you know if there are          15:26:49

3     employees of Industria that also perform     15:27:11

4     work projects for Cordialsa?                 15:27:13

5          A.    I don't know.                      15:27:26

6          Q.    Are you familiar with -- do        15:27:32

7     you know if Industria has -- had dealings    15:27:40

8     with U.S. Customs?                            15:27:46

9               MR. RAYMOND:  At any time?          15:28:02

10              MR. INGBER:  At any time.           15:28:08

11         A.    Not directly.                       15:28:15

12         Q.    Has Industria had dealings          15:28:25

13    with U.S. Customs in conjunction with        15:28:27

14    Cordialsa at any time?                       15:28:30

15              MR. RAYMOND:  Objection.  Can       15:28:35

16         you read back the question before       15:28:36

17         you translate it.                       15:28:39

18              (Record read as requested.)        15:29:00

19         A.    Yes.                                15:29:00

20    BY MR. INGBER:                                15:29:00

21         Q.    In your position as director       15:29:00

22    of sales, did you make any efforts into      15:29:09

23    bringing Zenu and Ranchera branded          15:29:11

24    products to the United States?               15:29:16

25         A.    Yes.                                15:29:34

```
                                          Page 31
  1            HERNANDO RAMOS MORENO
  2       Q.    As director of sales, have you    15:29:34
  3   worked with the U.S. Food and Drug          15:29:36
  4   Administration?                             15:29:57
  5       A.    No.                               15:29:57
  6       Q.    Do you know who Luis Alfonso      15:29:57
  7   Arango is?                                  15:30:06
  8       A.    Yes.                              15:30:08
  9       Q.    Who is he?                        15:30:09
 10       A.    He's the manager of Cordialsa     15:30:10
 11   USA.                                        15:30:25
 12       Q.    How long have you -- how long     15:30:25
 13   have you known Mr. Arango?                  15:30:27
 14       A.    Since 2010.                       15:30:38
 15       Q.    Have you met with him before      15:30:40
 16   in person?                                  15:30:44
 17       A.    Yes.                              15:30:49
 18       Q.    How many times would you say      15:30:49
 19   you've met with him?                        15:30:51
 20       A.    One time.                         15:31:00
 21       Q.    Was this in Colombia?            15:31:01
 22       A.    Yes.                              15:31:05
 23       Q.    Was this in 2014?                 15:31:06
 24       A.    Yes.                              15:31:09
 25       Q.    How long was your meeting with    15:31:09
```

Page 32

1          HERNANDO RAMOS MORENO

2    Mr. Arango?                              15:31:20

3          A.    I don't remember.           15:31:28

4          Q.    Did you meet with him       15:31:29

5    one-on-one?                             15:31:32

6          A.    Yes.                        15:31:39

7          Q.    And what did you discuss?   15:31:39

8          A.    To expand Cordialsa's sales 15:31:47

9    with Industria products.                15:32:02

10         Q.    Where did you -- were you the 15:32:08

11   one that wanted to expand -- you as     15:32:12

12   director of sales, did you want to expand 15:32:15

13   into the United States?                 15:32:19

14         A.    Yes.                        15:32:30

15         Q.    Was this for Zenu products? 15:32:30

16         A.    Yes.                        15:32:38

17         Q.    And how about Ranchera      15:32:39

18   products?                               15:32:42

19         A.    No.                         15:32:43

20         Q.    Was this with meat products? 15:32:43

21         A.    Initially, no.              15:32:57

22         Q.    When did it become meat     15:32:59

23   products?                               15:33:05

24              MR. RAYMOND:  Object to the  15:33:05

25         form of the question, no foundation 15:33:06

Page 33

1              HERNANDO RAMOS MORENO

2       for that.                              15:33:07

3          Q.    Did it become meat products?   15:33:14

4          A.    I don't understand the        15:33:23

5       question.                              15:33:24

6          Q.    You said you wanted to expand  15:33:24

7       into the United States on behalf of    15:33:27

8       Industria.                             15:33:31

9          A.    Yes.                          15:33:38

10          Q.    And you said that it was Zenu  15:33:39

11       brand products.  Is that correct?     15:33:42

12          A.    Yes.                          15:33:47

13          Q.    Did there come a point in time  15:33:47

14       where you wanted to expand Zenu brand   15:33:50

15       meat products into the U.S.?           15:33:53

16          A.    Yes.                          15:34:02

17          Q.    Was this at the direction of   15:34:02

18       Diego Medina?                          15:34:05

19          A.    Yes.                          15:34:09

20          Q.    Did you have a plan for        15:34:11

21       getting -- excuse me.                  15:34:22

22              How did you plan to get around   15:34:25

23       the hoof-and-mouth restriction that you  15:34:30

24       mentioned before?                      15:34:33

25          A.    We're trying to find a local   15:34:35

Page 34

```
 1              HERNANDO RAMOS MORENO
 2   manufacturer.                           15:34:52
 3        Q.    "Local" meaning in the United 15:34:54
 4   States?                                 15:35:01
 5        A.    Yes.                          15:35:01
 6        Q.    Doesn't Industria currently   15:35:04
 7   export meat products from the U.S. to   15:35:10
 8   Colombia?                               15:35:14
 9        A.    Yes.                          15:35:26
10        Q.    So you already had a local    15:35:26
11   distributor in the U.S.  Isn't that     15:35:28
12   correct?                                15:35:30
13              MR. RAYMOND:  Object to the   15:35:30
14        form of the question.              15:35:31
15        Q.    Is that correct?             15:35:46
16        A.    Can you repeat the question? 15:35:47
17        Q.    You already had a local meat 15:35:51
18   manufacturer of product in the U.S.     15:35:55
19   Didn't you?                             15:35:58
20              MR. RAYMOND:  Object to the   15:35:59
21        form of the question.  At what     15:36:06
22        point in time when you say he      15:36:08
23        already had?                       15:36:09
24        Q.    When you were trying to export 15:36:14
25   Zenu Ranchera meat products into the    15:36:19
```

