# Exhibit B



IAZ_DNJ0000021