# Exhibit C



IAZ_DNJ0000051