# Exhibit D



IAZ_DNJ0001493