# Exhibit E



IAZ_DNJ0001498