# Exhibit F

IAZ_DNJ0001494