# Exhibit G



IAZ_DNJ0001496