# Exhibit H



STATE OF NEW YORK    )
                     )
                     )   ss
                     )
COUNTY OF NEW YORK   )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document with Bates Nos. IAZ_DNJ0003807—IAZ_DNJ0003808.

Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me
this 3rd day of October, 2022.

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023

Superintendency of Industry and Commerce of Colombia (SIC) - Detailed Report of Applications

Date and time: Sept. 8, 2022 03:34:37 p.m.

**Application number:** 94047372
**Client reference:**
**Application Status:** Registered
**Mark Type:** Trademark
**Nature of the Trademark:** Mixed
**Mark Name:** ZENU
**Images and Vienna classification codes:**

**Filed/Designation Date:** Oct. 18, 1994
**Registration date:** Jan.30, 1995
**Term:** Jan.30, 2025
**Under opposition:** No

| Image | Vienna Classification Codes |
|---|---|
| Zenú | |

**Nice Classification Edition:** 7
**Class and specification of products and/or services:**

| Class | Product and Service Specification |
|---|---|
| 30 | ALL GOODS IN CLASS 30 OF THE NICE INTERNATIONAL CLASSIFICATION |

**Priority: No**

**Agent:**

| JUAN GUILLERMO MOURE PEREZ | Physical Address : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO<br>E-mail: office@olartemoure.com |
|---|---|

**Applicant (s):**

| GRUPO NUTRESA S.A. | Registered Address : CARRERA 43 A N° 1ASUR 143 EDIFICIO SANTILLANA, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Contact information:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Linked applications:**

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|---|---|---|---|---|---|---|
| 94047372 001000 | TM Transfer of Trademark | Requested in Trademark 94047372 | Mar. 3, 2003 | Validated | N/A | Linked |
| 94047372 002006 | TM Renewal of Trademark | Requested in Trademark 94047372 | Dec. 29, 2004 | Validated | N/A | Linked |
| 04099620 000001 | TM Opposition to Trademarks | Requested in Trademark 04099620 | Jan. 13, 2005 | Submitted | N/A | TM Opposition to Trademarks |
| 94047372 003008 | IPR Client Management | Change of applicant | Feb. 12, 2015 | Filed | N/A | Linked |
| 94047372 004009 | TM Renewal of Trademark | Requested in Trademark 94047372 | Feb. 12, 2015 | Validated | N/A | Linked |

Confidential    IAZ_DNJ0003807

Superintendency of Industry and Commerce of Colombia (SIC) - Detailed Report of Applications

Date and time: Sept. 8, 2022 03:34:37 p.m.

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|---|---|---|---|---|---|---|
| IT2017/0010436 | Certifications | Request certification | Aug. 8, 2017 | Completed | N/A | Linked |
| SD2017/0087746 | TM Change of Trademark Agent | Requested in Trademark 94047372 | Nov. 9, 2017 | Validated | N/A | Linked |

**History:**

| Type | Description | Journal | Published |
|---|---|---|---|
| Transfer Validated | MARK ASSIGNENT File No.: 94047372 Date of Application: 2003-03-03 17:00:17 TRADEMARKS Name: ZENU Type: MIXED Certificate: 173308 Nice Classification: 30 Version 7 From: INDUSTRIAS ALIMENTICIAS NOEL S.A. Address: MEDELLIN ANTIOQUIA COLOMBIA Address: UNKNOWN To: INDUSTRIA DE ALIMENTOS ZENU S.A Address : MEDELLIN ANTIOQUIA COLOMBIA Address: Carrera 64 C No. 104-3 Agent: JUAN PABLO CADENA SARMIENTO Current Status: VALIDATION Entered on: 04/30/2003  12:00:00 a.m. | | Apr. 30, 2003 |
| Renewal Validated | MARK RENEWAL File No.: 94047372 Date of Application: 2004-12-29 18:24:36 TRADEMARKS Name: ZENU Type: MIXED Certificate: 173308 Nice Classification: 30 Version 7 Validity: 2025-01-30 Holder: INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. Address: BELLO ANTIOQUIA COLOMBIA Address: CAR. 64C 104- 03 Agent: ALVARO CORREA ORDOÑEZ Current Status: VALIDATION Entered on: 01/18/2005  12:18:33 p.m. | | Jan. 18, 2005 |
| Renewal Validated | MARK RENEWAL File No.: 94047372 Date of Application: 2015-02-12 09:18:27 TRADEMARKS Name: ZENU Type: MIXED Certificate: 173308 Nice Classification: 30 Version 7 Validity: 2025-01-30 Holder: INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. Address: BELLO ANTIOQUIA COLOMBIA Address: CAR. 64C 104- 03 Agent: JUAN GUILLERMO MOURE PEREZ Agent: JUAN GUILLERMO MOURE PEREZ Current Status: VALIDATION Entered on: 02/17/2015  08:00:01 a.m. | | Feb.17,  2015 |
| Automatic change of agent/legal representative | The change in Agent application has been submitted and automatically validated. | | Nov. 10, 2017 |

Confidential                                                                                                                                                                                                                                        IAZ_DNJ0003808

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 03:34:37 p.m.

