# Exhibit I



STATE OF NEW YORK )
                  )
                  ) ss
                  )
COUNTY OF NEW YORK )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document with Bates Nos. IAZ_DNJ0003799—IAZ_DNJ0003800.

_____
Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me
this 3rd day of October, 2022.

_____

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023

Superintendency of Industry and Commerce of Colombia (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 03:16:45 p.m.

**Application number:** 05046752
**Client reference:**
**Application status:** Registered
**Mark Type:** Trademark
**Nature of the Trademark:** Mixed
**Mark Name:** RANCHERA
**Images and Vienna classification codes:**

**Filed/Designation Date:** May 16, 2005
**Registration date:** Dec. 09, 2005
**Term:** Dec. 09, 2025
**Under opposition:** No

| Image | Vienna Classification Codes |
|---|---|
| [image] | |

**Nice Classification Edition: 8**
**Class and description of products and/or services:**

| Class | Descriptions of the Products and Services |
|---|---|
| 29 | MEAT, FISH, POULTRY AND GAME; MEAT EXTRACTS; PRESERVED, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS, MILK AND MILK PRODUCTS; EDIBLE OILS AND FATS. |

**Priority:** No

**Agent:**

| JUAN GUILLERMO MOURE PEREZ | Physical Address : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO<br>E-mail: office@olartemoure.com |
|---|---|

**Applicant (s):**

| GRUPO NUTRESA S.A. | Registered Address : CARRERA 43 A N° 1ASUR 143 EDIFICIO SANTILLANA, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Contact information:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Linked applications:**

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|---|---|---|---|---|---|---|
| 05046752 001004 | IPR Client Management | Change of applicant | Sept. 02, 2011 | Filed | N/A | Linked |
| 12127762 000001 | TM Opposition to Trademarks | Requested in Trademark 12127762 | Sept. 27, 2012 | Submitted | N/A | TM Opposition to Trademarks |
| 05046752 002006 | TM Renewal of Trademark | Requested in Trademark 05046752 | Dec. 09, 2015 | Validated | N/A | Linked |
| SD2017/0087748 | TM Change of Trademark Agent | Requested in Trademark 05046752 | Nov. 09, 2017 | Validated | N/A | Linked |

Confidential                                                                                                                      IAZ_DNJ0003799

Superintendency of Industry and Commerce of Colombia (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 03:16:45 p.m.

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|---|---|---|---|---|---|---|
| IT2019/0009354 | Certifications | Request certification | Aug. 08, 2019 | Completed | N/A | Linked |

**History:**

| Type | Description | Journal | Published |
|---|---|---|---|
| Renewal Validated | MARK RENEWAL File No. : 05046752 Date of Application: 2015-12-09 16:11:15 TRADEMARKS Name : RANCHERA Type : MIXED Certificate : 307615 Nice Classification: 29 Version 8 Validity : 2025-12-09 Holder: INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. Address: MEDELLIN ANTIOQUIA COLOMBIA Address: UNKNOWN Agent: INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. Current Status: VALIDATION Entered on: 12/15/2015  08:00:01 AM | | Dec. 15, 2015 |
| Automatic change of agent/legal representative | The change in Agent application has been submitted and automatically validated. | | Nov. 10, 2017 |

Confidential                                IAZ_DNJ0003800

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 03:16:45 p.m.

**Número de solicitud:** 05046752
**Referencia de solicitante:**
**Estado de la solicitud:** Registrada
**Tipo de Signo:** Marca
**Naturaleza del Signo:** Mixta
**Nombre del Signo:** RANCHERA

**Fecha de presentación:** 16 may. 2005
**Fecha de registro:** 09 dic. 2005
**Vigencia:** 09 dic. 2025
**Bajo oposición:** No

**Imágenes y códigos de clasificación de Viena:**

| Imagen | Códigos de clasificación de Viena |
|---|---|
| (imagen) | |

**Versión de la Clasificación de Niza:** 8
**Clase y descripción de productos y/o servicios:**

| Clase | Descripciones de los Productos y Servicios |
|---|---|
| 29 | CARNE, PESCADO, AVES Y CAZA; EXTRACTOS DE CARNE; FRUTAS Y LEGUMBRES EN CONSERVA, SECAS Y COCIDAS; JALEAS, MERMELADAS, COMPOTAS; HUEVOS, LECHE Y PRODUCTOS LACTEOS; ACEITES Y GRASAS COMESTIBLES. |

**Prioridad:** No

**Apoderado:**

| JUAN GUILLERMO MOURE PEREZ | Dirección Física : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO<br>Correo electrónico: office@olartemoure.com |
|---|---|

**Solicitante(s):**

| GRUPO NUTRESA S.A. | DerechoDirección Física : CARRERA 43 A N° 1A SUR 143 EDIFICIO SANTILLANA, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Datos de contacto:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Solicitudes vinculadas:**

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---|---|---|---|---|---|---|
| 05046752 001004 | DPI Gestión de personas | Cambio de solicitante | 02 sept. 2011 | Presentada | N/A | Vinculado |
| 12127762 000001 | SD Oposición de Signos Distintivos | Solicitado en Signo Distintivo 12127762 | 27 sept. 2012 | Radicado | N/A | SD Oposición de Signos Distintivos |
| 05046752 002006 | SD Renovación de Signo Distintivo | Solicitado en Signo Distintivo 05046752 | 09 dic. 2015 | Inscrita | N/A | Vinculado |
| SD2017/0087748 | SD Cambio de apoderado de Signo Distintivo | Solicitado en Signo Distintivo 05046752 | 09 nov. 2017 | Inscrita | N/A | Vinculado |

Confidential

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 03:16:45 p.m.

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---|---|---|---|---|---|---|
| IT2019/0009354 | Certificaciones | Solicitar una certificación | 08 ago. 2019 | Finalizado | N/A | Vinculado |

**Historial:**

| Tipo | Descripción | Gaceta | Publicado |
|---|---|---|---|
| Renovación inscrita | SIGNOS RENOVACION Expediente Nro : 05046752 Fecha Solicitud: 2015-12-09 16:11:15 MARCAS Denominaciï¿½n : RANCHERA Tipo : MIXTA Certificado : 307615 Clasificaciï¿½n Niza: 29 Version 8 Vigencia : 2025-12-09 Titular : INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. Domicilio : MEDELLIN ANTIOQUIA COLOMBIA Direccion : SIN ESTABLECER Apoderado : INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. Estado Actual : INSCRIPCION Fecha Anotaciï¿½n: 2015-12-15 08:00:01 | | 15 dic. 2015 |
| Cambio automático de apoderado/ representante legal | La solicitud de cambio de apoderado ha sido radicada y automáticamente inscrita. | | 10 nov. 2017 |

Página 2 de 2

Confidential