# Exhibit J



| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) |
| | ) ss |
| | ) |
| COUNTY OF NEW YORK | ) |

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document with Bates Nos. IAZ_DNJ0003803—IAZ_DNJ0003804.

_____
Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me

this 3rd day of October, 2022.

_____

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432

Superintendency of Industry and Commerce of Colombia (SIC) - Detailed Report of Applications

Date and time: Sept. 8, 2022 03:37:23 p.m.

**Application number**: 12033871
**Client reference**:
**Application status:** Registered
**Mark Type:** Trademark
**Nature of the Trademark**: Mixed
**Mark Name**: ZENU ALIMENTALOS CON CONFIANZA [ZENU NOURISH THEM WITH CONFIDENCE]

**Filed/Designation Date:** Feb. 27, 2012
**Registration date**: Jun. 27, 2012
**Term:** Jun. 27, 2022
**Under opposition**: No

**Images and Vienna classification codes:**

| Image | Vienna Classification Codes |
|---|---|
| [illegible] | |

**Nice Classification Edition**: 9
**Class and description of products and/or services:**

| Class | Descriptions of the Products and Services |
|---|---|
| 43 | RESTAURANT SERVICES (FOOD); TEMPORARY LODGING. |

**Priority**: No

**Agent:**

| JUAN GUILLERMO MOURE PEREZ | Physical Address : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO<br>E-mail: office@olartemoure.com |
|---|---|

**Applicant (s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | Registered Address : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Contact information:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Linked applications:**

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|---|---|---|---|---|---|---|
| IT2017/0010432 | Certifications | Request certification | Aug. 8, 2017 | Completed | N/A | Linked |
| SD2017/0087764 | TM Change of Trademark Agent | Requested in Trademark 12033871 | Nov. 9, 2017 | Validated | N/A | Linked |
| SD2021/0060201 | TM Opposition to Trademarks | Applied in Trademark SD2021/0 026189 | Jun. 24, 2021 | Admitted | N/A | TM Opposition to Trademarks |

**History:**

Page 1 of 2

Superintendency of Industry and Commerce of Colombia (SIC) - Detailed Report of Applications

Detailed Report of Applications

Date and time: Sept. 8, 2022 03:37:23 p.m.

Page 2 of 2

| Type | Description | Journal | Published |
|---|---|---|---|
| Automatic change of agent/legal representative | The change in Agent application has been submitted and automatically validated. | | Nov. 10, 2017 |

Confidential

IAZ_DNJ0003804

Case 2:16-cv-06576-KM-MAH   Document 267-10   Filed 10/10/22   Page 5 of 7 PageID: 12397

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 03:37:23 p.m.

**Número de solicitud:** 12033871
**Referencia de solicitante:**
**Estado de la solicitud:** Registrada
**Tipo de Signo:** Marca
**Naturaleza del Signo:** Mixta
**Nombre del Signo:** ZENU ALIMENTALOS CON CONFIANZA

**Fecha de presentación:** 27 feb. 2012
**Fecha de registro:** 27 jun. 2012
**Vigencia:** 27 jun. 2022
**Bajo oposición:** No

**Imágenes y códigos de clasificación de Viena:**

| Imagen | Códigos de clasificación de Viena |
|---|---|
| Zenú | |

**Versión de la Clasificación de Niza:** 9
**Clase y descripción de productos y/o servicios:**

| Clase | Descripciones de los Productos y Servicios |
|---|---|
| 43 | SERVICIOS DE RESTAURACIÓN (ALIMENTACIÓN); HOSPEDAJE TEMPORAL. |

**Prioridad:** No

**Apoderado:**

| JUAN GUILLERMO MOURE PEREZ | Dirección Física : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO<br>Correo electrónico: office@olartemoure.com |
|---|---|

**Solicitante(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | DerechoDirección Física : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Datos de contacto:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Solicitudes vinculadas:**

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---|---|---|---|---|---|---|
| IT2017/0010432 | Certificaciones | Solicitar una certificación | 08 ago. 2017 | Finalizado | N/A | Vinculado |
| SD2017/0087764 | SD Cambio de apoderado de Signo Distintivo | Solicitado en Signo Distintivo 12033871 | 09 nov. 2017 | Inscrita | N/A | Vinculado |
| SD2021/0060201 | SD Oposición de Signos Distintivos | Solicitado en Signo Distintivo SD2021/0026189 | 24 jun. 2021 | Admitida | N/A | SD Oposición de Signos Distintivos |

**Historial:**

Confidential                                                                                                                                    IAZ_DNJ0003803

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 03:37:23 p.m.

| Tipo | Descripción | Gaceta | Publicado |
|---|---|---|---|
| Cambio automático de apoderado/ representante legal | La solicitud de cambio de apoderado ha sido radicada y automáticamente inscrita. | | 10 nov. 2017 |

Confidential