# Exhibit K



STATE OF NEW YORK    )
                     )
                     )    ss
                     )
COUNTY OF NEW YORK   )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document with Bates Nos. IAZ_DNJ0003801—IAZ_DNJ0003802.

_____
Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me
this 3rd day of October, 2022.

_____

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023

Superintendency of Industry and Commerce of Colombia (SIC) - Detailed Report of Applications

Date and time: Sept. 08, 2022 03:19:25 p.m.

**Application number:** 11091688
**Client reference:**
**Application status:** Registered
**Mark Type:** Mark
**Nature of the Trademark:** Mixed
**Mark Name:** RANCHERA
**Images and Vienna classification codes:**

**Filed/Designation Date:** Jul. 22, 2011
**Registration date:** Dec. 28, 2011
**Term:** Dec. 28, 2031
**Under opposition:** No

| Image | Vienna Classification Codes |
|---|---|
| RANCHERA | |

**Nice Classification Edition: 9**
**Class and description of products and/or services:**

| Class | Descriptions of the Products and Services |
|---|---|
| 29 | MEAT, FISH, POULTRY AND GAME MEAT; MEAT EXTRACTS; PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAM, COMPOTES; EGGS, MILK AND MILK PRODUCTS; EDIBLE OILS AND FATS. |

**Priority:** No

**Agent:**

| JUAN GUILLERMO MOURE PEREZ | Physical Address : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO
E-mail: office@olartemoure.com |
|---|---|

**Applicant (s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | Registered Address : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Contact information:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Linked applications:**

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|---|---|---|---|---|---|---|
| 12127756 000001 | TM Opposition to Trademarks | Requested in Trademark 12127756 | Sept. 27, 2012 | Submitted | N/A | TM Opposition to Trademarks |
| 12127760 000001 | TM Opposition to Trademarks | Requested in Trademark 12127760 | Sept. 27, 2012 | Submitted | N/A | TM Opposition to Trademarks |
| 14020307 000001 | TM Opposition to Trademarks | Requested in Trademark 14020307 | Apr.14, 2014 | Submitted | N/A | TM Opposition to Trademarks |

Superintendency of Industry and Commerce of Colombia (SIC) - Detailed Report of Applications

Date and time: Sept. 08, 2022 03:19:25 p.m.

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|---|---|---|---|---|---|---|
| SD2017/0057687 | TM Opposition to Trademarks | Requested in Trademark SD2017/0037172 | Jul. 27, 2017 | Admitted | N/A | TM Opposition to Trademarks |
| SD2017/0087767 | TM Change of Trademark Agent | Requested in Trademark 11091688 | Nov. 09, 2017 | Validated | N/A | Linked |
| IT2019/0009344 | Certifications | Request certification | Aug. 08, 2019 | Completed | N/A | Linked |
| SD2021/0103039 | TM Renewal of Trademark | Requested in Trademark 11091688 | Oct. 29, 2021 | Validated | N/A | Linked |
| IT2021/0012180 | Certifications | Request certification | Nov. 26, 2021 | Completed | N/A | Linked |

**History:**

| Type | Description | Journal | Published |
|---|---|---|---|
| Automatic change of agent/legal representative | The change in Agent application has been submitted and automatically validated. | | Nov. 10, 2017 |
| Automatic registration of Trademark renewal | The renewal application has been submitted and automatically validated. | | Oct. 30, 2021 |
| Renewal Validated | The trademark has been renewed until Dec. 28, 2031. | | Oct. 30, 2021 |

Confidential                                                                                                                     IAZ_DNJ0003802

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 03:19:25 p.m.

**Número de solicitud:** 11091688
**Referencia de solicitante:**
**Estado de la solicitud:** Registrada
**Tipo de Signo:** Marca
**Naturaleza del Signo:** Mixta
**Nombre del Signo:** RANCHERA

**Fecha de presentación:** 22 jul. 2011
**Fecha de registro:** 28 dic. 2011
**Vigencia:** 28 dic. 2031
**Bajo oposición:** No

**Imágenes y códigos de clasificación de Viena:**

| Imagen | Códigos de clasificación de Viena |
|---|---|
| RANCHERA | |

**Versión de la Clasificación de Niza:** 9
**Clase y descripción de productos y/o servicios:**

| Clase | Descripciones de los Productos y Servicios |
|---|---|
| 29 | CARNE, PESCADO, CARNE DE AVES Y CARNE DE CAZA; EXTRACTOS DE CARNE; FRUTAS Y VERDURAS, HORTALIZAS Y LEGUMBRES EN CONSERVA, CONGELADAS, SECAS Y COCIDAS; JALEAS, CONFITURA, COMPOTAS; HUEVOS, LECHE Y PRODUCTOS LÁCTEOS; ACEITES Y GRASA COMESTIBLES. |

**Prioridad:** No

**Apoderado:**

| JUAN GUILLERMO MOURE PEREZ | Dirección Física : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO<br>Correo electrónico: office@olartemoure.com |
|---|---|

**Solicitante(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | DerechoDirección Física : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Datos de contacto:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Solicitudes vinculadas:**

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---|---|---|---|---|---|---|
| 12127756 000001 | SD Oposición de Signos Distintivos | Solicitado en Signo Distintivo 12127756 | 27 sept. 2012 | Radicado | N/A | SD Oposición de Signos Distintivos |
| 12127760 000001 | SD Oposición de Signos Distintivos | Solicitado en Signo Distintivo 12127760 | 27 sept. 2012 | Radicado | N/A | SD Oposición de Signos Distintivos |
| 14020307 000001 | SD Oposición de Signos Distintivos | Solicitado en Signo Distintivo 14020307 | 14 abr. 2014 | Radicado | N/A | SD Oposición de Signos Distintivos |

Página 1 de 2

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 03:19:25 p.m.

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---|---|---|---|---|---|---|
| SD2017/0057687 | SD Oposición de Signos Distintivos | Solicitado en Signo Distintivo SD2017/0037172 | 27 jul. 2017 | Admitida | N/A | SD Oposición de Signos Distintivos |
| SD2017/0087767 | SD Cambio de apoderado de Signo Distintivo | Solicitado en Signo Distintivo 11091688 | 09 nov. 2017 | Inscrita | N/A | Vinculado |
| IT2019/0009344 | Certificaciones | Solicitar una certificación | 08 ago. 2019 | Finalizado | N/A | Vinculado |
| SD2021/0103039 | SD Renovación de Signo Distintivo | Solicitado en Signo Distintivo 11091688 | 29 oct. 2021 | Inscrita | N/A | Vinculado |
| IT2021/0012180 | Certificaciones | Solicitar una certificación | 26 nov. 2021 | Finalizado | N/A | Vinculado |

**Historial:**

| Tipo | Descripción | Gaceta | Publicado |
|---|---|---|---|
| Cambio automático de apoderado/ representante legal | La solicitud de cambio de apoderado ha sido radicada y automáticamente inscrita. | | 10 nov. 2017 |
| Inscripción automática de renovación de Signos Distintivos | La solicitud de renovación ha sido radicada y automáticamente inscrita. | | 30 oct. 2021 |
| Renovación inscrita | El signo distintivo ha sido renovado hasta el 28 dic. 2031. | | 30 oct. 2021 |

Confidential