# Exhibit L



| | |
|---|---|
| STATE OF NEW YORK ) | |
| ) | |
| ) ss | |
| ) | |
| COUNTY OF NEW YORK ) | |

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document with Bates Nos. IAZ_DNJ0003805—IAZ_DNJ0003806.

_____
Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me
this 3rd day of October, 2022.

_____

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023

Superintendency of Industry and Commerce of Colombia (SIC) - Detailed Report of Applications

Date and time: Sept. 8, 2022 03:36:33 p.m.

**Application number:** 11139969
**Client reference:**
**Application status:** Registered
**Mark Type:** Trademark
**Nature of the Trademark**: Mixed
**Mark Name:** "ZENU" ARVEJAS AL NATURAL [PLAIN PEAS]
**Description, limitations:**

**Filed/Designation Date**: Oct. 19, 2011
**Registration date**: Mar. 22, 2012
**Term:** Mar. 22, 2022
**Under opposition**: No

THE TERMS "PRESERVATIVE-FREE" AND "100% NATURAL" WILL BE USED EXPLICATIVELY.

**Images and Vienna classification codes:**

| Image | Vienna Classification Codes |
|---|---|
| [illegible] | |

**Nice Classification Edition**: 9
**Class and specification of products and/or services:**

| Class | Description of the Product and Service Specification |
|---|---|
| 29 | MEAT, FISH, POULTRY AND GAME MEAT; MEAT EXTRACTS; PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS, MILK AND MILK PRODUCTS; EDIBLE OILS AND FATS. |

**Priority:** No

**Agent:**

| JUAN GUILLERMO MOURE PEREZ | Physical Address : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO<br>E-mail: office@olartemoure.com |
|---|---|

**Applicant (s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | Registered Address : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Contact information:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Linked applications**:

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|---|---|---|---|---|---|---|
| SD2017/0087788 | TM Change of Trademark Agent | Requested in Trademark 11139969 | Nov. 9, 2017 | Validated | N/A | Linked |

**History:**

Confidential                                                                                                                        IAZ_DNJ0003805

Superintendency of Industry and Commerce of Colombia (SIC) - Detailed Report of Applications

Date and time: Sept. 8, 2022 03:36:33 p.m.

| Type | Description | Journal | Published |
|---|---|---|---|
| Automatic change of agent/legal representative | The change in Agent application has been submitted and automatically validated. | | Nov. 10, 2017 |

Confidential						IAZ_DNJ0003806

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 03:36:33 p.m.

**Número de solicitud:** 11139969
**Referencia de solicitante:**
**Estado de la solicitud:** Registrada
**Tipo de Signo:** Marca
**Naturaleza del Signo:** Mixta
**Nombre del Signo:** "ZENU"ARVEJAS AL NATURAL
**Descripción, limitaciones:**

**Fecha de presentación:** 19 oct. 2011
**Fecha de registro:** 22 mar. 2012
**Vigencia:** 22 mar. 2022
**Bajo oposición:** No

- LAS EXPRESIONES "SIN CONSERVANTES " Y "100% NATURAL " IRÁN COMO EXPLICATIVAS.

**Imágenes y códigos de clasificación de Viena:**

| Imagen | Códigos de clasificación de Viena |
|---|---|
| (imagen Zenú) | |

**Versión de la Clasificación de Niza:** 9
**Clase y descripción de productos y/o servicios:**

| Clase | Descripciones de los Productos y Servicios |
|---|---|
| 29 | CARNE, PESCADO, CARNE DE AVE Y CARNE DE CAZA; EXTRACTOS DE CARNE; FRUTAS Y VERDURAS, HORTALIZAS Y LEGUMBRES EN CONSERVA, CONGELADAS, SECAS Y COCIDAS; JALEAS, CONFITURAS, COMPOTAS; HUEVOS, LECHE Y PRODUCTOS LÁCTEOS; ACEITES Y GRASAS COMESTIBLES. |

**Prioridad:** No

**Apoderado:**

| JUAN GUILLERMO MOURE PEREZ | Dirección Física : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO<br>Correo electrónico: office@olartemoure.com |
|---|---|

**Solicitante(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | DerechoDirección Física : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Datos de contacto:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Solicitudes vinculadas:**

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---|---|---|---|---|---|---|
| SD2017/0087788 | SD Cambio de apoderado de Signo Distintivo | Solicitado en Signo Distintivo 11139969 | 09 nov. 2017 | Inscrita | N/A | Vinculado |

**Historial:**

Página 1 de 2

Confidential                                                                 IAZ_DNJ0003805

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 03:36:33 p.m.

| Tipo | Descripción | Gaceta | Publicado |
|---|---|---|---|
| Cambio automático de apoderado/ representante legal | La solicitud de cambio de apoderado ha sido radicada y automáticamente inscrita. | | 10 nov. 2017 |

Confidential