# Exhibit M



STATE OF NEW YORK          )
                           )
                           )          ss
COUNTY OF NEW YORK         )


## CERTIFICATION


This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document with Bates Nos. IAZ_DNJ0003747—IAZ_DNJ0003798.


_____

Lynda Green, Senior Managing Editor
Lionbridge


Sworn to and subscribed before me

this 3ʳᵈ day of _October_ , 20 22 .


LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

Search criteria:

Title of application: zenu

**Application number:** 00064541
**Client reference:**
**Application status:** Registered
**Mark Type:** Commercial Slogan
**Nature of the Mark:** Name
**Mark Name:** ZENU, ALIMENTATE CON CONFIANZA [ZENU,
NOURISH YOURSELF WITH CONFIDENCE]
**Nice Classification Edition:** 7

**Filed/Designation Date:** 29 Aug. 2000
**Registration date:** May 07, 2001
**Term:** 10 Sept. 2028
**Opposition:** No

**Class and description of products and/or services:**

| Class | Descriptions of the Products and Services |
|---|---|
| 29 | MEAT, FISH, POULTRY AND GAME; MEAT EXTRACTS; PRESERVED, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS, MILK AND MILK PRODUCTS; EDIBLE OILS AND FATS. |

**Priority**: No

**Agent:**

| ALVARO CORREA ORDOÑEZ | Physical Address : Crr 16 No 88 -81 of 404, BOGOTÁ, D.C., CO<br>E-mail: a.correa@acoabogados.com |
|---|---|

**Applicant(s):**

| GRUPO NUTRESA S.A. | Registered Address : CARRERA 43 A N° 1ASUR 143 EDIFICIO SANTILLANA, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Contact information:** ALVARO CORREA ORDOÑEZ, Crr 16 No 88 -81 of 404, BOGOTÁ, D.C., CO

**Linked applications:**

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|---|---|---|---|---|---|---|
| 9206782929 | TM Application for Trademarks | ZENU | 01 Jan. 1900 | Registered | No | Basic Mark for slogan |
| 00064541 002000 | TM Transfer of Trademark | Requested in Trademark 00064541 | 28 Feb. 2003 | Validated | N/A | Linked |
| 00064541 003010 | TM Renewal of Trademark | Requested in Trademark 00064541 | 09 Mar. 2009 | Validated | N/A | Linked |
| SD2018/0073049 | TM Renewal of Trademark | Requested in Trademark 00064541 | 10 Sept. 2018 | Validated | N/A | Linked |

**History:**

| Type | Description | Journal | Published |
|---|---|---|---|
| Renewal Validated | MARK RENEWAL File No. : 00064541 Date of Application: 2009-03-09 17:19:44 COMMERCIAL SLOGAN Name : ZENU, ALIMENTATE CON CONFIANZA [ZENU, NOURISH YOURSELF WITH CONFIDENCE] Type: NAME Certificate : 267323 Nice Classification: 29 Version 7 Validity : 2018-09-10 Holder: INDUSTRIAS ALIMENTICIAS NOEL S.A. Address: MEDELLIN ANTIOQUIA COLOMBIA Address : UNKNOWN | | May 28, 2009 |

Confidential

IAZ_DNJ0003747

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

| Type | Description | Journal | Published |
|---|---|---|---|
| | **Agent:** ERNESTO CAVELIER FRANCO Current Status : VALIDATION Entered on: 05/28/2009  08:14:43 AM | | |
| Automatic registration of Trademark renewal | The renewal application has been filed and automatically registered. | | Sept. 11, 2018 |
| Renewal Validated | The trademark has been renewed until Sep 10, 2028. | | Sept. 11, 2018 |

Confidential

IAZ_DNJ0003748

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

**Application number:** <u>921519570</u>
**Client reference:**
**Application status:** Registered       **Filed/Designation Date:** May 21, 1975
**Mark Type:** Trade Name        **Registration date:** May 21, 1975
**Nature of the Mark:** Name        **Opposition:** No
**Mark Name:** PRODUCTOS ZENU
**Nice Classification Edition:** 7
**Class and description of products and/or services:**

| Class | Descriptions of the Products and Services |
|-------|-------------------------------------------|
| 29    | VARIOUS                                   |

**Priority:** No

**Agent:**

| ALBERTO ARIAS GUTIERREZ | Physical Address : UNKNOWN, BOGOTÁ, D.C., CO E-mail: |
|-------------------------|------------------------------------------------------|

**Applicant(s):**

| GRUPO NUTRESA S.A. | Registered Address : CARRERA 43 A N° 1ASUR 143 EDIFICIO SANTILLANA, MEDELLIN, ANTIOQUIA, CO |
|--------------------|--------------------------------------------------------------------------------------------|

**Contact information:** ALBERTO ARIAS GUTIERREZ, UNKNOWN, BOGOTÁ, D.C., CO

**Linked applications:** None

Confidential        IAZ_DNJ0003749

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

**Application number:** 92162103A
**Client reference:**
**Application status:** Registered
**Mark Type:** Trademark
**Nature of the Mark:** Mixed
**Mark Name:** ZENU
**Nice Classification Edition:** 7

**Filed/Designation Date:** Jan. 01, 1900
**Registration date:** May 02, 1978
**Term:** May 02, 2023
**Opposition:** No

**Class and description of products and/or services:**

| Class | Descriptions of the Products and Services |
|-------|-------------------------------------------|
| 30    | INDUSTRIAL CHEMICAL PRODUCTS              |

**Priority**: No

**Agent:**

| CLEMENCIA DELGADO VILLEGAS | Physical Address : Avenida Carrera 24 # 37-31 Oficina 202, BOGOTÁ, D.C., CO<br>E-mail: mde@mdelaw.com |
|---|---|

**Applicant(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | Registered Address : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Contact information:** CLEMENCIA DELGADO VILLEGAS, Avenida Carrera 24 # 37-31 Oficina 202, BOGOTÁ, D.C., CO

**Linked applications:**

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|---|---|---|---|---|---|---|
| 9228526830000000 | TM Renewal of Trademark | Requested in Trademark 92162103 A | Apr. 29, 1988 | Validated | N/A | Linked |
| 9237581030000000 | TM Renewal of Trademark | Requested in Trademark 92162103 A | Feb. 22, 1993 | Validated | N/A | Linked |
| 9237581030001000 | TM Transfer of Trademark | Requested in Trademark 92162103 A | Mar. 03, 2003 | Validated | N/A | Linked |
| 9237581030002000 | TM Renewal of Trademark | Requested in Trademark 92162103 A | Apr. 30, 2003 | Validated | N/A | Linked |
| 92162103A 001002 | TM Transfer of Trademark | Requested in Trademark 92162103 A | Nov. 05, 2013 | Filed | N/A | Linked |
| 92162103A 002003 | IPR Client Management | Change of applicant | Nov. 05, 2013 | Filed | N/A | Linked |
| 92162103A 003004 | IPR Client Management | Change of applicant GRUPO NACIONAL DE CHOCOLATES S.A. | Nov. 05, 2013 | Filed | N/A | Linked |
| 92162103A 004005 | IPR Client Management | Change of applicant | Nov. 05, 2013 | Filed | N/A | Linked |
| 92162103A 005006 | IPR Client Management | Change of applicant GRUPO NUTRESA S.A. | Nov. 05, 2013 | Filed | N/A | Linked |

Confidential

IAZ_DNJ0003750

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|---|---|---|---|---|---|---|
| 92162103A 006007 | TM Renewal of Trademark | Requested in Trademark 92162103 A | Nov. 05, 2013 | Validated | N/A | Linked |
| 92162103A 007008 | IPR Client Management | Change of applicant INVERSIONES NACIONAL DE CHOCOLATES S.A. | Nov. 05, 2013 | Filed | N/A | Linked |
| IT2017/0010435 | Certifications | Request certification | Aug. 08, 2017 | Completed | N/A | Linked |

**History:**

| Type | Description | Journal | Published |
|---|---|---|---|
| Renewal Validated | MARK RENEWAL File No. : 9237581030 Date of Application: 1993-02-22 00:00:00 TRADEMARKS Name : ZENU Type : MIXED Certificate : 91491 Nice Classification: 30 Version 7 Validity : 2023-05-02 Holder: INDUSTRIAS ALIMENTICIAS ZENU S.A. Address: MEDELLIN ANTIOQUIA COLOMBIA Address : UNKNOWN Agent: MARIA TERESA MUÑERA TORO Current Status : VALIDATION Entered on: 12/23/2014  08:00:01 AM | | Dec. 23, 2014 |
| Transfer validated | MARK ASSIGNENT File No. : 9237581030 Date of Application: 2003-03-03 17:16:52 TRADEMARKS Name : ZENU Type : MIXED Certificate : 91491 Nice Classification: 30 Version 7 From : INDUSTRIAS ALIMENTICIAS NOEL S.A. Address: MEDELLIN ANTIOQUIA COLOMBIA Address : UNKNOWN : INDUSTRIAS ALIMENTICIAS ZENU S.A. Address: MEDELLIN ANTIOQUIA COLOMBIA Address : CARRERA 64C N°. 104-3 Agent: JUAN PABLO CADENA SARMIENTO Current Status : VALIDATION Entered on: 12/23/2014  08:00:01 AM | | Dec. 23, 2014 |
| Renewal Validated | MARK RENEWAL File No. : 9237581030 Date of Application: 2003-04-30 18:33:56 TRADEMARKS Name : ZENU Type : MIXED Certificate : 91491 Nice Classification: 30 Version 7 Validity : 2023-05-02 Holder: INDUSTRIAS ALIMENTICIAS ZENU S.A. Address: MEDELLIN ANTIOQUIA COLOMBIA Address : UNKNOWN Agent: JUAN PABLO CADENA SARMIENTO Current Status : VALIDATION Entered on: 12/23/2014  08:00:01 AM | | Dec. 23, 2014 |
| Renewal Validated | MARK RENEWAL File No. : 92162103A Date of application: 2013-11-05 17:21:48 TRADEMARKS Name : ZENU Type : MIXED Certificate : 91491 Nice Classification: 30 Version 7 Validity : 2023-05-02 Holder: INDUSTRIAS ALIMENTICIAS ZENU S.A. Address: MEDELLIN ANTIOQUIA COLOMBIA Address : UNKNOWN Agent: JUAN GUILLERMO MOURE PEREZ Agent: JUAN GUILLERMO MOURE PEREZ Current Status : VALIDATION Entered on: 03/11/2014  08:00:01 AM | | Mar. 11, 2014 |

Confidential

IAZ_DNJ0003751

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

**Application number:** 9217899231
**Client reference:**
**Application status:** Registered
**Mark Type:** Trademark
**Nature of the Mark:** Name
**Mark Name:** ZENU
**Nice Classification Edition:** 7
**Class and description of products and/or services:**

Filed/Designation Date: Jan. 01, 1900
Registration date: Jul. 12, 1977
Term: Jul. 12, 2022
Under opposition: No

| Class | Descriptions of the Products and Services |
|---|---|
| 31 | AGRICULTURAL, HORTICULTURAL AND FORESTRY PRODUCTS AND GRAINS, NOT INCLUDED IN OTHER CLASSES; LIVE ANIMALS; FRESH FRUITS AND VEGETABLES; SEEDS, NATURAL PLANTS AND FLOWERS; FOODSTUFFS FOR ANIMALS; MALT. |

Priority: No

**Agent:**

| JUAN GUILLERMO MOURE PEREZ | Physical Address : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO E-mail: office@olartemoure.com |
|---|---|

**Applicant(s):**

| GRUPO NUTRESA S.A. | Registered Address : CARRERA 43 A N° 1ASUR 143 EDIFICIO SANTILLANA, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Contact information:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Linked applications:**

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|---|---|---|---|---|---|---|
| 9227308631000000 | TM Renewal of Trademark | Requested in Trademark 9217899231 | Jul. 08, 1987 | Validated | N/A | Linked |
| 9236332431000000 | TM Renewal of Trademark | Requested in Trademark 9217899231 | Jul. 10, 1992 | Validated | N/A | Linked |
| 9236342631000000 | TM Renewal of Trademark | Requested in Trademark 9217899231 | Jul. 15, 1992 | Denied | N/A | Linked |
| 9236332431001000 | TM Renewal of Trademark | Requested in Trademark 9217899231 | Jul. 12, 2002 | Validated | N/A | Linked |
| 9236332431002000 | TM Transfer of Trademark | Requested in Trademark 9217899231 | Mar. 03, 2003 | Validated | N/A | Linked |
| 9217899231001001 | TM Renewal of Trademark | Requested in Trademark 9217899231 | Jul. 05, 2012 | Validated | N/A | Linked |
| SD2022/0035718 | TM Change of Trademark Agent | Requested in Trademark 9217899231 | Apr.12,  2022 | Validated | N/A | Linked |

**History:**

Page 6 of 52

IAZ_DNJ0003752

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

| Type | Description | Journal | Published |
|---|---|---|---|
| Renewal Validated | MARK RENEWAL File No. : 9236332431 Date of Application: 2002-07-12 16:28:50 TRADEMARKS Name : ZENU Type : NAME Certificate : 99437 Nice Classification: 31 Version 7 Validity : 2022-07-12 Holder: INDUSTRIAS ALIMENTICIAS NOEL S.A. Address: MEDELLIN ANTIOQUIA COLOMBIA Address : CARRERA 64C NO. 104-3 Agent: JUAN PABLO CADENA SARMIENTO Current Status : VALIDATION Entered on: 08/22/2002  03:03:02 PM | | Aug. 22, 2002 |
| Transfer validated | MARK ASSIGNENT File No. : 9236332431 Date of Application: 2003-03-03 17:03:29 TRADEMARKS Name : ZENU Type : NAME Certificate : 99437 Nice Classification: 31 Version 7 From : INDUSTRIAS ALIMENTICIAS NOEL S.A. Address: MEDELLIN ANTIOQUIA COLOMBIA Address : UNKNOWN : INDUSTRIAS ALIMENTICIAS NOEL S.A. Address: MEDELLIN ANTIOQUIA COLOMBIA Address : CRA. 64C NO. 104-3, MEDELLIN, ANTIOQUIA, COLOMBIA Agent: JUAN PABLO CADENA SARMIENTO Current Status: VALIDATION Entered on: 04/30/2003 10:55:37 AM | | Apr. 30, 2003 |
| Renewal Validated | MARK RENEWAL File No. : 9217899231 Date of Application: 2012-07-05 16:01:30 TRADEMARKS Name : ZENU Type : NAME Certificate : 99437 Nice Classification: 31 Version 7 Validity : 2022-07-12 Holder: INDUSTRIAS ALIMENTICIAS NOEL S.A. Address: MEDELLIN ANTIOQUIA COLOMBIA Address : CARRERA 64C NO. 104-3 Agent: HELENA CAMARGO WILLIAMSON Current Status : VALIDATION Entered on: 07/13/2012  04:40:16 PM | | Jul. 13, 2012 |
| Automatic change of agent/legal representative | The change in Agent application has been submitted and automatically validated. | | Apr. 13, 2022 |

Confidential

IAZ_DNJ0003753

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

**Application number:** 922540325
**Client reference:**
**Application status:** Registered
**Mark Type:** Trademark
**Nature of the Mark:** Name
**Mark Name:** ZENU
**Nice Classification Edition:** 7
**Class and description of products and/or services:**

Filed/Designation Date: Mar. 04, 1986
Registration date: Oct. 02, 1985
Term: Oct. 02, 2025
Under opposition: No

| Class | Descriptions of the Products and Services |
|-------|-------------------------------------------|
| 5     |                                           |

Priority: No

**Agent:**

| JUAN GUILLERMO MOURE PEREZ | Physical Address : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO E-mail: office@olartemoure.com |
|---|---|

**Applicant(s):**

| GRUPO NUTRESA S.A. | |
|---|---|
| | Registered Address : Carrera 43A No 1A Sur 143 Edificio Santillana, MEDELLIN, ANTIOQUIA, CO |

**Contact information:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Linked applications:**

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|---|---|---|---|---|---|---|
| 922540325    001000 | TM Renewal of Trademark | Requested in Trademark 922540325 | 07 Sept. 1995 | Validated | N/A | Linked |
| 922540325    002000 | TM Transfer of Trademark | Requested in Trademark 922540325 | 03 Mar. 2003 | Validated | N/A | Linked |
| 922540325    003006 | TM Renewal of Trademark | Requested in Trademark 922540325 | 30 Sept. 2005 | Validated | N/A | Linked |
| 922540325    010014 | TM Renewal of Trademark | Requested in Trademark 922540325 | 10 Dec. 2015 | Validated | N/A | Linked |
| 922540325    004008 | IPR Client Management | Change of applicant | 10 Dec. 2015 | Filed | N/A | Linked |
| 922540325    005009 | IPR Client Management | Change of applicant INVERSIONES NACIONAL DE CHOCOLATES S.A. | 10 Dec. 2015 | Filed | N/A | Linked |
| 922540325    006010 | IPR Client Management | Change of applicant GRUPO NACIONAL DE CHOCOLATES S.A. | 10 Dec. 2015 | Filed | N/A | Linked |
| 922540325    007011 | IPR Client Management | Change of applicant | 10 Dec. 2015 | Filed | N/A | Linked |
| 922540325    008012 | IPR Client Management | Change of applicant GRUPO NACIONAL DE CHOCOLATES S.A. | 10 Dec. 2015 | Filed | N/A | Linked |
| 922540325    009013 | TM Transfer of Trademark | Requested in Trademark 922540325 | 10 Dec. 2015 | Validated | N/A | Linked |

Page 8 of 52

Confidential

IAZ_DNJ0003754

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|---|---|---|---|---|---|---|
| IT2017/0010437 | Certifications | Request certification | 08 Aug. 2017 | Completed | N/A | Linked |
| SD2017/0087745 | TM Change of Trademark Agent | Requested in Trademark 922540325 | 09 Nov. 2017 | Validated | N/A | Linked |

