# Exhibit N

ORIGINAL

P.O. BOX 571
MASSILLON, OHIO 44648
PHONE: 330-832-7491
FAX: 330-830-3174

  

INVOICE

ALL MEATS
U.S. GOVERNMENT
INSPECTED

| | | |
|---|---|---|
| SHIP TO: | LOAD | 00204206 |
| ALIMENTOS CARNICIS S.A.S. | STOP | 2 |
| ALIMENTOS CARNICIS S.A.S | INVOICE NO.: | 098877 |
| CRA.40 #12A - 13 | INVOICE DATE | 04/24/15 |
| BOGOTA,CB    CO99999 | P.O. NO. | 915 |
| | CUSTOMER NO. | 001265 |
| | GROUP NO. | |
| | SHIP VIA | CO |
| BILL TO | SALESMAN NO. | EO |
| ALIMENTOS CARNICOS S.A.S. | HIRAM CARDENAS/PABLO ERNESTO | |
| | ORDER DATE | 03/31/15 |
| CRA. 40 #12A-13 | ORDER NUMBER | 086494 |
| BOGOTA,CB    CO 99999 | | |
| PHONE: | TERMS: | WEEKLY |

REMIT TO
REMIT BY: 05/01/15
Fresh Mark, Inc.
REMIT TO: P.O. Box 731400
Dallas, TX 75373-1400

SPECIAL INSTRS.
890.304.130.4
EXW, MASSILLON, OH
CURRENCY: USD

| QTY. | UNIT | CODE | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 616 | BXS | 03205 | 200 GR ZENU TUX BACON | 13034.56 | 2.66 | 34671.93 |
| 776 | BXS | 03206 | 400 GR ZENU TUX BACON | 20525.20 | 2.40 | 49260.48 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1392 | | GROSS WEIGHT | 38929.28 | NET WEIGHT | 33559.76 | PAY THIS AMOUNT  83,932.41 |

PLEASE PAY FROM INVOICE
STATEMENT SENT UPON REQUEST

IAZ_DNJ0000023