# Exhibit O



# INVOICE

**NCL Graphic Specialties, Inc.**

N29 W22960 Marjean Lane
Waukesha, WI 53186
(262) 542-0711
Fax: (262) 544-1470

| | | |
|---|---|---|
| Ship To: | ALIMENTOS CARNICOS S.A.S.<br>CRA 25# 25 A-70<br><br>MANGA   CARTAGENA | Inv. #: **INVOICE  00103300**<br>Inv. Date: **2/11/2015**<br>Ship Date:<br>P.O. #: **011915A**<br>Salesman: **Jeffrey Paulsen**<br>Job #: **S1026409** |
| Bill To: | JORGE CARAZO<br>ALIMENTOS CARNICOS S.A.S.<br>CRA 25# 25 A-70<br>MANGA   CARTAGENA, | Ship Via:<br>Terms: **COLLECT**<br>FOB: NCL Graphic Specialties, Inc.<br>Remit To: NCL Graphic Specialties Inc.<br>N29 W22960 Marjean Ln.<br>Waukesha, WI 53186 |

*A tradition of leadership and innovation in graphic specialties*

| DESCRIPTION | QTY. | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| - LALI-244814/432 g Zenu Maiz Tierno | 388,000 | per 1000 | 7.2000 | $2,793.60 |
| - LALI-244807/248 g Zenu Maiz Tierno | 1,720,000 | per 1000 | 4.1500 | $7,138.00 |
| - Freight Charges 248 g to Blue Earth @ 885.20, 432 g to Cambria @ 211.38 | | | 1,096.5800 | $1,096.58 |
| - THIS IS A PRE INVOICE | | | | |
| - International Incoterm 432 g Zenu maiz Tierno shipped to FCA Cambria, WI | | | | |
| - International Incoterm 248 g Zenu Maiz Tierno shipped to FCA Blue Earth, MN | | | | |
| - US Dollars | | | | |

*Remit To:* NCL Graphic Specialties Inc.
N29 W22960 Marjean Ln.
Waukesha, WI 53186

**TOTAL:**   $ 11,028.18

NOTICE: 1½% service charge will be made on all past due accounts.

*Any descrepancies with this invoice must be submitted within ten working days
from receipt of this invoice.  No claims will be accepted after this period.*

DIGITAL INVOICE

IAZ_DNJ0000068