# Exhibit P



STATE OF NEW YORK        )
                         )
                         )    ss
                         )
COUNTY OF NEW YORK       )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document with Bates No. IAZ_DNJ0000070.

Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me
this 3rd day of October, 2022.

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023



Seneca Foods Corporation – 8519 Eagle Point Blvd, Suite 190 – Lake Elmo, MN 55042
Phone: (651) 325-3250 Fax: (651) 325-3251

AUTHORIZATION

In my capacity as legal representative of SENECA FOODS CORPORATION, a company lawfully incorporated under the laws of the State of Minnesota, United States of America, I hereby expressly authorize **INDUSTRIA DE ALIMENTOS ZENÚ S.A.S.** and **ALIMENTOS CARNICOS S.A.S.**, companies lawfully incorporated with their respective domiciles in the municipalities of Medellin and Yumbo, Colombia, and registered under tax identification numbers 811.035.741-2 and 890.304.130-4 respectively, to import, distribute, and in general to sell the products manufactured by SENECA FOODS CORPORATION and marketed under the brand **ZENÚ.**

In addition, we authorize **INDUSTRIA DE ALIMENTOS ZENÚ S.A.S.** and **ALIMENTOS CARNICOS S.A.S.** to carry out on our behalf all the steps and procedures required by Colombian authorities, and in particular to be the holder of the health and safety registration granted by Invima.

Sincerely,

[signature]

Shannen Bornsen
International Sales Manager



City/County of Washington
State of Minnesota
The foregoing instrument was acknowledged before me this 27th day of August, 2012
by Jodi Dosmann
                                Notary Public
My commission expires 01. 31. 2017

IAZ_DNJ0000070

**SENECA**
We Feed The World

Seneca Foods Corporation – 8519 Eagle Point Blvd, Suite 190 – Lake Elmo, MN 55042
Phone: (651) 325-3250 Fax: (651) 325-3251

AUTORIZACIÓN

Como representante legal de SENECA FOODS CORPORATION, sociedad legalmente constituida bajo las leyes del Estado de Minnesota, Estados Unidos de América, mediante este escrito autorizo expresamente a **INDUSTRIA DE ALIMENTOS ZENÚ S. A. S. y ALIMENTOS CARNICOS S.A.S.**, sociedades legalmente constituidas y domiciliadas respectivamente en los municipios de Medellín y Yumbo, Colombia, con números de identificación tributaria 811.035.741-2 y 890.304.130-4, para importar, distribuir y en general comercializar los productos fabricados por SENECA FOODS CORPORATION y ofrecidos al mercado con la marca **ZENÚ**.

Adicionalmente, facultamos a **INDUSTRIA DE ALIMENTOS ZENÚ S. A. S. y ALIMENTOS CARNICOS S.A.S.** para que en nuestro nombre lleve a cabo todas las diligencias y procedimientos que las entidades colombianas requieran, y especialmente para ser el titular de los registros sanitarios concedidos por el Invima.

Atentamente,

*[signature]*

Shannen Bornsen
International Sales Manager

JODI DOSMANN
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2017

City/County of Washington
State of Minnesota
The foregoing instrument was acknowledged before me this 27th day of August 2012
by Jodi Dosmann
_____ Notary Public
My commission expires 01.31.2017

IAZ_DNJ0000070