# Exhibit Q



STATE OF NEW YORK       )
                        )
                        )  ss
                        )
COUNTY OF NEW YORK      )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document with Bates No. IAZ_DNJ0001768.

_____
Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me
this 3rd day of October, 2022.

_____

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023

**KANTAR IBOPE MEDIA**

**KANTAR IBOPE MEDIA COLOMBIA S.A.S.**
**TIN 800.174.162-3**

**HEREBY CERTIFIES:**

That in accordance with the information on our records, the investment in advertising made from January 1, 2012 to June 30, 2017 for the brands **RANCHERA** and **ZENU**, across their various products and references, is as follows:

| Brand | Medium | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | Grand total |
|---|---|---|---|---|---|---|---|---|
| RANCHERA | PRESS | | | | | $ 161.135 | | $ 161.135 |
| | ADVERTISING ABROAD | $ 60.526 | | $ 36.890 | $ 49.295 | $ 122.086 | $ 104.904 | $ 373.701 |
| | RADIO | $ 1.144.920 | $ 1.776.770 | $ 2.041.891 | $ 1.593.501 | $ 1.903.888 | $ 2.011.203 | $ 10.472.173 |
| | NATIONAL TV | $ 3.107.839 | $ 4.501.055 | $ 3.263.208 | $ 3.859.300 | $ 2.382.467 | $ 1.561.333 | $ 18.675.202 |
| | REGIONAL TV | | $ 101.779 | $ 172.863 | $ 13.596 | $ 92.518 | | $ 380.756 |
| | SUBSCRIPTION-BASED TV | $ 155.493 | $ 279.422 | $ 239.049 | $ 912.940 | $ 1.304.859 | $ 365.442 | $ 3.257.205 |
| **Total for RANCHERA** | | **$ 4.468.778** | **$ 6.659.026** | **$ 5.753.901** | **$ 6.428.632** | **$ 5.966.953** | **$ 4.042.882** | **$ 33.320.172** |
| | PRESS | $ 120.282 | | | | $ 17.760 | | $ 138.042 |
| | ADVERTISING ABROAD | $ 111.916 | $ 192.770 | $ 578.935 | $ 657.555 | $ 564.307 | $ 458.200 | $ 2.563.683 |
| | RADIO | $ 2.383.582 | $ 3.608.164 | $ 7.357.825 | $ 9.801.816 | $ 9.722.709 | $ 5.383.913 | $ 38.258.009 |
| | MAGAZINES | $ 13.000 | $ 5.000 | $ 3.900 | | $ 12.800 | $ 19.184 | $ 53.884 |
| | PRESS MAGAZINES | | | | | | $ 46.610 | $ 46.610 |
| | NATIONAL TV | $ 4.848.289 | $ 4.563.552 | $ 5.117.128 | $ 5.046.396 | $ 5.417.384 | $ 2.356.619 | $ 27.349.368 |
| | REGIONAL TV | $ 359.344 | $ 696.279 | $ 859.244 | $ 78.431 | $ 45.817 | $ 10.946 | $ 2.050.061 |
| ZENU | SUBSCRIPTION-BASED TV | $ 65.592 | $ 349.827 | $ 760.797 | $ 1.322.100 | $ 3.982.336 | $ 721.897 | $ 7.202.549 |
| **Total for ZENU** | | **$ 7.902.005** | **$ 9.415.592** | **$ 14.677.829** | **$ 16.906.298** | **$ 19.763.113** | **$ 8.997.369** | **$ 77.662.206** |
| **Grand total** | | **$ 12.370.783** | **$ 16.074.618** | **$ 20.431.730** | **$ 23.334.930** | **$ 25.730.066** | **$ 13.040.251** | **$ 110.982.378** |

This document is issued at the request of the interested party, on this 12th day of July 2017.

