# Exhibit R



July 28th, 2017

To whom it may concern,

By means of the present, it is certified that:

1. Traffic to www.zenu.com.co from the United States has been 53,326 sessions since 2012, representing 3.03% of total traffic.

2. Traffic to the site www.ranchera.com.co from the United States has been 6,076 sessions since 2012, representing 1.76% of total traffic to the site.

Regards,

Luis Ignacio Salazar
Legal Representative and Commercial Manager
Industria de Alimentos Zenú S.A.S.

Borja de La Plaza
CEO DDB Colombia
Advertising and media management agency



Confidential



IAZ_DNJ0002364

 Ranchera    ⧉ IR AL INFORME

## Visión general de audiencia

○ Todos los usuarios
  100,00 % Sesiones

15 abr. 2012 - 2 sept. 2015

### Visión general

● Sesiones



| | | |
|---|---|---|
| Sesiones | Usuarios | Número de visitas a páginas |
| 236.722 | 186.637 | 589.431 |
| Páginas/sesión | Duración media de la sesión | Porcentaje de rebote |
| 2,49 | 00:01:53 | 64,80 % |
| % de nuevas sesiones | | |
| 78,78 % | | |

■ New Visitor   ■ Returning Visitor



| | País | Sesiones | % Sesiones |
|---|---|---|---|
| 1. | Colombia | 221.045 | 93,38 % |
| 2. | United States | 3.442 | 1,45 % |
| 3. | (not set) | 2.356 | 1,00 % |
| 4. | Mexico | 1.442 | 0,61 % |
| 5. | India | 1.238 | 0,52 % |
| 6. | Spain | 964 | 0,41 % |
| 7. | Chile | 724 | 0,31 % |
| 8. | Ecuador | 706 | 0,30 % |
| 9. | Venezuela | 612 | 0,26 % |
| 10. | Brazil | 599 | 0,25 % |

© 2017 Google

Todos los datos de sitios web      IR AL INFORME

## Visión general de audiencia

○ Todos los usuarios
  100,00 % Sesiones

2 sept. 2015 - 31 jul. 2017

**Visión general**

● Sesiones



■ New Visitor   ■ Returning Visitor

| | | |
|---|---|---|
| Sesiones | Usuarios | Número de visitas a páginas |
| 108.177 | 84.535 | 385.014 |
| Páginas/sesión | Duración media de la sesión | Porcentaje de rebote |
| 3,56 | 00:01:47 | 31,19 % |



% de nuevas sesiones
78,05 %

| País | Sesiones | % Sesiones |
|---|---|---|
| 1. Colombia | 97.444 | 90,08 % |
| 2. United States | 2.634 | 2,43 % |
| 3. Mexico | 1.292 | 1,19 % |
| 4. Spain | 1.091 | 1,01 % |
| 5. Ecuador | 739 | 0,68 % |
| 6. Argentina | 720 | 0,67 % |
| 7. Venezuela | 646 | 0,60 % |
| 8. Chile | 480 | 0,44 % |
| 9. Panama | 333 | 0,31 % |
| 10. Peru | 312 | 0,29 % |

© 2017 Google

Todos los datos de sitios web  
IR AL INFORME

## Visión general de audiencia

Todos los usuarios  
100,00 % Sesiones

1 oct. 2012 - 1 nov. 2014

### Visión general

**Sesiones**



| | Sesiones | Usuarios | Número de visitas a páginas |
|---|---|---|---|
| | 513.383 | 412.494 | 1.464.023 |
| | Páginas/sesión | Duración media de la sesión | Porcentaje de rebote |
| | 2,85 | 00:02:27 | 59,24 % |
| | % de nuevas sesiones | | |
| | 80,29 % | | |

New Visitor ■ Returning Visitor



| | País | Sesiones | % Sesiones |
|---|---|---|---|
| 1. | Colombia | 466.740 | 90,91 % |
| 2. | United States | 9.684 | 1,89 % |
| 3. | Mexico | 5.332 | 1,04 % |
| 4. | (not set) | 5.296 | 1,03 % |
| 5. | Spain | 4.630 | 0,90 % |
| 6. | Ecuador | 2.952 | 0,58 % |
| 7. | Argentina | 2.733 | 0,53 % |
| 8. | Venezuela | 2.633 | 0,51 % |
| 9. | Chile | 1.432 | 0,28 % |
| 10. | Peru | 1.262 | 0,25 % |

© 2017 Google

  IR AL INFORME

## Visión general de audiencia

Todos los usuarios
100,00 % Sesiones

1 nov. 2014 - 31 jul. 2017

**Visión general**



● Sesiones

| Sesiones | Usuarios | Número de visitas a páginas |
|---|---|---|
| 1.245.740 | 892.686 | 4.247.774 |

| Páginas/sesión | Duración media de la sesión | Porcentaje de rebote |
|---|---|---|
| 3,41 | 00:01:47 | 22,59 % |

% de nuevas sesiones
71,65 %



■ New Visitor  ■ Returning Visitor

| | País | Sesiones | % Sesiones |
|---|---|---|---|
| 1. | Colombia | 1.097.206 | 88,08 % |
| 2. | India | 70.839 | 5,69 % |
| 3. | United States | 43.642 | 3,50 % |
| 4. | Mexico | 4.603 | 0,37 % |
| 5. | Spain | 3.910 | 0,31 % |
| 6. | Venezuela | 3.126 | 0,25 % |
| 7. | Ecuador | 3.105 | 0,25 % |
| 8. | Germany | 2.360 | 0,19 % |
| 9. | Argentina | 1.946 | 0,16 % |
| 10. | Chile | 1.636 | 0,13 % |

© 2017 Google

Confidential

IAZ_DNJ0002363