# Exhibit S



STATE OF NEW YORK    )
                     )
                     )    ss
                     )
COUNTY OF NEW YORK   )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document with Bates Nos. IAZ_DNJ0003696—IAZ_DNJ0003698.

_____
Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me
this 3rd day of October, 2022.

_____

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432

[redacted]

Confidential                                                                                    IAZ_DNJ0003696

[redacted]

---- Forwarded by Diego Medina Leal/CO/Zenu/Carnicos/NUTRESA dated 10/21/2013 08:53 a.m. -----

From: Miguel Moreno/US/Galletas/NUTRESA
To: Diego Medina Leal/CO/Zenu/Carnicos/NUTRESA@GNCH,
Date: 10/19/2013 11:19 a.m.
Subject: Zenú's illegal trademark in the USA

Hello Diego
How are you ? hope things are going well.
I'm writing to tell you about this photo I'm enclosing, an uncle of mine works at Marquillas S.A. and they were sent the image in the photo to print 400,000 labels.

Confidential

IAZ_DNJ0003697

The containers would also be made in Medellin.
Obviously Marquillas is not going to print them and they told the packaging people to remove them as well and they are in agreement.

It appears to be a pirate from New York.

I thought it was important to tell you.

Best regards,

(Embedded image moved to file: pic03836.jpg)


(Embedded image moved to file: pic08394.jpg)



GRUPO NUTRESA S.A.

[confidentiality warning]

CONFIDENTIAL WARNING

The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have confidential data, if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.

Confidential                                                                                                                                IAZ_DNJ0003698

Confidential

IAZ_DNJ0003696



----- Remitido por Diego Medina Leal/CO/Zenu/Carnicos/NUTRESA con fecha 21/10/2013 08:53 a.m. -----

De:     Miguel Moreno/US/Galletas/NUTRESA
Para:   Diego Medina Leal/CO/Zenu/Carnicos/NUTRESA@GNCH,
Fecha:  19/10/2013 11:19 a.m.
Asunto: Marca ilegal de Zenú en USA


Hola Diego
Bien o no ? espero que todas tus cosas vayan bien.
Te escribo para contarte de esta foto que te anexo, un tío trabaja en
Marquillas S.A. y les mandaron la imagen de la foto para imprimir 400.000

Confidential                                                                                            IAZ_DNJ0003697

etiquetas. Los envases también serían hechos en Medellín.
Obviamente Marquillas no lo va a imprimir y les dijeron a los de los
envases que también se quitaran y lo van a hacer.

Parece ser que es un pirata de New York.

Me pareció importante contarte.

Saludos !

(Embedded image moved to file: pic03836.jpg)


(Embedded image moved to file: pic08394.jpg)



GRUPO NUTRESA S.A.

ADVERTENCIA SOBRE CONFIDENCIALIDAD

La información contenida en este correo electrónico, incluyendo sus anexos, esta dirigida exclusivamente a su destinatario y puede contener datos de carácter confidencial protegidos por la ley. Si usted no es el destinatario de este mensaje por favor infórmenos y elimínelo a la mayor brevedad. Cualquier retención, difusión, distribución, divulgación o copia de éste mensaje es prohibida y será sancionada por la ley.

CONFIDENTIAL WARNING

The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have confidential data. if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.