# Exhibit T



Confidential

IAZ_DNJ0003446