# Exhibit U



IAZ_DNJ0002358