# Exhibit V



Confidential

IAZ_DNJ0003447