# Exhibit W

Zenú
Chile con
carne de res

Confidential

IAZ_DNJ0003445