# Exhibit X

