# Exhibit Y



IAZ_DNJ0003623