# Exhibit BB



STATE OF NEW YORK            )
                             )
                             )          ss
COUNTY OF NEW YORK           )


**<u>CERTIFICATION</u>**


This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Spanish into English of the attached document with Bates Nos.

IAZ_DNJ0003700—IAZ_DNJ0003710.


_____

Lynda Green, Senior Managing Editor
Lionbridge


Sworn to and subscribed before me

this 3rd day of October , 20 22 .

_____

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023

Confidential

IAZ_DNJ0003700

# TARIFF CLASSIFICATION RULING

## Subheading 2005.51.4040 (HTSUS)

Rates of Duty → General 2.1c/kg on entire contents of container.

→ Free A, J.

Special Programs

— A: Generalized System of Preferences (GSP).

— J: Andean Trade Preference Act.

IAZ_DNJ0003701

# GSP REGULATIONS

- General conditions

- Rules for determining origin

  Goods must be either:

  – Wholly obtained in the beneficiary country (mined, grown, etc); or

  – Sufficiently worked or processed there.

  Cumulation of origin possible in certain cases

IAZ_DNJ0003702

## ATPA REGULATIONS

- Must have been produced entirely in a beneficiary country.

- Must have been imported directly from any of the beneficiary countries into the customs territory of the United States.

- If manufactured with materials imported from third countries, said materials must not represent more than 35% of the total value of the product.

Confidential

IAZ_DNJ0003703

# PRODUCT LABELS

There are three government agencies in the United States responsible for enforcing the legal requirements in food labeling. These agencies are:

- Food and Drug Administration (FDA).
- The Food Safety and Inspection Service(FSIS).
- United States Department of Agriculture(USDA).

Confidential

IAZ_DNJ0003704

A can of food products normally has at least two distinct areas: A principal label (Main Display Panel - PDP) and an informative label.

In most cases, the PDP is the front of the pack. This is where the FDA requires the product name, Country of Origin and the statement of net product content.



The Informative label usually is placed immediately to the right of the principal Label. Is reserved for:

– The nutrition information.

– The ingredient statement.

– The name and address of manufacturer or packer or distributor plant.



IAZ_DNJ0003706

# INGREDIENT STATMENT



Helvetica Regular, font size 8 font and single point spacing

3-point line

Helvetica Black font size 8, 4-point spacing

Centered 1/4 inch separation line between nutrients (2-point space above, 2-point space below)

Helvetica Regular font size 8, 4-point spacing

Helvetica Regular font size 8, 4-point spacing and font 10-point bullets

Franklin Gothic Heavy or Helvetica Black justified left and right, no less than 13-point font

7-point line

Helvetica Black font size 8

All information is entered in a box with 1/2 point borders  font size 3

1/4 inch line

Everything that appears below the vitamins and minerals (footnotes) is 6-point font with 1-point spacing

IAZ_DNJ0003707

# LABEL DRAFT

## INFORMACION NUTRICIONAL / NUTRITION FACTS

Tamaño de porción/Serving Size ¼ Taza (130 g)
Nº de porciones por empaque/Servings per unit : 4.5 Aprox.
Cantidad por porción /Amount Per serving
Calorias/Calories 120   Calorías de grasa/Calories from Fat: 30

| | % del Valor Diario/*%Daily Value |
|---|---|
| **Grasa total/Total fat** 3 g | 4 % |
| Grasa saturada /Saturated Fat 1 g | 5% |
| Grasa Trans/0 g | |
| **Colesterol/Cholesterol** <5 mg | 0% |
| **Sodio/Sodium** 560 mg. | 23% |
| **Carbohidratos totales/Total Carbohydrates** 34g | 8% |
| **Fibra dietética/Dietary Fiber** 3 g | 12% |
| Azúcar/Sugar 1 g | |
| Proteína/Protein 6 g | |
| Vitamina A 2 % | Vitamina C 2% |
| Calcio 4% | Hierro 10% |

