# Exhibit CC



STATE OF NEW YORK )
                  )
                  ) ss
                  )
COUNTY OF NEW YORK )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document with Bates Nos. IAZ_DNJ0002483—IAZ_DNJ0002486.

Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me
this 3rd day of October, 2022.

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023

| Redacted |
|---|

---Forwarded by Veronica Velasquez Arias/CO/Services/NUTRESA on 09/19/2017 14:07---
To: Veronica Velasquez Arias/CO/Services/NUTRESA@GNCH
From: Luis Alfonso Arango/US/Cordialsa/NUTRESA
Date: 09/19/2017 14:06
Subject: Fw: Fw: Meeting with Luis Alfonso Arango - Cordialsa USA

| Redacted |
|---|

[logo:]
Cordialsa USA         Luis A. Arango

Cordialsa USA, Inc.
24900 Pitkin Road Suite 190
Spring, TX, 77386
Ph: (713) 460 4527
Avaya:34201
laarango@cordialsausa.com


---- Forwarded by Luis Alfonso Arango/US/Cordialsa/NUTRESA on 09/19/2017 01:53PM ---

To: Luis Alfonso Arango/US/Cordialsa/NUTRESA@GNCH
From: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA
Date: 12/03/2014 10:03 AM
Cc: Robinson Manuel Rodriguez Zarta/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH
Subject: FW: Meeting with Luis Alfonso Arango - Cordialsa USA

Hi Luis,

Here's the information that Marketing is asking us for, for the value Chain I have to send you my updated cost, which I have already requested. With the trademark use issue, Services is already working on that.

But for the other two points I think we could use your distribution model as a basis.

Thank you so much.

----- Forwarded by Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA on 03/12/2014 08:08 a.m.

From:        Juliana Gomez Gonzalez/CO/Zenu/Carnicos/NUTRESA
To:          Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/ NUTRESA@GNC

| | |
|---|---|
| Cc: | Maria Adelaida Arango Hoyos/CO/Zenu/Carnicos/NUTRESA@GNCH |
| Date: | 03/11/2014 11:27 a.m. |
| Subject: | Re: Fw: Meeting with Luis Alfonso Arango - Cordialsa USA |

Hello. I have a few doubts I would like to clear up in the event that we request support from Marketing:
- they already have the product's value chain, what is the retail price in the USA?
- What are the competition's prices? How much is the product sold for currently (in some cases, we have seen that our products are arriving there but we are not taking them)
- How much is the estimated potential because of the Colombian population in these states?

If I remember rightly, the use of the trademark in the United States had been lost at some point because we had no evidence of commercial use over the past few years, but it would be best for Services to confirm this.

Best regards,


    Hernando Ramos Moreno—03/10/2014 10:11:21 p.m.—Good morning Carlos, As instructed by Diego Medina, last week we had a meeting with Luis A//

From: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/ NUTRESA
To: Carlos Andrés Espinosa Escobar/CO/Zenu/Carnicos/NUTRESA@GNCH
cc:     Santiago    Jiménez    Ramirez/CO/Zenu/Carnicos/NUTRESA@GNCH,    Juliana    Gómez Gonzalez/CO/Zenu/Carnicos/NUTRESA@GNCH,         Robinson         Manuel         Rodríguez Zarta/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH
Date: 03/10/2014 10:11 p.m.
Subject: Fw: Meeting with Luis Alfonso Arango - Cordialsa USA

Good morning Carlos,

As instructed by Diego Medina, last week we had a meeting with Luis Alfonso Arango, Manager at Cordialsa USA, who is interested in selling Zenu Frijoles Antioqueño [Antioquian Beans] x 380 and 580 gr to a nostalgic Colombian market in some geographic areas such as Florida, New York and California.

For this we have a few tasks, for which we need your assistance:

- We need to send a data sheet in English for submission to the FDA --> Research and Development Support. I have attached the form we sent in 2010, in case it is still valid

- We need to send four samples of Beans x 380 and four samples of Beans x 580, with labels in English, for submission to the FDA --> Research and Development Support

Thank you so much for your help and cooperation.

