# Exhibit DD



STATE OF NEW YORK        )
                         )
                         )   ss
                         )
COUNTY OF NEW YORK       )

**CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document with Bates Nos. IAZ_DNJ0003619—IAZ_DNJ0003622.

Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me
this 3rd day of October, 2022.

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023



**From:** Luis Alfonso Arango <laarango@cordialsausa.com>
**Sent:** Monday, August 11, 2014 11:12 PM
**To:** Libia Eugenia Betancur Rendon <libetancur@zenu.com.co>
**Subject:** Re: Fw: Sofia Express

Hello Libia:

Sorry for not getting back to you sooner, but I've been a little bit caught up in various projects. I was looking at what you sent me and I find it interesting.

I will take a good look at the market and get back to you so we can continue to review any opportunity we may have.

Regards,

Confidential                                                                                                          IAZ_DNJ0003619



Luis A. Arango

Cordialsa USA, Inc
9950 Cypresswood Dr. Ste 360
Houston, TX, 77070
Ph: (713) 460 4527

laarango@cordialsausa.com

----Libia Eugenia Betancur Rendon/CO/Zenu/Carnicos/NUTRESA wrote:----

To: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH
From: Libia Eugenia Betancur Rendon/CO/Zenu/Carnicos/NUTRESA
Date: 06/10/2014 08:09AM
Cc: Luis Alfonso Arango/US/Cordialsa/NUTRESA@GNCH
Subject: Re: Fw: Sofia Express

Good morning.

Thank you Hernando for sharing your concern and a cordial greeting to Luis Alfonso.

In the Frozen Meat Business line, we have 5 categories: Breaded, Ready-to-eat meals, Pizzas, Snacks and Pastas, mostly with meat content (beef and chicken). For more information on the portfolio, I send a description of each product in the attached file.

Regarding the possibility of exporting frozen products, this has not yet been explored due to the current logistical barriers and the fact that we still have a great deal of work to do to penetrate the local market, but in the event of an opportunity in a market where this type of product is relevant, I think it would be interesting to evaluate it.

Of the current meatless products, we have Empanadas (pies), Cheese Sticks, Pasta puff pastry and Christmas Products (Hojuelas and Buñuelos). The latter could be the most in line with what I understand by homesick market.

Please find more information attached and in case of any questions, check with Proexport, they will gladly help you.

Confidential                                                                                                              IAZ_DNJ0003620



**Libia E. Betancur Rendon**
Head of Marketing
**Industria Alimentos Zenu S.A.S.**
Cra. 64 C# 104-03
Medellin
(4) 4705222 Ext. 42384

Grupo Empresarial Nutresa 

----Hernando Ramos Moreno/CO/Alimenlos_Carnicos/Carnicos/NUTRESA wrote:----

To: Libia Eugenia Betancur Rendon/CO/Zenu/Camicos/NUTRESA@GNCH
From: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA
Date: 06/05/2014  09:09:00 AM
CC: Luis Alfonso Arango/US/Cordialsa/NUTRESA@GNCH
Subject: Fw: Sofia Express

Hello Libia:

I am sending you an email from Luis Alfonso Arango, Manager of Cordialsa USA, who expresses an interest in importing Zenu Frozen Foods for the Colombian community in the USA.

He wants to view the catalog and check which items other than those containing meat could be offered to that market.

Thank you very much,

**Hernando Ramos Moreno**
Sales Director Extended Shelf Life Products and Food Service
**Meat Business**
Address: Cra 52 No. 20 -124
Medellín - Colombia
Tel: (57-4) 402 82 00 Ext 41802
Cell: 315 5704981
e-Mail: hramos@alimentocarnicos.com.co

----Forwarded by Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA on 06/05/2014 09:06 AM----

To: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH
From: Luis Alfonso Arango/US/Cordialsa/NUTRESA
Date: 05/29/2014  11:32:00 AM
Subject: Sofia Express

Hernando:

I kept thinking about what we discussed earlier. In any case, I would like proexport to fully advise us on the subject of frozen foods for import to the USA. Could you introduce me to someone who handles that product in order to see if they can send me a catalog of products so that I can check the feasibility of this with proexport? I saw that they have empanadas, cheese sticks, etc... and that could work for the homesick market.

Best regards,

Luis A. Arango



Cordialsa USA, Inc
9950 Cypresswood Dr. Ste 360
Houston, TX, 77070
Ph: (713) 460 4527

laarango@cordialsausa.com

[attachment "Portafolio congelados.pdf" removed by Luis Alfonso Arango/US/Cordialsa/NUTRESA]

**ADVERTENCIA SOBRE CONFIDENCIALIDAD**

La información contenida en este correo electrónico, incluyendo sus anexos, está dirigida exclusivamente a su destinatario y puede contener datos de carácter confidencial protegidos por ¡a ley. Si usted no es el destinatario de este mensaje por favor infórmenos y elimínalo a ia mayor brevedad. Cualquier retención, difusión, distribución, divulgación o copia de éste mensaje es prohibida y será sancionada por la ley.

**CONFIDENTIAL WARNING**

The information contained In this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have confidential data, if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.

**ADVERTENCIA SOBRE CONFIDENCIALIDAD**

La información contenida en este correo electrónico, incluyendo sus anexos, está dirigida exclusivamente a su destinatario y puede contener datos de carácter confidencial protegidos por la ley Si usted no es el destinatario de este mensaje por favor Infórmenos y elimínalo a la mayor brevedad. Cualquier retención, difusión, distribución, divulgación o copia de éste mensaje es prohibida y será sancionada por la ley.

**CONFIDENTIAL WARNING**

The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have confidential data, if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution er copying of this message is strictly prohibited and punished by law.

