# Exhibit EE



STATE OF NEW YORK   )
            )
            )  ss
COUNTY OF NEW YORK  )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document with Bates Nos. IAZ_DNJ0003616—IAZ_DNJ0003617.

---

Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me
this 3rd day of October, 2022.

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023



**From:** Luis Alfonso Arango <laarango@cordialsausa.com>
**Sent:** Wednesday, March 5, 2014 9:49 AM
**To:** Hernando Ramos Moreno <hramos@alimentoscarn`icos.com.co>
**Subject:** Re: Zenu Sales

Hernando:

It would be an intercompany sale because we are a trading company and mandate sales don't exist in the USA.

Best regards,

**Luis A. Arango**

Managing Director

**Cordialsa USA, Inc**

9950 Cypresswood Dr. Ste 360

Confidential                                                                    IAZ_DNJ0003616



Houston. TX, 77070

Ph: (713) 480 4527

iaarango@cordialsausa.com

----Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA wrote:----

To: Luis Alfonso Arango/US/Cordialsa/NUTRESA@GNCH
From: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA
Date: 03/05/2014 09:36AM
Subject: Zenu Sales

Hello Luis.

I have a question, is the export of Zenu Beans handled as an intercompany sale to Cordialsa or do you already operate with Mandate Sales [*venta por mandato*]?

Thank you.

**Hernando Ramos Moreno**
Sales Director Extended Shelf Life Products and
Food Service
**Meat Business**



Address: Cra 52 No 20 -124
Ciudad Medellín
Telephone: (4) 402 82 00 Ext. : 41802
e-mail: hramos@alimentoscarnicos.com.co

[illegible]

**ADVERTENCIA SOBRE CONFIDENCIALIDAD**
La información contenida en este correo electrónico, incluyendo sus anexos, está dirigida exclusivamente a su destinatario y puede contener datos de carácter confidencial protegidos por ¡a ley. Si usted no es el destinatario de este mensaje por favor infórmenos y elimínalo a la mayor brevedad. Cualquier retención, difusión, distribución, divulgación o copia de éste mensaje es prohibida y será sancionada por la ley,

**CONFIDENTIAL WARNING**
The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have confidential data, if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.

**ADVERTENCIA SOBRE CONFIDENCIALIDAD**
La información contenida en este correo electrónico, incluyendo sus anexos, está dirigida exclusivamente a su destinatario y puede contener datos de carácter confidencial protegidos por ¡a ley. Si usted no es el destinatario de este mensaje por favor infórmenos y elimínalo a la mayor brevedad. Cualquier retención, difusión, distribución, divulgación o copia de éste mensaje es prohibida y será sancionada por la ley,

**CONFIDENTIAL WARNING**
The information contained in this e-maii, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have confidential data, if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.

Confidential                                                                 IAZ_DNJ0003617

**From:** Luis Alfonso Arango <laarango@cordialsausa.com>
**Sent:** Wednesday, March 5, 2014 9:49 AM
**To:** Hernando Ramos Moreno <hramos@alimentoscarnicos.com.co>
**Subject:** Re: Ventas Zenu

Hernando:

seria por ventas intercompany porque somos comercializadoras y en USA no existe ventas por mandato.

att

Luis A. Arango

Managing Director

Cordialsa USA, Inc

9950 Cypresswood Dr. Ste 360

Confidential

IAZ_DNJ0003616



Houston, TX, 77070

Ph: (713) 460 4527

laarango@cordialsausa.com

-----Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA wrote: -----

To: Luis Alfonso Arango/US/Cordialsa/NUTRESA@GNCH
From: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA
Date: 03/05/2014 09:36AM
Subject: Ventas Zenu

Hola Luis

Te hago una consulta, la exportación de Fríjoles Zenu se hace como una venta Intercompañía a Cordialsa o Uds ya operan con Ventas por Mandato ??

Mil gracias,



Hernando Ramos Moreno
Director de Ventas Larga Vida y
Food Service
Negocio Cárnico

Dirección : Cra 52 No 20 - 124
Ciudad : Medellín
Teléfono : (4) 402 82 00 Ext. : 41802
e-mail : hramos@alimentoscarnicos.com.co

Grupo Empresarial Nutresa

**ADVERTENCIA SOBRE CONFIDENCIALIDAD**
La información contenida en este correo electrónico, incluyendo sus anexos, está dirigida exclusivamente a su destinatario y puede contener datos de carácter confidencial protegidos por la ley. Si usted no es el destinatario de este mensaje por favor infórmenos y elimínalo a la mayor brevedad. Cualquier retención, difusión, distribución, divulgación o copia de éste mensaje es prohibida y será sancionada por la ley.

**CONFIDENTIAL WARNING**
The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have confidential data. if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.

**ADVERTENCIA SOBRE CONFIDENCIALIDAD**
La información contenida en este correo electrónico, incluyendo sus anexos, está dirigida exclusivamente a su destinatario y puede contener datos de carácter confidencial protegidos por la ley. Si usted no es el destinatario de este mensaje por favor infórmenos y elimínalo a la mayor brevedad. Cualquier retención, difusión, distribución, divulgación o copia de éste mensaje es prohibida y será sancionada por la ley.

**CONFIDENTIAL WARNING**
The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have confidential data. if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.

Confidential                                                          IAZ_DNJ0003617