# Exhibit FF



STATE OF NEW YORK        )
                         )
                         )   ss
                         )
COUNTY OF NEW YORK       )

## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document with Bates Nos. IAZ_DNJ0003600—IAZ_DNJ0003606.

_____
Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me
this 3rd day of October, 2022.

_____

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023



**From**: Luis Alfonso Arango <laarango@cordialsausa.com>
**Sent**: Monday, March 17, 2014 9:37 AM
**To**: Hernando Ramos Moreno <hramos@alimentoscarnicos.com.co>
**Cc**: Robinson Manuel Rodriguez Zarta <rrodriguez@alimentoscarnicos.com.co>
**Subject**: Re: Fw: Meeting with Luis Alfonso Arango - Cordialsa USA


Hernando:

Regarding your questions:

1. This is how we construct the value chain:

   - Cost of Customs clearance: 10% of FOB.
   - Cordialsa Margin: 20%

Confidential                                                                                                          IAZ_DNJ0003600

- Distributor Margin: 25%

- Chain Margin: 30%

The platform margin (zenu) will depend on the competitiveness of the product. Traditionally we have operated so that the platforms earn 25% or maximum 30%.

The marketing investment for the product is defined separately and depends on the budget you approve for the product. Marketing and trade investment is not in the value chain but is managed through budgets. A sum is defined collectively and is charged each month via reimbursement with the respective supporting documentation.

2. We do not have nielsen information but according to our data there must be about 2.5 million Colombians in the USA.

3. The competition's prices: We do not have much information because we only sporadically encounter dona paula products. Anyway, I'm going to check it out and let you know.

Best regards,

**Luis A. Arango**

Managing Director



**Cordialsa USA, Inc**

9950 Cypresswood Dr. Ste 360

Houston, TX, 77070

Ph: (713) 460 4527

laarango@cordialsausa.com

--Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA wrote:-----

To: Luis Alfonso Arango/US/Cordialsa/NUTRESA@GNCH
From: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA
Date: 03/12/2014 10:03AM
CC: Robinson Manuel Rodríguez Zarta/CO/Alimentos__Carnicos/Carnicos/NUTRESA@GNCH
Subject: Fw: Meeting with Luis Alfonso Arango - Cordialsa USA

Hello Luis.

I am sending you the information requested by Marketing, for the Value Chain I have to send you my updated cost, which I have already requested. With the issue of trademark use, Services is already looking into it

But as to the other 2 points, I believe we could use your distribution model as a basis

Thank you very much

|  |  |  |
|---|---|---|
|  |  | Hernando Ramos Moreno<br>Sales Director Extended Shelf Life<br>Products and Food Service<br>Meat Business |
| [logo] *Alimentos Carnicos* |  | Address: Cra 52 No. 20 -124<br>City: Medellin<br>Telephone: (4) 402 82 00 Ext.: 41802<br>e-mail: [illegible] |
| Grupo Empresarial Nutresa [logo] |  |  |

----- Forwarded by Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA dated 03/12/2014 08:08 a.m. -----

| From: | Juliana Gómez Gonzalez/CO/Zenu/Carnicos/NUTRESA |
|---|---|
| To: | Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH, |
| cc: | María Adelaida Arango Hoyos/CO/Zenu/Carnicos/NUTRESA@GNCH |
| Date: | 03/11/2014 11:27 a.m. |
| Subject: | Re: Fw: Meeting with Luis Alfonso Arango - Cordialsa USA |

Hello, I have several questions I would like to have answered in case of asking for marketing support. [source unclear]
- They already have the value chain of the product, what is the retail price in the U.S.A.?
- What are the competition's prices? At what price is the product currently sold (in some cases we have seen that our products are arriving there but we are not taking them)
- What is the estimated potential because of the Colombian population in these states?

If I recall correctly, the use of the trademark in the United States had been lost at some point because we had no evidence of commercial use in recent years, but it would be best for Services to confirm this.

Best regards,



[logo] **Alimentos Carnicos**

Juliana Gomez G.
Head of Marketing
Meat Business

Cra. 64 c # 104–03 Medellin
Telephone: (574) 4705378
(574) 4705222 ext. 42378

---------------------------------------------------------

Grupo Empresarial Nutresa [logo]

Inactive hide details for Hernando Ramos Moreno-03/10/2014 10:11:21 p.m.-Good morning Carlos, As instructed by Diego Medin
Hernando Ramos Moreno- 03/10/2014 10:11:21 p,m.-Good morning Carlos, As instructed by Diego Medina, last week we had a meeting with Luis A

