# Exhibit GG



STATE OF NEW YORK      )
                       )
                       )   ss
                       )
COUNTY OF NEW YORK     )


## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document with Bates Nos. IAZ_DNJ0003612—IAZ_DNJ0003615.

_____

Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me
this 3rd day of October, 2022.

_____

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023



From: Luis Alfonso Arango <laarango@cordialsausa.com>
Sent: Monday, March 17, 2014 8:53 AM
To: Hernando Ramos Moreno <hramos@alimentoscarnicos.com.co>
Cc: Robinson Manuel Rodriguez Zarta <rrodriguez@alimentoscarnicos.com.co>
Subject: Re: Rm: Antioquian bean packaging data sheets

Hello Hernando:

Thank you for the information.

I have the following comments:

1. In general, the art looks good. The minimum that FDA asks for approval is the following, and I see that it is in place.

- Package contents in OZ.... That's ok

Confidential                                                                                                              IAZ_DNJ0003612

- Product name in English... That's ok

- Nutritional table in English... That's ok.

- Ingredients in English... That's ok.


You asked me whether the text should be in English or in Spanish.... the law requires it to be in English but in all our packaging we make it bilingual... In other words English and Spanish... the way its placed in these labels looks very good to me.


2. Importer Information. The importer's information, i.e. Cordialsa USA, must be provided. That text can be on the label or it can be anywhere on the packaging. Normally what we do is to put it on the label.

The text should read ( I use as a sample one we have for cookies [galletas]).

Distribuidor por / Distributed by: Cordialsa USA, Inc 9950 Cypresswood Dr. Ste 360, Houston, TX, 77070 Ph (713) 4604527


3. EAN Code: I don't know if we discussed it but in the USA they don't use the EAN codes of Colombia, instead here they use UPC codes which are 12 digits long. This is not mandatory, but 98% of the market uses these codes.


Otherwise it looks very good.


Best regards,

Luis A. Arango

Managing Director

Cordialsa USA, Inc
9950 Cypresswood Dr. Ste 360
Houston, TX, 77070
Ph: (713) 460 4527

laarango@cordialsausa.com


----Hernando Ramos Moreno/CO/AIimentos_Carnicos/Carnicos/NUTRESA wrote:----

To: Luis Alfonso Arango/US/Cordialsa/NUTRESA@GNCH
From: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA
Date: 03/17/2014 07:54 AM
CC: Robinson Manuel Rodriguez Zarta/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH
Subject: Rm: Antioquian bean packaging technical data sheets

Hello Luis:

Cordial greetings, I attach the photo of the Spanish - English labels of the Antioquian Beans. We have one concern and it's whether the text should be Spanish/English or English/Spanish

Another thing is whether we should include the text "Distributed by Cordialsa USA…"

This art is preliminary, as the final one must have the FDA code subject to approval

Thank you very much and I await your response.

Best regards,



**Hernando Ramos Moreno**
Director of Extended Life and Food Service Sales
**Negocio Carnico**

Address: Cra 52 No 20 -124
City: Medellin
Telephone: (4) 402 82 00 Ext: 41802
e-mail: [illegible]

---- Sent by Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA dated 03/17/2014 07:41 a.m. –

| | |
|---|---|
| From: | Juliana Gómez Gonzalez/CO/Zenu/Carnicos/NUTRESA |
| To: | Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH, |
| Date: | 03/17/2014 07:05 a.m. |
| Subject: | Rm: Antioquian bean packaging technical data sheets |

Hello, how is your morning? I have a doubt, should the info be English Spanish or Spanish English, i.e. should the largest product name be in English? How do other businesses do it?

Best regards,

Confidential

IAZ_DNJ0003614



Juliana Gomez G.
Head of Marketing
Negocio Carnico

Cra. 64 c # 104-03 Medellin
Telephone: (574) 4705378
(574) 4705222 ext. 42378



*(See attached file: ETIQ FRIJOLES ANTIOQUENOS TOCINO 580g INGLES.pdf) (ANTIOQUIAN BEANS WITH BACON LABEL 580g ENGLISH.pdf)*

**ADVERTENCIA SOBRE CONFIDENCIALIDAD**
La información contenida en este correo electrónico, incluyendo sus anexos, está dirigida exclusivamente a su destinatario y puede contener datos de carácter confidencial protegidos por ¡a ley. Si usted no es el destinatario de este mensaje por favor infórmenos y elimínalo a la mayor brevedad. Cualquier retención, difusión, distribución, divulgación o copia de éste mensaje es prohibida y será sancionada por la ley,

**CONFIDENTIAL WARNING**
The Information contained in this e-mail, with all its attachments, is Intended for the use of the! entity to whom it is addressed and may have confidential data, if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law,

**ADVERTENCIA SOBRE CONFIDENCIALIDAD**
La información contenida en este correo electrónico, incluyendo sus anexos, está dirigida exclusivamente a su destinatario y puede contener datos de carácter confidencial protegidos por ¡a ley. Si usted no es el destinatario de este mensaje por favor infórmenos y elimínalo a la mayor brevedad. Cualquier retención, difusión, distribución, divulgación o copla de éste mensaje es prohibida y será sancionada por la ley

**CONFIDENTIAL WARNING**
The information contained in this e-mail, with all Its attachments, is intended for the use of the Individual or entity to whom it is addressed and may have confidential data, if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law

**2 attached files**

« **ETIQ FRIJOLES ANTIOQUENOS TOCINO 380g INGLES.pdf** [Label Antioquian Beans with Bacon 380 g English]
858K

» **ETIQ FRIJOLES ANTIOQUENOS TOCINO 580g** [Label Antioquian Beans with Bacon 580 g ]
865K

**From:** Luis Alfonso Arango <laarango@cordialsausa.com>
**Sent:** Monday, March 17, 2014 8:53 AM
**To:** Hernando Ramos Moreno <hramos@alimentoscarnicos.com.co>
**Cc:** Robinson Manuel Rodriguez Zarta <rrodriguez@alimentoscarnicos.com.co>
**Subject:** Re: Rm: Fichas técnicas empaque frijoles antioqueños

Hola Hernando:

Gracias por la informacion.

