# Exhibit HH



|  |  |  |
|---|---|---|
| STATE OF NEW YORK | ) | |
| | ) | |
| | ) | ss |
| | ) | |
| COUNTY OF NEW YORK | ) | |

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document with Bates Nos. IAZ_DNJ0003595—IAZ_DNJ0003599.

_____
Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me
this 3rd day of October, 2022.

_____

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432



**From**: Luis Alfonso Arango <laarango@cordialsausa.com>
**Sent**: Monday, March 31, 2014 11:54 AM
**To**: Hernando Ramos Moreno <hramos@alimentoscarnicos.com.co>
**Cc**: Robinson Manuel Rodriguez Zarta <rrodriguez@alimentoscarnicos.com.co>
**Subject**: Fw: Re: Fw: Re: Fw: Beans Break Down


Hernando:

here is the email with the UPCs.


Best regards,

        Luis A. Arango

        Cordialsa USA, Inc

Confidential     IAZ_DNJ0003595



9950 Cypresswood Dr. Ste 360

Houston, TX, 77070

Ph: (713) 460 4527

laarango@cordialsausa.com

-----Forwarded by Luis Alfonso Arango/US/Cordialsa/NUTRESA on 03/31/2014 11:53AM----

To: Luis Alfonso Arango/US/Cordialsa/NUTRESA@GNCH
From: Ana Maria Gallego Roldan/CO/Noel/Galletas/NUTRESA
Date: 03/31/2014 11:46AM
Cc: Juliana Jaramillo Hernandez/CO/Noel/Galletas/NUTRESA@GNCH, Ana Maria Gallego Roldan/CO/Noel/Galletas/NUTRESA@GNCH
Subject: Re: Fw: Re: Fw: Beans Break Down

They had already generated it. You were copied. It was an email from Lila.


Fríjoles Antioqueños [Antioquian Beans] x 380 grams

Sales unit: 047416230126

Corrugated [Case]:10047416230123


Fríjoles Antioqueños [Antioquian Beans] x 580 grams

Sales unit: 047416230133

Corrugated: 10047416230130



Regards,



Ana María Gallego R.
International Sales Executive

Compañía de Galletas Noel S.A.S
Carrera 52 # 2 -38
Medellín - Colombia
Tel: +(57) (4) 3657158

_____

Grupo Empresarial Nutresa [logo]

---Luis Alfonso Arango/US/Cordialsa/NUTRESA wrote:---
To: Juliana Jaramillo Hemandez/CO/Noel/Galletas/NUTRESA@GNCH
From: Luis Alfonso Arango/US/Cordialsa/NUTRESA
Date: 03/31/2014  11:35:00 AM
CC: Ana Maria Gallego Roldan/CO/Noel/Galletas/NUTRESA@GNCH
Subject: Fw: Re: Fw: Beans Break Down

Juli:

how are things going with this for zenu? Could you give me a hand please [?].


Best regards,

        Luis A. Arango



        Cordialsa USA, Inc
        9950 Cypresswood Dr. Ste 360
        Houston, TX, 77070
        Ph: (713) 460 4527

        laarango@cordialsausa.com


---Forwarded by Luis Alfonso Arango/US/Cordialsa/NUTRESA on 03/31/2014 11:53AM---

To: Luis Alfonso Arango/US/Cordialsa/NUTRESA@GNCH
From: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA
Date: 03/30/2014 11:10PM
Cc: Robinson Manuel Rodriguez Zarta/CO/Alimentos__Carnicos/Carnicos/NUTRESA@GNCH
Subject: Re: Fw: Beans Break Down

Hello Luis.

The most important pending item is with Noel, regarding the UPC code that has not been given to me.

Marketing has the labels ready, but they are waiting for the UPC codes, the system is ready to invoice, as you can see, we are very close

Thank you very much,


        Hernando Ramos Moreno
        Sales Director Extended Shelf Life Products and Food Service
        Meat Business



        Address: Cra 52 No. 20 -124
        City:: Medellin
        Telephone: (4) [illegible number] Ext: 41802
        e-mail: hramos@alimentoscarnicos.com.co

_____
Grupo Empresarial Nutresa [logo]

    Inactive hide details for Luis Alfonso Arango-03/27/2014 02:00:55 p.m.-Hello Hernando: Please let me know how we are doing with the p

Luis Alfonso Arango- 03/27/2014 02:00:55 p.m.-Hello Hernando: Please let me know how we are doing with the project. From what I can see we are already very advanced. What[sic]

| | |
|---|---|
| From: | Luis Alfonso Arango/US/Cordialsa/NUTRESA |
| To: | Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH, |
| Cc: | Robinson Manuel Rodriguez Zarta/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH |
| Date: | 03/27/2014  02:00:00 p.m. |
| Subject: | Re: Fw: Frijoles [beans] Break Down |

