# Exhibit II



STATE OF NEW YORK        )
                         )
                         )   ss
                         )
COUNTY OF NEW YORK       )

**CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document with Bates Nos. IAZ_DNJ0002492—IAZ_DNJ0002494.

_____
Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me
this 3rd day of October, 2022.

_____

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023

**Redacted**

—Forwarded by Veronica Velasquez Arias/CO/Services/NUTRESA on 09/19/2017 14:31 —
To: Veronica Velasquez Arias/CO/Services/NUTRESA@GNCH
From: Luis Alfonso Arango/US/Cordialsa/NUTRESA
Date: 09/19/2017 14:20
Subject: Fw: FDA registration for Meat Foods

# Redacted

[logo:]
Cordialsa USA

**Luis A. Arango**

**Cordialsa USA, Inc**
24900 Pitkin Rd, Suite 190
Spring, TX, 77386
Ph: (713) 460 4527
Avaya: 34201
laarango@cordialsausa.com

--Forwarded by Luis Alfonso Arango/US/Cordialsa/NUTRESA on 09/19/2017 02:19PM —

To: Luis Alfonso Arango/US/Cordialsa/NUTRESA@GNCH
From: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA
Date: 09/05/2014 02:38PM
Cc: Carlos Andres Espinosa Escobar/CO/Zenu/Carnicos/NUTRESA@GNCH, Lina Maria Mejia Lopez/CO/Zenu/Carnicos/NUTRESA@GNCH, Juliana Gomez Gonzalez/CO/Zenu/Carnicos/NUTRESA@GNCH, Rosa Elena Otalvaro Benjumea/CO/Noel/Galletas/NUTRESA@GNCH
Subject: FDA Meat Foods Registration

(See attached file: 20140509 ~ Registro FDA Alimentos Carnicos.pdf [FDA Meat Foods Registration.pdf])

Good afternoon to all.

Attached is the FDA registration for the Meat Foods plant at La Ceja, where the Antioquian Beans with Bacon are produced for export to the US.

We are missing the product registration; we'll get it next week.


Thank you all for your support.

Confidential                                                                                                                          IAZ_DNJ0002492

Regards,

[logo:] Alimentos Carnicos

**Hernando Ramos Moreno**
Sales Director Extended Shelf Life Products and Food Service
**Meat Business**
Address: Cra. 52 No 20 • 124
Medellin – Colombia
Tel.: (57-4) 402 82 00 Ext: 41802 Cel: 315 5704081
E-mail: hramos@alimentoscarnicos.com.co

Nutresa Business Group [logo]

Forwarded by Hernando Ramos Moreno/CO/Alimentos Carnicos/Carnicos/NUTRESA on 09/05/2014 14:24
To: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH
From: Dallys Jaramillo Arcia/CO/Alimentos Carnicos/Carnicos/NUTRESA
Date: 09/05/2014 14:08
Subject: FW: scanner

Dallys Jaramillo Arcia
Administrative Service Support
**Meat Business**
Address: Cra. 52 No. 20 – 124 Av. Guayabal
Medellin, Colombia
Tel: (57–4) 4028200 Ext: 41800

Nutresa Business Group [logo]

---- Forwarded by Dallys Jaramillo Arcia/CO/Alimentos Carnicos/Carnicos/NUTRESA on 09/05/2014 14:08 —
To: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH
From: Dallys Jaramillo Arcia/CO/Alimentos Carnicos/Carnicos/NUTRESA
Date: 09/05/2014 13:49
Subject: scanner

(See *the file attached: Scan_Doc0736.pdf*)

Dallys Jaramillo Arcia
Administrative Service Support
**Meat Business**
Address: Cra. 52 No. 20 – 124 Av. Guayabal
Medellin, Colombia
Tel: (57–4) 4028200 Ext: 41800

Nutresa Business Group

Confidential                                                                                                                           IAZ_DNJ0002493

[text cut off]

