# Exhibit JJ



STATE OF NEW YORK )
)
) ss
)
COUNTY OF NEW YORK )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document with Bates Nos. IAZ_DNJ0003580—IAZ_DNJ0003583.

Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me
this 3rd day of October, 2022.

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023



**From**: Luis Alfonso Arango <laarango@cordialsausa.com>
**Sent**: Thursday, June 5, 2014 10:41 AM
**To**: Hernando Ramos Moreno <hramos@alimentoscarnicos.com.co>
**Subject**: Re: Fw: FDA testing

Ready. Hernando.

Please remember we have the following pending:

1. Product presentation so we can share it with the clients.

Confidential                                                                                                                                          IAZ_DNJ0003580

2. Value chain

3. Check whether you can put the UPC on the label, as we discussed. If it can come already printed, that would be best, so we avoid handling stickers.

4. Final samples: when you have the final product ready, please send me samples.

Best,

Luis A. Arango



Cordialsa USA, Inc
9950 Cypresswood Dr. Ste 360
Houston, TX, 77070
Ph: (713) 460 4527

laarango@cordialsausa.com

-----Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA wrote: -----

To: Luis Alfonso Arango/US/Cordialsa/NUTRESA@GNCH
From: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA
Date: 06/05/2014 09:34AM
Subject: Fw: FDA testing

Hi Luis,

I want to share this. Another week has gone by, but we need to have the FDA code in the invoice.

Best regards,



**Hernando Ramos Moreno**
Sales Director Extended Shelf Life Products and Food Service
Meat Business
Address: Cra. 52 No 20 • 124
Medellin – Colombia
Tel.: (57-4) 402 82 00 Ext: 41802
Mob: 315 5704081
E-mail: hramos@alimentoscarnicos.com.co

Grupo Empresarial Nutresa [logo]

Confidential                                                                                                                          IAZ_DNJ0003581

----- Forwarded by Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA on 06/05/2014 09:33-----

To: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/ NUTRESA@GNCH
From: John Edward Monsalve Correa/CO/Zenu/Carnicos/NUTRESA
Date: 06/04/2014 15:38
From: Liliana María Arboleda Ochoa/CO/Zenu/Carnicos/NUTRESA@GNCH
Subject: FDA testing

Good afternoon Hernando,

Here is some information on the FDA registration setup. It sounds like it should be ready by Monday.

| Comments | Date | Time/Who |
|---|---|---|
| We have completed the setup and a test invoice print. The FDA Reg shows up perfectly.<br>Now we are in the process of taking this solution to the Quality Leader for other tests and then it will go live (I am hoping by Monday).<br>Regards, | 2014/06/04 15:24 | Jose Joaquin Duque Mejia<br>0.0 / |
|  | Total time: | 0.0 |

Have a nice day.



**John Edward Monsalve Correa**
Information Processes Analyst
**Central Agency – Meat Business**
Cr 52 N° 20-124 Medellín

Tel. 4028252 - Ext. 41852

Mob. 318 263 23 42

jmonsalvec@zenu.com.co

Grupo Empresarial Nutresa [logo]

ADVERTENCIA SOBRE CONFIDENCIALIDAD
La información contenida en este correo electrónico, incluyendo sus anexos, está dirigida exclusivamente a su destinatario y puede contener datos de carácter confidencial protegidos por la ley. Si usted no es el destinatario de este mensaje por favor infórmenos y elimínalo a la mayor brevedad. Cualquier retención, difusión, distribución, divulgación o copia de éste mensaje es prohibida y será sancionada por la ley.

CONFIDENTIAL WARNING
The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have

confidential data. if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.

ADVERTENCIA SOBRE CONFIDENCIALIDAD

La información contenida en este correo electrónico, incluyendo sus anexos, está dirigida exclusivamente a su destinatario y puede contener datos de carácter confidencial protegidos por la ley. Si usted no es el destinatario de este mensaje por favor infórmenos y elimínalo a la mayor brevedad. Cualquier retención, difusión, distribución, divulgación o copia de éste mensaje es prohibida y será sancionada por la ley.

CONFIDENTIAL WARNING

The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have confidential data. if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.

