# Exhibit KK



STATE OF NEW YORK    )
                     )
                     )  ss
                     )
COUNTY OF NEW YORK   )

## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document with Bates Nos. IAZ_DNJ0003584—IAZ_DNJ0003587.

_____
Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me
this 3rd day of October, 2022.

_____

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432



Confidential    IAZ_DNJ0003584

**From:** Luis Alfonso Arango <laarango@cordialsausa.com>
**Sent:** Friday, May 9, 2014 8:19 a.m.
**To**: Hernando Ramos Moreno <hramos@alimentoscarnicos.com.co>
**Subject:** Zenu

Hello Hernando:

It would be good if we could make progress on some things for the work on the product.

You could give me all the product information you have so I can have it ready for the client presentations:

- Product with images

- Product characteristics

- Market share in Colombia (this will help me show buyers that zenu is the leading brand in this segment)

- In general, everything you can give us that would be useful for making a good presentation to clients.

Best regards,

Luis A. Arango



**Cordialsa USA, Inc**
9950 Cypresswood Dr. Ste 360
Houston, TX, 77070
Ph: (713) 460 4527

iaarango@cordiafeausa.com

---Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA wrote:---------

To: "Luis Alfonso Arango" <laarango@cordialsausa.com>
From: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA
Date: 05/08/2014 07:04 p.m.
Cc: "Rosa Elena Otalvaro Benjumea" <rotalvaro@noel.com.co>, "Lina Maria Mejia Lopez" <limejia@alimentoscarnicos.com.co>, "Carlos Andres Ramirez Suarez" <caramirez@comercialnutresa.com.co>
Subject: Fwd: Initial Facility Assignment Notification

Hello Team

I want to inform you that we now have the FDA code for the Alimentos Carnicos [Meat Foods] plant, we still need the product code.

Hugs and thanks for your support

Regards,

Hernando Ramos M

Sales Director Extended Shelf Life Products and Food Service

Beginning of the forwarded message:

> **From:** CFSANFoodFacilityRegistration@fda.hhs.gov
> **Date:** May 08, 2014  04:48:39 p.m. GMT-5
> **To:** hramos@alimentoscarnicos.com.co
> **Subject: Initial Facility Assignment Notification**
> **Reply to:** fis@fda.gov

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Food and Drug Administration

Confidential    IAZ_DNJ0003585

5100 Paint Branch Parkway, HFS-681

College Park, MD 20993

**Date:** May 8, 2014

The U.S. Food and Drug Administration (FDA) is hereby providing you with a confirmation copy of the information FDA received regarding registration of your facility with the FDA as required by 21 CFR Part 1, Subpart H, and the Public Health Security and Bioterrorism Preparedness and Response Act of 2002. The FDA Registration of Food Facilities database shows:

**Food Facility Name**:   Alimentos Cárnicos SAS

**Food Facility Registration Number**:   12566763476

**PIN**:   a438cbdi

**Street Address Line 1:**   Kilometro 3 Carretera La Ceja - Rionegro

**Street Address Line 2:**

**City:**   La Ceja     **State/Province:**   Antioquia

**ZIP/Postal Code:**   0000

**Country/Area:**   COLOMBIA

You may want to review the accuracy of the registration in the attached paper document. **If the information is correct, no action is necessary.**

If the information is <u>incorrect</u>, you must update your registration within 15 days of receipt of this letter.
You can update your registration electronically via the FDA Industry Systems web site at https://www.access.fda.gov/.
If you have not used the FDA Industry Systems previously, you first will need to create an account.
There are tutorials at the above web address that will explain how to do so. If you did not create this registration online, you will need to link the registration to your account so you can view, update or cancel it.

Alternatively, you may submit an update by mail or fax to:

Confidential                                                                                                                    IAZ DNJ0003586

U.S. Food and Drug Administration
5100 Paint Branch Parkway, HFS-681
College Park, MD 20993
Fax: 301-436-2804

You should include a copy of this letter with your mailed or fax response along with your request. Please use Form 3537 if submitting a paper update to your registration, and be sure to check in Section 1 of the form the items applicable to the update.

You may contact the FDA Industry Systems Help Desk via telephone at: 1-800-216-7331 (Domestic) or 301- 575-0156 if you have questions.

Thank You.
FDA Unified Registration and Listing and Prior Notice System Helpdesk

**CONFIDENTIAL WARNING**

The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have confidential data, if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.

CONFIDENTIAL WARNING
The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have confidential data. if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.

**CONFIDENTIAL WARNING**

The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have confidential data, if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message Is strictly prohibited and punished by law.

CONFIDENTIAL WARNING
The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have confidential data. if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.

Confidential                                                                                                                                                                          IAZ_DNJ0003587

**From:** Luis Alfonso Arango <laarango@cordialsausa.com>
**Sent:** Friday, May 9, 2014 8:19 AM
**To:** Hernando Ramos Moreno <hramos@alimentoscarnicos.com.co>
**Subject:** Zenu

Hola Hernando:

Seria bueno que fueramos adelantando algunas cosas para el trabajo del producto.

