# Exhibit LL



|  |  |
|---|---|
| STATE OF NEW YORK | ) |
|  | ) |
|  | )  ss |
|  | ) |
| COUNTY OF NEW YORK | ) |

## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document with Bates Nos. IAZ_DNJ0003739—IAZ_DNJ0003745.

_____

Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me

this 3rd day of October, 2022.

_____

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432



Confidential

IAZ_DNJ0003739

## The Zenú brand 

- An established brand, a brand that is experienced, reliable, close by, familiar and socially responsible.

- Market leader in the categories in which it participates: Cold cuts, Extended Shelf Life Products Foods and Frozen Foods.

  The brand speaks to:

  Everyone who sees food as a vehicle to achieve their goals. Families, young people, couples, etc.

MEAT BUSINESS

Confidential

IAZ_DNJ0003740

# The product

Antioquian beans with bacon



Characteristics:

Red cranberry beans with pieces of bacon. A delicious taste of this typical Colombian dish!

Format x 380 Gr. and 580 Gr.

MEAT BUSINESS

## Specifications

Antioquian beans with bacon

| | |
|---|---|
| Packaging | • 3-piece metal can, with a paper or lithographic label, in two formats, 380 g (13.4 oz) or 580 g (20.4 oz). Packaged in corrugated cardboard box of 24 units. |
| Shelf life | • 18 months |
| Health Registration Number | • RSAA05I8907 |

MEAT BUSINESS

Confidential

IAZ_DNJ0003742





Confidential

IAZ_DNJ0003744



MEAT BUSINESS



# La marca 

- Una marca de trayectoria y experiencia, confiable, cercana, familiar y socialmente responsable.

- Líder en el mercado las categorías donde participa: Carnes frías, Alimentos Larga vida y Congelados.

La marca le habla :

A todas las personas que ven en la alimentación un vehículo para alcanzar sus logros. Familias, jóvenes, parejas, etc.

**NEGOCIO CÁRNICO**

Confidential
IAZ_DNJ0003740

# El producto

Fríjoles antioqueños con tocino



Características:

Fríjoles cargamanto rojos, con trozos de tocino. Un delicioso sabor de este plato típico colombiano!!

Presentación x 380 Gr. y 580 Gr.

**NEGOCIO CÁRNICO**

Confidential
IAZ_DNJ0003741

# Especificaciones

## Fríjoles antioqueños con tocino

| | |
|---|---|
| Empaque | • Envase de hojalata de tres piezas, con etiqueta de papel o litografiado, en dos referencias, 380g (13.4oz) ó 580g (20.4oz) y empacado en caja de cartón corrugada por 24 unidades. |
| Tiempo de vida útil | • 18 meses |
| Registro Sanitario | • RSAA05I8907 |

**NEGOCIO CÁRNICO**





Confidential
IAZ_DNJ0003744



Confidential

IAZ_DNJ0003745