# Exhibit MM



| | |
|---|---|
| STATE OF NEW YORK ) | |
| ) ss | |
| COUNTY OF NEW YORK ) | |

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document with Bates Nos. IAZ_DNJ0002501—IAZ_DNJ0002503.

Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me
this 3rd day of October, 2022.

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023

**Redacted**

.....Forwarded by Veronica Velasquez Arias/CO/Services/NUTRESA on 09/19/2017 14:32 ----
To: Veronica Velasquez Arias/CO/Services/NUTRESA@GNCH
From: Luis Alfonso Arango/US/Cordialsa/NUTRESA
Date: 09/19/2017 14:21
Subject: Fw: RE: Contact

# Redacted

Luis A. Arango



Cordialsa USA, Inc
24900 Pitkin Rd Ste 190
Spring, TX, 77386
Ph: (713) 460 4527
Avaya: 34201
laarango@cordialsausa.com

-----Forwarded by Luis Alfonso Arango/US/Cordialsa/NUTRESA on 09/19/2017 02:20PM ----

To: Luis Alfonso Arango <laarango@cordialsausa.com>
From: ELENA BUSTAMANTE CRUMP <ebustamante@proexport.com.co>
Date: 05/31/2014 11:49AM
Subject: RE: Contact

Luis,
It was great to meet you and I'm pleased that we can work together.
We will be glad to help you determine what may and may not enter the US. Before we talk next week, could you prepare a list of the products, their specifications and, most importantly, the percentage of "meat" contained in their preparation?
Best regards,
Ele



EXPORT, INVESTMENT AND TOURISM PROMOTION AGENCY

*Elena Maria Bustamante*
Executive Regional Representative - USA
PROEXPORT USA, The Colombian Government Trade Bureau
ebustamante@proexport.com.co
Tel: (713) 628-8088  Fax: (832) 553-7378
601 Brickell Key Drive, Suite 608, Miami, FL 33131
www.proexport.com.co

Confidential                                                                                      IAZ_DNJ0002501

| | |
|---|---|
| **From:** | Luis Alfonso Arango [mailto:laarango@cordialsausa.com] |
| **Sent:** | Friday, May 30, 2014 5:50 PM |
| **To:** | ELENA BUSTAMANTE CRUMP |
| **Subject:** | Contact |

Dear Elena,

It was lovely talking with you this week.

I would like to see if proexport could give us some advice with some products that I have always wanted to import, but have heard could not be brought to the USA because of US government restrictions. Specifically, they are some Zenu products.

Do you think we could go over this with proexport to see if this kind of product can be brought to the US and what the restrictions or duties would be under the FTA?

Best regards,



Luis A. Arango
Cordialsa USA, Inc
9950 Cypresswood Dr. Ste 360
Houston, TX, 77070
Ph: (713) 460 4527
laarango@cordialsausa.com

Grupo Nutresa S.A.

**ADVERTENCIA SOBRE CONFIDENCIALIDAD**
La información contenida en este correo electrónico, incluyendo sus anexos, esta dirigida exclusivamente a su destinatario y puede contener datos de carácter confidencial protegidos por la ley. Si usted no es el destinatario de este mensaje por favor infórmenos y elimínelo a la mayor brevedad. Cualquier retención, difusión, distribución, divulgación o copia de éste mensaje es prohibida y será sancionada por la ley.

**CONFIDENTIAL WARNING**
The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have confidential data. If you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.

Confidential                                                                                                                                                        IAZ_DNJ0002502



EXPORT, INVESTMENT AND TOURISM PROMOTION AGENCY

Confidential                                                                 IAZ_DNJ0002503

**Redacted**

-----Remitido por Veronica Velasquez Arias/CO/Servicios/NUTRESA el 19/09/2017 14:32 -----
Para: Veronica Velasquez Arias/CO/Servicios/NUTRESA@GNCH
De: Luis Alfonso Arango/US/Cordialsa/NUTRESA
Fecha: 19/09/2017 14:21
Asunto: Fw: RE: Contacto

**Redacted**



Luis A. Arango

Cordialsa USA, Inc
24900 Pitkin Rd Ste 190
Spring, TX, 77386
Ph: (713) 460 4527
Avaya: 34201
laarango@cordialsausa.com

-----Forwarded by Luis Alfonso Arango/US/Cordialsa/NUTRESA on 09/19/2017 02:20PM -----

To: Luis Alfonso Arango <laarango@cordialsausa.com>
From: ELENA BUSTAMANTE CRUMP <ebustamante@proexport.com.co>
Date: 05/31/2014 11:49AM
Subject: RE: Contacto

Luis,
Fue un placer conocerte y me alegra que podamos trabajar juntos.
Con mucho gusto podemos ayudarte a determinar que puede o no entrar a USA. Mientras conversamos la otra semana, podrías hacer la lista de los productos, sus especificaciones y lo más importante es que porcentaje de "carnes" contienen en la preparación?
Muchas saludes,
Ele



*Elena Maria Bustamante*
*Executive Regional Representative - USA*
*PROEXPORT USA, The Colombian Government Trade Bureau*
ebustamante@proexport.com.co
Tel: (713) 628-8088  Fax: (832) 553-7378
601 Brickell Key Drive, Suite 608, Miami, FL 33131
www.proexport.com.co

**From:** Luis Alfonso Arango [mailto:laarango@cordialsausa.com]
**Sent:** Friday, May 30, 2014 5:50 PM
**To:** ELENA BUSTAMANTE CRUMP
**Subject:** Contact

Hola Elena:

Fue un placer conversar contigo esta semana.

Me gustaria ver si proexport nos puede asesorar con unos productos que siempre me han gustado traer pero que dicen por ahi que no se pueden traer a USA por unas restricciones del gobierno de USA. En particular son algunos productos de Zenu.

Crees que podriamos revisar esto con proexport para ver si este tipo de productos se pueden traer a USA y cual seria el tema restrictivo o de aranceles bajo el TLC?

Saludos.



Luis A. Arango
Cordialsa USA, Inc
9950 Cypresswood Dr. Ste 360
Houston, TX, 77070
Ph: (713) 460 4527
laarango@cordialsausa.com

Grupo Nutresa S.A.

**ADVERTENCIA SOBRE CONFIDENCIALIDAD**
La información contenida en este correo electrónico, incluyendo sus anexos, esta dirigida exclusivamente a su destinatario y puede contener datos de carácter confidencial protegidos por la ley. Si usted no es el destinatario de este mensaje por favor infórmenos y elimínelo a la mayor brevedad. Cualquier retención, difusión, distribución, divulgación o copia de éste mensaje es prohibida y será sancionada por la ley.
**CONFIDENTIAL WARNING**
The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have confidential data. If you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.



Confidential

IAZ_DNJ0002503