# Exhibit NN



STATE OF NEW YORK      )
                       )
                       )   ss
                       )
COUNTY OF NEW YORK     )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document with Bates Nos. IAZ_DNJ0003588—IAZ_DNJ0003591.

Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me
this 3rd day of October, 2022.

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023



**From**: Luis Alfonso Arango <laarango@cordialsausa.com>
**Sent:** Thursday, June 5, 2014 9:23 a.m.
**To:** ELENA BUSTAMANTE CRUMP <ebustamante@proexport.com.co>
**Subject:** RE: Contact


Hello Elena:


Could you please describe what the meat handling requirements or restrictions are so that I can give you more clarity on what the restrictions are and with that you can give me the portfolio options that I could show you and then we can analyze them more specifically.


Regards,

Confidential                                                                                                                                                               IAZ_DNJ0003588



|  | Luis A. Arango |
|---|---|
|  | **Cordialsa USA, Inc** |
|  | 9950 Cypresswood Dr. Ste 360 |
|  | Houston, TX, 77070 |
|  | Ph: (713) 460 4527 |
|  | iaarango@cordialsausa.com |

— ELENA BUSTAMANTE CRUMP <ebustamante@proexport.com.co>:

To: "Luis Alfonso Arango" <laarango@cordialsausa.com>
From: ELENA BUSTAMANTE CRUMP <ebustamante@proexport.com.co>
Date: 05/31/2014 11:49 a.m.
Subject: RE: Contact

Luis,

It was a pleasure meeting you and I am glad that we will be working together

We will be glad to help you determine what may and may not enter the USA. Before our discussion next week, could you list the products, their specifications and most importantly, the percentage of "meat" contained in the preparation?

Best regards.

Ele



**Elena Maria** *Bustamante*

*Executive Regional Representative ~ USA*

*PROEXPORT USA, The Colombian Government Trade Bureau*

*ebustamante@proexport.com.co*

Tel: (713) 628-8088 Fax: (832) 553-7378

601 Brickell Key Drive, Suite 608, Miami, FL 33131

www.proexport.com.co



*Remember that the planet needs your help, avoid printing this mail.*

*At Proexport we are taking care of the environment.*

The information contained in this message and any attachment are confidential and for exclusive use. of the recipient. Those who are not, are prohibited from disclosing, copying or distributing the message. Any act or omission made on behalf of the recipient will be prosecuted under the criminal and civil Jaws of the country of origin for this post. If you have received this message in error, please delete it and immediately notify the sender.

Confidential    IAZ_DNJ0003589

The information contained in this message and any attachment are confidential and for exclusive use of the recipient. Those who are not, are prohibited from disclosing, copying or distributing the message. Any act or omission made on behalf of the recipient will be prosecuted under the criminal and civil laws of the country of origin for this post. If you have received this message in error, please delete it and immediately notify the sender.

**From:** Luis Alfonso Arango [mailto:laarango@cordialsausa.com]
**Sent:** Friday, May 30, 2014 5:50 p.m.
**To:** ELENA BUSTAMANTE CRUMP
**Subject:** Contact

Hello Elena:

It was lovely talking with you this week.

I wanted to ask you if proexport can advise us with some products that I always wanted to import but had heard could not be brought to the USA because of US government restrictions. Specifically they are some Zenu products.

Do you think we could go over this with proexport to see if products of this type can be brought to the USA and what the restrictions or duties would be under the FTA?

Regards,

Luis A. Arango



**Cordialsa USA, Inc**
9950 Cypresswood Dr. Ste 360
Houston, TX. 77070
Ph: (713) 460 4527

laarango@cordialsausa.com

Grupo Nutresa S.A.

**CONFIDENTIAL WARNING**
The Information contained in this e-mail, with all its attachments, is Intended for the use of the individual or entity to whom it is addressed and may have confidential data, if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.

CONFIDENTIAL WARNING
The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have confidential data. if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.



**EXPORT, INVESTMENT AND TOURISM PROMOTION AGENCY**

 *Remember that the planet needs your help, avoid printing this mail.*
*At Proexport we are taking care of the environment.*

**CONFIDENTIAL WARNING**
The Information contained in this e-mail, with all its attachments, is Intended for the use of the individual or entity to whom it is addressed and may have confidential data, if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.

CONFIDENTIAL WARNING
The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have confidential data, if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.

**CONFIDENTIAL WARNING**
The Information contained in this e-mail, with all its attachments, is Intended for the use of the individual or entity to whom it is addressed and may have confidential data, if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.

CONFIDENTIAL WARNING
The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have confidential data, if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.

Confidential                                                                                                                                                                                          IAZ DNJ0003591

Case 2:16-cv-06576-KM-MAH Document 267-40 Filed 10/10/22 Page 7 of 11 PageID: 12732



**From:** Luis Alfonso Arango <laarango@cordialsausa.com>
**Sent:** Thursday, June 5, 2014 9:23 AM
**To:** ELENA BUSTAMANTE CRUMP <ebustamante@proexport.com.co>
**Subject:** RE: Contacto

Hola Elena:

Me gustaria si nos pudieras describir cuales son los requerimientos o restricciones en el manejo de carne para con eso yo poder darles mas claridad sobre cuales son las restricciones y con eso me puedan dar opciones de portafolio que te podria mostrar y ya los analizamos mas especificamente.

