# Exhibit OO



| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) |
| | ) ss |
| | ) |
| COUNTY OF NEW YORK | ) |

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document with Bates Nos. IAZ_DNJ0002476—IAZ_DNJ0002478.

_____
Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me
this 3rd day of October, 2022.

_____

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023

| **Redacted** |
|---|

----Forwarded by Veronica Velasquez Arias/CO/Services/NUTRESA on 09/19/2017 1:55 p.m.----
To: Veronica Velasquez Arias/CO/Services/NUTRESA@GNCH
From: Luis Alfonso Arango/US/Cordialsa/NUTRESA
Date: 09/19/2017 1:47 p.m.
Subject: Fw: ZENU beans in the US and Rica Rondo in addition

# Redacted



Luis A. Arango

Cordialsa USA, Inc
24900 Pitkin Rd Ste 190
Spring, TX, 77386
Ph: (713) 460 4527
Avaya: 34201
lsarango@cordialsausa.com

-----Forwarded by Luis Alfonso Arango/US/Cordialsa/NUTRESA on 09/19/2017 01:47PM ----

To: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH
From: Luis Alfonso Arango/US/Cordialsa/NUTRESA
Date: 12/03/2014 09:24AM
Cc: Alberto Hoyos Lopera/CO/Noel/Galletas/NUTRESA@GNCH, Catalina Ramirez Cadavid/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH
Subject: ZENU beans in the US and Rica Rondo addition

*(See attached file: Rica Diversity Latin Maryland.jpg)*
*(See attached file: Zenu Diversity Latin Maryland.jpg)*

Hi Hernando,

I want to tell you that the Zenu issue has grown a lot and our sales people are seeing the product in many supermarkets, and not just the beans line but all the cold cuts too. In addition to the Zenu brand, now we are seeing they are also using Rica Rondo.

I will send some photos for your records.

Here I've attached pictures of zenu and rica in the maryland area.

Best,

Confidential                                                                                                   IAZ_DNJ0002476



Luis A. Arango

Cordialsa USA, Inc
3950 Cypresswood Dr. Ste 360
Houston, TX, 77070
Ph: (713) 460 4527
laarango@cordialsausa.com

-----Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA wrote: -----
To: "Luis Alfonso Arango" <laarango@cordialsausa.com>
From: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA
Date: 09/11/2014 05:40AM
Cc: "Alberto Hoyos Lopera" <ahoyos@noel.com.co>
Subject: Re: ZENU beans in the US

Luis, thank you very much for this information. It fits in with a digital customer's report that we forwarded to Legal, where a NY customer was complaining about the service of our Distributor in Miami, which we do not have, but this matter is more complex than we imagined.

We will copy Legal immediately.

Thanks a lot and best wishes.

Best regards,

Hernando Ramos M
Sales Director Extended Shelf Life Products and Food Service

>  On 10/09/2014, at 7:36 p.m. "Luis Alfonso Arango" <laarango@cordialsausa.com> wrote:
>
>  Hi Hernando,
>
>  I am visiting points of sale here in New Jersey and I have found there are Zenu beans on the market from a company called Zenu Products US.Á

>  The logo, descriptors, photos, etc. are identical to the product from Colombia, but the product is not Zenu's but from a company that is appropriating the Zenu brand and making consumers believe that they are purchasing Zenu products when in fact they are not.
>
>  I visited their website http://zenu.us.com/en/ and there you can see that they even sell ranchera sausage, Zenu chorizo, etc.
>
>  Attached is a photo I took of the point of sale, and I also bought a sample in case you need it.
>
I also asked the cashiers if the product was selling well and

Confidential

IAZ_DNJ0002477

they happened to be Colombian, and they told me that consumers were very happy because they see they can now purchase Zenu products in the USA, since it is the leading brand of canned beans.

