# Exhibit QQ



STATE OF NEW YORK       )
                        )
                        )   ss
                        )
COUNTY OF NEW YORK      )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document with Bates Nos. IAZ_DNJ0003640—IAZ_DNJ0003642.

_____
Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me
this 3rd day of October, 2022.

_____

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023



**From:** Luis Alfonso Arango <laarango@cordialsausa.com>
**Sent:** Wednesday, December 3, 2014 9:27 a.m.
**To:** Hernando Ramos Moreno <hramos@alimentoscarnicos.com.co>
**Cc:** Alberto Hoyos Lopera <ahoyos@noel,com.co>; Catalina Ramirez Cadavid <cramirez@alicapsa.com.pa>
**Subject:** Full zenu display in new york

Hernando:

Confidential                                                                                                   IAZ_DNJ0003640

I am sending you pictures of a supermarket in new york called Mi Tierra where you will see several products under the zenu brand.

Best regards,

**Luis A. Arango**



**Cordialsa USA Inc**

9950 Cypresswood Dr. Ste 360

Houston, TX, 77070

Ph: (713) 460 4527  laarango@cordialsausa.com

—Forwarded by Luis Alfonso Arango/US/Cordialsa/NUTRESA on 12/03/2014 09:25 a.m.

To: Luis Alfonso Arango/US/Cordialsa/NUTRESA, "Alexander Valencia Bejarano" <avalenda@cordiaisausa.com>
From: Alejandro Yepes Bolivar/US/Cordialsa/NUTRESA
Date: 12/01/2014 10:42 a.m.
Subject: Mi tierra

(See attached file: 20141201_113536.jpg)
(See attached file: 20141201_113512.jpg)

Alex Yepes.
Cordialsausa.
201/9820537.

Sent from IBM Notes Traveler

**CONFIDENTIAL WARNING**

The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have confidential data, if you are not the intended recipient, please send back and delete the received message Immediately, Any retention, dissemination, distribution er copying of this message is strictly prohibited and punished by law.

**CONFIDENTIAL WARNING**

The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have

Confidential

IAZ_DNJ0003641

confidential data, if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.

**2 attached files**



20141201_113536.jpg
3576K



20141201_113512.jpg
4468K

Confidential                                                                                           IAZ_DNJ0003642

Case 2:16-cv-06576-KM-MAH   Document 267-43   Filed 10/10/22   Page 6 of 11 PageID: 12760

**From:** Luis Alfonso Arango <laarango@cordialsausa.com>
**Sent:** Wednesday, December 3, 2014 9:27 AM
**To:** Hernando Ramos Moreno <hramos@alimentoscarnicos.com.co>
**Cc:** Alberto Hoyos Lopera <ahoyos@noel.com.co>; Catalina Ramirez Cadavid <cramirez@alicapsa.com.pa>
**Subject:** Exhibicion completa de zenu en new york

Hernando:

Confidential

IAZ_DNJ0003640

Te envio fotos de un supermercado en new york llamado Mi Tierra en donde veras varios productos bajo la marca zenu.

att

Luis A. Arango



Cordialsa USA, Inc
9950 Cypresswood Dr. Ste 360
Houston, TX, 77070
Ph: (713) 460 4527

laarango@cordialsausa.com

-----Forwarded by Luis Alfonso Arango/US/Cordialsa/NUTRESA on 12/03/2014 09:25AM -----

To: Luis Alfonso Arango/US/Cordialsa/NUTRESA, "Alexander Valencia Bejarano" <avalencia@cordialsausa.com>
From: Alejandro Yepes Bolivar/US/Cordialsa/NUTRESA
Date: 12/01/2014 10:42AM
Subject: Mi tierra

(See attached file: 20141201_113536.jpg)
(See attached file: 20141201_113512.jpg)

Alex Yepes.
Cordialsausa.
201/9820537.

Enviado desde IBM Notes Traveler

ADVERTENCIA SOBRE CONFIDENCIALIDAD
La información contenida en este correo electrónico, incluyendo sus anexos, está dirigida exclusivamente a su destinatario y puede contener datos de carácter confidencial protegidos por la ley. Si usted no es el destinatario de este mensaje por favor infórmenos y elimínalo a la mayor brevedad. Cualquier retención, difusión, distribución, divulgación o copia de éste mensaje es prohibida y será sancionada por la ley.

CONFIDENTIAL WARNING
The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have confidential data. if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.

ADVERTENCIA SOBRE CONFIDENCIALIDAD
La información contenida en este correo electrónico, incluyendo sus anexos, está dirigida exclusivamente a su destinatario y puede contener datos de carácter confidencial protegidos por la ley. Si usted no es el destinatario de este mensaje por favor infórmenos y elimínalo a la mayor brevedad. Cualquier retención, difusión, distribución, divulgación o copia de éste mensaje es prohibida y será sancionada por la ley.

CONFIDENTIAL WARNING
The information contained in this e-mail, with all its attachments, is intended for the use of the individual or entity to whom it is addressed and may have

confidential data. if you are not the intended recipient, please send back and delete the received message immediately. Any retention, dissemination, distribution or copying of this message is strictly prohibited and punished by law.

**2 archivos adjuntos**



**20141201_113536.jpg**
3576K



**20141201_113512.jpg**
4468K

Confidential

IAZ_DNJ0003642



Confidential

IAZ_DNJ0003638



Confidential
IAZ_DNJ0003639