# Exhibit RR



STATE OF NEW YORK      )
                       )
                       )   ss
                       )
COUNTY OF NEW YORK     )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document with Bates No. IAZ_DNJ0000178.

_____
Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me
this 3rd day of October, 2022.

_____

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023


Reclassify


Modify basic data


Digitized cases


Library

My indicators

See process

Print case

http://gnch.teledatos.com.co/ACCI_RptaCasos.aspx?idCaso=10718263&idCliente=3189940&idInmueble=3737526&IdNOR=0&Dummy=Thu Aug 28

| Case No.: 10718263 | Client: INTEX INTERNACIONAL | Reason: Complaint – Company – Others | Status: |
|---|---|---|---|
| Client data | Case classification | Client history | Code history | Additional data | Appendices |
| | | New branch | New consumer | | |

| Document: CE 260890249 | Company name: INTEX INTERNACIONAL | Sales organization: | Segment / ATS: |
|---|---|---|---|
| ERP code: | Name of establishment: | ERP tel1: 3059219956<br>ERP tel2:<br>ERP cell phone: 7864870338 | Channel / zone: |
| E-mail: gloria@allgoodservices.org | City: Medellin | Address: 6695NW82 Av 41 Miami, Florida 33166 | District: |
| Blocked: | Observations: INPEX INTERNACIONAL | | |
| See more | | | |

[__] Case of interest

| INFORMANT DETAILS | | |
|---|---|---|
| Telephone number: 3059219956 | City: Medellin, Antioquia, Colombia | Contact person: Gloria Elena Moreno (representative) |
| Relation: on their own behalf | | |
| Case documents: | | |

Ms. GLORIA ELENA MORENO, from Miami-based company INTEX INTERNACIONAL, has sent a message to report that she has had an issue with Mr. WILSON ZULUAGA from LATIN FOOD US CORP, Representative of Zenú in NEW YORK. Ms. Moreno reports that they were the only ones selling Zenú products in Miami and were buying products from Mr. WILSON ZULUAGA, who would send the product to her location. She reported that on the second time they dealt with this person, there were problems because they were no longer selling the product, so she asked him about it, and he replied that he was now selling the product directly in Miami as he was setting up a business there. Therefore, on August 7, GLORIA returned the products she had purchased: 9 boxes of "Cervecero" Sausage, 10 boxes of traditional "Salchichón" sausage, 8 boxes of veal sausage, and 6 boxes of Colombian chorizo; the person who received these products was ALVARO JARAMILLO, i.e. the persona authorized by Mr. WILSON to pick them up. It was agreed with Mr. WILSON ZULUAGA that payment for these returned products would be by consignment, with weekly payments as the products were sold. In addition, he said that if she bought a pallet, he would deliver the product free of charge. Ms. MORENO reports that on August 18, Mr. WILSON called her to say that the product had not been sold and he would return the unsold products; she accepted, as she had no other choice with this person. On August 19, Mr. ALVARO JARAMILLO arrived at her office to deliver the product in a non-refrigerated van in bags with zips, and delivered 10 boxes of traditional "Salchichón" sausage, 8 boxes of veal sausage, and 6 boxes of Colombian chorizo. In order to receive the order, she said to this person that first she needed to speak with Mr. WILSON prior to receiving it. When she realized that the products were damaged, she spoke to Mr. WILSON again and told him she could not receive the products in this condition. He said to return the products to Mr. JARAMILLO so they would run them through quality checks. She reported that they only accepted 6 boxes of traditional "Salchichón" sausage that seemed to be okay, although a bit soft. After this, yesterday, she received 4 e-mails from Mr. WILSON where he says he will only acknowledge the chorizos that were no longer vacuum sealed and the "Cervecero" sausage that he had sold. He also said the credit note order is 16019, and for payment of 2.5 veal sausage, which are 30 packages, and 12 packages of Colombian chorizo the credit note is 16016. She reported that she delivered the product in good condition and the way this person is handling product transportation is not suitable. She also has photos of the products they were delivering on the 19th and e-mails that she has been receiving from Mr. WILSON; she says this is a delicate situation to be dealt with by LAWYERS, but it would not be easy for her due to their fees. This is why she is requesting help from the company in the City of Medellin, since she feels left alone to deal with this whole problem. She added that the products expire in September. We took note of Gloria's details and her e-mail address: gloria@allgoodservices.org.

IAZ_DNJ0000178



IAZ_DNJ0000178