# Exhibit SS



STATE OF NEW YORK            )
                             )
                             )    ss
                             )
COUNTY OF NEW YORK           )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document with Bates No. CNTRL0000351.

_____
Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me
this 3rd day of October, 2022.

_____

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023

| Time Stamp [00:00] | Speaker | Transcription | English Translation |
|---|---|---|---|
| 00:01 | Juan Gómez | Hola. | Hello. |
| 00:01 | Female Speaker 1 | Hola, [inaudible]. Te paso [inaudible] un [inaudible]. | Hello, [inaudible]. I'll pass you [inaudible] a [inaudible]. |
| 00:03 | Juan Gómez | Listo. | Okay. |
| 00:04 | Female Speaker 1 | Bueno. Chau. | Okay. Bye. |
| | Juan Gómez | Hola, [inaudible] ¿Cómo estás? | Hello, [inaudible] How are you? |
| 00:06 | Male Speaker 1 | Bien [inaudible] hermano. | Well [inaudible] brother. |
| | Juan Gómez | Bien. ¿Cómo vas? | Good. How are you doing? |
| 00:11 | Male Speaker 1 | Bien. Al pelo. | Good. Excellent. |
| 00:12 | Juan Gómez | Qué bien. ¿Podemos entrar en contacto con la señora Gloria? | That's great. Could we get in touch with Ms. Gloria? |
| 00:16 | Male Speaker 1 | [inaudible] | [inaudible] |
| 00:18 | Juan Gómez | Listo. Bueno, entonces, yo en este momento voy a hacer la prueba con el teléfono. Fijo que nos [inaudible]. | Okay. Well, then, I'm going to do the test with the telephone right now. I'll make sure we [inaudible]. |
| 00:23 | Male Speaker 1 | Listo. | Okay. |
| 00:24 | Juan Gómez | Listo. Dame un momento. | Great. Give me a minute. |
| 00:26 | Male Speaker 1 | [inaudible] Listo. | [inaudible] Okay. |
| 01:08 | Female Speaker 2 | [inaudible] buenas tardes. | [inaudible] good afternoon. |

| Time Stamp [00:00] | Speaker | Transcription | English Translation |
|---|---|---|---|
| 01:09 | Juan Gómez | ¿Aló? Muy buenas tardes. Con la señora Gloria Elena Moreno. | Hello? Good afternoon. May I speak with Gloria Elena Moreno. |
| 01:13 | Female Speaker 2 | Sí, ¿quién llama, por favor? | Yes, who is calling, please? |
| 01:15 | Juan Gómez | Señora Gloria, mi nombre es Juan Gómez. La estoy llamando de la compañía Zenú Alimentos Cárnicos desde Medellín. ¿Cómo está? | Gloria, my name is Juan Gomez. I'm calling you from the company Zenú Alimentos Cárnicos from Medellín. How are you? |
| 01:22 | Female Speaker 2 | Un momento, por favor, espere un momento. | One moment, please, wait a moment. |
| 01:36 | Gloria | Buenas tardes. | Good afternoon. |
| 01:37 | Juan Gómez | ¿Aló? Muy buenas tardes. | Hello? Good afternoon. |
|  | Gloria | ¿Sí? | Yes? |
|  | Juan Gómez | ¿Con la señora Gloria? | Is this Gloria? |
| 01:41 | Gloria | Sí, con ella. | Yes, this is she. |
| 01:42 | Juan Gómez | ¿Cómo está? Con Juan Gómez y estoy llamando desde la compañía Zenú de Medellín. | How are you? This is Juan Gómez and I'm calling from the Zenú company in Medellín. |
| 01:47 | Gloria | Ay, Juan qué [inaudible] escucharlo. | Oh, Juan, how [inaudible] to hear you. |
| 01:49 | Juan Gómez | ¿Cómo ha estado? | How have you been? |
| 01:51 | Gloria | Qué alegría. Muy bien. Y usted, ¿qué tal? | What a delight. Very well. And you, how are you? |
| 01:52 | Juan Gómez | Muy bien. Gracias a Dios. Trabajando mucho, señora Gloria. | Very well. Thank God. Working hard, Ms. Gloria. |

