# Exhibit TT



STATE OF NEW YORK        )
                                 )
                                 )     ss
COUNTY OF NEW YORK   )

### **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Spanish into English of the attached document with Bates No.

IAZ_DNJ0001770.

_____

Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me

this 3rd day of October, 20 22 .

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023



**Juana Solorzano ▶ WikiWomen in Medellin**

3 h • Facebook Groups for Android

I urgently need to find someone who works at Zenu. It's not for anything bad, I just have a doubt…

A few days ago, in the post about must-haves from the U.S.A. we also talked about must-haves from Colombia, and I said they wouldn't let me enter the U.S. with cold cuts. So it was agreed that it was impossible to eat Colombian *salchichón* sausage or smoked ranchera sausage in this country. Just now I went to buy the Colombian stuff we eat at home, like arepas, *almojábana* cheese bread, pies, cheese, etc. And it turns out they sell smoked ranchera sausage and Colombian *salchichón* sausage… But they say Zenu set up a plant in New York for the Colombian market in the U.S.A. I bought a pack of ranchera sausages, but I'm like scared of eating them... I mean, could this be true about the plant in New York? Or are they using the company's branding but they are not their products? Help me out please, can anyone clear this up for me?

If it is true that there's a plant here, I will be the happiest woman in the world. I will be their best customer! Hahaha!



●●●○○ TIGO 📶                    7:04 a.m.                    ⚹ ✻ 100% 🔋



**Juana Solorzano ▶ WikiMujeres en Medellín**                    ⌄

3 h · Facebook Groups for Android · 

Necesito urgente a alguna que trabaje en Zenu. No es para nada malo, es que tengo una duda...

Hace días, en el post de infaltables de USA hablamos sobre los infaltables colombianos también y yo dije que a USA no me dejaban entrar carnes frías... bueno, pues se quedó en que era imposible comerse un salchichón o unas salchichas rancheras en este país. Ahora fui a comprar las cositas colombianas que comemos en mi casa, tales como arepas, almohabanas, empanadas, quesito, etc.... Y resulta que venden salchichas rancheras y salchichon... Pero dicen que zenu puso una planta en New York para el mercado colombiano de USA. Yo compré un paquete de rancheras, pero tengo como susto de comérmelas... o sea, será verdad lo de la planta en New York? O estarán usando el nombre de la empresa y no son sus productos? Ayúdenme por fa, será que me resuelve alguien está duda??

Donde sea cierto que hay planta aquí, me hacen la mujer más feliz del mundo.... seré su mejor cliente... jajaaja

👍 2                                        8 comentarios

👍 Me gusta                    💬 Comentar



    ☰

IAZ_DNJ0001770