# Exhibit UU



STATE OF NEW YORK            )
                            )
                            )        ss
COUNTY OF NEW YORK           )


**<u>CERTIFICATION</u>**


This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Spanish into English of the attached document with Bates Nos.

IAZ_DNJ0003809—IAZ_DNJ0003814.


_____
Lynda Green, Senior Managing Editor
Lionbridge


Sworn to and subscribed before me

this 3rd day of October, 20 22.

_____

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| |
|---|
| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S.                   **Civil Action No.  2:16-cv-06576-KM-MAH** |
| Plaintiff/Counter Defendant, |
| v. |
| LATINFOOD U.S. CORP. d/b/a ZENÚ PRODUCTS CO. and WILSON ZULUAGA, |
| Defendants/Counter Claimants/ Third Party Plaintiffs, |
| v. |
| CORDIALSA USA, INC. |
| Third Party Defendant. |

**DECLARATION OF PAOLA VASQUEZ**

I, Paola Andrea Vasquez Ochoa make this declaration pursuant to 28 U.S.C. § 1746.  I hereby declare as follows:

1.     Except where otherwise stated, I make this declaration based on my personal knowledge.

2.     I have been employed by Industria de Alimentos Zenú S.A.S. ("Industria") since April 11, 2012.    I am currently employed within Industria's  Advertainment as advertaising agency manager and have held that position since April 11, 2012.     My job responsibilities as managing director include [brand management, carry out campaigns, maintaining Industria's social media accounts, including the Twitter account for "Alimentos Zenú," which specifically advertises and promotes Zenú-brand products.  The public-facing website where Twitter users can interact with the account is located at the address: https://twitter.com/AlimentosZenu.  I am

also responsible for responding to messages that Twitter users privately send as direct messages to the Alimentos Zenú Twitter account inbox.

3.      On February 8, 2022, I logged into the Alimentos Zenú Twitter account and checked for messages sent to the account's inbox.

4.      I saw that there was a message from Twitter user Molly2397 dated from February 5, 2022 at 4:25 a.m.  The header to the message indicated that the Twitter account for Molly2397 had been in existence since July of 2014.

5.      I sent a reply to the initial message at 5:18 p.m. on February 8, 2022.  Over the next two days I continued to follow-up and respond to messages sent from the Molly2397 Twitter account.  I sent my last message to the Molly2397 Twitter account at 8:11 a.m. on February 10, 2022, and the Molly2397 Twitter account sent its last message to the Alimentos Zenú Twitter account on February 10, 2022.

6.      A true and correct reproduction of the direct messages between the Alimentos Zenú and Molly2397 Twitter accounts are attached as Exhibit A hereto.  These screenshots fully and accurately reflect my recollection of the communications between the Alimentos Zenú and Molly2397 Twitter accounts.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August  31  , 2022 in Medellín, Colombia.

By:      *Paola Andrea Vasquez Ochoa*
         Paola Andrea Vasquez Ochoa

- 2 -

# Exhibit A

 **Molly** 💎▨▬▬▮▮
@Molly2397

ⓘ

**Molly** 💎▨▬▮▮ @Molly2397

You can't turn back time and change the beginning, but you can start where you are and change the end. Vote Right, Colombia free of socialism and corruption unite

**1.269** Following   **1.006** Followers

📅 Joined in July 2014



[image:] Zenu BEER sausage

Hi, I wanted to ask you if you have a sales franchise for beer sausage and ranchera sausage that they are selling in New York and New Jersey and Florida, as so-called Colombian sausages. But their flavor is very different, they aren't good.

♡₊  •••

🖼  🔲  Write a message                    ⚙  ⤳

Confidential                    IAZ_DNJ0003811



[image:] Zenu BEER sausage and Ranchera sausage

5 feb. 2022 4:25 a. m.

You accepted the request

Hi Molly, thanks very much for contacting us and sharing this information, these products are not ours, thanks again.

Have a nice day!

