# Exhibit VV



STATE OF NEW YORK )
)
)        ss
COUNTY OF NEW YORK )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document with Bates Nos. IAZ_DNJ0003646—IAZ_DNJ0003648.

_____
Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me

this 3rd day of October , 20 22 .

_____

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432

## laarango@cordialsausa.com

| | |
|---|---|
| **From:** | Luis Alfonso Arango <laarango@cordialsausa.com> |
| **Sent:** | Monday, January 19, 2015 4:19 PM |
| **To:** | Hernando Ramos Moreno |
| **Cc:** | Lina Maria Mejia Lopez |
| **Subject:** | Re: Fw: Biennial Renewal Not Submitted |

Hernando:

Hello

The registration must be renewed every two years and there is a deadline for renewal…..

regarding the beans...of course we are very interested but we don't know where we are with the brand....... can we bring it if there is another person working with the brand?

Best regards,


Luís A. Arango


 **Cordialsa USA, Inc**
9950 Cypresswood Dr. Ste. 360
Houston, TX, 77070
Ph: (713) 460 4527
laarango@cordialsausa.com


----- Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA wrote:  ------
To: Luis Alfonso Arango/US/Cordialsa/NUTRESA@GNCH
From: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA
Date: 01/19/2015 03:44 PM
Cc: Lina Maria Mejia Lopez/CO/Zenu/Carnicos/NUTRESA@GNCH
Subject: Fw: Biennial Renewal Not Submitted

Hello Luis.

Cordial greetings, looking forward to a 2015 full of great successes for you

I received this email from the FDA inviting us to renew the permits we have for Beans, but it is striking to me that we only applied for this registration last year.

In the same way, we want to know if we are going to bet on Beans, because we sent the samples and the required information and, ultimately, we do not know if there is commercial potential for the product or not.

Thank you very much and best regards

[logo] Alimentos
Carnicos

**Hernando Ramos Moreno**
Sales Director Extended Shelf Life Products
and Food Service
Meat Business
Address Cra. 52 No. 20 -124
Medellin - Colombia
Tel: (5704) 402 [illegible] Ext. 41802
Cell: 315 5704981
Email: hramos@alimentoscarnicos.com.co

1

Confidential

IAZ_DNJ0003646

 Grupo Empresarial Nutresa

--------Forwarded by Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA dated 01/19/2015 16:40 p.m. --------

To: <hramos@alimentoscarnicos.com.co>
From: <CFSANFoodFacilityRegistration@fda.hhs.gov>
Date: 01/10/2015  04:11:00 PM
Subject: Biennial Renewal Not Submitted

## DEPARTMENT OF HEALTH AND HUMAN SERVICES

Food and Drug Administration

5100 Paint Branch Parkway, HFS-681

College Park, MD 20993

**Date:**          January 10, 2015
**TO:**            Alimentos Carnicos SAS
**ADDRESS:**    Kilometro 3 Carretera La Ceja - Rionegro, La Ceja, Antioquia 0000 COLOMBIA
**Subject:**       Food Facility Registration - Biennial Renewal Not Submitted

Dear Responsible Official:

The Food and Drug Administration (FDA) has determined that your facility has not renewed its food facility registration, as required by section 415(a)(3) of the Federal Food, Drug, and Cosmetic Act (the Act) [21 U.S.C. 350d(a)(3)]. Under section 415(a)(3) of the Act, your facility is required to submit to FDA a renewal registration containing the information described in section 415(a)(2) of the Act, including any changes to such information since your facility submitted your preceding registration or registration renewal, every even-numbered year during the period beginning on October 1 and ending December 31.

As a responsible official of a facility that manufactures, processes, packs, or holds food for human or animal consumption in the United States, you are responsible for ensuring that your overall operation and the food you distribute are in compliance with the Act and applicable FDA regulations. FDA's registration regulations require the owner, operator, or agent in charge of a food facility that manufactures/processes, packs, or holds food for human or animal consumption in the United States, or an individual authorized by this facility's owner, operator, or agent in charge, to register such facility with FDA (see 21 CFR 1.225). Section 415(a)(3) of the Act requires the registrant for such a food facility to renew the facility's registration with FDA every other year.

