

**Samuel Kadosh**
Direct Phone: +1 212 549 0451
Email: skadosh@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

March 3, 2023

**By ECF**

Hon. Michael A. Hammer, U.S.M.J.
United States District Court
for the District of New Jersey
50 Walnut Street
Newark, NJ 07102

**RE:** *Industria de Alimentos Zenú S.A.S. v. Latinfood U.S. Corp. d/b/a Zenú Prods. Co., et al.*,
<u>Civ. Action No. 2:16-cv-6576-KM-MAH</u>

Dear Judge Hammer:

We represent Plaintiff/Counter Defendant Industria de Alimentos Zenú S.A.S. ("Industria") and third party Defendant Cordialsa USA, Inc. ("Cordialsa"), and write jointly with Defendants Latinfood U.S. Corp. ("Latinfood") and Wilson Zuluaga ("Zuluaga" and with Latinfood, "Defendants") pursuant to the Court's December 2, 2022 Order, to provide the Court with a joint status letter regarding the pending motions.

There are three motions that are fully briefed. First, the parties' cross-motions for summary judgment were fully briefed as of December 22, 2022. *See* ECF No. 280. Second, Defendants' Objections to Magistrate Hammer's May 26, 2022 Opinion and Order was fully briefed as of June 29, 2022. *See* ECF No. 247. Third, Defendants' Objections to Magistrate Hammer's July 27, 2022 Order was fully briefed as of August 23, 2022. *See* ECF No. 261.

We thank the Court for its attention to this matter.

Respectfully,

<u>/s/ Samuel Kadosh</u>

SK:jv

cc:    Mark J. Ingber, Esq.