AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| Industria de Alimentos Zenú S.A.S. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:16-cv-06576-KM-MAH |
| Latinfood U.S. Corp, d/b/a Zenú Products Co. et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Industria de Alimentos Zenú S.A.S. and Third Party Defendant Cordialsa USA, Inc.   .

Date:   04/13/2023

*Jason L. Libou*
*Attorney's signature*

/s/ Jason L. Libou / NJ Bar ID # 03744-2011
*Printed name and bar number*

WACHTEL MISSRY LLP
One Dag Hammarskjöld Plaza
885 Second Avenue, 47th Floor
New York, New York 10017
*Address*

jlibou@wmllp.com
*E-mail address*

(212) 909-9500
*Telephone number*

(212) 371-0320
*FAX number*