Jason Libou
NJ Attorney ID # 03744-2011
WACHTEL MISSRY LLP
One Dag Hammarskjöld Plaza
885 Second Avenue, 47th Floor
New York, New York 10017
Main:  (212) 909-9500
Direct: (212) 909-9535
Email: jlibou@wmllp.com

*Attorneys for Plaintiff Industria de Alimentos Zenú S.A.S.
and Third Party Defendant Cordialsa USA, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S.,<br><br>      Plaintiff/Counter Defendant,<br><br>vs.<br><br>LATINFOOD U.S. CORP. d/b/a ZENÚ PRODUCTS CO. and WILSON ZULUAGA,<br><br>      Defendants/Counter Claimants/<br>      Third Party Plaintiffs,<br><br>vs.<br><br>CORDIALSA USA, INC.,<br><br>      Third Party Defendant. | Civil Action<br><br>Case No. 2:16-cv-06576-KM-MAH |

**ORDER FOR THE *PRO HAC VICE* ADMISSION OF EVAN WEINTRAUB**

THIS MATTER having come before the Court on motion by the applicant, Jason Libou, of the law firm Wachtel Missry LLP, attorneys of record in the above-captioned matter for Plaintiff Industria de Alimentos Zenú S.A.S. and Third Party Defendant Cordialsa USA, Inc., for an order admitting counsel, Evan Weintraub, *pro hac vice* pursuant to Local Civil Rule 101.1(c);

and the Court having considered the submissions in support of the application [D.E. 285], which reflect counsel's satisfaction of the requirements set forth in L. Civ. R. 101.1(c)(1);

and there being no objection to this motion;

and for good cause shown;

IT IS ON THIS 18th day of April, 2023,

ORDERED that the application [D.E. 285] for admission of Evan Weintraub as counsel *pro hac vice* is GRANTED; and it is further

ORDERED that Evan Weintraub be and hereby is admitted to the bar of this Court pursuant to Local Civil Rule 101.1(c) as counsel *pro hac vice* for Plaintiff Industria de Alimentos Zenú S.A.S. and Third Party Defendant Cordialsa USA, Inc.; and it is further

ORDERED that Evan Weintraub shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey in accordance with L. Civ. R. 101.1(c)(3); and it is further

ORDERED that Evan Weintraub shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a), for this year and each year in which counsel continues representation of Movants before this Court; and it is further

ORDERED that Evan Weintraub be and hereby is bound by the Local Civil Rules of this Court, including all disciplinary rules, and shall promptly notify the Court of any matter affecting counsel's standing in the bar of any other court; and it is finally

ORDERED that the applicant, Jason Libou, shall: (i) be attorney of record in this case in accordance with L. Civ. R. 101.1(c)(4); (ii) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (iii) sign (or arrange for a member of the firm admitted to practice in New Jersey to sign) all pleadings, briefs, and other papers submitted to this Court; and (iv) be responsible for the conduct of the cause and counsel in this matter.

*s/ Michael A. Hammer*
UNITED STATES MAGISTRATE JUDGE