UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

Industria de Alimentos Zenú S.A.S.

    Plaintiff(s).

  **v.**

Latinfood U.S. Corp. et al.

    Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No.  2:16-cv-06576-KM-MAH

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

_____
Signature of Local Counsel

<u>PRO HAC VICE ATTORNEY INFORMATION</u>:

Name: Stella Lee Sainty

Address: WACHTEL MISSRY LLP

One Dag Hammarskjöld Plaza

885 Second Avenue, 47th Floor

New York, New York 10017

E-mail: ssainty@wmllp.com
(One email address only)

DNJ-CMECF-002 |