

WRITER'S DIRECT:

Peter D. Raymond
*Partner*
praymond@wmllp.com
212 909-9675 DIR TEL

## WACHTEL MISSRY

www.wmllp.com

1 Dag Hammarskjöld Plaza

885 SECOND AVENUE
NEW YORK NY 10017

MAIN TEL 212 909-9500
FACSIMILE 212 371-0320

April 21, 2023

By ECF
Hon. Michael A. Hammer, U.S.M.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

Re:     *Industria de Alimentos Zenú S.A.S. v. Latinfood U.S. Corp. d/b/a Zenú Prods. Co., et al.*,
        Civil Action No. 2:16-cv-6576-KM-MAH

Dear Judge Hammer:

We represent Plaintiff/Counter Defendant Industria de Alimentos Zenú S.A.S. and Third Party
Defendant Cordialsa USA, Inc. We submit this letter, jointly with Latinfood U.S. Corp. and
Wilson Zuluaga (the "Defendants"), pursuant to the Court's March 6, 2023 Order [D.E. 283],
directing the parties to provide the Court with a joint report regarding the status of this litigation
and any tasks remaining.

There has been no substantive activity in the case since the time that the parties filed their last
joint status report on March 3, 2023. We continue to await decision of the Court on the following
motions, which have been fully submitted and remain pending:

(1)     The parties' cross-motions for summary judgment, fully briefed as of December 22, 2022
        (*see* ECF No. 280);

(2)     Defendants' Objections to Magistrate Hammer's May 26, 2022 Opinion and Order, fully
        briefed as of June 29, 2022 (*see* ECF No. 247); and

(3)     Defendants' Objections to Magistrate Hammer's July 27, 2022 Order, fully briefed as of
        August 23, 2022 (*see* ECF No. 261).

Determination of these outstanding motions will potentially streamline the matters at issue and
thus enable the parties to identify any remaining tasks that require attention ahead of trial.

We thank the Court for its attention to this matter.

Respectfully submitted,

Peter D. Raymond