UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **INDUSTRIA DE ALIMENTOS ZENU S.A.S.**, <br><br>    Plaintiff/Counter Defendant, <br><br>v. <br><br>**LATINFOOD U.S. CORP. d/b/a ZENU PRODUCTS CO. and WILSON ZULUAGA**, <br><br>    Defendants/Counter Claimants/Third Party Plaintiffs, <br><br>v. <br><br>**CORDIALSA USA, INC.** <br><br>    Third Party Defendant. | Civ. No. 16-6576 (KM) (MAH) <br><br> ORDER |

**<u>KEVIN MCNULTY, U.S.D.J.</u>:**

    THIS MATTER having come before the Court on the motions (DE 236; DE 259) of defendants, Latinfood U.S. Corp. doing business as Zenu Products Co. and Wilson Zuluaga (collectively "Latinfood") objecting to Magistrate Judge Michael Hammer's May 26, 2022 opinion (DE 232) awarding sanctions to plaintiff Industria De Alimentos Zenu S.A.S. and third-party defendant Cordialsa USA, Inc. (collectively "Industria") and denying sanctions to Latinfood; and Judge Hammer's July 27, 2022 order (DE 253) denying Industria's application for fees and expenses without prejudice; and the Court having considered the submissions of the parties (DE 236; 247; 259; 261); for the reasons stated in the accompanying Opinion, and for good cause shown;

    **IT IS** this 27th day of June, 2023,

    **ORDERED** that Latinfood's motion (DE 236) objecting to Judge Hammer's May 26, 2022 opinion is **DENIED**; and it is further

**ORDERED** that Latinfood's motion (DE 259) objecting to Judge Hammer's July 27, 2022 order is **DENIED**.

/s/ Kevin McNulty

_____

**Hon. Kevin McNulty**
**United States District Judge**

2