**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **INDUSTRIA DE ALIMENTOS ZENU S.A.S.,** | : | **Civil Action No. 16-6576 (KM) (MAH)** |
| **Plaintiff,** | : | |
| **v.** | : | **AMENDED SCHEDULING ORDER** |
| **LATINFOOD U.S. CORP. d/b/a ZENÚ PRODUCTS CO., et al.,** | : | |
| **Defendants.** | : | |

This matter having come before the Court by way of the parties' joint letter filed on July 7, 2023 [D.E. 300]; and for good cause shown,

**IT IS ON THIS 7th day of July 2023,**

**ORDERED THAT:**

1.     Plaintiff shall serve any and all damages expert reports by **September 27, 2023.**

2.     Defendants shall serve any responding expert report on damages on or before **November 10, 2023.**

3.     All expert discovery shall be completed on or before **December 26, 2023.**

4.     There will be a telephone status conference before the Undersigned on **September 8, 2023, at 1:00 p.m**.  The parties will dial 1-888-694-8852 and enter 1456817# to join the conference.  The parties will be prepared to discuss whether it would be productive to hold another settlement conference in this matter, and are expect to have consulted with their respective clients in advance of the conference on this issue.

/s Michael A. Hammer
**Hon. Michael A. Hammer,**
**United States Magistrate Judge**