# EXHIBIT A

# Invoice

**HWZ Distributors, Inc.**
165 Keyland Ct.
Bohemia, NY. 11716

Date: 12/6/10
Invoice #: _____

To: Villa Potensia
40-42 82 St
Queens

| Salesperson | Customer Contact | Payment Terms | Due Date |
|---|---|---|---|
| | Miguel | COD | |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| 2 | Chorizo Criollo Semi | 30 | 60 |
| 1 | Morcilla 10# | 25 | 25 |
| | | Subtotal | 85 |
| | | Sales Tax | |
| | | Total | |

CONFIDENTIAL

LATIN013947

# Invoice

**HWZ Distributors, Inc.**
165 Keyland Ct.
Bohemia, NY. 11716

Date: 12/13/10
Invoice #: _____

To: Meat Barn
106-18 Jamaica Ave.
Jamaica, NY

| Salesperson | Customer Contact | Payment Terms | Due Date |
|---|---|---|---|
|  |  |  |  |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| 1 | Chorizos Crudo Zamora | 30 | 30 |

Subtotal: 30
Sales Tax:
Total:

CONFIDENTIAL                                         LATIN013948

# Invoice

**HWZ Distributors, Inc.**
105 Keyland Ct.
Bohemia, NY. 11716

Date: 12/13/10
Invoice #: _____

To: _La Casa de Los Curules_
_44-10  48 Ave_
_Woodside, NY_

| Salesperson | Customer Contact | Payment Terms | Due Date |
|---|---|---|---|
|  |  |  |  |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| 1 | Chorizos | 30 |  |

[signature]

| | Subtotal | 30 |
|---|---|---|
| | Sales Tax | |
| | Total | |

CONFIDENTIAL

LATIN013949

# Invoice

**HWZ Distributors, Inc.**
165 Keyland Ct.
Bohemia, NY. 11716

Date: 12/20/10
Invoice #: _____

To: Villa Colombi*a*
4042 82*nd* St
Queens

| Salesperson | Customer Contact | Payment Terms | Due Date |
|---|---|---|---|
| | | | |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| 1 | Chorizo *Inn* | 30 | 30 |
| | | | |
| | *Nice!* | | |
| | *bz* | | |
| | | Subtotal | 30 |
| | | Sales Tax | |
| | | Total | |

CONFIDENTIAL

LATIN013950

# Invoice

**HWZ Distributors, Inc.**
165 Keyland Ct.
Bohemia, NY. 11716

Date: 02/27/10
Invoice #: _____

To: La Casa de los Cornos
44-10 118 Ave
Queens NY

| Salesperson | Customer Contact | Payment Terms | Due Date |
|---|---|---|---|
| | | | |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| 1 | Chorizo Criollo Zim | 30 | 30 |

Subtotal: 30
Sales Tax:
Total:

CONFIDENTIAL                                                                 LATIN013951

# Invoice

**HWZ Distributors, Inc.**
165 Keyland Ct.
Bohemia, NY. 11716

Date: 1/17/11
Invoice #: _____

To: Villa Palomba
40-42 82nd St
Elmhurst NY

| Salesperson | Customer Contact | Payment Terms | Due Date |
|---|---|---|---|
|  | Miguel |  |  |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| 2 | Chorizo Cxnelo | 50 | 60 |
|  | Pago |  |  |

Subtotal: 60
Sales Tax:
Total:

CONFIDENTIAL

LATIN013952

# Invoice

**HWZ Distributors, Inc.**
165 Keyland Ct.
Bohemia, NY. 11716

Date: 2/14/11
Invoice #:

To: _Vinka Potanic_
_108-42 82nd S_
_Queens_

| Salesperson | Customer Contact | Payment Terms | Due Date |
|---|---|---|---|
|  |  |  |  |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| 2 | Chorizo Cruda Zeni | 30 | 60 |
|  |  |  |  |
|  |  | Subtotal | 60 |
|  |  | Sales Tax |  |
|  |  | Total |  |

CONFIDENTIAL

LATIN013953

# Invoice

**HWZ Distributors, Inc.**
165 Keyland Ct.
Bohemia, NY. 11716

Date: 3/14/11
Invoice #:

To: Villa Colombo
    112v42 02nd St
    Queens

| Salesperson | Customer Contact | Payment Terms | Due Date |
|---|---|---|---|
|  | Miguel |  |  |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| 2 | Chorizo Crudo Zenu | 30 | 60 |
|  |  |  |  |
|  |  | Subtotal | 60 |
|  |  | Sales Tax |  |
|  |  | Total |  |

CONFIDENTIAL

LATIN013954

# Invoice

**HWZ Distributors, Inc.**
165 Keyland Ct.
Bohemia, NY. 11716

Date: 4/11/11
Invoice #: _____

To: Villa Colima Sup
     40-42 82nd St
     Elmhurst, NY

| Salesperson | Customer Contact | Payment Terms | Due Date |
|---|---|---|---|
| | | | |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| 2 | CHORIZO CRUDO ZENU | 30 | 60 |
| | Cash | | |
| | OK | | |
| | | Subtotal | 60 |
| | | Sales Tax | |
| | | Total | |

CONFIDENTIAL

LATIN013955

# Invoice

**HWZ Distributors, Inc.**
165 Keyland Ct.
Bohemia, NY. 11716

Date: 5/16/11
Invoice #: _____

To: Villa Colombia
40-42 82nd St
Queens

| Salesperson | Customer Contact | Payment Terms | Due Date |
|---|---|---|---|
| | Miguel | | |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| 2 | Chorizo Crudo | 30 | 60 |

Paid

| | |
|---|---|
| Subtotal | 60 |
| Sales Tax | |
| Total | |

CONFIDENTIAL

LATIN013956

# Invoice

**HWZ Distributors, Inc.**
165 Keyland Ct.
Bohemia, NY. 11716

Date: 6/6/11
Invoice #: _____

To: Villa Columbia
40-42 Queens St
Queens

| Salesperson | Customer Contact | Payment Terms | Due Date |
|---|---|---|---|
| | Miguel | | |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| 3 | Cajas Chorizo Criollo Zenu | 30 | 90 |
| 1 | Caja Morcilla 10 Lbs | 2.5 | 25 |
| | | | |
| | Carlos VB (signature) | | |
| | | Subtotal | 115 |
| | | Sales Tax | |
| | | Total | |

CONFIDENTIAL

LATIN013957