Mark J. Ingber, Esq.
THE INGBER LAW FIRM
30 West Mt. Pleasant Avenue
Suite 203
Livingston, New Jersey 07039
Tel: (973) 921-0080
ingber.lawfirm@gmail.com
*Attorney for Latinfood U.S. Corp. d/b/a Zenú Products Co. and Wilson Zuluaga*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| INDUSTRIA DE ALIMENTOS Zenú S.A.S., <br><br> v. <br><br> LATINFOOD U.S. CORP. d/b/a Zenú PRODUCTS CO. and WILSON ZULUAGA <br><br> Defendants/Counter Plaintiff, | Civil Action No: 2:16-CV-06576 (KJM)(MAH) |
| LATINFOOD U.S. CORP. d/b/a Zenú PRODUCTS CO., <br><br> Defendants/Counter Plaintiff, <br> v. <br><br> INDUSTRIA DE ALIMENTOS Zenú S.A.S and CORDIALSA USA, INC. <br><br> Counter Defendants, | **MOTION DATE: AUGUST 7, 2023** |

## [PROPOSED] ORDER

**AND NOW,** upon consideration of the motion by Defendants Latinfood U.S. Corp. d/b/a

Zenú Products Co. and Wilson Zuluaga motion in the within action for reconsideration of

portions of the Court's Opinion and Order of June 27, 2023 [D.E. 297, 298] pursuant to L. Civ.

1

R. 7.1(i); and the Court having considered the submissions of the parties and the arguments of counsel, and for good cause shown:

**IT IS** on this _____ day of_____, 2023,

**ORDERED** that:

[ ] the Motion is **GRANTED** and the Court will reconsider portions of its Opinion and Order of June 27, 2023 [D.E., 297, 298] pursuant to L. Civ. R. 7.1(i).

        So Ordered,

        _____
        The Honorable Kevin McNulty
        United States District Judge