Mark J. Ingber, Esq.
THE INGBER LAW FIRM
30 West Mt. Pleasant Avenue
Suite 203
Livingston, New Jersey 07039
Tel: (973) 921-0080
ingber.lawfirm@gmail.com
*Attorney for Latinfood U.S.*
*Corp. d/b/a Zenú Products Co.*
*and Wilson Zuluaga*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| INDUSTRIA DE ALIMENTOS Zenú S.A.S., <br><br> v. <br><br> LATINFOOD U.S. CORP. d/b/a Zenú PRODUCTS CO. and WILSON ZULUAGA <br><br> Defendants/Counter Plaintiff,, <br><br><br> LATINFOOD U.S. CORP. d/b/a Zenú PRODUCTS CO., <br><br> Defendants/Counter Plaintiff, <br> v. <br><br> INDUSTRIA DE ALIMENTOS Zenú S.A.S and CORDIALSA USA, INC. <br><br> Counter Defendants, | **[PROPOSED] ORDER** <br><br><br> Civil Action No: 2:16-CV-06576 (KJM)(MAH) |

**AND NOW,** upon consideration of Defendants Latinfood U.S. Corp. d/b/a  as Zenú Products Co. and Wilson Zuluaga motion in the within action for a stay of the Court's June 27, 2023 Order [ECF. No. 298] and Opinion [ECF. No. 297] cancelling Latinfood's longstanding U.S. federally registered Zenú mark under Articles 8 and 18 of the Inter American Convention for

1

Trademark and Commercial Protection ("IAC"), and a stay of the injunction on Latinfood using its longstanding Zenú and Ranchera marks under Article 18 of the IAC, pending final judgment and/or resolution of the matter on interlocutory appeal;

and the Court having considered the submissions of the parties and the arguments of counsel, and for good cause shown:

**IT IS** on this _____ day of _____, 2023,

**ORDERED** that:

[ ] Defendants' Motion is **GRANTED** and the Court hereby stays its June 27, 2023 Order [ECF. No. 298] and Opinion [ECF. No. 297] cancelling Latinfood's longstanding U.S. federally registered Zenú mark under Articles 8 and 18 of the Inter American Convention for Trademark and Commercial Protection ("IAC"), and a stay of the injunction on Latinfood using its longstanding Zenú and Ranchera marks under Article 18 of the IAC, pending final judgment and/or or resolution of the matter on interlocutory appeal.

**SO ORDERED**,

_____
The Honorable Kevin McNulty
United States District Judge