

WRITER'S DIRECT:

Peter D. Raymond
*Partner*
praymond@wmllp.com
212 909-9675 DIR TEL

*www.wmllp.com*

1 Dag Hammarskjöld Plaza

885 SECOND AVENUE
NEW YORK NY 10017

MAIN TEL 212 909-9500

FACSIMILE 212 371-0320

August 10, 2023

By ECF
Hon. Kevin McNulty, U.S.D.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

Re:    *Industria de Alimentos Zenú S.A.S. v. Latinfood U.S. Corp. d/b/a Zenú Prods. Co., et al.,*
       Civil Action No. 2:16-cv-6576-KM-MAH

Dear Judge McNulty:

We represent Plaintiff/Counter Defendant Industria de Alimentos Zenú S.A.S. (the "Plaintiff")
and Third Party Defendant Cordialsa USA, Inc.

In accordance with the deadlines set forth in Footnote 18 in the Court's summary judgment
Opinion, dated June 27, 2023 [D.E. 297 ], and the Court's accompanying Order [D.E. 298], as
extended by subsequent order [D.E. 308], we enclose herewith certified copies of several of the
ZENÚ and RANCHERA trademark registration certificates issued by the Office of the
Superintendent of Industry and Commerce of  Colombia, South America, together with
certificates of authentication (apostilles) and English translations of the Spanish language
documents prepared by an independent third-party vendor (TransPerfect).

These authenticated certificates, with their English language translations, clearly demonstrate
that Plaintiff obtained trademark registrations in Colombia for ZENÚ and RANCHERA in
various food categories since long before Latinfood first filed for its Zenú trademark on January
25, 2013. Thus, the attached certificates granted trademark rights to Plaintiff for ZENÚ in
various food categories including: "Meat, Fish, Fowl and Game", "Meat Extracts; Canned Dry
and Cooked Fruits and vegetables", "coffee, tea, cocoa", "rice, pasta and noodles" and other
categories in Class 30 of the International Nice Classification and in Class 5 of Article 2 of
Decree 755 of 1972. These ZENÚ certificates, annexed hereto as Exhibit A, demonstrate that
Plaintiff submitted and obtained registrations for ZENÚ on October 18, 1994 (Certificates No.
173308 and 507751); on March 4, 1996 (Certificate No. 130660); on August 29, 2000
(Certificate No. 267323); on March 9, 2009 (Certificate No. 387368); on June 3, 2011
(Certificate No. 435990); as of January 1,1900 (Certificate No. 67829) and on various dates
thereafter (as shown by the other Certificates in Exhibit A, hereto.)

Similarly, the RANCHERA trademark certificates (annexed as Exhibit B hereto) show that
Plaintiff obtained registrations for Ranchera in the "Meat, Fish, Fowl and Game" and other food
categories on September 22, 1981 (Certificate No. 104218); on March 13, 1991 (Certificate No,

Hon. Kevin McNulty, U.S.D.J.                                                Page 2
August 10, 2023

207613); on May 16, 2005 (Certificate No. 307615); on July 22, 2011 (Certificate No. 437955); on February 20, 2012 (Certificate Nos. 452043 and 452031) and on February 20, 2020 Certificate No. 665244). The RANCHERA certificates are annexed as Exhibit B hereto.

We are e-filing copies of these documents herewith. However, my office has possession of the original certified copies of the attached registrations, with the original apostilles certifying the authenticity of the documents as filed in Colombia. Should the Court desire to see the originals, we can have them delivered to Your Honor's chambers or to the Clerk's office on one or two days' notice. We will also make the originals available to Defendants' counsel at any reasonable time.

In sum, the enclosed documents clearly demonstrate that Plaintiff has owned Colombian trademark registrations in ZENÚ and RANCHERA in various food categories since well before Defendants' January 25, 2013 Zenú trademark application, as well as its claimed (but unsubstantiated) first use of either trademark in 2010 or 2011. Based on this, we hereby request that the Court lift the stay and issue the cancellation and injunction order, pursuant to the Opinion and Order, prohibiting Defendants from using Plaintiff's ZENÚ and RANCHERA trademarks.

We thank the Court for its consideration of this matter.


Respectfully submitted,

*/s/Peter D. Raymond*
Peter D. Raymond


cc: All counsel of record (by ECF)