# EXHIBIT A

**(Zenú Certificates)**



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**13- IT20230008497**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.



Dan McCourt

Sworn to before me this
July 28, 2023

Signature, Notary Public

Stamp, Notary Public

[logo:] **COLOMBIA**
POWER OF
**LIFE**

[logo:] Industry and Commerce
OFFICE OF THE SUPERINTENDENT

## REPUBLIC OF COLOMBIA
## OFFICE OF THE SUPERINTENDENT OF INDUSTRY AND COMMERCE

Ref. Application No. IT2023/0008497

The Office of the Ad-Hoc Secretary General of the Delegation for Industrial Property of the Office of the Superintendent of Industry and Commerce, in accordance with the information contained in the Public Registry of Industrial Property

### CERTIFIES:

While verifying the Public Registry of Industrial Property, the following information was found:

[signature]

| | |
|---|---|
| **Case No.** | 94047372 |
| **Submission Date** | October 18, 1994 |
| **Trademark:** | ZENU Mixta |

[logo:] *Zenú*

**Products and/or Services 30:** ALL PRODUCTS INCLUDED IN CLASS 30 OF THE INTERNATIONAL NICE CLASSIFICATION.

| | |
|---|---|
| **Classification** | 30 **Version** 7 |
| **Gazette No.** | 410 of November 17, 1994 |
| **Certificate No.** | 173308 |
| **Effective Until** | January 30, 2025 |
| **Process Status** | Registered |
| **Holder** | INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. |

Page **1** of **2**

Citizen, to follow up your application, we offer you the following channels:
[illegible]

[logo:] Our contribution is fundamental
when using less paper, we contribute
to preserving
the environment

[logo:] **COLOMBIA**
POWER OF
**LIFE**

[logo:] Industry and Commerce
OFFICE OF THE SUPERINTENDENT

RE: Application No. IT2023/0008497

## THE OFFICE OF THE AD-HOC SECRETARY GENERAL

**Address** Calle 2 No. 50-561,

MEDELLIN, ANTIOQUIA, COLOMBIA
COLOMBIA

**Legal Representative**     JUAN GUILLERMO MOURE PEREZ
CARRERA 5 No. 34-03
BOGOTA D.C.
COLOMBIA

This certificate is issued in Bogota on July 12, 2023.

[signature]
**MARÍA DEL PILAR SERNA ROMERO**
**AD-HOC SECRETARY**

[signature]
[seal]

Citizen, to follow up your application, we offer you the following channels:
[illegible]

[logo:] Our contribution is fundamental
when using less paper, we contribute
to preserving
the environment

[emblem] Liberty and Order

# REPUBLIC OF COLOMBIA
## MINISTRY OF FOREIGN AFFAIRS

# APOSTILLE

**(La Hague Convention of October 5, 1961)**

**País:**   **REPUBLIC OF COLOMBIA**
(Country: - Pays:)

### El presente documento público
(This public document - Le présent acte public)

**Ha sido firmado por:**   **SERNA ROMERO MARIA DEL PILAR**
(Has been signed by:
A été signé par:)

**Actuando en calidad de:**   **AD-HOC SECRETARY GENERAL**
(Acting in the capacity of:
Agissant en qualite de:)

**Lleva el sello/estampilla de:**   **OFFICE OF THE SUPERINTENDENT OF INDUSTRY AND COMMERCE**
(Bears the seal/stamp of:
Est revétu du sceau de/timbre de:)

### Certificado
(Certified - Attesté)

**In:**   **BOGOTA - ONLINE**
(At: - Á:)

**On:**   **7/19/2023 8:02:28 a.m.**
(On: - Le:)

**By:**   **Ministry of Foreign Affairs of Colombia - APOSTILLE / LEGALIZATION**
(By: The Ministry of Foreign Affairs of Colombia - Par: Ministére des Affaires Étrangéres de la Colombie)

**No.:**   **A2XHT8228154**
(Under Number: - Sous le numéro:)

Firmado Digitalmente por: (Digitally Signed by:)
Ministry of Foreign Affairs of Colombia
RUTH MERY CANO AGUILLON
Reason: DOCUMENT AUTHENTICITY
BOGOTA – COLOMBIA

[signature]

**Firma:** (Signature:)

---

**Nombre del Titular:**   **INDUSTRIA DE ALIMENTOS ZENU S.A.S.**
(Ñame [sic: Name] of the holder of document:
Nom du titulaire:)

**Tipo de documento:**   **CERTIFICATION**
(Type of document: - Type du document:)

070040010177336

173308 Issued (mm/dd/yyyy): 07/12/2023

The Ministry of Foreign Affairs assumes no responsibility for the contents of the apostilled document.
The apostille certifies the signature and the position of the person signing the document and is exempt from all certification. The Hague Convention, Article 5.

La autenticidad de esta apostilla puede ser verificada en el Registro Electrónico que se encuentra en la siguiente página web:
The authenticity of this Apostille may be verified by accessing the e-Register on the following web site:
L'authenticité de cette Apostille peut étre vérifiée en accédant l'e-Registre sur le site web suivant:

## www.cancilleria.gov.co/apostilla
[QR code]





# REPÚBLICA DE COLOMBIA
## SUPERINTENDENCIA DE INDUSTRIA Y COMERCIO

Ref. Solicitud N° IT2023/0008497

La Secretaria General Ad-Hoc de la Delegatura para la Propiedad Industrial de la Superintendencia de Industria y Comercio, de conformidad con la información contenida en el Registro Público de Propiedad Industrial

## CERTIFICA:

Que, verificado el Registro Público de Propiedad Industrial, se encontró la siguiente información:

**Expediente No.**          94047372

**Fecha de presentación**    18 de octubre de 1994

**Marca**                    ZENU Mixta



**Productos y/o servicios 30**: TODOS LOS PRODUCTOS COMPRENDIDOS EN LA CLASE 30 DE LA CLASIFICACION INTERNACIONAL DE NIZA.

**Clasificación**        30 **Versión** 7

**Gaceta No.**           410 del 17 de noviembre de 1994

**Certificado No.**      173308

**Vigencia**             30 de enero de 2025

**Estado de trámite**    Registrada

**Titular**              INDUSTRIA DE ALIMENTOS ZENÚ S.A.S.

Página **1** de **2**

Señor ciudadano, para hacer seguimiento a su solicitud, la entidad le ofrece los siguientes canales:
www.sic.gov.co  ~  Teléfono en Bogotá: 601 592 04 00  ~  Línea gratuita a nivel nacional: 01 8000 910 165
Dirección: Cra. 13 #27 - 00 pisos 1, 3, 4, 5, 6, 7 y 10  ~  Radicaciones: Av. carrera 7 #31A-36, Bogotá D.C.- Colombia
Teléfonos: 601 587 00 00  ~  e-mail: contactenos@sic.gov.co



Nuestro aporte es fundamental, al usar menos papel contribuimos con el medio ambiente





Ref. Solicitud N° IT2023/0008497

LA SECRETARIA GENERAL AD-HOC

**Dirección**          Calle 2 No. 50-561,
                     MEDELLIN ANTIOQUIA,
                     COLOMBIA

**Apoderado**          JUAN GUILLERMO MOURE PEREZ
                     CARRERA 5 No. 34-03
                     BOGOTÁ D.C.
                     COLOMBIA

La presente certificación se expide en Bogotá D. C., el día 12 de julio de 2023

**MARÍA DEL PILAR SERNA ROMERO**
**SECRETARIA AD-HOC**

Página **2** de **2**

Señor ciudadano, para hacer seguimiento a su solicitud, la entidad le ofrece los siguientes canales:
www.sic.gov.co ~ Teléfono en Bogotá: 601 592 04 00 ~ Línea gratuita a nivel nacional: 01 8000 910 165
Dirección: Cra. 13 #27 - 00 pisos 1, 3, 4, 5, 6, 7 y 10 ~ Radicaciones: Av. carrera 7 #31A-36, Bogotá D.C.- Colombia
Teléfonos: 601 587 00 00 ~ e-mail: contactenos@sic.gov.co

Nuestro aporte es fundamental,
al usar menos papel contribuimos con
el medio ambiente



**Libertad y Orden**

# REPÚBLICA DE COLOMBIA
## MINISTERIO DE RELACIONES EXTERIORES
# APOSTILLE

**(Convention de La Haye du 5 Octobre 1961)**

**País:**   **REPUBLICA DE COLOMBIA**
(Country: - Pays:)

**El presente documento público**
(This public document - Le présent acte public)

**Ha sido firmado por:**   **SERNA ROMERO MARIA DEL PILAR**
(Has been signed by:
A été signé par:)

**Actuando en calidad de:**   **SECRETARIA GENERAL AD-HOC**
(Acting in the capacity of:
Agissant en qualité de:)

**Lleva el sello/estampilla de:**   **SUPERINTENDENCIA DE INDUSTRIA Y COMERCIO**
(Bears the seal/stamp of:
Est revêtu du sceau de/timbre de:)

**Certificado**
(Certified - Attesté)

**En:**   **BOGOTA - EN LÍNEA**
(At: - À:)

**El:**   **7/19/2023 8:02:28 a. m.**
(On: - Le:)

**Por:**   **Ministerio de Relaciones Exteriores de Colombia - APOSTILLA / LEGALIZACIÓN**
(By: The Ministry of Foreign Affairs of Colombia   -   Par: Ministère des Affaires Étrangères de la Colombie )

**No.:**   **A2XHT8228154**
(Under Number: - Sous le numéro:)

Firmado Digitalmente por: (Digitally Signed by:)
Ministerio de Relaciones Exteriores de Colombia
RUTH MERY CANO AGUILLON
Reason: DOCUMENT AUTHENTICITY
BOGOTA - COLOMBIA

**Firma:**   (Signature:)

**Nombre del Titular:**   **INDUSTRIA DE ALIMENTOS ZENU S.A.S.**
(Name of the holder of document:
Nom du titulaire:)

**Tipo de documento:**   **CERTIFICACION**
(Type of document:  -  Type du document:)

070040010177336                                      173308 Expedido (mm/dd/aaaa): 07/12/2023

El Ministerio Relaciones Exteriores no asume responsabilidad por el contenido del documento apostillado.
La apostilla certifica la firma y la calidad en que el signatario del documento haya actuado y es exenta de toda certificación. Convenio de La Haya, artículo 5.

La autenticidad de esta apostilla puede ser verificada en el Registro Electrónico que se encuentra en la siguiente página web:
The authenticity of this Apostille may be verified by accessing the e-Register on the following web site:
L'authenticité de cette Apostille peut être vérifiée en accédant l'e-Registre sur le site web suivant:

## www.cancilleria.gov.co/apostilla





City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**14- IT20230008513**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

Dan McCourt

Sworn to before me this
July 28, 2023

Signature, Notary Public



Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

[logo:] COLOMBIA
POWER OF
LIFE

[logo:] Industry and Commerce
OFFICE OF THE SUPERINTENDENT

# REPUBLIC OF COLOMBIA
## OFFICE OF THE SUPERINTENDENT OF INDUSTRY AND COMMERCE

Ref. Application No. IT2023/0008513

The Office of the Ad-Hoc Secretary General of the Delegation for Industrial Property of the Office of the Superintendent of Industry and Commerce, in accordance with the information contained in the Public Registry of Industrial Property

### CERTIFIES:

While verifying the Public Registry of Industrial Property, the following information was found:

[signature]

| | |
|---|---|
| **Case No.** | 13294745 |
| **Submission Date** | October 18, 1994 |
| **Trademark:** | Zenú PractiCarne Mixta |

[logo:] *Zenú*

**Products and/or Services 29:** FROZEN MEAT; GROUND BEEF; MEAT EXTRACTS; PRECOOKED MEALS THAT CONSIST TOTALLY OR SUBSTANTIALLY OF MEAT; MEALS OF MEAT IN CANS WITH DICED GOLDEN VEGETABLES; PREPARED MEALS THAT CONSIST TOTALLY OR SUBSTANTIALLY OF GAME MEAT; MEAT; SMOKED MEAT; CANNED MEAT; PORK; CANNED PRESERVED MEAT; CANNED BEEF; PRESERVED MEAT.

**Classification** 29 **Version** 1

**Gazette No.** 710 of December 31, 2013

Citizen, to follow up your application, we offer you the following channels:
[illegible]

[logo:] Our contribution is fundamental
when using less paper, we contribute
to preserving
the environment

[logo:] **COLOMBIA**
POWER OF
**LIFE**

[logo:] Industry and Commerce
OFFICE OF THE SUPERINTENDENT

RE: Application No. IT2023/0008513

THE OFFICE OF THE AD-HOC SECRETARY GENERAL

**Certificate No.**          507751

**Valid Until**          December 29, 2024

**Process Status**          Registered

**Holder**          INDUSTRIA DE ALIMENTOS ZENÚ S.A.S.


**Address** Calle 2 No. 50-561,
MEDELLIN, ANTIOQUIA, COLOMBIA
COLOMBIA

**Legal Representative**          JUAN GUILLERMO MOURE PEREZ
CARRERA 5 No. 34-03
BOGOTA D.C.
COLOMBIA

This certificate is issued in Bogota on July 13, 2023.


[signature]
**MARÍA DEL PILAR SERNA ROMERO**
**AD-HOC SECRETARY**

[signature]
[seal]

Page **2** of **2**

Citizen, to follow up your application, we offer you the following channels:
[illegible]

[logo:] Our contribution is fundamental
when using less paper, we contribute
to preserving
the environment

[emblem] Liberty and Order

# REPUBLIC OF COLOMBIA
## MINISTRY OF FOREIGN AFFAIRS

# APOSTILLE

**(La Hague Convention of October 5, 1961)**

**País:**   **REPUBLIC OF COLOMBIA**
(Country: - Pays:)

### El presente documento público
(This public document - Le présent acte public)

**Ha sido firmado por:**          **SERNA ROMERO MARIA DEL PILAR**
(Has been signed by:
A été signé par:)

**Actuando en calidad de:**       **AD-HOC SECRETARY GENERAL**
(Acting in the capacity of:
Agissant en qualite de:)

**Lleva el sello/estampilla de:**   **OFFICE OF THE SUPERINTENDENT OF INDUSTRY AND**
**COMMERCE**
(Bears the seal/stamp of:
Est revêtu du sceau de/timbre de:)

### Certificado
(Certified - Attesté)

**In:**   **BOGOTA - ONLINE**
(At: - Á:)

**On:**   **7/19/2023 8:03:48 a.m.**
(On: - Le:)

**By:**   **Ministry of Foreign Affairs of Colombia - APOSTILLE / LEGALIZATION**
(By: The Ministry of Foreign Affairs of Colombia - Par: Ministére des Affaires Étrangéres de la Colombie)

**No.:**   **A2XHT8356411**
(Under Number: - Sous le numéro:)

Firmado Digitalmente por: (Digitally Signed by:)
  Ministry of Foreign Affairs of Colombia
  RUTH MERY CANO AGUILLON                        [signature]
  Reason: DOCUMENT AUTHENTICITY
  BOGOTA – COLOMBIA

                                    **Firma:** (Signature:)

---

**Nombre del Titular:**   **INDUSTRIA DE ALIMENTOS ZENU S.A.S.**
(Ñame [sic: Name] of the holder of document:
        Nom du titulaire:)

**Tipo de documento:**   **CERTIFICATION**
(Type of document: - Type du document:)

070040010177359                          507751 Issued (mm/dd/yyyy): 07/13/2023

The Ministry of Foreign Affairs assumes no responsibility for the contents of the apostilled document.
The apostille certifies the signature and the position of the person signing the document and is exempt from all certification. The Hague Convention, Article 5.

La autenticidad de esta apostilla puede ser verificada en el Registro Electrónico que se encuentra en la siguiente página web:
The authenticity of this Apostille may be verified by accessing the e-Register on the following web site:
L'authenticité de cette Apostille peut étre vérifiée en accédant l'e-Registre sur le site web suivant:

# www.cancilleria.gov.co/apostilla
[QR code]



**COLOMBIA**
POTENCIA DE LA **VIDA**

Industria y Comercio
SUPERINTENDENCIA

## REPÚBLICA DE COLOMBIA
## SUPERINTENDENCIA DE INDUSTRIA Y COMERCIO

Ref. Solicitud N° IT2023/0008513

La Secretaria General Ad-Hoc de la Delegatura para la Propiedad Industrial de la Superintendencia de Industria y Comercio, de conformidad con la información contenida en el Registro Público de Propiedad Industrial

### CERTIFICA:

Que, verificado el Registro Público de Propiedad Industrial, se encontró la siguiente información:

**Expediente No.**          13294745

**Fecha de presentación**   18 de diciembre de 2013

**Marca**                   Zenú PractiCarne Mixta



**Productos y/o servicios 29**: CARNE CONGELADA; PICADILLO [CARNE PICADA]; EXTRACTOS DE CARNE; PLATOS PRECOCINADOS QUE CONSISTEN TOTAL O SUSTANCIALMENTE EN CARNE; PLATO DE CARNE EN CONSERVA CON VERDURAS PICADAS Y DORADAS; PLATOS PREPARADOS QUE CONSISTEN TOTAL O SUSTANCIALMENTE EN CARNE DE CAZA; CARNE; CARNE AHUMADA; CARNE ENLATADA; CARNE DE CERDO; CARNE ENLATADA [CONSERVAS]; CARNE EN LATA; CARNE EN CONSERVA.

