# THE INGBER LAW FIRM
30 WEST MT. PLEASANT AVE., SUITE 203
LIVINGSTON, NEW JERSEY 07039

MARK J. INGBER*

TEL: (973) 921-0080
*MEMBER NJ & NY BAR    EMAIL: INGBER.LAWFIRM@GMAIL.COM

October 18, 2023

**VIA ECF**
Hon. Michael A. Hammer, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom
Newark, New Jersey 07102

    Re:    **Industria de Alimentos Zenú S.A.S. v. Latinfood U.S. Corp. d/b/a Zenú Products Co. and Wilson Zuluaga, et al.; Civil Action No. 2:16-cv-06576 (KM) (MAH)**

Dear Judge Hammer:

I am counsel for Defendants Latinfood U.S. Corp. d/b/a Zenú Products Co. and Wilson Zuluaga.

There is currently scheduled a October 23, 2023 telephone status conference call with the Court (Dkt. 318). I will be traveling that day and therefore request that the Court adjourn the call to a subsequent date. I have alerted Plaintiff's counsel Peter Raymond via email and he advised that he has no objection to my request to adjourn the conference.
.

Respectfully submitted,

THE INGBER LAW FIRM

  /Mark J. Ingber/
By: Mark J. Ingber, Esq.

cc:  Peter Raymond, Esq. and all counsel for Plaintiff (via ECF)