**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S. | Civil Action No. 2:16-cv-06576-KM-MAH |
| Plaintiff/Counter Defendant, | |
| v. | Motion Date: December 18, 2023 |
| LATINFOOD U.S. CORP. d/b/a ZENÚ PRODUCTS CO. and WILSON ZULUAGA, | |
| Defendants/Counter Claimants/ Third Party Plaintiffs, | |
| v. | |
| CORDIALSA USA, INC. | |
| Third Party Defendant. | |

**NOTICE OF CROSS-MOTION**

PLEASE TAKE NOTICE that on December 18, 2023, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiff Industria de Alimentos Zenú S.A.S. ("Industria") will move before the Honorable Magistrate Judge Michael A. Hammer in the United States District Court for the District of New Jersey, located at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, for an order pursuant to 28 U.S.C. § 1927 awarding Industria costs, expenses, and attorneys' fees.

PLEASE TAKE FURTHER NOTICE that in support of the instant Cross-Motion, Industria shall rely upon its Letter to Magistrate Judge Michael A. Hammer dated December 4, 2023 in Opposition to Defendants' Motion to Reconsider and in Support of Industria's Cross-Motion, submitted herewith.

PLEASE TAKE FURTHER NOTICE that Defendants' Opposition to the Cross-Motion, if any, is due December 11, 2023.

Dated:   New York, New York
         December 4, 2023

          Respectfully submitted,

          WACHTEL MISSRY LLP

          By:/s/ Peter D. Raymond
          Peter D. Raymond
          praymond@wmllp.com
          Stella Lee Sainty
          ssainty@wmllp.com
          One Dag Hammarskjöld Plaza
          885 Second Avenue, 47th Floor
          New York, New York 10017
          (212) 909-9500

          -and-

          REED SMITH LLP

          Samuel A. Kadosh
          skadosh@reedsmith.com
          Brian P. Giunta
          bgiunta@reedsmith.com
          REED SMITH LLP
          599 Lexington Avenue
          New York, New York 10022
          (212) 521-5400

          *Attorneys for Plaintiff*
          *Industria de Alimentos Zenu S.A.S*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S.<br><br>Plaintiff,<br><br>v.<br><br>LATINFOOD U.S. CORP. d/b/a ZENÚ PRODUCTS CO. and WILSON ZULUAGA,<br><br>Defendants. | No. 2:16-cv-06576-KM-MAH<br><br>CIVIL ACTION |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2023, a true and correct copy of Plaintiff Industria de Alimentos Zenú S.A.S.'s Notice of Motion against Defendants Latinfood U.S. Corp. d/b/a Zenú Products Co. and Wilson Zuluaga and accompanying Letter to Magistrate Judge Michael A. Hammer dated December 4, 2023, were filed with the Court's CM/ECF filing system and thereby served on all counsel of record for this matter.

Dated:   New York, New York
         December 4, 2023

By: */s/ Sam Kadosh*___
     Sam Kadosh