UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **INDUSTRIA DE ALIMENTOS ZENU S.A.S.**, | : : : : | |
| Plaintiff, | : : | Civil Action No. 16-6576 (CCC) (MAH) |
| v. | : : : | ORDER |
| **LATINFOOD U.S. CORP. d/b/a ZENÚ PRODUCTS CO., et al.**, | : : : | |
| Defendants. | : : : | |

This matter having come before the Court on Plaintiff Industria de Alimentos Zenú S.A.S.'s ("Plaintiff") second application for an award of fees and costs pursuant to this Court's May 26, 2022 Order, D.E. 233, and July 27, 2022 Order, D.E. 253, *see* Declaration of Samuel Kadosh, Esq., October 20, 2023, D.E. 324;

and Defendants having opposed the application, D.E. 341;

and the Court having held on the record an evidentiary hearing on September 16, 2024;

and the Court having reviewed the parties' filings in support of, and in opposition to, Plaintiff's application;

and for the reasons set forth in an Opinion filed on October 1, 2024;

and for good cause shown;

**IT IS on this 2nd day of October 2024**,

**ORDERED** that Plaintiff's application for fees and costs, D.E. 324, is granted in part. The Court grants Plaintiff's motion for attorney's fees and costs in the reduced amount of **$193,668.14**, consisting of: $180,253.77 in attorney's fees; and $13,414.37 in costs.

*/s Michael A. Hammer*
**Hon. Michael A. Hammer,
United States Magistrate Judge**