Mark J. Ingber, Esq.
THE INGBER LAW FIRM
30 West Mt. Pleasant Avenue
Suite 203
Livingston, New Jersey 07039
Tel: (973) 921-0080
ingber.lawfirm@gmail.com
*Attorney for Latinfood U.S.
Corp. d/b/a Zenú Products Co.
and Wilson Zuluaga*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| INDUSTRIA DE ALIMENTOS ZENÚ S.A.S., <br><br> Plaintiff, <br><br> v. <br><br> LATINFOOD U.S. CORP. d/b/a ZENÚ PRODUCTS CO. and WILSON ZULUAGA <br><br> Defendants/Counter Plaintiff, <br><br> ——— <br><br> LATINFOOD U.S. CORP. d/b/a ZENÚ PRODUCTS CO., <br><br> Defendant/Counter Plaintiff <br><br> v. <br><br> INDUSTRIA DE ALIMENTOS ZENÚ S.A.S and CORDIALSA USA, INC. <br><br> Counter Defendants. | Civil Action No: 2:16-CV-06576-(CCC)(MAH) <br><br> **Motion Return Date: November 18, 2024** <br><br> **DEFENDANTS' NOTICE OF MOTION FOR APPEAL FROM ORDER OF MAGISTRATE JUDGE PURSUANT TO FED. R. P. 72(a) AND L. CIV. R. 72.1(c)(A)** |

**PLEASE TAKE NOTICE** that on November 18, 2024, at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel for Defendants, Latinfood U.S. Corp d/b/a Zenú Products Co.. and Wilson Zuluaga, shall appeal by motion, pursuant to Federal Rule of Civil Procedure 72(a) and Local Civil Rule 72.1(c)(1)(A), to the Honorable Claire C. Cecchi, U.S.D.J. for the District of New Jersey, at the MLK Fed. Bldg. & U.S. Courthouse, 50 Walnut St., Newark,

New Jersey, 07102, from the October 2, 2024 Order of the Honorable Michael A. Hammer, U.S.M.J. (ECF 367).

**PLEASE TAKE FURTHER NOTICE** that the form of a Proposed Order granting Defendants' Motion is submitted herewith.

Dated: October 15, 2024

                                        Respectfully submitted,

                                        By: s/ Mark J. Ingber
                                        Mark J. Ingber, Esq.
                                        The Ingber Law Firm
                                        30 West Mt. Pleasant Avenue
                                        Suite 203
                                        Livingston, NJ 07039
                                        (973) 921-0080
                                        email: ingber.lawfirm@gmail.com
                                        Attorneys for Defendants