**GulkoSchwed** LLP
ATTORNEYS AT LAW
525 Chestnut Street, Suite 212
Cedarhurst, New York 11516
212.500.1312  212.678.0405

November 1, 2024

<u>Via ECF</u>
Hon. Claire C. Cecchi, U.S.D.J.
United States District Court
for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

Re: *Industria de Alimentos Zenú S.A.S. v. Latinfood U.S. Corp. d/b/a Zenú Prods. Co., et al.*, Civil Action No. 2:16-cv-6576-CCC-MAH

Dear Judge Cecchi,

We represent Plaintiff Industria de Alimentos Zenú in the above-titled litigation, and write to seek confirmation that all current deadlines in the case are cancelled in light of the Court's Order today administratively dismissing the case in favor of mediation.

Specifically, on October 2, 2024, Magistrate Hammer issued an Opinion and Order awarding Industria attorneys' fees. On October 16, 2024, Defendants appealed Magistrate Hammer's decision to this Court. ECF No. 368. Industria's opposition brief is due on November 4, 2024. After receiving the Court's order administratively dismissing the case, Industria spoke to the Court's clerk, and he confirmed that all pending deadlines, including for the appeal, are cancelled. However, in order to avoid any doubt between the parties with respect to the pending deadlines, Industria respectfully requests that the Court enter a docket order confirming that the pending deadlines are cancelled.

We thank the Court in advance for its consideration of this matter.

Respectfully,
/s/ Samuel Kadosh

SO ORDERED

  s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 11/1/2024