Page 35

```
 1              HERNANDO RAMOS MORENO

 2   U.S., which I believe was at around 2014?    15:36:24

 3              MR. RAYMOND:  I'm going to         15:36:37

 4         object to that in that he said it      15:36:38

 5         was Zenu and not Ranchera.             15:36:40

 6              MR. INGBER:  I'm sorry, yes.       15:36:44

 7         Zenu.                                   15:36:46

 8         A.    Yes.                              15:36:48

 9         Q.    Again, when did you first --      15:36:56

10   when did Industria first try to export       15:37:02

11   Zenu meat products into the U.S.?            15:37:07

12              MR. RAYMOND:  Again, I'm going     15:37:25

13         to object to the form.  There has      15:37:26

14         been no testimony that they ever       15:37:27

15         did try to export meat products to     15:37:29

16         the U.S.                                15:37:31

17              But you can answer the            15:37:33

18         question if you can.                   15:37:39

19         A.    They were not meat products.     15:37:44

20         Q.    I believe you testified          15:37:50

21   earlier that Zenu -- excuse me.  That        15:37:51

22   Industria exports meat products from the     15:37:56

23   United States to Colombia.                   15:37:59

24         A.    Yes.                              15:38:09

25         Q.    So isn't it true that            15:38:11
```

|    | HERNANDO RAMOS MORENO                      |           |
|----|-------------------------------------------|-----------|
| 1  |                                           |           |
| 2  | Industria had access to meat in the U.S.  | 15:38:13  |
| 3  | locally?                                  | 15:38:19  |
| 4  | MR. RAYMOND:  Object to the               | 15:38:23  |
| 5  | form.  At what time are you asking        | 15:38:29  |
| 6  | him?                                      | 15:38:31  |
| 7  | MR. INGBER:  We are talking               | 15:38:32  |
| 8  | about a specific time.  We're             | 15:38:34  |
| 9  | talking about 2014.  That's what          | 15:38:35  |
| 10 | we're talking about.                      | 15:38:37  |
| 11 | MR. RAYMOND:  You asked him               | 15:38:38  |
| 12 | whether they export meat products         | 15:38:39  |
| 13 | now.  And then you're assuming that       | 15:38:40  |
| 14 | that meant that they did it, you          | 15:38:42  |
| 15 | know, five years ago.                     | 15:38:44  |
| 16 | I'm just asking you to clarify            | 15:38:45  |
| 17 | so he understands what you're             | 15:38:46  |
| 18 | asking him.  If it's 2014, then           | 15:38:47  |
| 19 | just ask him if he did it -- if           | 15:38:51  |
| 20 | they did it in 2014.  It's pretty         | 15:38:53  |
| 21 | simple.  It's a confusing question        | 15:38:56  |
| 22 | when you tie together the present         | 15:38:59  |
| 23 | with a period five years ago              | 15:39:00  |
| 24 | without specifying it.                    | 15:39:02  |
| 25 | MR. INGBER:  I'm going to                 | 15:39:04  |

Page 37

```
 1              HERNANDO RAMOS MORENO
 2        rephrase.                              15:39:05
 3   BY MR. INGBER:                              15:39:06
 4        Q.    When did -- do you know when     15:39:06
 5   Industria first started exporting meat      15:39:09
 6   products from the U.S. to Colombia?         15:39:11
 7        A.    I don't remember.                15:39:24
 8        Q.    Had Industria been exporting     15:39:25
 9   meat products from the U.S. to Colombia     15:39:29
10   in 2011?                                    15:39:33
11        A.    No.                              15:39:48
12        Q.    Again, when did it begin?        15:39:48
13              MR. RAYMOND:  He just said he    15:39:55
14        didn't know.                           15:39:56
15        Q.    Had Industria been exporting     15:40:17
16   meat products from the United States to     15:40:20
17   Colombia in 2014?                           15:40:24
18        A.    I don't remember.                15:40:36
19        Q.    Had Industria been exporting     15:40:37
20   meat products from the United States into   15:40:47
21   Colombia in the last two years?            15:40:51
22        A.    Yes.                             15:40:58
23        Q.    How about in the last five       15:40:59
24   years?                                      15:41:01
25        A.    I don't remember.                15:41:05
```

Page 38

1          HERNANDO RAMOS MORENO

2      Q.    You remember two years but not     15:41:06

3   five years.  Is that correct?              15:41:10

4      A.    Yes.                              15:41:13

5      Q.    What date did you meet with       15:41:14

6   Mr. Arango?                                15:41:39

7      A.    2014.                             15:41:45

8      Q.    Do you remember the month?        15:41:47

9      A.    March.                            15:42:00

10     Q.    What was the reason for you       15:42:00

11  meeting again with Mr. Arango?             15:42:02

12          MR. RAYMOND:  It's been asked      15:42:05

13      and answered.                          15:42:07

14          But you can answer it again.       15:42:07

15     A.    To be able to expand             15:42:18

16  Cordialsa's sales with the Industria       15:42:28

17  portfolio in the United States.            15:42:30

18          MR. INGBER:  Could we have        15:42:48

19      this marked as HRM-B.                 15:42:50

20          (Exhibit HRM-B for                15:42:50

21      identification, email dated           15:42:50

22      September 19, 2017, production        15:42:50

23      numbers IAZ_DNJ 2488 through          15:42:50

24      IAZ_DNJ 2491.)                        15:43:30

25          MR. RAYMOND:  Again, for the      15:43:30

```
 1            HERNANDO RAMOS MORENO
 2       record, HRM-B appears to be a          15:43:31
 3       document that's only in English.       15:43:34
 4       So you may have to translate what      15:43:36
 5       you want to ask him about.             15:43:37
 6   BY MR. INGBER:                             15:43:50
 7       Q.    By the way, have you ever --     15:43:51
 8     these are documents that were produced by  15:43:53
 9     your counsel labeled IAZ_DNJ 2488 through  15:43:55
10     2491.                                    15:44:01
11       A.    Okay.                            15:44:09
12            MR. INGBER:  I'm going to ask     15:44:23
13       the translator to refer to 2480.      15:44:24
14       And if you could read out the first   15:44:28
15       email from Hernando Ramos Moreno to   15:44:32
16       Fernery Garcia, cc Santiago Jimenez   15:44:41
17       Ramirez, regarding meeting with       15:44:46
18       Luis Alfonso Arango, Cordialsa USA.   15:44:50
19            MR. RAYMOND:  There is no         15:44:54
20       2480.  Do you mean 2490?              15:44:56
21            MR. INGBER:  2490.  I'm sorry.    15:44:58
22            THE INTERPRETER:  The second      15:45:02
23       to last page?                         15:45:03
24            MR. INGBER:  Yes.                 15:45:04
25            THE INTERPRETER:  The             15:45:05
```