**Número de solicitud:** 94047372
**Referencia de solicitante:**
**Estado de la solicitud:** Registrada
**Tipo de Signo:** Marca
**Naturaleza del Signo:** Mixta
**Nombre del Signo:** ZENU

**Fecha de presentación:** 18 oct. 1994
**Fecha de registro:** 30 ene. 1995
**Vigencia:** 30 ene. 2025
**Bajo oposición:** No

**Imágenes y códigos de clasificación de Viena:**

| Imagen | Códigos de clasificación de Viena |
|---|---|
| (Zenu logo) | |

**Versión de la Clasificación de Niza:** 7
**Clase y descripción de productos y/o servicios:**

| Clase | Descripciones de los Productos y Servicios |
|---|---|
| 30 | TODOS LOS PRODUCTOS COMPRENDIDOS EN LA CLASE 30 DE LA CLASIFICACION INTERNACIONAL DE NIZA |

**Prioridad:** No

**Apoderado:**

| JUAN GUILLERMO MOURE PEREZ | Dirección Física : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO<br>Correo electrónico: office@olartemoure.com |
|---|---|

**Solicitante(s):**

| GRUPO NUTRESA S.A. | DerechoDirección Física : CARRERA 43 A N° 1A SUR 143 EDIFICIO SANTILLANA, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Datos de contacto:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Solicitudes vinculadas:**

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---|---|---|---|---|---|---|
| 94047372 001000 | SD Transferencia de Signo Distintivo | Solicitado en Signo Distintivo 94047372 | 03 mar. 2003 | Inscrita | N/A | Vinculado |
| 94047372 002006 | SD Renovación de Signo Distintivo | Solicitado en Signo Distintivo 94047372 | 29 dic. 2004 | Inscrita | N/A | Vinculado |
| 04099620 000001 | SD Oposición de Signos Distintivos | Solicitado en Signo Distintivo 04099620 | 13 ene. 2005 | Radicado | N/A | SD Oposición de Signos Distintivos |
| 94047372 003008 | DPI Gestión de personas | Cambio de solicitante | 12 feb. 2015 | Presentada | N/A | Vinculado |
| 94047372 004009 | SD Renovación de Signo Distintivo | Solicitado en Signo Distintivo 94047372 | 12 feb. 2015 | Inscrita | N/A | Vinculado |

Página 1 de 2

Confidential
IAZ_DNJ0003807

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 03:34:37 p.m.

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---|---|---|---|---|---|---|
| IT2017/0010436 | Certificaciones | Solicitar una certificación | 08 ago. 2017 | Finalizado | N/A | Vinculado |
| SD2017/0087746 | SD Cambio de apoderado de Signo Distintivo | Solicitado en Signo Distintivo 94047372 | 09 nov. 2017 | Inscrita | N/A | Vinculado |

**Historial:**

| Tipo | Descripción | Gaceta | Publicado |
|---|---|---|---|
| Transferencia inscrita | SIGNOS TRANSFERENCIA Expediente Nro : 94047372 Fecha Solicitud: 2003-03-03 17:00:17 MARCAS Denominaciï¿½n : ZENU Tipo : MIXTA Certificado : 173308 Clasificaciï¿½n Niza: 30 Version 7 De : INDUSTRIAS ALIMENTICIAS NOEL S.A. Domicilio : MEDELLIN ANTIOQUIA COLOMBIA Direccion : SIN ESTABLECER A : INDUSTRIA DE ALIMENTOS ZENU S.A Domicilio : MEDELLIN ANTIOQUIA COLOMBIA Direccion : Carrera 64 C No. 104-3 Apoderado : JUAN PABLO CADENA SARMIENTO Estado Actual : INSCRIPCION Fecha Anotaciï¿½n: 2003-04-30 00:00:00 | | 30 abr. 2003 |
| Renovación inscrita | SIGNOS RENOVACION Expediente Nro : 94047372 Fecha Solicitud: 2004-12-29 18:24:36 MARCAS Denominaciï¿½n : ZENU Tipo : MIXTA Certificado : 173308 Clasificaciï¿½n Niza: 30 Version 7 Vigencia : 2025-01-30 Titular : INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. Domicilio : BELLO ANTIOQUIA COLOMBIA Direccion : CAR. 64C 104- 03 Apoderado : ALVARO CORREA ORDOÑEZ Estado Actual : INSCRIPCION Fecha Anotaciï¿½n: 2005-01-18 12:18:33 | | 18 ene. 2005 |
| Renovación inscrita | SIGNOS RENOVACION Expediente Nro : 94047372 Fecha Solicitud: 2015-02-12 09:18:27 MARCAS Denominaciï¿½n : ZENU Tipo : MIXTA Certificado : 173308 Clasificaciï¿½n Niza: 30 Version 7 Vigencia : 2025-01-30 Titular : INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. Domicilio : BELLO ANTIOQUIA COLOMBIA Direccion : CAR. 64C 104- 03 Apoderado : JUAN GUILLERMO MOURE PEREZ Apoderado : JUAN GUILLERMO MOURE PEREZ Estado Actual : INSCRIPCION Fecha Anotaciï¿½n: 2015-02-17 08:00:01 | | 17 feb. 2015 |
| Cambio automático de apoderado/ representante legal | La solicitud de cambio de apoderado ha sido radicada y automáticamente inscrita. | | 10 nov. 2017 |

Confidential

IAZ_DNJ0003808