**History:**

| Type | Description | Journal | Published |
|---|---|---|---|
| Transfer validated | MARK ASSIGNENT File No. : 922540325 Date of Application: 2003-03-03 17:22:52 TRADEMARKS Name : ZENU Type : NAME Certificate : 130660 Nice Classification: 5 Version 7 From : INDUSTRIAS ALIMENTICIAS NOEL S.A. Address: MEDELLIN ANTIOQUIA COLOMBIA Address : CALLE 2 NO.50-561 A : INDUSTRIAS ALIMENTICIAS NOEL S.A. Address: MEDELLIN ANTIOQUIA COLOMBIA Address : CRA. 64C NO. 104-3, MEDELLIN, ANTIOQUIA, COLOMBIA Agent: JUAN PABLO CADENA SARMIENTO Current Status : VALIDATION Entered on: 04/30/2003  12:00:00 AM | | 30 Apr. 2003 |
| Renewal Validated | MARK RENEWAL File No. : 922540325 Date of Application: 2005-09-30 17:54:32 TRADEMARKS Name : ZENU Type : NAME Certificate : 130660 Nice Classification: 5 Version 7 Validity : 2025-10-02 Holder: INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. Address: BELLO ANTIOQUIA COLOMBIA Address: CAR. 64C 104- 03 Agent: ALVARO CORREA ORDOÑEZ Current Status: VALIDATION Entered on: 10/03/2005  02:58:44 PM | | 03 Oct. 2005 |
| Transfer validated | MARK ASSIGNENT File No. : 922540325 Date of Application: 2015-12-10 12:31:12 TRADEMARKS Name : ZENU Type : NAME Certificate : 130660 Nice Classification: 5 Version 7 From : GRUPO NUTRESA S.A. Address: MEDELLIN ANTIOQUIA COLOMBIA Address : . TO : INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. Address: MEDELLIN ANTIOQUIA COLOMBIA Address : CLL 2 NO. 50 - 561 Agent: JUAN GUILLERMO MOURE PEREZ Agent: JUAN GUILLERMO MOURE PEREZ Current Status : VALIDATION Entered on: 03/15/2016  08:00:01 AM | | 15 Mar. 2016 |
| Renewal Validated | MARK RENEWAL File No. : 922540325 Date of Application: 2015-12-10 12:33:49 TRADEMARKS Name : ZENU Type : NAME Certificate : 130660 Nice Classification: 5 Version 7 Validity : 2025-10-02 Holder: INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. Address: BELLO ANTIOQUIA COLOMBIA Address: CAR. 64C 104- 03 Agent: INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. Current Status: VALIDATION Entered on: 12/15/2015  08:00:01 AM | | 15 Dec. 2015 |
| Automatic change of agent/legal representative | The change in Agent application has been submitted and automatically validated. | | 10 Nov. 2017 |

Confidential

IAZ_DNJ0003755

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

**Application number:** 94047372
Client reference: Application status:
Registered Mark Type: Mark Nature
of the Mark: Mixed

Filed/Designation Date: Oct. 18, 1994
Registration date: Jan. 30, 1995
Term: Jan. 30, 2025
Under opposition: No

**Mark Name:** ZENU
Images and Vienna classification codes:

| Image | Vienna Classification Codes |
|---|---|
|  | |

**Nice Classification Edition:** 7
**Class and description of products and/or services:**

| Class | Descriptions of the Products and Services |
|---|---|
| 30 | ALL GOODS IN CLASS 30 OF THE NICE INTERNATIONAL CLASSIFICATION |

Priority: No

**Agent:**

| JUAN GUILLERMO MOURE PEREZ | Physical Address : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO E-mail: office@olartemoure.com |
|---|---|

**Applicant(s):**

| GRUPO NUTRESA S.A. | Registered Address : CARRERA 43 A N° 1ASUR 143 EDIFICIO SANTILLANA, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Contact information:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Linked applications:**

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|---|---|---|---|---|---|---|
| 94047372    001000 | TM Transfer of Trademark | Requested in Trademark 94047372 | 03 Mar. 2003 | Validated | N/A | Linked |
| 94047372    002006 | TM Renewal of Trademark | Requested in Trademark 94047372 | 29 Dec. 2004 | Validated | N/A | Linked |
| 04099620    000001 | TM Opposition to Trademarks | Requested in Trademark 04099620 | 13 Jan. 2005 | Submitted | N/A | TM Opposition to Trademarks |
| 94047372    003008 | IPR Client Management | Change of applicant | 12 Feb. 2015 | Filed | N/A | Linked |
| 94047372    004009 | TM Renewal of Trademark | Requested in Trademark 94047372 | 12 Feb. 2015 | Validated | N/A | Linked |

Confidential

IAZ_DNJ0003756

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|---|---|---|---|---|---|---|
| IT2017/0010436 | Certifications | Request certification | 08 Aug. 2017 | Completed | N/A | Linked |
| SD2017/0087746 | TM Change of Trademark Agent | Requested in Trademark 94047372 | 09 Nov. 2017 | Validated | N/A | Linked |

**History:**

| Type | Description | Journal | Published |
|---|---|---|---|
| Transfer validated | MARK ASSIGNENT File No. : 94047372 Date of Application: 2003-03-03 17:00:17 TRADEMARKS Name : ZENU Type : MIXED Certificate : 173308 Nice Classification: 30 Version 7 From : INDUSTRIAS ALIMENTICIAS NOEL S.A. Address: MEDELLIN ANTIOQUIA COLOMBIA Address : UNKNOWN To : INDUSTRIA DE ALIMENTOS ZENU S.A Address : MEDELLIN ANTIOQUIA COLOMBIA Address : Carrera 64 C No. 104-3 Agent: JUAN PABLO CADENA SARMIENTO Current Status: VALIDATION Entered on: 04/30/2003 12:00:00 AM | | 30 Apr. 2003 |
| Renewal Validated | MARK RENEWAL File No. : 94047372 Date of Application: 2004-12-29 18:24:36 TRADEMARKS Name : ZENU Type : MIXED Certificate : 173308 Nice Classification: 30 Version 7 Validity : 2025-01-30 Holder: INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. Address: BELLO ANTIOQUIA COLOMBIA Address: CAR. 64C 104-03 Agent: ALVARO CORREA ORDOÑEZ Current Status: VALIDATION Entered on: 01/18/2005  12:18:33 PM | | 18 Jan. 2005 |
| Renewal Validated | MARK RENEWAL File No. : 94047372 Date of Application: 2015-02-12 09:18:27 TRADEMARKS Name : ZENU Type : MIXED Certificate : 173308 Nice Classification: 30 Version 7 Validity : 2025-01-30 Holder: INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. Address: BELLO ANTIOQUIA COLOMBIA Address: CAR. 64C 104-03 Agent: JUAN GUILLERMO MOURE PEREZ Agent: JUAN GUILLERMO MOURE PEREZ Current Status : VALIDATION Entered on: 02/17/2015  08:00:01 AM | | 17 Feb. 2015 |
| Automatic change of agent/legal representative | The change in Agent application has been submitted and automatically validated. | | 10 Nov. 2017 |

Confidential

IAZ_DNJ0003757

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

**Application number:** 09024029
**Client reference:**
**Application status:** Registered
**Mark Type:** Commercial Slogan
**Nature of the Mark:** Name
**Mark Name:** ZENU, ALIMENTALOS CON CONFIANZA [ZENU, NOURISH THEM WITH CONFIDENCE]
**Nice Classification Edition:** 9
**Class and description of products and/or services:**

Filed/Designation Date: Mar. 09, 2009
Registration date: Sept. 25, 2009
Term: Sept. 10, 2028
Under opposition: No

| Class | Descriptions of the Products and Services |
|-------|-------------------------------------------|
| 29 | MEAT, FISH, POULTRY AND GAME; MEAT EXTRACTS; PRESERVED, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS, MILK AND MILK PRODUCTS; EDIBLE OILS AND FATS. |

Priority: No

**Agent:**

| JUAN GUILLERMO MOURE PEREZ | Physical Address : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO E-mail: office@olartemoure.com |
|---|---|

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | Registered Address : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Contact information:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Linked applications:**

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|---|---|---|---|---|---|---|
| 9206782929 | SD [Signos Distintivos] Application for Distinctive Mark | ZENU | 01 Jan. 1900 | Registered | No | Basic Mark for slogan |
| IT2017/0010426 | Certifications | Request certification | 08 Aug. 2017 | Completed | N/A | Linked |
| SD2017/0087759 | TM Change of Trademark Agent | Requested in Trademark 09024029 | 09 Nov. 2017 | Validated | N/A | Linked |
| SD2018/0056304 | TM Renewal of Trademark | Requested in Trademark 09024029 | 11 Jul. 2018 | Validated | N/A | Linked |

**History:**

| Type | Description | Journal | Published |
|---|---|---|---|
| Automatic change of agent/legal representative | The change in Agent application has been submitted and automatically validated. | | 10 Nov. 2017 |
| Automatic registration of Trademark renewal | The renewal application has been filed and automatically validated. | | 12 Jul. 2018 |
| Renewal Validated | The trademark has been renewed until Sep 10, 2028. | | 12 Jul. 2018 |

Confidential

IAZ_DNJ0003758

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

**Application number:** 12033871
**Client reference:**
**Application status:** Registered
**Mark Type:** Trademark
**Nature of the Mark:** Mixed
**Mark Name:** ZENU ALIMENTALOS CON CONFIANZA [ZENU NOURISH THEM WITH CONFIDENCE]
Images and Vienna classification codes:

Filed/Designation Date: Feb. 27, 2012
Registration date: Jun. 27, 2012
Term: Jun. 27, 2022
Under opposition: No

| Image | Vienna Classification Codes |
|---|---|
|  | |

**Nice Classification Edition:** 9
**Class and description of products and/or services:**

| Class | Descriptions of the Products and Services |
|---|---|
| 43 | RESTAURANT SERVICES (FOOD); TEMPORARY LODGING. |

Priority: No

**Agent:**

| | |
|---|---|
| JUAN GUILLERMO MOURE PEREZ | Physical Address : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO E-mail: office@olartemoure.com |

**Applicant(s):**

| | |
|---|---|
| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | Registered Address : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |

**Contact information:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Linked applications:**

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|---|---|---|---|---|---|---|
| IT2017/0010432 | Certifications | Request certification | 08 Aug. 2017 | Completed | N/A | Linked |
| SD2017/0087764 | TM Change of Trademark Agent | Requested in Trademark 12033871 | 09 Nov. 2017 | Validated | N/A | Linked |
| SD2021/0060201 | TM Opposition to Trademarks | Requested in Trademark SD2021/0 026189 | 24 Jun. 2021 | Admitted | N/A | TM Opposition to Trademarks |

**History:**

Confidential

IAZ_DNJ0003759

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

| Type | Description | Journal | Published |
|---|---|---|---|
| Automatic change of agent/legal representative | The change in Agent application has been submitted and automatically validated. | | 10 Nov. 2017 |

Confidential

IAZ_DNJ0003760

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

**Application number:** 12033876
**Client reference:**
**Application status:** Registered
**Mark Type:** Trademark
**Nature of the Mark:** Name
**Mark Name:** ZENU ALIMENTALOS CON CONFIANZA [ZENU NOURISH THEM WITH CONFIDENCE]
**Nice Classification Edition:** 9
**Class and description of products and/or services:**

Filed/Designation Date: Feb. 27, 2012
Registration date: Jun. 27, 2012
Term: Jun. 27, 2022
Under opposition: No

| Class | Descriptions of the Products and Services |
|---|---|
| 43 | RESTAURANT SERVICES (FOOD); TEMPORARY LODGING. |

Priority: No

**Agent:**

| | |
|---|---|
| JUAN GUILLERMO MOURE PEREZ | Physical Address : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO E-mail: office@olartemoure.com |

**Applicant(s):**

| | |
|---|---|
| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | Registered Address : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |

**Contact information:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Linked applications:**

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|---|---|---|---|---|---|---|
| IT2017/0010433 | Certifications | Request certification | 08 Aug. 2017 | Completed | N/A | Linked |
| SD2017/0087765 | TM Change of Trademark Agent | Requested in Trademark 12033876 | 09 Nov. 2017 | Validated | N/A | Linked |

**History:**

| Type | Description | Journal | Published |
|---|---|---|---|
| Automatic change of agent/legal representative | The change in Agent application has been submitted and automatically validated. | | 10 Nov. 2017 |

Confidential

IAZ_DNJ0003761

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

**Application number:** 11091680
**Client reference:**
**Application status:** Registered
**Mark Type:** Trademark
**Nature of the Mark:** Name
**Mark Name:** ZENU ALIMENTOS CON CONFINAZA! [Typo - should be confianza] [ZENU NOURISHMENT YOU CAN TRUST]
**Nice Classification Edition:** 9
**Class and description of products and/or services:**

Filed/Designation Date: Jul. 22, 2011
Registration date: Dec.28, 2011
Term: Dec. 28, 2031
Under opposition: No

| Class | Descriptions of the Products and Services |
|-------|-------------------------------------------|
| 30 | COFFEE, TEA, COCOA, SUGAR, RICE, TAPIOCA, SAGO, COFFEE SUBSTITUTES; FLOUR AND CEREAL BASED PRODUCTS, BREAD, PASTRY AND CONFECTIONERY, ICE CREAM; HONEY, TREACLE; YEAST, BAKING POWDERS; SALT, MUSTARD; VINEGAR, SAUCES (CONDIMENTS); SPICES; ICE. |

Priority: No

**Agent:**

| JUAN GUILLERMO MOURE PEREZ | Physical Address : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO E-mail: office@olartemoure.com |
|-----------------------------|------------------------------------------------------------------------------------------|

**Applicant(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | Registered Address : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|-------------------------------------|------------------------------------------------------------------|

**Contact information:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Linked applications:**

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|--------------------|-------------------|----------------------|------------------|---------------------|-------------------|--------------|
| 112017/0010430 | Certifications | Request certification | 08 Aug. 2017 | Completed | N/A | Linked |
| SD2017/0087766 | TM Change of Trademark Agent | Requested in Trademark 11091680 | 09 Nov. 2017 | Validated | N/A | Linked |
| SD2021/0103355 | TM Renewal of Trademark | Requested in Trademark 11091680 | 02 Nov. 2021 | Validated | N/A | Linked |

**History:**

| Type | Description | Journal | Published |
|------|--------------|---------|-----------|
| Automatic change of agent/legal representative | The change in Agent application has been submitted and automatically validated. | | 10 Nov. 2017 |
| Automatic registration of Trademark renewal | The renewal application has been filed and automatically validated. | | 03 Nov. 2021 |
| Renewal Validated | The trademark has been renewed until 28 Dec. 2031. | | 03 Nov. 2021 |

Confidential

IAZ_DNJ0003762

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

**Application number:** 11139892
**Client reference:**
**Application status:** Registered
**Mark Type:** Trademark
**Nature of the Mark:** Mixed
**Mark Name:** RANCHERA SANDUCHE ZENU [ZENU RANCH-STYLE SANDWICH]
Images and Vienna classification codes:

Filed/Designation Date: Oct. 19, 2011
Registration date: Aug. 28, 2012
Term: Aug. 28, 2022
Under opposition: No

| Image | Vienna Classification Codes |
|---|---|
| Blue  Red<br><br>Orange<br><br>Green<br><br>Yellow | |

**Nice Classification Edition:** 9
**Class and description of products and/or services:**

| Class | Descriptions of the Products and Services |
|---|---|
| 29 | MEAT, FISH, POULTRY AND GAME MEAT; MEAT EXTRACTS; PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS, MILK AND MILK PRODUCTS; EDIBLE OILS AND FATS. |

Priority: No

**Agent:**

| JUAN GUILLERMO MOURE PEREZ | Physical Address : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO E-mail: office@olartemoure.com |
|---|---|

**Applicant(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | Registered Address : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Contact information:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Linked applications:**

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|---|---|---|---|---|---|---|
| SD2017/0087768 | TM Change of Trademark Agent | Requested in Trademark 11139892 | 09 Nov. 2017 | Validated | N/A | Linked |
| IT2019/0009348 | Certifications | Request certification | 08 Aug. 2019 | Completed | N/A | Linked |
| IT2021/0012563 | Certifications | Request certification | 13 Dec. 2021 | Completed | N/A | Linked |

**History:**

Confidential

IAZ_DNJ0003763

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

| Type | Description | Journal | Published |
|---|---|---|---|
| Automatic change of agent/legal representative | The change in Agent application has been submitted and automatically validated. | | 10 Nov. 2017 |

Confidential                                                                  IAZ_DNJ0003764

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

**Application number:** 11139906
**Client reference:**
**Application status:** Registered
**Mark Type:** Trademark
**Nature of the Mark:** Mixed
**Mark Name:** RANCHERA SUPER ZENU [ZENU SUPER RANCH-STYLE]]

Filed/Designation Date: Oct. 19, 2011
Registration date: Jul. 31, 2012
Term: Jul. 31, 2022
Under opposition: No

Images and Vienna classification codes:

| Image | Vienna Classification Codes |
|-------|------------------------------|
| [text not legible] | |

**Nice Classification Edition:** 9
**Class and description of products and/or services:**

| Class | Descriptions of the Products and Services |
|-------|--------------------------------------------|
| 29 | MEAT, FISH, POULTRY AND GAME MEAT; MEAT EXTRACTS; PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS, MILK AND MILK PRODUCTS; EDIBLE OILS AND FATS. |

Priority: No

**Agent:**

| JUAN GUILLERMO MOURE PEREZ | Physical Address : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO E-mail: office@olartemoure.com |
|---|---|

**Applicant(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | Registered Address : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Contact information:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Linked applications:**

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|---|---|---|---|---|---|---|
| IT2017/0010434 | Certifications | Request certification | 08 Aug. 2017 | Completed | N/A | Linked |
| SD2017/0087769 | TM Change of Trademark Agent | Requested in Trademark 11139906 | 09 Nov. 2017 | Validated | N/A | Linked |
| IT2019/0009352 | Certifications | Request certification | 08 Aug. 2019 | Completed | N/A | Linked |

**History:**

Page 19 of 52

Confidential

IAZ_DNJ0003765

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

| Type | Description | Journal | Published |
|------|-------------|---------|-----------|
| Automatic change of agent/legal representative | The change in Agent application has been submitted and automatically validated. | | 10 Nov. 2017 |

Confidential

IAZ_DNJ0003766

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

**Application number:** 11139911
**Client reference:**
**Application status:** Registered
**Mark Type:** Trademark
**Nature of the Mark:** Mixed
**Mark Name:** ZENU Ensalada con maíz y champiñones [ZENU Corn and mushroom salad]
Description, limitations:

Filed/Designation Date: Oct. 19, 2011
Registration date: Mar. 22, 2012
Validity: Mar. 22, 2022
Under opposition: No

THE REMAINING DESCRIPTIONS WILL BE USED EXPLICATIVELY.