*[signature]*

**CAROLINA GONZALEZ BETARCUR**
Commercial Director

Av. 19 No. 96-07, Piso 2
(571)646 0600
Bogotá

**Powering Informed Decisions**

IAZ_DNJ0001768

# KANTAR IBOPE MEDIA

**KANTAR IBOPE MEDIA COLOMBIA S.A.S.**
**NIT 800.174.162-3**

**CERTIFICA QUE:**

De acuerdo a la información que reposa en nuestros archivos, la inversión publicitaria durante el periodo 01 de enero 2012 a 30 de junio de 2017 de las marcas **RANCHERA Y ZENU** con sus diferentes productos y referencias es la descritas a continuación:

| Marca | Medio | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | Total general |
|---|---|---|---|---|---|---|---|---|
| RANCHERA | PRENSA | | | | | $ 161.135 | | $ 161.135 |
| | PUBLICIDAD EXTERIOR | $ 60.526 | | $ 36.890 | $ 49.295 | $ 122.086 | $ 104.904 | $ 373.701 |
| | RADIO | $ 1.144.920 | $ 1.776.770 | $ 2.041.891 | $ 1.593.501 | $ 1.903.888 | $ 2.011.203 | $ 10.472.173 |
| | TELEVISION NACIONAL | $ 3.107.839 | $ 4.501.055 | $ 3.263.208 | $ 3.859.300 | $ 2.382.467 | $ 1.561.333 | $ 18.675.202 |
| | TELEVISION REGIONAL | | $ 101.779 | $ 172.863 | $ 13.596 | $ 92.518 | | $ 380.756 |
| | TV SUSCRIPCION | $ 155.493 | $ 279.422 | $ 239.049 | $ 912.940 | $ 1.304.859 | $ 365.442 | $ 3.257.205 |
| **Total RANCHERA** | | **$ 4.468.778** | **$ 6.659.026** | **$ 5.753.901** | **$ 6.428.632** | **$ 5.966.953** | **$ 4.042.882** | **$ 33.320.172** |
| ZENU | PRENSA | $ 120.282 | | | | $ 17.760 | | $ 138.042 |
| | PUBLICIDAD EXTERIOR | $ 111.916 | $ 192.770 | $ 578.935 | $ 657.555 | $ 564.307 | $ 458.200 | $ 2.563.683 |
| | RADIO | $ 2.383.582 | $ 3.608.164 | $ 7.357.825 | $ 9.801.816 | $ 9.722.709 | $ 5.383.913 | $ 38.258.009 |
| | REVISTA | $ 13.000 | $ 5.000 | $ 3.900 | | $ 12.800 | $ 19.184 | $ 53.884 |
| | REVISTAS DE PRENSA | | | | | | $ 46.610 | $ 46.610 |
| | TELEVISION NACIONAL | $ 4.848.289 | $ 4.563.552 | $ 5.117.128 | $ 5.046.396 | $ 5.417.384 | $ 2.356.619 | $ 27.349.368 |
| | TELEVISION REGIONAL | $ 359.344 | $ 696.279 | $ 859.244 | $ 78.431 | $ 45.817 | $ 10.946 | $ 2.050.061 |
| | TV SUSCRIPCION | $ 65.592 | $ 349.827 | $ 760.797 | $ 1.322.100 | $ 3.982.336 | $ 721.897 | $ 7.202.549 |
| **Total ZENU** | | **$ 7.902.005** | **$ 9.415.592** | **$ 14.677.829** | **$ 16.906.298** | **$ 19.763.113** | **$ 8.997.369** | **$ 77.662.206** |
| **Total general** | | **$ 12.370.783** | **$ 16.074.618** | **$ 20.431.730** | **$ 23.334.930** | **$ 25.730.066** | **$ 13.040.251** | **$ 110.982.378** |

Se expide a solicitud del interesado, a los 12 días del mes julio de 2017.

**CAROLINA GONZALEZ BETARCUR**
Directora comercial

Av. 19 No. 96-07, Piso 2
(571) 646 0600
Bogotá

Powering Informed Decisions

IAZ_DNJ0001768