*El porcentaje del Valor Diario está basado en una dieta de 2000
Calorías. Su valor diario puede ser más alto o más bajo dependiendo de
las calorías que se necesitan / % of daily value based on a 2000
calorie diet.

| Calorías/Calories: | 2000 | 2500 |
|---|---|---|
| Grasa total Menos de ( total fat less than) | 65g | 80g |
| Grasa Sat Menos de ( sat fat less than) | 20g | 25g |
| Colesterol Menos de (colesterol less than) | 300mg | 300 mg |
| Sodio Menos de ( sodium less than) | 2400mg | 2400 mg |
| Carbohidrato total/ total Carbh) | 300g | 375g |
| Fibra dietetica (Dietary fiber ) | 25g | 30g |
| Calorías por gram of calories per gram | | |
| Grasa/ Fat 9   Carbohidratos/ carbhh4   Proteína/protein) 4 | | |

**White beans with beacom 20,4oz**
Ingredients: White Beans, Water, Tomato Sauce (Water, Tomato
Paste, Sugar, Salt, Acido Organic, Spices, Dye), Bacon, Sugar
(Sweetener), Salt, Spices, Corn starch (Retains Moisture).
Net weight: 580g (20.4oz)
Storage: Keep refrigerated between 3°C and 4°C after opening.
Produced by: Alimentos Cárnicos S.A.S., Planta Proveg Km 3
Carretera La Ceja (Rionegro) (Ant). Por Industria de Alimentos Zenú
S.A.S., Cra 64C # 104 – 3 Medellín.
Colombian regulation 3139 de 2003

**Imported by COMISALSA USA, INC**
13831 Northwest Fwy, Suite 340
Houston TX, 77040 Phone:713 460 -4527

---

## INFORMACION NUTRICIONAL / NUTRITION FACTS

Tamaño de porción/Serving Size ¼ Taza (130 g)
Nº de porciones por empaque/Servings per unit : 4.5 Aprox.
Cantidad por porción /Amount Per serving
Calorias/Calories 120   Calorías de grasa/Calories from Fat: 30

| | % del Valor Diario/*%Daily Value |
|---|---|
| **Grasa total/Total fat** 3 g | 4 % |
| Grasa saturada /Saturated Fat 1 g | 5% |
| Grasa Trans/0 g | |
| **Colesterol/Cholesterol** <5 mg | 0% |
| **Sodio/Sodium** 560 mg. | 23% |
| **Carbohidratos totales/Total Carbohydrates** 34g | 8% |
| **Fibra dietética/Dietary Fiber** 3 g | 12% |
| Azúcar/Sugar 1 g | |
| Proteína/Protein 6 g | |
| Vitamina A 2 % | Vitamina C 2% |
| Calcio 4% | Hierro 10% |

*El porcentaje del Valor Diario está basado en una dieta de 2000
Calorías. Su valor diario puede ser más alto o más bajo dependiendo de
las calorías que se necesitan / % of daily value based on a 2000
calorie diet.

| Calorías/Calories: | 2000 | 2500 |
|---|---|---|
| Grasa total Menos de ( total fat less than) | 65g | 80g |
| Grasa Sat Menos de ( sat fat less than) | 20g | 25g |
| Colesterol Menos de (colesterol less than) | 300mg | 300 mg |
| Sodio Menos de ( sodium less than) | 2400mg | 2400 mg |
| Carbohidrato total/ total Carbh) | 300g | 375g |
| Fibra dietetica (Dietary fiber ) | 25g | 30g |
| Calorías por gram of calories per gram | | |
| Grasa/ Fat 9   Carbohidratos/ carbhh4   Proteína/protein) 4 | | |

**White beans with beacom 20,4oz**
Ingredients: White Beans, Water, Tomato Sauce (Water, Tomato
Paste, Sugar, Salt, Acido Organic, Spices, Dye), Bacon, Sugar
(Sweetener), Salt, Spices, Corn starch (Retains Moisture).
Net weight: 580g (20.4oz)
Storage: Keep refrigerated between 3°C and 4°C after opening.
Produced by: Alimentos Cárnicos S.A.S., Planta Proveg Km 3
Carretera La Ceja (Rionegro) (Ant). Por Industria de Alimentos Zenú
S.A.S., Cra 64C # 104 – 3 Medellín.
Colombian regulation 3139 de 2003