[Attachment 20100914 - Frijoles antioqueños con tocino (Ingles).doc [Antioquian beans with bacon technical sheet (English).doc] deleted by Juliana Gómez Gonzalez/CO/Zenu/Carnicos/NUTRESA]

......Forwarded by Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA on 03/10/2014 10:05 p.m.

| | |
|---|---|
| From: | Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/ NUTRESA |
| To: | Fernery Garcia García/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH |
| cc: | Santiago Jimenez Ramirez/CO/Zenu/Carnicos/NUTRESA@GNCH |
| Date: | 05/03/2014 07:57 a.m. |
| Subject: | Meeting with Luis Alfonso Arango - Cordialsa USA |

Good morning Fer,

Here are our notes from yesterday's meeting with Luis Alfonso Arango, from Cordialsa USA.

- The project to export beans had been suspended when the image was changed and the switch was made from lithographed can to label, because of the requirement for the texts to be in English.

- We need to send a data sheet in English for submission to the FDA --> Research and Development Support.

- We need to send four samples of Beans x 380 and four samples of Beans x 580, with labels in English, for submission to the FDA --> Research and Development Support

- Validate use of Zenu trademark in the USA -> Nutresa Services Support

- Check the invoicing of products in English in SAP in order to send samples of no commercial value and have the system ready to invoice Cordialsa as soon as FDA approves it

- Send updated product costs, to generate a value chain; however, the focus is on reaching a niche Colombian market that will pay for the product, even if it is a higher retail price than the local market

We will work on the pending tasks internally in order to

Confidential
IAZ_DNJ0002485

export this product to the Latino market in the USA.

Best regards,

[logo:]  Hernando Ramos Moreno
Alimentos Carnicos  Director



**Redacted**

-----Remitido por Veronica Velasquez Arias/CO/Servicios/NUTRESA el 19/09/2017 14:07 -----
Para: Veronica Velasquez Arias/CO/Servicios/NUTRESA@GNCH
De: Luis Alfonso Arango/US/Cordialsa/NUTRESA
Fecha: 19/09/2017 14:06
Asunto: Fw: Rm: Reunión con Luis Alfonso Arango - Cordialsa USA

**Redacted**



Luis A. Arango

Cordialsa USA, Inc
24900 Pitkin Rd Ste 190
Spring, TX, 77386
Ph: (713) 460 4527
Avaya: 34201
laarango@cordialsausa.com

-----Forwarded by Luis Alfonso Arango/US/Cordialsa/NUTRESA on 09/19/2017 01:53PM -----

To: Luis Alfonso Arango/US/Cordialsa/NUTRESA@GNCH
From: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA
Date: 03/12/2014 10:03AM
Cc: Robinson Manuel Rodriguez Zarta/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH
Subject: Rm: Reunión con Luis Alfonso Arango - Cordialsa USA

Hola Luis

Te envío información que nos solicita Mercadeo, para la Cadena de valor debo pasarte mi costo actualizado, el cual ya pedí. Con el tema del uso de marca ya Servicios está en eso

Pero los otros 2 puntos creo podríamos apoyarnos en tu modelo de distribución

Mil gracias

----- Remitido por Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA con fecha 12/03/2014 08:08 a.m. -----

De:          Juliana Gomez Gonzalez/CO/Zenu/Carnicos/NUTRESA

Para:        Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH,

| | |
|---|---|
| cc: | Maria Adelaida Arango Hoyos/CO/Zenu/Carnicos/NUTRESA@GNCH |
| Fecha: | 11/03/2014 11:27 a.m. |
| Asunto: | Re: Rm: Reunión con Luis Alfonso Arango - Cordialsa USA |

Hola, tengo varias dudas que quisiera conocer en el caso de solicitar apoyo de mercadeo:
- ya tienen la cadena de valor del producto, cual es el PVP al consumidor en USA?
- Cuales son los precios de la competencia? En cuanto se vende el producto actualmente (en algunos casos hemos visto que ya llegan nuestros productos pero que nosotros no los llevamos)
- En cuanto están calculando el potencial por la población colombiana en estos estados?