**From:** Luis Alfonso Arango <laarango@cordialsausa.com>
**Sent:** Monday, August 11, 2014 11:12 PM
**To:** Libia Eugenia Betancur Rendon <libetancur@zenu.com.co>
**Subject:** Re: Rm: Sofia Express

Hola Libia:

Disculpa por no haberte contestado antes pero he andado en varios proyectos un poco enredado. Estuve mirando lo que me enviaste y me parece interesante.

Voy a mirar bien el mercado y te vuelvo a contactar para que sigamos revisando que oportunidad podemos tener.

saludos.

Confidential                                                                                                                    IAZ_DNJ0003619

Luis A. Arango



Cordialsa USA, Inc
9950 Cypresswood Dr. Ste 360
Houston, TX, 77070
Ph: (713) 460 4527

laarango@cordialsausa.com

-----Libia Eugenia Betancur Rendon/CO/Zenu/Carnicos/NUTRESA wrote: -----

To: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH
From: Libia Eugenia Betancur Rendon/CO/Zenu/Carnicos/NUTRESA
Date: 06/10/2014 08:09AM
Cc: Luis Alfonso Arango/US/Cordialsa/NUTRESA@GNCH
Subject: Re: Rm: Sofia Express

Buenos días.

Gracias Hernando por compartirme la inquietud y un cordial saludo para Luis Alfonso.

En la línea de Congelados del Negocio Cárnico, contamos con 5 categorías: Apanados, Platos Listos, Pizzas, Pasabocas y Masas, en su mayoría, con contenido cárnico (res y pollo).   Para mayor ampliación del portafolio, envío descripción de cada producto en el archivo adjunto.

Sobre la posibilidad de exportar productos congelados, ésto aún no se ha explorado debido a las barreras logísticas actuales y a que todavía tenemos un trabajo grande en penetración en el mercado local, pero dado el caso de una oportunidad en un mercado que sea relevante este tipo de productos, me parece interesante evaluarlo.

De los productos actuales sin carne, tenemos Empanadas, Palitos de Queso, Pasta hojaldrada y Productos de Navidad (Hojuelas y Buñuelos). Este último, podría ser el más afín a lo que entiendo por Mercado nostálgico.

Les adjunto información y en caso de cualquier inquietud para revisar con Proexport. con gusto será atendida.

Confidential

IAZ_DNJ0003620



Libia E. Betancur Rendón
Jefe de Mercadeo
Industria Alimentos Zenú S.A.S.
Cra 64 C # 104-03
Medellín
(4) 4705222 Ext: 42384

Grupo Empresarial Nutresa 

-----Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA escribió: -----

Para: Libia Eugenia Betancur Rendon/CO/Zenu/Carnicos/NUTRESA@GNCH
De: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA
Fecha: 05/06/2014 09:09
Cc: Luis Alfonso Arango/US/Cordialsa/NUTRESA@GNCH
Asunto: Rm: Sofia Express

Hola Libis

Te envío correo de Luis Alfonso Arango, Gerente de Cordialsa USA, quien nos manifiesta interés en importar Congelados Zenu para la colonia colombiana en USA.

Quiere conocer el catálogo y validar qué referencias diferentes a las que contengan carne podrían llevar para ese mercado

Mil gracias,



Hernando Ramos Moreno
Director de Ventas Larga Vida y Food Service
Negocio Cárnico
Dirección: Cra 52 No 20 - 124
Medellín – Colombia
Tel.: (57-4) 402 82 00 Ext: 41802
Cel: 315 5704981
Mail: hramos@alimentoscarnicos.com.co

Grupo Empresarial Nutresa 

-----Remitido por Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA el 05/06/2014 09:06 -----

Para: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH
De: Luis Alfonso Arango/US/Cordialsa/NUTRESA
Fecha: 29/05/2014 11:32
Asunto: Sofia Express

Hernando:

Confidential    IAZ_DNJ0003621

Me quede pensando en lo que hablamos ahora. De todas maneras me gustaria que proexport nos pudiera asesorar bien en el tema de alimentos congelados para traerlos a usa. Vos tenes forma de ponerme en contacto con alguien que maneje ese producto para ver si me envian un catalogo de productos y yo revisar con proexport la factibilidad de eso? vi que tienen empanadas, palitos de queso, etc...y eso nos pudiera servir para el mercado nostalgico.

att

Luis A. Arango



Cordialsa USA, Inc
9950 Cypresswood Dr. Ste 360
Houston, TX, 77070
Ph: (713) 460 4527

laarango@cordialsausa.com

[attachment "Portafolio congelados.pdf" removed by Luis Alfonso Arango/US/Cordialsa/NUTRESA]

ADVERTENCIA SOBRE CONFIDENCIALIDAD
La información contenida en este correo electrónico, incluyendo sus anexos, está dirigida exclusivamente a su destinatario y puede contener datos de carácter confidencial protegidos por la ley. Si usted no es el destinatario de este mensaje por favor infórmenos y elimínalo a la mayor brevedad. Cualquier retención, difusión, distribución, divulgación o copia de éste mensaje es prohibida y será sancionada por la ley.

CONFIDENTIAL WARNING
The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have confidential data. if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.

ADVERTENCIA SOBRE CONFIDENCIALIDAD
La información contenida en este correo electrónico, incluyendo sus anexos, está dirigida exclusivamente a su destinatario y puede contener datos de carácter confidencial protegidos por la ley. Si usted no es el destinatario de este mensaje por favor infórmenos y elimínalo a la mayor brevedad. Cualquier retención, difusión, distribución, divulgación o copia de éste mensaje es prohibida y será sancionada por la ley.

CONFIDENTIAL WARNING
The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have confidential data. if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.