From: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA
To: Carlos Andres Espinosa Escobar/CO/Zenu/Carnicos/NUTRESA@GNCH,
cc: Santiago Jimenez Ramirez/CO/Zenu/Carnicos/NUTRESA@GNCH, Juliana Gomez Gonzalez/CO/Zenu/Carnicos/NUTRESA@GNCH, Robinson Manuel Rodriguez Zarta/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH
Date: 03/10/2014  10:11:00 p.m.
Subject: Rm: Meeting with Luis Alfonso Arango - Cordialsa USA

_____


Good morning Carlos

As instructed by Diego Medina, last week we had a meeting with Luis Alfonso Arango, Manager of Cordialsa USA, who is interested in selling Fríjoles Antioqueños Zenu [Zenu Antioquian Beans] x 380 and 580 Gr. to a nostalgic Colombian market in some geographic areas such as Florida, New York and California

For this, we have some tasks for which we require your help:

-      We are required to present a data sheet in English, for submission to the FDA -> Research and Development Support. Please find attached the form we sent in 2010, in case it is still valid

-      We need to send 4 samples of Beans x 380 and 4 samples of Beans x 580, with labels in English for submission to the FDA --> Research and Development Support


Thank you for your help and cooperation



[logo] **Alimentos Carnicos**

Hernando Ramos Moreno
Sales Director Extended Shelf Life Products and Food Service
Meat Business

Address: Cra 52 No. 20 -124
City: Medellin
Telephone: (4) 402 82 00 Ext.: 41802
e-mail: [illegible]

-----------------------------------------------------------------------------

Grupo Empresarial Nutresa [logo]

[attachment 20100914 - Technical Data Sheet Frijoles antioqueños con tocino [Antioquan Beans with bacon] (English).doc deleted by Juliana Gomez Gonzalez/CO/Zenu/Carnicos/NUTRESA]

Confidential                                                                                                                                                         IAZ_DNJ0003603

---Forwarded by Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA dated 03/10/2014 10:05 p.m. –

From: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA

To: Fernery García Garcia/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH,

cc: Santiago Jimenez Ramirez/CO/Zenu/Carnicos/NUTRESA@GNCH

Date: 03/05/2014 07:57 a.m.

Subject: Meeting with Luis Alfonso Arango - Cordialsa USA

_____

Good morning Fer:

Here are our notes from yesterday's meeting with Luis Alfonso Arango, from Cordialsa USA.

- The bean export project had been suspended when the image was changed and the switch from lithographed can to label, because of the requirement for the texts to be in English .

- We need to send a data sheet in English, for submission to the FDA -> Research and Development Support

- We need to send 4 samples of Beans x 380 and 4 samples of Beans x 580, with labels in English for submission to the FDA --> Research and Development Support

- Validate the use of the Zenu brand in the USA -> Nutresa Services Support

- Check the invoicing of products in English in SAP in order to send samples with no commercial value and have the system ready to invoice Cordialsa, as soon as approved by the FDA.

- Send updated product costs, to generate a value chain, however the focus is on reaching a niche Colombian market that will pay for the product, even if it is at a higher Retail Price than the local market

We will work on the pending tasks internally in order to export this product to the Latino market in the USA

Confidential                                                                                                                                                         IAZ_DNJ0003604

Best regards,



Hernando Ramos Moreno
Sales Director Extended Shelf Life
Products and Food Service
Meat Business

Address: Cra 52 No. 20 -124
City: Medellin
Telephone: (4) 402 82 00 Ext.: 41802
e-mail: [illegible]

Grupo Empresarial Nutresa [logo]

**ADVERTENCIA SOBRE CONFIDENCIALIDAD**

La información contenida en este correo electrónico, incluyendo sus anexos, está dirigida exclusivamente a su destinatario y puede contener datos de carácter confidencial protegidos por ¡a ley. Si usted no es el destinatario de este mensaje por favor infórmenos y elimínalo a la mayor brevedad. Cualquier retención, difusión, distribución, divulgación o copia de éste mensaje es prohibida y será sancionada por la ley.

**CONFIDENTIAL WARNING**

The Information contained in this e-mail, with all its attachments, is Intended for the use of the individual or entity to whom it is addressed and may have confidential data, if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.

**ADVERTENCIA SOBRE CONFIDENCIALIDAD**

La información contenida en este correo electrónico, incluyendo sus anexos, está dirigida exclusivamente a su destinatario y puede contener datos de carácter confidencial protegidos por ¡a ley. Si usted no es el destinatario de este mensaje por favor infórmenos y elimínalo a la mayor brevedad. Cualquier retención, difusión, distribución, divulgación o copia de éste mensaje es prohibida y será sancionada por la ley.

**CONFIDENTIAL WARNING**

The Information contained in this e-mail, with all its attachments, is Intended for the use of the individual entity to whom it is addressed and may have confidential data, if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.