Te hago los siguientes comentarios:

1. En forma general veo bien el arte. Lo minimo que pide FDA para que pase es lo siguiente y veo que esta puesto.

- Contenido del empaque en OZ....esta ok

Confidential

IAZ_DNJ0003612

- Nombre del producto en ingles...esta ok

- Tabla nutricional en ingles..esta ok.

- Ingredientes en ingles...esta ok.

Me hacias la pregunta si el texto debe ser en ingles o en ingles espanol....la ley exige que sea en ingles pero en todos nuestros empaques los hacemos biligues...o sea ingles y espanol...asi como lo pusieron en estas etiquetas lo veo muy bien.

2. Datos del importador. Debe venir el dato del importador o sea Cordialsa USA..  Ese texto puede venir en la etiqueta o puede venir en cualquier parte del empaque. Normalmente lo que hacemos es que venga puesto en la etiqueta.

El texto debe decir ( utilizo como muestra uno que tenemos en galletas).

Distribuidor por/Distributed by: Cordialsa USA, Inc 9950 Cypresswood Dr. Ste 360, Houston, TX, 77070 Ph (713) 4604527

3. Codigo EAN: No se si lo hablamos pero en USA no se utilizan los codigos EAN de Colombia sino que aqui se usan codigos UPC que son de 12 digitos. Esto no es obligatorio sino que el mercado en un 98% utiliza estos codigos.

De resto lo veo muy bien.

att

Luis A. Arango

Managing Director



Cordialsa USA, Inc

9950 Cypresswood Dr. Ste 360

Houston, TX, 77070

Ph: (713) 460 4527

laarango@cordialsausa.com

-----Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA wrote: -----

To: Luis Alfonso Arango/US/Cordialsa/NUTRESA@GNCH
From: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA
Date: 03/17/2014 07:54AM
Cc: Robinson Manuel Rodriguez Zarta/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH
Subject: Rm: Fichas técnicas empaque frijoles antioqueños

Hola Luis:

Confidential

Cordial saludo, adjunto la foto de las etiquetas español - Inglés de los Frijoles Antioqueños. Tenemos una inquietud y es si el texto debe ser Español / Inglés o Inglés / Español

Lo otro, si debemos incluir el texto "Distribuido por Cordialsa USA".....

Este arte es preliminar, pues el final debe tener el código FDA previa aprobación

Mil gracias y quedo atento

Slds



Hernando Ramos Moreno
Director de Ventas Larga Vida y
Food Service
Negocio Cárnico

Dirección : Cra 52 No 20 - 124
Ciudad . Medellín
Teléfono : (4) 402 82 00 Ext. : 41802
e-mail . hramos@alimentoscarnicos.com.co



Grupo Empresarial Nutresa

----- Remitido por Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA con fecha 17/03/2014 07:41 a.m. -----

| | |
|---|---|
| De: | Juliana Gomez Gonzalez/CO/Zenu/Carnicos/NUTRESA |
| Para: | Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH, |
| Fecha: | 17/03/2014 07:05 a.m. |
| Asunto: | Rm: Fichas técnicas empaque frijoles antioqueños |

Hola como amaneces? Tengo una duda, lainfo debe ser Ingles español o español ingles,es decir el nombre más grande de producto debe ser en ingles? Como lo hacen los otros negocios?

Saludos,

Confidential

IAZ_DNJ0003614

 

Juliana Gómez G.
Jefe de mercadeo
Negocio Cárnico

Cra. 64 c # 104-03 Medellín
Teléfono : (574) 4705378
(574) 4705222 ext. 42378

Grupo Empresarial Nutresa 

*(See attached file: ETIQ FRIJOLES ANTIOQUENOS TOCINO 380g INGLES.pdf)(See attached file: ETIQ FRIJOLES ANTIOQUENOS TOCINO 580g INGLES.pdf)*

**ADVERTENCIA SOBRE CONFIDENCIALIDAD**
La información contenida en este correo electrónico, incluyendo sus anexos, está dirigida exclusivamente a su destinatario y puede contener datos de carácter confidencial protegidos por la ley. Si usted no es el destinatario de este mensaje por favor infórmenos y elimínalo a la mayor brevedad. Cualquier retención, difusión, distribución, divulgación o copia de éste mensaje es prohibida y será sancionada por la ley.

**CONFIDENTIAL WARNING**
The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have confidential data. if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.

**ADVERTENCIA SOBRE CONFIDENCIALIDAD**
La información contenida en este correo electrónico, incluyendo sus anexos, está dirigida exclusivamente a su destinatario y puede contener datos de carácter confidencial protegidos por la ley. Si usted no es el destinatario de este mensaje por favor infórmenos y elimínalo a la mayor brevedad. Cualquier retención, difusión, distribución, divulgación o copia de éste mensaje es prohibida y será sancionada por la ley.

**CONFIDENTIAL WARNING**
The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have confidential data. if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.

**2 archivos adjuntos**

 **ETIQ FRIJOLES ANTIOQUENOS TOCINO 380g INGLES.pdf**
858K

 **ETIQ FRIJOLES ANTIOQUENOS TOCINO 580g INGLES.pdf**
865K