_____

Hello Hernando:

Please let me know how we are doing with the project. From what I can see, we are already very advanced. What do we need to have everything ready and carry out the test?
Best regards,



Luis A. Arango

Cordialsa USA, Inc
9950 Cypresswood Dr. Ste 380
Houston, TX, 77070
Ph: (713) 460 4527

laarango@cordialsausa.com

—Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA wrote:-------
To: Luis Alfonso Arango/US/Cordialsa/NUTRESA@GNCH
From: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA
Date: 03/25/2014 11:22AM
Cc: Robinson Manuel Rodriguez Zarta/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH
Subject: Fw: Beans Break Down

Confidential                                                                                     IAZ_DNJ0003598

Hello Luis Alfonso

I am sending the requested information for the Antioquian Beans

If you have any questions, we will be glad to answer them

Best regards,

**Hernando Ramos Moreno**
Sales Director Extended Shelf Life Products and Food Service
Meat Business

 

Address: Cra 52 No. 20 -124
City:: Medellin
Telephone: (4) [illegible number] Ext: 41802
e-mail: hramos@alimentoscarnicos.com.co

Grupo Empresarial Nutresa [logo]

*(See attached file: Cordialsa USA.docx)*

[attachment "Cordialsa USA.docx" removed by Luis Alfonso Arango/US/Cordialsa/NUTRESA]

**ADVERTENCIA SOBRE CONFIDENCIALIDAD**
La información contenida en este correo electrónico, incluyendo sus anexos, está dirigida exclusivamente a su destinatario y puede contener datos de carácter confidencial protegidos por ¡a ley. Si usted no es el destinatario de este mensaje por favor infórmenos y elimínalo a la mayor brevedad. Cualquier retención, difusión, distribución, divulgación o copia de éste mensaje es prohibida y será sancionada por la ley,

**CONFIDENTIAL WARNING**
The Information contained in this e-mail, with all its attachments, is Intended for the use of the! entity to whom it is addressed and may have confidential data, if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.

**ADVERTENCIA SOBRE CONFIDENCIALIDAD**
La información contenida en este correo electrónico, incluyendo sus anexos, está dirigida exclusivamente a su destinatario y puede contener datos de carácter confidencial protegidos por ¡a ley. Si usted no es el destinatario de este mensaje por favor infórmenos y elimínalo a la mayor brevedad. Cualquier retención, difusión, distribución, divulgación o copia de éste mensaje es prohibida y será sancionada por la ley.

**CONFIDENTIAL WARNING**
The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have confidential data, if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.

Confidential                                                                                                                                      IAZ_DNJ0003599

IAZ_DNJ0003595

**From:** Luis Alfonso Arango <laarango@cordialsausa.com>
**Sent:** Monday, March 31, 2014 11:54 AM
**To:** Hernando Ramos Moreno <hramos@alimentoscarnicos.com.co>
**Cc:** Robinson Manuel Rodriguez Zarta <rrodriguez@alimentoscarnicos.com.co>
**Subject:** Fw: Re: Fw: Re: Rm: Frijoles Break Down

Hernando:

aqui esta el email con los UPC.

att

Luis A. Arango

Cordialsa USA, Inc



9950 Cypresswood Dr. Ste 360
Houston, TX, 77070
Ph: (713) 460 4527

laarango@cordialsausa.com

-----Forwarded by Luis Alfonso Arango/US/Cordialsa/NUTRESA on 03/31/2014 11:53AM -----

To: Luis Alfonso Arango/US/Cordialsa/NUTRESA@GNCH
From: Ana Maria Gallego Roldan/CO/Noel/Galletas/NUTRESA
Date: 03/31/2014 11:46AM
Cc: Juliana Jaramillo Hernandez/CO/Noel/Galletas/NUTRESA@GNCH, Ana Maria Gallego Roldan/CO/Noel/Galletas/NUTRESA@GNCH
Subject: Re: Fw: Re: Rm: Frijoles Break Down

Ya lo habían generado. Tu estabas copiado. Fué un mail de Lila.