Date: 08/05/2014 17:48:55

### SECTION 1: TYPE OF REGISTRATION

| | |
|---|---|
| 1a. | FOREIGN REGISTRATION |
| 1b. | INITIAL REGISTRATION: 12566763476    PIN NUMBER: a438cbdi |

ARE YOU THE NEW OWNER OF A PREVIOUSLY REGISTERED FACILITY?   Yes   ✓ No

| | |
|---|---|
| 1c. | PREVIOUS OWNER'S TITLE :   PREVIOUS OWNER'S NAME :   PREVIOUS OWNER'S REGISTRATION NUMBER : |

### SECTION 2: FACILITY NAME / ADDRESS INFORMATION

FACILITY NAME: Alimentos Carnicos SAS

FACILITY NAME SUFFIX: Manufacturing        FACILITY NAME SUFFIX OTHER:

FACILITY STREET ADDRESS, Line1: Kilometro 3 Carretera La Ceja - Rionegro

FACILITY STREET ADDRESS, Line2:

CITY: La Ceja        STATE/PROVINCE/TERRITORY: Antioquia

ZIP CODE (POSTAL CODE): 0000

COUNTRY/AREA: COLOMBIA

PHONE NUMBER (Include Area/Country Code): 057 4 4028200  41802

FAX NUMBER (Optional; Include Area/Country Code): 057 4 4028299

E-MAIL ADDRESS: hramos@alimentoscarnicos.com.co

### SECTION 3: PREFERRED MAILING ADDRESS INFORMATION (Optional)

Complete this section if different from Section 2 Facility Name/Address Information (OPTIONAL)

**If information is the same as section 2, check the box:**

NAME: Alimentos Carnicos SAS Manufacturing

ADDRESS, Line1: Kilometro 3 Carretera La Ceja - Rionegro

ADDRESS, Line2:

CITY: La Ceja        STATE/PROVINCE/TERRITORY: Antioquia

ZIP CODE (POSTAL CODE): 0000

COUNTRY/AREA: COLOMBIA

PHONE NUMBER (Include Area/Country Code): 057 4 4028200  41802

FAX NUMBER (Optional; Include Area/Country Code): 057 4 4028299

E-MAIL ADDRESS (Optional): hramos@alimentoscarnicos.com.co

### SECTION 4: PARENT COMPANY NAME/ADDRESS INFORMATION AND TRADE NAMES

(If applicable and if different from sections 2 and 3). If information is the same as another section, check which section:

- Section 2 - Facility Address Information
- ✓ Section 3 - Preferred Mailing Address Information
- None of the above

NAME OF PARENT COMPANY: Alimentos Carnicos SAS

PARENT COMPANY SUFFIX: Manufacturing        PARENT COMPANY SUFFIX OTHER:

STREET ADDRESS OF PARENT COMPANY, Line 1: Kilometro 3 Carretera La Ceja - Rionegro

STREET ADDRESS OF PARENT COMPANY, Line2:

CITY: La Ceja        STATE/PROVINCE/TERRITORY: Antioquia

ZIP CODE (POSTAL CODE): 0000

COUNTRY/AREA: COLOMBIA

PHONE OF INDIVIDUAL AT PARENT COMPANY (Include Area/Country Code): 057 4 4028200  41802

Confidential        IAZ_DNJ0002494

FAX # OF INDIVIDUAL AT PARENT COMPANY (Optional; Include Area/Country Code): 057 4 4028299
E-MAIL ADDRESS OF INDIVIDUAL AT PARENT COMPANY (Optional): hramos@alimentoscarnicos.com.co

(If this facility uses trade names other than that listed in section 2 above, list them below (E.G.,"also doing business as," "facility also known as"):

ALTERNATE TRADE NAME #1:

### SECTION 5 — FACILITY EMERGENCY CONTACT INFORMATION

INDIVIDUAL's TITLE (Optional): Mr                                    INDIVIDUAL's TITLE OTHER
INDIVIDUAL'S NAME (Optional): Luis
INDIVIDUAL'S MIDDLE NAME (Optional): Alfonso
INDIVIDUAL'S LAST NAME (Optional): Arango
TITLE (Optional): Manager Cordialsa USA
EMERGENCY CONTACT PHONE (Include Area/Country Code): 001 713 4604527
E-MAIL ADDRESS (Optional): laarango@cordialsausa.com

### SECTION 6 — TRADE NAMES

In the electronic version of FDA Form 3537, Section 6 (Trade Names) has been merged with Section 4 (Parent Company Name / Address information).