Confidential                                                                                      IAZ_DNJ0003583



**From:** Luis Alfonso Arango <laarango@cordialsausa.com>
**Sent:** Thursday, June 5, 2014 10:41 AM
**To:** Hernando Ramos Moreno <hramos@alimentoscarnicos.com.co>
**Subject:** Re: Rm: Pruebas FDA

Listo. Hernando.

Acordate por fa que tenemos esto pendiente:

1. Presentacion de producto para poder compartirlo con los clientes.

Confidential                                                                                                                                                              IAZ_DNJ0003580

2. Cadena de Valor

3. Revisar si podes poner el UPC en la etiqueta tal como lo hablamos. Si puede ya venir impreso seria lo mejor y asi nos evitamos el manejo de stickers.

4. Muestras Finales: cuando tengas el producto final ya listo pa que me envies muestras por fa.

att



Luis A. Arango

Cordialsa USA, Inc
9950 Cypresswood Dr. Ste 360
Houston, TX, 77070
Ph: (713) 460 4527

laarango@cordialsausa.com

-----Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA wrote: -----

To: Luis Alfonso Arango/US/Cordialsa/NUTRESA@GNCH
From: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA
Date: 06/05/2014 09:34AM
Subject: Rm: Pruebas FDA

Hola Luis

Te comparto, otra semana que se nos pasó, pero necesitamos tener el código FDA en la factura

Un abrazo



Hernando Ramos Moreno
Director de Ventas Larga Vida y Food Service
Negocio Cárnico
Dirección: Cra 52 No 20 - 124
Medellín – Colombia
Tel.: (57-4) 402 82 00 Ext: 41802
Cel: 315 5704961
Mail: hramos@alimentoscarnicos.com.co

Grupo Empresarial Nutresa

Confidential IAZ_DNJ0003581

----- Remitido por Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA el 05/06/2014 09:33 -----

Para: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH
De: John Edward Monsalve Correa/CO/Zenu/Carnicos/NUTRESA
Fecha: 04/06/2014 15:38
Cc: Liliana Maria Arboleda Ochoa/CO/Zenu/Carnicos/NUTRESA@GNCH
Asunto: Pruebas FDA

Buenas tardes Hernando,

Envío información de la configuración del registro FDA. Al parecer estaría listo para el lunes.

| Comentarios | Fecha | Tiempo | Quien |
|---|---|---|---|
| Ya hicimos la configuración y una prueba de impresión de factura. Aparece perfecto el Reg FDA. Ahora estamos en el proceso de llevar está solución al Mandante de Calidad para otras pruebas y luego la pasaremos a vivo (espero que el lunes). Saludos. | 2014/06/04 15:24 | 0:0 | JOSE JOAQUIN DUQUE MEJIA |
| | | Tiempo Total 0:0 | |

Feliz día



**John Edward Monsalve Correa**
Analista de Procesos de Información
**Agencia Central - Negocio Cárnico**
Cr 52 N° 20-124 Medellín
Tel. 4028252 – Ext. 41852
Cel. 318 263 23 42

jmonsalvec@zenu.com.co

Grupo Empresarial Nutresa 

ADVERTENCIA SOBRE CONFIDENCIALIDAD
La información contenida en este correo electrónico, incluyendo sus anexos, está dirigida exclusivamente a su destinatario y puede contener datos de carácter confidencial protegidos por la ley. Si usted no es el destinatario de este mensaje por favor infórmenos y elimínalo a la mayor brevedad. Cualquier retención, difusión, distribución, divulgación o copia de éste mensaje es prohibida y será sancionada por la ley.

CONFIDENTIAL WARNING
The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have

confidential data. if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.

**ADVERTENCIA SOBRE CONFIDENCIALIDAD**
La información contenida en este correo electrónico, incluyendo sus anexos, está dirigida exclusivamente a su destinatario y puede contener datos de carácter confidencial protegidos por la ley. Si usted no es el destinatario de este mensaje por favor infórmenos y elimínalo a la mayor brevedad. Cualquier retención, difusión, distribución, divulgación o copia de éste mensaje es prohibida y será sancionada por la ley.

**CONFIDENTIAL WARNING**
The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have confidential data. if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.