Vos podrias regalarme toda la informacion que tengas de producto para poder tenerla lista para las presentaciones con clientes:

- Producto con imagenes

- Caracteristicas de producto

- Participacion de mercado en Colombia ( esto me servira para mostrarles a los compradores que zenu es la marca lider en ese segmento)

Confidential

IAZ_DNJ0003584

- En general todo lo que puedas darnos de herramientas para hacer una buena presentacion a clientes.

att

Luis A. Arango



Cordialsa USA, Inc
9950 Cypresswood Dr. Ste 360
Houston, TX, 77070
Ph: (713) 460 4527

laarango@cordialsausa.com

-----Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA wrote: -----

To: "Luis Alfonso Arango" <laarango@cordialsausa.com>
From: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA
Date: 05/08/2014 07:04PM
Cc: "Rosa Elena Otalvaro Benjumea" <rotalvaro@noel.com.co>, "Lina Maria Mejia Lopez" <limejia@alimentoscarnicos.com.co>, "Carlos Andres Ramirez Suarez" <caramirez@comercialnutresa.com.co>
Subject: Fwd: Initial Facility Assignment Notification

Hola Equipo

Les cuento q ya tenemos código FDA de la planta de Alim Carnicos, falta el del producto

Un abrazo y gracias x el apoyo

Saludos

Hernando Ramos M

Director de Ventas Larga Vida y Food Service

Inicio del mensaje reenviado:

> **De:** CFSANFoodFacilityRegistration@fda.hhs.gov
> **Fecha:** 8 de mayo de 2014 4:48:39 p.m. GMT-5
> **Para:** hramos@alimentoscarnicos.com.co
> **Asunto: Initial Facility Assignment Notification**
> **Responder a:** fis@fda.gov

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Food and Drug Administration

Confidential

IAZ_DNJ0003585

5100 Paint Branch Parkway, HFS-681

College Park, MD 20993

**Date:** May 8, 2014

The U.S. Food and Drug Administration (FDA) is hereby providing you with a confirmation copy of the information FDA received regarding registration of your facility with the FDA as required by 21 CFR Part 1, Subpart H, and the Public Health Security and Bioterrorism Preparedness and Response Act of 2002. The FDA Registration of Food Facilities database shows:

| | |
|---|---|
| **Food Facility Name:** | Alimentos Carnicos SAS |
| **Food Facility Registration Number:** | 12566763476 |
| **PIN:** | a438cbdi |
| **Street Address Line 1:** | Kilometro 3 Carretera La Ceja - Rionegro |
| **Street Address Line 2:** | |
| **City:** | La Ceja |
| **State/Province:** | Antioquia |
| **ZIP/Postal Code:** | 0000 |
| **Country/Area:** | COLOMBIA |

You may want to review the accuracy of the registration in the attached paper document. **If the information is correct, no action is necessary.**

If the information is <u>incorrect</u>, you must update your registration within 15 days of receipt of this letter. You can update your registration electronically via the FDA Industry Systems web site at https://www.access.fda.gov/.
If you have not used the FDA Industry Systems previously, you first will need to create an account. There are tutorials at the above web address that will explain how to do so. If you did not create this registration online, you will need to link the registration to your account so you can view, update or cancel it.

Alternatively, you may submit an update by mail or fax to:

U.S. Food and Drug Administration
5100 Paint Branch Parkway, HFS-681
College Park, MD 20993
Fax: 301-436-2804

You should include a copy of this letter with your mailed or fax response along with your request. Please use Form 3537 if submitting a paper update to your registration, and be sure to check in Section 1 of the form the items applicable to the update.

You may contact the FDA Industry Systems Help Desk via telephone at: 1-800-216-7331 (Domestic) or 301-575-0156 if you have questions.

Thank You.
FDA Unified Registration and Listing and Prior Notice System Helpdesk

ADVERTENCIA SOBRE CONFIDENCIALIDAD
La información contenida en este correo electrónico, incluyendo sus anexos, está dirigida exclusivamente a su destinatario y puede contener datos de carácter confidencial protegidos por la ley. Si usted no es el destinatario de este mensaje por favor infórmenos y elimínalo a la mayor brevedad. Cualquier retención, difusión, distribución, divulgación o copia de éste mensaje es prohibida y será sancionada por la ley.

CONFIDENTIAL WARNING
The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have confidential data. if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.

ADVERTENCIA SOBRE CONFIDENCIALIDAD
La información contenida en este correo electrónico, incluyendo sus anexos, está dirigida exclusivamente a su destinatario y puede contener datos de carácter confidencial protegidos por la ley. Si usted no es el destinatario de este mensaje por favor infórmenos y elimínalo a la mayor brevedad. Cualquier retención, difusión, distribución, divulgación o copia de éste mensaje es prohibida y será sancionada por la ley.

CONFIDENTIAL WARNING
The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have confidential data. if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.