Saludos.

Luis A. Arango



Cordialsa USA, Inc

9950 Cypresswood Dr. Ste 360

Houston, TX, 77070

Ph: (713) 460 4527

laarango@cordialsausa.com

-----ELENA BUSTAMANTE CRUMP <ebustamante@proexport.com.co> wrote: -----

To: Luis Alfonso Arango <laarango@cordialsausa.com>
From: ELENA BUSTAMANTE CRUMP <ebustamante@proexport.com.co>
Date: 05/31/2014 11:49AM
Subject: RE: Contacto

Luis,

Fue un placer conocerte y me alegra que podamos trabajar juntos.

Con mucho gusto podemos ayudarte a determinar que puede o no entrar a USA. Mientras conversamos la otra semana, podrías hacer la lista de los productos, sus especificaciones y lo más importante es que porcentaje de "carnes" contienen en la preparación?

Muchas saludes,

Ele



*Elena Maria Bustamante*

*Executive Regional Representative - USA*

*PROEXPORT USA, The Colombian Government Trade Bureau*

*ebustamante@proexport.com.co*

Tel: (713) 628-8088   Fax: (832) 553-7378

601 Brickell Key Drive, Suite 608, Miami, FL 33131

www.proexport.com.co

*Recuerda que el planeta necesita de tu ayuda, evita imprimir este mail.*

*En Proexport estamos cuidando el medio ambiente.*

*La información contenida en este mensaje, así como cualquier archivo anexo son confidenciales y de uso exclusivo del destinatario. Quien no lo sea, tiene prohibido hacer divulgación, copia o distribución del mensaje, o cualquier acción u omisión tomada en nombre del destinatario, bajo las leyes penales y civiles del país de origen de este correo. Si usted ha recibido este mensaje por error, por favor bórrelo y notifique inmediatamente al remitente.*

*The information contained in this message and any attachment are confidential and for exclusive use of the recipient. Those who are not, are prohibited from disclosing, copying or distributing the message. Any act or omission made on behalf of the recipient will be prosecuted under the criminal and civil laws of the country of origin for this post. If you have received this message in error, please delete it and immediately notify the sender.*

---

**From:** Luis Alfonso Arango [mailto:laarango@cordialsausa.com]
**Sent:** Friday, May 30, 2014 5:50 PM
**To:** ELENA BUSTAMANTE CRUMP
**Subject:** Contacto

Hola Elena:

Fue un placer conversar contigo esta semana.

Me gustaria ver si proexport nos puede asesorar con unos productos que siempre me han gustado traer pero que dicen por ahi que no se pueden traer a USA por unas restricciones del gobierno de USA. En particular son algunos productos de Zenu.

Crees que podriamos revisar esto con proexport para ver si este tipo de productos se pueden traer a USA y cual seria el tema restrictivo o de aranceles bajo el TLC?

Saludos.

Luis A. Arango



Cordialsa USA, Inc
9950 Cypresswood Dr. Ste 360
Houston, TX, 77070
Ph: (713) 460 4527

laarango@cordialsausa.com

Grupo Nutresa S.A.

**ADVERTENCIA SOBRE CONFIDENCIALIDAD**

La información contenida en este correo electrónico, incluyendo sus anexos, esta dirigida exclusivamente a su destinatario y puede contener datos de carácter confidencial protegidos por la ley. Si usted no es el destinatario de este mensaje por favor infórmenos y elimínelo a la mayor brevedad. Cualquier retención, difusión, distribución, divulgación o copia de éste mensaje es prohibida y será sancionada por la ley.

**CONFIDENTIAL WARNING**

The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have confidential data. if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.

Confidential                                                                 IAZ_DNJ0003590



 Acuerdo que el planeta necesita de tu ayuda, evita imprimir este mail. En Proexport estamos cuidando el medio ambiente.

**ADVERTENCIA SOBRE CONFIDENCIALIDAD**
La información contenida en este correo electrónico, incluyendo sus anexos, está dirigida exclusivamente a su destinatario y puede contener datos de carácter confidencial protegidos por la ley. Si usted no es el destinatario de este mensaje por favor infórmenos y elimínalo a la mayor brevedad. Cualquier retención, difusión, distribución, divulgación o copia de éste mensaje es prohibida y será sancionada por la ley.

**CONFIDENTIAL WARNING**
The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have confidential data. if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.

**ADVERTENCIA SOBRE CONFIDENCIALIDAD**
La información contenida en este correo electrónico, incluyendo sus anexos, está dirigida exclusivamente a su destinatario y puede contener datos de carácter confidencial protegidos por la ley. Si usted no es el destinatario de este mensaje por favor infórmenos y elimínalo a la mayor brevedad. Cualquier retención, difusión, distribución, divulgación o copia de éste mensaje es prohibida y será sancionada por la ley.

**CONFIDENTIAL WARNING**
The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have confidential data. if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.

Confidential                                                                                                                                                        IAZ_DNJ0003591