>
> I think this is an important issue for you to address within the business.
>
> Best regards,
>
> Luis A. Arango - 20140910_173331.jpg
> <20140910_173331.jpg>

Confidential

IAZ_DNJ0002478

**Redacted**

-----Remitido por Veronica Velasquez Arias/CO/Servicios/NUTRESA el 19/09/2017 13:55 -----
Para: Veronica Velasquez Arias/CO/Servicios/NUTRESA@GNCH
De: Luis Alfonso Arango/US/Cordialsa/NUTRESA
Fecha: 19/09/2017 13:47
Asunto: Fw: Fríjoles ZENU en USA y Adicional Rica Rondo

**Redacted**



Luis A. Arango

Cordialsa USA, Inc
24900 Pitkin Rd Ste 190
Spring, TX, 77386
Ph: (713) 460 4527
Avaya: 34201
laarango@cordialsausa.com

-----Forwarded by Luis Alfonso Arango/US/Cordialsa/NUTRESA on 09/19/2017 01:47PM -----
To: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH
From: Luis Alfonso Arango/US/Cordialsa/NUTRESA
Date: 12/03/2014 09:24AM
Cc: Alberto Hoyos Lopera/CO/Noel/Galletas/NUTRESA@GNCH, Catalina Ramirez Cadavid/CO/Alimentos_Carnicos/Carnicos/NUTRESA@GNCH
Subject: Fríjoles ZENU en USA y Adicional Rica Rondo

(See attached file: Rica Diversity Latin Maryland.jpg)
(See attached file: Zenu Diversity Latin Maryland.jpg)

Hola Hernando:

Te cuento que el tema de Zenu se ha incrementado mucho y nuestra gente de ventas esta viendo el producto en muchos supermercados y ya no solo con la linea de frijoles sino con todo el tema de embutidos. Adicional a la marca zenu estamos viendo que ahora tambien estan usando Rica Rondo.

Te voy a enviar fotos para tus registros.

En este te estoy enviando fotos de zenu y rica en el area de maryland.

att



Luis A. Arango

Cordialsa USA, Inc
9950 Cypresswood Dr. Ste 360
Houston, TX. 77070
Ph: (713) 460 4527
laarango@cordialsausa.com

-----Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA wrote: -----
To: "Luis Alfonso Arango" <laarango@cordialsausa.com>
From: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA
Date: 09/11/2014 05:40AM
Cc: "Alberto Hoyos Lopera" <ahoyos@noel.com.co>
Subject: Re: Fríjoles ZENU en USA

Luis, muchas gracias por la información, coincide con un telecliente q pasamos a Jurídica, donde una cliente de NY se quejaba del servicio de nuestro Distribuidor en Miami, el cual no tenemos, pero este tema es más complejo de lo q nos imaginábamos

Ya mismo copiamos a Jurídica

Mil gracias y un abrazo

Saludos

Hernando Ramos M
Director de Ventas Larga Vida y Food Service

> El 10/09/2014, a las 7:36 p.m., "Luis Alfonso Arango" <laarango@cordialsausa.com> escribió:
>
> Hola Hernando:
>
> Estoy visitando puntos de venta aqui en New Jersey y me encuentro que hay en el mercado frijoles Zenu de una compania que se llama Zenu products US. Â
>
> El logo, descriptores, fotos, etc...es identico al producto de Colombia pero ese producto no es de Zenu sino de una compania que se esta apropiando de la marca Zenu y hace ver al consumidor que esta comprando productos de Zenu cuando en realidad no lo son. Â
>
> Visite su pagina web site http://zenu.us.com/en/ Â y ahi podras ver que hasta venden salchicha ranchera, chorizo zenu, etc.
>
> Te adjunto una foto que tome del punto de venta y adicionalmente compre una muestra por si la necesitas.
>
> Adicionalmente le pregunte a los cajeros que tanto se vendia el producto y

coincidencialmente eran Colombianos y me dijeron que estaban muy contentos los consumidores porque estan viendo que ya puden comprar los productos de Zenu en USA ya que es la marca lider de los frijoles enlatados.
>
> Considero un tema importante para que revises al interior del negocio.
>
> att
>
> Luis A. Arango - 20140910_173331.jpg
> <20140910_173331.jpg>

Confidential