| Time Stamp [00:00] | Speaker | Transcription | English Translation |
|---|---|---|---|
| 01:56 | Gloria | Ay, ¡qué rico! Me alegra. Me alegra mucho. ¿Estás en Medellín? | Oh, how wonderful! I'm glad. I'm so glad. Are you in Medellín? |
| 01:59 | Juan Gómez | Sí, señora. Desde Medellín, \desde Medellín estoy llamando. | Yes, ma'am. I am calling from Medellin, from Medellin. |
| 02:02 | Gloria | ¡Qué rico! Juan, sí. [inaudible] | That's lovely! Juan, yes. [inaudible] |
| 02:06 | Juan Gómez | Sí. Bueno, señora. Gloria, le cuento. En ese momento yo la estoy llamando sobre el inconveniente que usted había tenido con, eh, con los productos de nuestra compañía. Yo la voy a poner en contacto con el señor León Pérez. El señor León Pérez, eh, es empleado directamente de la Compañía Zenú y le va a brindar toda la información relacionada a su inconveniente. ¿De acuerdo? | Yes. Well, ma'am. Gloria, I'll tell you. At this time, I am calling you about the issue that you had had with, uh, with our company's products. I'm going to connect you with Mr. León Pérez. Mr. León Pérez, uh, is directly employed by the Zenú Company and he will provide you with all the information related to your problem, okay? |
| 02:27 | Gloria | Está bien. Gracias. | That's fine. Thank you. |
| 02:28 | Juan Gómez | Esa llamada será realizada por una conferencia telefónica en la cual yo estaré para acompañarla, y puede ser grabado y monitoreada. | The call will be made by conference call in which I will be there to assist you, and it may be recorded and monitored. |
| 02:37 | Gloria | Está bien, gracias. | That's fine, thank you. |
| 02:38 | Juan Gómez | [inaudible] Permítame. Ya la transfiero, señora Gloria. | [inaudible] Allow me. I am transferring you, Ms. Gloria. |
| 02:41 | Gloria | ¿Me dijiste cómo se llama? ¿El señor Pérez? | Did you tell me his name? Mr. Perez? |

| Time Stamp [00:00] | Speaker | Transcription | English Translation |
|---|---|---|---|
| 02:43 | Juan Gómez | El señor León Pérez. | Mr. León Pérez. |
| 02:45 | Gloria | Pérez. ¿Y tú eres? Juan [inaudible] | Pérez. And you are? Juan [inaudible]. |
| 02:47 | Juan Gómez | Juan Gómez. | Juan Gómez. |
| 02:48 | Gloria | Gracias Juan, muy amable. | Thank you Juan, very kind. |
| 02:49 | Juan Gómez | Bueno. Que tenga un feliz día, señora Gloria. | Okay. Have a nice day, Ms. Gloria. |
| 02:52 | Gloria | Igual tu. Hasta luego. | You, too. So long. |
| 02:53 | Juan Gómez | Hasta luego. León, [inaudible] en conferencia con la señora Gloria. | So long. León, [inaudible] in conference call with Ms. Gloria. |
| 02:59 | León Pérez | Muchas gracias. ¿Doña Gloria? | Thank you very much. Ms. Gloria? |
| 03:03 | Gloria | Sí. Buenas tardes, señor León. Mucho gusto. | Yes. Good afternoon, Mr. Leon. Pleased to meet you. |
| 03:05 | León Pérez | Doña Gloria. ¿Cómo le ha ido? Habla con León Pérez de Zenú servicio [inaudible]. ¿Cómo está? | Ms. Gloria, how are you doing? You're speaking with León Pérez from Zenú service [inaudible]. How are you? |
| 03:10 | Gloria | Muy bien, gracias a Dios. ¿Usted? | Very well, thank God. And you? |
| 03:13 | León Pérez | Muy bien, señora. Gracias. Yo dándole durito y muy bien por acá. ¿Doña Gloria? | Very well, ma'am. Thank you. I'm working hard and doing very well over here. Ms. Gloria? |
|  | Gloria | [inaudible]. Sí, señor. | [inaudible]. Yes, sir. |
|  | León Pérez | Le llamo por la llamadita que usted nos hizo en días pasados, | I am calling you because of the phone call you made to us |