8 feb. 2022 5:18 p. m. ✓

- 4 -

Confidential

 **Molly** ◈ ▦▬▬▐ ▌
@Molly2397



So why are they using your brand? This makes Colombians abroad get tricked. Because even a woman from Puerto Rico told me that she bought the sausages and she said: these sausages from your country are very bad, and I told her that they weren't the same ones, that I thought it was another company. Anyway, thanks.

8 feb. 2022 6:50 p. m.

At the moment we are taking legal action against this Molly, so it does not continue. Thanks very much again, and have a nice day.

9 feb. 2022 7:57 a. m. ✓



Ahhh great, that makes me happy, so they can't trick us anymore. Hey, why don't you guys bring your Zenu products to New York, New Jersey, Florida, etc., I love those sausages and they always take them aways from us at the airport ☺ Thanks very much ☺

9 feb. 2022 11:16 a. m.

We would love to reach where you are, cold cuts can be exported because of their 'suitable for human consumption' rating. What happens is that because of the expiration date it is not easy to reach markets in other countries, since a large part of their shelf life is lost in the transportation and Customs clearance process. Also there is the aphthous fever issue, in which Colombia is still on the way to declaring itself rid of this with vaccination, so many countries put sanitary barriers (hygiene standards) to prevent the entry of food from aphthous-free countries.

   Write a message  

- 5 -

Confidential

IAZ_DNJ0003813



**Molly** ✓ ▨▨▬▮▮▮

@Molly2397

Ahhh great, that makes me happy, so they can't trick us anymore. Hey, why don't you guys bring your Zenu products to New York, New Jersey, Florida, etc., I love those sausages and they always take them away from us at the airport ☺ Thanks very much ☺

9 feb. 2022 11:16 a. m.

We would love to reach where you are, cold cuts can be exported because of their 'suitable for human consumption' rating. What happens is that because of the expiration date it is not easy to reach markets in other countries, since a large part of their shelf life is lost in the transportation and Customs clearance process. Also there is the aphthous fever issue, in which Colombia is still on the way to declaring itself rid of this with vaccination, so many countries put sanitary barriers (hygiene standards) to prevent the entry of food from aphthous-free countries.

Sending you kind regards, have a nice day.

10 feb. 2022 8:11 a. m. ✓

Oh, that explains why those gringos are waiting for one where they check the luggage, and the first thing they ask is "Are you bringing "Salchichas Ranchera" [ranchera sausages]? They even know the name in Spanish haha ☺ They confiscated 4 packages from me and sausage [salchichón] and small cans, I was so sad. Now I know why. Thanks a lot for the information. Have a nice day ☺

10 feb. 2022 12:13 p. m.

More options

Write a message

- 6 -

Confidential

IAZ_DNJ0003814

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | **Civil Action No.  2:16-cv-06576-KM-MAH** |
| Plaintiff/Counter Defendant, | |
| v. | |
| LATINFOOD U.S. CORP. d/b/a ZENÚ PRODUCTS CO. and WILSON ZULUAGA, | |
| Defendants/Counter Claimants/ Third Party Plaintiffs, | |
| v. | |
| CORDIALSA USA, INC. | |
| Third Party Defendant. | |

## DECLARATION OF PAOLA VASQUEZ

I, Paola Andrea Vasquez Ochoa make this declaration pursuant to 28 U.S.C. § 1746.  I hereby declare as follows:

1.     Except where otherwise stated, I make this declaration based on my personal knowledge.

2.     I have been employed by Industria de Alimentos Zenú S.A.S. ("Industria") since Abril 11 de 2012.  I am currently employed within Industria's  Advertainment as advertaising agency manager and have held that position since abril 11 de 2012.  My job responsibilities as managing director include [brand management, carry out campaigns, maintaining Industria's social media accounts, including the Twitter account for "Alimentos Zenú," which specifically advertises and promotes Zenú-brand products.  The public-facing website where Twitter users can interact with the account is located at the address: https://twitter.com/AlimentosZenu.  I am

IAZ_DNJ0003809

also responsible for responding to messages that Twitter users privately send as direct messages to the Alimentos Zenú Twitter account inbox.