Our records indicate that, to date, you have not submitted a registration renewal to FDA, as required by section 415(a)(3) of the Act. The failure of a food facility to renew its registration with FDA, as required by section 415(a)(3) of the FD&C Act, means that the facility has failed to register in accordance with section 415. The failure to register a food facility in accordance with section 415 is a prohibited act under section 301(dd) of the FD&C Act (21 U.S.C. 331(dd)). We request that you, or an authorized individual, re-register your food facility by completing and submitting your registration to FDA using FDA Form 3537 to FDA. You can submit your registration to FDA on-line at https://www.access.fda.gov/. You may obtain a paper copy of FDA Form 3537 by writing to the U.S. Food and Drug Administration/Food Facility Registration, 5100 Paint Branch Parkway, HFS-681, College Park, MD 20993, or by requesting the form by phone at 800-216-

2

Confidential

IAZ_DNJ0003647

7331 or 301-575-0156. When you receive the form, you must fill it out completely and legibly and return it to the address above or fax it to (301) 436-2804.

If your facility has a new owner, the former owner must cancel the facility's registration as specified in 21 CFR 1.235 within 60 calendar days of the change, and the new owner must re-register the facility as specified in 21 CFR 1.231 (21 CFR 1.234(b)). A facility cancelling its registration must do so within 60 calendar days of the reason for the cancellation (e.g., facility goes out of business or comes under new ownership), and in accordance with 21 CFR 1.235.

FDA's booklet, "What You Need to Know About Registration of Food Facilities" provides information on registration, including biennial registration renewal and registration cancellation. If you need additional information about food facility registration, you may call the FDA Industry Systems Help Desk at 1-800- 216-7331 or 301-575-0156 or write to FDA at the following address:

U.S. Food and Drug Administration, HFS-681
Food Facility Registration
5100 Paint Branch Parkway
College Park, MD 20993

If you have any questions about this letter, please call this office at 1-800-216-7331.

Sincerely,

**FDA Unified Registration and Listing and Prior Notice System Helpdesk.**

Confidential

IAZ_DNJ0003648

## laarango@cordialsausa.com

| | |
|---|---|
| **From:** | Luis Alfonso Arango <laarango@cordialsausa.com> |
| **Sent:** | Monday, January 19, 2015 4:19 PM |
| **To:** | Hernando Ramos Moreno |
| **Cc:** | Lina Maria Mejia Lopez |
| **Subject:** | Re: Rm: Biennial Renewal Not Submitted |

Hernando:

Hola.

El registro hay que renovarlo cada dos anos y hay una fecha limite para eso....

con relacion a los frijoles...claro que estamos super interesados pero no sabemos en que estamos con lo de la marca....si lo podemos traer si hay otra persona trabajando la marca?

att



Luis A. Arango

Cordialsa USA, Inc
9950 Cypresswood Dr. Ste 360
Houston, TX, 77070
Ph: (713) 460 4527
laarango@cordialsausa.com

-----Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA wrote: -----
To: Luis Alfonso Arango/US/Cordialsa/NUTRESA@GNCH
From: Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA
Date: 01/19/2015 03:44PM
Cc: Lina Maria Mejia Lopez/CO/Zenu/Carnicos/NUTRESA@GNCH
Subject: Rm: Biennial Renewal Not Submitted

Hola Luis

Cordial saludo, esperando un 2015 para Uds lleno de grandes éxitos

Recibí este correo de la FDA invitándonos a renovar los permisos que tenemos para Fríjoles, pero me llama la atención que apenas el año pasado solicitamos este registro.