**Clasificación**           29 **Versión** 10

**Gaceta No.**              710 del 31 de diciembre de 2013

Página **1** de **2**

**Señor ciudadano, para hacer seguimiento a su solicitud, la entidad le ofrece los siguientes canales:**
www.sic.gov.co  ~  Teléfono en Bogotá: 601 592 04 00  ~  Línea gratuita a nivel nacional: 01 8000 910 165
Dirección: Cra. 13 #27 - 00 pisos 1, 3, 4, 5, 6, 7 y 10  ~  Radicaciones: Av. carrera 7 #31A-36, Bogotá D.C.- Colombia
Teléfonos: 601 587 00 00 ~ e-mail: contactenos@sic.gov.co



Nuestro aporte es fundamental,
al usar menos papel contribuimos con
el medio ambiente





Ref. Solicitud N° IT2023/0008513

## LA SECRETARIA GENERAL AD-HOC

| | |
|---|---|
| **Certificado No.** | 507751 |
| **Vigencia** | 29 de diciembre de 2024 |
| **Estado de trámite** | Registrada |
| **Titular** | INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. |
| **Dirección** | Calle 2 No. 50-561,<br>MEDELLIN ANTIOQUIA,<br>COLOMBIA |
| **Apoderado** | JUAN GUILLERMO MOURE PEREZ<br>CARRERA 5 No. 34-03<br>BOGOTÁ D.C.<br>COLOMBIA |

La presente certificación se expide en Bogotá D. C., el día 13 de julio de 2023

**MARÍA DEL PILAR SERNA ROMERO**
**SECRETARIA AD-HOC**

Señor ciudadano, para hacer seguimiento a su solicitud, la entidad le ofrece los siguientes canales:
www.sic.gov.co  ~  Teléfono en Bogotá: 601 592 04 00  ~  Línea gratuita a nivel nacional: 01 8000 910 165
Dirección: Cra. 13 #27 - 00 pisos 1, 3, 4, 5, 6, 7 y 10  ~  Radicaciones: Av. carrera 7 #31A-36, Bogotá D.C.- Colombia
Teléfonos: 601 587 00 00  ~  e-mail: contactenos@sic.gov.co

Nuestro aporte es fundamental,
al usar menos papel contribuimos con
el medio ambiente



**Libertad y Orden**

# REPÚBLICA DE COLOMBIA
## MINISTERIO DE RELACIONES EXTERIORES

# APOSTILLE

**(Convention de La Haye du 5 Octobre 1961)**

**País:** **REPUBLICA DE COLOMBIA**
(Country: - Pays:)

**El presente documento público**
(This public document - Le présent acte public)

**Ha sido firmado por:** **SERNA ROMERO MARIA DEL PILAR**
(Has been signed by:
A été signé par:)

**Actuando en calidad de:** **SECRETARIA GENERAL AD-HOC**
(Acting in the capacity of:
Agissant en qualité de:)

**Lleva el sello/estampilla de:** **SUPERINTENDENCIA DE INDUSTRIA Y COMERCIO**
(Bears the seal/stamp of:
Est revétu du sceau de/timbre de:)

**Certificado**
(Certified - Attesté)

**En:** **BOGOTA - EN LÍNEA**
(At: - À:)

**El:** **7/19/2023 8:03:48 a. m.**
(On: - Le:)

**Por:** **Ministerio de Relaciones Exteriores de Colombia - APOSTILLA / LEGALIZACIÓN**
(By: The Ministry of Foreign Affairs of Colombia   -   Par: Ministère des Affaires Étrangères de la Colombie )

**No.:** **A2XHT8356411**
(Under Number: - Sous le numéro:)

Firmado Digitalmente por: (Digitally Signed by:)
Ministerio de Relaciones Exteriores de Colombia
RUTH MERY CANO AGUILLON
Reason: DOCUMENT AUTHENTICITY
BOGOTA - COLOMBIA



**Firma:**  (Signature:)

**Nombre del Titular:** **INDUSTRIA DE ALIMENTOS ZENU S.A.S.**
(Name of the holder of document:
Nom du titulaire:)

**Tipo de documento:** **CERTIFICACION**
(Type of document:  -  Type du document:)

070040010177359

507751 Expedido (mm/dd/aaaa): 07/13/2023

El Ministerio Relaciones Exteriores no asume responsabilidad por el contenido del documento apostillado.
La apostilla certifica la firma y la calidad en que el signatario del documento haya actuado y es exenta de toda certificación. Convenio de La Haya, artículo 5.

La autenticidad de esta apostilla puede ser verificada en el Registro Electrónico que se encuentra en la siguiente página web:
The authenticity of this Apostille may be verified by accessing the e-Register on the following web site:
L'authenticité de cette Apostille peut être vérifiée en accédant l'e-Registre sur le site web suivant:

# www.cancilleria.gov.co/apostilla





City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**7- IT20230008495**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

Dan McCourt

Sworn to before me this
July 28, 2023

Signature, Notary Public



Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

[logo:] **COLOMBIA**
POWER OF
LIFE

[logo:] Industry and Commerce
OFFICE OF THE SUPERINTENDENT

## REPUBLIC OF COLOMBIA
## OFFICE OF THE SUPERINTENDENT OF INDUSTRY AND COMMERCE

Ref. Application No. IT2023/0008495

The Office of the Ad-Hoc Secretary General of the Delegation for Industrial Property of the Office of the Superintendent of Industry and Commerce, in accordance with the information contained in the Public Registry of Industrial Property

### CERTIFIES:

While verifying the Public Registry of Industrial Property, the following information was found:

| | |
|---|---|
| **Case No.** | 922540325 |
| **Submission Date** | March 4, 1986 |
| **Trademark** | ZENU Classification |

**Products and/or Services 5:** PRODUCTS INCLUDED IN CLASS 5 OF ARTICLE 2 OF DECREE 755 OF 1972.

[signature]

| | |
|---|---|
| **Classification** | 5 **Version** 7 |
| **Certificate No.** | 130660 |
| **Valid Until** | October 2, 2025 |
| **Process Status** | Registered |
| **Holder:** | INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. |
| **Address** | CALLE 2 NO. 50-561, MEDELLIN, ANTIOQUIA, COLOMBIA |

**Legal Representative** JUAN GUILLERMO MOURE PEREZ
CARRERA 5 No 34-03, BOGOTA D.C., COLOMBIA

Page **1** of **2**

[logo:] Our contribution is fundamental
when using less paper, we contribute
to preserving
the environment

[logo:] **COLOMBIA**
POWER OF
**LIFE**

[logo:] Industry and Commerce
OFFICE OF THE SUPERINTENDENT

RE: Application No. IT2023/0008495

## THE OFFICE OF THE AD-HOC SECRETARY GENERAL

This certificate is issued in Bogota on July 12, 2023.

[signature]
**MARÍA DEL PILAR SERNA ROMERO
AD-HOC SECRETARY**

[signature]
[seal]

Page **2** of **2**

**Citizen, to follow up your application, we offer you the following channels:**
[illegible]

[logo:] Our contribution is fundamental
when using less paper, we contribute
to preserving
the environment

[emblem] Liberty and Order

# REPUBLIC OF COLOMBIA
## MINISTRY OF FOREIGN AFFAIRS

# APOSTILLE

**(La Hague Convention of October 5, 1961)**

**País:** **REPUBLIC OF COLOMBIA**
(Country: - Pays:)

**El presente documento público**
(This public document - Le présent acte public)

**Ha sido firmado por:** **SERNA ROMERO MARIA DEL PILAR**
(Has been signed by:
A été signé par:)

**Actuando en calidad de:** **AD-HOC SECRETARY GENERAL**
(Acting in the capacity of:
Agissant en qualite de:)

**Lleva el sello/estampilla de:** **OFFICE OF THE SUPERINTENDENT OF INDUSTRY AND COMMERCE**
(Bears the seal/stamp of:
Est revétu du sceau de/timbre de:)

**Certificado**
(Certified - Attesté)

**In:** **BOGOTA - ONLINE**
(At: - Á:)

**On:** **7/19/2023 7:58:23 a.m.**
(On: - Le:)

**By:** **Ministry of Foreign Affairs of Colombia - APOSTILLE / LEGALIZATION**
(By: The Ministry of Foreign Affairs of Colombia - Par: Ministére des Affaires Étrangéres de la Colombie)

**No.:** **A2XHT7582611**
(Under Number: - Sous le numéro:)

Firmado Digitalmente por: (Digitally Signed by:)
Ministry of Foreign Affairs of Colombia
RUTH MERY CANO AGUILLON
Reason: DOCUMENT AUTHENTICITY
BOGOTA – COLOMBIA

[signature]

**Firma:** (Signature:)

**Nombre del Titular:** **INDUSTRIA DE ALIMENTOS ZENÚ S.A.S.**
(Ñame [sic: Name] of the holder of document:
Nom du titulaire:)

**Tipo de documento:** **CERTIFICATION**
(Type of document: - Type du document:)

070040010177306

130660 Issued (mm/dd/yyyy): 07/12/2023

The Ministry of Foreign Affairs assumes no responsibility for the contents of the apostilled document.
The apostille certifies the signature and the position of the person signing the document and is exempt from all certification. The Hague Convention, Article 5.

La autenticidad de esta apostilla puede ser verificada en el Registro Electrónico que se encuentra en la siguiente página web:
The authenticity of this Apostille may be verified by accessing the e-Register on the following web site:
L'authenticité de cette Apostille peut étre vérifiée en accédant l'e-Registre sur le site web suivant:

# www.cancilleria.gov.co/apostilla
[QR code]



COLOMBIA
POTENCIA DE LA
VIDA



Industria y Comercio
SUPERINTENDENCIA

# REPÚBLICA DE COLOMBIA
## SUPERINTENDENCIA DE INDUSTRIA Y COMERCIO

Ref. Solicitud N° IT2023/0008495

La Secretaria General Ad-Hoc de la Delegatura para la Propiedad Industrial de la Superintendencia de Industria y Comercio, de conformidad con la información contenida en el Registro Público de Propiedad Industrial

### CERTIFICA:

Que, verificado el Registro Público de Propiedad Industrial, se encontró la siguiente información:

**Expediente No.**          922540325

**Fecha de presentación**   4 de marzo de 1986

**Marca**                   ZENU Nominativa

**Productos y/o servicios 5**: PRODUCTOS COMPRENDIDOS EN LA CLASE 5 DEL ARTICULO 2 DEL DECRETO 755 DE 1972

**Clasificación**           5 **Versión** 7

**Certificado No.**         130660

**Vigencia**                2 de octubre de 2025

**Estado de trámite**       Registrada

**Titular**                 INDUSTRIA DE ALIMENTOS ZENÚ S.A.S.

**Dirección**               CALLE 2 NO. 50-561, MEDELLIN ANTIOQUIA, COLOMBIA

**Apoderado**               JUAN GUILLERMO MOURE PEREZ
                            CARRERA 5 No. 34-03 BOGOTÁ D.C. COLOMBIA

Señor ciudadano, para hacer seguimiento a su solicitud, la entidad le ofrece los siguientes canales:
www.sic.gov.co ~ Teléfono en Bogotá: 601 592 04 00 ~ Línea gratuita a nivel nacional. 01 8000 910 165
Dirección: Cra. 13 #27 - 00 pisos 1, 3, 4, 5, 6, 7 y 10 ~ Radicaciones: Av. carrera 7 #31A-36, Bogotá D.C.- Colombia
Teléfonos: 601 587 00 00 ~ e-mail: contactenos@sic.gov.co



Nuestro aporte es fundamental.
al usar menos papel contribuimos con
el medio ambiente





Ref. Solicitud N° IT2023/0008495

## LA SECRETARIA GENERAL AD-HOC

La presente certificación se expide en Bogotá D. C., el día 12 de julio de 2023

**MARÍA DEL PILAR SERNA ROMERO**
**SECRETARIA AD-HOC**

**Señor ciudadano, para hacer seguimiento a su solicitud, la entidad le ofrece los siguientes canales:**
www.sic.gov.co  -  Teléfono en Bogotá: 601 592 04 00  ~  Línea gratuita a nivel nacional: 01 8000 910 165
Dirección: Cra. 13 #27 - 00 pisos 1, 3, 4, 5, 6, 7 y 10  ~  Radicaciones: Av. carrera 7 #31A-36, Bogotá D.C.- Colombia
Teléfonos: 601 587 00 00  ~  e-mail: contactenos@sic.gov.co

Nuestro aporte es fundamental,
al usar menos papel contribuimos con
el medio ambiente



Libertad y Orden

# REPÚBLICA DE COLOMBIA
## MINISTERIO DE RELACIONES EXTERIORES
# APOSTILLE
**(Convention de La Haye du 5 Octobre 1961)**

**País:**
(Country: - Pays:)    **REPUBLICA DE COLOMBIA**

**El presente documento público**
(This public document - Le présent acte public)

**Ha sido firmado por:**
(Has been signed by:
A été signé par:)    **SERNA ROMERO MARIA DEL PILAR**

**Actuando en calidad de:**
(Acting in the capacity of:
Agissant en qualité de:)    **SECRETARIA GENERAL AD-HOC**

**Lleva el sello/estampilla de:**
(Bears the seal/stamp of:
Est revêtu du sceau de/timbre de:)    **SUPERINTENDENCIA DE INDUSTRIA Y COMERCIO**

**Certificado**
(Certified - Attesté)

**En:**
(At: - A:)    **BOGOTA - EN LÍNEA**

**El:**
(On: - Le:)    **7/19/2023 7:58:23 a. m.**

**Por:**    **Ministerio de Relaciones Exteriores de Colombia - APOSTILLA / LEGALIZACIÓN**
(By: The Ministry of Foreign Affairs of Colombia    -    Par: Ministère des Affaires Étrangères de la Colombie )

**No.:**    **A2XHT7582611**
(Under Number: - Sous le numéro:)

Firmado Digitalmente por: (Digitally Signed by:)
Ministerio de Relaciones Exteriores de Colombia
RUTH MERY CANO AGUILLON
Reason: DOCUMENT AUTHENTICITY
BOGOTA - COLOMBIA

 

**Firma:**    (Signature:)

**Nombre del Titular:**
(Name of the holder of document:
Nom du titulaire:)    **INDUSTRIA DE ALIMENTOS ZENU S.A.S.**

**Tipo de documento:**
(Type of document:  -  Type du document:)    **CERTIFICACION**

070040010177306    130660 Expedido (mm/dd/aaaa): 07/12/2023

El Ministerio Relaciones Exteriores no asume responsabilidad por el contenido del documento apostillado.
La apostilla certifica la firma y la calidad en que el signatario del documento haya actuado y es exenta de toda certificación. Convenio de La Haya, artículo 5.

La autenticidad de esta apostilla puede ser verificada en el Registro Electrónico que se encuentra en la siguiente página web:
The authenticity of this Apostille may be verified by accessing the e-Register on the following web site:
L'authenticité de cette Apostille peut être vérifiée en accédant l'e-Registre sur le site web suivant:

# www.cancilleria.gov.co/apostilla





**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**11- IT20230008502**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

Dan McCourt

Sworn to before me this
July 28, 2023

Signature, Notary Public



Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

[logo:] **COLOMBIA**
POWER OF
**LIFE**

[logo:] Industry and Commerce
OFFICE OF THE SUPERINTENDENT

## REPUBLIC OF COLOMBIA
## OFFICE OF THE SUPERINTENDENT OF INDUSTRY AND COMMERCE

Ref. Application No. IT2023/0008502

The Office of the Ad-Hoc Secretary General of the Delegation for Industrial Property of the Office of the Superintendent of Industry and Commerce, in accordance with the information contained in the Public Registry of Industrial Property

### CERTIFIES:

While verifying the Public Registry of Industrial Property, the following information was found:

[signature]

**Case No.**                  00064541
**Submission Date**           August 29, 2000
**Commercial Slogan**         ZENU, EAT WITH CONFIDENCE Classification
**Products and/or Services 29:** MEAT, FISH, FOWL, AND GAME; MEAT EXTRACTS; CANNED, DRY, AND COOKED FRUITS AND VEGETABLES; MARMALADES, JELLIES, AND JAMS; EGGS, MILK, AND MILK PRODUCTS; EDIBLE OILS AND GREASES.
**Classification**            29 **Version** 7
**Gazette No.**               496 of September 25, 2000
**Certificate No.**           267323
**Valid Until**               September 10, 2028
**Process Status**            Registered
**Holder**                    INDUSTRIA DE ALIMENTOS ZENÚ S.A.S.
**Address**                   Calle 2 No, 50-561, MEDELLIN, ANTIOQUIA, COLOMBIA
**Legal Representative**      ALVARO CORREA ORDOÑEZ
                              Carr 16 No 88-81, Office 404
                              BOGOTA D.C.
                              COLOMBIA

This certificate is issued in Bogota on July 14, 2023.