Page 40

```
 1            HERNANDO RAMOS MORENO
 2      highlighted portion?  Do you want      15:45:06
 3      just the highlighted portion?          15:45:07
 4            MR. INGBER:  If you can read      15:45:17
 5      the whole thing.  If you would give     15:45:18
 6      him the information about dates and     15:45:25
 7      who it's from.                          15:45:27
 8            (Interpreter complies.)           15:45:30
 9  BY MR. INGBER:                              15:49:04
10      Q.    Is this email dated March 5,      15:49:04
11  2014?                                       15:49:06
12      A.    Yes.                              15:49:14
13      Q.    Why did you draft this email?     15:49:14
14      A.    After the meeting with Luis       15:49:40
15  Alfonso Arango I was trying to find some    15:49:42
16  tasks so we could work on exporting to      15:49:46
17  the United States.                          15:49:48
18      Q.    Who is Fernery Garcia?            15:49:50
19      A.    My boss at that time.             15:49:58
20      Q.    Did Santiago Jimenez have a       15:50:06
21  role in this project?                       15:50:11
22      A.    Yes.                              15:50:17
23      Q.    What was his role?                15:50:17
24            THE INTERPRETER:  I just want     15:50:32
25      to look a word up to make sure.         15:50:33
```

Page 41

1              HERNANDO RAMOS MORENO

2        A.    He was the manager of the          15:50:36

3    supply chain.                                 15:50:38

4        Q.    Did the meeting -- you              15:50:40

5    reference a meeting with Luis Arango.         15:50:45

6    Was the meeting on that same day of March     15:50:49

7    5, 2014?                                      15:50:51

8        A.    No.                                 15:51:00

9        Q.    Was it the day before?              15:51:00

10       A.    Yes.                                15:51:04

11       Q.    So was there -- do you know if      15:51:06

12   there was -- why was the -- why was the       15:51:15

13   project to export beans suspended?            15:51:18

14       A.    It was not being suspended.         15:51:31

15             MR. INGBER:  Read him back the      15:51:41

16        first bullet point.                      15:51:42

17             (Interpreter complies.)             15:51:45

18       A.    Oh, it had been.  This is in        15:51:54

19   the past.                                     15:51:55

20       Q.    When had it been suspended, to      15:51:56

21   your knowledge?                               15:52:02

22       A.    2011.                               15:52:02

23       Q.    Do you know if the suspension       15:52:08

24   had been lifted?                              15:52:11

25       A.    Yes.                                15:52:17

                                                    Page 42

1              HERNANDO RAMOS MORENO

2         Q.    So the suspension was no        15:52:17

3    longer in place.  Is that what you're      15:52:20

4    saying?                                     15:52:22

5         A.    No.                              15:52:27

6         Q.    No, it was lifted?              15:52:30

7         A.    Yes.                             15:52:37

8         Q.    Do you know why the suspension  15:53:03

9    was lifted?                                 15:53:06

10        A.    Because Cordialsa was a larger  15:53:13

11   company and they had a better capacity      15:53:22

12   for distribution.                           15:53:24

13        Q.    Well, that doesn't answer --     15:53:27

14   that doesn't appear to answer the           15:53:29

15   question about why the suspension was       15:53:31

16   lifted.                                     15:53:33

17             MR. RAYMOND:  I object to the     15:53:34

18        comment.  And there is no question     15:53:35

19        yet.                                   15:53:37

20        Q.    Does it?                         15:53:40

21             MR. RAYMOND:  Does?  I object     15:53:44

22        to the form.  Does what?               15:53:46

23        Q.    Your answer doesn't appear to    15:53:48

24   answer the question about why the           15:53:50

25   suspension is lifted.  To me.  It doesn't   15:53:52

Page 43

1              HERNANDO RAMOS MORENO

2    appear.                                    15:53:55

3              MR. RAYMOND:  I object to the    15:53:57

4         comment.  It makes sense to me.       15:53:58

5              MR. INGBER:  Good for you.        15:53:59

6              MR. RAYMOND:  Well, good.  He     15:54:00

7         answered the question.  So that's     15:54:02

8         the answer.                           15:54:03

9              There is no question.            15:54:19

10        Q.    When did the suspension that    15:54:21

11   you referenced before in this letter,      15:54:23

12   when was it lifted?                         15:54:27

13        A.    I don't remember.               15:54:39

14        Q.    Was the suspension lifted at    15:54:42

15   the time of this March 10, 2014 email      15:54:46

16   that you wrote?                             15:54:51

17        A.    Not necessarily.                15:55:03

18        Q.    Do you know if Latinfood had a  15:55:09

19   trademark registration in the name of      15:55:12

20   Zenu at this time, in the U.S.?            15:55:14

21        A.    No.                             15:55:24

22        Q.    Do you know if the suspension   15:55:25

23   that you reference here had anything to    15:55:27

24   do with Latinfood having a Zenu           15:55:28

25   registration in the U.S.?                  15:55:33

Page 44

```
 1          HERNANDO RAMOS MORENO
 2     A.    No.                        15:55:48
 3          (Exhibit HRM-C for          15:56:08
 4     identification, letter dated     15:56:08
 5     January 12, 2011, production     15:56:08
 6     numbers IAZ_DNJ 3606 through     15:56:08
 7     IAZ_DNJ 3609.)                   15:56:17
 8          MR. INGBER:  We're going to 15:56:17
 9     have this marked as HRM-C.       15:56:18
10  BY MR. INGBER:                      15:56:52
11     Q.    Have you ever seen this letter  15:57:08
12   before?                            15:57:09
13     A.    Yes.                       15:57:14
14     Q.    What do you understand this 15:57:15
15   letter -- do you know this is a letter  15:57:19
16   dated January 12, 2011 from U.S. Customs  15:57:20
17   and Border Protection to an Ernesto  15:57:27
18   Jocson?                            15:57:31
19     A.    Yes.                       15:57:47
20     Q.    Did you first see this letter  15:57:48
21   when it was -- around the time it was  15:57:49
22   written in January of 2011?        15:57:52
23     A.    Yes.                       15:58:05
24     Q.    When did you see this letter  15:58:07
25   most recently?                     15:58:10
```

Page 46

```
 1              HERNANDO RAMOS MORENO
 2    the Tariff Act.  It says that, quote,        16:00:26
 3    "Provides, in general, that all articles     16:00:36
 4    of foreign origin imported into the U.S.     16:00:39
 5    must be legibly, conspicuously and           16:00:42
 6    permanently marked to indicate the           16:00:46
 7    English name of the country of origin to     16:00:49
 8    an ultimate purchaser in the U.S."           16:00:51
 9              It goes on to say, quote, "The      16:01:21
10    samples you submitted do not appear to be    16:01:25
11    properly marked with the country of          16:01:28
12    origin.  You may wish to discuss the         16:01:29
13    matter of country of origin marking with     16:01:29
14    the Customs import specialist at the         16:01:32
15    proposed port of entry."                     16:01:34
16              Did this letter have anything       16:01:58
17    to do with Industria's trying to import      16:02:01
18    Zenu-branded products into the U.S.?         16:02:07
19         A.   Yes.                               16:02:22
20         Q.   Do you know if this had            16:02:25
21    anything to do with the suspension that      16:02:27
22    you referenced in your email dated March     16:02:30
23    10 -- March 5, 2014, to Fernery Garcia?      16:02:41
24         A.   Yes.                               16:03:04
25         Q.   So more than three years had       16:03:05
```