Images and Vienna classification codes:

| Image | Vienna Classification Codes |
|---|---|
|  | |

**Nice Classification Edition:** 9
**Class and description of products and/or services:**

| Class | Descriptions of the Products and Services |
|---|---|
| 29 | MEAT, FISH, POULTRY AND GAME MEAT; MEAT EXTRACTS; PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS, MILK AND MILK PRODUCTS; EDIBLE OILS AND FATS. |

Priority: No

**Agent:**

| JUAN GUILLERMO MOURE PEREZ | Physical Address : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO E-mail: office@olartemoure.com |
|---|---|

**Applicant(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | Registered Address : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Contact information:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Linked applications:**

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|---|---|---|---|---|---|---|
| SD2017/0087770 | TM Change of Trademark Agent | Requested in Trademark 11139911 | 09 Nov. 2017 | Validated | N/A | Linked |

**History:**

Confidential

IAZ_DNJ0003767

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

| Type | Description | Journal | Published |
|------|-------------|---------|-----------|
| Automatic change of agent/legal representative | The change in Agent application has been submitted and automatically validated. | | 10 Nov. 2017 |

Confidential

IAZ_DNJ0003768

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

**Application number:** 11139914
**Client reference:**
**Application status:** Registered
**Mark Type:** Trademark
**Nature of the Mark:** Mixed
**Mark Name:** "ZENU" ALBONDIGAS DE RES EN SALSA DE TOMATE ["ZENU" BEEF MEATBALLS IN TOMATO SAUCE]

Filed/Designation Date: Oct. 19, 2011
Registration date: Mar. 22, 2012
Term: Mar. 22, 2022
Under opposition: No

Description, limitations:
        THE TERM PRESERVATIVE-FREE WILL BE USED EXPLICATIVELY.

Images and Vienna classification codes:

| Image | Vienna Classification Codes |
|---|---|
|  | |

**Nice Classification Edition:** 9
**Class and description of products and/or services:**

| Class | Descriptions of the Products and Services |
|---|---|
| 29 | MEAT, FISH, POULTRY AND GAME MEAT; MEAT EXTRACTS; PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS, MILK AND MILK PRODUCTS; EDIBLE OILS AND FATS. |

Priority: No

**Agent:**

| JUAN GUILLERMO MOURE PEREZ | Physical Address : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO E-mail: office@olartemoure.com |
|---|---|

**Applicant(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | Registered Address : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Contact information:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Linked applications:**

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|---|---|---|---|---|---|---|
| SD2017/0087771 | TM Change of Trademark Agent | Requested in Trademark 11139914 | 09 Nov. 2017 | Validated | N/A | Linked |

**History:**

Confidential                                                                IAZ_DNJ0003769

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

| Type | Description | Journal | Published |
|---|---|---|---|
| Automatic change of agent/legal representative | The change in Agent application has been submitted and automatically validated. | | 10 Nov. 2017 |

Confidential

IAZ_DNJ0003770

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

Application number: 11139916
Client reference:
Application status: Registered
Mark Type: Trademark
Nature of the Mark: Mixed
**Mark Name:** "ZENU" JAMONETA ["ZENU"
HAM PRODUCT]
Description, limitations:
      THE TERM GOOD SOURCE OF PROTEIN WILL BE USED EXPLICATIVELY

Filed/Designation Date: Oct. 19, 2011
Registration date: Mar. 22, 2012
Term: Mar. 22, 2022
Under opposition: No

**Imágenes y códigos de clasificación de Viena:**

| Imagen | Códigos de clasificación de Viena |
|---|---|
|  | |

**Nice Classification Edition:** 9
**Class and description of products and/or services:**

| Class | Descriptions of the Products and Services |
|---|---|
| 29 | MEAT, FISH, POULTRY AND GAME MEAT; MEAT EXTRACTS; PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS, MILK AND MILK PRODUCTS; EDIBLE OILS AND FATS. |

Priority: No

**Agent:**

| JUAN GUILLERMO MOURE PEREZ | Physical Address : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO E-mail: office@olartemoure.com |
|---|---|

**Applicant(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | Registered Address : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Contact information:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Linked applications:**

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|---|---|---|---|---|---|---|
| 112017/0010431 | Certifications | Request certification | 08 Aug. 2017 | Completed | N/A | Linked |
| SD2017/0087772 | TM Change of Trademark Agent | Requested in Trademark 11139916 | 09 Nov. 2017 | Validated | N/A | Linked |

**History:**

Confidential

IAZ_DNJ0003771

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

| Type | Description | Journal | Published |
|---|---|---|---|
| Automatic change of agent/legal representative | The change in Agent application has been submitted and automatically validated. | | 10 Nov. 2017 |

Confidential

IAZ_DNJ0003772

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

**Application number:** 11139919
**Client reference:**
**Application status:** Registered
**Mark Type:** Trademark
**Nature of the Mark:** Mixed
**Mark Name:** "ZENU" ENSALADA DE VEGETALES ["ZENU" VEGETABLE SALAD]
Description, limitations:

Filed/Designation Date: Oct. 19, 2011
Registration date: Mar. 22, 2012
Validity: Mar. 22, 2022
Under opposition: No

THE TERMS PRESERVATIVE-FREE AND 100% NATURAL WILL BE USED EXPLICATIVELY.

Images and Vienna classification codes:

| Image | Vienna Classification Codes |
|---|---|
| Red  Zenú  [illegible]  Vegetable Salad  Green | |

**Nice Classification Edition:** 9
**Class and description of products and/or services:**

| Class | Descriptions of the Products and Services |
|---|---|
| 29 | MEAT, FISH, POULTRY AND GAME MEAT; MEAT EXTRACTS; PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS, MILK AND MILK PRODUCTS; EDIBLE OILS AND FATS. |

Priority: No

**Agent:**

| JUAN GUILLERMO MOURE PEREZ | Physical Address : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO E-mail: office@olartemoure.com |
|---|---|

**Applicant(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | Registered Address : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Contact information:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Linked applications:**

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|---|---|---|---|---|---|---|
| SD2017/0087773 | TM Change of Trademark Agent | Requested in Trademark 11139919 | 09 Nov. 2017 | Validated | N/A | Linked |

**History:**

Confidential

IAZ_DNJ0003773

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

| Type | Description | Journal | Published |
|------|-------------|---------|-----------|
| Automatic change of agent/legal representative | The change in Agent application has been submitted and automatically validated. | | 10 Nov. 2017 |

Confidential

IAZ_DNJ0003774

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

**Application number:** 11139930
**Client reference:**
**Application status:** Registered
**Mark Type:** Trademark
**Nature of the Mark:** Mixed
**Mark Name:** "ZENU"SALCHICHAS FRANKFURT ["ZENU "FRANKFURTER SAUSAGES]
Description, limitations:

    THE TERM 7 UNITS WILL BE USED EXPLICATIVELY

Filed/Designation Date: Oct. 19, 2011
Registration date: Mar. 22, 2012
Validity: Mar. 22, 2022
Under opposition: No

| Image | Vienna Classification Codes |
|---|---|
|  | |

**Nice Classification Edition:** 9
**Class and description of products and/or services:**

| Class | Descriptions of the Products and Services |
|---|---|
| 29 | MEAT, FISH, POULTRY AND GAME MEAT; MEAT EXTRACTS; PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS, MILK AND MILK PRODUCTS; EDIBLE OILS AND FATS. |

Priority: No

**Agent:**

| JUAN GUILLERMO MOURE PEREZ | Physical Address : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO E-mail: office@olartemoure.com |
|---|---|

**Applicant(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | Registered Address : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Contact information:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Linked applications:**

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|---|---|---|---|---|---|---|
| SD2017/0087774 | TM Change of Trademark Agent | Requested in Trademark 11139930 | 09 Nov. 2017 | Validated | N/A | Linked |

**History:**

Confidential

IAZ_DNJ0003775

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

| Type | Description | Journal | Published |
|---|---|---|---|
| Automatic change of agent/legal representative | The change in Agent application has been submitted and automatically validated. | | 10 Nov. 2017 |

Confidential

IAZ_DNJ0003776

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

**Application number:** 11139937
**Client reference:**
**Application status:** Registered
**Mark Type:** Trademark
**Nature of the Mark:** Mixed
**Mark Name:** "ZENU" FRIJOLES ANTIOQUEÑOS CON TOCINO ["ZENU" ANTIOQUIAN BEANS WITH BACON]

Filed/Designation Date: Oct. 19, 2011
Registration date: Mar. 22, 2012
Term: Mar. 22, 2022
Under opposition: No

Description, limitations:

THE TERMS "PRESERVATIVE-FREE" AND "100% NATURAL" WILL BE USED EXPLICATIVELY.

Images and Vienna classification codes:

| Image | Vienna Classification Codes |
|---|---|
|  | |

**Nice Classification Edition:** 9
**Class and description of products and/or services:**

| Class | Descriptions of the Products and Services |
|---|---|
| 29 | MEAT, FISH, POULTRY AND GAME MEAT; MEAT EXTRACTS; PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS, MILK AND MILK PRODUCTS; EDIBLE OILS AND FATS. |

Priority: No

**Agent:**

| JUAN GUILLERMO MOURE PEREZ | Physical Address : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO E-mail: office@olartemoure.com |
|---|---|

**Applicant(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | Registered Address : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Contact information:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Linked applications:**

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|---|---|---|---|---|---|---|
| SD2017/0087775 | TM Change of Trademark Agent | Requested in Trademark 11139937 | 09 Nov. 2017 | Validated | N/A | Linked |

**History:**

Confidential

IAZ_DNJ0003777

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

| Type | Description | Journal | Published |
|------|-------------|---------|-----------|
| Automatic change of agent/legal representative | The change in Agent application has been submitted and automatically validated. | | 10 Nov. 2017 |

Confidential

IAZ_DNJ0003778

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

**Application number:** 11139945
**Client reference:**
**Application status:** Registered
**Mark Type:** Trademark
**Nature of the Mark:** Mixed
**Mark Name:** ZENU FRIJOLES BLANCOS CON TOCINETA [ZENU WHITE BEANS WITH BACON]
Description, limitations:

Filed/Designation Date: Oct. 19, 2011
Registration date: Mar. 22, 2012
Validity: Mar. 22, 2022
Under opposition: No

THE TERM PRESERVATIVE-FREE WILL BE USED EXPLICATIVELY

Images and Vienna classification codes:

| Image | Vienna Classification Codes |
|---|---|
|  | |

**Nice Classification Edition:** 9
**Class and description of products and/or services:**

| Class | Descriptions of the Products and Services |
|---|---|
| 29 | MEAT, FISH, POULTRY AND GAME MEAT; MEAT EXTRACTS; PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS, MILK AND MILK PRODUCTS; EDIBLE OILS AND FATS. |

Priority: No

**Agent:**

| | |
|---|---|
| JUAN GUILLERMO MOURE PEREZ | Physical Address : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO E-mail: office@olartemoure.com |

**Applicant(s):**

| | |
|---|---|
| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | Registered Address : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |

**Contact information:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Linked applications:**

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|---|---|---|---|---|---|---|
| SD2017/0087780 | TM Change of Trademark Agent | Requested in Trademark 11139945 | 09 Nov. 2017 | Validated | N/A | Linked |

**History:**

Confidential

IAZ_DNJ0003779

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

| Type | Description | Journal | Published |
|------|-------------|---------|-----------|
| Automatic change of agent/legal representative | The change in Agent application has been submitted and automatically validated. | | 10 Nov. 2017 |

Confidential

IAZ_DNJ0003780

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

**Application number:** 11139951
**Client reference:**                                        Filed/Designation Date: 19 Oct. 2011
**Application status:** Registered                           Registration date: 22 Mar. 2012
**Mark Type:** Trademark                                     Validity: 22 Mar. 2022
**Nature of the Mark:** Mixed                                Under opposition: No
**Mark Name:** "ZENU" SALCHICHAS VIENA ESPECIAL ["ZENU" SPECIAL VIENNA SAUSAGES]
Description, limitations:

THE EXPRESSIONS "6 CHICKEN SAUSAGE UNITS" AND "GOOD SOURCE OF PROTEIN" WILL BE USED EXPLICATIVELY .

Images and Vienna classification codes:

| Image | Vienna Classification Codes |
|---|---|
|  | |

**Nice Classification Edition:** 9
**Class and description of products and/or services:**

| Class | Descriptions of the Products and Services |
|---|---|
| 29 | MEAT, FISH, POULTRY AND GAME MEAT; MEAT EXTRACTS; PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS, MILK AND MILK PRODUCTS; EDIBLE OILS AND FATS. |

Priority: No

**Agent:**

| JUAN GUILLERMO MOURE PEREZ | Physical Address : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO E-mail: office@olartemoure.com |
|---|---|

**Applicant(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | Registered Address : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Contact information:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Linked applications:**

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|---|---|---|---|---|---|---|
| SD2017/0087781 | TM Change of Trademark Agent | Requested in Trademark 11139951 | 09 Nov. 2017 | Validated | N/A | Linked |

**History:**

Confidential                                              IAZ_DNJ0003781

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

| Type | Description | Journal | Published |
|---|---|---|---|
| Automatic change of agent/legal representative | The change in Agent application has been submitted and automatically validated. | | 10 Nov. 2017 |

Confidential

IAZ_DNJ0003782

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

**Application number:** 11139953
**Client reference:**                                         Filed/Designation Date: Oct. 19, 2011
**Application status:** Registered                            Registration date: Mar. 22, 2012
**Mark Type:** Trademark                                      Validity: Mar. 22, 2022
**Nature of the Mark:** Mixed                                 Under opposition: No
**Mark Name:** "ZENU" SALCHICHAS VIENA EN SALSA BBQ ["ZENU" VIENNA SAUSAGES IN BBQ SAUCE] Description, limitations:
        THE TERM "7 UNITS OF CHICKEN SAUSAGES" WILL BE USED EXPLICATIVELY.

Images and Vienna classification codes:

| Image | Vienna Classification Codes |
|---|---|
|  | |

**Nice Classification Edition:** 9
**Class and description of products and/or services:**

| Class | Descriptions of the Products and Services |
|---|---|
| 29 | MEAT, FISH, POULTRY AND GAME MEAT; MEAT EXTRACTS; PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS, MILK AND MILK PRODUCTS; EDIBLE OILS AND FATS. |

Priority: No

**Agent:**

| | |
|---|---|
| JUAN GUILLERMO MOURE PEREZ | Physical Address : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO E-mail: office@olartemoure.com |

**Applicant(s):**

| | |
|---|---|
| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | Registered Address : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |

**Contact information:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Linked applications:**

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|---|---|---|---|---|---|---|
| SD2017/0087782 | TM Change of Trademark Agent | Requested in Trademark 11139953 | 09 Nov. 2017 | Validated | N/A | Linked |

**History:**

Confidential

IAZ_DNJ0003783

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

| Type | Description | Journal | Published |
|---|---|---|---|
| Automatic change of agent/legal representative | The change in Agent application has been submitted and automatically validated. | | 10 Nov. 2017 |

Confidential

IAZ_DNJ0003784

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

**Application number:** 11139955
**Client reference:**                                            Filed/Designation Date: Oct. 19, 2011
**Application status:** Registered                     Registration date: Mar. 22, 2012
**Mark Type:** Trademark                               Validity: Mar. 22, 2022
**Nature of the Mark:** Mixed                          Under opposition: No
**Mark Name:** "ZENU" SALCHICHAS VIENA ["ZENU" VIENNA SAUSAGES]
Description, limitations:
        THE TERMS "7 CHICKEN SAUSAGE UNITS" AND "GOOD SOURCE OF PROTEIN" WILL BE USED EXPLICATIVELY.

Images and Vienna classification codes:

| Image | Vienna Classification Codes |
|-------|------------------------------|
|  SALMON          Red | |

**Nice Classification Edition:** 9
**Class and description of products and/or services:**

| Class | Descriptions of the Products and Services |
|-------|--------------------------------------------|
| 29 | MEAT, FISH, POULTRY AND GAME MEAT; MEAT EXTRACTS; PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS, MILK AND MILK PRODUCTS; EDIBLE OILS AND FATS. |

Priority: No

**Agent:**

| JUAN GUILLERMO MOURE PEREZ | Physical Address : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO E-mail: office@olartemoure.com |
|---|---|

**Applicant(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | Registered Address : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Contact information:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Linked applications:**

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|---|---|---|---|---|---|---|
| SD2017/0087783 | TM Change of Trademark Agent | Requested in Trademark 11139955 | 09 Nov. 2017 | Validated | N/A | Linked |

**History:**

Confidential                                                                                              IAZ_DNJ0003785

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

| Type | Description | Journal | Published |
|------|-------------|---------|-----------|
| Automatic change of agent/legal representative | The change in Agent application has been submitted and automatically validated. | | 10 Nov. 2017 |

Confidential

IAZ_DNJ0003786

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

**Application number:** 11139956
**Client reference:**
**Application status:** Registered
**Mark Type:** Trademark
**Nature of the Mark:** Mixed
**Mark Name:** "ZENU" POLLO CON ADEREZO A BASE DE
MAYONESA ["ZENU" CHICKEN WITH MAYONNAISE-BASED DRESSING]

Filed/Designation Date: Oct. 19, 2011
Registration date: Mar. 22, 2012
Term: Mar. 22, 2022
Under opposition: No

Description, limitations:

THE TERM "PRESERVATIVE-FREE" AND "100% CHICKEN BREAST" WILL BE USED EXPLICATIVELY.