**Imported by COMISALSA USA, INC**
13831 Northwest Fwy, Suite 340
Houston TX, 77040 Phone:713 460 -4527

IAZ_DNJ0003708



IAZ_DNJ0003709

Imported by CORDIALSA USA, INC
13831 Northwest Fwy, Suite 340
Houston TX, 77040 Phone 713 460 -4527

Storage: Keep refrigerated between
0°C and 4°C after opening

**INFORMACION NUTRICIONAL/ NUTRITION FACTS**

Tamaño de porción/Serving Size: ½ Taza (130 g) / 4.58 oz

Nº de porciones por empaque/Servings per unit : 4.5 Aprox.

Cantidad por porción /Amount Per serving

Calorías/Calories 120     Calorías de grasa/Calories from Fat: 30

| | % del Valor Diario*/%Daily Value |
|---|---|
| **Grasa total/Total fat** .3g | 5 % |
| Grasa saturada /Satured Fat 1g | 5% |
| Grasas Trans 0 g | 0% |
| **Colesterol/Colesterol** <5mg | 0% |
| **Sodio/Sodium** 560mg. | 23% |
| **Carbohidratos totales/Total Carbohydrates** 18g | 6% |
| **Fibra dietética/Dietary Fiber** .3g | 12% |
| Azúcar/Sugar 1g | |
| Proteína/Proteins 6 g | 12% |
| Vitamina A 2 % | Vitamina C 2% |
| Calcio    4% | Hierro 10% |

*El porcentaje del Valor Diario está basado en una  dieta de 2000
Calorías. Su valor diario puede ser mas alto o mas bajo dependiendo de
las calorías  que se necesiten / % of daily value based on a 2000
calories diet.

| Calorías/ Calories: | 2000 | 2500 |
|---|---|---|
| Grasa total Menos de ( total fat less than) | 65g | 80g |
| Grasa Sat  Menos de ( sat fat less than ) | 20g | 25g |
| Colesterol Menos de (colesterol less than) | 300mg | 300mg |
| Sodio Menos de ( sodium less than) | 2400mg | 2400mg |
| Carbohidratos totales( total Carbi) | 300g | 375g |
| Fibra dietaria (Dietary fiber ) | 25g | 30g |

Calorías por gramo/ calories per gram :
Grasa( fat) 9    Carbohidratos ( carbh)4   Proteína(protein) 4

Ingredients: White Beans, Water, Tomato Sauce
(Water, Tomato Paste, Sugar, Salt, Acids Organic,
Spices,  Dyes), Bacon, Sugar (Sweetener), Salt, Spices,
Corn starch (Retainer Mositure).

Produced by  Alimentos Cárnicos S.A.S., Planta
Proveg Km 3 Carretera La Ceja-Rionegro (Ant). for
Industria de Alimentos Zenú S.A.S.,
Cra. 64C # 104 – 3 Medellin.
Colombian regulation: 5109 de 2005

Confidential

IAZ_DNJ0003710

Confidential

IAZ_DNJ0003700

# TARIFF CLASSIFICATION RULING

## Subheading 2005.51.4040 (HTSUS)

Rates of Duty

General 2.1c/kg on entire contents of container.

Free A, J.

Special Programs

— A: Generalized System of Preferences (GSP).

— J: Andean Trade Preference Act.

Confidential

IAZ_DNJ0003701

# GSP REGULATIONS

- General conditions

- Rules for determining origin

  Goods must be either:

  – Wholly obtained in the beneficiary country (mined, grown, etc); or

  – Sufficiently worked or processed there.

  Cumulation of origin possible in certain cases

IAZ_DNJ0003702

# ATPA REGULATIONS

- Haber sido producidos totalmente en un país beneficiario.