El uso de la marca en Estados Unidos, si recuerdo bien se había perdido en algún momento porque no teníamos pruebas de uso comercial en los últimos años, pero es mejor que Servicios lo confirme.

Saludos,


Hernando Ramos Moreno---10/03/2014 10:11:21 p.m.---Buenos días Carlos  Por instrucción de Diego Medina, tuvimos la semana pasada una reunión con Luis A

De: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA
Para: Carlos Andres Espinosa Escobar/CO/Zenu/Carnicos/NUTRESA@GNCH,
cc: Santiago Jimenez Ramirez/CO/Zenu/Carnicos/NUTRESA@GNCH, Juliana Gomez Gonzalez/CO/Zenu/Carnicos/NUTRESA@GNCH, Robinson Manuel Rodriguez Zarta/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH
Fecha: 10/03/2014 10:11 p.m.
Asunto: Rm: Reunión con Luis Alfonso Arango - Cordialsa USA

Buenos días Carlos

Por instrucción de Diego Medina, tuvimos la semana pasada una reunión con Luis Alfonso Arango, Gerente de Cordialsa USA, quién está interesado en vender Fríjoles Antioqueños Zenu x 380 y 580 Gr. A un mercado nostálgico de colombianos en algunas zonas geográficas como Florida, New York y California

Para tal fin tenemos algunas tareas, en las cuales requerimos de tu apoyo:

- Se requiere enviar ficha técnica en Inglés para presentarla a la FDA --> Apoyo de Investigación y Desarrollo.  Adjunto la ficha que enviamos en el 2010, por si continúa vigente

- Necesitamos enviar 4 muestras de Frijol x 380 y 4 muestras de Frijol x 580, con las etiquetas en Inglés para presentarlas a la FDA --> Apoyo de Investigación y Desarrollo

Confidential

Mil gracias por tu apoyo y colaboración

[anexo 20100914 - Ficha técnica Frijoles antioqueños con tocino (Ingles).doc eliminado por Juliana Gomez Gonzalez/CO/Zenu/Carnicos/NUTRESA]

----- Remitido por Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA con fecha 10/03/2014 10:05 p.m. -----

| | |
|---|---|
| De: | Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA |
| Para: | Fernery Garcia Garcia/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH, |
| cc: | Santiago Jimenez Ramirez/CO/Zenu/Carnicos/NUTRESA@GNCH |
| Fecha: | 05/03/2014 07:57 a.m. |
| Asunto: | Reunión con Luis Alfonso Arango - Cordialsa USA |

Buenos días Fer:

Te comparto las notas de la reunión que tuvimos ayer con Luis Alfonso Arango, de Cordialsa USA.

- El proyecto de exportación de Fríjoles se había suspendido en el momento de cambio de imagen y cambio de lata litografiada a etiqueta, por necesidad de textos en inglés.

- Se requiere enviar ficha técnica en Inglés para presentarla a la FDA --> Apoyo de Investigación y Desarrollo

- Necesitamos enviar 4 muestras de Frijol x 380 y 4 muestras de Frijol x 580, con las etiquetas en Inglés para presentarlas a la FDA --> Apoyo de Investigación y Desarrollo

- Validar uso de marca Zenu en USA -> Apoyo Servicios Nutresa

- Revisar en SAP facturación de productos en Inglés para enviar muestras sin valor comercial y poder tener listo el sistema para facturarle a Cordialsa, tan pronto apruebe la FDA

- Enviar costos de producto actualizados, para generar cadena de valor, sin embargo el foco es llegar a un nicho de mercado Colombiano que pague por el producto, así sea una PVP más alto que el mercado local

Quedamos con las tareas pendientes para gestionarlas internamente y lograr una

Confidential

exportación de producto al mercado latino de USA

Un abrazo



Hernando Ramos Moreno
Director de Ventas Larga Vida y
Food Service
Negocio Cárnico

Dirección: Cra 62 No 29 - 124
Ciudad : Medellín
Teléfono: (4) 452 87 00 Ext 41802
email: hramos@alimentoscarnicos.com.co

Grupo Empresarial Nutresa 

Confidential
IAZ_DNJ0002486