**From:** Luis Alfonso Arango <laarango@cordialsausa.com>
**Sent:** Monday, March 17, 2014 9:37 AM
**To:** Hernando Ramos Moreno <hramos@alimentoscarnicos.com.co>
**Cc:** Robinson Manuel Rodriguez Zarta <rrodriguez@alimentoscarnicos.com.co>
**Subject:** Re: Rm: Reunión con Luis Alfonso Arango - Cordialsa USA

Hernando:

Para tus preguntas:

1. La cadena de valor la construimos asi:

- Costos de nacionalizacion: 10% del FOB.

- Margen Cordialsa : 20%

Confidential

IAZ_DNJ0003600

- Margen Distribuidor: 25%

- Margen Cadena: 30%

El margen de la plataforma (zenu) dependera de la competitividad del producto. Tradicionalmente hemos funcionado que las plataformas ganen un 25% o maximo un 30%.

La inversion de mercadeo al producto se define por aparte y depende de el presupuesto que uds aprueben para el producto. La inversion de mercadeo y trade no esta en la cadena de valor sino que se maneja a traves de presupuestos. Se define una suma en conjunto y se cobra cada mes via reembolso con los respectivos soportes.

2. No tenemos informacion nielsen pero segun nuestra informacion deben haber unos 2.5 millones de colombianos en USA.

3. Precios de la competencia: No tenemos mucha informacion porque eventualmente vemos producto de dona paula. De todas maneras voy a hacer un chequeo y te voy contando.

att



Luis A. Arango

Managing Director

Cordialsa USA, Inc
9950 Cypresswood Dr. Ste 360
Houston, TX, 77070
Ph: (713) 460 4527

laarango@cordialsausa.com

-----Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA wrote: -----

To: Luis Alfonso Arango/US/Cordialsa/NUTRESA@GNCH
From: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA
Date: 03/12/2014 10:03AM
Cc: Robinson Manuel Rodriguez Zarta/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH
Subject: Rm: Reunión con Luis Alfonso Arango - Cordialsa USA

Hola Luis

Te envío información que nos solicita Mercadeo, para la Cadena de valor debo pasarte mi costo actualizado, el cual ya pedí. Con el tema del uso de marca ya Servicios está en eso

Pero los otros 2 puntos creo podríamos apoyarnos en tu modelo de distribución

Mil gracias

Confidential

IAZ_DNJ0003601

 

Hernando Ramos Moreno
Director de Ventas Larga Vida y
Food Service
Negocio Cárnico

Dirección : Cra 52 No 20 - 124
Ciudad : Medellín
Teléfono : (4) 402 82 00 Ext. : 41802
e-mail : hramos@alimentoscarnicos.com.co

Grupo Empresarial Nutresa 

----- Remitido por Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA con fecha 12/03/2014 08:08 a.m. -----

| | |
|---|---|
| De: | Juliana Gomez Gonzalez/CO/Zenu/Carnicos/NUTRESA |
| Para: | Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH, |
| cc: | Maria Adelaida Arango Hoyos/CO/Zenu/Carnicos/NUTRESA@GNCH |
| Fecha: | 11/03/2014 11:27 a.m. |
| Asunto: | Re: Rm: Reunión con Luis Alfonso Arango - Cordialsa USA |

Hola, tengo varias dudas que quisiera conocer en el caso de solicitar apoyo de mercadeo:
- ya tienen la cadena de valor del producto, cual es el PVP al consumidor en USA?
- Cuales son los precios de la competencia? En cuanto se vende el producto actualmente (en algunos casos hemos visto que ya llegan nuestros productos pero que nosotros no los llevamos)
- En cuanto están calculando el potencial por la población colombiana en estos estados?

El uso de la marca en Estados Unidos, si recuerdo bien se había perdido en algún momento porque no teníamos pruebas de uso comercial en los últimos años, pero es mejor que Servicios lo confirme.

Saludos,

Confidential

IAZ_DNJ0003602

 

Juliana Gómez G.
Jefe de mercadeo
Negocio Cárnico

Cra. 64 c # 104-03 Medellín
Teléfono : (574) 4705378
(574) 4705222 ext. 42378



Inactive hide details for Hernando Ramos Moreno---10/03/2014 10:11:21 p.m.---Buenos días Carlos Por instrucción de Diego Medin

Hernando Ramos Moreno---10/03/2014 10:11:21 p.m.---Buenos días Carlos  Por instrucción de Diego Medina, tuvimos la semana pasada una reunión con Luis A

De: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA
Para: Carlos Andres Espinosa Escobar/CO/Zenu/Carnicos/NUTRESA@GNCH,
cc: Santiago Jimenez Ramirez/CO/Zenu/Carnicos/NUTRESA@GNCH, Juliana Gomez Gonzalez/CO/Zenu/Carnicos/NUTRESA@GNCH, Robinson Manuel Rodriguez Zarta/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH
Fecha: 10/03/2014 10:11 p.m.
Asunto: Rm: Reunión  con  Luis  Alfonso  Arango - Cordialsa USA