Fríjoles Antioqueños x 380 gramos

Unidad de venta: 047416230126

Corrugado: 10047416230123

Fríjoles Antioqueños x 580 Gramos

Unidad de venta: 047416230133

Corrugado: 10047416230130

Saludos



**Ana María Gallego R.**
Ejecutiva Negocios Internacionales

**Compañia de Galletas Noel S.A.S**
Carrera 52 # 2 -38
Medellín - Colombia
Tel: +(57) (4) 3657158

Grupo Empresarial Nutresa 

-----Luis Alfonso Arango/US/Cordialsa/NUTRESA escribió: -----

Para: Juliana Jaramillo Hernandez/CO/Noel/Galletas/NUTRESA@GNCH
De: Luis Alfonso Arango/US/Cordialsa/NUTRESA
Fecha: 31/03/2014 11:35
Cc: Ana Maria Gallego Roldan/CO/Noel/Galletas/NUTRESA@GNCH
Asunto: Fw: Re: Rm: Frijoles Break Down

Juli:

como vamos con esto para zenu? me ayudas please.

att



Luis A. Arango

Cordialsa USA, Inc
9950 Cypresswood Dr. Ste 360
Houston, TX, 77070
Ph: (713) 460 4527

laarango@cordialsausa.com

-----Forwarded by Luis Alfonso Arango/US/Cordialsa/NUTRESA on 03/31/2014 11:35AM -----

To: Luis Alfonso Arango/US/Cordialsa/NUTRESA@GNCH
From: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA
Date: 03/30/2014 11:10PM
Cc: Robinson Manuel Rodriguez Zarta/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH
Subject: Re: Rm: Frijoles Break Down

Hola Luis

El pendiente más grande lo tenemos de Noel, con el código UPC que no me los han pasado.

Mercadeo ya tiene listos las etiquetas, pero pendiente códigos UPC, el sistema está listo para facturar, como ves, estamos muy cercanos

Mil gracias,



Hernando Ramos Moreno
Director de Ventas Larga Vida y
Food Service
Negocio Cárnico

Dirección : Cra 52 No 20 - 124
Ciudad : Medellín
Teléfono : (4) 405 92 00 Ext. : 41802
e-mail : hramos@alimentoscarnicos.com.co



Grupo Empresarial Nutresa

Inactive hide details for Luis Alfonso Arango---27/03/2014 02:00:55 p.m.---Hola Hernando: Por fa me cuentas como vamos con el p
Luis Alfonso Arango---27/03/2014 02:00:55 p.m.---Hola Hernando: Por fa me cuentas como vamos con el proyecto? segun veo ya estamos muy avanzados. Que

| | |
|---|---|
| De: | Luis Alfonso Arango/US/Cordialsa/NUTRESA |
| Para: | Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH, |
| cc: | Robinson Manuel Rodriguez Zarta/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH |
| Fecha: | 27/03/2014 02:00 p.m. |
| Asunto: | Re: Rm: Frijoles Break Down |

Hola Hernando:

Por fa me cuentas como vamos con el proyecto? segun veo ya estamos muy avanzados. Que nos faltaria para ya tener todo listo y hacer la prueba?

att

Luis A. Arango

Cordialsa USA, Inc
9950 Cypresswood Dr. Ste 360
Houston, TX, 77070
Ph: (713) 460 4527

laarango@cordialsausa.com

-----Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA wrote: -----
To: Luis Alfonso Arango/US/Cordialsa/NUTRESA@GNCH
From: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA
Date: 03/25/2014 11:22AM
Cc: Robinson Manuel Rodriguez Zarta/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH
Subject: Rm: Frijoles Break Down

Confidential

IAZ_DNJ0003598

Hola Luis Alfonso

Envío información solicitada para los Fríjoles Antioqueños

Cualquier inquietud, con gusto será atendida

Slds



Hernando Ramos Moreno
Director de Ventas Larga Vida y
Food Service
Negocio Cárnico

Dirección : Cra 52 No 20 - 124
Ciudad : Medellín
Teléfono : (4) 402 82 00 Ext. : 41802
e-mail : hramos@alimentoscarnicos.com.co

Grupo Empresarial Nutresa

*(See attached file: Cordialsa USA.docx)*

[attachment "Cordialsa USA.docx" removed by Luis Alfonso Arango/US/Cordialsa/NUTRESA]

**ADVERTENCIA SOBRE CONFIDENCIALIDAD**
La información contenida en este correo electrónico, incluyendo sus anexos, está dirigida exclusivamente a su destinatario y puede contener datos de carácter confidencial protegidos por la ley. Si usted no es el destinatario de este mensaje por favor infórmenos y elimínalo a la mayor brevedad. Cualquier retención, difusión, distribución, divulgación o copia de éste mensaje es prohibida y será sancionada por la ley.

**CONFIDENTIAL WARNING**
The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have confidential data. if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.

**ADVERTENCIA SOBRE CONFIDENCIALIDAD**
La información contenida en este correo electrónico, incluyendo sus anexos, está dirigida exclusivamente a su destinatario y puede contener datos de carácter confidencial protegidos por la ley. Si usted no es el destinatario de este mensaje por favor infórmenos y elimínalo a la mayor brevedad. Cualquier retención, difusión, distribución, divulgación o copia de éste mensaje es prohibida y será sancionada por la ley.

**CONFIDENTIAL WARNING**
The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have confidential data. if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.