### SECTION 7 — UNITED STATES AGENT

(To be completed by facilities located outside any state or territory of the United States, District Of Columbia, or The Commonwealth of Puerto Rico)

FIRST NAME OF U.S. AGENT: Luis
MIDDLE NAME OF U.S. AGENT: Alfonso
LAST NAME OF U.S. AGENT: Arango
TITLE (Optional): Manager Cordialsa USA
ADDRESS, Line 1: 9950 Cypresswood Dr Ste 360
ADDRESS Line 2:
CITY: Houston                                                        STATE: Texas
ZIP CODE (POSTAL CODE): 77070 -3480                                  COUNTRY/AREA: UNITED STATES
PHONE NUMBER (Include Area/Country Code): 713 4604527
EMERGENCY CONTACT PHONE NUMBER (Include Area Code): 832 7989517

FAX NUMBER (Optional; Include Area Code):
EMAIL ADDRESS: laarango@cordialsausa.com

### SECTION 8 — SEASONAL FACILITY DATES OF OPERATION (Optional)

Optional - Give the approximate dates that your facility is open for business, if its operations are on a seasonal basis.
DATES OF OPERATION:

**For Harvest 1**
Start Month:                                                         End Month:
**For Harvest 2**
Start Month:                                                         End Month:

### SECTION 9 — TYPE OF STORAGE (ONLY FOR FACILITIES THAT ARE PRIMARILY A HOLDING FACILITY) (Optional)

- Ambient (neither frozen nor refrigerated) Storage
- Refrigerated Storage
- Frozen Storage

### SECTION 10 — GENERAL PRODUCT CATEGORIES – HUMAN/ANIMAL/BOTH

- Food for Human Consumption          Food for Animal Consumption

### SECTION 10a — GENERAL PRODUCT CATEGORIES – FOOD FOR HUMAN CONSUMPTION and TYPE OF ACTIVITY CONDUCTED AT THE FACILITY (OPTIONAL)

| To be completed by all food facilities. Please see instructions for further examples. | TYPE OF ACTIVITY CONDUCTED AT THE FACILITY (Optional) Check all types of operations that are performed at this facility regarding the manufacturing/processing, packing or holding of food. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Warehouse / Holding Facility (e.g. storage facilities, including storage tanks, grain elevators) | Acidified / Low Acid Food Processor | Interstate Conveyance Caterer / Catering Point | Molluscan Shellfish Establishment | Commissary | Contract Sterilizer | Labeler / Relabeler | Manufacturer / Processor | Repacker / Packer | Salvage Operator (Reconditioner) |

https://www.access.fda.gov/ffrm/registerNewFacility-flow.htm?execution=e2s24
    05/08/2014

| c. Other Vegetable and Vegetable Products | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

## SECTION 11 — OWNER, OPERATOR OR AGENT IN CHARGE INFORMATION

Provide the following information, if different from all other sections on the form. If information is the same as another section of the form, Check which section:

- ☒ Section 2 - Facility Address Information
- ☐ Section 3 - Preferred Mailing Address Information
- ☐ Section 4 - Parent Company Address Information
- ☐ Section 7 - US Agent Address Information

NAME OF ENTITY OR INDIVIDUAL WHO IS THE OWNER, OPERATOR, OR AGENT IN CHARGE: Alimentos Carnicos SAS

STREET ADDRESS, Line 1: Kilometro 3 Carretera La Ceja - Rionegro

STREET ADDRESS, Line 2:

CITY: La Ceja                                        STATE/PROVINCE/TERRITORY: Antioquia

ZIP CODE (POSTAL CODE): 0000

COUNTRY/AREA: COLOMBIA

PHONE NUMBER (Include Area/Country Code): 057 4 4028200  41802

FAX NUMBER (Optional; Include Area/Country Code): 057 4 4028299

E-MAIL ADDRESS (Optional): hramos@alimentoscarnicos.com.co

## SECTION 12 — INSPECTION STATEMENT

☐ FDA will be permitted to inspect the facility at the time and in the manner permitted by the Federal Food, Drug, and Cosmetic Act.