| Time Stamp [00:00] | Speaker | Transcription | English Translation |
|---|---|---|---|
| | | manifestando la inquietud referente al tema de comerci— comercialización de nuestros productos. | recently, expressing your concern about the sal—sale of our products. |
| 03:31 | Gloria | Sí señor. | Yes, sir. |
| 03:32 | León Pérez | Le cuento [inaudible] doña Gloria. nosotros nunca hemos tenido ni tenemos representantes nuestros, ni en Estados Unidos ni en ningún otro país por fuera de Colombia. ¿Cierto? | I tell you [inaudible] Mrs. Gloria, we have never had nor do we have representatives in the United States or in any other country outside Colombia. Right? |
| | Gloria | Okay. | |
| | León Pérez | ¿Qué quiere decir esto? Que conocemos por la relación o los productos que están comercializando el señor Wilson y el señor Alejandro. Qué bueno que [inaudible] que están vendiendo el producto. | What does this mean? That we know from the relationship or the products that Mr. Wilson and Mr. Alejandro are selling [sic]. How good that [inaudible] that they are selling the product. |
| 03:56 | Gloria | Sí, señor. | Yes, sir. |
| 03:57 | León Pérez | No, o sea, no exportamos. No tenemos representante legal en ningún territorio distinto al de Colombia, porque nosotros, por la vida útil de nuestros productos, no se pueden exportar. ¿Cierto? | We don't, I mean, we do not export. We don't have a legal representative in any territory other than Colombia because we, due to the shelf life of our products, cannot export them. Right? |
| | Gloria | Correcto. | Correct. |
| 04:11 | León Pérez | Entonces en ningún momento estamos comercializando productos, no [inaudible] país, pero nosotros le queríamos dar esa claridad, pues para que usted entendiera que no es que | Thus, at no time are we selling products that aren't [inaudible] country, but we wanted to clarify this to you so that you can understand that we don't have a relationship with Mr. |

| Time Stamp [00:00] | Speaker | Transcription | English Translation |
|---|---|---|---|
| | | nosotros tengamos relación con el señor Wilson, Zapata [inaudible] Jaramillo, sino que no sabemos de dónde están comercializando el producto ni qué producto [inaudible]. Pues, por lo tanto, con la ayuda [voces solapadas, inaudible] | Wilson, Zapata [inaudible] Jaramillo, but rather that we don't know where they are selling the product or what product [inaudible]. So, therefore, with the help of [overlapping voices, inaudible]. |
| 04:32 | Gloria | [inaudible] Que yo le hago una pregunta, señor Pérez. | [inaudible] Let me I ask you a question, Mr. Perez. |
| | León Pérez | Sí, señora. | Yes, ma'am. |
| | Gloria | O sea, producto que no, que están vendiendo aquí en los Estados Unidos, entonces, ¿no es el mismo producto de ustedes? | Or in other words, it's not a product that you are selling here in the United States, so it's not the same product as yours? |
| 04:43 | León Pérez | A ver. ¿De que nosotros estamos exportando o vendiendo, no a ellos no? No sé cómo ellos… | Let's see, what are we exporting or selling, not them, right? I don't know how they... |
| 04:48 | Gloria | Porque ellos están usando, por ejemplo, su marca, es el mismo producto, la misma presentación, todo. O sea, ¿eso es un, eso es un, un procedimiento que, pues, es legal o no? ¿Entonces que, digamos, según me dice usted no es el mismo producto de ustedes, digamos lo que está haciendo importado de Colombia, pero ustedes en este caso sería esta, estaría siendo procesado en los Estados Unidos? | Because they are using, for example, your brand, it's the same product, the same presentation, everything. I mean, is that a, is that a, is that a procedure that, well, is it legal or not? Then what, let's say, according to what you are telling me, it is not the same product as yours, let's say, that you are importing from Colombia, but you, in this case, it would be this, it would be processed in the United States? |
| 05:13 | León Pérez | Yo diría que sí, porque nosotros como exportación no lo estamos | I would say yes, because we aren't exporting it. Unless they |