3.      On February 8, 2022, I logged into the Alimentos Zenú Twitter account and checked for messages sent to the account's inbox.

4.      I saw that there was a message from Twitter user Molly2397 dated from February 5, 2022 at 4:25 a.m.  The header to the message indicated that the Twitter account for Molly2397 had been in existence since July of 2014.

5.      I sent a reply to the initial message at 5:18 p.m. on February 8, 2022.  Over the next two days I continued to follow-up and respond to messages sent from the Molly2397 Twitter account.  I sent my last message to the Molly2397 Twitter account at 8:11 a.m. on February 10, 2022, and the Molly2397 Twitter account sent its last message to the Alimentos Zenú Twitter account on February 10, 2022.

6.      A true and correct reproduction of the direct messages between the Alimentos Zenú and Molly2397 Twitter accounts are attached as Exhibit A hereto.  These screenshots fully and accurately reflect my recollection of the communications between the Alimentos Zenú and Molly2397 Twitter accounts.


        I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August  31  , 2022 in Medellín, Colombia.

                                By:  *Paola Andrea Vasquez Ochoa*
                                     _____
                                     Paola Andrea Vasquez Ochoa


- 2 -

Confidential                                                      IAZ_DNJ0003810

# Exhibit A



Molly ▨ ▨ ▨ ▨ ▨ ▨
@Molly2397

**Molly** ▨ ▨ ▨ ▨ ▨ @Molly2397

No puedes volver atrás y cambiar el principio, pero puedes comenzar dónde estás y cambiar el final. Vota Bien, Colombia libre del Socialismo y Corruptos unidos

**1.269** Siguiendo   **1.006** Seguidores

Se unió en julio de 2014

Hola, quisiera preguntarles si ustedes tienen una franquicia de venta de salchichón cervecero y salchichas rancheras que están vendiendo en New York y New Jersey y Florida, como supuestamente colombianos. Pero el sabor de ambos es muy diferente, no son buenos.

Escribe un mensaje

- 3 -

Confidential

IAZ_DNJ0003811

**Molly** 💎 🔩 🔩 🔋 🔋
@Molly2397

ⓘ



5 feb. 2022 4:25 a. m.

Aceptaste la solicitud

Hola Molly, muchas gracias por ponerte en contacto y compartir esta información, te contamos que estos productos no son nuestros, nuevamente te agradecemos.

¡Que tengas un lindo día!

8 feb. 2022 5:18 p. m. ✓

Confidential

IAZ_DNJ0003812



**Molly** 💎 ⬛⬛⬛ ▮▮
@Molly2397

Entonces porque están usando su marca? Y así los Colombianos en el extranjero caemos en esa trampa. Porque hasta una señora de Puerto Rico me dijo que compró las salchichas y me dijo: esas salchichas de tu país son muy malucas, y yo le dije que no eran las mismas, que yo creía que es otra compañía. Bueno Gracias.

8 feb. 2022 6:50 p. m.

En este momento estamos tomando acciones legales en contra de esto Molly, para que no siga sucediendo, mil gracias nuevamente y feliz día.

9 feb. 2022 7:57 a. m. ✓

Ahhh que bien me alegra eso, para que nos engañen mas. Oiga ustedes porque no traen sus productos Zenú a New York, New Jersey, Florida y más, yo amo esas salchichas y siempre nos la quitan en el Aeropuerto 🖤 🖤 Muchas gracias 🍽️

9 feb. 2022 11:16 a. m.

Nos encantaría llegar hasta donde estás, las carnes frías si se pueden exportar por su calidad apta para consumo humano. Lo que sucede es que por la fecha de vencimiento no es fácil llegar a mercados de otros países, ya que en el proceso de transporte y nacionalización se pierde mucha parte de su vida útil. Por otra parte está el aspecto de la fiebre aftosa, en el que apenas Colombia va en camino de declararse un país libre de esto con vacunación, por lo que muchos países colocan barreras fitosanitarias (normas de higiene) para evitar el ingreso de alimentos de países libres de aftosa.

Escribe un mensaje

- 5 -



Confidential

IAZ_DNJ0003814