De la misma forma queremos saber si le vamos a apostar al Fríjol, pues enviamos las muestras y la información requerida y al fin no sabemos comercialmente si hay o no futuro para el producto

Mil gracias y un abrazo

 

Hernando Ramos Moreno
Director de Ventas Larga Vida y Food Service
Negocio Cárnico
Dirección: Cra 52 No 20 - 124
Medellín – Colombia
Tel : (57-4) 402 30 00 Ext: 41602
Cel: 315 5704861
Mail: hramos@alimentoscarnicos.com.co

1

Confidential

Grupo Empresarial Nutresa 

-----Remitido por Hernando Ramos Moreno/CO/Alimentos_Carnicos/Carnicos/NUTRESA el 19/01/2015 16:40 -----
Para: <hramos@alimentoscarnicos.com.co>
De: <CFSANFoodFacilityRegistration@fda.hhs.gov>
Fecha: 10/01/2015 16:11
Asunto: Biennial Renewal Not Submitted

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Food and Drug Administration

5100 Paint Branch Parkway, HFS-681

College Park, MD 20993


**DATE:**       January 10, 2015
**TO:**         Alimentos Carnicos SAS
**ADDRESS:**    Kilometro 3 Carretera La Ceja - Rionegro, La Ceja, Antioquia 0000 COLOMBIA
**Subject:**    Food Facility Registration - Biennial Renewal Not Submitted

Dear Responsible Official:

The Food and Drug Administration (FDA) has determined that your facility has not renewed its food facility registration, as required by section 415(a)(3) of the Federal Food, Drug, and Cosmetic Act (the Act) [21 U.S.C. 350d(a)(3)]. Under section 415(a)(3) of the Act, your facility is required to submit to FDA a renewal registration containing the information described in section 415(a)(2) of the Act, including any changes to such information since your facility submitted your preceding registration or registration renewal, every even-numbered year during the period beginning on October 1 and ending December 31.

As a responsible official of a facility that manufactures, processes, packs, or holds food for human or animal consumption in the United States, you are responsible for ensuring that your overall operation and the food you distribute are in compliance with the Act and applicable FDA regulations. FDA's registration regulations require the owner, operator, or agent in charge of a food facility that manufactures/processes, packs, or holds food for human or animal consumption in the United States, or an individual authorized by this facility's owner, operator, or agent in charge, to register such facility with FDA (see 21 CFR 1.225). Section 415(a)(3) of the Act requires the registrant for such a food facility to renew the facility's registration with FDA every other year.

Our records indicate that, to date, you have not submitted a registration renewal to FDA, as required by section 415(a)(3) of the Act. The failure of a food facility to renew its registration with FDA, as required by section 415(a)(3) of the FD&C Act, means that the facility has failed to register in accordance with section 415. The failure to register a food facility in accordance with section 415 is a prohibited act under section 301(dd) of the FD&C Act (21 U.S.C. 331(dd)). We request that you, or an authorized individual, re-register your food facility by completing and submitting your registration to FDA using FDA Form 3537 to FDA. You can submit your registration to FDA on-line at https://www.access.fda.gov/. You may obtain a paper copy of FDA Form 3537 by writing to the U.S. Food and Drug Administration/Food Facility Registration, 5100 Paint Branch Parkway, HFS-681, College Park, MD 20993, or by requesting the form by phone at 800-216-

2

Confidential

IAZ_DNJ0003647

7331 or 301-575-0156. When you receive the form, you must fill it out completely and legibly and return it to the address above or fax it to (301) 436-2804.

If your facility has a new owner, the former owner must cancel the facility's registration as specified in 21 CFR 1.235 within 60 calendar days of the change, and the new owner must re-register the facility as specified in 21 CFR 1.231 (21 CFR 1.234(b)). A facility cancelling its registration must do so within 60 calendar days of the reason for the cancellation (e.g., facility goes out of business or comes under new ownership), and in accordance with 21 CFR 1.235.

FDA's booklet, "What You Need to Know About Registration of Food Facilities" provides information on registration, including biennial registration renewal and registration cancellation. If you need additional information about food facility registration, you may call the FDA Industry Systems Help Desk at 1-800-216-7331 or 301-575-0156 or write to FDA at the following address:

U.S. Food and Drug Administration, HFS-681
Food Facility Registration
5100 Paint Branch Parkway
College Park, MD 20993

If you have any questions about this letter, please call this office at 1-800-216-7331.

Sincerely,

**FDA Unified Registration and Listing and Prior Notice System Helpdesk.**

3

Confidential

IAZ_DNJ0003648