[signature]
**MARÍA DEL PILAR SERNA ROMERO**
**AD-HOC SECRETARY**

[signature]
[seal]

Citizen, to follow up your application, we offer you the following channels:
[illegible]

[logo:] Our contribution is fundamental
when using less paper, we contribute
to preserving
the environment

[emblem] Liberty and Order

# REPUBLIC OF COLOMBIA
## MINISTRY OF FOREIGN AFFAIRS

# APOSTILLE

**(La Hague Convention of October 5, 1961)**

**País:**    **REPUBLIC OF COLOMBIA**
(Country: - Pays:)

**El presente documento público**
(This public document - Le présent acte public)

**Ha sido firmado por:**    **SERNA ROMERO MARIA DEL PILAR**
(Has been signed by:
A été signé par:)

**Actuando en calidad de:**    **AD-HOC SECRETARY GENERAL**
(Acting in the capacity of:
Agissant en qualite de:)

**Lleva el sello/estampilla de:**    **OFFICE OF THE SUPERINTENDENT OF INDUSTRY AND**
**COMMERCE**
(Bears the seal/stamp of:
Est revétu du sceau de/timbre de:)

**Certificado**
(Certified - Attesté)

**In:**    **BOGOTA - ONLINE**
(At: - Á:)

**On:**    **7/19/2023 8:02:31 a.m.**
(On: - Le:)

**By:**    **Ministry of Foreign Affairs of Colombia - APOSTILLE / LEGALIZATION**
(By: The Ministry of Foreign Affairs of Colombia - Par: Ministére des Affaires Étrangéres de la Colombie)

**No.:**    **A2XHT8240512**
(Under Number: - Sous le numéro:)

Firmado Digitalmente por: (Digitally Signed by:)
Ministry of Foreign Affairs of Colombia
RUTH MERY CANO AGUILLON                    [signature]
Reason: DOCUMENT AUTHENTICITY
BOGOTA – COLOMBIA

**Firma:** (Signature:)

---

**Nombre del Titular:**    **INDUSTRIA DE ALIMENTOS ZENU S.A.S.**
(Ñame [sic: Name] of the holder of document:
Nom du titulaire:)

**Tipo de documento:**    **CERTIFICATION**
(Type of document: - Type du document:)

070040010177327                    267323 Issued (mm/dd/yyyy): 07/14/2023

The Ministry of Foreign Affairs assumes no responsibility for the contents of the apostilled document.
The apostille certifies the signature and the position of the person signing the document and is exempt from all certification. The Hague Convention, Article 5.

La autenticidad de esta apostilla puede ser verificada en el Registro Electrónico que se encuentra en la siguiente página web:
The authenticity of this Apostille may be verified by accessing the e-Register on the following web site:
L'authenticité de cette Apostille peut étre vérifiée en accédant l'e-Registre sur le site web suivant:

# www.cancilleria.gov.co/apostilla

[QR code]





# REPÚBLICA DE COLOMBIA
## SUPERINTENDENCIA DE INDUSTRIA Y COMERCIO

Ref. Solicitud N° IT2023/0008502

La Secretaria General Ad-Hoc de la Delegatura para la Propiedad Industrial de la Superintendencia de Industria y Comercio, de conformidad con la información contenida en el Registro Público de Propiedad Industrial

### CERTIFICA:

Que, verificado el Registro Público de Propiedad Industrial, se encontró la siguiente información:

**Expediente No.**          00064541
**Fecha de presentación**   29 de agosto de 2000
**Lema Comercial**          ZENU, ALIMENTATE CON CONFIANZA Nominativa
**Productos y/o servicios**  29: CARNE, PESCADO, AVES Y CAZA; EXTRACTOS DE CARNE; FRUTAS Y LEGUMBRES EN CONSERVA, SECAS Y COCIDAS; GELATINAS, MERMELADAS, COMPOTAS; HUEVOS, LECHE Y PRODUCTOS LÁCTEOS; ACEITES Y GRASAS COMESTIBLES.
**Clasificación**           29 **Versión** 7
**Gaceta No.**              496 del 25 de septiembre de 2000
**Certificado No.**         267323
**Vigencia**                10 de septiembre de 2028
**Estado de trámite**       Registrada
**Titular**                 INDUSTRIA DE ALIMENTOS ZENÚ S.A.S.
**Dirección**               Calle 2 No. 50-561, MEDELLIN ANTIOQUIA, COLOMBIA
**Apoderado**               ALVARO CORREA ORDOÑEZ
                            Crr 16 No 88 -81 of 404
                            BOGOTÁ D.C.
                            COLOMBIA

La presente certificación se expide en Bogotá D. C., el día 14 de julio de 2023

**MARÍA DEL PILAR SERNA ROMERO**
**SECRETARIA AD-HOC**

Página 1 de 1

Señor ciudadano, para hacer seguimiento a su solicitud, la entidad le ofrece los siguientes canales:
www.sic.gov.co  ~  Teléfono en Bogotá: 601 592 04 00  ~  Línea gratuita a nivel nacional: 01 8000 910 165
Dirección: Cra. 13 #27 - 00 pisos 1, 3, 4, 5, 6, 7 y 10 ~ Radicaciones: Av. carrera 7 #31A-36, Bogotá D.C.- Colombia
Teléfonos: 601 587 00 00 ~ e-mail: contactenos@sic.gov.co



Nuestro aporte es fundamental, al usar menos papel contribuimos con el medio ambiente



**REPÚBLICA DE COLOMBIA**
**MINISTERIO DE RELACIONES EXTERIORES**

# APOSTILLE

**(Convention de La Haye du 5 Octobre 1961)**

**País:** **REPUBLICA DE COLOMBIA**
(Country: - Pays:)

**El presente documento público**
(This public document - Le présent acte public)

**Ha sido firmado por:** **SERNA ROMERO MARIA DEL PILAR**
(Has been signed by:
A été signé par:)

**Actuando en calidad de:** **SECRETARIA GENERAL AD-HOC**
(Acting in the capacity of:
Agissant en qualité de:)

**Lleva el sello/estampilla de:** **SUPERINTENDENCIA DE INDUSTRIA Y COMERCIO**
(Bears the seal/stamp of:
Est revêtu du sceau de/timbre de:)

**Certificado**
(Certified - Attesté)

**En:** **BOGOTA - EN LÍNEA**
(At - A:)

**El:** **7/19/2023 8:02:31 a. m.**
(On. - Le:)

**Por:** **Ministerio de Relaciones Exteriores de Colombia - APOSTILLA / LEGALIZACIÓN**
(By: The Ministry of Foreign Affairs of Colombia   -   Par: Ministère des Affaires Étrangères de la Colombie )

**No.:** **A2XHT8240512**
(Under Number: - Sous le numéro:)

Firmado Digitalmente por: (Digitally Signed by:)
Ministerio de Relaciones Exteriores de Colombia
RUTH MERY CANO AGUILLON
Reason: DOCUMENT AUTHENTICITY
BOGOTA - COLOMBIA

**Firma:** (Signature:)

**Nombre del Titular:** **INDUSTRIA DE ALIMENTOS ZENU S.A.S.**
(Name of the holder of document:
Nom du titulaire:)

**Tipo de documento:** **CERTIFICACION**
(Type of document:  -  Type du document:)

070040010177327

267323 Expedido (mm/dd/aaaa): 07/14/2023

El Ministerio Relaciones Exteriores no asume responsabilidad por el contenido del documento apostillado.
La apostilla certifica la firma y la calidad en que el signatario del documento haya actuado y es exenta de toda certificación. Convenio de La Haya, artículo 5.

La autenticidad de esta apostilla puede ser verificada en el Registro Electrónico que se encuentra en la siguiente página web:
The authenticity of this Apostille may be verified by accessing the e-Register on the following web site:
L'authenticité de cette Apostille peut être vérifiée en accédant l'e-Registre sur le site web suivant:

## www.cancilleria.gov.co/apostilla





**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**15- IT20230008504**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

Dan McCourt

Sworn to before me this
July 28, 2023

Signature, Notary Public



Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

[logo:] **COLOMBIA**
POWER OF
LIFE

[logo:] Industry and Commerce
OFFICE OF THE SUPERINTENDENT

## REPUBLIC OF COLOMBIA
## OFFICE OF THE SUPERINTENDENT OF INDUSTRY AND COMMERCE

Ref. Application No. IT2023/0008504

The Office of the Ad-Hoc Secretary General of the Delegation for Industrial Property of the Office of the Superintendent of Industry and Commerce, in accordance with the information contained in the Public Registry of Industrial Property

### CERTIFIES:

While verifying the Public Registry of Industrial Property, the following information was found:

| | |
|---|---|
| **Case No.** | 09024029 |
| **Submission Date** | March 9, 2009 |
| **Commercial Slogan:** | ZENU, FEED THEM WITH CONFIDENCE Classification |
| **Products and/or Services** | 29: MEAT, FISH, FOWL, AND GAME; MEAT EXTRACTS; CANNED, DRY, AND COOKED FRUITS AND VEGETABLES; MARMALADES, JELLIES, AND JAMS; EGGS, MILK, AND MILK PRODUCTS; EDIBLE OILS AND GREASES. |

[signature]

| | |
|---|---|
| **Classification** | 29 **Version** 9 |
| **Gazette No.** | 603 of April 30, 2009 |
| **Certificate No.** | 387368 |
| **Valid Until** | September 10, 2028 |
| **Process Status** | Registered |
| **Holder** | INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. |

**Address** Calle 2 No. 50-561,
MEDELLIN, ANTIOQUIA, COLOMBIA

Citizen, to follow up your application, we offer you the following channels:
[illegible]

[logo:] Our contribution is fundamental
when using less paper, we contribute
to preserving
the environment

[logo:] **COLOMBIA**
POWER OF
**LIFE**

[logo:] Industry and Commerce
OFFICE OF THE SUPERINTENDENT

RE: Application No. IT2023/0008513

THE OFFICE OF THE AD-HOC SECRETARY GENERAL

**Legal Representative**   JUAN GUILLERMO MOURE PEREZ
CARRERA 5 No. 34-03
BOGOTA D.C.
COLOMBIA

This certificate is issued in Bogota on July 12, 2023.

[signature]
**MARÍA DEL PILAR SERNA ROMERO**
**AD-HOC SECRETARY**

[signature]
[seal]

Page **2** of **2**

Citizen, to follow up your application, we offer you the following channels:
[illegible]

[logo:] Our contribution is fundamental
when using less paper, we contribute
to preserving
the environment

[emblem] Liberty and Order

# REPUBLIC OF COLOMBIA
### MINISTRY OF FOREIGN AFFAIRS

# APOSTILLE

**(La Hague Convention of October 5, 1961)**

**País:**   **REPUBLIC OF COLOMBIA**
(Country: - Pays:)

**El presente documento público**
(This public document - Le présent acte public)

**Ha sido firmado por:**       **SERNA ROMERO MARIA DEL PILAR**
(Has been signed by:
A été signé par:)

**Actuando en calidad de:**    **AD-HOC SECRETARY GENERAL**
(Acting in the capacity of:
Agissant en qualite de:)

**Lleva el sello/estampilla de:**  **OFFICE OF THE SUPERINTENDENT OF INDUSTRY AND COMMERCE**
(Bears the seal/stamp of:
Est revétu du sceau de/timbre de:)

**Certificado**
(Certified - Attesté)

**In:**   **BOGOTA - ONLINE**
(At: - Á:)

**On:**   **7/19/2023 8:04:44 a.m.**
(On: - Le:)

**By:**   **Ministry of Foreign Affairs of Colombia - APOSTILLE / LEGALIZATION**
(By: The Ministry of Foreign Affairs of Colombia - Par: Ministére des Affaires Étrangéres de la Colombie)

**No.:**   **A2XHT845360**
(Under Number: - Sous le numéro:)

Firmado Digitalmente por: (Digitally Signed by:)
    Ministry of Foreign Affairs of Colombia
    RUTH MERY CANO AGUILLON                     [signature]
    Reason: DOCUMENT AUTHENTICITY
    BOGOTA – COLOMBIA

                                            **Firma:** (Signature:)

**Nombre del Titular:**   **INDUSTRIA DE ALIMENTOS ZENU S.A.S. / MEAT AND OTHERS**
(Ñame [sic: Name] of the holder of document:
Nom du titulaire:)

**Tipo de documento:**    **CERTIFICATION**
(Type of document: - Type du document:)

070040010177360                          387368 Issued (mm/dd/yyyy): 07/12/2023

The Ministry of Foreign Affairs assumes no responsibility for the contents of the apostilled document.
The apostille certifies the signature and the position of the person signing the document and is exempt from all certification. The Hague Convention, Article 5.

La autenticidad de esta apostilla puede ser verificada en el Registro Electrónico que se encuentra en la siguiente página web:
The authenticity of this Apostille may be verified by accessing the e-Register on the following web site:
L'authenticité de cette Apostille peut étre vérifiée en accédant l'e-Registre sur le site web suivant:

# www.cancilleria.gov.co/apostilla
[QR code]



**COLOMBIA**
POTENCIA DE LA
**VIDA**

**Industria y Comercio**
SUPERINTENDENCIA

## REPÚBLICA DE COLOMBIA
## SUPERINTENDENCIA DE INDUSTRIA Y COMERCIO

Ref. Solicitud N° IT2023/0008504

La Secretaria General Ad-Hoc de la Delegatura para la Propiedad Industrial de la Superintendencia de Industria y Comercio, de conformidad con la información contenida en el Registro Público de Propiedad Industrial

### CERTIFICA:

Que, verificado el Registro Público de Propiedad Industrial, se encontró la siguiente información:

**Expediente No.**        09024029

**Fecha de presentación**  9 de marzo de 2009

**Lema Comercial**        ZENU, ALIMENTALOS CON CONFIANZA Nominativa

**Productos y/o servicios 29**: CARNE, PESCADO, AVES Y CAZA; EXTRACTOS DE CARNE; FRUTAS Y LEGUMBRES EN CONSERVA, SECAS Y COCIDAS; JALEAS, MERMELADAS, COMPOTAS; HUEVOS, LECHE Y PRODUCTOS LÁCTEOS; ACEITES Y GRASAS COMESTIBLES.

**Clasificación**         29 **Versión** 9

**Gaceta No.**            603 del 30 de abril de 2009

**Certificado No.**       387368

**Vigencia**              10 de septiembre de 2028

**Estado de trámite**     Registrada

**Titular**               INDUSTRIA DE ALIMENTOS ZENÚ S.A.S.

**Dirección**             Calle 2 No. 50-561,
                          MEDELLIN ANTIOQUIA, COLOMBIA

Página **1** de **2**

**Señor ciudadano, para hacer seguimiento a su solicitud, la entidad le ofrece los siguientes canales:**
www.sic.gov.co  ~  Teléfono en Bogotá: 601 592 04 00  ~  Línea gratuita a nivel nacional: 01 8000 910 165
Dirección: Cra. 13 #27 - 00 pisos 1, 3, 4, 5, 6, 7 y 10  ~  Radicaciones: Av. carrera 7 #31A-36, Bogotá D.C.- Colombia
Teléfonos: 601 587 00 00  ~  e-mail: contactenos@sic.gov.co



Nuestro aporte es fundamental,
al usar menos papel contribuimos con
el medio ambiente





Ref. Solicitud N° IT2023/0008504

### LA SECRETARIA GENERAL AD-HOC

**Apoderado**          JUAN GUILLERMO MOURE PEREZ
                       CARRERA 5 No. 34-03
                       BOGOTÁ D.C.
                       COLOMBIA

La presente certificación se expide en Bogotá D. C., el día 12 de julio de 2023

*Harradel Pilordena R*

**MARÍA DEL PILAR SERNA ROMERO
SECRETARIA AD-HOC**

Señor ciudadano, para hacer seguimiento a su solicitud, la entidad le ofrece los siguientes canales:
www.sic.gov.co  ~  Teléfono en Bogotá: 601 592 04 00  ~  Línea gratuita a nivel nacional: 01 8000 910 165
Dirección: Cra. 13 #27 - 00 pisos 1, 3, 4, 5, 6, 7 y 10  --  Radicaciones: Av. carrera 7 #31A-36, Bogotá D.C.- Colombia
Teléfonos: 601 587 00 00  ~  e-mail: contactenos@sic.gov.co



Nuestro aporte es fundamental,
al usar menos papel contribuimos con
el medio ambiente



# REPÚBLICA DE COLOMBIA
## MINISTERIO DE RELACIONES EXTERIORES
# APOSTILLE
### (Convention de La Haye du 5 Octobre 1961)

**País:** **REPUBLICA DE COLOMBIA**
(Country: - Pays:)

**El presente documento público**
(This public document - Le présent acte public)

**Ha sido firmado por:** **SERNA ROMERO MARIA DEL PILAR**
(Has been signed by:
A été signé par:)

**Actuando en calidad de:** **SECRETARIA GENERAL AD-HOC**
(Acting in the capacity of:
Agissant en qualité de:)

**Lleva el sello/estampilla de:** **SUPERINTENDENCIA DE INDUSTRIA Y COMERCIO**
(Bears the seal/stamp of:
Est revêtu du sceau de/timbre de:)

**Certificado**
(Certified - Attesté)

**En:** **BOGOTA - EN LÍNEA**
(At - A:)

**El:** **7/19/2023 8:04:44 a. m.**
(On: - Le:)

**Por:** **Ministerio de Relaciones Exteriores de Colombia - APOSTILLA / LEGALIZACIÓN**
(By: The Ministry of Foreign Affairs of Colombia   -   Par: Ministère des Affaires Étrangères de la Colombie )

**No.:** **A2XHT845360**
(Under Number: - Sous le numéro:)

Firmado Digitalmente por: (Digitally Signed by:)
Ministerio de Relaciones Exteriores de Colombia
RUTH MERY CANO AGUILLON
Reason: DOCUMENT AUTHENTICITY
BOGOTA - COLOMBIA

**Firma:** (Signature:)

**Nombre del Titular:** **INDUSTRIA DE ALIMENTOS ZENU S.A.S. / CARNE Y OTROS**
(Name of the holder of document:
Nom du titulaire:)

**Tipo de documento:** **CERTIFICACION**
(Type of document:  -  Type du document:)

070040010177360

387368 Expedido (mm/dd/aaaa): 07/12/2023

El Ministerio Relaciones Exteriores no asume responsabilidad por el contenido del documento apostillado.
La apostilla certifica la firma y la calidad en que el signatario del documento haya actuado y es exenta de toda certificación. Convenio de La Haya, artículo 5.