Page 47

1              HERNANDO RAMOS MORENO

2   passed since this January 12, 2011        16:03:11

3   Customs letter, and your email dated      16:03:15

4   March 5, 2014.  Isn't that correct?       16:03:21

5        A.    Yes.                           16:03:42

6        Q.    Would you say that this was a  16:03:42

7   labeling issue?                           16:03:46

8              MR. RAYMOND:  Object to the    16:03:50

9        form of the question.  That what     16:03:51

10       was a labeling issue?                16:03:56

11       Q.    Was this Customs letter        16:03:59

12   related to a labeling issue that you     16:04:01

13   were -- that Industria was dealing with? 16:04:04

14       A.    Yes.                           16:04:13

15       Q.    Do you know why it took three  16:04:14

16   plus years for Industria to address this 16:04:26

17   issue of labeling?                       16:04:32

18       A.    I don't remember.              16:04:38

19       Q.    So is it -- isn't it accurate  16:04:58

20   that three years passed and Industria    16:05:02

21   still hadn't fixed the problems about    16:05:03

22   labeling to enable their products to get 16:05:06

23   into the U.S.?                           16:05:09

24              MR. RAYMOND:  I object to the  16:05:22

25        form of the question.  There is no   16:05:23

Page 48

1                 HERNANDO RAMOS MORENO

2        foundation for various assumptions       16:05:25

3        contained in that question.              16:05:27

4               But you can answer.               16:05:30

5        Q.    You can answer the question.       16:05:37

6        A.    It was not just the label.         16:05:38

7        Q.    It was other issues?  What         16:05:44

8    other issues?                                16:05:46

9        A.    The Cordialsa distribution         16:05:53

10   model was very small.                        16:05:57

11       Q.    Did it also have to do with        16:06:05

12   the technical specification sheet in         16:06:10

13   English which needed to be presented to      16:06:14

14   the FDA that you mention in your March 5,    16:06:15

15   2014 letter -- email?                        16:06:18

16              MR. RAYMOND:  Object to the       16:06:21

17       form.                                    16:06:23

18              You can answer.                   16:06:23

19       A.    Yes.                               16:06:40

20       Q.    Do you know if there were any      16:06:43

21   sanitary problems as well that was          16:06:44

22   preventing Industria from bringing its      16:06:48

23   goods into the -- its Zenu goods into the   16:06:54

24   U.S.?                                        16:07:02

25       A.    No.                                16:07:11

Page 49

1            HERNANDO RAMOS MORENO

2        Q.    This labeling issue, do you        16:07:19

3    know if Industria ever fixed this issue?     16:07:26

4        A.    Yes.                               16:07:37

5        Q.    And do you know when that was      16:07:37

6    fixed?                                       16:07:40

7        A.    I don't remember.                  16:07:46

8        Q.    Did this issue have anything       16:07:50

9    to do with Latinfood, by any chance?         16:07:52

10        A.    I don't remember.                  16:08:06

11        Q.    Now, looking at HRM-B, Bates       16:09:18

12    number IAZ_DNJ 2489.  There is an email      16:09:28

13    dated -- a subsequent email dated March      16:09:47

14    10, 2014, from Mr. Moreno to Carlos          16:09:50

15    Escobar, Santiago Jimenez, Juliana Gomez     16:10:03

16    Gonzalez.  And this is, again, regarding     16:10:10

17    the meeting with Luis Alfonso Arango,        16:10:14

18    Cordialsa USA.                               16:10:23

19        A.    Okay.                              16:10:41

20        Q.    It says, "Good morning,            16:10:42

21    Carlos.  Through the instruction of Diego    16:10:45

22    Medina, we had a meeting last week with      16:10:49

23    Luis Alfonso Arango, manager of Cordialsa    16:10:51

24    USA, who is interested in selling Zenu       16:10:56

25    antioquenos beans times 380 and 580 grams    16:11:03

Page 50

1          HERNANDO RAMOS MORENO

2    to a nostalgic market of Colombians in       16:11:03

3    some geographic areas such as Florida,       16:11:06

4    New York and California."                     16:11:09

5              So did Mr. Medina ever discuss      16:11:39

6    the reasons with you why he wanted to         16:11:45

7    bring Industria's Zenu-branded products       16:11:49

8    to the U.S.?                                   16:11:55

9        A.    Not directly.                       16:12:05

10       Q.    How did you -- you say here          16:12:07

11   "through the instruction of Diego Medina"     16:12:13

12   you had a meeting last week with              16:12:17

13   Mr. Arango.                                    16:12:18

14             How did Mr. Medina convey this      16:12:20

15   instruction?                                   16:12:22

16       A.    Through my direct boss.             16:12:38

17       Q.    And who was that again?             16:12:41

18       A.    He's in the email, Fernery          16:12:45

19   Garcia.                                        16:12:53

20       Q.    Do you know what the purpose        16:13:02

21   of this email was for?                         16:13:03

22       A.    To begin the project of             16:13:15

23   exporting their products into the United      16:13:20

24   States.                                        16:13:23

25       Q.    Were you in charge of this          16:13:23

Page 51

```
  1            HERNANDO RAMOS MORENO
  2   project on behalf of Industria?        16:13:25
  3        A.    Yes.                         16:13:33
  4        Q.    Who were the people that     16:13:34
  5   you've worked with at Industria or      16:13:54
  6   Cordialsa about bringing Industria's    16:13:58
  7   branded Zenu products into the U.S.?    16:14:03
  8            MR. RAYMOND:  Object to the    16:14:12
  9        form.  To clarify, do you want the 16:14:13
 10        names of the people from both      16:14:15
 11        companies or just one or the other.16:14:16
 12        You said or.                       16:14:18
 13            MR. INGBER:  I said both.      16:14:19
 14            MR. RAYMOND:  You said or.     16:14:20
 15            MR. INGBER:  Industria and     16:14:22
 16        Cordialsa.                         16:14:29
 17        A.    Okay.  From marketing, Luis  16:14:32
 18   Ignacio Salazar.  The supply chain,     16:14:41
 19   Santiago Jimenez.  And Luis Alfonso     16:14:47
 20   Arango from Cordialsa USA.              16:14:56
 21        Q.    Have you ever travelled to the 16:14:59
 22   United States before?                   16:15:01
 23        A.    Regarding this matter or     16:15:15
 24   personal?                               16:15:16
 25        Q.    Well, first, have you ever   16:15:17
```