Images and Vienna classification codes:

| Image | Vienna Classification Codes |
|---|---|
| Red   Chicken with mayonnaise-based dressing  Green  White | |

**Nice Classification Edition:** 9
**Class and description of products and/or services:**

| Class | Descriptions of the Products and Services |
|---|---|
| 29 | MEAT, FISH, POULTRY AND GAME MEAT; MEAT EXTRACTS; PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS, MILK AND MILK PRODUCTS; EDIBLE OILS AND FATS. |

Priority: No

**Agent:**

| JUAN GUILLERMO MOURE PEREZ | Physical Address : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO E-mail: office@olartemoure.com |
|---|---|

**Applicant(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | Registered Address : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Contact information:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Linked applications:**

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|---|---|---|---|---|---|---|
| SD2017/0087784 | TM Change of Trademark Agent | Requested in Trademark 11139956 | 09 Nov. 2017 | Validated | N/A | Linked |

**History:**

Confidential

IAZ_DNJ0003787

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

| Type | Description | Journal | Published |
|------|-------------|---------|-----------|
| Automatic change of agent/legal representative | The change in Agent application has been submitted and automatically validated. | | 10 Nov. 2017 |

Confidential

IAZ_DNJ0003788

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

**Application number:** 11139960
**Client reference:**
**Application status:** Registered
**Mark Type:** Trademark
**Nature of the Mark:** Mixed
**Mark Name:** "ZENU" CARNE DE DIABLO ["ZENU" MEAT PATE (Deviled Meat)]
Description, limitations:

Filed/Designation Date: Oct. 19, 2011
Registration date: Mar. 22, 2012
Term: Mar. 22, 2022
Under opposition: No

THE TERM "MIXED BEEF AND PORK MEATS" WILL BE USED EXPLICATIVELY.

Images and Vienna classification codes:

| Image | Vienna Classification Codes |
|---|---|
|  | |

**Nice Classification Edition:** 9
**Class and description of products and/or services:**

| Class | Descriptions of the Products and Services |
|---|---|
| 29 | MEAT, FISH, POULTRY AND GAME MEAT; MEAT EXTRACTS; PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS, MILK AND MILK PRODUCTS; EDIBLE OILS AND FATS. |

**Priority:** No

**Agent:**

| JUAN GUILLERMO MOURE PEREZ | Physical Address : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO E-mail: office@olartemoure.com |
|---|---|

**Applicant(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | Registered Address : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Contact information:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Linked applications:**

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|---|---|---|---|---|---|---|
| SD2017/0087785 | TM Change of Trademark Agent | Requested in Trademark 11139960 | 09 Nov. 2017 | Validated | N/A | Linked |

**History:**

Confidential

IAZ_DNJ0003789

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

| Type | Description | Journal | Published |
|---|---|---|---|
| Automatic change of agent/legal representative | The change in Agent application has been submitted and automatically validated. | | 10 Nov. 2017 |

Confidential

IAZ_DNJ0003790

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

**Application number:** 11139962
**Client reference:**                                         Filed/Designation Date: Oct. 19, 2011
**Application status:** Registered                            Registration date: Mar. 22, 2012
**Mark Type:** Trademark                                      Validity: Mar. 22, 2022
**Nature of the Mark:** Mixed                                 Under opposition: No
**Mark Name:** "ZENU" POLLO CON CHAMPIÑONES AL VINO ["ZENU" CHICKEN WITH MUSHROOMS IN WINE]
Description, limitations:

THE TERMS "PRESERVATIVE-FREE" AND "100% CHICKEN BREAST" WILL BE USED EXPLICATIVELY.

Images and Vienna classification codes:

| Image | Vienna Classification Codes |
|---|---|
| RED    Zenú    YELLOW    WHITE | |

**Nice Classification Edition:** 9
**Class and description of products and/or services:**

| Class | Descriptions of the Products and Services |
|---|---|
| 29 | MEAT, FISH, POULTRY AND GAME MEAT; MEAT EXTRACTS; PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS, MILK AND MILK PRODUCTS; EDIBLE OILS AND FATS. |

Priority: No

**Agent:**

| | |
|---|---|
| JUAN GUILLERMO MOURE PEREZ | Physical Address : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO E-mail: office@olartemoure.com |

**Applicant(s):**

| | |
|---|---|
| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | Registered Address : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |

**Contact information:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Linked applications:**

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|---|---|---|---|---|---|---|
| SD2017/0087786 | TM Change of Trademark Agent | Requested in Trademark 11139962 | 09 Nov. 2017 | Validated | N/A | Linked |

**History:**

Confidential                                                                    IAZ_DNJ0003791

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

| Type | Description | Journal | Published |
|------|-------------|---------|-----------|
| Automatic change of agent/legal representative | The change in Agent application has been submitted and automatically validated. | | 10 Nov. 2017 |

Confidential

IAZ_DNJ0003792

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

**Application number:** 11139966
**Client reference:**
**Application status:** Registered
**Mark Type:** Trademark
**Nature of the Mark:** Mixed
**Mark Name:** "ZENU" ARVEJAS CON ZANAHORIA ["ZENU" PEAS WITH CARROTS]
Description, limitations:

Filed/Designation Date: Oct. 19, 2011
Registration date: Mar. 22, 2012
Validity: Mar. 22, 2022
Under opposition: No

THE TERMS PRESERVATIVE-FREE" AND "100% NATURAL" WILL BE USED EXPLICATIVELY.

Images and Vienna classification codes:

| Image | Vienna Classification Codes |
|---|---|
|  | |

**Nice Classification Edition:** 9
**Class and description of products and/or services:**

| Class | Descriptions of the Products and Services |
|---|---|
| 29 | MEAT, FISH, POULTRY AND GAME MEAT; MEAT EXTRACTS; PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS, MILK AND MILK PRODUCTS; EDIBLE OILS AND FATS. |

Priority: No

**Agent:**

| JUAN GUILLERMO MOURE PEREZ | Physical Address : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO E-mail: office@olartemoure.com |
|---|---|

**Applicant(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | Registered Address : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Contact information:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Linked applications:**

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|---|---|---|---|---|---|---|
| SD2017/0087787 | TM Change of Trademark Agent | Requested in Trademark 11139966 | 09 Nov. 2017 | Validated | N/A | Linked |

**History:**

Confidential

IAZ_DNJ0003793

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

| Type | Description | Journal | Published |
|---|---|---|---|
| Automatic change of agent/legal representative | The change in Agent application has been submitted and automatically validated. | | 10 Nov. 2017 |

Confidential

IAZ_DNJ0003794

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

**Application number:** 11139969
**Client reference:**
**Application status:** Registered
**Mark Type:** Trademark
**Nature of the Mark:** Mixed
**Mark Name:** "ZENU" ARVEJAS AL NATURAL [PLAIN PEAS]
Description, limitations:

Filed/Designation Date: Oct. 19, 2011
Registration date: Mar. 22, 2012
Term: Mar. 22, 2022
Under opposition: No

THE TERMS PRESERVATIVE-FREE" AND "100% NATURAL" WILL BE USED EXPLICATIVELY.

Images and Vienna classification codes:

| Image | Vienna Classification Codes |
|---|---|
|  | |

**Nice Classification Edition:** 9
**Class and description of products and/or services:**

| Class | Descriptions of the Products and Services |
|---|---|
| 29 | MEAT, FISH, POULTRY AND GAME MEAT; MEAT EXTRACTS; PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS, MILK AND MILK PRODUCTS; EDIBLE OILS AND FATS. |

Priority: No

**Agent:**

| JUAN GUILLERMO MOURE PEREZ | Physical Address : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO E-mail: office@olartemoure.com |
|---|---|

**Applicant(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | Registered Address : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Contact information:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Linked applications:**

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|---|---|---|---|---|---|---|
| SD2017/0087788 | TM Change of Trademark Agent | Requested in Trademark 11139969 | 09 Nov. 2017 | Validated | N/A | Linked |

**History:**

Confidential

IAZ_DNJ0003795

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

| Type | Description | Journal | Published |
|------|-------------|---------|-----------|
| Automatic change of agent/legal representative | The change in Agent application has been submitted and automatically validated. | | 10 Nov. 2017 |

Confidential

IAZ_DNJ0003796

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

**Application number:** 11139974
**Client reference:**
**Application status:** Registered
**Mark Type:** Trademark
**Nature of the Mark:** Mixed
**Mark Name:** "ZENU" SALCHICHAS VIENA DE POLLO ["ZENU" CHICKEN VIENNA SAUSAGES]
Description, limitations:

Filed/Designation Date: Oct. 19, 2011
Registration date: 22 Mar. 2012
Validity: Mar. 22, 2022
Under opposition: No

THE TERM GOOD SOURCE OF PROTEIN WILL BE USED EXPLICATIVELY.

Images and Vienna classification codes:

| Image | Vienna Classification Codes |
|---|---|
|  | |

**Nice Classification Edition:** 9
**Class and description of products and/or services:**

| Class | Descriptions of the Products and Services |
|---|---|
| 29 | MEAT, FISH, POULTRY AND GAME MEAT; MEAT EXTRACTS; PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS, MILK AND MILK PRODUCTS; EDIBLE OILS AND FATS. |

Priority: No

**Agent:**

| JUAN GUILLERMO MOURE PEREZ | Physical Address : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO E-mail: office@olartemoure.com |
|---|---|

**Applicant(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | Registered Address : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Contact information:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Linked applications:**

| Application number | Application type | Name of application | Submission date | Application status | Under opposition | Type of Link |
|---|---|---|---|---|---|---|
| SD2017/0087789 | TM Change of Trademark Agent | Requested in Trademark 11139974 | 09 Nov. 2017 | Validated | N/A | Linked |

**History:**

Confidential

IAZ_DNJ0003797

Superintendency of Industry and Trade of Colombia  (SIC) - Detailed Report of Applications
Date and time: Sept. 08, 2022 02:28:15 p.m.

| Type | Description | Journal | Published |
|------|-------------|---------|-----------|
| Automatic change of agent/legal representative | The change in Agent application has been submitted and automatically validated. | | 10 Nov. 2017 |

Confidential

IAZ_DNJ0003798

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

**Criterio de búsqueda:**

**Título de la solicitud:** zenu

**Número de solicitud:** 00064541
**Referencia de solicitante:**
**Estado de la solicitud:** Registrada
**Tipo de Signo:** Lema Comercial
**Naturaleza del Signo:** Nominativa
**Nombre del Signo:** ZENU, ALIMENTATE CON CONFIANZA
**Versión de la Clasificación de Niza:** 7
**Clase y descripción de productos y/o servicios:**

**Fecha de presentación:** 29 ago. 2000
**Fecha de registro:** 07 may. 2001
**Vigencia:** 10 sept. 2028
**Bajo oposición:** No

| Clase | Descripciones de los Productos y Servicios |
|-------|--------------------------------------------|
| 29 | CARNE, PESCADO, AVES Y CAZA; EXTRACTOS DE CARNE; FRUTAS Y LEGUMBRES EN CONSERVA, SECAS Y COCIDAS; GELATINAS, MERMELADAS, COMPOTAS; HUEVOS, LECHE Y PRODUCTOS LÁCTEOS; ACEITES Y GRASAS COMESTIBLES. |

**Prioridad:** No

**Apoderado:**

| ALVARO CORREA ORDOÑEZ | Dirección Física : Crr 16 No 88 -81 of 404, BOGOTÁ, D.C., CO |
|-----------------------|--------------------------------------------------------------|
| | Correo electrónico: a.correa@acoabogados.com |

**Solicitante(s):**

| GRUPO NUTRESA S.A. | DerechoDirección Física : CARRERA 43 A N° 1A SUR 143 EDIFICIO SANTILLANA, MEDELLIN, ANTIOQUIA, CO |
|---------------------|--------------------------------------------------------------------------------------------------|

**Datos de contacto:** ALVARO CORREA ORDOÑEZ, Crr 16 No 88 -81 of 404, BOGOTÁ, D.C., CO

**Solicitudes vinculadas:**

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---------------------|-------------------|------------------------|---------------------|------------------------|----------------|----------------|
| 9206782929 | SD Solicitud de Signos Distintivos | ZENU | 01 ene. 1900 | Registrada | No | Marca básica para lema |
| 00064541 002000 | SD Transferencia de Signo Distintivo | Solicitado en Signo Distintivo 00064541 | 28 feb. 2003 | Inscrita | N/A | Vinculado |
| 00064541 003010 | SD Renovación de Signo Distintivo | Solicitado en Signo Distintivo 00064541 | 09 mar. 2009 | Inscrita | N/A | Vinculado |
| SD2018/0073049 | SD Renovación de Signo Distintivo | Solicitado en Signo Distintivo 00064541 | 10 sept. 2018 | Inscrita | N/A | Vinculado |

**Historial:**

| Tipo | Descripción | Gaceta | Publicado |
|------|-------------|--------|-----------|
| Renovación inscrita | SIGNOS RENOVACION Expediente Nro : 00064541 Fecha Solicitud: 2009-03-09 17:19:44 LEMAS COMERCIALES Denominaciï¿½n : ZENU, ALIMENTATE CON CONFIANZA Tipo : NOMINATIVA Certificado : 267323 Clasificaciï¿½n Niza: 29 Version 7 Vigencia : 2018-09-10 Titular : INDUSTRIAS ALIMENTICIAS NOEL S.A. Domicilio : MEDELLIN ANTIOQUIA COLOMBIA Direccion : SIN ESTABLECER | | 28 may. 2009 |

Confidential

IAZ_DNJ0003747

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

| Tipo | Descripción | Gaceta | Publicado |
|------|-------------|--------|-----------|
| | Apoderado : ERNESTO CAVELIER FRANCO Estado Actual : INSCRIPCION Fecha Anotaciï¿½n: 2009-05-28 08:14:43 | | |
| Inscripción automática de renovación de Signos Distintivos | La solicitud de renovación ha sido radicada y automáticamente inscrita. | | 11 sept. 2018 |
| Renovación inscrita | El signo distintivo ha sido renovado hasta el 10 sep 2028. | | 11 sept. 2018 |

Confidential

IAZ_DNJ0003748

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

**Número de solicitud:** 921519570
**Referencia de solicitante:**
**Estado de la solicitud:** Registrada
**Tipo de Signo:** Nombre Comercial
**Naturaleza del Signo:** Nominativa
**Nombre del Signo:** PRODUCTOS ZENU
**Versión de la Clasificación de Niza:** 7
**Clase y descripción de productos y/o servicios:**

**Fecha de presentación:** 21 may. 1975
**Fecha de registro:** 21 may. 1975

**Bajo oposición:** No

| Clase | Descripciones de los Productos y Servicios |
|-------|--------------------------------------------|
| 29    | VARIOS                                     |

**Prioridad:** No

**Apoderado:**

| ALBERTO ARIAS GUTIERREZ | Dirección Física : SIN ESTABLECER, BOGOTÁ, D.C., CO<br>Correo electrónico: |
|---|---|

**Solicitante(s):**

| GRUPO NUTRESA S.A. | DerechoDirección Física : CARRERA 43 A N° 1A SUR 143 EDIFICIO SANTILLANA, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Datos de contacto:** ALBERTO ARIAS GUTIERREZ, SIN ESTABLECER, BOGOTÁ, D.C., CO

**Solicitudes vinculadas:** Ninguna

Confidential

IAZ_DNJ0003749

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

**Número de solicitud:** 92162103A
**Referencia de solicitante:**
**Estado de la solicitud:** Registrada
**Tipo de Signo:** Marca
**Naturaleza del Signo:** Mixta
**Nombre del Signo:** ZENU
**Versión de la Clasificación de Niza:** 7
**Clase y descripción de productos y/o servicios:**

**Fecha de presentación:** 01 ene. 1900
**Fecha de registro:** 02 may. 1978
**Vigencia:** 02 may. 2023
**Bajo oposición:** No

| Clase | Descripciones de los Productos y Servicios |
|-------|---------------------------------------------|
| 30 | PRODUCTOS QUIMICOS INDUSTRIALES |

**Prioridad:** No

**Apoderado:**

| CLEMENCIA DELGADO VILLEGAS | Dirección Física : Avenida Carrera 24 # 37-31 Oficina 202, BOGOTÁ, D.C., CO |
|---|---|
| | Correo electrónico: mde@mdelaw.com |

**Solicitante(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | DerechoDirección Física : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Datos de contacto:** CLEMENCIA DELGADO VILLEGAS, Avenida Carrera 24 # 37-31 Oficina 202, BOGOTÁ, D.C., CO

**Solicitudes vinculadas:**

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---|---|---|---|---|---|---|
| 9228526830000000 | SD Renovación de Signo Distintivo | Solicitado en Signo Distintivo 92162103 A | 29 abr. 1988 | Inscrita | N/A | Vinculado |
| 9237581030000000 | SD Renovación de Signo Distintivo | Solicitado en Signo Distintivo 92162103 A | 22 feb. 1993 | Inscrita | N/A | Vinculado |
| 9237581030001000 | SD Transferencia de Signo Distintivo | Solicitado en Signo Distintivo 92162103 A | 03 mar. 2003 | Inscrita | N/A | Vinculado |
| 9237581030002000 | SD Renovación de Signo Distintivo | Solicitado en Signo Distintivo 92162103 A | 30 abr. 2003 | Inscrita | N/A | Vinculado |
| 92162103A 001002 | SD Transferencia de Signo Distintivo | Solicitado en Signo Distintivo 92162103 A | 05 nov. 2013 | Presentada | N/A | Vinculado |
| 92162103A 002003 | DPI Gestión de personas | Cambio de solicitan te | 05 nov. 2013 | Presentada | N/A | Vinculado |
| 92162103A 003004 | DPI Gestión de personas | Cambio de solicitan te GRUPO NACION AL DE CHOCOLAT ES S.A. | 05 nov. 2013 | Presentada | N/A | Vinculado |
| 92162103A 004005 | DPI Gestión de personas | Cambio de solicitan te | 05 nov. 2013 | Presentada | N/A | Vinculado |
| 92162103A 005006 | DPI Gestión de personas | Cambio de solicitant e GRUPO NUTRES A S.A. | 05 nov. 2013 | Presentada | N/A | Vinculado |