- Ser importados directamente de cualquiera de los países beneficiarios al territorio aduanero de los Estados Unidos.

- En el caso de ser elaborados con insumos importados de terceros países, que dichos insumos no representen más del 35% del valor total del producto.

Confidential

IAZ_DNJ0003703

# PRODUCT LABELS

There are three government agencies in the United States responsible for enforcing the legal requirements in food labeling. These agencies are:

– Food and Drug Administration (FDA).

– The Food Safety and Inspection Service(FSIS).

– United States Department of Agriculture(USDA).

Confidential

IAZ_DNJ0003704

A can of food products normally has at least two distinct areas: A principal label (Main Display Panel - PDP) and an informative label.

In most cases, the PDP is the front of the pack. This is where the FDA requires the product name, Country of Origin and the statement of net product content.



IAZ_DNJ0003705

The Informative label usually is placed immediately to the right of the principal Label. Is reserved for:

– The nutrition information.

– The ingredient statement.

– The name and address of manufacturer or packer or distributor plant.



IAZ_DNJ0003706

# INGREDIENT STATMENT



# LABEL DRAFT



# PRICIPAL LABEL DRAFT



Confidential

IAZ_DNJ0003709

Imported by CORDIALSA USA, INC
13831 Northwest Fwy., Suite 340
Houston TX, 77040 Phone 713 460- 4527

## INFORMACION NUTRICIONAL/ NUTRITION FACTS

Tamaño de porción/Serving Size: ½ Taza (130 g) / 4.58 oz

N° de porciones por empaque/Servings per unit :  4.5 Aprox.

Cantidad por porción /Amount Per serving

Calorias/Calories 120     Calorías de grasa/Calories from Fat 30

| | % del Valor Diario*/%Daily Value |
|---|---|
| Grasa total/Total fat  3g | 5 % |
| Grasa saturada /Satured Fat 1g | 5% |
| Grasas Trans 0 g | 0% |
| Colesterol/Colesterol  <5mg | 0% |
| Sodio/Sodium  560mg | 23% |
| Carbohidratos totales/Total Carbohydrates  18g | 6% |
| Fibra dietética/Dietary Fiber  3g | 12% |
| Azúcar/Sugar  1g | |
| Proteína/Proteins  6 g | 12% |
| Vitamina A 2 % | Vitamina C  2% |
| Calcio     4% | Hierro  10% |

*El porcentaje del Valor Diario está basado en una  dieta de 2000 Calorías. Su valor diario puede ser mas alto o mas bajo dependiendo de las calorías  que se necesiten./ % of daily value based on a 2000 calories diet.

| Calorías/ Calories: | 2000 | 2500 |
|---|---|---|
| Grasa total Menos de ( total fat less than) | 65g | 80g |
| Grasa Sat Menos de ( sat fat less than ) | 20g | 25g |
| Colesterol Menos de (colesterol less than) | 300mg | 300mg |
| Sodio Menos de ( sodium less than) | 2400mg | 2400mg |
| Carbohidratos totales( total Carbh) | 300g | 375g |
| Fibra dietaria ( Dietary fiber ) | 25g | 30g |

Calorías por gramo/ calories per gram :

Grasa( fat) 9     Carbohidratos  ( carbh)4    Proteína(protein) 4

Ingredients: White Beans, Water, Tomato Sauce
(Water, Tomato Paste, Sugar, Salt, Acids Organic,
Spices,  Dyes), Bacon, Sugar (Sweetener), Salt, Spices,
Corn starch (Retainer Moisture).

Produced by  Alimentos Cárnicos S.A.S., Planta
Proveg Km 3 Carretera La Ceja-Rionegro (Ant). for
Industria de Alimentos Zenú S.A.S.,
Cra. 64C # 104 – 3 Medellín.
Colombian regulation: 5109 de 2005

Storage: Keep refrigerated between
0°C and 4°C after opening

IAZ_DNJ0003710