Buenos días Carlos

Por instrucción de Diego Medina, tuvimos la semana pasada una reunión con Luis Alfonso Arango, Gerente de Cordialsa USA, quién está interesado en vender Fríjoles Antioqueños Zenu x 380 y 580 Gr. A un mercado nostálgico de colombianos en algunas zonas geográficas como Florida, New York y California

Para tal fin tenemos algunas tareas, en las cuales requerimos de tu apoyo:

- Se requiere enviar ficha técnica en Inglés para presentarla a la FDA --> Apoyo de Investigación y Desarrollo. Adjunto la ficha que enviamos en el 2010, por si continúa vigente

- Necesitamos enviar 4 muestras de Frijol x 380 y 4 muestras de Frijol x 580, con las etiquetas en Inglés para presentarlas a la FDA --> Apoyo de Investigación y Desarrollo

Mil gracias por tu apoyo y colaboración



Hernando Ramos Moreno
Director de Ventas Larga Vida y
Food Service
Negocio Cárnico

Dirección : Cra 52 No 20 - 124
Ciudad : Medellín
Teléfono : (4) 402 82 00 Ext. : 41802
e-mail : hramos@alimentoscarnicos.com.co



[anexo 20100914 - Ficha técnica Frijoles antioqueños con tocino (Ingles).doc eliminado por Juliana Gomez Gonzalez/CO/Zenu/Carnicos/NUTRESA]

----- Remitido por Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA con fecha 10/03/2014 10:05 p.m. -----

De: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA

Para: Fernery Garcia Garcia/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH,

cc: Santiago Jimenez Ramirez/CO/Zenu/Carnicos/NUTRESA@GNCH

Fecha: 05/03/2014 07:57 a.m.

Asunto: Reunión con Luis Alfonso Arango - Cordialsa USA

Buenos días Fer:

Te comparto las notas de la reunión que tuvimos ayer con Luis Alfonso Arango, de Cordialsa USA.

- El proyecto de exportación de Fríjoles se había suspendido en el momento de cambio de imagen y cambio de lata litografiada a etiqueta, por necesidad de textos en inglés.

- Se requiere enviar ficha técnica en Inglés para presentarla a la FDA --> Apoyo de Investigación y Desarrollo

- Necesitamos enviar 4 muestras de Frijol x 380 y 4 muestras de Frijol x 580, con las etiquetas en Inglés para presentarlas a la FDA --> Apoyo de Investigación y Desarrollo

- Validar uso de marca Zenu en USA -> Apoyo Servicios Nutresa

- Revisar en SAP facturación de productos en Inglés para enviar muestras sin valor comercial y poder tener listo el sistema para facturarle a Cordialsa, tan pronto apruebe la FDA

- Enviar costos de producto actualizados, para generar cadena de valor, sin embargo el foco es llegar a un nicho de mercado Colombiano que pague por el producto, así sea una PVP más alto que el mercado local

Quedamos con las tareas pendientes para gestionarlas internamente y lograr una exportación de producto al mercado latino de USA

Confidential

IAZ_DNJ0003604

Un abrazo

Hernando Ramos Moreno
Director de Ventas Larga Vida y
Food Service
Negocio Cárnico



Dirección : Cra 52 No 20 - 124
Ciudad : Medellín
Teléfono : (4) 402 82 00 Ext. : 41802
e-mail : hramos@alimentoscarnicos.com.co

Grupo Empresarial Nutresa 

**ADVERTENCIA SOBRE CONFIDENCIALIDAD**
La información contenida en este correo electrónico, incluyendo sus anexos, está dirigida exclusivamente a su destinatario y puede contener datos de carácter confidencial protegidos por la ley. Si usted no es el destinatario de este mensaje por favor infórmenos y elimínalo a la mayor brevedad. Cualquier retención, difusión, distribución, divulgación o copia de éste mensaje es prohibida y será sancionada por la ley.

**CONFIDENTIAL WARNING**
The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have confidential data. if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.

**ADVERTENCIA SOBRE CONFIDENCIALIDAD**
La información contenida en este correo electrónico, incluyendo sus anexos, está dirigida exclusivamente a su destinatario y puede contener datos de carácter confidencial protegidos por la ley. Si usted no es el destinatario de este mensaje por favor infórmenos y elimínalo a la mayor brevedad. Cualquier retención, difusión, distribución, divulgación o copia de éste mensaje es prohibida y será sancionada por la ley.

**CONFIDENTIAL WARNING**
The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have confidential data. if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.

Confidential   IAZ_DNJ0003605