## SECTION 13 — CERTIFICATION STATEMENT

The owner, operator, or agent in charge of the facility, or an individual authorized by the owner, operator, or agent in charge of the facility, must submit this form. By submitting this form to FDA, or by authorizing an individual to submit this form to FDA, the owner, operator, or agent in charge of the facility certifies that the above information is true and accurate. An individual (other than the owner, operator or agent in charge of the facility) who submits the form to the FDA also certifies that the above information submitted is true and accurate and that he/she is authorized to submit the registration on the facility's behalf. An individual authorized by the owner, operator, or agent in charge must below identify by name the individual who authorized submission of the registration. Under 18 U.S.C 1001, anyone who makes a materially false, fictitious, or fraudulent statement to the U.S. Government is subject to criminal penalties.

☐ The Secretary will be permitted to inspect facility at the time and in the manner permitted by this act.

NAME OF PERSON SUBMITTING THIS REGISTRATION FORM: Hernando Ramos

CHECK ONE BOX

☐ A. OWNER, OPERATOR, OR AGENT IN CHARGE (STOP HERE, FORM IS COMPLETED)

☒ B. INDIVIDUAL AUTHORIZED TO SUBMIT THE REGISTRATION

IF YOU CHECKED BOX B ABOVE, INDICATE WHO AUTHORIZED YOU TO SUBMIT THE REGISTRATION:

☐ OWNER, OPERATOR, OR AGENT IN CHARGE (STOP HERE, FORM IS COMPLETED)

☐ NAME OF INDIVIDUAL WHO AUTHORIZED REGISTRATION ON BEHALF OF OWNER, OPERATOR, OR AGENT IN CHARGE (FILL IN ADDRESS BELOW): -N/A-

ADDRESS INFORMATION FOR THE AUTHORIZING INDIVIDUAL: -N/A-

AUTHORIZING INDIVIDUAL STREET ADDRESS, Line1: -N/A-

AUTHORIZING INDIVIDUAL STREET ADDRESS, Line2: -N/A-

CITY: -N/A-

STATE/PROVINCE/TERRITORY: -N/A-

ZIP CODE (POSTAL CODE): -N/A-

COUNTRY/AREA: -N/A-

PHONE NUMBER (Include Area/Country Code): -N/A-

FAX NUMBER (Optional; Include Area/Country Code): -N/A-

E-MAIL ADDRESS (Optional): -N/A-

https://www.access.fda.gov/ffrm/registerNewFacility-flow.htm?execution=e2s24                05/08/2014

Confidential                                                                                IAZ_DNJ0002496

**Redacted**

-----Remitido por Veronica Velasquez Arias/CO/Servicios/NUTRESA el 19/09/2017 14:31 -----
Para: Veronica Velasquez Arias/CO/Servicios/NUTRESA@GNCH
De: Luis Alfonso Arango/US/Cordialsa/NUTRESA
Fecha: 19/09/2017 14:20
Asunto: Fw: Registro FDA Alimentos Carnicos

**Redacted**



Luis A. Arango

Cordialsa USA, Inc
24900 Pitkin Rd Ste 190
Spring, TX, 77386
Ph: (713) 460 4527
Avaya: 34201
larango@cordialsausa.com

-----Forwarded by Luis Alfonso Arango/US/Cordialsa/NUTRESA on 09/19/2017 02:19PM -----

To: Luis Alfonso Arango/US/Cordialsa/NUTRESA@GNCH
From: Hernando Ramos Moreno/CO/Alimentos Carnicos/Carnicos/NUTRESA
Date: 05/09/2014 02:38PM
Cc: Carlos Andres Espinosa Escobar/CO/Zenu/Carnicos/NUTRESA@GNCH, Lina Maria Mejia Lopez/CO/Zenu/Carnicos/NUTRESA@GNCH, Juliana Gomez Gonzalez/CO/Zenu/Carnicos/NUTRESA@GNCH, Rosa Elena Otalvaro Benjumea/CO/Noel/Galletas/NUTRESA@GNCH
Subject: Registro FDA Alimentos Carnicos

(See attached file: 20140509 - Registro FDA Alimentos Carnicos.pdf)

Buenas tardes para todos

Envío registro FDA de la planta de Alimentos Cárnicos en La Ceja, que produce los Fríjoles Antioqueños con Tocino, para exportación a USA

Nos falta tener registro del producto, la otra semana lo sacamos


Mil gracias a todos por el acompañamiento

Confidential
IAZ_DNJ0002492

Slds

 