| Time Stamp [00:00] | Speaker | Transcription | English Translation |
|---|---|---|---|
| | | haciendo. A no ser que se lo estén ingresando de otra forma diferente, ¿es cierto? Pero como exportación nosotros que estemos haciendo un proceso legal de exportación, pagando arancel. | are getting it in some other way, right? But as an export, that we are doing a legal export process, paying tariffs, and we aren't doing it. |
| 05:27 | Gloria | Exportación, no. | Not exporting. |
| 05:28 | León Pérez | No señora. | No, ma'am. |
| 05:29 | Gloria | Sí, sí, sí, okay. O sea, es posible que entonces que el producto digamos que lo compren en Colombia como para el consumo o lo que sea, y lo traigan a los Estados Unidos, y así que lo venden y ya. | Yes, yes, yes, okay. I mean, it is possible then that the product, let's say they buy it in Colombia for consumption or whatever, and they bring it to the United States, and so they sell it, and that's that. |
| 05:40 | León Pérez | Esta sería una alternativa, o la otra que lo están haciendo allá. Así, pues desde esta parte, como nosotros estamos aquí, no tenemos la claridad de que estén haciendo, o si el producto [inaudible]. Porque lastimosamente pues nos nosotros no conocemos todo, pues se nos manifiesta que es muy similar al de acá, pero no lo conocemos. | This would be one possibility, or the other scenario is that they're doing it there. So, from this perspective, since we are here, it's not clear to us what they're doing, or if the [inaudible] product is [inaudible]. Because unfortunately, we don't know everything, because we are told that it is very similar to the one here, but we don't know. |
| 05:59 | Gloria | Es más, pero yo voy a coger uno de los que tenemos aquí y yo me quedo, o sea, asombrada, imagínense. Sí, o sea, se está usando el mismo nombre, el mismo producto y pues yo creo | Moreover, but I'm going to take one of the ones we have here and I am, I mean, amazed, just imagine. Yes, I mean, they're using the same name, the same product and I think |

| Time Stamp [00:00] | Speaker | Transcription | English Translation |
|---|---|---|---|
| | | que es como un chorizo de ternera o algo así. | it's like a beef chorizo or something like that. |
| | León Pérez | [inaudible] | [inaudible] |
| 06:21 | Gloria | [inaudible] Dame un momentito, yo veo aquí, por ejemplo, aquí tenemos unos salchichones que… que, bueno, está el producto exactamente de todo, todo, todo es el mismo distribuidor… no… distribuido por productos que no y [inaudible]. Es mi duda. Es Midtown. New York. Espere a ver dónde [inaudible]. Porque yo ni siquiera me siento muy cómoda, como la delicadeza de evaluar. Simplemente no [inaudible] esté muy y ya. | [inaudible] Give me a moment, I see here, for example, here we have some sausages that… that, well, it is the exact product with everything, everything, everything. It's the same distributor... not... distributed by products that are not and [inaudible]. That's my doubt. It's Midtown. New York. Wait to see where [inaudible]. Because I don't even feel very comfortable, like the sensitivity of evaluating. It just doesn't [inaudible] it's very and, well. |
| 06:55 | León Pérez | Sí, porque que cuando fabricamos un producto para Colombia que es donde hacemos los productos y eso es el mercado nuestro en Colombia, siempre que colocar la dirección del fabricante, ¿cierto? | Yes, because when we manufacture a product for Colombia, which is where we make the products and that's our market in Colombia, we always put the address of the manufacturer, right? |
| 07:07 | Gloria | Claro. [inaudible] Es yo soy, yo soy de Colombia, yo soy de Medellín y por eso le digo yo, ¿no? [inaudible] Y pues yo no, nada de eso. Pues que procedí con, con el, con el negocio, ¿no? | Of course. [inaudible] It's just that I am, I am from Colombia, I'm from Medellin and that's why I'm telling you, right? [inaudible] And well, I'm not, nothing like that. Well, it's why I made, made the purchase, right? |
| 07:20 | León Pérez | Ok. Entonces si tiene el producto distribuido [inaudible] no es un | Okay. So if you have the product distributed [inaudible] |

| Time Stamp [00:00] | Speaker | Transcription | English Translation |
|---|---|---|---|
| | | producto nuestro, porque si fuera así, nosotros lo estuviéramos fabricando con ese logotipo, con esa tripa, para que lo distribuya y nosotros no lo estamos haciendo. | it is not our product, because if it were, we would be manufacturing it with that logo, with that packaging, for it to be distributed, and we are not doing it. |
| 07:36 | Gloria | Sí. Ok. O sea, este producto Zenú que están comercializando en los Estados Unidos, ¿nada tiene que ver con el producto de ustedes? | Yes. Okay. So, in other words, this Zenú product that they are selling in the United States, is in no way related to your product? |
| 07:45 | León Pérez | No salió de la planta de nosotros. | It did not come out of our plant. |
| 07:47 | Gloria | Ya, le entiendo. ¿Ok? Y en este caso… [voces solapadas, inaudible] | Alright, I understand you, okay? And in this case... [overlapping voices, inaudible]. |
| 07:51 | León Pérez | ¿No, no, no podríamos decir que es contrabando, pues? | Couldn't, couldn't, couldn't we say it's contraband, then? |
| 07:53 | Gloria | Pues no, no, yo acabo de ver y le digo ya claro, ahí dice "Made in USA." Eso no es [inaudible] tampoco yo. ¿Sí? Yo, yo me dirigí a ustedes buscando un apoyo en el sentido de que, que, de que [inaudible]. Y ahí está de nuevo y ahí está [inaudible]. Y eso fue lo que yo pensé que estaba comprando. | Well, no, no, I just looked and I'll tell you clearly, it says "Made in USA." That is not [inaudible] me either. Right? I, I came to you looking for support in the sense that, that, that, that [inaudible]. And there it is again and there it is [inaudible]. And that's what I thought I was buying. |
| 08:15 | León Pérez | Valido, y la verdad Doña Gloria, pues primero le agradecemos mucho por la comunicación, porque [inaudible] es que usted valora la marca y que no está una alerta sobre algo que posiblemente nosotros no | Valid, and the truth, Mrs. Gloria, is that first of all, we thank you very much for contacting us, because [inaudible] is that you value the brand and that there's not an alert about something that |