La autenticidad de esta apostilla puede ser verificada en el Registro Electrónico que se encuentra en la siguiente página web:
The authenticity of this Apostille may be verified by accessing the e-Register on the following web site:
L'authenticité de cette Apostille peut être vérifiée en accédant l'e-Registre sur le site web suivant:

## www.cancilleria.gov.co/apostilla





City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**2.IT20230008470**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.



Dan McCourt

Sworn to before me this
July 28, 2023

Signature, Notary Public



Stamp, Notary Public

**LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS**
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

[logo:] **COLOMBIA**
POWER OF
LIFE

[logo:] Industry and Commerce
OFFICE OF THE SUPERINTENDENT

## REPUBLIC OF COLOMBIA
## OFFICE OF THE SUPERINTENDENT OF INDUSTRY AND COMMERCE

Ref. Application No. IT2023/0008470

The Office of the Ad-Hoc Secretary General of the Delegation for Industrial Property of the Office of the Superintendent of Industry and Commerce, in accordance with the information contained in the Public Registry of Industrial Property

### CERTIFIES:

While verifying the Public Registry of Industrial Property, the following information was found:

[signature]

| | |
|---|---|
| **Case No.** | 11069428 |
| **Submission Date** | June 3, 2011 |
| **Trademark** | ZENÚ Mixta |

[logo:] Zenú

**Products and/or Services 29**: MEAT, FISH, FOWL, AND GAME; MEAT EXTRACTS; CANNED, FROZEN, DRY, AND COOKED FRUITS AND VEGETABLES; JELLIES, MARMALADES, JAMS; EGGS, MILK, AND MILK PRODUCTS; EDIBLE OILS AND GREASES.

| | |
|---|---|
| **Classification** | 29 **Version** 9 |
| **Gazette No.** | 630 of July 21, 2011 |
| **Certificate No.** | 435990 |
| **Valid Until** | November 30, 2031 |

**Citizen, to follow up your application, we offer you the following channels:**
[illegible]

[logo:] Our contribution is fundamental
when using less paper, we contribute
to preserving
the environment

[logo:] **COLOMBIA**
POWER OF
**LIFE**

[logo:] Industry and Commerce
OFFICE OF THE SUPERINTENDENT

RE: Application No. IT2023/0008464

### THE OFFICE OF THE AD-HOC SECRETARY GENERAL

**Process Status**     Registered

**Holder**     INDUSTRIA DE ALIMENTOS ZENÚ S.A.S.

**Address**     Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, COLOMBIA

**Legal Representative**     JUAN GUILLERMO MOURE PEREZ
CARRERA 5 No. 34-03
BOGOTA D.C.
COLOMBIA

This certificate is issued in Bogota on July 13, 2023.

[signature]
**MARÍA DEL PILAR SERNA ROMERO**
**AD-HOC SECRETARY**

[signature]
[seal]

Page **2** of **2**

**Citizen, to follow up your application, we offer you the following channels:**
[illegible]

[logo:] Our contribution is fundamental
when using less paper, we contribute
to preserving
the environment

[emblem] Liberty and Order

# REPUBLIC OF COLOMBIA
## MINISTRY OF FOREIGN AFFAIRS

# APOSTILLE

**(La Hague Convention of October 5, 1961)**

**País:    REPUBLIC OF COLOMBIA**
(Country: - Pays:)

### El presente documento público
(This public document - Le présent acte public)

**Ha sido firmado por:**          **SERNA ROMERO MARIA DEL PILAR**
(Has been signed by:
 A été signé par:)

**Actuando en calidad de:**       **AD-HOC SECRETARY GENERAL**
(Acting in the capacity of:
 Agissant en qualite de:)

**Lleva el sello/estampilla de:  OFFICE OF THE SUPERINTENDENT OF INDUSTRY AND COMMERCE**
(Bears the seal/stamp of:
Est revétu du sceau de/timbre de:)

### Certificado
(Certified - Attesté)

**In:        BOGOTA - ONLINE**
(At: - Á:)

**On:        7/19/2023 7:56:17 a.m.**
(On: - Le:)

**By:        Ministry of Foreign Affairs of Colombia - APOSTILLE / LEGALIZATION**
(By: The Ministry of Foreign Affairs of Colombia - Par: Ministére des Affaires Étrangéres de la Colombie)

**No.:     A2XHT75619859**
(Under Number: - Sous le numéro:)

Firmado Digitalmente por: (Digitally Signed by:)
  Ministry of Foreign Affairs of Colombia
  RUTH MERY CANO AGUILLON                            [signature]
  Reason: DOCUMENT AUTHENTICITY
  BOGOTA – COLOMBIA

                                                    **Firma:** (Signature:)

---

**Nombre del Titular:    INDUSTRIA DE ALIMENTOS ZENU S.A.S.**
(Ñame [sic: Name] of the holder of document:
        Nom du titulaire:)

**Tipo de documento:        CERTIFICATION**
(Type of document: - Type du document:)

070040010177272                              435990 Issued (mm/dd/yyyy): 07/13/2023

The Ministry of Foreign Affairs assumes no responsibility for the contents of the apostilled document.
The apostille certifies the signature and the position of the person signing the document and is exempt from all certification. The Hague Convention, Article 5.

La autenticidad de esta apostilla puede ser verificada en el Registro Electrónico que se encuentra en la siguiente página web:
The authenticity of this Apostille may be verified by accessing the e-Register on the following web site:
L'authenticité de cette Apostille peut étre vérifiée en accédant l'e-Registre sur le site web suivant:

## www.cancilleria.gov.co/apostilla
[QR code]



**COLOMBIA**
POTENCIA DE LA
**VIDA**



**Industria y Comercio**
SUPERINTENDENCIA

# REPÚBLICA DE COLOMBIA
## SUPERINTENDENCIA DE INDUSTRIA Y COMERCIO

Ref. Solicitud N° IT2023/0008470

La Secretaria General Ad-Hoc de la Delegatura para la Propiedad Industrial de la Superintendencia de Industria y Comercio, de conformidad con la información contenida en el Registro Público de Propiedad Industrial

## CERTIFICA:

Que, verificado el Registro Público de Propiedad Industrial, se encontró la siguiente información:

**Expediente No.**          11069428

**Fecha de presentación**  3 de junio de 2011

**Marca**                  ZENÚ Mixta



**Productos y/o servicios  29**: CARNE, PESCADO, AVES Y CAZA; EXTRACTOS DE CARNE; FRUTAS Y LEGUMBRES EN CONSERVA, CONGELADAS, SECAS Y COCIDAS; JALEAS, MERMELADAS, COMPOTAS; HUEVOS, LECHE Y PRODUCTOS LÁCTEOS; ACEITES Y GRASAS COMESTIBLES.

**Clasificación**         29 **Versión** 9

**Gaceta No.**            630 del 21 de julio de 2011

**Certificado No.**       435990

**Vigencia**              30 de noviembre de 2031

Página **1** de **2**

**Señor ciudadano, para hacer seguimiento a su solicitud, la entidad le ofrece los siguientes canales:**
www.sic.gov.co  ~  Teléfono en Bogotá: 601 592 04 00  ~  Línea gratuita a nivel nacional: 01 8000 910 165
Dirección: Cra. 13 #27 - 00 pisos 1, 3, 4, 5, 6, 7 y 10  ~  Radicaciones: Av. carrera 7 #31A-36, Bogotá D.C.- Colombia
Teléfonos: 601 587 00 00  ~  e-mail: contactenos@sic.gov.co



Nuestro aporte es fundamental,
al usar menos papel contribuimos con
el medio ambiente





Ref. Solicitud N° IT2023/0008470

## LA SECRETARIA GENERAL AD-HOC

**Estado de trámite**     Registrada

**Titular**     INDUSTRIA DE ALIMENTOS ZENÚ S.A.S.

**Dirección**     Calle 2 No. 50-561,  MEDELLIN ANTIOQUIA, COLOMBIA

**Apoderado**     JUAN GUILLERMO MOURE PEREZ
CARRERA 5 No. 34-03
BOGOTÁ D.C.
COLOMBIA

La presente certificación se expide en Bogotá D. C., el día 13 de julio de 2023

**MARÍA DEL PILAR SERNA ROMERO**
**SECRETARIA AD-HOC**

Señor ciudadano, para hacer seguimiento a su solicitud, la entidad le ofrece los siguientes canales:
www.sic.gov.co  ~  Teléfono en Bogotá: 601 592 04 00  ~  Línea gratuita a nivel nacional: 01 8000 910 165
Dirección: Cra. 13 #27 - 00 pisos 1, 3, 4, 5, 6, 7 y 10 ~ Radicaciones: Av. carrera 7 #31A-36, Bogotá D.C.- Colombia
Teléfonos: 601 587 00 00 ~ e-mail. contactenos@sic.gov.co

Nuestro aporte es fundamental,
al usar menos papel contribuimos con
el medio ambiente



**Libertad y Orden**

# REPÚBLICA DE COLOMBIA
## MINISTERIO DE RELACIONES EXTERIORES
# APOSTILLE
**(Convention de La Haye du 5 Octobre 1961)**

**País:**
(Country: - Pays:)   **REPUBLICA DE COLOMBIA**

**El presente documento público**
(This public document - Le présent acte public)

**Ha sido firmado por:**
(Has been signed by:
A été signé par:)   **SERNA ROMERO MARIA DEL PILAR**

**Actuando en calidad de:**
(Acting in the capacity of:
Agissant en qualité de:)   **SECRETARIA GENERAL AD-HOC**

**Lleva el sello/estampilla de:**
(Bears the seal/stamp of:
Est revétu du sceau de/timbre de:)   **SUPERINTENDENCIA DE INDUSTRIA Y COMERCIO**

**Certificado**
(Certified - Attesté)

**En:**
(At: - A: )   **BOGOTA - EN LÍNEA**

**El:**
(On: - Le:)   **7/19/2023 7:56:17 a. m.**

**Por:**   **Ministerio de Relaciones Exteriores de Colombia - APOSTILLA / LEGALIZACIÓN**
(By: The Ministry of Foreign Affairs of Colombia   -   Par: Ministère des Affaires Étrangères de la Colombie )

**No.:**   **A2XHT75619859**
(Under Number: - Sous le numéro:)

Firmado Digitalmente por: (Digitally Signed by:)
Ministerio de Relaciones Exteriores de Colombia
RUTH MERY CANO AGUILLON
Reason: DOCUMENT AUTHENTICITY
BOGOTA - COLOMBIA

**Firma:** (Signature:)

**Nombre del Titular:**
(Name of the holder of document:
Nom du titulaire:)   **INDUSTRIA DE ALIMENTOS ZENU S.A.S.**

**Tipo de documento:**
(Type of document:   -   Type du document:)   **CERTIFICACION**

070040010177272   435990 Expedido (mm/dd/aaaa): 07/13/2023

El Ministerio Relaciones Exteriores no asume responsabilidad por el contenido del documento apostillado.
La apostilla certifica la firma y la calidad en que el signatario del documento haya actuado y es exenta de toda certificación. Convenio de La Haya, artículo 5.

La autenticidad de esta apostilla puede ser verificada en el Registro Electrónico que se encuentra en la siguiente página web:
The authenticity of this Apostille may be verified by accessing the e-Register on the following web site:
L'authenticité de cette Apostille peut être vérifiée en accédant l'e-Registre sur le site web suivant:

# www.cancilleria.gov.co/apostilla





TRANSPERFECT

City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**6- IT20230008490**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

Dan McCourt

Sworn to before me this
July 28, 2023

Signature, Notary Public



Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

[logo:] **COLOMBIA**
POWER OF
**LIFE**

[logo:] Industry and Commerce
OFFICE OF THE SUPERINTENDENT

## REPUBLIC OF COLOMBIA
## OFFICE OF THE SUPERINTENDENT OF INDUSTRY AND COMMERCE

Ref. Application No. IT2023/0008490

The Office of the Ad-Hoc Secretary General of the Delegation for Industrial Property of the Office of the Superintendent of Industry and Commerce, in accordance with the information contained in the Public Registry of Industrial Property

### CERTIFIES:

While verifying the Public Registry of Industrial Property, the following information was found:

[signature]

| | |
|---|---|
| **Case No.** | 9206782929 |
| **Submission Date** | January 1, 1900 |
| **Trademark** | ZENU Classification |

**Products and/or Services 29**: MEAT, FISH, FOWL, AND GAME; MEAT EXTRACTS; CANNED, DRY, AND COOKED FRUITS AND VEGETABLES; JELLIES, MARMALADES, JAMS; EGGS, MILK, AND MILK PRODUCTS; EDIBLE OILS AND GREASES.

| | |
|---|---|
| **Classification** | 29 **Version** 7 |
| **Certificate No.** | 67829 |
| **Valid Until** | September 10, 2028 |
| **Process Status** | Registered |
| **Holder:** | INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. |
| **Address** | CALLE 2 NO. 50-561, MEDELLIN, ANTIOQUIA, COLOMBIA |
| **Legal Representative** | JUAN GUILLERMO MOURE PEREZ<br>CARRERA 5 No 34-03, BOGOTA D.C., COLOMBIA |

Citizen, to follow up your application, we offer you the following channels:
[illegible]

[logo:] Our contribution is fundamental
when using less paper, we contribute
to preserving
the environment

[logo:] **COLOMBIA**
POWER OF
**LIFE**

[logo:] Industry and Commerce
OFFICE OF THE SUPERINTENDENT

RE: Application No. IT2023/0008490

## THE OFFICE OF THE AD-HOC SECRETARY GENERAL

This certificate is issued in Bogota on July 12, 2023.

[signature]
**MARÍA DEL PILAR SERNA ROMERO**
**AD-HOC SECRETARY**

[signature]
[seal]

Page **2** of **2**

Citizen, to follow up your application, we offer you the following channels:
[illegible]

[logo:] Our contribution is fundamental
when using less paper, we contribute
to preserving
the environment

[emblem] Liberty and Order

# REPUBLIC OF COLOMBIA
## MINISTRY OF FOREIGN AFFAIRS

# APOSTILLE

**(La Hague Convention of October 5, 1961)**

**País:**    **REPUBLIC OF COLOMBIA**
(Country: - Pays:)

**El presente documento público**
(This public document - Le présent acte public)

**Ha sido firmado por:**        **SERNA ROMERO MARIA DEL PILAR**
(Has been signed by:
A été signé par:)

**Actuando en calidad de:**        **AD-HOC SECRETARY GENERAL**
(Acting in the capacity of:
Agissant en qualite de:)

**Lleva el sello/estampilla de:**    **OFFICE OF THE SUPERINTENDENT OF INDUSTRY AND COMMERCE**
(Bears the seal/stamp of:
Est revétu du sceau de/timbre de:)

**Certificado**
(Certified - Attesté)

**In:**    **BOGOTA - ONLINE**
(At: - Á:)

**On:**    **7/19/2023 7:58:15 a.m.**
(On: - Le:)

**By:**    **Ministry of Foreign Affairs of Colombia - APOSTILLE / LEGALIZATION**
(By: The Ministry of Foreign Affairs of Colombia - Par: Ministére des Affaires Étrangéres de la Colombie)

**No.:**    **A2XHT75820716**
(Under Number: - Sous le numéro:)

Firmado Digitalmente por: (Digitally Signed by:)
Ministry of Foreign Affairs of Colombia
RUTH MERY CANO AGUILLON                    [signature]
Reason: DOCUMENT AUTHENTICITY
BOGOTA – COLOMBIA

**Firma:** (Signature:)

**Nombre del Titular:**    **INDUSTRIA DE ALIMENTOS ZENÚ S.A.S.**
(Ñame [sic: Name] of the holder of document:
Nom du titulaire:)

**Tipo de documento:**        **REGISTRATION CERTIFICATE**
(Type of document: - Type du document:)

070040010177293                                67829 Issued (mm/dd/yyyy): 07/12/2023

The Ministry of Foreign Affairs assumes no responsibility for the contents of the apostilled document.
The apostille certifies the signature and the position of the person signing the document and is exempt from all certification. The Hague Convention, Article 5.