Page 52

```
 1              HERNANDO RAMOS MORENO
 2    travelled to the U.S. before?            16:15:18
 3         A.   Yes.                           16:15:24
 4         Q.   How many times?                16:15:24
 5         A.   Four or five times.            16:15:28
 6         Q.   Have you ever travelled to the 16:15:34
 7    U.S. on official business for Industria? 16:15:35
 8         A.   Yes, fairs.                    16:15:44
 9         Q.   What kind of fairs?            16:15:53
10         A.   Food fairs.                    16:15:58
11         Q.   When did you travel to the     16:16:02
12    U.S. to attend a food fair, what year?  16:16:03
13         A.   2007.  And 2016.  I don't      16:16:20
14    remember exactly.                        16:16:27
15         Q.   Was this a food fair in the    16:16:28
16    U.S. in 2007 and 2016?                   16:16:33
17         A.   Yes.                           16:16:39
18         Q.   Where was the 2007 food fair   16:16:43
19    that you attended?                       16:16:53
20         A.   Chicago.                       16:17:00
21         Q.   How about the one in 2016?     16:17:01
22         A.   Chicago.                       16:17:04
23         Q.   Was Industria an exhibitor at  16:17:07
24    either of these food fairs?              16:17:12
25         A.   No.                            16:17:18
```

Page 53

```
 1            HERNANDO RAMOS MORENO
 2      Q.    Did you -- have you ever seen    16:17:24
 3   any Zenu-branded products owned by        16:17:27
 4   anybody in the U.S. in any of your        16:17:32
 5   visits?                                   16:17:34
 6      A.    No.                              16:17:45
 7      Q.    When you came to the United      16:17:47
 8   States on business, did it have anything  16:17:55
 9   to do with Industria trying to bring --   16:17:57
10   trying to establish Zenu in the U.S.?     16:18:04
11      A.    Me directly, no.                 16:18:29
12          MR. RAYMOND:  Can we take a        16:18:35
13      bathroom break, five minutes?          16:18:36
14          MR. INGBER:  Sure.                 16:18:38
15          (A recess was taken.)              16:18:39
16          MR. INGBER:  Back on the           16:37:24
17      record.                                16:37:25
18   BY MR. INGBER:                            16:37:26
19      Q.    You testified earlier that the   16:37:26
20   Cordialsa distribution model was very     16:37:29
21   small.  What did you mean by that?        16:37:31
22      A.    That it was a growing company    16:38:00
23   and when we started the project with them 16:38:02
24   initially, they did not have the right    16:38:07
25   distribution model to increase our sales. 16:38:10
```

Page 54

```
 1              HERNANDO RAMOS MORENO
 2        Q.    That had nothing to do with      16:38:13
 3    Latinfood; did it?                         16:38:22
 4              MR. RAYMOND:   Object to the     16:38:27
 5        form.                                  16:38:27
 6              You can answer.                  16:38:29
 7        A.    Let's say that Cordialsa's       16:38:44
 8    distribution model has nothing to do with  16:38:47
 9    Latinfood.                                 16:38:48
10        Q.    Do you know a company named      16:38:50
11    Marquillas?                                16:39:00
12        A.    No.                              16:39:01
13        Q.    Do you know anybody named        16:39:01
14    Felipe Munera?                             16:39:04
15        A.    No.                              16:39:13
16        Q.    Now, going back to HRM-B.  On    16:39:20
17    IAZ_DNJ 2489 -- actually it begins on      16:39:40
18    2488 at the bottom.  There is a reference  16:39:48
19    email from Juliana Gomez Gonzalez for      16:39:55
20    you, dated March 11, 2014, I believe.      16:40:08
21    And it relates to a meeting, again, with   16:40:16
22    Luis Alfonso Arango of Cordialsa.          16:40:19
23              Who is Juliana Gomez Gonzalez?   16:40:31
24        A.    Director of marketing.  She      16:40:43
25    works with Luis Ignacio Salazar.          16:40:45
```

Page 55

1              HERNANDO RAMOS MORENO
2        Q.    And who is Maria Adelaida          16:40:48
3   Arango Hoyos?                                 16:40:52
4        A.    Marketing director, works with     16:40:58
5   Luis Ignacio Salazar.  Correcting myself,     16:41:02
6   used to work.                                 16:41:08
7        Q.    Do you know if Maria Arango is      16:41:09
8   related to Luis Arango?                        16:41:13
9        A.    I don't know.                       16:41:25
10       Q.    So she's writing to you and         16:41:30
11  she says, "hey, I have several doubts          16:41:34
12  that I would like to know in case of           16:41:37
13  requesting support from marketing."            16:41:40
14            Then she says, "do you have          16:41:52
15  the product value chain?  What is the PVP      16:41:54
16  to the consumer in the U.S.A.?  What are       16:41:57
17  the prices of the competitors?  How much       16:42:08
18  is the product currently selling for?  In      16:42:11
19  some cases we have seen that our products      16:42:15
20  are arriving but we do not carry them.         16:42:18
21  How big is the potential of the Colombian      16:42:33
22  population in the United States being          16:42:37
23  calculated?"  Then it says, "The use of        16:42:40
24  the brand in the United States, if I           16:42:53
25  remember correctly, has been lost at some      16:42:55