Confidential

IAZ_DNJ0003750

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---|---|---|---|---|---|---|
| 92162103A 006007 | SD Renovación de Signo Distintivo | Solicitado en Signo Distintivo 92162103 A | 05 nov. 2013 | Inscrita | N/A | Vinculado |
| 92162103A 007008 | DPI Gestión de personas | Cambio de solicitant e INVERSIONES NA CIONAL DE CHOCO LATES S.A. | 05 nov. 2013 | Presentada | N/A | Vinculado |
| IT2017/0010435 | Certificaciones | Solicitar una certific ación | 08 ago. 2017 | Finalizado | N/A | Vinculado |

**Historial:**

| Tipo | Descripción | Gaceta | Publicado |
|---|---|---|---|
| Renovación inscrita | SIGNOS RENOVACION Expediente Nro : 9237581030 Fecha Solicitud: 1993-02-22 00:00:00 MARCAS Denominaci¿½n : ZENU Tipo : MIXTA Certificado : 91491 Clasificaci¿½n Niza: 30 Version 7 Vigencia : 2023-05-02 Titular : INDUSTRIAS ALIMENTICIAS ZENU S.A. Domicilio : MEDELLIN ANTIOQUIA COLOMBIA Direccion : SIN ESTABLECER Apoderado : MARIA TERESA MUNERA TORO Estado Actual : INSCRIPCION Fecha Anotaci¿½n: 2014-12-23 08:00:01 | | 23 dic. 2014 |
| Transferencia inscrita | SIGNOS TRANSFERENCIA Expediente Nro : 9237581030 Fecha Solicitud: 2003-03-03 17:16:52 MARCAS Denominaci¿½n : ZENU Tipo : MIXTA Certificado : 91491 Clasificaci¿½n Niza: 30 Version 7 De : INDUSTRIAS ALIMENTICIAS NOEL S.A. Domicilio : MEDELLIN ANTIOQUIA COLOMBIA Direccion : SIN ESTABLECER A : INDUSTRIAS ALIMENTICIAS ZENU S.A. Domicilio : MEDELLIN ANTIOQUIA COLOMBIA Direccion : CARRERA 64C N°. 104 - 3 Apoderado : JUAN PABLO CADENA SARMIENTO Estado Actual : INSCRIPCION Fecha Anotaci¿½n: 2014-12-23 08:00:01 | | 23 dic. 2014 |
| Renovación inscrita | SIGNOS RENOVACION Expediente Nro : 9237581030 Fecha Solicitud: 2003-04-30 18:33:56 MARCAS Denominaci¿½n : ZENU Tipo : MIXTA Certificado : 91491 Clasificaci¿½n Niza: 30 Version 7 Vigencia : 2023-05-02 Titular : INDUSTRIAS ALIMENTICIAS ZENU S.A. Domicilio : MEDELLIN ANTIOQUIA COLOMBIA Direccion : SIN ESTABLECER Apoderado : JUAN PABLO CADENA SARMIENTO Estado Actual : INSCRIPCION Fecha Anotaci¿½n: 2014-12-23 08:00:01 | | 23 dic. 2014 |
| Renovación inscrita | SIGNOS RENOVACION Expediente Nro : 92162103A Fecha Solicitud: 2013-11-05 17:21:48 MARCAS Denominaci¿½n : ZENU Tipo : MIXTA Certificado : 91491 Clasificaci¿½n Niza: 30 Version 7 Vigencia : 2023-05-02 Titular : INDUSTRIAS ALIMENTICIAS ZENU S.A. Domicilio : MEDELLIN ANTIOQUIA COLOMBIA Direccion : SIN ESTABLECER Apoderado : JUAN GUILLERMO MOURE PEREZ Apoderado : JUAN GUILLERMO MOURE PEREZ Estado Actual : INSCRIPCION Fecha Anotaci¿½n: 2014-03-11 08:00:01 | | 11 mar. 2014 |

Confidential

IAZ_DNJ0003751

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

**Número de solicitud:** 9217899231
**Referencia de solicitante:**
**Estado de la solicitud:** Registrada
**Tipo de Signo:** Marca
**Naturaleza del Signo:** Nominativa
**Nombre del Signo:** ZENU
**Versión de la Clasificación de Niza:** 7
**Clase y descripción de productos y/o servicios:**

**Fecha de presentación:** 01 ene. 1900
**Fecha de registro:** 12 jul. 1977
**Vigencia:** 12 jul. 2022
**Bajo oposición:** No

| Clase | Descripciones de los Productos y Servicios |
|-------|---------------------------------------------|
| 31 | PRODUCTOS AGRÍCOLAS, HORTÍCOLAS, FORESTALES Y GRANOS, NO COMPRENDIDOS EN OTRAS CLASES; ANIMALES VIVOS; FRUTAS Y LEGUMBRES FRESCAS; SEMILLAS, PLANTAS Y FLORES NATURALES; ALIMENTOS PARA LOS ANIMALES; MALTA. |

**Prioridad:** No

**Apoderado:**

| JUAN GUILLERMO MOURE PEREZ | Dirección Física : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO |
|---|---|
| | Correo electrónico: office@olartemoure.com |

**Solicitante(s):**

| GRUPO NUTRESA S.A. | DerechoDirección Física : CARRERA 43 A N° 1A SUR 143 EDIFICIO SANTILLANA, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Datos de contacto:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Solicitudes vinculadas:**

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---|---|---|---|---|---|---|
| 9227308631000000 | SD Renovación de Signo Distintivo | Solicitado en Signo Distintivo 92178992 31 | 08 jul. 1987 | Inscrita | N/A | Vinculado |
| 9236332431000000 | SD Renovación de Signo Distintivo | Solicitado en Signo Distintivo 92178992 31 | 10 jul. 1992 | Inscrita | N/A | Vinculado |
| 9236342631000000 | SD Renovación de Signo Distintivo | Solicitado en Signo Distintivo 92178992 31 | 15 jul. 1992 | Negada | N/A | Vinculado |
| 9236332431001000 | SD Renovación de Signo Distintivo | Solicitado en Signo Distintivo 92178992 31 | 12 jul. 2002 | Inscrita | N/A | Vinculado |
| 9236332431002000 | SD Transferencia de Signo Distintivo | Solicitado en Signo Distintivo 92178992 31 | 03 mar. 2003 | Inscrita | N/A | Vinculado |
| 9217899231001001 | SD Renovación de Signo Distintivo | Solicitado en Signo Distintivo 92178992 31 | 05 jul. 2012 | Inscrita | N/A | Vinculado |
| SD2022/0035718 | SD Cambio de apoderado de Signo Distintivo | Solicitado en Signo Distintivo 92178992 31 | 12 abr. 2022 | Inscrita | N/A | Vinculado |

**Historial:**

Confidential

IAZ_DNJ0003752

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

| Tipo | Descripción | Gaceta | Publicado |
|------|-------------|--------|-----------|
| Renovación inscrita | SIGNOS RENOVACION Expediente Nro : 9236332431 Fecha Solicitud: 2002-07-12 16:28:50 MARCAS Denominaciï¿½n : ZENU Tipo : NOMINATIVA Certificado : 99437 Clasificaciï¿½n Niza: 31 Version 7 Vigencia : 2022-07-12 Titular : INDUSTRIAS ALIMENTICIAS NOEL S.A. Domicilio : MEDELLIN ANTIOQUIA COLOMBIA Direccion : CARRERA 64C NO. 104-3 Apoderado : JUAN PABLO CADENA SARMIENTO Estado Actual : INSCRIPCION Fecha Anotaciï¿½n: 2002-08-22 15:03:02 | | 22 ago. 2002 |
| Transferencia inscrita | SIGNOS TRANSFERENCIA Expediente Nro : 9236332431 Fecha Solicitud: 2003-03-03 17:03:29 MARCAS Denominaciï¿½n : ZENU Tipo : NOMINATIVA Certificado : 99437 Clasificaciï¿½n Niza: 31 Version 7 De : INDUSTRIAS ALIMENTICIAS NOEL S.A. Domicilio : MEDELLIN ANTIOQUIA COLOMBIA Direccion : SIN ESTABLECER A : INDUSTRIAS ALIMENTICIAS NOEL S.A. Domicilio : MEDELLIN ANTIOQUIA COLOMBIA Direccion : CRA. 64C NO. 104-3, MEDELLIN, ANTIOQUIA, COLOMBIA Apoderado : JUAN PABLO CADENA SARMIENTO Estado Actual : INSCRIPCION Fecha Anotaciï¿½n: 2003-04-30 10:55:37 | | 30 abr. 2003 |
| Renovación inscrita | SIGNOS RENOVACION Expediente Nro : 9217899231 Fecha Solicitud: 2012-07-05 16:01:30 MARCAS Denominaciï¿½n : ZENU Tipo : NOMINATIVA Certificado : 99437 Clasificaciï¿½n Niza: 31 Version 7 Vigencia : 2022-07-12 Titular : INDUSTRIAS ALIMENTICIAS NOEL S.A. Domicilio : MEDELLIN ANTIOQUIA COLOMBIA Direccion : CARRERA 64C NO. 104-3 Apoderado : HELENA CAMARGO WILLIAMSON Estado Actual : INSCRIPCION Fecha Anotaciï¿½n: 2012-07-13 16:40:16 | | 13 jul. 2012 |
| Cambio automático de apoderado/ representante legal | La solicitud de cambio de apoderado ha sido radicada y automáticamente inscrita. | | 13 abr. 2022 |

Confidential

IAZ_DNJ0003753

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

**Número de solicitud:** 922540325
**Referencia de solicitante:**
**Estado de la solicitud:** Registrada
**Tipo de Signo:** Marca
**Naturaleza del Signo:** Nominativa
**Nombre del Signo:** ZENU
**Versión de la Clasificación de Niza:** 7
**Clase y descripción de productos y/o servicios:**

**Fecha de presentación:** 04 mar. 1986
**Fecha de registro:** 02 oct. 1985
**Vigencia:** 02 oct. 2025
**Bajo oposición:** No

| Clase | Descripciones de los Productos y Servicios |
|-------|--------------------------------------------|
| 5     | .                                          |

**Prioridad:** No

**Apoderado:**

| JUAN GUILLERMO MOURE PEREZ | Dirección Física : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO<br>Correo electrónico: office@olartemoure.com |
|---|---|

**Solicitante(s):**

| GRUPO NUTRESA S.A. | DerechoDirección Física : Carrera 43A No 1A Sur 143 Edificio Santillana, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Datos de contacto:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Solicitudes vinculadas:**

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---|---|---|---|---|---|---|
| 922540325 001000 | SD Renovación de Signo Distintivo | Solicitado en Signo Distintivo 922540325 | 07 sept. 1995 | Inscrita | N/A | Vinculado |
| 922540325 002000 | SD Transferencia de Signo Distintivo | Solicitado en Signo Distintivo 922540325 | 03 mar. 2003 | Inscrita | N/A | Vinculado |
| 922540325 003006 | SD Renovación de Signo Distintivo | Solicitado en Signo Distintivo 922540325 | 30 sept. 2005 | Inscrita | N/A | Vinculado |
| 922540325 010014 | SD Renovación de Signo Distintivo | Solicitado en Signo Distintivo 922540325 | 10 dic. 2015 | Inscrita | N/A | Vinculado |
| 922540325 004008 | DPI Gestión de personas | Cambio de solicitante | 10 dic. 2015 | Presentada | N/A | Vinculado |
| 922540325 005009 | DPI Gestión de personas | Cambio de solicitante INVERSIONES NACIONAL DE CHOCOLATES S.A. | 10 dic. 2015 | Presentada | N/A | Vinculado |
| 922540325 006010 | DPI Gestión de personas | Cambio de solicitante GRUPO NACIONAL DE CHOCOLATES S.A. | 10 dic. 2015 | Presentada | N/A | Vinculado |
| 922540325 007011 | DPI Gestión de personas | Cambio de solicitante | 10 dic. 2015 | Presentada | N/A | Vinculado |
| 922540325 008012 | DPI Gestión de personas | Cambio de solicitante GRUPO NACIONAL DE CHOCOLATES S.A. | 10 dic. 2015 | Presentada | N/A | Vinculado |
| 922540325 009013 | SD Transferencia de Signo Distintivo | Solicitado en Signo Distintivo 922540325 | 10 dic. 2015 | Inscrita | N/A | Vinculado |

Confidential

IAZ_DNJ0003754

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---|---|---|---|---|---|---|
| IT2017/0010437 | Certificaciones | Solicitar una certificación | 08 ago. 2017 | Finalizado | N/A | Vinculado |
| SD2017/0087745 | SD Cambio de apoderado de Signo Distintivo | Solicitado en Signo Distintivo 922540325 | 09 nov. 2017 | Inscrita | N/A | Vinculado |

**Historial:**

| Tipo | Descripción | Gaceta | Publicado |
|---|---|---|---|
| Transferencia inscrita | SIGNOS TRANSFERENCIA Expediente Nro : 922540325 Fecha Solicitud: 2003-03-03 17:22:52 MARCAS Denominaciï¿½n : ZENU Tipo : NOMINATIVA Certificado : 130660 Clasificaciï¿½n Niza: 5 Version 7 De : INDUSTRIAS ALIMENTICIAS NOEL S.A. Domicilio : MEDELLIN ANTIOQUIA COLOMBIA Direccion : CALLE 2 NO.50-561 A : INDUSTRIAS ALIMENTICIAS NOEL S.A. Domicilio : MEDELLIN ANTIOQUIA COLOMBIA Direccion : CRA. 64C NO. 104-3, MEDELLIN, ANTIOQUIA, COLOMBIA Apoderado : JUAN PABLO CADENA SARMIENTO Estado Actual : INSCRIPCION Fecha Anotaciï¿½n: 2003-04-30 00:00:00 | | 30 abr. 2003 |
| Renovación inscrita | SIGNOS RENOVACION Expediente Nro : 922540325 Fecha Solicitud: 2005-09-30 17:54:32 MARCAS Denominaciï¿½n : ZENU Tipo : NOMINATIVA Certificado : 130660 Clasificaciï¿½n Niza: 5 Version 7 Vigencia : 2025-10-02 Titular : INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. Domicilio : BELLO ANTIOQUIA COLOMBIA Direccion : CAR. 64C 104- 03 Apoderado : ALVARO CORREA ORDOÑEZ Estado Actual : INSCRIPCION Fecha Anotaciï¿½n: 2005-10-03 14:58:44 | | 03 oct. 2005 |
| Transferencia inscrita | SIGNOS TRANSFERENCIA Expediente Nro : 922540325 Fecha Solicitud: 2015-12-10 12:31:12 MARCAS Denominaciï¿½n : ZENU Tipo : NOMINATIVA Certificado : 130660 Clasificaciï¿½n Niza: 5 Version 7 De : GRUPO NUTRESA S.A. Domicilio : MEDELLIN ANTIOQUIA COLOMBIA Direccion : . A : INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. Domicilio : MEDELLIN ANTIOQUIA COLOMBIA Direccion : CLL 2 NO. 50 - 561 Apoderado : JUAN GUILLERMO MOURE PEREZ Apoderado : JUAN GUILLERMO MOURE PEREZ Estado Actual : INSCRIPCION Fecha Anotaciï¿½n: 2016-03-15 08:00:01 | | 15 mar. 2016 |
| Renovación inscrita | SIGNOS RENOVACION Expediente Nro : 922540325 Fecha Solicitud: 2015-12-10 12:33:49 MARCAS Denominaciï¿½n : ZENU Tipo : NOMINATIVA Certificado : 130660 Clasificaciï¿½n Niza: 5 Version 7 Vigencia : 2025-10-02 Titular : INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. Domicilio : BELLO ANTIOQUIA COLOMBIA Direccion : CAR. 64C 104- 03 Apoderado : INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. Estado Actual : INSCRIPCION Fecha Anotaciï¿½n: 2015-12-15 08:00:01 | | 15 dic. 2015 |
| Cambio automático de apoderado/ representante legal | La solicitud de cambio de apoderado ha sido radicada y automáticamente inscrita. | | 10 nov. 2017 |

Confidential

IAZ_DNJ0003755

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

**Número de solicitud:** 94047372
**Referencia de solicitante:**
**Estado de la solicitud:** Registrada
**Tipo de Signo:** Marca
**Naturaleza del Signo:** Mixta
**Nombre del Signo:** ZENU
**Imágenes y códigos de clasificación de Viena:**

**Fecha de presentación:** 18 oct. 1994
**Fecha de registro:** 30 ene. 1995
**Vigencia:** 30 ene. 2025
**Bajo oposición:** No

| Imagen | Códigos de clasificación de Viena |
|---|---|
|  | |

**Versión de la Clasificación de Niza:** 7
**Clase y descripción de productos y/o servicios:**

| Clase | Descripciones de los Productos y Servicios |
|---|---|
| 30 | TODOS LOS PRODUCTOS COMPRENDIDOS EN LA CLASE 30 DE LA CLASIFICACION INTERNACIONAL DE NIZA |

**Prioridad:** No

**Apoderado:**

| JUAN GUILLERMO MOURE PEREZ | Dirección Física : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO<br>Correo electrónico: office@olartemoure.com |
|---|---|

**Solicitante(s):**

| GRUPO NUTRESA S.A. | DerechoDirección Física : CARRERA 43 A N° 1A SUR 143 EDIFICIO SANTILLANA, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Datos de contacto:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Solicitudes vinculadas:**

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---|---|---|---|---|---|---|
| 94047372 001000 | SD Transferencia de Signo Distintivo | Solicitado en Signo Distintivo 94047372 | 03 mar. 2003 | Inscrita | N/A | Vinculado |
| 94047372 002006 | SD Renovación de Signo Distintivo | Solicitado en Signo Distintivo 94047372 | 29 dic. 2004 | Inscrita | N/A | Vinculado |
| 04099620 000001 | SD Oposición de Signos Distintivos | Solicitado en Signo Distintivo 04099620 | 13 ene. 2005 | Radicado | N/A | SD Oposición de Signos Distintivos |
| 94047372 003008 | DPI Gestión de personas | Cambio de solicitante | 12 feb. 2015 | Presentada | N/A | Vinculado |
| 94047372 004009 | SD Renovación de Signo Distintivo | Solicitado en Signo Distintivo 94047372 | 12 feb. 2015 | Inscrita | N/A | Vinculado |