Hernando Ramos Moreno
Director de Ventas Larga Vida y Food Service
Negocio Cárnico
Dirección: Cra 52 No 20 - 124
Medellín – Colombia
Tel.: (57-4) 402 82 00 Ext: 41802
Cel: 315 5704981
Mail: hramos@alimentoscarnicos.com.co

Grupo Empresarial Nutresa 

-----Remitido por Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA el 09/05/2014 14:24 -----
Para: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH
De: Dallys Jaramillo Arcia/CO/Alimentos_Carnicos/Carnicos/NUTRESA
Fecha: 09/05/2014 14:08
Asunto: Rm: scáner

Dallys Jaramillo Arcia
Soporte de Servicios Administrativos
Negocio Cárnico
Dirección: Cra. 52 N° 20 – 124 Av. Guayabal
Medellín – Colombia
Tel.: (57-4) 4028200 Ext. 41800

Grupo Empresarial Nutresa 

-----Remitido por Dallys Jaramillo Arcia/CO/Alimentos_Carnicos/Carnicos/NUTRESA el 09/05/2014 14:08 -----
Para: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH
De: Dallys Jaramillo Arcia/CO/Alimentos_Carnicos/Carnicos/NUTRESA
Fecha: 09/05/2014 13:49
Asunto: scáner

(Vea el archivo anexo: Scan_Doc0736.pdf)

Dallys Jaramillo Arcia
Soporte de Servicios Administrativos
Negocio Cárnico
Dirección: Cra. 52 N° 20 – 124 Av. Guayabal
Medellín – Colombia
Tel.: (57-4) 4028200 Ext. 41800

Grupo Empresarial Nutresa 

Confidential

Date:05/08/2014 17:48:55

## SECTION 1 - TYPE OF REGISTRATION

| | |
|---|---|
| 1a. | FOREIGN REGISTRATION |
| 1b. | INITIAL REGISTRATION: 12566763476    PIN NUMBER: a438cbdi |

ARE YOU THE NEW OWNER OF A PREVIOUSLY REGISTERED FACILITY?   Yes   ✓ No

| | |
|---|---|
| 1c. | PREVIOUS OWNER'S TITLE :    PREVIOUS OWNER'S NAME :    PREVIOUS OWNER'S REGISTRATION NUMBER : |

## SECTION 2 - FACILITY NAME/ADDRESS INFORMATION

FACILITY NAME: Alimentos Carnicos SAS

FACILITY NAME SUFFIX: Manufacturing     FACILITY NAME SUFFIX OTHER:

FACILITY STREET ADDRESS, Line1: Kilometro 3 Carretera La Ceja - Rionegro

FACILITY STREET ADDRESS, Line2:

CITY: La Ceja     STATE/PROVINCE/TERRITORY: Antioquia

ZIP CODE (POSTAL CODE): 0000

COUNTRY/AREA: COLOMBIA

PHONE NUMBER (Include Area/Country Code): 057 4 4028200  41802

FAX NUMBER (Optional; Include Area/Country Code): 057 4 4028299

E-MAIL ADDRESS: hramos@alimentoscarnicos.com.co

## SECTION 3 - PREFERRED MAILING ADDRESS INFORMATION (OPTIONAL)

Complete this section if different from Section 2 Facility Name/Address Information (OPTIONAL)

**If information is the same as section 2, check the box:**

NAME: Alimentos Carnicos SAS Manufacturing

ADDRESS, Line1: Kilometro 3 Carretera La Ceja - Rionegro

ADDRESS, Line2:

CITY: La Ceja     STATE/PROVINCE/TERRITORY: Antioquia

ZIP CODE (POSTAL CODE): 0000

COUNTRY/AREA: COLOMBIA

PHONE NUMBER (Include Area/Country Code): 057 4 4028200  41802

FAX NUMBER (Optional; Include Area/Country Code): 057 4 4028299

E-MAIL ADDRESS (Optional): hramos@alimentoscarnicos.com.co

## SECTION 4 - PARENT COMPANY NAME/ADDRESS INFORMATION AND TRADE NAMES

(If applicable and if different from sections 2 and 3). If information is the same as another section, check which section:

- Section 2 - Facility Address Information
- ✓ Section 3 - Preferred Mailing Address Information
- None of the above