| Time Stamp [00:00] | Speaker | Transcription | English Translation |
|---|---|---|---|
| | | teníamos la visual de lo que estaba sucediendo. La verdad le agradecemos mucho, no es como le digo, no es [inaudible] por nosotros. No le estamos exportando porque usted misma está viendo en las etiquetas que no es fabricado en Medellín, ni en Antioquia, ni en Colombia, pues como tal, entonces es un producto que por lo que se fabrica en Estados Unidos. | possibly we didn't see was happening. We really thank you very much, it is not, as I said, it is not [inaudible] because of us. We are not exporting, because you yourself are seeing on the labels that it is not manufactured in Medellín, or in Antioquia, or in Colombia, so therefore, it is a product that is manufactured in the United States. |
| 08:51 | Gloria | Claro. Dice que dicen que él es la persona que está fabricando en Estados Unidos. Está autorizado porque no en Colombia. | Of course. He says that they say that he is the person who is manufacturing in the United States. He is authorized because he is not in Colombia. |
| 09:03 | León Pérez | No, no. Nosotros no hemos autorizado a nadie para que fabrique nuestra marca ni la fórmula nuestra. Se las entregamos a nadie para fabricar el producto. O sea, la verdad es un producto que como usted me dice, sí es muy parecido. No es de nosotros ni con fórmula, ni con etiqueta, ni con autorización, ni con exportación. | No, no. We haven't authorized anyone to manufacture our brand or our formula. We haven't given them to anyone to manufacture the product. In other words, the truth is that it is a product that, as you tell me, is very similar. It is not ours, neither with formula, or with the label, or with authorization, or exported. |
| 09:25 | Gloria | O sea, están usando, digámoslo, eh… | So, they are using, let's say, uh... |
| 09:29 | León Pérez | La marca nuestra. | Our brand. |
| 09:30 | Gloria | O sea, están utilizando la marca de que no y pues prácticamente todo es de no… ¿sin autorización de ustedes? | In other words, they are using the brand and practically everything is… without your authorization? |

| Time Stamp [00:00] | Speaker | Transcription | English Translation |
|---|---|---|---|
| 09:38 | León Pérez | Sí, señora. En ese caso, sí es así. | Yes, ma'am. In that case, yes, that is correct. |
| 09:42 | Gloria | [inaudible] ponerlo por escrito. Imaginase… | [inaudible] put it in writing. Just imagine... |
| 09:44 | León Pérez | ¿Cómo? ¿Qué? | I beg your pardon? What? |
| 09:48 | Gloria | [inaudible] después de que, no. Yo le mandé fotos a usted dentro de la documentación que le he pegado [inaudible] y usted me llama a mi sin palabras, porque yo, honestamente, lo que, lo que he buscado con esto es no quedarme callada con un atropello como el que están haciendo conmigo y con un atropello desde el punto de vista de la distribución y desde el punto de vista del nombre, de que la gente que tiene productos o no para mí, porque eso lo hacen con los otros, lo hacen con muchas personas. Y ya le digo que nosotros aquí en Miami, que procuramos mover los productos, nos dijeron no queremos nada, nada que saber de esos productos, no nos interesa lo que [inaudible]. La gente está como enojada, como brava y con la marca Zenú. Digo, pero ¿qué es esto? Pero ¿qué pasó? ¿Si pensábamos que todo era, era tan maravilloso? O sea que es delicado lo que ustedes me dicen. No hay nada más delicado lo que yo [voces solapadas, inaudible], porque lo | [inaudible] after, no. I sent photos to you with the documentation that I attached [inaudible], and you call me with nothing to say, because I, honestly, what, my intention with this has been not to stay quiet in response to an atrocity like what they're doing with me and an abuse from a distribution perspective and a name perspective, of whether the people have products or don't have products for me, because they do it with others, they do it with many people. And I tell you that we here in Miami, who try to move the products, they told us no, we don't want anything, anything to do with those products, we are not interested in what [inaudible]. People are kind of mad, kind of angry and with the Zenú brand. I say, but what is this? But what happened, if we thought everything was, was so wonderful? I mean, what you're telling me is delicate. There's nothing more delicate than what I [overlapping voices, |