La autenticidad de esta apostilla puede ser verificada en el Registro Electrónico que se encuentra en la siguiente página web:
The authenticity of this Apostille may be verified by accessing the e-Register on the following web site:
L'authenticité de cette Apostille peut étre vérifiée en accédant l'e-Registre sur le site web suivant:

# www.cancilleria.gov.co/apostilla
[QR code]



COLOMBIA
POTENCIA DE LA
VIDA



Industria y Comercio
SUPERINTENDENCIA

# REPÚBLICA DE COLOMBIA
## SUPERINTENDENCIA DE INDUSTRIA Y COMERCIO

Ref. Solicitud N° IT2023/0008490

La Secretaria General Ad-Hoc de la Delegatura para la Propiedad Industrial de la Superintendencia de Industria y Comercio, de conformidad con la información contenida en el Registro Público de Propiedad Industrial

### CERTIFICA:

Que, verificado el Registro Público de Propiedad Industrial, se encontró la siguiente información:

**Expediente No.**          9206782929

**Fecha de presentación**   1 de enero de 1900

**Marca**                   ZENU Nominativa

**Productos y/o servicios 29**:    CARNE, PESCADO, AVES Y CAZA; EXTRACTOS DE CARNE; FRUTAS Y LEGUMBRES EN CONSERVA, SECAS Y COCIDAS; JALEAS, MERMELADAS, COMPOTAS; HUEVOS, LECHE Y PRODUCTOS LÁCTEOS; ACEITES Y GRASAS COMESTIBLES

**Clasificación**           29 **Versión** 7

**Certificado No.**         67829

**Vigencia**                10 de septiembre de 2028

**Estado de trámite**       Registrada

**Titular**                 INDUSTRIA DE ALIMENTOS ZENÚ S.A.S.

**Dirección**               CALLE 2 NO. 50-561, MEDELLIN ANTIOQUIA, COLOMBIA

**Apoderado**               JUAN GUILLERMO MOURE PEREZ
                            CARRERA 5 No. 34-03 BOGOTÁ D.C.  COLOMBIA

Señor ciudadano, para hacer seguimiento a su solicitud, la entidad le ofrece los siguientes canales:
www.sic.gov.co  ~  Teléfono en Bogotá: 601 592 04 00  ~  Línea gratuita a nivel nacional: 01 8000 910 165
Dirección: Cra. 13 #27 - 00 pisos 1, 3, 4, 5, 6, 7 y 10  ~  Radicaciones: Av. carrera 7 #31A-36, Bogotá D.C.- Colombia
Teléfonos: 601 587 00 00  ~  e-mail: contactenos@sic.gov.co



Nuestro aporte es fundamental,
al usar menos papel contribuimos con
el medio ambiente





Ref. Solicitud N° IT2023/0008490

## LA SECRETARIA GENERAL AD-HOC

La presente certificación se expide en Bogotá D. C., el día 12 de julio de 2023

**MARÍA DEL PILAR SERNA ROMERO**
**SECRETARIA AD-HOC**

Página **2** de **2**

Señor ciudadano, para hacer seguimiento a su solicitud, la entidad le ofrece los siguientes canales:
www.sic.gov.co   ~   Teléfono en Bogotá: 601 592 04 00   ~   Línea gratuita a nivel nacional: 01 8000 910 165
Dirección: Cra. 13 #27 - 00 pisos 1, 3, 4, 5, 6, 7 y 10   ~   Radicaciones: Av. carrera 7 #31A-36, Bogotá D.C.- Colombia
Teléfonos: 601 587 00 00   ~   e-mail: contactenos@sic.gov.co



Nuestro aporte es fundamental,
al usar menos papel contribuimos con
el medio ambiente



Libertad y Orden

# REPÚBLICA DE COLOMBIA
## MINISTERIO DE RELACIONES EXTERIORES
# APOSTILLE
**(Convention de La Haye du 5 Octobre 1961)**

**País:** **REPUBLICA DE COLOMBIA**
(Country: - Pays:)

**El presente documento público**
(This public document - Le présent acte public)

**Ha sido firmado por:** **SERNA ROMERO MARIA DEL PILAR**
(Has been signed by:
A été signé par:)

**Actuando en calidad de:** **SECRETARIA GENERAL AD-HOC**
(Acting in the capacity of:
Agissant en qualité de:)

**Lleva el sello/estampilla de:** **SUPERINTENDENCIA DE INDUSTRIA Y COMERCIO**
(Bears the seal/stamp of:
Est revêtu du sceau de/timbre de:)

**Certificado**
(Certified - Attesté)

**En:** **BOGOTA - EN LÍNEA**
(At: - À:)

**El:** **7/19/2023 7:58:15 a. m.**
(On: - Le:)

**Por:** **Ministerio de Relaciones Exteriores de Colombia - APOSTILLA / LEGALIZACIÓN**
(By: The Ministry of Foreign Affairs of Colombia  -  Par: Ministère des Affaires Étrangères de la Colombie )

**No.:** **A2XHT75820716**
(Under Number: - Sous le numéro:)

Firmado Digitalmente por: (Digitally Signed by:)
 Ministerio de Relaciones Exteriores de Colombia
 RUTH MERY CANO AGUILLON
 Reason: DOCUMENT AUTHENTICITY
 BOGOTA - COLOMBIA

**Firma:** (Signature:)

**Nombre del Titular:** **INDUSTRIA DE ALIMENTOS ZENÚ S.A.S.**
(Name of the holder of document:
Nom du titulaire:)

**Tipo de documento:** **CERTIFICADO REGISTRO**
(Type of document: - Type du document:)

070040010177293

67829 Expedido (mm/dd/aaaa): 07/12/2023

El Ministerio Relaciones Exteriores no asume responsabilidad por el contenido del documento apostillado.
La apostilla certifica la firma y la calidad en que el signatario del documento haya actuado y es exenta de toda certificación. Convenio de La Haya, artículo 5.

La autenticidad de esta apostilla puede ser verificada en el Registro Electrónico que se encuentra en la siguiente página web:
The authenticity of this Apostille may be verified by accessing the e-Register on the following web site:
L'authenticité de cette Apostille peut être vérifiée en accédant l'e-Registre sur le site web suivant:

# www.cancilleria.gov.co/apostilla





**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**12- IT20230008506**" is, to the best of my
knowledge and belief, a true and accurate translation from Spanish into English.

Dan McCourt

Sworn to before me this
July 28, 2023

Signature, Notary Public



Stamp, Notary Public

**LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS**
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

[logo] **COLOMBIA**
POWER OF
**LIFE**

[logo:] Industry and Commerce
OFFICE OF THE SUPERINTENDENT

## REPUBLIC OF COLOMBIA
## OFFICE OF THE SUPERINTENDENT OF INDUSTRY AND COMMERCE

Ref. Application No. IT2023/0008506

The Office of the Ad-Hoc Secretary General of the Delegation for Industrial Property of the Office of the Superintendent of Industry and Commerce, in accordance with the information contained in the Public Registry of Industrial Property

### CERTIFIES:

While verifying the Public Registry of Industrial Property, the following information was found:

[logo:] *Zenú*

| | |
|---|---|
| **Case No.** | 110916833 |
| **Submission Date** | July 22, 2011 |
| **Commercial Slogan** | ZENU, EAT WITH CONFIDENCE Mixed |

**Products and/or Services 30:** COFFEE, TEA, COCOA; SUGAR, RICE, TAPIOCA, SAGO, COFFEE SUBSTITUTES; FLOURS AND PREPARATIONS MADE FROM CEREALS, BREAD, PASTRY AND CANDY PRODUCTS, ICE CREAM; HONEY, MOLASSES SYRUP; YEAST, BAKING POWDER; SALT; MUSTARD; VINEGAR; SAUCES (CONDIMENTS); SPICES; ICE.

| | |
|---|---|
| **Classification** | **30 Version** 9 |
| **Gazette No.** | 632 of September 20, 2011 |
| **Certificate No.** | 437957 |
| **Valid Until** | December 28, 2031 |
| **Process Status** | Registered |
| **Holder** | INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. |
| **Address** | Calle 2 No, 50-561, MEDELLIN, ANTIOQUIA, COLOMBIA |
| **Legal Representative** | JUAN GUILLERMO MOURE PEREZ |
| | CARRERA 5 No. 34-03 |
| | BOGOTA D.C. - COLOMBIA |

This certificate is issued in Bogota on July 14, 2023.

[signature]
**MARÍA DEL PILAR SERNA ROMERO**
**AD-HOC SECRETARY**

[signature]
[seal]

Citizen, to follow up your application, we offer you the following channels:
[illegible]

[logo:] Our contribution is fundamental
when using less paper, we contribute
to preserving
the environment

[emblem] Liberty and Order

# REPUBLIC OF COLOMBIA
## MINISTRY OF FOREIGN AFFAIRS

# APOSTILLE

**(La Hague Convention of October 5, 1961)**

**País:**    **REPUBLIC OF COLOMBIA**
(Country: - Pays:)

**El presente documento público**
(This public document - Le présent acte public)

**Ha sido firmado por:**    **SERNA ROMERO MARIA DEL PILAR**
(Has been signed by:
A été signé par:)

**Actuando en calidad de:**    **AD-HOC SECRETARY GENERAL**
(Acting in the capacity of:
Agissant en qualite de:)

**Lleva el sello/estampilla de:**    **OFFICE OF THE SUPERINTENDENT OF INDUSTRY AND COMMERCE**
(Bears the seal/stamp of:
Est revétu du sceau de/timbre de:)

**Certificado**
(Certified - Attesté)

**In:**    **BOGOTA - ONLINE**
(At: - Á:)

**On:**    **7/19/2023 8:03:03 a.m.**
(On: - Le:)

**By:**    **Ministry of Foreign Affairs of Colombia - APOSTILLE / LEGALIZATION**
(By: The Ministry of Foreign Affairs of Colombia - Par: Ministére des Affaires Étrangéres de la Colombie)

**No.:**    **A2XHT838154**
(Under Number: - Sous le numéro:)

Firmado Digitalmente por: (Digitally Signed by:)
Ministry of Foreign Affairs of Colombia
RUTH MERY CANO AGUILLON                    [signature]
Reason: DOCUMENT AUTHENTICITY
BOGOTA – COLOMBIA

**Firma:** (Signature:)

**Nombre del Titular:**    **INDUSTRIA DE ALIMENTOS ZENU S.A.S. / COFFEE AND OTHERS**
(Ñame [sic: Name] of the holder of document:
Nom du titulaire:)

**Tipo de documento:**    **CERTIFICATION**
(Type of document: - Type du document:)

070040010177332                    437957 Issued (mm/dd/yyyy): 07/14/2023

The Ministry of Foreign Affairs assumes no responsibility for the contents of the apostilled document.
The apostille certifies the signature and the position of the person signing the document and is exempt from all certification. The Hague Convention, Article 5.

La autenticidad de esta apostilla puede ser verificada en el Registro Electrónico que se encuentra en la siguiente página web:
The authenticity of this Apostille may be verified by accessing the e-Register on the following web site:
L'authenticité de cette Apostille peut étre vérifiée en accédant l'e-Registre sur le site web suivant:

# www.cancilleria.gov.co/apostilla

[QR code]



**COLOMBIA**
POTENCIA DE LA
**VIDA**



**Industria y Comercio**
SUPERINTENDENCIA

## REPÚBLICA DE COLOMBIA
## SUPERINTENDENCIA DE INDUSTRIA Y COMERCIO

Ref. Solicitud N° IT2023/0008506

La Secretaria General Ad-Hoc de la Delegatura para la Propiedad Industrial de la Superintendencia de Industria y Comercio, de conformidad con la información contenida en el Registro Público de Propiedad Industrial

### CERTIFICA:

Que, verificado el Registro Público de Propiedad Industrial, se encontró la siguiente información:

**Expediente No.**          11091683
**Fecha de presentación**   22 de julio de 2011
**Marca**                   ZENÚ ALIMÉNTALOS CON CONFIANZA! Mixta          *Zenú*
**Productos y/o servicios 30**: CAFÉ, TÉ, CACAO, AZÚCAR, ARROZ, TAPIOCA, SAGÚ, SUCEDÁNEOS DEL CAFÉ; HARINAS Y PREPARACIONES HECHAS A BASE DE CEREALES, PAN, PRODUCTOS DE PASTELERÍA Y CONFITERÍA, HELADOS; MIEL, JARABE DE MELAZA; LEVADURA, POLVOS DE HORNEAR; SAL, MOSTAZA; VINAGRE, SALSAS (CONDIMENTOS); ESPECIAS; HIELO.
**Clasificación**           30 **Versión** 9
**Gaceta No.**              632 del 20 de septiembre de 2011
**Certificado No.**         437957
**Vigencia**                28 de diciembre de 2031
**Estado de trámite**       Registrada
**Titular**                 INDUSTRIA DE ALIMENTOS ZENÚ S.A.S.
**Dirección**               Calle 2 No. 50-561, MEDELLIN ANTIOQUIA, COLOMBIA
**Apoderado**               JUAN GUILLERMO MOURE PEREZ
                            CARRERA 5 No. 34-03
                            BOGOTÁ D.C.-COLOMBIA

La presente certificación se expide en Bogotá D. C., el día 14 de julio de 2023

**MARÍA DEL PILAR SERNA ROMERO**
**SECRETARIA AD-HOC**

Página 1 de 1

Señor ciudadano, para hacer seguimiento a su solicitud, la entidad le ofrece los siguientes canales:
www.sic.gov.co ~ Teléfono en Bogotá: 601 592 04 00 ~ Línea gratuita a nivel nacional: 01 8000 910 165
Dirección: Cra. 13 #27 - 00 pisos 1, 3, 4, 5, 6, 7 y 10 ~ Radicaciones. Av. carrera 7 #31A-36, Bogotá D.C.- Colombia
Teléfonos: 601 587 00 00 ~ e-mail: contactenos@sic.gov.co



Nuestro aporte es fundamental, al usar menos papel contribuimos con el medio ambiente



Libertad y Orden

# REPÚBLICA DE COLOMBIA
## MINISTERIO DE RELACIONES EXTERIORES

# APOSTILLE
### (Convention de La Haye du 5 Octobre 1961)

**País:**              **REPUBLICA DE COLOMBIA**
(Country:  - Pays:)

**El presente documento público**
(This public document - Le présent acte public)

**Ha sido firmado por:**       **SERNA ROMERO MARIA DEL PILAR**
(Has been signed by:
A été signé par:)

**Actuando en calidad de:**    **SECRETARIA GENERAL AD-HOC**
(Acting in the capacity of:
Agissant en qualité de:)

**Lleva el sello/estampilla de:**  **SUPERINTENDENCIA DE INDUSTRIA Y COMERCIO**
(Bears the seal/stamp of:
Est revétu du sceau de/timbre de:)

**Certificado**
(Certified - Attesté)

**En:**         **BOGOTA - EN LÍNEA**
(At: - À: )

**El:**          **7/19/2023 8:03:03 a. m.**
(On: - Le:)

**Por:**        **Ministerio de Relaciones Exteriores de Colombia - APOSTILLA / LEGALIZACIÓN**
(By: The Ministry of Foreign Affairs of Colombia   -   Par: Ministère des Affaires Étrangères de la Colombie )

**No.:**        **A2XHT838154**
(Under Number: - Sous le numéro:)

Firmado Digitalmente por: (Digitally Signed by:)
Ministerio de Relaciones Exteriores de Colombia
RUTH MERY CANO AGUILLON
Reason: DOCUMENT AUTHENTICITY
BOGOTA - COLOMBIA



**Firma:**  (Signature:)

**Nombre del Titular:**     **INDUSTRIA DE ALIMENTOS ZENU S.A.S. / CAFE Y OTROS**
(Name of the holder of document:
Nom du titulaire:)

**Tipo de documento:**     **CERTIFICACION**
(Type of document:  -  Type du document:)

070040010177332                                           437957 Expedido (mm/dd/aaaa): 07/14/2023

El Ministerio Relaciones Exteriores no asume responsabilidad por el contenido del documento apostillado.
La apostilla certifica la firma y la calidad en que el signatario del documento haya actuado y es exenta de toda certificación. Convenio de La Haya, artículo 5.

La autenticidad de esta apostilla puede ser verificada en el Registro Electrónico que se encuentra en la siguiente página web:
The authenticity of this Apostille may be verified by accessing the e-Register on the following web site:
L'authenticité de cette Apostille peut être vérifiée en accédant l'e-Registre sur le site web suivant:

## www.cancilleria.gov.co/apostilla





City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**16- IT20230008505**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

Dan McCourt

Sworn to before me this
July 28, 2023

Signature, Notary Public



Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

[logo:] **COLOMBIA**
POWER OF
**LIFE**

[logo:] Industry and Commerce
OFFICE OF THE SUPERINTENDENT

## REPUBLIC OF COLOMBIA
## OFFICE OF THE SUPERINTENDENT OF INDUSTRY AND COMMERCE

Ref. Application No. IT2023/0008505

The Office of the Ad-Hoc Secretary General of the Delegation for Industrial Property of the Office of the Superintendent of Industry and Commerce, in accordance with the information contained in the Public Registry of Industrial Property

### CERTIFIES:

While verifying the Public Registry of Industrial Property, the following information was found:

**Case No.**          11091680

**Submission Date**   July 22, 2011

**Commercial Slogan:** ZENU, FEED THEM WITH CONFIDENCE Classification

**Products and/or Services 30:** COFFEE, TEA, COCOA; SUGAR, RICE, TAPIOCA, SAGO, COFFEE SUBSTITUTES; FLOURS AND PREPARATIONS MADE FROM CEREALS, BREAD, PASTRY AND CANDY PRODUCTS, ICE CREAM; HONEY, MOLASSES SYRUP; YEAST, BAKING POWDER; SALT; MUSTARD; VINEGAR; SAUCES (CONDIMENTS); SPICES; ICE.

[signature]

**Classification**    **30 Version** 9

**Gazette No.**        631 of August 22, 2011

**Certificate No.**    437958

**Valid Until**        December 28, 2031

**Process Status**     Registered

**Holder**             INDUSTRIA DE ALIMENTOS ZENÚ S.A.S.

**Address** Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, COLOMBIA

Citizen, to follow up your application, we offer you the following channels:
[illegible]

[logo:] Our contribution is fundamental
when using less paper, we contribute
to preserving
the environment

[logo:] **COLOMBIA**
POWER OF
**LIFE**

[logo:] Industry and Commerce
OFFICE OF THE SUPERINTENDENT

RE: Application No. IT2023/0008505

THE OFFICE OF THE AD-HOC SECRETARY GENERAL

**Legal Representative**    JUAN GUILLERMO MOURE PEREZ
CARRERA 5 No. 34-03 BOGOTA D.C. COLOMBIA

This certificate is issued in Bogota on July 12, 2023.