Page 66

1          HERNANDO RAMOS MORENO

2      Q.    Yes.                              17:07:35

3      A.    It wasn't a concern, it was       17:07:52

4   more about the way the label should look.  17:07:54

5   We wanted to know if the writing should     17:07:56

6   be Spanish/English or English/Spanish.      17:07:58

7      Q.    Did Mr. Arango respond to you?     17:09:01

8      A.    Yes.                              17:09:05

9      Q.    And do you remember what his       17:09:09

10  response was?                              17:09:10

11     A.    It's here on the document.        17:09:17

12     Q.    Can you -- is that what's on       17:09:20

13  3613, the first page?                      17:09:24

14     A.    Correct.                          17:09:30

15     Q.    What is he saying here?  In        17:09:31

16  your own words, what is he saying?         17:09:36

17     A.    That the name of the product      17:09:57

18  in English is fine.  The nutritional       17:10:13

19  facts in English are fine.  The            17:10:16

20  ingredients in English are fine.  Then it  17:10:18

21  says that the law requires that the        17:10:40

22  product be in English and Spanish.  And    17:10:41

23  that the way that we had defined the       17:10:43

24  labels was fine.                           17:10:47

25          Should I continue?                 17:10:54

Page 67

```
 1            HERNANDO RAMOS MORENO
 2      Q.    Yes.                        17:10:55
 3      A.    That the product must read  17:11:08
 4   distributed by Cordialsa and must have   17:11:10
 5   their address in Houston.  And then at    17:11:12
 6   the end he says that it needs to have a   17:11:39
 7   code that we use in Colombia that's an    17:11:44
 8   EAN.  It's a code that they do not use    17:11:47
 9   here in the U.S., in the U.S. they use a  17:11:50
10   code called UPC, it's a twelve-digit      17:11:53
11   code.                                17:11:57
12      Q.    Are you familiar with UPC   17:11:57
13   codes?                               17:11:59
14      A.    No.                         17:12:03
15      Q.    I believe you testified    17:12:05
16   earlier that the Cordialsa back in 2014   17:12:09
17   didn't have the distribution capability   17:12:16
18   that Industria was looking for?      17:12:20
19            MR. RAYMOND:  Object to the 17:12:23
20      form.                            17:12:24
21      Q.    Is that correct?            17:12:24
22            MR. RAYMOND:  Object to the 17:12:25
23      form.  That's not what he testified   17:12:26
24      to.                              17:12:27
25            Did you say objection to the 17:12:53
```

Page 68

1        HERNANDO RAMOS MORENO
2        form?  That's not what he testified    17:12:55
3        to.                                    17:12:56
4        A.    Okay.  When we had started the   17:13:22
5    project, Cordialsa did not have the        17:13:24
6    distribution network, it wasn't big        17:13:26
7    enough.  But in 2014 it had already        17:13:28
8    grown, they had more clients and they had  17:13:30
9    more potential for sales.  So that's when  17:13:32
10   we began the project again with them.      17:13:34
11           MR. INGBER:  I'd like to mark      17:13:42
12        this as Exhibit HRM-F.  IAZ 2480 to   17:13:43
13        2481.                                  17:13:53
14           (Exhibit HRM-F for                 17:13:57
15        identification, email dated           17:13:57
16        September 19, 2017, production        17:13:57
17        numbers IAZ_DNJ 2480 through          17:13:57
18        IAZ_DNJ 2481.)                        17:14:21
19   BY MR. INGBER:                             17:14:21
20        Q.    So if you look at the bottom    17:14:22
21   of 2481, there is an email dated it looks  17:14:23
22   like, I guess it looks like September      17:14:31
23   11th, from Luis Arango to you.  And he     17:14:32
24   says, "I'm visiting the points of sale     17:14:41
25   here in New Jersey.  I'm finding that in   17:14:43

Page 69

                    HERNANDO RAMOS MORENO

1

2    the market there are Zenu beans from a          17:14:45

3    company that calls itself Zenu Products         17:14:48

4    USA."                                            17:14:52

5              MR. RAYMOND:  Before you get          17:15:02

6         the question, can I just clarify.          17:15:03

7         This seems to be March 12th, you           17:15:05

8         said September 11th.                        17:15:07

9              MR. INGBER:  I see September          17:15:09

10        10, 2481, at the bottom.                    17:15:10

11             MR. RAYMOND:  I'm sorry.              17:15:15

12             And I think 9/11 means                17:15:43

13        November 9, not September 11th.             17:15:45

14             MR. INGBER:  November 10th --         17:15:47

15        excuse me.  September 10th.                 17:15:49

16             MR. RAYMOND:  I think it goes         17:15:51

17        day --                                      17:15:54

18             MR. INGBER:  This is September        17:15:56

19        10th, I believe.                            17:15:57

20        Q.   Is this dated September 10,            17:15:58

21   2014?                                            17:16:00

22        A.   Yes.                                   17:16:09

23        Q.   Now, above it there is a               17:16:15

24   response letter, response email,                 17:16:17

25   September 11th, from you to Luis Arango,         17:16:20

Page 70

```
 1              HERNANDO RAMOS MORENO
 2    regarding Zenu beans in the U.S.A.  And      17:16:25
 3    it says, "Luis, thank you very much for      17:16:43
 4    the information, it coincides with the       17:16:46
 5    teleclient that we sent to the legal         17:16:49
 6    department, Juridica, where a client in      17:16:50
 7    New York complained about the service of     17:16:54
 8    our distributor in Miami, which we do not    17:16:56
 9    have.  This topic is more complex than we    17:16:59
10    had imagined."                               17:17:04
11              And then there is an email on      17:17:40
12    2481 -- excuse me.  2480, first page,        17:17:45
13    it's from Luis Arango to you, dated, I       17:17:52
14    think it's March 12, 2014.  Again, Zenu      17:17:58
15    beans in U.S.A. and also Rica Rondo.  It     17:18:06
16    says, "Hey Hernando, I want to tell you      17:18:25
17    that the topic of Zenu has increased a       17:18:28
18    lot and our sales personnel are seeing       17:18:31
19    the product in many supermarkets and not     17:18:32
20    just the line of beans, but also all the     17:18:35
21    topic of sausages.  In addition to the       17:18:38
22    Zenu brand we are seeing that they are       17:18:40
23    not -- that not they are also using Rica     17:18:42
24    Rondo.  I'm going to send photos for your    17:18:49
25    record.  In this email I'm sending photos    17:18:52
```

```
                                            Page 82

 1            HERNANDO RAMOS MORENO
 2              Do you know if Industria was      17:44:36
 3    able -- who is Alimentos Carnicos, that's   17:44:38
 4    your company, correct?                      17:44:42
 5          A.    Yes.                            17:44:44
 6          Q.    Did this product have meat in   17:44:50
 7    it?                                         17:44:53
 8          A.    Bacon.  A small amount.         17:45:03
 9          Q.    How would you be able to        17:45:05
10    overcome the U.S. restriction on --         17:45:08
11    because of the hoof-and-mouth issue that    17:45:15
12    you referenced before?                      17:45:17
13              MR. RAYMOND:  Object to the       17:45:17
14          form.  There is no testimony          17:45:19
15          hoof-and-mouth had anything to do     17:45:21
16          with bacon, which comes from a pig.   17:45:22
17          Q.    Was there a hoof-and-mouth      17:45:25
18    restriction -- to your knowledge, was       17:45:27
19    there a hoof-and-mouth restriction that     17:45:28
20    Colombia had relating to bacon?            17:45:31
21          A.    No.  The restriction is for     17:45:45
22    cow meat.  This is pork.                    17:45:48
23          Q.    Does Industria produce bacon    17:45:56
24    for export -- excuse me.  Does Nutresa      17:46:03
25    produce bacon for export to the U.S., to    17:46:08
```