Confidential

IAZ_DNJ0003756

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---|---|---|---|---|---|---|
| IT2017/0010436 | Certificaciones | Solicitar una certificación | 08 ago. 2017 | Finalizado | N/A | Vinculado |
| SD2017/0087746 | SD Cambio de apoderado de Signo Distintivo | Solicitado en Signo Distintivo 94047372 | 09 nov. 2017 | Inscrita | N/A | Vinculado |

**Historial:**

| Tipo | Descripción | Gaceta | Publicado |
|---|---|---|---|
| Transferencia inscrita | SIGNOS TRANSFERENCIA Expediente Nro : 94047372 Fecha Solicitud: 2003-03-03 17:00:17 MARCAS Denominaciï¿½n : ZENU Tipo : MIXTA Certificado : 173308 Clasificaciï¿½n Niza: 30 Version 7 De : INDUSTRIAS ALIMENTICIAS NOEL S.A. Domicilio : MEDELLIN ANTIOQUIA COLOMBIA Direccion : SIN ESTABLECER A : INDUSTRIA DE ALIMENTOS ZENU S.A Domicilio : MEDELLIN ANTIOQUIA COLOMBIA Direccion : Carrera 64 C No. 104-3 Apoderado : JUAN PABLO CADENA SARMIENTO Estado Actual : INSCRIPCION Fecha Anotaciï¿½n: 2003-04-30 00:00:00 | | 30 abr. 2003 |
| Renovación inscrita | SIGNOS RENOVACION Expediente Nro : 94047372 Fecha Solicitud: 2004-12-29 18:24:36 MARCAS Denominaciï¿½n : ZENU Tipo : MIXTA Certificado : 173308 Clasificaciï¿½n Niza: 30 Version 7 Vigencia : 2025-01-30 Titular : INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. Domicilio : BELLO ANTIOQUIA COLOMBIA Direccion : CAR. 64C 104- 03 Apoderado : ALVARO CORREA ORDOÑEZ Estado Actual : INSCRIPCION Fecha Anotaciï¿½n: 2005-01-18 12:18:33 | | 18 ene. 2005 |
| Renovación inscrita | SIGNOS RENOVACION Expediente Nro : 94047372 Fecha Solicitud: 2015-02-12 09:18:27 MARCAS Denominaciï¿½n : ZENU Tipo : MIXTA Certificado : 173308 Clasificaciï¿½n Niza: 30 Version 7 Vigencia : 2025-01-30 Titular : INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. Domicilio : BELLO ANTIOQUIA COLOMBIA Direccion : CAR. 64C 104- 03 Apoderado : JUAN GUILLERMO MOURE PEREZ Apoderado : JUAN GUILLERMO MOURE PEREZ Estado Actual : INSCRIPCION Fecha Anotaciï¿½n: 2015-02-17 08:00:01 | | 17 feb. 2015 |
| Cambio automático de apoderado/ representante legal | La solicitud de cambio de apoderado ha sido radicada y automáticamente inscrita. | | 10 nov. 2017 |

Confidential

IAZ_DNJ0003757

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

**Número de solicitud:** 09024029
**Referencia de solicitante:**
**Estado de la solicitud:** Registrada
**Tipo de Signo:** Lema Comercial
**Naturaleza del Signo:** Nominativa
**Nombre del Signo:** ZENU, ALIMENTALOS CON CONFIANZA
**Versión de la Clasificación de Niza:** 9
**Clase y descripción de productos y/o servicios:**

**Fecha de presentación:** 09 mar. 2009
**Fecha de registro:** 25 sept. 2009
**Vigencia:** 10 sept. 2028
**Bajo oposición:** No

| Clase | Descripciones de los Productos y Servicios |
|-------|--------------------------------------------|
| 29 | CARNE, PESCADO, AVES Y CAZA; EXTRACTOS DE CARNE; FRUTAS Y LEGUMBRES EN CONSERVA, SECAS Y COCIDAS; JALEAS, MERMELADAS, COMPOTAS; HUEVOS, LECHE Y PRODUCTOS LÁCTEOS; ACEITES Y GRASAS COMESTIBLES. |

**Prioridad:** No

**Apoderado:**

| JUAN GUILLERMO MOURE PEREZ | Dirección Física : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO |
| | Correo electrónico: office@olartemoure.com |

**Solicitante(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | DerechoDirección Física : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |

**Datos de contacto:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Solicitudes vinculadas:**

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---------------------|-------------------|------------------------|---------------------|------------------------|----------------|----------------|
| 9206782929 | SD Solicitud de Signos Distintivos | ZENU | 01 ene. 1900 | Registrada | No | Marca básica para lema |
| IT2017/0010426 | Certificaciones | Solicitar una certificación | 08 ago. 2017 | Finalizado | N/A | Vinculado |
| SD2017/0087759 | SD Cambio de apoderado de Signo Distintivo | Solicitado en Signo Distintivo 09024029 | 09 nov. 2017 | Inscrita | N/A | Vinculado |
| SD2018/0056304 | SD Renovación de Signo Distintivo | Solicitado en Signo Distintivo 09024029 | 11 jul. 2018 | Inscrita | N/A | Vinculado |

**Historial:**

| Tipo | Descripción | Gaceta | Publicado |
|------|-------------|--------|-----------|
| Cambio automático de apoderado/ representante legal | La solicitud de cambio de apoderado ha sido radicada y automáticamente inscrita. | | 10 nov. 2017 |
| Inscripción automática de renovación de Signos Distintivos | La solicitud de renovación ha sido radicada y automáticamente inscrita. | | 12 jul. 2018 |
| Renovación inscrita | El signo distintivo ha sido renovado hasta el 10 sep 2028. | | 12 jul. 2018 |

Confidential

IAZ_DNJ0003758

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

**Número de solicitud:** 12033871
**Referencia de solicitante:**
**Estado de la solicitud:** Registrada
**Tipo de Signo:** Marca
**Naturaleza del Signo:** Mixta
**Nombre del Signo:** ZENU ALIMENTALOS CON CONFIANZA
**Imágenes y códigos de clasificación de Viena:**

**Fecha de presentación:** 27 feb. 2012
**Fecha de registro:** 27 jun. 2012
**Vigencia:** 27 jun. 2022
**Bajo oposición:** No

| Imagen | Códigos de clasificación de Viena |
|--------|-----------------------------------|
|  | |

**Versión de la Clasificación de Niza:** 9
**Clase y descripción de productos y/o servicios:**

| Clase | Descripciones de los Productos y Servicios |
|-------|--------------------------------------------|
| 43 | SERVICIOS DE RESTAURACIÓN (ALIMENTACIÓN); HOSPEDAJE TEMPORAL. |

**Prioridad:** No

**Apoderado:**

| JUAN GUILLERMO MOURE PEREZ | Dirección Física : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO |
|---------------------------|----------------------------------------------------------|
| | Correo electrónico: office@olartemoure.com |

**Solicitante(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | DerechoDirección Física : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|------------------------------------|----------------------------------------------------------------------|

**Datos de contacto:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Solicitudes vinculadas:**

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---------------------|-------------------|------------------------|---------------------|------------------------|----------------|----------------|
| IT2017/0010432 | Certificaciones | Solicitar una certificación | 08 ago. 2017 | Finalizado | N/A | Vinculado |
| SD2017/0087764 | SD Cambio de apoderado de Signo Distintivo | Solicitado en Signo Distintivo 12033871 | 09 nov. 2017 | Inscrita | N/A | Vinculado |
| SD2021/0060201 | SD Oposición de Signos Distintivos | Solicitado en Signo Distintivo SD2021/0026189 | 24 jun. 2021 | Admitida | N/A | SD Oposición de Signos Distintivos |

**Historial:**

Confidential

IAZ_DNJ0003759

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

| Tipo | Descripción | Gaceta | Publicado |
|------|-------------|--------|-----------|
| Cambio automático de apoderado/ representante legal | La solicitud de cambio de apoderado ha sido radicada y automáticamente inscrita. | | 10 nov. 2017 |

Confidential

IAZ_DNJ0003760

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

**Número de solicitud:** 12033876
**Referencia de solicitante:**
**Estado de la solicitud:** Registrada
**Tipo de Signo:** Marca
**Naturaleza del Signo:** Nominativa
**Nombre del Signo:** ZENU ALIMENTALOS CON CONFIANZA
**Versión de la Clasificación de Niza:** 9
**Clase y descripción de productos y/o servicios:**

**Fecha de presentación:** 27 feb. 2012
**Fecha de registro:** 27 jun. 2012
**Vigencia:** 27 jun. 2022
**Bajo oposición:** No

| Clase | Descripciones de los Productos y Servicios |
|---|---|
| 43 | SERVICIOS DE RESTAURACIÓN (ALIMENTACIÓN); HOSPEDAJE TEMPORAL. |

**Prioridad:** No

**Apoderado:**

| JUAN GUILLERMO MOURE PEREZ | Dirección Física : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO |
|---|---|
| | Correo electrónico: office@olartemoure.com |

**Solicitante(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | DerechoDirección Física : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Datos de contacto:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Solicitudes vinculadas:**

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---|---|---|---|---|---|---|
| IT2017/0010433 | Certificaciones | Solicitar una certificación | 08 ago. 2017 | Finalizado | N/A | Vinculado |
| SD2017/0087765 | SD Cambio de apoderado de Signo Distintivo | Solicitado en Signo Distintivo 12033876 | 09 nov. 2017 | Inscrita | N/A | Vinculado |

**Historial:**

| Tipo | Descripción | Gaceta | Publicado |
|---|---|---|---|
| Cambio automático de apoderado/ representante legal | La solicitud de cambio de apoderado ha sido radicada y automáticamente inscrita. | | 10 nov. 2017 |

Confidential

IAZ_DNJ0003761

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

**Número de solicitud:** 11091680
**Referencia de solicitante:**
**Estado de la solicitud:** Registrada
**Tipo de Signo:** Marca
**Naturaleza del Signo:** Nominativa
**Nombre del Signo:** ZENU ALIMENTOS CON CONFINAZA!
**Versión de la Clasificación de Niza:** 9
**Clase y descripción de productos y/o servicios:**

**Fecha de presentación:** 22 jul. 2011
**Fecha de registro:** 28 dic. 2011
**Vigencia:** 28 dic. 2031
**Bajo oposición:** No

| Clase | Descripciones de los Productos y Servicios |
|-------|---------------------------------------------|
| 30 | CAFÉ, TE, CACAO, AZÚCAR, ARROZ, TAPIOCA, SAGÚ, SUCEDÁNEOS DEL CAFÉ; HARINAS Y PREPARACIONES HECHAS A BASE DE CEREALES, PAN, PRODUCTOS DE PASTELERÍA Y CONFITERÍA, HELADOS; MIEL, JARABE DE MELAZA; LEVADURA, POLVOS DE HORNEAR; SAL, MOSTAZA; VINAGRE, SALSAS (CONDIMENTOS); ESPECIAS; HIELO. |

**Prioridad:** No

**Apoderado:**

| JUAN GUILLERMO MOURE PEREZ | Dirección Física : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO<br>Correo electrónico: office@olartemoure.com |
|---|---|

**Solicitante(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | DerechoDirección Física : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Datos de contacto:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Solicitudes vinculadas:**

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---|---|---|---|---|---|---|
| IT2017/0010430 | Certificaciones | Solicitar una certificación | 08 ago. 2017 | Finalizado | N/A | Vinculado |
| SD2017/0087766 | SD Cambio de apoderado de Signo Distintivo | Solicitado en Signo Distintivo 11091680 | 09 nov. 2017 | Inscrita | N/A | Vinculado |
| SD2021/0103355 | SD Renovación de Signo Distintivo | Solicitado en Signo Distintivo 11091680 | 02 nov. 2021 | Inscrita | N/A | Vinculado |

**Historial:**

| Tipo | Descripción | Gaceta | Publicado |
|---|---|---|---|
| Cambio automático de apoderado/ representante legal | La solicitud de cambio de apoderado ha sido radicada y automáticamente inscrita. | | 10 nov. 2017 |
| Inscripción automática de renovación de Signos Distintivos | La solicitud de renovación ha sido radicada y automáticamente inscrita. | | 03 nov. 2021 |
| Renovación inscrita | El signo distintivo ha sido renovado hasta el 28 dic. 2031. | | 03 nov. 2021 |

Confidential

IAZ_DNJ0003762

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

**Número de solicitud:** <u>11139892</u>
**Referencia de solicitante:**
**Estado de la solicitud:** Registrada
**Tipo de Signo:** Marca
**Naturaleza del Signo:** Mixta
**Nombre del Signo:** RANCHERA SANDUCHE ZENU
**Imágenes y códigos de clasificación de Viena:**

**Fecha de presentación:** 19 oct. 2011
**Fecha de registro:** 28 ago. 2012
**Vigencia:** 28 ago. 2022
**Bajo oposición:** No

| Imagen | Códigos de clasificación de Viena |
|---|---|
|  | |

**Versión de la Clasificación de Niza:** 9
**Clase y descripción de productos y/o servicios:**

| Clase | Descripciones de los Productos y Servicios |
|---|---|
| 29 | CARNE, PESCADO, CARNE DE AVE Y CARNE DE CAZA; EXTRACTOS DE CARNE; FRUTAS Y VERDURAS, HORTALIZAS Y LEGUMBRES EN CONSERVA, CONGELADAS, SECAS Y COCIDAS; JALEAS, CONFITURAS, COMPOTAS; HUEVOS, LECHE Y PRODUCTOS LÁCTEOS; ACEITES Y GRASAS COMESTIBLES. |

**Prioridad:** No

**Apoderado:**

| JUAN GUILLERMO MOURE PEREZ | Dirección Física : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO<br>Correo electrónico: office@olartemoure.com |
|---|---|

**Solicitante(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | DerechoDirección Física : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Datos de contacto:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Solicitudes vinculadas:**

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---|---|---|---|---|---|---|
| SD2017/0087768 | SD Cambio de apoderado de Signo Distintivo | Solicitado en Signo Distintivo 11139892 | 09 nov. 2017 | Inscrita | N/A | Vinculado |
| IT2019/0009348 | Certificaciones | Solicitar una certificación | 08 ago. 2019 | Finalizado | N/A | Vinculado |
| IT2021/0012563 | Certificaciones | Solicitar una certificación | 13 dic. 2021 | Finalizado | N/A | Vinculado |

**Historial:**

Confidential

IAZ_DNJ0003763

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

| Tipo | Descripción | Gaceta | Publicado |
|---|---|---|---|
| Cambio automático de apoderado/ representante legal | La solicitud de cambio de apoderado ha sido radicada y automáticamente inscrita. | | 10 nov. 2017 |

Confidential

IAZ_DNJ0003764

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

**Número de solicitud:** 11139906
**Referencia de solicitante:**
**Estado de la solicitud:** Registrada
**Tipo de Signo:** Marca
**Naturaleza del Signo:** Mixta
**Nombre del Signo:** RANCHERA SUPER ZENU
**Imágenes y códigos de clasificación de Viena:**

**Fecha de presentación:** 19 oct. 2011
**Fecha de registro:** 31 jul. 2012
**Vigencia:** 31 jul. 2022
**Bajo oposición:** No

| Imagen | Códigos de clasificación de Viena |
|---|---|
|  | |

**Versión de la Clasificación de Niza:** 9
**Clase y descripción de productos y/o servicios:**

| Clase | Descripciones de los Productos y Servicios |
|---|---|
| 29 | CARNE, PESCADO, CARNE DE AVE Y CARNE DE CAZA; EXTRACTOS DE CARNE; FRUTAS Y VERDURAS, HORTALIZAS Y LEGUMBRES EN CONSERVA, CONGELADAS, SECAS Y COCIDAS; JALEAS, CONFITURAS, COMPOTAS; HUEVOS, LECHE Y PRODUCTOS LÁCTEOS; ACEITES Y GRASAS COMESTIBLES. |

**Prioridad:** No

**Apoderado:**

| JUAN GUILLERMO MOURE PEREZ | Dirección Física : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO<br>Correo electrónico: office@olartemoure.com |
|---|---|

**Solicitante(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | DerechoDirección Física : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Datos de contacto:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Solicitudes vinculadas:**

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---|---|---|---|---|---|---|
| IT2017/0010434 | Certificaciones | Solicitar una certificación | 08 ago. 2017 | Finalizado | N/A | Vinculado |
| SD2017/0087769 | SD Cambio de apoderado de Signo Distintivo | Solicitado en Signo Distintivo 11139906 | 09 nov. 2017 | Inscrita | N/A | Vinculado |
| IT2019/0009352 | Certificaciones | Solicitar una certificación | 08 ago. 2019 | Finalizado | N/A | Vinculado |

**Historial:**

Confidential

IAZ_DNJ0003765

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

| Tipo | Descripción | Gaceta | Publicado |
|---|---|---|---|
| Cambio automático de apoderado/ representante legal | La solicitud de cambio de apoderado ha sido radicada y automáticamente inscrita. | | 10 nov. 2017 |

Confidential

IAZ_DNJ0003766

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

**Número de solicitud:** 11139911
**Referencia de solicitante:**
**Estado de la solicitud:** Registrada
**Tipo de Signo:** Marca
**Naturaleza del Signo:** Mixta
**Nombre del Signo:** ZENU Ensalada con maíz y champiñones
**Descripción, limitaciones:**

-       LAS DEMÁS EXPRESIONES IRÁN COMO NOTA EXPLICATIVA.