NAME OF PARENT COMPANY: Alimentos Carnicos SAS

PARENT COMPANY SUFFIX: Manufacturing     PARENT COMPANY SUFFIX OTHER:

STREET ADDRESS OF PARENT COMPANY, Line 1: Kilometro 3 Carretera La Ceja - Rionegro

STREET ADDRESS OF PARENT COMPANY, Line2:

CITY: La Ceja     STATE/PROVINCE/TERRITORY: Antioquia

ZIP CODE (POSTAL CODE): 0000

COUNTRY/AREA: COLOMBIA

PHONE OF INDIVIDUAL AT PARENT COMPANY (Include Area/Country Code): 057 4 4028200  41802

https://www.access.fda.gov/ffrm/registerNewFacility-flow.htm?execution=e2s24     08/05/2014

Confidential     IAZ_DNJ0002494

FAX # OF INDIVIDUAL AT PARENT COMPANY (Optional; Include Area/Country Code): 057 4 4028299
E-MAIL ADDRESS OF INDIVIDUAL AT PARENT COMPANY (Optional): hramos@alimentoscarnicos.com.co

(If this facility uses trade names other than that listed in section 2 above, list them below (E.G.,"also doing business as," "facility also known as"):
ALTERNATE TRADE NAME #1:

### SECTION 5 — FACILITY EMERGENCY CONTACT INFORMATION

INDIVIDUAL's TITLE (Optional): Mr  INDIVIDUAL's TITLE OTHER
INDIVIDUAL'S NAME (Optional): Luis
INDIVIDUAL'S MIDDLE NAME (Optional): Alfonso
INDIVIDUAL'S LAST NAME (Optional): Arango
TITLE (Optional): Manager Cordialsa USA
EMERGENCY CONTACT PHONE (Include Area/Country Code): 001 713 4604527
E-MAIL ADDRESS (Optional): laarango@cordialsausa.com

### SECTION 6 — TRADE NAMES

In the electronic version of FDA Form 3537, Section 6 (Trade Names) has been merged with Section 4 (Parent Company Name / Address information).

### SECTION 7 — U.S. AGENT

(To be completed by facilities located outside any state or territory of the United States, District Of Columbia, or The Commonwealth of Puerto Rico)
FIRST NAME OF U.S. AGENT: Luis
MIDDLE NAME OF U.S. AGENT: Alfonso
LAST NAME OF U.S. AGENT: Arango
TITLE (Optional): Manager Cordialsa USA
ADDRESS, Line 1: 9950 Cypresswood Dr Ste 360
ADDRESS, Line 2:
CITY: Houston  STATE: Texas
ZIP CODE (POSTAL CODE): 77070 -3480  COUNTRY/AREA: UNITED STATES
PHONE NUMBER (Include Area/Country Code): 713 4604527
EMERGENCY CONTACT PHONE NUMBER (Include Area Code): 832 7989517
FAX NUMBER (Optional; Include Area Code):
EMAIL ADDRESS: laarango@cordialsausa.com

### SECTION 8 — SEASONAL FACILITY DATES OF OPERATION (OPTIONAL)

Optional - Give the approximate dates that your facility is open for business, if its operations are on a seasonal basis.
DATES OF OPERATION:
**For Harvest 1**
Start Month:  End Month:
**For Harvest 2**
Start Month:  End Month:

### SECTION 9 — TYPES OF STORAGE (FOR PRIVATE LABEL DISTRIBUTORS ONLY)

- Ambient (neither frozen nor refrigerated) Storage
- Refrigerated Storage
- Frozen Storage

### SECTION 10 — GENERAL PRODUCT CATEGORIES - HUMAN/ANIMAL/BOTH

- Food for Human Consumption
- Food for Animal Consumption

### SECTION 10a — GENERAL PRODUCT CATEGORIES - FOOD FOR HUMAN CONSUMPTION OR TYPE OF ACTIVITY CONDUCTED AT THE FACILITY (OPTIONAL)

| To be completed by all food facilities. Please see instructions for further examples. | TYPE OF ACTIVITY CONDUCTED AT THE FACILITY (Optional) Check all types of operations that are performed at this facility regarding the manufacturing/processing, packing or holding of food. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Warehouse / Holding Facility (e.g. storage facilities, including storage tanks, grain elevators) | Acidified / Low Acid Food Processor | Interstate Conveyance Caterer / Catering Point | Molluscan Shellfish Establishment | Commissary | Contract Sterilizer | Labeler / Relabeler | Manufacturer / Processor | Repacker / Packer | Salvage Operator (Reconditioner) |

https://www.access.fda.gov/ffrm/registerNewFacility-flow.htm?execution=e2s24    08/05/2014

| | c. Other Vegetable and Vegetable Products | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