| Time Stamp [00:00] | Speaker | Transcription | English Translation |
|---|---|---|---|
| | | que me parece que pueden hacer o que piensan hacer, o, o simplemente dejar que cualquier persona coja el producto de ustedes y la marca y, y, y [inaudible] | inaudible], because it seems to me that you can do or that you plan to do, or, or just let anyone take your product and brand and, and, and [inaudible]. |
| 10:58 | León Pérez | No, no. Recuerde que la marca [voces solapadas, inaudible]. No--nosotros también, pues, estamos preocupados porque [voces solapadas, inaudible] mucho. Hay mucho latino, mucho colombiano en Estados Unidos que conoce nuestra marca y por lo tanto pues no nos gusta ni deseamos pues que esté mirando nuestra marca más con productos que pueden estar siendo diferentes a los que nosotros fabricamos. Esa parte, pues ya nosotros aquí internamente la estamos revisando para ver qué mecanismos tomamos, porque el tema no es, no es normal, pues con nuestra marca y nuestra marca pues es muy valorada aquí en Colombia. No queremos que por un mal manejo que se dé la misma, no sabemos pues si la marca ha sido registrada ya o si se puede utilizar, pero estamos investigando todo eso como para estar más seguros de, de qué es lo que ha sucedido. | No, no. Remember that the brand [ overlapping voices, inaudible]. We, we also, well, we're worried because [overlapping voices, inaudible] a lot. There are many Latinos, many Colombians in the United States who know our brand, and therefore, it is not our wish or desire for them to be looking at our brand with products that may be different from the ones we manufacture. We are reviewing this issue internally to see what measures we can adopt, because the issue is not, it is not normal with our brand and our brand is highly valued here in Colombia. We don't want the brand to be misused, we don't know if the brand has already been registered or if it can be used, but we are investigating all of this so that we can get a clearer understanding of what has happened. |
| 11:48 | Gloria | Lo digo, que es que me deja sin palabras, de verdad me deja sin palabras. Pero más | I tell you, it leaves me speechless, it really leaves me speechless. But if more |

| Time Stamp [00:00] | Speaker | Transcription | English Translation |
|---|---|---|---|
|  |  | documentación si le sirve a ustedes, pues con todo el gusto [inaudible] disponibilidad de ustedes. | documentation is useful to you, well, I will gladly [inaudible] make it available to you. |
| 12:02 | León Pérez | Y yo le agradecería que me regalara información o la factura o algo que nos pudiera hacer llegar vía correo electrónico y ya. | And I would appreciate it if you could give me some information or the invoice or something that you could send us by e-mail and all. |
| 12:11 | Gloria | [inaudible] voy a documentar les a ustedes toda la información, incluso yo próximamente posible que llegue a Medellín. Y pues muy bueno, voy a [inaudible] un número de teléfono directo donde lo pueda localizar a usted e llevarles la documentación. Pues no le digo que le llevo el producto, porque entrar a carne a Colombia es un problema. | [inaudible] I will document all the information for you, and I may even be in Medellín soon. And well, I'm going to [inaudible] a direct telephone number where I can reach you and bring you the documentation. So, I'm not telling you that I'll bring you the product because entering Colombia with meat is a problem. |
| 12:33 | León Pérez | Sí, también es un problema. | Yes, that is also a problem. |
| 12:34 | Gloria | Entonces, pero yo aquí en estos momentos tengo físicamente, tenemos de salchichón, tenemos unos chorizos de ternera y un chorizo de, de, de colombiano tipo colombiano que dice un tipo antioqueño. | So, but I have here right now physically, we have sausage, we have some beef sausage and a Colombian sausage, Colombian type sausage, and it says it's from Antioquia. |
|  | León Pérez | Sí. | Yes. |
|  | Gloria | ¿Ya? | Right? |
|  | León Pérez | Uh-huh. | Uh-huh. |
| 12:51 | Gloria | Y, y pues le digo que o sea que me deja sin palabras porque, | And, well, I tell you, it leaves me speechless because, |