[signature]
**MARÍA DEL PILAR SERNA ROMERO**
**AD-HOC SECRETARY**

[signature]
[seal]

Citizen, to follow up your application, we offer you the following channels:
[illegible]

[logo:] Our contribution is fundamental
when using less paper, we contribute
to preserving
the environment

[emblem] Liberty and Order

# REPUBLIC OF COLOMBIA
## MINISTRY OF FOREIGN AFFAIRS
# APOSTILLE
**(La Hague Convention of October 5, 1961)**

**País:**　**REPUBLIC OF COLOMBIA**
(Country: - Pays:)

**El presente documento público**
(This public document - Le présent acte public)

**Ha sido firmado por:**　　**SERNA ROMERO MARIA DEL PILAR**
(Has been signed by:
　A été signé par:)

**Actuando en calidad de:**　　**AD-HOC SECRETARY GENERAL**
(Acting in the capacity of:
　Agissant en qualite de:)

**Lleva el sello/estampilla de:**　**OFFICE OF THE SUPERINTENDENT OF INDUSTRY AND COMMERCE**
(Bears the seal/stamp of:
Est revétu du sceau de/timbre de:)

**Certificado**
(Certified - Attesté)

**In:**　　**BOGOTA - ONLINE**
(At: - Á:)

**On:**　　**7/19/2023 8:05:16 a.m.**
(On: - Le:)

**By:**　　**Ministry of Foreign Affairs of Colombia - APOSTILLE / LEGALIZATION**
(By: The Ministry of Foreign Affairs of Colombia - Par: Ministére des Affaires Étrangéres de la Colombie)

**No.:**　　**A2XHT8524213**
(Under Number: - Sous le numéro:)

Firmado Digitalmente por: (Digitally Signed by:)
　Ministry of Foreign Affairs of Colombia
　RUTH MERY CANO AGUILLON　　　　　　　　　　[signature]
　Reason: DOCUMENT AUTHENTICITY
　BOGOTA – COLOMBIA

**Firma:** (Signature:)

**Nombre del Titular:**　**INDUSTRIA DE ALIMENTOS ZENU S.A.S. / MEAT AND OTHERS**
(Ñame [sic: Name] of the holder of document:
　　Nom du titulaire:)

**Tipo de documento:**　　**CERTIFICATION**
(Type of document: - Type du document:)

070040010177367　　　　　　　　　　　　437958 Issued (mm/dd/yyyy): 07/12/2023

The Ministry of Foreign Affairs assumes no responsibility for the contents of the apostilled document.
The apostille certifies the signature and the position of the person signing the document and is exempt from all certification. The Hague Convention, Article 5.

La autenticidad de esta apostilla puede ser verificada en el Registro Electrónico que se encuentra en la siguiente página web:
The authenticity of this Apostille may be verified by accessing the e-Register on the following web site:
L'authenticité de cette Apostille peut étre vérifiée en accédant l'e-Registre sur le site web suivant:

# www.cancilleria.gov.co/apostilla
[QR code]

**COLOMBIA**
POTENCIA·DE LA
**VIDA**



**Industria y Comercio**
SUPERINTENDENCIA

## REPÚBLICA DE COLOMBIA
## SUPERINTENDENCIA DE INDUSTRIA Y COMERCIO

Ref. Solicitud N° IT2023/0008505

La Secretaria General Ad-Hoc de la Delegatura para la Propiedad Industrial de la Superintendencia de Industria y Comercio, de conformidad con la información contenida en el Registro Público de Propiedad Industrial

## CERTIFICA:

Que, verificado el Registro Público de Propiedad Industrial, se encontró la siguiente información:

**Expediente No.**          11091680

**Fecha de presentación**   22 de julio de 2011

**Marca**                   ZENU ALIMENTOS CON CONFINAZA! Nominativa

**Productos y/o servicios 30**: CAFÉ, TE, CACAO, AZÚCAR, ARROZ, TAPIOCA, SAGÚ, SUCEDÁNEOS DEL CAFÉ; HARINAS Y PREPARACIONES HECHAS A BASE DE CEREALES, PAN, PRODUCTOS DE PASTELERÍA Y CONFITERÍA, HELADOS; MIEL, JARABE DE MELAZA; LEVADURA, POLVOS DE HORNEAR; SAL, MOSTAZA; VINAGRE, SALSAS (CONDIMENTOS); ESPECIAS; HIELO.

**Clasificación**           30 **Versión** 9

**Gaceta No.**              631 del 22 de agosto de 2011

**Certificado No.**         437958

**Vigencia**                28 de diciembre de 2031

**Estado de trámite**       Registrada

**Titular**                 INDUSTRIA DE ALIMENTOS ZENÚ S.A.S.

**Dirección**               CALLE 2 NO. 50-561, MEDELLIN ANTIOQUIA, COLOMBIA

Página **1** de **2**

Señor ciudadano, para hacer seguimiento a su solicitud, la entidad le ofrece los siguientes canales:
www.sic.gov.co  ~  Teléfono en Bogotá: 601 592 04 00  ~  Línea gratuita a nivel nacional: 01 8000 910 165
Dirección: Cra. 13 #27 - 00 pisos 1, 3, 4, 5, 6, 7 y 10  ~  Radicaciones: Av. carrera 7 #31A-36, Bogotá D.C.- Colombia
Teléfonos: 601 587 00 00  ~  e-mail: contactenos@sic.gov.co

Nuestro aporte es fundamental,
al usar menos papel contribuimos con
el medio ambiente





Ref. Solicitud N° IT2023/0008505

## LA SECRETARIA GENERAL AD-HOC

**Apoderado**          JUAN GUILLERMO MOURE PEREZ
                       CARRERA 5 No. 34-03 BOGOTÁ D.C.  COLOMBIA

La presente certificación se expide en Bogotá D. C., el día 12 de julio de 2023

*[firma manuscrita]*

**MARÍA DEL PILAR SERNA ROMERO**
**SECRETARIA AD-HOC**

*[sello y firmas manuscritas]*

Página **2** de **2**

Señor ciudadano, para hacer seguimiento a su solicitud, la entidad le ofrece los siguientes canales:
www.sic.gov.co  ~  Teléfono en Bogotá: 601 592 04 00  ~  Línea gratuita a nivel nacional: 01 8000 910 165
Dirección: Cra. 13 #27 - 00 pisos 1, 3, 4, 5, 6, 7 y 10  ~  Radicaciones: Av. carrera 7 #31A-36, Bogotá D.C.- Colombia
Teléfonos: 601 587 00 00 ~ e-mail: contactenos@sic.gov.co

Nuestro aporte es fundamental,
al usar menos papel contribuimos con
el medio ambiente   ·



# REPÚBLICA DE COLOMBIA
## MINISTERIO DE RELACIONES EXTERIORES

# APOSTILLE

**(Convention de La Haye du 5 Octobre 1961)**

**País:** **REPUBLICA DE COLOMBIA**
(Country: - Pays:)

**El presente documento público**
(This public document - Le présent acte public)

**Ha sido firmado por:**  **SERNA ROMERO MARIA DEL PILAR**
(Has been signed by:
A été signé par:)

**Actuando en calidad de:**  **SECRETARIA GENERAL AD-HOC**
(Acting in the capacity of:
Agissant en qualité de:)

**Lleva el sello/estampilla de:**  **SUPERINTENDENCIA DE INDUSTRIA Y COMERCIO**
(Bears the seal/stamp of:
Est revêtu du sceau de/timbre de:)

**Certificado**
(Certified - Attesté)

**En:**  **BOGOTA - EN LÍNEA**
(At: - A: )

**El:**  **7/19/2023 8:05:16 a. m.**
(On: - Le:)

**Por:**  **Ministerio de Relaciones Exteriores de Colombia - APOSTILLA / LEGALIZACIÓN**
(By: The Ministry of Foreign Affairs of Colombia  -  Par: Ministère des Affaires Étrangères de la Colombie )

**No.:**  **A2XHT8524213**
(Under Number: - Sous le numéro:)

Firmado Digitalmente por: (Digitally Signed by:)
Ministerio de Relaciones Exteriores de Colombia
RUTH MERY CANO AGUILLON
Reason: DOCUMENT AUTHENTICITY
BOGOTA - COLOMBIA

**Firma:**  (Signature:)

**Nombre del Titular:**  **INDUSTRIA DE ALIMENTOS ZENU S.A.S. / CAFE Y OTROS**
(Name of the holder of document:
Nom du titulaire:)

**Tipo de documento:**  **CERTIFICACION**
(Type of document:  -  Type du document:)

070040010177367

437958 Expedido (mm/dd/aaaa): 07/12/2023

El Ministerio Relaciones Exteriores no asume responsabilidad por el contenido del documento apostillado.
La apostilla certifica la firma y la calidad en que el signatario del documento haya actuado y es exenta de toda certificación. Convenio de La Haya, artículo 5.

La autenticidad de esta apostilla puede ser verificada en el Registro Electrónico que se encuentra en la siguiente página web:
The authenticity of this Apostille may be verified by accessing the e-Register on the following web site:
L'authenticité de cette Apostille peut être vérifiée en accédant l'e-Registre sur le site web suivant:

## www.cancilleria.gov.co/apostilla





**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**8- IT20230008478**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.



Dan McCourt

Sworn to before me this
July 28, 2023

Signature, Notary Public



Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

[logo:] **COLOMBIA**
POWER OF
LIFE

[logo:] Industry and Commerce
OFFICE OF THE SUPERINTENDENT

## REPUBLIC OF COLOMBIA
## OFFICE OF THE SUPERINTENDENT OF INDUSTRY AND COMMERCE

Ref. Application No. IT2023/0008478

The Office of the Ad-Hoc Secretary General of the Delegation for Industrial Property of the Office of the Superintendent of Industry and Commerce, in accordance with the information contained in the Public Registry of Industrial Property

### CERTIFIES:

While verifying the Public Registry of Industrial Property, the following information was found:

| | |
|---|---|
| **Case No.** | 12029503 |
| **Submission Date** | February 20, 2012 |
| **Trademark** | ZENU Classification |
| **Products and/or Services** | **35:** ADVERTISING; COMMERCIAL BUSINESS MANAGEMENT, COMMERCIAL ADMINISTRATION; OFFICE WORK. |
| | [signature] |
| **Classification** | 35 **Version** 9 |
| **Certification No.** | 640 of March 15, 2012 |
| **Valid Until** | June 28, 2032 |
| **Process Status** | Registered |
| **Holder:** | INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. |
| **Address** | Calle 2 No, 50-561, MEDELLIN, ANTIOQUIA, COLOMBIA COLOMBIA |

**Citizen, to follow up your application, we offer you the following channels:**
[illegible]

[logo:] Our contribution is fundamental when using less **paper**, we contribute to preserving the environment

[logo:] **COLOMBIA**
POWER OF
**LIFE**

[logo:] Industry and Commerce
OFFICE OF THE SUPERINTENDENT

RE: Application No. IT2023/0008478

## THE OFFICE OF THE AD-HOC SECRETARY GENERAL

**Legal Representative** JUAN GUILLERMO MOURE PEREZ
CARRERA 5 No. 34-03
BOGOTA D.C.
COLOMBIA

This certificate is issued in Bogota on July 12, 2023.

[signature]
**MARÍA DEL PILAR SERNA ROMERO**
**AD-HOC SECRETARY**

[signature]
[seal]

Page **2** of **2**

**Citizen, to follow up your application, we offer you the following channels:**
[illegible]

[logo:] Our contribution is fundamental
when using less paper, we contribute
to preserving
the environment

[emblem] Liberty and Order

# REPUBLIC OF COLOMBIA
## MINISTRY OF FOREIGN AFFAIRS

# APOSTILLE

**(La Hague Convention of October 5, 1961)**

**País:**    **REPUBLIC OF COLOMBIA**
(Country: - Pays:)

### El presente documento público
(This public document - Le présent acte public)

**Ha sido firmado por:**        **SERNA ROMERO MARIA DEL PILAR**
(Has been signed by:
A été signé par:)

**Actuando en calidad de:**     **AD-HOC SECRETARY GENERAL**
(Acting in the capacity of:
Agissant en qualite de:)

**Lleva el sello/estampilla de:  OFFICE OF THE SUPERINTENDENT OF INDUSTRY AND
COMMERCE**
(Bears the seal/stamp of:
Est revétu du sceau de/timbre de:)

### Certificado
(Certified - Attesté)

**In:**    **BOGOTA - ONLINE**
(At: - Á:)

**On:**    **7/19/2023 7:58:36 a.m.**
(On: - Le:)

**By:**    **Ministry of Foreign Affairs of Colombia - APOSTILLE / LEGALIZATION**
(By: The Ministry of Foreign Affairs of Colombia - Par: Ministére des Affaires Étrangéres de la Colombie)

**No.:**    **A2XHT75840470**
(Under Number: - Sous le numéro:)

Firmado Digitalmente por: (Digitally Signed by:)
  Ministry of Foreign Affairs of Colombia
  RUTH MERY CANO AGUILLON                    [signature]
  Reason: DOCUMENT AUTHENTICITY
  BOGOTA – COLOMBIA

                                              **Firma:** (Signature:)

**Nombre del Titular:**    **INDUSTRIA DE ALIMENTOS ZENU S.A.S. / ADVERTISING AND
OTHERS**
(Ñame [sic: Name] of the holder of document:
        Nom du titulaire:)

**Tipo de documento:**        **CERTIFICATION**
(Type of document: - Type du document:)

070040010177309                          452030 Issued (mm/dd/yyyy): 07/12/2023

The Ministry of Foreign Affairs assumes no responsibility for the contents of the apostilled document.
The apostille certifies the signature and the position of the person signing the document and is exempt from all certification. The Hague Convention, Article 5.

La autenticidad de esta apostilla puede ser verificada en el Registro Electrónico que se encuentra en la siguiente página web:
The authenticity of this Apostille may be verified by accessing the e-Register on the following web site:
L'authenticité de cette Apostille peut étre vérifiée en accédant l'e-Registre sur le site web suivant:

# www.cancilleria.gov.co/apostilla
[QR code]



**COLOMBIA**
POTENCIA DE LA
**VIDA**

**Industria y Comercio**
**SUPERINTENDENCIA**

# REPÚBLICA DE COLOMBIA
## SUPERINTENDENCIA DE INDUSTRIA Y COMERCIO

Ref. Solicitud N° IT2023/0008478

La Secretaria General Ad-Hoc de la Delegatura para la Propiedad Industrial de la Superintendencia de Industria y Comercio, de conformidad con la información contenida en el Registro Público de Propiedad Industrial

### CERTIFICA:

Que, verificado el Registro Público de Propiedad Industrial, se encontró la siguiente información:

**Expediente No.**          12029503

**Fecha de presentación**   20 de febrero de 2012

**Marca**                   ZENÚ Nominativa

**Productos y/o servicios 35**: PUBLICIDAD; GESTIÓN DE NEGOCIOS COMERCIALES; ADMINISTRACIÓN COMERCIAL; TRABAJOS DE OFICINA.