Page 83

1              HERNANDO RAMOS MORENO

2    your knowledge?                          17:46:17

3         A.    Nutresa does not produce the   17:46:17

4    bacon.  The bacon is produced by a        17:46:24

5    company in the United States.             17:46:26

6         Q.    So again, is it still your     17:46:29

7    answer then that Colombian companies can  17:46:35

8    export bacon that is made in Colombia to  17:46:40

9    the United States?                        17:46:47

10        A.    In general, I do not have that 17:47:19

11   information.  But the amount -- the        17:47:21

12   percentage of the bacon in this item was  17:47:24

13   very low.  The main ingredient was beans, 17:47:26

14   not bacon.                                17:47:29

15        Q.    So are you saying that you're  17:47:34

16   not sure now whether Colombia could       17:47:37

17   export pork products that are made in      17:47:40

18   Colombia to the U.S.?                      17:47:45

19            MR. RAYMOND:  I object to the    17:47:46

20        form of the question.  You never     17:47:48

21        asked him that question before, so   17:47:49

22        the implication that he's answered   17:47:50

23        it one way or the other is not       17:47:52

24        correct.  But you can ask him the    17:47:54

25        question if you'd like to.           17:47:55

Page 84

1          HERNANDO RAMOS MORENO

2      A.    It's my understanding that the      17:48:32

3   restriction to export is on cow meat, not    17:48:34

4   poultry or pork, and that's the              17:48:39

5   limitation that we have for exporting to     17:48:41

6   other countries.                             17:48:43

7      Q.    Did you ever retain -- did you      17:48:46

8   ever obtain the registration of the          17:48:50

9   product which you said you would get next    17:48:52

10  week?                                         17:48:54

11     A.    This email is referring to the     17:49:13

12  registration for the manufacturing plant     17:49:24

13  registration, not the product.  So we did    17:49:28

14  get the registration for the                 17:49:30

15  manufacturing plant.  And the product        17:49:32

16  registration was in process.                 17:49:33

17     Q.    Do you know if the                  17:49:36

18  foot-and-mouth disease is limited to         17:49:37

19  cows?                                         17:49:41

20     A.    Yes.                                17:49:48

21     Q.    So as far as you know, the         17:49:52

22  foot-and-mouth disease does not effect       17:49:54

23  pigs.  Is that correct?                       17:49:58

24     A.    No.                                 17:50:04

25     Q.    Well, if you come -- if you        17:50:08

Page 85

```
 1              HERNANDO RAMOS MORENO
 2    change your mind about that, I hope        17:50:13
 3    you'll indicate that at some point,        17:50:15
 4    because I think you're wrong.              17:50:18
 5              MR. RAYMOND:  I object to the    17:50:24
 6         statement.  He's not here to          17:50:24
 7         testify about such regulations in     17:50:27
 8         any event.                            17:50:29
 9              MR. INGBER:  He just did.        17:50:29
10              I'd like to have this marked     17:51:01
11         as Exhibit HRM-J.                     17:51:03
12              (Exhibit HRM-J for               17:51:03
13         identification, email dated June 5,   17:51:03
14         2014, with attachment, production     17:51:03
15         numbers IAZ_DNJ 3621 through          17:51:03
16         IAZ_DNJ 3622.)                        17:51:40
17    BY MR. INGBER:                             17:51:40
18         Q.   These are exhibits labeled IAZ   17:51:40
19    3621 through 3622 with some Google         17:51:44
20    translations.                              17:51:47
21              So the email that's on 3621 is   17:51:49
22    a, appears to be a June 5, 2014 email      17:51:57
23    from you to Libia Eugenia Bentacur         17:52:02
24    Rendon, and Mr. Arango is copied in.  And  17:52:10
25    this is regarding RM Sofia Express.        17:52:16
```

```
                                                      Page 86
 1              HERNANDO RAMOS MORENO
 2              What is this email about?        17:52:22
 3       A.    It's a request from Luis          17:53:21
 4  Alfonso Arango from Cordialsa in order to     17:53:25
 5  commercialize the Sofia Express products.     17:53:28
 6  These are frozen goods.                       17:53:30
 7       Q.    Who is Betancur Rendon?            17:53:31
 8       A.    A marketing person who worked      17:53:44
 9  with Luis Alfonso Salazar -- Luis Ignacio     17:53:46
10  Salazar.                                      17:53:53
11       Q.    Did Mr. Salazar ask you to         17:53:53
12  refer this to Mr. Betancur Rendon?            17:53:55
13       A.    She was responsible for frozen     17:54:19
14  goods, and she worked under Salazar's         17:54:22
15  supervision.                                  17:54:24
16       Q.    Did Mr. Arango provide you a       17:54:25
17  list of frozen food that you needed           17:54:30
18  export advice on?                             17:54:34
19       A.    He was interested in              17:55:24
20  distributing our frozen line products in      17:55:26
21  the United States to people from              17:55:29
22  Colombian origin.  So he did not give me      17:55:32
23  any information, he doesn't give me any        17:55:35
24  details of the products in this email.        17:55:37
25  He wanted a catalog of the products           17:55:39
```

```
                                          Page 87

 1              HERNANDO RAMOS MORENO

 2     first.                                  17:55:41

 3         Q.    Did Mr. Betancur Rendon       17:55:42

 4     respond?                                17:55:47

 5         A.    Yes.  But it's not in this    17:55:54

 6     document.                               17:56:02

 7         Q.    What did he say, do you       17:56:02

 8     remember?                               17:56:50

 9         A.    That we had a restriction in  17:56:50

10     many of the frozen foods, but that we   17:56:51

11     could distribute ethnic products like the  17:56:55

12     dough for the bumuelos or for the cheese  17:56:57

13     sticks or palitos de queso.  It's not   17:57:00

14     really a restriction, it's more of a    17:57:04

15     limitation with frozen food distribution.  17:57:06

16         Q.    Were these Zenu-branded       17:57:09

17     products?                               17:57:12

18         A.    At that time no, but today    17:57:25

19     they became Zenu brand products.  They  17:57:27

20     were Sofia Express back then.           17:57:31

21         Q.    Did Industria acquire Sofia   17:57:34

22     Express?                                17:57:39

23         A.    Yes.                          17:57:39

24         Q.    And what kind of products did  17:57:41

25     Sofia Express make?                     17:57:44
```