**Fecha de presentación:** 19 oct. 2011
**Fecha de registro:** 22 mar. 2012
**Vigencia:** 22 mar. 2022
**Bajo oposición:** No

**Imágenes y códigos de clasificación de Viena:**

| Imagen | Códigos de clasificación de Viena |
|---|---|
|  | |

**Versión de la Clasificación de Niza:** 9
**Clase y descripción de productos y/o servicios:**

| Clase | Descripciones de los Productos y Servicios |
|---|---|
| 29 | CARNE, PESCADO, CARNE DE AVE Y CARNE DE CAZA; EXTRACTOS DE CARNE; FRUTAS Y VERDURAS, HORTALIZAS Y LEGUMBRES EN CONSERVA, CONGELADAS, SECAS Y COCIDAS; JALEAS, CONFITURAS, COMPOTAS; HUEVOS, LECHE Y PRODUCTOS LÁCTEOS; ACEITES Y GRASAS COMESTIBLES. |

**Prioridad:** No

**Apoderado:**

| JUAN GUILLERMO MOURE PEREZ | Dirección Física : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO<br>Correo electrónico: office@olartemoure.com |
|---|---|

**Solicitante(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | DerechoDirección Física : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Datos de contacto:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Solicitudes vinculadas:**

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---|---|---|---|---|---|---|
| SD2017/0087770 | SD Cambio de apoderado de Signo Distintivo | Solicitado en Signo Distintivo 11139911 | 09 nov. 2017 | Inscrita | N/A | Vinculado |

**Historial:**

Confidential

IAZ_DNJ0003767

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

| Tipo | Descripción | Gaceta | Publicado |
|------|-------------|--------|-----------|
| Cambio automático de apoderado/ representante legal | La solicitud de cambio de apoderado ha sido radicada y automáticamente inscrita. | | 10 nov. 2017 |

Confidential

IAZ_DNJ0003768

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

**Número de solicitud:** 11139914
**Referencia de solicitante:**
**Estado de la solicitud:** Registrada
**Tipo de Signo:** Marca
**Naturaleza del Signo:** Mixta
**Nombre del Signo:** "ZENU" ALBONDIGAS DE RES EN SALSA DE TOMATE
**Descripción, limitaciones:**

- LA EXPRESIÓN SIN CONSERVANTES IRÁ COMO EXPLICATIVA

**Fecha de presentación:** 19 oct. 2011
**Fecha de registro:** 22 mar. 2012
**Vigencia:** 22 mar. 2022
**Bajo oposición:** No

**Imágenes y códigos de clasificación de Viena:**

| Imagen | Códigos de clasificación de Viena |
|---|---|
|  | |

**Versión de la Clasificación de Niza:** 9
**Clase y descripción de productos y/o servicios:**

| Clase | Descripciones de los Productos y Servicios |
|---|---|
| 29 | CARNE, PESCADO, CARNE DE AVE Y CARNE DE CAZA; EXTRACTOS DE CARNE; FRUTAS Y VERDURAS, HORTALIZAS Y LEGUMBRES EN CONSERVA, CONGELADAS, SECAS Y COCIDAS; JALEAS, CONFITURAS, COMPOTAS; HUEVOS, LECHE Y PRODUCTOS LÁCTEOS; ACEITES Y GRASAS COMESTIBLES. |

**Prioridad:** No

**Apoderado:**

| JUAN GUILLERMO MOURE PEREZ | Dirección Física : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO<br>Correo electrónico: office@olartemoure.com |
|---|---|

**Solicitante(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | DerechoDirección Física : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Datos de contacto:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Solicitudes vinculadas:**

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---|---|---|---|---|---|---|
| SD2017/0087771 | SD Cambio de apoderado de Signo Distintivo | Solicitado en Signo Distintivo 11139914 | 09 nov. 2017 | Inscrita | N/A | Vinculado |

**Historial:**

Confidential

IAZ_DNJ0003769

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

| Tipo | Descripción | Gaceta | Publicado |
|------|-------------|--------|-----------|
| Cambio automático de apoderado/ representante legal | La solicitud de cambio de apoderado ha sido radicada y automáticamente inscrita. | | 10 nov. 2017 |

Confidential

IAZ_DNJ0003770

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

**Número de solicitud:** 11139916
**Referencia de solicitante:**
**Estado de la solicitud:** Registrada
**Tipo de Signo:** Marca
**Naturaleza del Signo:** Mixta
**Nombre del Signo:** "ZENU" JAMONETA
**Descripción, limitaciones:**

- LA EXPRESIÓN BUENA FUENTE DE PROTEINA IRÁ COMO EXPLICATIVA

**Fecha de presentación:** 19 oct. 2011
**Fecha de registro:** 22 mar. 2012
**Vigencia:** 22 mar. 2022
**Bajo oposición:** No

**Imágenes y códigos de clasificación de Viena:**

| Imagen | Códigos de clasificación de Viena |
|---|---|
|  | |

**Versión de la Clasificación de Niza:** 9
**Clase y descripción de productos y/o servicios:**

| Clase | Descripciones de los Productos y Servicios |
|---|---|
| 29 | CARNE, PESCADO, CARNE DE AVE Y CARNE DE CAZA; EXTRACTOS DE CARNE; FRUTAS Y VERDURAS, HORTALIZAS Y LEGUMBRES EN CONSERVA, CONGELADAS, SECAS Y COCIDAS; JALEAS, CONFITURAS, COMPOTAS; HUEVOS, LECHE Y PRODUCTOS LÁCTEOS; ACEITES Y GRASAS COMESTIBLES. |

**Prioridad:** No

**Apoderado:**

| JUAN GUILLERMO MOURE PEREZ | Dirección Física : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO |
|---|---|
| | Correo electrónico: office@olartemoure.com |

**Solicitante(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | DerechoDirección Física : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Datos de contacto:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Solicitudes vinculadas:**

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---|---|---|---|---|---|---|
| IT2017/0010431 | Certificaciones | Solicitar una certificación | 08 ago. 2017 | Finalizado | N/A | Vinculado |
| SD2017/0087772 | SD Cambio de apoderado de Signo Distintivo | Solicitado en Signo Distintivo 11139916 | 09 nov. 2017 | Inscrita | N/A | Vinculado |

**Historial:**

Confidential

IAZ_DNJ0003771

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

| Tipo | Descripción | Gaceta | Publicado |
|---|---|---|---|
| Cambio automático de apoderado/ representante legal | La solicitud de cambio de apoderado ha sido radicada y automáticamente inscrita. | | 10 nov. 2017 |

Confidential

IAZ_DNJ0003772

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

**Número de solicitud:** 11139919
**Referencia de solicitante:**
**Estado de la solicitud:** Registrada
**Tipo de Signo:** Marca
**Naturaleza del Signo:** Mixta
**Nombre del Signo:** "ZENU" ENSALADA DE VEGETALES
**Descripción, limitaciones:**

**Fecha de presentación:** 19 oct. 2011
**Fecha de registro:** 22 mar. 2012
**Vigencia:** 22 mar. 2022
**Bajo oposición:** No

- LAS EXPRESIONES SIN CONSERVANTES Y 100% NATURAL IRÁN COMO EXPLICATIVAS.

**Imágenes y códigos de clasificación de Viena:**

| Imagen | Códigos de clasificación de Viena |
|---|---|
|  | |

**Versión de la Clasificación de Niza:** 9
**Clase y descripción de productos y/o servicios:**

| Clase | Descripciones de los Productos y Servicios |
|---|---|
| 29 | CARNE, PESCADO, CARNE DE AVE Y CARNE DE CAZA; EXTRACTOS DE CARNE; FRUTAS Y VERDURAS, HORTALIZAS Y LEGUMBRES EN CONSERVA, CONGELADAS, SECAS Y COCIDAS; JALEAS, CONFITURAS, COMPOTAS; HUEVOS, LECHE Y PRODUCTOS LÁCTEOS; ACEITES Y GRASAS COMESTIBLES. |

**Prioridad:** No

**Apoderado:**

| JUAN GUILLERMO MOURE PEREZ | Dirección Física : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO<br>Correo electrónico: office@olartemoure.com |
|---|---|

**Solicitante(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | DerechoDirección Física : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Datos de contacto:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Solicitudes vinculadas:**

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---|---|---|---|---|---|---|
| SD2017/0087773 | SD Cambio de apoderado de Signo Distintivo | Solicitado en Signo Distintivo 11139919 | 09 nov. 2017 | Inscrita | N/A | Vinculado |

**Historial:**

Confidential

IAZ_DNJ0003773

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

| Tipo | Descripción | Gaceta | Publicado |
|------|-------------|--------|-----------|
| Cambio automático de apoderado/ representante legal | La solicitud de cambio de apoderado ha sido radicada y automáticamente inscrita. | | 10 nov. 2017 |

Confidential

IAZ_DNJ0003774

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

**Número de solicitud:** 11139930
**Referencia de solicitante:**
**Estado de la solicitud:** Registrada
**Tipo de Signo:** Marca
**Naturaleza del Signo:** Mixta
**Nombre del Signo:** "ZENU"SALCHICHAS FRANKFURT
**Descripción, limitaciones:**

- LA EXPRESIÓN 7 UNIDADES IRÁ COMO EXPLICATIVA

**Fecha de presentación:** 19 oct. 2011
**Fecha de registro:** 22 mar. 2012
**Vigencia:** 22 mar. 2022
**Bajo oposición:** No

**Imágenes y códigos de clasificación de Viena:**

| Imagen | Códigos de clasificación de Viena |
|---|---|
|  | |

**Versión de la Clasificación de Niza:** 9
**Clase y descripción de productos y/o servicios:**

| Clase | Descripciones de los Productos y Servicios |
|---|---|
| 29 | CARNE, PESCADO, CARNE DE AVE Y CARNE DE CAZA; EXTRACTOS DE CARNE; FRUTAS Y VERDURAS, HORTALIZAS Y LEGUMBRES EN CONSERVA, CONGELADAS, SECAS Y COCIDAS; JALEAS, CONFITURAS, COMPOTAS; HUEVOS, LECHE Y PRODUCTOS LÁCTEOS; ACEITES Y GRASAS COMESTIBLES. |

**Prioridad:** No

**Apoderado:**

| JUAN GUILLERMO MOURE PEREZ | Dirección Física : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO Correo electrónico: office@olartemoure.com |
|---|---|

**Solicitante(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | DerechoDirección Física : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Datos de contacto:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Solicitudes vinculadas:**

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---|---|---|---|---|---|---|
| SD2017/0087774 | SD Cambio de apoderado de Signo Distintivo | Solicitado en Signo Distintivo 11139930 | 09 nov. 2017 | Inscrita | N/A | Vinculado |

**Historial:**

Confidential

IAZ_DNJ0003775

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

| Tipo | Descripción | Gaceta | Publicado |
|------|-------------|--------|-----------|
| Cambio automático de apoderado/ representante legal | La solicitud de cambio de apoderado ha sido radicada y automáticamente inscrita. | | 10 nov. 2017 |

Confidential

IAZ_DNJ0003776

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

**Número de solicitud:** 11139937
**Referencia de solicitante:**
**Estado de la solicitud:** Registrada
**Tipo de Signo:** Marca
**Naturaleza del Signo:** Mixta
**Nombre del Signo:** "ZENU" FRIJOLES ANTIOQUEÑOS CON TOCINO
**Descripción, limitaciones:**

-    LAS EXPRESIONES "SIN CONSERVANTES " Y "100% NATURAL " IRÁN COMO EXPLICATIVAS.

**Fecha de presentación:** 19 oct. 2011
**Fecha de registro:** 22 mar. 2012
**Vigencia:** 22 mar. 2022
**Bajo oposición:** No

**Imágenes y códigos de clasificación de Viena:**

| Imagen | Códigos de clasificación de Viena |
|---|---|
|  | |

**Versión de la Clasificación de Niza:** 9
**Clase y descripción de productos y/o servicios:**

| Clase | Descripciones de los Productos y Servicios |
|---|---|
| 29 | CARNE, PESCADO, CARNE DE AVE Y CARNE DE CAZA; EXTRACTOS DE CARNE; FRUTAS Y VERDURAS, HORTALIZAS Y LEGUMBRES EN CONSERVA, CONGELADAS, SECAS Y COCIDAS; JALEAS, CONFITURAS, COMPOTAS; HUEVOS, LECHE Y PRODUCTOS LÁCTEOS; ACEITES Y GRASAS COMESTIBLES. |

**Prioridad:** No

**Apoderado:**

| JUAN GUILLERMO MOURE PEREZ | Dirección Física : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO |
|---|---|
| | Correo electrónico: office@olartemoure.com |

**Solicitante(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | DerechoDirección Física : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Datos de contacto:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Solicitudes vinculadas:**

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---|---|---|---|---|---|---|
| SD2017/0087775 | SD Cambio de apoderado de Signo Distintivo | Solicitado en Signo Distintivo 11139937 | 09 nov. 2017 | Inscrita | N/A | Vinculado |

**Historial:**

Confidential

IAZ_DNJ0003777

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

| Tipo | Descripción | Gaceta | Publicado |
|------|-------------|--------|-----------|
| Cambio automático de apoderado/ representante legal | La solicitud de cambio de apoderado ha sido radicada y automáticamente inscrita. | | 10 nov. 2017 |

Confidential

IAZ_DNJ0003778

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

**Número de solicitud:** 11139945
**Referencia de solicitante:**
**Estado de la solicitud:** Registrada
**Tipo de Signo:** Marca
**Naturaleza del Signo:** Mixta
**Nombre del Signo:** ZENU FRIJOLES BLANCOS CON TOCINETA
**Descripción, limitaciones:**

- LA EXPRESIÓN SIN CONSERVANTES IRÁ COMO EXPLICATIVA

**Fecha de presentación:** 19 oct. 2011
**Fecha de registro:** 22 mar. 2012
**Vigencia:** 22 mar. 2022
**Bajo oposición:** No

**Imágenes y códigos de clasificación de Viena:**

| Imagen | Códigos de clasificación de Viena |
|---|---|
|  | |

**Versión de la Clasificación de Niza:** 9
**Clase y descripción de productos y/o servicios:**

| Clase | Descripciones de los Productos y Servicios |
|---|---|
| 29 | CARNE, PESCADO, CARNE DE AVE Y CARNE DE CAZA; EXTRACTOS DE CARNE; FRUTAS Y VERDURAS, HORTALIZAS Y LEGUMBRES EN CONSERVA, CONGELADAS, SECAS Y COCIDAS; JALEAS, CONFITURAS, COMPOTAS; HUEVOS, LECHE Y PRODUCTOS LÁCTEOS; ACEITES Y GRASAS COMESTIBLES. |

**Prioridad:** No

**Apoderado:**

| JUAN GUILLERMO MOURE PEREZ | Dirección Física : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO Correo electrónico: office@olartemoure.com |
|---|---|

**Solicitante(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | DerechoDirección Física : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Datos de contacto:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Solicitudes vinculadas:**

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---|---|---|---|---|---|---|
| SD2017/0087780 | SD Cambio de apoderado de Signo Distintivo | Solicitado en Signo Distintivo 11139945 | 09 nov. 2017 | Inscrita | N/A | Vinculado |

**Historial:**

Confidential

IAZ_DNJ0003779

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

| Tipo | Descripción | Gaceta | Publicado |
|------|-------------|--------|-----------|
| Cambio automático de apoderado/ representante legal | La solicitud de cambio de apoderado ha sido radicada y automáticamente inscrita. | | 10 nov. 2017 |

Confidential

IAZ_DNJ0003780

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

**Número de solicitud:** 11139951
**Referencia de solicitante:**
**Estado de la solicitud:** Registrada
**Tipo de Signo:** Marca
**Naturaleza del Signo:** Mixta
**Nombre del Signo:** "ZENU" SALCHICHAS VIENA ESPECIAL
**Descripción, limitaciones:**

-       LAS EXPRESIONES "6 UNIDADES SALCHICHAS DE POLLO " Y "BUENA FUENTE DE PROTEÍNA " IRÁN COMO EXPLICATIVAS.

**Fecha de presentación:** 19 oct. 2011
**Fecha de registro:** 22 mar. 2012
**Vigencia:** 22 mar. 2022
**Bajo oposición:** No

**Imágenes y códigos de clasificación de Viena:**

| Imagen | Códigos de clasificación de Viena |
|---|---|
|  | |

**Versión de la Clasificación de Niza:** 9
**Clase y descripción de productos y/o servicios:**

| Clase | Descripciones de los Productos y Servicios |
|---|---|
| 29 | CARNE, PESCADO, CARNE DE AVE Y CARNE DE CAZA; EXTRACTOS DE CARNE; FRUTAS Y VERDURAS, HORTALIZAS Y LEGUMBRES EN CONSERVA, CONGELADAS, SECAS Y COCIDAS; JALEAS, CONFITURAS, COMPOTAS; HUEVOS, LECHE Y PRODUCTOS LÁCTEOS; ACEITES Y GRASAS COMESTIBLES. |

**Prioridad:** No

**Apoderado:**

| JUAN GUILLERMO MOURE PEREZ | Dirección Física : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO<br>Correo electrónico: office@olartemoure.com |
|---|---|

**Solicitante(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | DerechoDirección Física : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Datos de contacto:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Solicitudes vinculadas:**

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---|---|---|---|---|---|---|
| SD2017/0087781 | SD Cambio de apoderado de Signo Distintivo | Solicitado en Signo Distintivo 11139951 | 09 nov. 2017 | Inscrita | N/A | Vinculado |

**Historial:**

Confidential

IAZ_DNJ0003781

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

| Tipo | Descripción | Gaceta | Publicado |
|---|---|---|---|
| Cambio automático de apoderado/ representante legal | La solicitud de cambio de apoderado ha sido radicada y automáticamente inscrita. | | 10 nov. 2017 |

Confidential

IAZ_DNJ0003782

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

**Número de solicitud:** 11139953
**Referencia de solicitante:**
**Estado de la solicitud:** Registrada
**Tipo de Signo:** Marca
**Naturaleza del Signo:** Mixta
**Nombre del Signo:** "ZENU" SALCHICHAS VIENA EN SALSA BBQ
**Descripción, limitaciones:**

**Fecha de presentación:** 19 oct. 2011
**Fecha de registro:** 22 mar. 2012
**Vigencia:** 22 mar. 2022
**Bajo oposición:** No

-   LA EXPRESIÓN "7 UNIDADES SALCHICHAS DE POLLO " IRÁ COMO EXPLICATIVA.