## SECTION 11

Provide the following information, if different from all other sections on the form. If information is the same as another section of the form, Check which section:

- ☑ Section 2 - Facility Address Information
- ☐ Section 3 - Preferred Mailing Address Information
- ☐ Section 4 - Parent Company Address Information
- ☐ Section 7 - US Agent Address Information

NAME OF ENTITY OR INDIVIDUAL WHO IS THE OWNER, OPERATOR, OR AGENT IN CHARGE: Alimentos Carnicos SAS
STREET ADDRESS, Line 1: Kilometro 3 Carretera La Ceja - Rionegro
STREET ADDRESS, Line 2:
CITY: La Ceja                                    STATE/PROVINCE/TERRITORY: Antioquia
ZIP CODE (POSTAL CODE): 0000
COUNTRY/AREA: COLOMBIA
PHONE NUMBER (Include Area/Country Code): 057 4 4028200  41802
FAX NUMBER (Optional; Include Area/Country Code): 057 4 4028299
E-MAIL ADDRESS (Optional): hramos@alimentoscarnicos.com.co

## SECTION 12 INSPECTION STATEMENT

FDA will be permitted to inspect the facility at the time and in the manner permitted by the Federal Food, Drug, and Cosmetic Act.

## SECTION 13 CERTIFICATION STATEMENT

The owner, operator, or agent in charge of the facility, or an individual authorized by the owner, operator, or agent in charge of the facility, must submit this form. By submitting this form to FDA, or by authorizing an individual to submit this form to FDA, the owner, operator, or agent in charge of the facility certifies that the above information is true and accurate. An individual (other than the owner, operator or agent in charge of the facility) who submits the form to the FDA also certifies that the above information submitted is true and accurate and that he/she is authorized to submit the registration on the facility's behalf. An individual authorized by the owner, operator, or agent in charge must below identify by name the individual who authorized submission of the registration. Under 18 U.S.C 1001, anyone who makes a materially false, fictitious, or fraudulent statement to the U.S. Government is subject to criminal penalties.

The Secretary will be permitted to inspect facility at the time and in the manner permitted by this act.

NAME OF PERSON SUBMITTING THIS REGISTRATION FORM: Hernando Ramos
CHECK ONE BOX
  ☐ A. OWNER, OPERATOR, OR AGENT IN CHARGE (STOP HERE, FORM IS COMPLETED)
  ☑ B. INDIVIDUAL AUTHORIZED TO SUBMIT THE REGISTRATION
IF YOU CHECKED BOX B ABOVE, INDICATE WHO AUTHORIZED YOU TO SUBMIT THE REGISTRATION:
  ☐ OWNER, OPERATOR, OR AGENT IN CHARGE (STOP HERE, FORM IS COMPLETED)
  NAME OF INDIVIDUAL WHO AUTHORIZED REGISTRATION ON BEHALF OF OWNER, OPERATOR, OR AGENT IN CHARGE (FILL IN ADDRESS BELOW): -N/A-
ADDRESS INFORMATION FOR THE AUTHORIZING INDIVIDUAL: -N/A-
AUTHORIZING INDIVIDUAL STREET ADDRESS, Line1: -N/A-
AUTHORIZING INDIVIDUAL STREET ADDRESS, Line2: -N/A-
CITY: -N/A-
STATE/PROVINCE/TERRITORY: -N/A-
ZIP CODE (POSTAL CODE): -N/A-
COUNTRY/AREA: -N/A-
PHONE NUMBER (Include Area/Country Code): -N/A-
FAX NUMBER (Optional; Include Area/Country Code): -N/A-
E-MAIL ADDRESS (Optional): -N/A-

https://www.access.fda.gov/ffrm/registerNewFacility-flow.htm?execution=e2s24                    08/05/2014

Confidential                                                                                      IAZ_DNJ0002496