| Time Stamp [00:00] | Speaker | Transcription | English Translation |
|---|---|---|---|
| | | porque la atropello fue brutal. Nosotros entregamos en consignación unos productos en, en excelente calidad para la distribución y pretendieron entregarnos unos productos que nosotros ni siquiera para botarlos a la basura, porque aquí para hasta para eso se necesita permiso. | because the outrage was terrible. We deliver some products on consignment, in excellent quality for distribution, and they tried to deliver us products that we couldn't even throw in the garbage because here you need permission even for that. |
| 13:12 | León Pérez | Sí señora. | Yes ma'am. |
| 13:13 | Gloria | Entonces imagínese, no solo perdimos el tiempo, el dinero y todo, sino que ahora usted imagínese, me dice prácticamente que están utilizando el nombre de ustedes sin la autorización legal. Eso es, eso es una cosa que es demasiado delicada. | So, you can imagine, not only did we lose time, money, and all that, but now just imagine, you are basically telling me that they are using your name without legal authorization. That is, that is a very delicate matter. |
| 13:29 | León Pérez | [voces solapadas, inaudible] nosotros lamentamos mucho el incidente que usted tuvo. No es nuestro producto y lastimosamente, pues son eventos que salen de nuestro control. Pero téngalo por seguro, pues que vamos a investigar el tema y si nos ayuda un poquito con las facturas o algún documento que nos pueda dar un poquito más de norte, qué es lo que está sucediendo, le agradeceríamos mucho. | [overlapping voices, inaudible] we are very sorry about the incident you experienced. It is not our product and unfortunately, these events are beyond our control. But rest assured that we're going to investigate the matter and if you can help us a bit with the invoices or any document that can give us a little more information about what is happening, we would be very grateful. |
| 13:51 | Gloria | Sí. Ok. Usted es tan gentil. ¿Me puede dar un número de teléfono? ¿Cómo puedo | Yes. Ok. You're very kind. Can you give me a phone |

| Time Stamp [00:00] | Speaker | Transcription | English Translation |
|---|---|---|---|
|  |  | comunicarme con usted? Directo. | number? How can I reach you? Directly. |
| 13:59 | León Pérez | Mi número telefónico aquí en la oficina es 402-82-10. ¿Sí? | My phone number here at the office is 402-82-10. Yes? |
| 14:04 | Gloria | 402-82-10. ¿Alguna extensión? | 402-82-10. Is there an extension? |
| 14:08 | León Pérez | [inaudible] Esa es la extensión directa. | [inaudible] That is the direct extension. |
|  | Gloria | [inaudible] | [inaudible] |
|  | León Pérez | Posiblemente. Esa es el directo. Sí. | Possibly. That's the direct one. Yes. |
|  | Gloria | Ok. | Ok. |
| 14:14 | León Pérez | El directo, o sea, hay que marcar extensión ahí. Yo no me muevo mucho el puesto de aquí. Si algún [inaudible] me da un mensaje o leo mi celular también. | The direct, that is, you have to mark extension there. I don't move much from my post here. If any [inaudible] gives me a message, or I read my cell phone too. |
|  | Gloria | ¿Y cuál es su correo electrónico? | And what is your email address? |
| 14:23 | León Pérez | Mi correo electrónico es L. L. Pérez. [voces solapadas, inaudible] L. Pérez arroba Zenú, punto com. Punto com. | My e-mail address is L. L. Pérez. [overlapping voices, inaudible] L. Pérez, at Zenú, dot com. Dot com |
|  | Gloria | ¿Sí? Perfecto. | Yes? Great. |
| 14:37 | León Pérez | Sí. Se lo repito: Lperez@zenu.com | Yes. I'll repeat it: Lperez@zenu.com |
| 14:41 | Gloria | Lperez@zenu.com Punto com. Punto com. | Lperez@zenu.com Dot com. Dot com. |
| 14:44 | León Pérez | Sí, señora. | Yes, ma'am. |