**Clasificación**           35 **Versión** 9

**Gaceta No.**              640 del 15 de marzo de 2012

**Certificado No.**         452030

**Vigencia**                28 de junio de 2032

**Estado de trámite**       Registrada

**Titular**                 INDUSTRIA DE ALIMENTOS ZENÚ S.A.S.

**Dirección**               Calle 2 No. 50-561,
                            MEDELLIN ANTIOQUIA,
                            COLOMBIA

Página **1** de **2**

**Señor ciudadano, para hacer seguimiento a su solicitud, la entidad le ofrece los siguientes canales:**
www.sic.gov.co  ~  Teléfono en Bogotá: 601 592 04 00  ~  Línea gratuita a nivel nacional: 01 8000 910 165
Dirección: Cra. 13 #27 - 00 pisos 1, 3, 4, 5, 6, 7 y 10  ~  Radicaciones: Av. carrera 7 #31A-36, Bogotá D.C.- Colombia
Teléfonos: 601 587 00 00 ~ e-mail: contactenos@sic.gov.co



Nuestro aporte es fundamental,
al usar menos papel contribuimos con
el medio ambiente





Ref. Solicitud N° IT2023/0008478

LA SECRETARIA GENERAL AD-HOC

**Apoderado**          JUAN GUILLERMO MOURE PEREZ
                       CARRERA 5 No. 34-03
                       BOGOTÁ D.C.
                       COLOMBIA

La presente certificación se expide en Bogotá D. C., el día 12 de julio de 2023

**MARÍA DEL PILAR SERNA ROMERO**
**SECRETARIA AD-HOC**

Página **2** de **2**

**Señor ciudadano, para hacer seguimiento a su solicitud, la entidad le ofrece los siguientes canales:**
www.sic.gov.co  ~  Teléfono en Bogotá: 601 592 04 00  ~  Línea gratuita a nivel nacional: 01 8000 910 165
Dirección: Cra. 13 #27 - 00 pisos 1, 3, 4, 5, 6, 7 y 10  ~  Radicaciones: Av. carrera 7 #31A-36, Bogotá D.C.- Colombia
Teléfonos: 601 587 00 00  ~  e-mail: contactenos@sic.gov.co



Nuestro aporte es fundamental,
al usar menos papel contribuimos con
el medio ambiente



Libertad y Orden

# REPÚBLICA DE COLOMBIA
## MINISTERIO DE RELACIONES EXTERIORES
# APOSTILLE
### (Convention de La Haye du 5 Octobre 1961)

**País:**
(Country: - Pays:)     **REPUBLICA DE COLOMBIA**

**El presente documento público**
(This public document - Le présent acte public)

**Ha sido firmado por:**
(Has been signed by:
A été signé par:)     **SERNA ROMERO MARIA DEL PILAR**

**Actuando en calidad de:**
(Acting in the capacity of:
Agissant en qualité de:)     **SECRETARIA GENERAL AD-HOC**

**Lleva el sello/estampilla de:**
(Bears the seal/stamp of:
Est revêtu du sceau de/timbre de:)     **SUPERINTENDENCIA DE INDUSTRIA Y COMERCIO**

**Certificado**
(Certified - Attesté)

**En:**
(At: - À: )     **BOGOTA - EN LÍNEA**

**El:**
(On: - Le:)     **7/19/2023 7:58:36 a. m.**

**Por:**
(By: The Ministry of Foreign Affairs of Colombia  -  Par: Ministère des Affaires Étrangères de la Colombie )     **Ministerio de Relaciones Exteriores de Colombia - APOSTILLA / LEGALIZACIÓN**

**No.:**
(Under Number: - Sous le numéro:)     **A2XHT75840470**

Firmado Digitalmente por: (Digitally Signed by:)
Ministerio de Relaciones Exteriores de Colombia
RUTH MERY CANO AGUILLON
Reason: DOCUMENT AUTHENTICITY
BOGOTA - COLOMBIA

**Firma:**  (Signature:)

**Nombre del Titular:**
(Name of the holder of document:
Nom du titulaire:)     **INDUSTRIA DE ALIMENTOS ZENU S.A.S. / PUBLICIDAD Y OTROS**

**Tipo de documento:**
(Type of document:  -  Type du document:)     **CERTIFICACION**

070040010177309

452030 Expedido (mm/dd/aaaa): 07/12/2023

El Ministerio Relaciones Exteriores no asume responsabilidad por el contenido del documento apostillado.
La apostilla certifica la firma y la calidad en que el signatario del documento haya actuado y es exenta de toda certificación. Convenio de La Haya, artículo 5.

La autenticidad de esta apostilla puede ser verificada en el Registro Electrónico que se encuentra en la siguiente página web:
The authenticity of this Apostille may be verified by accessing the e-Register on the following web site:
L'authenticité de cette Apostille peut être vérifiée en accédant l'e-Registre sur le site web suivant:

# www.cancilleria.gov.co/apostilla





**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**5- IT20230008488**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.



Dan McCourt

Sworn to before me this
July 28, 2023

Signature, Notary Public

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

[logo:] **COLOMBIA**
POWER OF
LIFE

[logo:] Industry and Commerce
OFFICE OF THE SUPERINTENDENT

# REPUBLIC OF COLOMBIA
## OFFICE OF THE SUPERINTENDENT OF INDUSTRY AND COMMERCE

Ref. Application No. IT2023/0008488

The Office of the Ad-Hoc Secretary General of the Delegation for Industrial Property of the Office of the Superintendent of Industry and Commerce, in accordance with the information contained in the Public Registry of Industrial Property

### CERTIFIES:

While verifying the Public Registry of Industrial Property, the following information was found:

[signature]

| | |
|---|---|
| **Case No.** | 12029504 |
| **Submission Date** | February 20, 2012 |
| **Trademark** | ZENÚ Mixta |

[logo:] *Zenú*

**Products and/or Services 35:** ADVERTISING; COMMERCIAL BUSINESS MANAGEMENT, COMMERCIAL ADMINISTRATION; OFFICE WORK.

| | |
|---|---|
| **Classification** | 35 **Version** 9 |
| **Gazette No.** | 640 of March 15, 2012 |
| **Certificate No.** | 452027 |
| **Valid Until** | June 28, 2032 |
| **Process Status** | Registered |

Page 1 of 2

Citizen, to follow up your application, we offer you the following channels:
[illegible]

[logo:] Our contribution is fundamental
when using less paper, we contribute
to preserving
the environment

[logo:] **COLOMBIA**
POWER OF
**LIFE**

[logo:] Industry and Commerce
OFFICE OF THE SUPERINTENDENT

RE: Application No. IT2023/0008488

THE OFFICE OF THE AD-HOC SECRETARY GENERAL

**Holder**            INDUSTRIA DE ALIMENTOS ZENÚ S.A.S.

**Address**           Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, COLOMBIA

**Legal Representative**    JUAN GUILLERMO MOURE PEREZ
CARRERA 5 No. 34-03 BOGOTA D.C, COLOMBIA

This certificate is issued in Bogota on July 12, 2023.

[signature]
**MARÍA DEL PILAR SERNA ROMERO**
**AD-HOC SECRETARY**

[signature]
[seal]

Page **2** of **2**

Citizen, to follow up your application, we offer you the following channels:
[illegible]

[logo:] Our contribution is fundamental
when using less paper, we contribute
to preserving
the environment

[emblem] Liberty and Order

# REPUBLIC OF COLOMBIA
## MINISTRY OF FOREIGN AFFAIRS

# APOSTILLE

**(La Hague Convention of October 5, 1961)**

**País:**     **REPUBLIC OF COLOMBIA**
(Country: - Pays:)

**El presente documento público**
(This public document - Le présent acte public)

**Ha sido firmado por:**     **SERNA ROMERO MARIA DEL PILAR**
(Has been signed by:
A été signé par:)

**Actuando en calidad de:**     **AD-HOC SECRETARY GENERAL**
(Acting in the capacity of:
Agissant en qualite de:)

**Lleva el sello/estampilla de:**     **OFFICE OF THE SUPERINTENDENT OF INDUSTRY AND COMMERCE**
(Bears the seal/stamp of:
Est revétu du sceau de/timbre de:)

**Certificado**
(Certified - Attesté)

**In:**     **BOGOTA - ONLINE**
(At: - Á:)

**On:**     **7/19/2023 7:58:14 a.m.**
(On: - Le:)

**By:**     **Ministry of Foreign Affairs of Colombia - APOSTILLE / LEGALIZATION**
(By: The Ministry of Foreign Affairs of Colombia - Par: Ministére des Affaires Étrangéres de la Colombie)

**No.:**     **A2XHT75824575**
(Under Number: - Sous le numéro:)

Firmado Digitalmente por: (Digitally Signed by:)
Ministry of Foreign Affairs of Colombia
RUTH MERY CANO AGUILLON                    [signature]
Reason: DOCUMENT AUTHENTICITY
BOGOTA – COLOMBIA

**Firma:** (Signature:)

---

**Nombre del Titular:**     **INDUSTRIA DE ALIMENTOS ZENU S.A.S.**
(Ñame [sic: Name] of the holder of document:
Nom du titulaire:)
**Tipo de documento:**     **CERTIFICATION**
(Type of document: - Type du document:)

070040010177289                                    452027 issued (mm/dd/yyyy): 07/12/2023

The Ministry of Foreign Affairs assumes no responsibility for the contents of the apostilled document.
The apostille certifies the signature and the position of the person signing the document and is exempt from all certification. The Hague Convention, Article 5.

La autenticidad de esta apostilla puede ser verificada en el Registro Electrónico que se encuentra en la siguiente página web:
The authenticity of this Apostille may be verified by accessing the e-Register on the following web site:
L'authenticité de cette Apostille peut étre vérifiée en accédant l'e-Registre sur le site web suivant:

# www.cancilleria.gov.co/apostilla
[QR code]



**COLOMBIA**
POTENCIA DE LA
**VIDA**



**Industria y Comercio**
SUPERINTENDENCIA

# REPÚBLICA DE COLOMBIA
## SUPERINTENDENCIA DE INDUSTRIA Y COMERCIO

Ref. Solicitud N° IT2023/0008488

La Secretaria General Ad-Hoc de la Delegatura para la Propiedad Industrial de la Superintendencia de Industria y Comercio, de conformidad con la información contenida en el Registro Público de Propiedad Industrial

## CERTIFICA:

Que, verificado el Registro Público de Propiedad Industrial, se encontró la siguiente información:

**Expediente No.**            12029504

**Fecha de presentación**   20 de febrero de 2012

**Marca**                             ZENÚ Mixta



**Productos y/o servicios 35**: PUBLICIDAD; GESTIÓN DE NEGOCIOS COMERCIALES; ADMINISTRACIÓN COMERCIAL; TRABAJOS DE OFICINA.

**Clasificación**            35 **Versión** 9

**Gaceta No.**               640 del 15 de marzo de 2012

**Certificado No.**          452027

**Vigencia**                 28 de junio de 2032

**Estado de trámite**        Registrada

Página **1** de **2**

Señor ciudadano, para hacer seguimiento a su solicitud, la entidad le ofrece los siguientes canales:
www.sic.gov.co ~ Teléfono en Bogotá: 601 592 04 00 ~ Línea gratuita a nivel nacional: 01 8000 910 165
Dirección: Cra. 13 #27 - 00 pisos 1, 3, 4, 5, 6, 7 y 10 ~ Radicaciones: Av. carrera 7 #31A-36, Bogotá D.C.- Colombia
Teléfonos: 601 587 00 00 ~ e-mail: contactenos@sic.gov.co



Nuestro aporte es fundamental, al usar menos papel contribuimos con el medio ambiente





Ref. Solicitud N° IT2023/0008488

## LA SECRETARIA GENERAL AD-HOC

**Titular**          INDUSTRIA DE ALIMENTOS ZENÚ S.A.S.

**Dirección**        CALLE 2 NO. 50-561, MEDELLIN ANTIOQUIA, COLOMBIA

**Apoderado**        JUAN GUILLERMO MOURE PEREZ
                     CARRERA 5 No. 34-03 BOGOTÁ D.C. COLOMBIA

La presente certificación se expide en Bogotá D. C., el día 12 de julio de 2023

**MARÍA DEL PILAR SERNA ROMERO**
**SECRETARIA AD-HOC**

Página **2** de **2**

Señor ciudadano, para hacer seguimiento a su solicitud, la entidad le ofrece los siguientes canales:
www.sic.gov.co ~ Teléfono en Bogotá: 601 592 04 00 ~ Línea gratuita a nivel nacional: 01 8000 910 165
Dirección: Cra. 13 #27 - 00 pisos 1, 3, 4, 5, 6, 7 y 10 ~ Radicaciones: Av. carrera 7 #31A-36, Bogotá D.C.- Colombia
Teléfonos: 601 587 00 00 ~ e-mail: contactenos@sic.gov.co



Nuestro aporte es fundamental,
al usar menos papel contribuimos con
el medio ambiente



# REPÚBLICA DE COLOMBIA
## MINISTERIO DE RELACIONES EXTERIORES
# APOSTILLE
### (Convention de La Haye du 5 Octobre 1961)

**País:**    **REPUBLICA DE COLOMBIA**
(Country: - Pays:)

**El presente documento público**
(This public document - Le présent acte public)

**Ha sido firmado por:**    **SERNA ROMERO MARIA DEL PILAR**
(Has been signed by:
A été signé par:)

**Actuando en calidad de:**    **SECRETARIA GENERAL AD-HOC**
(Acting in the capacity of:
Agissant en qualité de:)

**Lleva el sello/estampilla de:**    **SUPERINTENDENCIA DE INDUSTRIA Y COMERCIO**
(Bears the seal/stamp of:
Est revêtu du sceau de/timbre de:)

**Certificado**
(Certified - Attesté)

**En:**    **BOGOTA - EN LÍNEA**
(At - À:)

**El:**    **7/19/2023 7:58:14 a. m.**
(On: - Le:)

**Por:**    **Ministerio de Relaciones Exteriores de Colombia - APOSTILLA / LEGALIZACIÓN**
(By: The Ministry of Foreign Affairs of Colombia  -  Par: Ministère des Affaires Étrangères de la Colombie )

**No.:**    **A2XHT75824575**
(Under Number: - Sous le numéro:)

Firmado Digitalmente por: (Digitally Signed by:)
Ministerio de Relaciones Exteriores de Colombia
RUTH MERY CANO AGUILLON
Reason: DOCUMENT AUTHENTICITY
BOGOTA - COLOMBIA

**Firma:** (Signature:)

**Nombre del Titular:**    **INDUSTRIA DE ALIMENTOS ZENU S.A.S.**
(Name of the holder of document:
Nom du titulaire:)

**Tipo de documento:**    **CERTIFICACION**
(Type of document:  -  Type du document:)

070040010177289

452027 Expedido (mm/dd/aaaa): 07/12/2023

El Ministerio Relaciones Exteriores no asume responsabilidad por el contenido del documento apostillado.
La apostilla certifica la firma y la calidad en que el signatario del documento haya actuado y es exenta de toda certificación. Convenio de La Haya, artículo 5.

La autenticidad de esta apostilla puede ser verificada en el Registro Electrónico que se encuentra en la siguiente página web:
The authenticity of this Apostille may be verified by accessing the e-Register on the following web site:
L'authenticité de cette Apostille peut être vérifiée en accédant l'e-Registre sur le site web suivant:

## www.cancilleria.gov.co/apostilla





## TRANSPERFECT

City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**4- IT20230008489**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

_____
Dan McCourt

Sworn to before me this
July 28, 2023

_____
Signature, Notary Public



_____
Stamp, Notary Public

**LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS**
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

[logo:] **COLOMBIA**
POWER OF
**LIFE**

[logo:] Industry and Commerce
OFFICE OF THE SUPERINTENDENT

# REPUBLIC OF COLOMBIA
## OFFICE OF THE SUPERINTENDENT OF INDUSTRY AND COMMERCE

Ref. Application No. IT2023/0008489

The Office of the Ad-Hoc Secretary General of the Delegation for Industrial Property of the Office of the Superintendent of Industry and Commerce, in accordance with the information contained in the Public Registry of Industrial Property

### CERTIFIES:

While verifying the Public Registry of Industrial Property, the following information was found:

[signature]

| | |
|---|---|
| **Case No.** | 14053178 |
| **Submission Date** | March 12, 2014 |
| **Trademark** | ZENU Classification |

**Products and/or Services 29** MEAT, FISH, FOWL, AND GAME MEAT; MEAT EXTRACTS; CANNED, FROZEN, DRY, AND COOKED FRUITS, VEGETABLES, PRODUCE, AND LEGUMES; JELLIES, SWEETS, AND JAMS; EGGS, MILK, AND MILK PRODUCTS; EDIBLE OILS AND GREASES.

| | |
|---|---|
| **Classification** | **29** Version 9 |
| **Certificate No.** | 1204564 |
| **Valid Until** | |
| **Process Status** | Registered |
| **Holder** | INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. |

**Address** Calle 2 No. 50-561, MEDELLIN, ANTIOQUIA, COLOMBIA
Legal Representative    JUAN GUILLERMO MOURE PEREZ
CARRERA 5 No. 34-03
BOGOTA D.C.
COLOMBIA

This certificate is issued in Bogota on July 13, 2023.

[signature]
**MARÍA DEL PILAR SERNA ROMERO**
**AD-HOC SECRETARY**

[signature]
[seal]

**Citizen, to follow up your application, we offer you the following channels:**
[illegible]

[logo:] Our contribution is fundamental
when using less paper, we contribute
to preserving
the environment

[emblem] Liberty and Order

# REPUBLIC OF COLOMBIA
## MINISTRY OF FOREIGN AFFAIRS

# APOSTILLE

**(La Hague Convention of October 5, 1961)**

**País:**    **REPUBLIC OF COLOMBIA**
(Country: - Pays:)

**El presente documento público**
(This public document - Le présent acte public)

**Ha sido firmado por:**    **SERNA ROMERO MARIA DEL PILAR**
(Has been signed by:
A été signé par:)

**Actuando en calidad de:**    **AD-HOC SECRETARY GENERAL**
(Acting in the capacity of:
Agissant en qualite de:)

**Lleva el sello/estampilla de:**    **OFFICE OF THE SUPERINTENDENT OF INDUSTRY AND COMMERCE**
(Bears the seal/stamp of:
Est revétu du sceau de/timbre de:)

**Certificado**
(Certified - Attesté)

**In:**    **BOGOTA - ONLINE**
(At: - Á:)

**On:**    **7/19/2023 7:57:23 a.m.**
(On: - Le:)

**By:**    **Ministry of Foreign Affairs of Colombia - APOSTILLE / LEGALIZATION**
(By: The Ministry of Foreign Affairs of Colombia - Par: Ministére des Affaires Étrangéres de la Colombie)

**No.:**    **A2XHT75729282**
(Under Number: - Sous le numéro:)

Firmado Digitalmente por: (Digitally Signed by:)
   Ministry of Foreign Affairs of Colombia
   RUTH MERY CANO AGUILLON                          [signature]
   Reason: DOCUMENT AUTHENTICITY
   BOGOTA – COLOMBIA

**Firma:** (Signature:)

**Nombre del Titular:**    **INDUSTRIA DE ALIMENTOS ZENU S.A.S. / MEAT AND OTHERS**
(Ñame [sic: Name] of the holder of document:
     Nom du titulaire:)

**Tipo de documento:**    **CERTIFICATION**
(Type of document: - Type du document:)

070040010177283                                    1204564 Issued (mm/dd/yyyy): 07/13/2023

The Ministry of Foreign Affairs assumes no responsibility for the contents of the apostilled document.
The apostille certifies the signature and the position of the person signing the document and is exempt from all certification. The Hague Convention, Article 5.