Page 88

1           HERNANDO RAMOS MORENO

2        A.    It was frozen foods, like        17:58:04

3    palitos de queso, empanadas, prepared      17:58:21

4    foods like pasta bolognese, dough for      17:58:28

5    bumuelos and pizzas.                        17:58:32

6              MR. INGBER:  We need to take a    17:59:02

7         short break.  Five minutes.           17:59:04

8              (A recess was taken.)            17:59:18

9              (Exhibit HRM-K for               17:59:18

10        identification, email dated           17:59:18

11        November 11, 2014, production         17:59:18

12        numbers IAZ_DNJ 3636 through          17:59:18

13        IAZ_DNJ 3637.)                        18:19:59

14             MR. INGBER:  We're up to         18:19:59

15        Exhibit K.  Which is IAZ_DNJ 3636     18:20:00

16        through 37.                           18:20:06

17   BY MR. INGBER:                             18:20:12

18        Q.    Now, I'd like you to refer to   18:20:13

19    the second email on 3636.  Dated, I       18:20:15

20    believe it's dated September 10, 2014.    18:20:25

21    And if you could read that and then I'm   18:20:30

22    going to ask the translator to read that  18:20:32

23    into the record.                          18:20:36

24        A.    Perfect.                        18:20:43

25             MR. INGBER:  We don't need       18:20:46

Page 89

```
                    HERNANDO RAMOS MORENO
 1
 2      him -- we need you to read it.         18:20:47
 3           MR. RAYMOND:  Read it to          18:20:49
 4      yourself.                              18:20:50
 5           MR. INGBER:  Read it to           18:20:52
 6      yourself so you're familiar with       18:20:53
 7      it.                                    18:20:54
 8           THE INTERPRETER:  Hey             18:20:57
 9      Hernando.  I am visiting some          18:20:59
10      points of sale here in New Jersey      18:21:00
11      and I am seeing that there are --      18:21:03
12      some Zenu beans are for sale here      18:21:08
13      from a company called Zenu Products    18:21:11
14      USA.  The logo, descriptors and        18:21:13
15      photos are identical as the            18:21:19
16      Colombian product.  But this is not    18:21:21
17      a Zenu product.  It's from a           18:21:25
18      company that it's appropriating the    18:21:28
19      Zenu brand and it makes the            18:21:32
20      consumer feel that he or she is        18:21:33
21      buying Zenu products when they're      18:21:35
22      really not.  I visited the website     18:21:37
23      Zenu.US.com/EN, and you can find       18:21:43
24      there -- it's not I visited.           18:21:52
25      Visit.  Visit the website -- sorry,    18:21:57
```

1              HERNANDO RAMOS MORENO

2         it is I visited.  And you will find      18:22:07

3         there that they even sell the            18:22:11

4         Ranchera sausage, Zenu chorizo, et       18:22:13

5         cetera.  I am attaching a photo          18:22:19

6         that I took at the point of sale         18:22:21

7         and I additionally purchased a           18:22:23

8         sample in case you need it.              18:22:25

9         Additionally, I asked the cashiers       18:22:29

10        about the sale of this product, and      18:22:32

11        coincidentally they were Colombian.      18:22:37

12        And they said that they were very        18:22:39

13        happy that -- that the consumers         18:22:41

14        were very happy because they are         18:22:43

15        seeing that they could now buy Zenu      18:22:45

16        products in the U.S.A. and that the      18:22:50

17        canned beans -- and that it's            18:22:54

18        already a leading brand for the          18:22:57

19        canned beans.  I consider this an        18:22:59

20        important subject for you to review      18:23:02

21        internally in the company.               18:23:05

22   BY MR. INGBER:                                18:23:23

23        Q.   So this is an email from            18:23:23

24     Mr. Arango to you.  Is that right?          18:23:26

25        A.   Yes.                                18:23:33

Page 91

1          HERNANDO RAMOS MORENO

2          Q.    And Mr. Arango I believe is        18:23:36

3    saying in his letter that he saw              18:23:49

4    customers -- excuse me.  He asked the         18:23:51

5    cashiers about the sale of this product       18:23:54

6    and the customers were -- excuse me --        18:23:56

7    the cashiers were Colombian, and they         18:24:03

8    said that they were very happy, the           18:24:06

9    consumers were very happy because they're     18:24:09

10   seeing that they can now buy Zenu             18:24:12

11   products in the U.S. and that the canned      18:24:14

12   beans -- is already a leading brand for       18:24:16

13   the canned beans.                             18:24:17

14          Did you share this                     18:24:49

15   information, this email with people at        18:24:53

16   Industria?                                    18:24:55

17          A.    I suppose so.                     18:25:00

18          Q.    Did you discuss it with Diego     18:25:07

19   Medina?                                       18:25:09

20          A.    I don't remember.                 18:25:12

21          Q.    Do you know that Industria has    18:25:16

22   made some allegations in their complaint      18:25:19

23   that say that the Latinfood goods are         18:25:24

24   subpar and not inspected?                     18:25:31

25          A.    I don't know the details of       18:25:49

Page 92

1              HERNANDO RAMOS MORENO
2      that statement.                          18:25:56
3          Q.    Have you heard that statement  18:25:57
4      before?                                  18:25:58
5          A.    Not the statement.  What I did 18:26:16
6      hear or what I know is that these        18:26:21
7      products are not manufactured by         18:26:23
8      Industria de Alimentos Zenu.             18:26:25
9          Q.    Did you ever get any emails    18:26:29
10     from Mr. Arango or anybody else that     18:26:30
11     stated that customers were unhappy with  18:26:34
12     Latinfood's Zenu products in the U.S.?   18:26:37
13         A.    In detail what Luis Arango was 18:27:58
14     saying is that he saw the products and   18:28:07
15     that visually these products use the     18:28:09
16     Zenu -- the Zenu brand or the Zenu       18:28:15
17     trademark, which is the leading brand of 18:28:17
18     the product in Colombia.  So consumers   18:28:20
19     were happy to see their trusted brand,   18:28:23
20     which was not a product that was made by 18:28:26
21     Industria, but it was made by Latinfoods.18:28:28
22     So consumers wouldn't have the knowledge 18:28:33
23     or they wouldn't know the details for    18:28:34
24     that information and they would just     18:28:36
25     assume that they are Zenu products, which18:28:38

## VERITEXT LEGAL SOLUTIONS
## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.