**Imágenes y códigos de clasificación de Viena:**

| Imagen | Códigos de clasificación de Viena |
|---|---|
|  | |

**Versión de la Clasificación de Niza:** 9
**Clase y descripción de productos y/o servicios:**

| Clase | Descripciones de los Productos y Servicios |
|---|---|
| 29 | CARNE, PESCADO, CARNE DE AVE Y CARNE DE CAZA; EXTRACTOS DE CARNE; FRUTAS Y VERDURAS, HORTALIZAS Y LEGUMBRES EN CONSERVA, CONGELADAS, SECAS Y COCIDAS; JALEAS, CONFITURAS, COMPOTAS; HUEVOS, LECHE Y PRODUCTOS LÁCTEOS; ACEITES Y GRASAS COMESTIBLES. |

**Prioridad:** No

**Apoderado:**

| JUAN GUILLERMO MOURE PEREZ | Dirección Física : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO<br>Correo electrónico: office@olartemoure.com |
|---|---|

**Solicitante(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | DerechoDirección Física : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Datos de contacto:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Solicitudes vinculadas:**

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---|---|---|---|---|---|---|
| SD2017/0087782 | SD Cambio de apoderado de Signo Distintivo | Solicitado en Signo Distintivo 11139953 | 09 nov. 2017 | Inscrita | N/A | Vinculado |

**Historial:**

Confidential

IAZ_DNJ0003783

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

| Tipo | Descripción | Gaceta | Publicado |
|------|-------------|--------|-----------|
| Cambio automático de apoderado/ representante legal | La solicitud de cambio de apoderado ha sido radicada y automáticamente inscrita. | | 10 nov. 2017 |

Confidential

IAZ_DNJ0003784

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

**Número de solicitud:** 11139955
**Referencia de solicitante:**
**Estado de la solicitud:** Registrada
**Tipo de Signo:** Marca
**Naturaleza del Signo:** Mixta
**Nombre del Signo:** "ZENÚ" SALCHICHAS VIENA
**Descripción, limitaciones:**

-    LAS EXPRESIONES "7 UNIDADES SALCHICHAS DE POLLO " Y "BUENA FUENTE DE PROTEÍNA " IRÁN COMO EXPLICATIVAS.

**Fecha de presentación:** 19 oct. 2011
**Fecha de registro:** 22 mar. 2012
**Vigencia:** 22 mar. 2022
**Bajo oposición:** No

**Imágenes y códigos de clasificación de Viena:**

| Imagen | Códigos de clasificación de Viena |
|---|---|
|  | |

**Versión de la Clasificación de Niza:** 9
**Clase y descripción de productos y/o servicios:**

| Clase | Descripciones de los Productos y Servicios |
|---|---|
| 29 | CARNE, PESCADO, CARNE DE AVE Y CARNE DE CAZA; EXTRACTOS DE CARNE; FRUTAS Y VERDURAS, HORTALIZAS Y LEGUMBRES EN CONSERVA, CONGELADAS, SECAS Y COCIDAS; JALEAS, CONFITURAS, COMPOTAS; HUEVOS, LECHE Y PRODUCTOS LÁCTEOS; ACEITES Y GRASAS COMESTIBLES. |

**Prioridad:** No

**Apoderado:**

| JUAN GUILLERMO MOURE PEREZ | Dirección Física : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO Correo electrónico: office@olartemoure.com |
|---|---|

**Solicitante(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | DerechoDirección Física : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Datos de contacto:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Solicitudes vinculadas:**

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---|---|---|---|---|---|---|
| SD2017/0087783 | SD Cambio de apoderado de Signo Distintivo | Solicitado en Signo Distintivo 11139955 | 09 nov. 2017 | Inscrita | N/A | Vinculado |

**Historial:**

Confidential

IAZ_DNJ0003785

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

| Tipo | Descripción | Gaceta | Publicado |
|------|-------------|--------|-----------|
| Cambio automático de apoderado/ representante legal | La solicitud de cambio de apoderado ha sido radicada y automáticamente inscrita. | | 10 nov. 2017 |

Confidential

IAZ_DNJ0003786

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

**Número de solicitud:** 11139956
**Referencia de solicitante:**
**Estado de la solicitud:** Registrada
**Tipo de Signo:** Marca
**Naturaleza del Signo:** Mixta
**Nombre del Signo:** "ZENU" POLLO CON ADEREZO A BASE DE MAYONESA

**Fecha de presentación:** 19 oct. 2011
**Fecha de registro:** 22 mar. 2012
**Vigencia:** 22 mar. 2022
**Bajo oposición:** No

**Descripción, limitaciones:**

- LAS EXPRESIONES "SIN CONSERVANTES " Y "100% PECHUGA DE POLLO " IRÁN COMO EXPLICATIVAS.

**Imágenes y códigos de clasificación de Viena:**

| Imagen | Códigos de clasificación de Viena |
|---|---|
|  | |

**Versión de la Clasificación de Niza:** 9
**Clase y descripción de productos y/o servicios:**

| Clase | Descripciones de los Productos y Servicios |
|---|---|
| 29 | CARNE, PESCADO, CARNE DE AVE Y CARNE DE CAZA; EXTRACTOS DE CARNE; FRUTAS Y VERDURAS, HORTALIZAS Y LEGUMBRES EN CONSERVA, CONGELADAS, SECAS Y COCIDAS; JALEAS, CONFITURAS, COMPOTAS; HUEVOS, LECHE Y PRODUCTOS LÁCTEOS; ACEITES Y GRASAS COMESTIBLES. |

**Prioridad:** No

**Apoderado:**

| JUAN GUILLERMO MOURE PEREZ | Dirección Física : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO<br>Correo electrónico: office@olartemoure.com |
|---|---|

**Solicitante(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | DerechoDirección Física : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Datos de contacto:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Solicitudes vinculadas:**

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---|---|---|---|---|---|---|
| SD2017/0087784 | SD Cambio de apoderado de Signo Distintivo | Solicitado en Signo Distintivo 11139956 | 09 nov. 2017 | Inscrita | N/A | Vinculado |

**Historial:**

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

| Tipo | Descripción | Gaceta | Publicado |
|---|---|---|---|
| Cambio automático de apoderado/ representante legal | La solicitud de cambio de apoderado ha sido radicada y automáticamente inscrita. | | 10 nov. 2017 |

Confidential

IAZ_DNJ0003788

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

**Número de solicitud:** 11139960
**Referencia de solicitante:**
**Estado de la solicitud:** Registrada
**Tipo de Signo:** Marca
**Naturaleza del Signo:** Mixta
**Nombre del Signo:** "ZENU" CARNE DE DIABLO
**Descripción, limitaciones:**

**Fecha de presentación:** 19 oct. 2011
**Fecha de registro:** 22 mar. 2012
**Vigencia:** 22 mar. 2022
**Bajo oposición:** No

- LA EXPRESIÓN "CARNE MIXTA DE RES Y CERDO " IRÁ COMO EXPLICATIVA.

**Imágenes y códigos de clasificación de Viena:**

| Imagen | Códigos de clasificación de Viena |
|--------|-----------------------------------|
|  | |

**Versión de la Clasificación de Niza:** 9
**Clase y descripción de productos y/o servicios:**

| Clase | Descripciones de los Productos y Servicios |
|-------|---------------------------------------------|
| 29 | CARNE, PESCADO, CARNE DE AVE Y CARNE DE CAZA; EXTRACTOS DE CARNE; FRUTAS Y VERDURAS, HORTALIZAS Y LEGUMBRES EN CONSERVA, CONGELADAS, SECAS Y COCIDAS; JALEAS, CONFITURAS, COMPOTAS; HUEVOS, LECHE Y PRODUCTOS LÁCTEOS; ACEITES Y GRASAS COMESTIBLES. |

**Prioridad:** No

**Apoderado:**

| JUAN GUILLERMO MOURE PEREZ | Dirección Física : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO<br>Correo electrónico: office@olartemoure.com |
|---|---|

**Solicitante(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | DerechoDirección Física : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Datos de contacto:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Solicitudes vinculadas:**

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---|---|---|---|---|---|---|
| SD2017/0087785 | SD Cambio de apoderado de Signo Distintivo | Solicitado en Signo Distintivo 11139960 | 09 nov. 2017 | Inscrita | N/A | Vínculado |

**Historial:**

Confidential

IAZ_DNJ0003789

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

| Tipo | Descripción | Gaceta | Publicado |
|---|---|---|---|
| Cambio automático de apoderado/ representante legal | La solicitud de cambio de apoderado ha sido radicada y automáticamente inscrita. | | 10 nov. 2017 |

Confidential

IAZ_DNJ0003790

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

**Número de solicitud:** 11139962
**Referencia de solicitante:**
**Estado de la solicitud:** Registrada
**Tipo de Signo:** Marca
**Naturaleza del Signo:** Mixta
**Nombre del Signo:** "ZENU" POLLO CON CHAMPIÑONES AL VINO
**Descripción, limitaciones:**

**Fecha de presentación:** 19 oct. 2011
**Fecha de registro:** 22 mar. 2012
**Vigencia:** 22 mar. 2022
**Bajo oposición:** No

- LAS EXPRESIONES "SIN CONSERVANTES " Y "100% PECHUGA DE POLLO " IRÁN COMO EXPLICATIVAS.

**Imágenes y códigos de clasificación de Viena:**

| Imagen | Códigos de clasificación de Viena |
|---|---|
|  | |

**Versión de la Clasificación de Niza:** 9
**Clase y descripción de productos y/o servicios:**

| Clase | Descripciones de los Productos y Servicios |
|---|---|
| 29 | CARNE, PESCADO, CARNE DE AVE Y CARNE DE CAZA; EXTRACTOS DE CARNE; FRUTAS Y VERDURAS, HORTALIZAS Y LEGUMBRES EN CONSERVA, CONGELADAS, SECAS Y COCIDAS; JALEAS, CONFITURAS, COMPOTAS; HUEVOS, LECHE Y PRODUCTOS LÁCTEOS; ACEITES Y GRASAS COMESTIBLES. |

**Prioridad:** No

**Apoderado:**

| JUAN GUILLERMO MOURE PEREZ | Dirección Física : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO Correo electrónico: office@olartemoure.com |
|---|---|

**Solicitante(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | DerechoDirección Física : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Datos de contacto:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Solicitudes vinculadas:**

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---|---|---|---|---|---|---|
| SD2017/0087786 | SD Cambio de apoderado de Signo Distintivo | Solicitado en Signo Distintivo 11139962 | 09 nov. 2017 | Inscrita | N/A | Vinculado |

**Historial:**

Confidential

IAZ_DNJ0003791

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

| Tipo | Descripción | Gaceta | Publicado |
|------|-------------|--------|-----------|
| Cambio automático de apoderado/ representante legal | La solicitud de cambio de apoderado ha sido radicada y automáticamente inscrita. | | 10 nov. 2017 |

Confidential

IAZ_DNJ0003792

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

**Número de solicitud:** 11139966
**Referencia de solicitante:**
**Estado de la solicitud:** Registrada
**Tipo de Signo:** Marca
**Naturaleza del Signo:** Mixta
**Nombre del Signo:** "ZENU"ARVEJAS CON ZANAHORIA
**Descripción, limitaciones:**

**Fecha de presentación:** 19 oct. 2011
**Fecha de registro:** 22 mar. 2012
**Vigencia:** 22 mar. 2022
**Bajo oposición:** No

- LAS EXPRESIONES "SIN CONSERVANTES " Y "100% NATURAL " IRÁN COMO EXPLICATIVAS.

**Imágenes y códigos de clasificación de Viena:**

| Imagen | Códigos de clasificación de Viena |
|---|---|
|  | |

**Versión de la Clasificación de Niza:** 9
**Clase y descripción de productos y/o servicios:**

| Clase | Descripciones de los Productos y Servicios |
|---|---|
| 29 | CARNE, PESCADO, CARNE DE AVE Y CARNE DE CAZA; EXTRACTOS DE CARNE; FRUTAS Y VERDURAS, HORTALIZAS Y LEGUMBRES EN CONSERVA, CONGELADAS, SECAS Y COCIDAS; JALEAS, CONFITURAS, COMPOTAS; HUEVOS, LECHE Y PRODUCTOS LÁCTEOS; ACEITES Y GRASAS COMESTIBLES. |

**Prioridad:** No

**Apoderado:**

| JUAN GUILLERMO MOURE PEREZ | Dirección Física : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO<br>Correo electrónico: office@olartemoure.com |
|---|---|

**Solicitante(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | DerechoDirección Física : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Datos de contacto:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Solicitudes vinculadas:**

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---|---|---|---|---|---|---|
| SD2017/0087787 | SD Cambio de apoderado de Signo Distintivo | Solicitado en Signo Distintivo 11139966 | 09 nov. 2017 | Inscrita | N/A | Vinculado |

**Historial:**

Confidential

IAZ_DNJ0003793

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

| Tipo | Descripción | Gaceta | Publicado |
|------|-------------|--------|-----------|
| Cambio automático de apoderado/ representante legal | La solicitud de cambio de apoderado ha sido radicada y automáticamente inscrita. | | 10 nov. 2017 |

Confidential

IAZ_DNJ0003794

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

**Número de solicitud:** 11139969
**Referencia de solicitante:**
**Estado de la solicitud:** Registrada
**Tipo de Signo:** Marca
**Naturaleza del Signo:** Mixta
**Nombre del Signo:** "ZENU"ARVEJAS AL NATURAL
**Descripción, limitaciones:**

**Fecha de presentación:** 19 oct. 2011
**Fecha de registro:** 22 mar. 2012
**Vigencia:** 22 mar. 2022
**Bajo oposición:** No

- LAS EXPRESIONES "SIN CONSERVANTES " Y "100% NATURAL " IRÁN COMO EXPLICATIVAS.

**Imágenes y códigos de clasificación de Viena:**

| Imagen | Códigos de clasificación de Viena |
|---|---|
|  | |

**Versión de la Clasificación de Niza:** 9
**Clase y descripción de productos y/o servicios:**

| Clase | Descripciones de los Productos y Servicios |
|---|---|
| 29 | CARNE, PESCADO, CARNE DE AVE Y CARNE DE CAZA; EXTRACTOS DE CARNE; FRUTAS Y VERDURAS, HORTALIZAS Y LEGUMBRES EN CONSERVA, CONGELADAS, SECAS Y COCIDAS; JALEAS, CONFITURAS, COMPOTAS; HUEVOS, LECHE Y PRODUCTOS LÁCTEOS; ACEITES Y GRASAS COMESTIBLES. |

**Prioridad:** No

**Apoderado:**

| JUAN GUILLERMO MOURE PEREZ | Dirección Física : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO<br>Correo electrónico: office@olartemoure.com |
|---|---|

**Solicitante(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | DerechoDirección Física : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Datos de contacto:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Solicitudes vinculadas:**

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---|---|---|---|---|---|---|
| SD2017/0087788 | SD Cambio de apoderado de Signo Distintivo | Solicitado en Signo Distintivo 11139969 | 09 nov. 2017 | Inscrita | N/A | Vinculado |

**Historial:**

Página 49 de 52

IAZ_DNJ0003795

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

| Tipo | Descripción | Gaceta | Publicado |
|---|---|---|---|
| Cambio automático de apoderado/ representante legal | La solicitud de cambio de apoderado ha sido radicada y automáticamente inscrita. | | 10 nov. 2017 |

Confidential

IAZ_DNJ0003796

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

**Número de solicitud:** 11139974
**Referencia de solicitante:**
**Estado de la solicitud:** Registrada
**Tipo de Signo:** Marca
**Naturaleza del Signo:** Mixta
**Nombre del Signo:** "ZENU" SALCHICHAS VIENA DE POLLO
**Descripción, limitaciones:**

**Fecha de presentación:** 19 oct. 2011
**Fecha de registro:** 22 mar. 2012
**Vigencia:** 22 mar. 2022
**Bajo oposición:** No

- LAS EXPRESIONES "BUENA FUENTE DE PROTEÍNA " Y "6 UNIDADES " IRÁN COMO EXPLICATIVAS.

**Imágenes y códigos de clasificación de Viena:**

| Imagen | Códigos de clasificación de Viena |
|---|---|
|  | |

**Versión de la Clasificación de Niza:** 9
**Clase y descripción de productos y/o servicios:**

| Clase | Descripciones de los Productos y Servicios |
|---|---|
| 29 | CARNE, PESCADO, CARNE DE AVE Y CARNE DE CAZA; EXTRACTOS DE CARNE; FRUTAS Y VERDURAS, HORTALIZAS Y LEGUMBRES EN CONSERVA, CONGELADAS, SECAS Y COCIDAS; JALEAS, CONFITURAS, COMPOTAS; HUEVOS, LECHE Y PRODUCTOS LÁCTEOS; ACEITES Y GRASAS COMESTIBLES. |

**Prioridad:** No

**Apoderado:**

| JUAN GUILLERMO MOURE PEREZ | Dirección Física : CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO<br>Correo electrónico: office@olartemoure.com |
|---|---|

**Solicitante(s):**

| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | DerechoDirección Física : Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, CO |
|---|---|

**Datos de contacto:** JUAN GUILLERMO MOURE PEREZ, CARRERA 5 No. 34-03, BOGOTÁ, D.C., CO

**Solicitudes vinculadas:**

| Número de solicitud | Tipo de solicitud | Título de la solicitud | Fecha de radicación | Estado de la solicitud | Bajo oposición | Tipo de enlace |
|---|---|---|---|---|---|---|
| SD2017/0087789 | SD Cambio de apoderado de Signo Distintivo | Solicitado en Signo Distintivo 11139974 | 09 nov. 2017 | Inscrita | N/A | Vinculado |

**Historial:**

Confidential

IAZ_DNJ0003797

Superintendencia de Industria y Comercio de Colombia (SIC) - Reporte detallado de solicitudes

Fecha y hora: 08 sept. 2022 02:28:15 p.m.

| Tipo | Descripción | Gaceta | Publicado |
|---|---|---|---|
| Cambio automático de apoderado/ representante legal | La solicitud de cambio de apoderado ha sido radicada y automáticamente inscrita. | | 10 nov. 2017 |

Confidential

IAZ_DNJ0003798