| Time Stamp [00:00] | Speaker | Transcription | English Translation |
|---|---|---|---|
| 14:44 | Gloria | Perfecto. Está bien. | Perfect. Alright. |
| | León Pérez | Listo. | Great. |
| 14:47 | Gloria | Eh, de todas maneras, si por ese medio es posible que igual usted ya en servicio al cliente tiene mi correo electrónico. Si usted… | Uh, in any case, if by email perhaps it is possible that you in customer service already have my email. If you... |
| | León Pérez | Sí, señora. | Yes, ma'am. |
| 14:56 | Gloria | …quiere escribirme un correo electrónico y decirme qué material le es útil. Yo estoy dispuesta con todo el gusto a ofrecerle el material que tengo conmigo. Eh, le reitero que ahí tenemos algunos productos todavía que, um, digamos que los salchichones que supuestamente se venden mañana y esos que nunca pudimos vender y ya pues, aquí vamos a ver qué… de qué manera los lotes hacemos, ¿no? | ...would like to send me an email and tell me what material is useful to you. I am more than happy to offer you the material I have with me. Uh, I repeat that we still have some products that, um, let's say the sausages that are supposed to be sold tomorrow and those that we were never able to sell and so, here we'll have to see what... how we are going to make the batches, right? |
| | León Pérez | [inaudible] | [inaudible] |
| 15:21 | Gloria | Pero entonces, si usted me quiere mandar de pronto un correo al correo que ustedes tienen al mío en el servicio al cliente, y me dice de pronto qué materiales puede servir con todo el gusto. ¿Sí? | But then, if you would like to send me an e-mail to the e-mail address you have for me in customer service, and tell me what materials you can use, I will be happy to help you. Yes? |
| 15:33 | León Pérez | [voces solapadas, inaudible] Se lo escribiré… | [overlapping voices, inaudible] I'll write it down.... |
| | Gloria | [voces solapadas, inaudible] | [overlapping voices, inaudible] |

| Time Stamp [00:00] | Speaker | Transcription | English Translation |
|---|---|---|---|
| | León Pérez | … de la tarde. | …in the afternoon. |
| 15:36 | Gloria | Sí. | Yes. |
| 15:39 | León Pérez | Sí. Y se lo envío. Y se lo agradezco mucho. | Yes, and I'll send it to you. And I thank you very much. |
| 15:42 | Gloria | Perfecto. Sí. Y lamento. Lamento profundamente que esto esté pasando. Porque de verdad sé que... ¡bah! Sí, para mí… | Perfect. Yes. And I'm sorry. I'm deeply sorry that this is happening. Because I really know that…bah! Yes, for me... |
| | León Pérez | Ay no, yo también. | Oh no, so am I. |
| 15:53 | Gloria | Es un. Es un [inaudible] que pasa y estas cosas pasan, me dejan a mi sin palabras. De verdad que sí. | It's a. It's a [inaudible] that happens and these things happen and leave me speechless. They really do. |
| 16:01 | León Pérez | [voces solapadas, inaudible] pues también es verdad. Y sí, lamentamos mucho porque el incidente que tuvo usted, es una cosa que sale de nuestras manos y que no esperaríamos que sucediera. Pero téngalo por seguro, pues aquí estamos trabajando a tratar de solucionar el tema [inaudible], ¿si? | [overlapping voices, inaudible] because it is also true. And yes, we are very sorry because the incident you experienced is something that is out of our hands and is something we would not expect to happen. But rest assured, we are working here to try to resolve the issue [inaudible], yes? |
| 16:16 | Gloria | Sí. Está bien. Bueno, señor. | Yes. That's fine. Okay, sir. |
| 16:19 | León Pérez | Bueno Doña Gloria, una feliz tarde y le agradezco mucho por toda la colaboración. | Well, Ms. Gloria, have a nice afternoon and thank you very much for all your help. |
| 16:23 | Gloria | Bueno, señor, yo espero su mensajito entonces. Ok. | Well, sir, I look forward to receiving your message then. Ok. |

| Time Stamp [00:00] | Speaker | Transcription | English Translation |
|---|---|---|---|
| 16:27 | León Pérez | ¿Listo? Perfecto, Doña Gloria. Muchas gracias. | All set then? Perfect, Ms. Gloria. Thank you very much. |
| 16:30 | Gloria | [inaudible] | [inaudible] |
| 16:31 | León Pérez | Muy bien, feliz tarde. Hasta luego. | All right, have a good afternoon. So long. |
|  |  | [end of recording] |  |