La autenticidad de esta apostilla puede ser verificada en el Registro Electrónico que se encuentra en la siguiente página web:
The authenticity of this Apostille may be verified by accessing the e-Register on the following web site:
L'authenticité de cette Apostille peut étre vérifiée en accédant l'e-Registre sur le site web suivant:

## www.cancilleria.gov.co/apostilla

[QR code]



**COLOMBIA**
POTENCIA DE LA
**VIDA**



**Industria y Comercio**
**SUPERINTENDENCIA**

# REPÚBLICA DE COLOMBIA
## SUPERINTENDENCIA DE INDUSTRIA Y COMERCIO

Ref. Solicitud N° IT2023/0008489

La Secretaria General Ad-Hoc de la Delegatura para la Propiedad Industrial de la Superintendencia de Industria y Comercio, de conformidad con la información contenida en el Registro Público de Propiedad Industrial

## CERTIFICA:

Que, verificado el Registro Público de Propiedad Industrial, se encontró la siguiente información:

**Expediente No.**          14053178
**Fecha de presentación**   12 de marzo de 2014
**Marca**                   ZENU Nominativa
**Productos y/o servicios 29**: CARNE, PESCADO, CARNE DE AVE Y CARNE DE CAZA; EXTRACTOS DE CARNE; FRUTAS Y VERDURAS, HORTALIZA Y LEGUMBRES EN CONSERVA, CONGELADAS, SECAS Y COCIDAS; JALEAS, CONFITURAS, COMPOTAS; HUEVOS; LECHE Y PRODUCTOS LÁCTEOS; ACEITES Y GRASAS COMESTIBLES.
**Clasificación**           29 **Versión** 9
**Certificado No.**         1204564
**Vigencia**
**Estado de trámite**       Registrada
**Titular**                 INDUSTRIA DE ALIMENTOS ZENÚ S.A.S.
**Dirección**               Calle 2 No. 50-561, MEDELLIN ANTIOQUIA, COLOMBIA
**Apoderado**               JUAN GUILLERMO MOURE PEREZ
                            CARRERA 5 No. 34-03
                            BOGOTÁ D.C.
                            COLOMBIA

La presente certificación se expide en Bogotá D. C., el día 13 de julio de 2023

**MARÍA DEL PILAR SERNA ROMERO**
**SECRETARIA AD-HOC**

Página **1** de **1**

**Señor ciudadano, para hacer seguimiento a su solicitud, la entidad le ofrece los siguientes canales:**
www.sic.gov.co  ~  Teléfono en Bogotá: 601 592 04 00  ~  Línea gratuita a nivel nacional: 01 8000 910 165
Dirección: Cra. 13 #27 - 00 pisos 1, 3, 4, 5, 6, 7 y 10  ~  Radicaciones: Av. carrera 7 #31A-36, Bogotá D.C.- Colombia
Teléfonos: 601 587 00 00  ~  e-mail: contactenos@sic.gov.co



Nuestro aporte es fundamental, al usar menos papel contribuimos con el medio ambiente



# REPÚBLICA DE COLOMBIA
## MINISTERIO DE RELACIONES EXTERIORES

# APOSTILLE

**(Convention de La Haye du 5 Octobre 1961)**

**Libertad y Orden**

**País:** **REPUBLICA DE COLOMBIA**
(Country: - Pays:)

**El presente documento público**
(This public document - Le présent acte public)

**Ha sido firmado por:**          **SERNA ROMERO MARIA DEL PILAR**
(Has been signed by:
A été signé par:)

**Actuando en calidad de:**       **SECRETARIA GENERAL AD-HOC**
(Acting in the capacity of:
Agissant en qualité de:)

**Lleva el sello/estampilla de:**   **SUPERINTENDENCIA DE INDUSTRIA Y COMERCIO**
(Bears the seal/stamp of:
Est revétu du sceau de/timbre de:)

**Certificado**
(Certified - Attesté)

**En:**          **BOGOTA - EN LÍNEA**
(At: - A: )

**El:**          **7/19/2023 7:57:23 a. m.**
(On: - Le:)

**Por:**          **Ministerio de Relaciones Exteriores de Colombia - APOSTILLA / LEGALIZACIÓN**
(By: The Ministry of Foreign Affairs of Colombia    -    Par: Ministère des Affaires Étrangères de la Colombie )

**No.:**          **A2XHT75729282**
(Under Number: - Sous le numéro:)

Firmado Digitalmente por: (Digitally Signed by:)
   Ministerio de Relaciones Exteriores de Colombia
   RUTH MERY CANO AGUILLON
   Reason: DOCUMENT AUTHENTICITY
   BOGOTA - COLOMBIA



**Firma:**   (Signature:)

**Nombre del Titular:**          **INDUSTRIA DE ALIMENTOS ZENU S.A.S. / CARNE Y OTROS**
(Name of the holder of document:
Nom du titulaire:)

**Tipo de documento:**          **CERTIFICACION**
(Type of document:  -  Type du document:)

070040010177283                                    1204564 Expedido (mm/dd/aaaa): 07/13/2023

El Ministerio Relaciones Exteriores no asume responsabilidad por el contenido del documento apostillado.
La apostilla certifica la firma y la calidad en que el signatario del documento haya actuado y es exenta de toda certificación. Convenio de La Haya, artículo 5.

La autenticidad de esta apostilla puede ser verificada en el Registro Electrónico que se encuentra en la siguiente página web:
The authenticity of this Apostille may be verified by accessing the e-Register on the following web site:
L'authenticité de cette Apostille peut être vérifiée en accédant l'e-Registre sur le site web suivant:

## www.cancilleria.gov.co/apostilla





**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**19- IT20230008498**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

Dan McCourt

Sworn to before me this
July 28, 2023

Signature, Notary Public



Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

[logo:] **CQLOMBIA**
POWER OF
**LIFE**

[logo:] Industry and Commerce
OFFICE OF THE SUPERINTENDENT

# REPUBLIC OF COLOMBIA
## OFFICE OF THE SUPERINTENDENT OF INDUSTRY AND COMMERCE

Ref. Application No. IT2023/0008498

The Office of the Ad-Hoc Secretary General of the Delegation for Industrial Property of the Office of the Superintendent of Industry and Commerce, in accordance with the information contained in the Public Registry of Industrial Property

### CERTIFIES:

While verifying the Public Registry of Industrial Property, the following information was found:

**Case No.**          SD2017/0032215

**Submission Date**   May 3, 2017

**Trademark:**        ZENU Mixta

[signature]

[logo:] *Zenú*

**Products and/or Services 29:** Meat, fish, fowl, game meat, beef, chicken, pork, turkey; canned meats; preserved meats; bottled meats; smoked meats; lunch meats; sausage, salami, ham, bologna, hamburgers, bacon; canned, frozen, dry, and cooked fruits, vegetables, produce, and legumes; canned vegetables, produce, and legumes; prepared and semi-prepared meals composed of meat products, such as beef, pork, fowl, chicken, turkey; prepared and semi-prepared meals mainly composed of canned vegetables, produce, and legumes; salads; vegetable croquettes, meat croquettes, chicken croquettes; canned or preserved meat, vegetable, produce, and legume based appetizers.

Citizen, to follow up your application, we offer you the following channels:
[illegible]

[logo:] Our contribution is fundamental
when using less paper, we contribute
to preserving
the environment

[logo:] **COLOMBIA**
POWER OF
**LIFE**

[logo:] Industry and Commerce
OFFICE OF THE SUPERINTENDENT

RE: Application No. IT2023/0008473

### THE OFFICE OF THE AD-HOC SECRETARY GENERAL

| | |
|---|---|
| **Classification** | 29 **Version** 11 |
| **Gazette No.** | 794 of May 31, 2017 |
| **Certificate No.** | 582892 |
| **Effective Until** | January 16, 2028 |
| **Process Status** | Registered |
| **Holder** | INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. |

**Address** Calle 2 No. 50-561,

MEDELLIN, ANTIOQUIA, COLOMBIA
COLOMBIA

**Legal Representative**      JUAN GUILLERMO MOURE PEREZ
CARRERA 5 No. 34-03
BOGOTA D.C.
COLOMBIA

This certificate is issued in Bogota on July 12, 2023.

[signature]
**MARÍA DEL PILAR SERNA ROMERO**
**AD-HOC SECRETARY**

[signature]
[seal]

**Citizen, to follow up your application, we offer you the following channels:**
[illegible]

[logo:] Our contribution is fundamental
when using less paper, we contribute
to preserving
the environment

[emblem] Liberty and Order

# REPUBLIC OF COLOMBIA
## MINISTRY OF FOREIGN AFFAIRS

# APOSTILLE
**(La Hague Convention of October 5, 1961)**

**País:**  **REPUBLIC OF COLOMBIA**
(Country: - Pays:)

### El presente documento público
(This public document - Le présent acte public)

**Ha sido firmado por:**  **SERNA ROMERO MARIA DEL PILAR**
(Has been signed by:
A été signé par:)

**Actuando en calidad de:**  **AD-HOC SECRETARY GENERAL**
(Acting in the capacity of:
Agissant en qualite de:)

**Lleva el sello/estampilla de:**  **OFFICE OF THE SUPERINTENDENT OF INDUSTRY AND COMMERCE**
(Bears the seal/stamp of:
Est revétu du sceau de/timbre de:)

### Certificado
(Certified - Attesté)

**In:**  **BOGOTA - ONLINE**
(At: - Á:)

**On:**  **7/19/2023 10:03:07 a.m.**
(On: - Le:)

**By:**  **Ministry of Foreign Affairs of Colombia - APOSTILLE / LEGALIZATION**
(By: The Ministry of Foreign Affairs of Colombia - Par: Ministére des Affaires Étrangéres de la Colombie)

**No.:**  **A2XHT1038607**
(Under Number: - Sous le numéro:)

Firmado Digitalmente por: (Digitally Signed by:)
Ministry of Foreign Affairs of Colombia
RUTH MERY CANO AGUILLON                    [signature]
Reason: DOCUMENT AUTHENTICITY
BOGOTA – COLOMBIA

**Firma:** (Signature:)

**Nombre del Titular:**  **INDUSTRIA DE ALIMENTOS ZENU S.A.S. / MEAT AND OTHERS**
(Ñame [sic: Name] of the holder of document:
Nom du titulaire:)

**Tipo de documento:**  **REGISTRATION CERTIFICATE**
(Type of document: - Type du document:)

070040010177376                                     582892 Issued (mm/dd/yyyy): 07/12/2023

The Ministry of Foreign Affairs assumes no responsibility for the contents of the apostilled document.
The apostille certifies the signature and the position of the person signing the document and is exempt from all certification. The Hague Convention, Article 5.

La autenticidad de esta apostilla puede ser verificada en el Registro Electrónico que se encuentra en la siguiente página web:
The authenticity of this Apostille may be verified by accessing the e-Register on the following web site:
L'authenticité de cette Apostille peut étre vérifiée en accédant l'e-Registre sur le site web suivant:

## www.cancilleria.gov.co/apostilla
[QR code]



**COLOMBIA**
POTENCIA DE LA
**VIDA**



**Industria y Comercio**
**SUPERINTENDENCIA**

## REPÚBLICA DE COLOMBIA
## SUPERINTENDENCIA DE INDUSTRIA Y COMERCIO

Ref. Solicitud N° IT2023/0008498

La Secretaria General Ad-Hoc de la Delegatura para la Propiedad Industrial de la Superintendencia de Industria y Comercio, de conformidad con la información contenida en el Registro Público de Propiedad Industrial

## CERTIFICA:

Que, verificado el Registro Público de Propiedad Industrial, se encontró la siguiente información:

**Expediente No.**           SD2017/0032215

**Fecha de presentación**   3 de mayo de 2017

**Marca**                    ZENÚ Mixta

**Productos y/o servicios 29**: Carne, pescado, carne de ave y carne de caza; carne de res, carne de pollo, carne de cerdo, carne de pavo; carnes enlatadas; carnes en conserva; carnes envasadas; carnes ahumadas; embutidos, salchichas, salchichones, jamones, mortadelas, hamburguesas, tocineta; extractos de carne; frutas y verduras, hortalizas y legumbres en conserva, congeladas, secas y cocidas; verduras, hortalizas y legumbres enlatadas; comidas preparadas y comidas semi-preparadas compuestas de productos cárnicos tales como carnes de res, carnes de cerdo, carnes de ave, carnes de pollo, carnes de pavo; comidas preparadas y/o semi-preparadas compuestas principalmente de verduras, hortalizas y legumbres en conserva; ensaladas; croquetas de verduras, croquetas de carnes; croquetas de pollo; pasabocas hechos a base de carnes, verduras, hortalizas o legumbres enlatadas o en conserva.

Página **1** de **2**

Señor ciudadano, para hacer seguimiento a su solicitud, la entidad le ofrece los siguientes canales:
www.sic.gov.co  ~  Teléfono en Bogotá: 601 592 04 00  ~  Línea gratuita a nivel nacional: 01 8000 910 165
Dirección: Cra. 13 #27 - 00 pisos 1, 3, 4, 5, 6, 7 y 10  ~  Radicaciones: Av. carrera 7 #31A-36, Bogotá D.C.- Colombia
Teléfonos: 601 587 00 00  ~  e-mail: contactenos@sic.gov.co



Nuestro aporte es fundamental,
al usar menos papel contribuimos con
el medio ambiente





Ref. Solicitud N° IT2023/0008498

## LA SECRETARIA GENERAL AD-HOC

| | |
|---|---|
| **Clasificación** | 29 **Versión** 11 |
| **Gaceta No.** | 794 del 31 de mayo de 2017 |
| **Certificado No.** | 582892 |
| **Vigencia** | 16 de enero de 2028 |
| **Estado de trámite** | Registrada |
| **Titular** | INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. |
| **Dirección** | Calle 2 No. 50-561,<br>MEDELLIN ANTIOQUIA,<br>COLOMBIA |
| **Apoderado** | JUAN GUILLERMO MOURE PEREZ<br>CARRERA 5 No. 34-03<br>BOGOTÁ D.C.<br>COLOMBIA |

La presente certificación se expide en Bogotá D. C., el día 12 de julio de 2023

**MARÍA DEL PILAR SERNA ROMERO**
**SECRETARIA AD-HOC**

Señor ciudadano, para hacer seguimiento a su solicitud, la entidad le ofrece los siguientes canales:
www.sic.gov.co  ~  Teléfono en Bogotá: 601 592 04 00  ~  Línea gratuita a nivel nacional: 01 8000 910 165
Dirección: Cra. 13 #27 - 00 pisos 1, 3, 4, 5, 6, 7 y 10  ~  Radicaciones: Av. carrera 7 #31A-36, Bogotá D.C.- Colombia
Teléfonos: 601 587 00 00  ~ e-mail: contactenos@sic.gov.co

Nuestro aporte es fundamental,
al usar menos papel contribuimos con
el medio ambiente



Libertad y Orden

# REPÚBLICA DE COLOMBIA
## MINISTERIO DE RELACIONES EXTERIORES
# APOSTILLE
**(Convention de La Haye du 5 Octobre 1961)**

**País:**        **REPUBLICA DE COLOMBIA**
(Country: - Pays:)

**El presente documento público**
(This public document - Le présent acte public)

**Ha sido firmado por:**    **SERNA ROMERO MARIA DEL PILAR**
(Has been signed by:
A été signé par:)

**Actuando en calidad de:**    **SECRETARIA GENERAL AD-HOC**
(Acting in the capacity of:
Agissant en qualité de:)

**Lleva el sello/estampilla de:**    **SUPERINTENDENCIA DE INDUSTRIA Y COMERCIO**
(Bears the seal/stamp of:
Est revêtu du sceau de/timbre de:)

**Certificado**
(Certified - Attesté)

**En:**        **BOGOTA - EN LÍNEA**
(At: - A: )

**El:**        **7/19/2023 10:03:07 a. m.**
(On: - Le:)

**Por:**        **Ministerio de Relaciones Exteriores de Colombia - APOSTILLA / LEGALIZACIÓN**
(By: The Ministry of Foreign Affairs of Colombia    -    Par: Ministère des Affaires Étrangères de la Colombie )

**No.:**        **A2XHT1038607**
(Under Number: - Sous le numéro:)

Firmado Digitalmente por: (Digitally Signed by:)
Ministerio de Relaciones Exteriores de Colombia
RUTH MERY CANO AGUILLON
Reason: DOCUMENT AUTHENTICITY
BOGOTA - COLOMBIA

**Firma:**  (Signature:)

---

**Nombre del Titular:**    **INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. / CARNE Y OTROS**
(Name of the holder of document:
Nom du titulaire:)

**Tipo de documento:**    **CERTIFICADO REGISTRO**
(Type of document: - Type du document:)

070040010177376                                    582892 Expedido (mm/dd/aaaa): 07/12/2023

El Ministerio Relaciones Exteriores no asume responsabilidad por el contenido del documento apostillado.
La apostilla certifica la firma y la calidad en que el signatario del documento haya actuado y es exenta de toda certificación. Convenio de La Haya, artículo 5.

La autenticidad de esta apostilla puede ser verificada en el Registro Electrónico que se encuentra en la siguiente página web:
The authenticity of this Apostille may be verified by accessing the e-Register on the following web site:
L'authenticité de cette Apostille peut être vérifiée en accédant l'e-Registre sur le site web suivant:

# www.cancilleria.gov.co/apostilla

